1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  GUINEVERE L. JOBSON (CSB No. 251907)
   gjobson@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Plaintiff
   NEXTDOOR.COM, INC.

FILED
2012 NOV -5 P 2: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NEXTDOOR.COM, INC., | Case No.: _____ |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF LAURENCE F. PULGRAM ON BEHALF OF PLAINTIFF NEXTDOOR.COM, INC.** |
| v. | |
| RAJ ABHYANKER, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Laurence F. Pulgram of Fenwick & West LLP hereby enters his appearance on behalf of Plaintiff NEXTDOOR.COM, INC.

Mr. Pulgram's email address, for purposes of receipt of notices of electronic filing is lpulgram@fenwick.com.

Dated:   November 5, 2012

FENWICK & WEST LLP

By: /s/ Laurence F. Pulgram
    Laurence F. Pulgram
Attorneys for Plaintiff
NEXTDOOR.COM, INC.

NOTICE OF APPEARANCE OF
LAURENCE F. PULGRAM                                    Case No. _____