1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  GUINEVERE L. JOBSON (CSB No. 251907)
   gjobson@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Plaintiff
   NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., | Case No.: _____ |
| Plaintiff, | **NOTICE OF APPEARANCE OF JENNIFER L. KELLY ON BEHALF OF PLAINTIFF NEXTDOOR.COM, INC.** |
| v. | |
| RAJ ABHYANKER, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jennifer L. Kelly of Fenwick & West LLP hereby enters her appearance on behalf of Plaintiff NEXTDOOR.COM, INC.

Ms. Kelly's email address, for purposes of receipt of notices of electronic filing is jkelly@fenwick.com.

Dated:   November 5, 2012              FENWICK & WEST LLP

                                       By: _/s/ Jennifer L. Kelly_____
                                           Jennifer L. Kelly

                                       Attorneys for Plaintiff
                                       NEXTDOOR.COM, INC.

NOTICE OF APPEARANCE OF
JENNIFER L. KELLY                              Case No. _____