LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

FILED

2012 NOV -5 P 2: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DMR

NEXTDOOR.COM, INC.,

   Plaintiff,

   v.

RAJ ABHYANKER,

   Defendant.

Case No.: C 12  5667

**NEXTDOOR.COM, INC.'S CORPORATE PARTY DISCLOSURE STATEMENT [RULE 7.1]**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nextdoor.com, Inc. states that it has no parent corporation and that no publicly held corporation is known to own 10% or more of Nextdoor.com, Inc.'s stock.

Dated: November 5, 2012

FENWICK & WEST LLP

By: _____
    Laurence F. Pulgram
    Jennifer L. Kelly
    Guinevere L. Jobson

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

NEXTDOOR.COM'S RULE 7.1
DISCLOSURE STATEMENT

Case No. _____