LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>RAJ ABHYANKER,<br><br>                Defendant. | Case No.:   CV-12-5667  DMR<br><br>**PROOF OF SERVICE** |

COMPLAINT                                                              Case No. _____

I, Dorothy Stewart, declare as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104.

On **November 7, 2012**, I served a copy of the following document(s):

1. Civil Cover Sheet, Summons and Complaint
2. Notice of Appearance of Laurence F. Pulgram
3. Notice of Appearance of Jennifer L. Kelly
4. Notice of Appearance of Guinevere L. Jobson
5. Nextdoor.com, Inc's Corporate Party Disclosure Statement
6. Order Setting Initial CMC with Standing Orders for Hon. Donna M. Ryu
7. Report on the Filing or Determination of an Action Regarding a Patent or Trademark

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Kuscha Hatami
Associate AttorneyLegalForce RAPC Worldwide
Professional Law Corporation
1580 W. El Camino Real Suite 13
Mountain View, CA 94040
650-390-6429
Attorney for Defendant Raj Abhyanker

[X] **BY OVERNIGHT COURIER: by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.**

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: November 7, 2012

_____
Dorothy W. Stewart

PROOF OF SERVICE      2