1  BRUNO W. TARABICHI, State Bar No. 215129
   bruno@legalforcelaw.com
2  KUSCHA HATAMI, State Bar No. 282954
   Kuscha@legalforcelaw.com
3  RAJ ABHYANKER P.C.
   1580 W. El Camino Real
4  Mountain View, CA. 94040
   Telephone:   650.965.8731
5  Facsimile:    650.989.2131

6  Attorneys for Defendant
   Raj Abhyanker
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 NEXTDOOR.COM INC.,
                                        Case No. 4:12-cv-05667-DMR
13              Plaintiff,
                                        **STIPULATION TO EXTEND
14       vs.                            DEFENDANT RAJ ABHYANKER'S
                                        TIME TO RESPOND TO THE
15 RAJ ABHYANKER,                       COMPLAINT BY JANUARY 10, 2013.**

16              Defendant.

Pursuant to Local Rule 6-1(a), Plaintiff NEXTDOOR.COM INC. and Defendant RAJ ABHYANKER hereby stipulate, through their respective counsel, to extend the time within which Defendant RAJ ABHYANKER must answer or otherwise respond to the Complaint by January 10, 2013.

Dated: November 27, 2012     Respectfully submitted,

RAJ ABHYANKER P.C.

By /s/ Kuscha Hatami
Kuscha Hatami
Bruno W. Tarabichi
Attorneys for Defendant
Raj Abhyanker

Dated: November 27, 2012     Respectfully submitted,

FENWICK & WEST LLP

By /s/ Jennifer L. Kelly
Jennifer L. Kelly
Laurence F. Pulgram
Guinevere L. Jobson
Attorneys for Plaintiff
NEXTDOOR.COM INC.