BRUNO W. TARABICHI, State Bar No. 215129
bruno@legalforcelaw.com
KUSCHA HATAMI, State Bar No. 282954
Kuscha@legalforcelaw.com
RAJ ABHYANKER P.C.
1580 W. El Camino Real
Mountain View, CA. 94040
Telephone:   650.965.8731
Facsimile:   650.989.2131

Attorneys for Defendant
Raj Abhyanker

**GRANTED**
*Judge Donna M. Ryu*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM INC.,<br><br>                    Plaintiff,<br><br>           vs.<br><br>RAJ ABHYANKER,<br><br>                    Defendant. | Case No. 4:12-cv-05667-DMR<br><br>**STIPULATION TO EXTEND DEFENDANT RAJ ABHYANKER'S TIME TO RESPOND TO THE COMPLAINT BY JANUARY 10, 2013.** |

Pursuant to Local Rule 6-1(a), Plaintiff NEXTDOOR.COM INC. and Defendant RAJ ABHYANKER hereby stipulate, through their respective counsel, to extend the time within which Defendant RAJ ABHYANKER must answer or otherwise respond to the Complaint by January 10, 2013.

Dated: November 27, 2012         Respectfully submitted,

                                                  RAJ ABHYANKER P.C.

By /s/ Kuscha Hatami
    Kuscha Hatami
    Bruno W. Tarabichi
    Attorneys for Defendant
    Raj Abhyanker

Dated: November 27, 2012         Respectfully submitted,

                                                  FENWICK & WEST LLP

By /s/ Jennifer L. Kelly
    Jennifer L. Kelly
    Laurence F. Pulgram
    Guinevere L. Jobson
    Attorneys for Plaintiff
    NEXTDOOR.COM INC.