**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94102
Phone: (510) 637-3530



RICHARD W. WIEKING
    Clerk of Court

December 13, 2012

Guinevere Louise Jobson
Jennifer Lloyd Kelly
Laurence F. Pulgram
Fenwick & West LLP
555 California Street
12th Floor
San Francisco, CA 94104

Kuscha Hatami Fard
Raj Abhyanker P.C.
1580 W El Camino Real
Suite 14
Mountain View, CA 94040

**Re:  NEXTDOOR.COM, INC.  v. RAJ ABHYANKER**
C12-05667DMR

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **ONE** of the attached forms documenting either consent or request for reassignment and return or electronically file it with the Court **by no later than December 27, 2012.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                        Sincerely,

                                        Richard W. Wieking
                                        Clerk, U.S. District Court

                                        By: Ivy L. Garcia
                                          Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., | No. C-12-05667-DMR |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| RAJ ABHYANKER, | |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____      _____
                                                                           Signature

                                                                           Counsel for _____
                                                                           (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., | No. C-12-05667-DMR |
| Plaintiff(s), | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| RAJ ABHYANKER, | **AND** |
| Defendant(s). | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                  Signature

                                  Counsel for _____
                                  (Name or party or indicate "pro se")

3