| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB No. 115163) |
| | lpulgram@fenwick.com |
| 2 | JENNIFER L. KELLY (CSB No. 193416) |
| | jkelly@fenwick.com |
| 3 | GUINEVERE L. JOBSON (CSB No. 251907) |
| | gjobson@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street |
| 5 | San Francisco, CA 94104 |
| | Telephone:  415.875.2300 |
| 6 | Facsimile:  415.281.1350 |

Attorneys for Plaintiffs and Counterdefendants
NEXTDOOR.COM, INC. and
PRAKASH JANAKIRAMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Judge:      Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual, | Date Action Filed: November 5, 2012 |
| Defendant. | |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | |
| v. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive, | |
| Counterdefendants. | |

PROOF OF SERVICE                                          3:12-cv-05667-EMC

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

- **CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASE**;

  and

- **CIVIL STANDING ORDER-GENERAL U.S. DISTRICT JUDGE EDWARD M. CHEN**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| **Kuscha Hatami Fard**<br>**Raj Abhyanker P.C.**<br>1580 W El Camino Real, Suite 14<br>Mountain View, CA 94040<br>Telephone:  650.965.8731<br>Facsimile:   650.989.2131<br>Email: kuscha@legalforcelaw.com | **Matthew Rawlinson**<br>**Latham & Watkins LLP**<br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:  650.328.4600<br>Facsimile:   650.463.2600<br>Email:  matt.rawlinson@lw.com |
| **Bruno W. Tarabichi**<br>**Owens Tarabichi LLP**<br>111 N. Market Street, Suite 730<br>San Jose, CA 95113<br>Telephone:  408.298.8204<br>Facsimile:   408.521.2203<br>Email: btarabichi@owenstarabichi.com<br><br>*Counsel for Defendantcounter-claimant Raj Abhyanker* | *Counsel for Counterdefendants Benchmark Capital Partners VII, L.P. and Benchmark Capital Management Co. VII LLC* |
| **Harpreet Walia**<br>**Royse Law Firm, PC**<br>135 Main Street, 12th Floor<br>San Francisco, CA 94105<br>Telephone: 415.421.9700<br>Facsimile:  415.421.9777<br>Email:  hwalia@rroyselaw.com<br><br>*Counsel for Counterdefendants Sandeep Sood and Monsoon Company* | |

PROOF OF SERVICE            1            Case No.: 3:12-cv-05667-EMC

1  ☑  **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices.  I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☑  **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated:   January 28, 2013            FENWICK & WEST LLP


By: _____*/s/ Jennifer Kelly*_____
            Jennifer L. Kelly

Attorneys for Plaintiffs and Counterdefendants
NEXTDOOR.COM, INC. and
PRAKASH JANAKIRAMAN

PROOF OF SERVICE            2            Case No.: 3:12-cv-05667-EMC