AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Nextdoor.com, Inc., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:12-cv-05667-EMC |
| Raj Abhyanker, | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Prakash Janakiraman
110 Sutter Street, Suite 700
San Francisco, CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bruno Tarabichi
Kuscha Hatami
LegalForce Raj Abhyanker, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, CA 94040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
CLERK OF COURT

Date: JAN 28 2013

SHEILA ASH
*Signature of Clerk or Deputy Clerk*