LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiffs and Counterdefendants
NEXTDOOR.COM, INC. and
PRAKASH JANAKIRAMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF EXTENDING TIME TO RESPOND TO COUNTERCLAIM**<br><br>Dept: 5<br>Judge: Honorable Edward M. Chen<br>Date Action Filed: November 5, 2012 |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive,<br><br>Counterdefendants. | |

[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF

Case No.: 3:12-cv-05667-EMC

Having reviewed Plaintiff and Counterdefendant Nextdoor.com's Motion for Administrative Relief Extending Time to Respond to Counterclaim, and good cause appearing, the deadline for Nextdoor.com to answer or otherwise respond to Defendant and Counterclaimant Raj Abhyanker's Counterclaim is hereby extended until 20 days after the last defendant has been served.

**IT IS SO ORDERED.**

Dated: 1/30/13

