1 | **BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
2 | **KUSCHA HATAMI**, CA State Bar No. 282954
kuscha@legalforcelaw.com
3 | **LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
4 | Mountain View, California 94040
Telephone:  650.965.8731
5 | Facsimile:   650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | Case Filed:  November 5, 2012 |
| RAJ ABHYANKER, an individual, | Judge:        Honorable Edward M. Chen |
| Defendant. | |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1–50, inclusive; | |
| Counterdefendants. | |

1   Pursuant to Local Rule 6-2, Plaintiff Nextdoor.com, Inc. ("Nextdoor.com") and Defendant
2   Raj Abhyanker ("Abhyanker"), through their respective attorneys, hereby request that the Court
3   continue the initial Case Management Conference from Thursday, March 7, 2013 at 9:00 a.m. to
4   Thursday, April 18, 2013 at 9:00 a.m and that the associated deadlines also be continued
5   commensurately as set forth in the Proposed Order.

**I.   *Good cause exists for the requested continuance because parties have been added and have not yet been served***

On January 10, 2013, Abhyanker filed his Answer and Counterclaims, which added five new parties to this lawsuit, namely, Prakash Janakiraman, Benchmark Capital Partners VII, L.P., Benchmark Capital Management Co. VII LLC, Sandeep Sood, and Monsoon Company. (Pacer Doc. 16.) On January 28, 2013, the Court issued a Summons for each of the newly added parties. (Pacer Docs. 21-25.)

None of the five newly added parties have been served yet. However, Abhyanker is in the process of serving the newly added parties and expects service to be completed within the next week or so, provided that there are no unusual circumstances that would delay service.

Based on the current schedule, the newly added parties will not have been served and will not have appeared in this case in time to participate in the 26(f) discovery conference, the ADR process selection, the 26(f) Report, the case management statement, initial disclosures, or the initial Case Management Conference. Accordingly, Nextdoor and Abhyanker believe that it will more efficient and a better use of both the parties' and Court's time and resources to continue the initial Case Management Conference and associated deadlines to allow the newly added parties to be served and appear so that they can participate in setting a schedule for this case, selecting an ADR process, and the initial Case Management Conference.

**II.   *Previous Time Modifications***

This is the first requested continuance of the Court's January 28, 2013 Case Management Conference Order setting the initial Case Management Conference for March 7, 2013. The only other time modification in this case occurred when the case was reassigned from Judge Ryu to

Judge Chen, which moved the initial Case Management Conference from February 6, 2013 to March 7, 2013.

### III. *Effect of Requested Time Modification*

Moving the initial Case Management Conference will have no substantive effect on the schedule for this case because no other dates have been set as yet.

\*\*\*

For all the foregoing reasons, Nextdoor.com and Abhyanker respectfully request that the Court continue the initial Case Management Conference to April 18, 2013 at 9:00am and that the associated deadlines be moved commensurately.

Dated: February 14, 2013          Respectfully submitted,

FENWICK & WEST LLP

By  /s/ Jennifer L. Kelly
    Laurence F. Pulgram
    Jennifer L. Kelly
    Attorneys for Plaintiff
    Nextdoor.com, Inc.

Dated: February 14, 2013          Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.

By  /s/ Bruno W. Tarabichi
    Bruno W. Tarabichi
    Kuscha Hatami
    Attorneys for Defendant
    Raj Abhyanker

| | |
|---|---|
| 1 | **BRUNO W. TARABICHI**, CA State Bar No. 215129 |
| 2 | bruno@legalforcelaw.com<br>**KUSCHA HATAMI**, CA State Bar No. 282954 |
| 3 | kuscha@legalforcelaw.com<br>**LEGALFORCE RAJ ABHYANKER, P.C.** |
| 4 | 1580 W. El Camino Real, Suite 13<br>Mountain View, California 94040 |
| 5 | Telephone: 650.965.8731<br>Facsimile: 650.989.2131 |
| 6 | |
| 7 | Attorneys for Defendant<br>Raj Abhyanker |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>　　　　　Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**[PR~~OPO~~OSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Case Filed:　November 5, 2012<br>Judge:　　　Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1–50, inclusive;<br><br>　　　　　Counterdefendants. | |

Having read and considered Plaintiff Nextdoor.com, Inc. and Defendant Raj Abhyanker's Stipulation to Continue Initial Case Management Conference, and good cause appearing, the Court hereby grants the Stipulation and

IT IS HEREBY ORDERED that

(i) the initial Case Management Conference is continued from March 7, 2013 at 9:00 a.m. to April 18, 2013 at 9:00 a.m.;

(ii) the last day for the parties to meet and confer pursuant to FRCP 26(f) regarding initial disclosures, early settlement, ADR process selection, and discovery plan shall be March 28, 2013;

(iii) the last day for the parties to file their ADR Certification and either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be March 28, 2013; and

(iv) the last day for the parties to file the Rule 26(f) report, complete initial disclosures, and file the Case Management Statement shall be April 11, 2013.

Dated: 2/19/13

_____
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA