| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Steven M. Bauer (Bar No. 135067) |
| 2 | steven.bauer@lw.com |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538 |
|   | Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095 |
| | |
| 5 | LATHAM & WATKINS LLP |
|   | Matthew Rawlinson (Bar No. 231890) |
| 6 | matt.rawlinson@lw.com |
|   | Adam Regoli (Bar No. 262903) |
| 7 | adam.regoli@lw.com |
|   | 140 Scott Drive |
| 8 | Menlo Park, California  94025 |
|   | Telephone: +1.650.328.4600 |
| 9 | Facsimile: +1.650.463.2600 |
| | |
| 10 | Attorneys for Counterdefendants |
|    | Benchmark Capital Partners VII, L.P., and |
| 11 | Benchmark Capital Management Co. VII LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | CASE NO. 3:12-cv-05667-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF STEVEN M. BAUER ON BEHALF OF COUNTERDEFENDANTS BENCHMARK CAPITAL PARTNERS VII, L.P., AND BENCHMARK CAPITAL MANAGEMENT CO. VII LLC** |
| vs. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| RAJ ABHYANKER, an individual, | Case Filed: November 5, 2012 |
| Counterclaimant, | Judge: Honorable Edward M. Chen |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; | |

| | |
|---|---|
| 1 | SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive;, |
| 2 | |
| 3 | |
| 4 | Counterdefendants. |

5 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

6     **PLEASE TAKE NOTICE** that Steven M. Bauer of Latham & Watkins LLP hereby

7 enters his appearance on behalf of Counterdefendants Benchmark Capital Partners VII, L.P. and

8 Benchmark Capital Management Co. VII LLC.

9     Mr. Bauer's email address, for purposes of receipt of notices of electronic filing is

10 steven.bauer@lw.com.

11 Dated: February 25, 2013      Respectfully submitted,

12                                    LATHAM & WATKINS LLP
                                       Steven M. Bauer

13

14

15                                 By           /s/
                                       Steven M. Bauer
                                       Attorneys for Counterdefendants

16                                        Benchmark Capital Partners VII, L.P., and
                                       Benchmark Capital Management Co. VII

17                                        LLC

18

19

20

21

22

23

24

25

26

27

28