| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Steven M. Bauer (Bar No. 135067) |
| 2 | steven.bauer@lw.com |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538 |
|   | Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095 |
| | |
| 5 | LATHAM & WATKINS LLP |
|   | Matthew Rawlinson (Bar No. 231890) |
| 6 | matt.rawlinson@lw.com |
|   | Adam Regoli (Bar No. 262903) |
| 7 | adam.regoli@lw.com |
|   | 140 Scott Drive |
| 8 | Menlo Park, California  94025 |
|   | Telephone: +1.650.328.4600 |
| 9 | Facsimile: +1.650.463.2600 |
| | |
| 10 | Attorneys for Counterdefendants |
|    | Benchmark Capital Partners VII, L.P., and |
| 11 | Benchmark Capital Management Co. VII LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | CASE NO. 3:12-cv-05667-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF MATTHEW RAWLINSON ON BEHALF OF COUNTERDEFENDANTS BENCHMARK CAPITAL PARTNERS VII, L.P., AND BENCHMARK CAPITAL MANAGEMENT CO. VII LLC** |
| vs. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| RAJ ABHYANKER, an individual, | Case Filed: November 5, 2012 |
| Counterclaimant, | Judge: Honorable Edward M. Chen |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; | |

| | |
|---|---|
| 1 | SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive;, |
| 2 | |
| 3 | |
| 4 | Counterdefendants. |

5 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

6     **PLEASE TAKE NOTICE** that Matthew Rawlinson of Latham & Watkins LLP hereby

7 enters his appearance on behalf of Counterdefendants Benchmark Capital Partners VII, L.P. and

8 Benchmark Capital Management Co. VII LLC.

9     Mr. Rawlinson's email address, for purposes of receipt of notices of electronic filing is

10 matt.rawlinson@lw.com.

11 Dated: February 25, 2013      Respectfully submitted,

12                             LATHAM & WATKINS LLP
                                  Matthew Rawlinson

13

14

15                             By            /s/
                                  Matthew Rawlinson
                                  Attorneys for Counterdefendants

16                                   Benchmark Capital Partners VII, L.P., and
                                  Benchmark Capital Management Co. VII

17                                   LLC

18

19

20

21

22

23

24

25

26

27

28