| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Steven M. Bauer (Bar No. 135067) |
| 2 |      steven.bauer@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538 |
| | Telephone:  +1.415.391.0600 |
| 4 | Facsimile:  +1.415.395.8095 |
| | |
| 5 | LATHAM & WATKINS LLP |
| |    Matthew Rawlinson (Bar No. 231890) |
| 6 |      matt.rawlinson@lw.com |
| |    Adam Regoli (Bar No. 262903) |
| 7 |      adam.regoli@lw.com |
| | 140 Scott Drive |
| 8 | Menlo Park, California  94025 |
| | Telephone:  +1.650.328.4600 |
| 9 | Facsimile:  +1.650.463.2600 |
| | |
| 10 | Attorneys for Counterdefendants |
| | Benchmark Capital Partners VII, L.P., and |
| 11 | Benchmark Capital Management Co. VII LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | CASE NO. 3:12-cv-05667-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF ADAM REGOLI ON BEHALF OF COUNTERDEFENDANTS BENCHMARK CAPITAL PARTNERS VII, L.P., AND BENCHMARK CAPITAL MANAGEMENT CO. VII LLC** |
| vs. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| RAJ ABHYANKER, an individual, | Case Filed: November 5, 2012 |
| Counterclaimant, | Judge: Honorable Edward M. Chen |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation;  PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | SANDEEP SOOD, an individual;<br>MONSOON COMPANY, an unknown<br>business entity,<br>and DOES 1-50, inclusive;,<br><br>     Counterdefendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that Adam Regoli of Latham & Watkins LLP hereby enters his appearance on behalf of Counterdefendants Benchmark Capital Partners VII, L.P. and Benchmark Capital Management Co. VII LLC.

  Mr. Regoli's email address, for purposes of receipt of notices of electronic filing is adam.regoli@lw.com.

Dated: February 26, 2013

Respectfully submitted,

LATHAM & WATKINS LLP
 Adam Regoli


By     /s/    
  Adam Regoli
  Attorneys for Counterdefendants
  Benchmark Capital Partners VII, L.P., and
  Benchmark Capital Management Co. VII
  LLC