```
 1  LATHAM & WATKINS LLP
       Steven M. Bauer (Bar No. 135067)
 2        steven.bauer@lw.com
    505 Montgomery Street, Suite 2000
 3  San Francisco, California 94111-6538
    Telephone: +1.415.391.0600
 4  Facsimile: +1.415.395.8095

 5  LATHAM & WATKINS LLP
       Matthew Rawlinson (Bar No. 231890)
 6        matt.rawlinson@lw.com
       Adam M. Regoli (Bar No. 262903)
 7        adam.regoli@lw.com
    140 Scott Drive
 8  Menlo Park, California 94025
    Telephone: +1.650.328.4600
 9  Facsimile: +1.650.463.2600

10  Attorneys for Counterdefendants
    Benchmark Capital Partners VII, L.P., and
11  Benchmark Capital Management Co. VII LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAJ ABHYANKER, an individual,<br><br>    Defendant. | CASE NO. 3:12-cv-05667-EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIMS** |
| RAJ ABHYANKER, an individual,<br><br>    Counterclaimant,<br><br>    vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; | Case Filed: November 5, 2012<br>Judge: Honorable Edward M. Chen |

1 | SANDEEP SOOD, an individual;
2 | MONSOON COMPANY, an unknown business entity,
3 | and DOES 1-50, inclusive;,
4 |         Counterdefendants.

1  Pursuant to Local Rule 6-1(a), the parities hereby stipulate, through their respective
2  counsel, to extend the time within which the Counterdefendants must answer or otherwise
3  respond to the Counterclaims to March 15, 2013.  Each Counterdefendant may answer or
4  otherwise respond to the Counterclaims on March 15, 2013, but to the extent a responsive
5  pleading other than an answer is filed, each Counterdefendant has explicitly agreed to file
6  responsive pleadings other than an answer only on March 15, 2013 and not before that date.

7  Dated:  February 27, 2013                 Respectfully submitted,

8                                            LATHAM & WATKINS LLP

10                                           By /s/ Matthew Rawlinson
                                                Matthew Rawlinson
11                                              Steve M. Bauer
                                                Adam M. Regoli
12                                              Attorneys for Counterdefendants
                                                Benchmark Capital Partners VII, L.P., and
13                                              Benchmark Capital Management Co. VII
                                                LLC

15 Dated:  February 27, 2013                 Respectfully submitted,

16                                           RAJ ABHYANKER P.C.

18                                           By /s/ Bruno W. Tarabichi
                                                Bruno W. Tarabichi
19                                              Kuscha Hatami
                                                Attorneys for Defendant and
20                                              Counterclaimant Raj Abhyanker

22 Dated:  February 27, 2013                 Respectfully submitted,

23                                           FENWICK & WEST LLP

25                                           By /s/ Jennifer L. Kelly
                                                Jennifer L. Kelly
26                                              Laurence F. Pulgram
                                                Guinevere L. Jobson
27                                              Attorneys for Plaintiff and Counterdefendant
                                                NEXTDOOR.COM INC., and
28                                              Counterdefendant Prakash Janakiraman

1 | Dated: February 27, 2013

Respectfully submitted,

ROYSE LAW FIRM, P.C.

By /s/ Harpreet Walia
Harpreet Walia
Attorneys for Counterdefendants Sandeep Sood and Monsoon Company