1 | LAURENCE F. PULGRAM (CSB No. 115163)
  | lpulgram@fenwick.com
2 | JENNIFER L. KELLY (CSB No. 193416)
  | jkelly@fenwick.com
3 | CLIFFORD C. WEBB (CSB NO. 260885)
  | cwebb@fenwick.com
4 | FENWICK & WEST LLP
  | 555 California Street
5 | San Francisco, CA  94104
  | Telephone:    415.875.2300
6 | Facsimile:    415.281.1350

7 | Attorneys for Plaintiff and Counterdefendant
  | NEXTDOOR.COM, INC. and
8 | Counterdefendant PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF LAURENCE F. PULGRAM ON BEHALF OF COUNTERDEFENDANT PRAKASH JANAKIRAMAN** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive,<br><br>Counterdefendants. | |

NOTICE OF APPEARANCE OF LAURENCE F. PULGRAM ON BEHALF OF JANAKIRAMAN

Case No. 3:12-cv-05667-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Laurence F. Pulgram of Fenwick & West LLP hereby enters his appearance on behalf of Counterdefendant PRAKASH JANAKIRAMAN.

Mr. Pulgram's email address, for purposes of receipt of notices of electronic filing is lpulgram@fenwick.com.

Dated: March 15, 2013　　　　　　　　　FENWICK & WEST LLP


By: _____/s/ Laurence F. Pulgram_____
　　　　Laurence F. Pulgram

Attorneys for Counterdefendant
PRAKASH JANAKIRAMAN

NOTICE OF APPEARANCE OF
LAURENCE F. PULGRAM ON　　　　1　　　　Case No. 3:12-cv-05667-EMC
BEHALF OF JANAKIRAMAN