1   LAURENCE F. PULGRAM (CSB No. 115163)
    lpulgram@fenwick.com
2   JENNIFER L. KELLY (CSB No. 193416)
    jkelly@fenwick.com
3   CLIFFORD C. WEBB (CSB NO. 260885)
    cwebb@fenwick.com
4   FENWICK & WEST LLP
    555 California Street
5   San Francisco, CA  94104
    Telephone:     415.875.2300
6   Facsimile:     415.281.1350

7   Attorneys for Plaintiff and Counterdefendant
    NEXTDOOR.COM, INC. and
8   Counterdefendant PRAKASH JANAKIRAMAN

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12   NEXTDOOR.COM, INC., a Delaware          Case No. 3:12-cv-05667-EMC
     corporation,
13                                           **NOTICE OF APPEARANCE
                    Plaintiff,               OF JENNIFER L. KELLY
14                                           ON BEHALF OF
     v.                                      COUNTERDEFENDANT
15                                           PRAKASH JANAKIRAMAN**
     RAJ ABHYANKER, an individual,
16
                    Defendant.
17

18   RAJ ABHYANKER, an individual,

19                  Counterclaimant,

20        v.

21   NEXTDOOR.COM, INC., a Delaware
     corporation; PRAKASH JANAKIRAMAN, an
22   individual; BENCHMARK CAPITAL
     PARTNERS VII, L.P., a Delaware limited
23   partnership; BENCHMARK CAPITAL
     MANAGEMENT CO. VII LLC, a Delaware
24   limited liability company; SANDEEP SOOD, an
     individual; MONSOON COMPANY, an
25   unknown business entity, and DOES 1-50,
     inclusive,
26
                    Counterdefendants.
27

28
     NOTICE OF APPEARANCE OF
     JENNIFER L. KELLY ON BEHALF OF          Case No. 3:12-cv-05667-EMC
     JANAKIRAMAN

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that Jennifer L. Kelly of Fenwick & West LLP hereby enters her appearance on behalf of Counterdefendant PRAKASH JANAKIRAMAN.

     Ms. Kelly's email address, for purposes of receipt of notices of electronic filing is jkelly@fenwick.com.

Dated:   March 15, 2013          FENWICK & WEST LLP


By:         */s/ Jennifer Kelly*
        Jennifer L. Kelly

Attorneys for Counterdefendant
PRAKASH JANAKIRAMAN

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
JENNIFER L. KELLY ON BEHALF
OF JANAKIRAMAN
     1     Case No. 3:12-cv-05667-EMC