| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB No. 115163) |
| | lpulgram@fenwick.com |
| 2 | JENNIFER L. KELLY (CSB No. 193416) |
| | jkelly@fenwick.com |
| 3 | CLIFFORD C. WEBB (CSB NO. 260885) |
| | cwebb@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street |
| 5 | San Francisco, CA  94104 |
| | Telephone:     415.875.2300 |
| 6 | Facsimile:      415.281.1350 |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | NEXTDOOR.COM, INC. and |
| 8 | Counterdefendant PRAKASH JANAKIRAMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF CLIFFORD C. WEBB ON BEHALF OF PLAINTIFF AND COUNTERDEFENDANT NEXTDOOR.COM, INC. AND COUNTERDEFENDANT PRAKASH JANAKIRAMAN** |
| v. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | |
| v. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive, | |
| Counterdefendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| NOTICE OF APPEARANCE OF CLIFFORD C. WEBB | Case No. 3:12-cv-05667-EMC |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that Clifford C. Webb of Fenwick & West LLP hereby enters his appearance on behalf of Attorneys for Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN.

  Mr. Webb's email address, for purposes of receipt of notices of electronic filing is cwebb@fenwick.com.

Dated: March 15, 2013    FENWICK & WEST LLP


                 By: */s/ Clifford C. Webb*
                     Clifford C. Webb

                Attorneys for Plaintiff and Counterdefendant
                NEXTDOOR.COM, INC. and
                Counterdefendant PRAKASH JANAKIRAMAN