Harpreet S. Walia, Esq. (SBN 176136)
Lisa M. Chapman, Esq.  (SBN 118113)
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, California    94303
Telephone:   (650) 813-9700
Facsimile:    (650) 813-9777
E-Mail:  hwalia@rroyselaw.com
          lchapman@rroyselaw.com

Attorneys for Counterdefendant SANDEEP SOOD and
MONSOON ENTERPRISES, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br><br>**NOTICE OF APPEARANCE OF HARPREET S. WALIA ON BEHALF OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive,<br><br>Counterdefendants. | Complaint Filed:         November 5, 2012<br>Countercomplaint Filed:  January 10, 2013<br><br><br>Date:       May 2, 2013<br>Time:       1:30 PM<br>Judge:      Honorable Edward M. Chen |

{00013046;1}

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         **PLEASE TAKE NOTICE** that Harpreet S. Walia of ROYSE LAW FIRM, PC hereby enters

3    his appearance on behalf of Counterdefendants SANDEEP SOOD and MONSOON ENTERPRISES,

4    INC. (erroneously sued as Monsoon Company, an unknown business entity).

5         For purposes of receipt of notices of electronic filing, Mr. Walia's e-mail address is

6    hwalia@rroyselaw.com.

7

8    Dated:    March 15, 2013                    ROYSE LAW FIRM, PC

9

10                                    By:_____

11                                        Harpreet S. Walia
                                          Attorneys for Counterdefendants SANDEEP SOOD
12                                        and MONSOON ENTERPRISES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00013046;1}                              -2-

NOTICE OF APPEARANCE OF HARPREET S. WALIA ON
BEHALF OF COUNTERDEFENDANTS SANDEEP SOOD
AND MONSOON ENTERPRISES, INC.