```
 1  Harpreet S. Walia, Esq. (SBN 176136)
    Lisa M. Chapman, Esq. (SBN 118113)
 2  ROYSE LAW FIRM, PC
    1717 Embarcadero Road
 3  Palo Alto, California  94303
    Telephone:  (650) 813-9700
 4  Facsimile:  (650) 813-9777
    E-Mail:  hwalia@rroyselaw.com
 5           lchapman@rroyselaw.com
 6
    Attorneys for Counterdefendants SANDEEP SOOD and
 7  MONSOON ENTERPRISES, INC., a California corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF LISA M. CHAPMAN ON BEHALF OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive,<br><br>Counterdefendants. | Complaint Filed:       November 5, 2012<br>Countercomplaint Filed: January 10, 2013<br><br>Date:   May 2, 2013<br>Time:   1:30 PM<br>Judge:  Honorable Edward M. Chen |

{00013047;1}

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Lisa M. Chapman of ROYSE LAW FIRM, PC hereby enters her appearance on behalf of Counterdefendants SANDEEP SOOD and MONSOON ENTERPRISES, INC. (erroneously sued as Monsoon Company, an unknown business entity).

For purposes of receipt of notices of electronic filing, Ms. Chapman's e-mail address is lchapman@rroyselaw.com.

Dated: March 15, 2013

ROYSE LAW FIRM, PC

By: _/s/ Lisa M. Chapman_
Lisa M. Chapman
Attorneys for Counterdefendants SANDEEP SOOD and MONSOON ENTERPRISES, INC.

{00013047;1}

-2-

NOTICE OF APPEARANCE OF LISA M. CHAPMAN ON
BEHALF OF COUNTERDEFENDANTS SANDEEP SOOD
AND MONSOON ENTERPRISES, INC.