LATHAM & WATKINS LLP
 Steven M. Bauer (Bar No. 135067)
  steven.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
 Matthew Rawlinson (Bar No. 231890)
  matt.rawlinson@lw.com
 Adam M. Regoli (Bar No. 262903)
  adam.regoli@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Counterdefendants
Benchmark Capital Partners VII, L.P., and
Benchmark Capital Management Co. VII, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> RAJ ABHYANKER, an individual, <br><br> Defendant. | CASE NO. 3:12-cv-05667-EMC <br><br> **BENCHMARK CAPITAL PARTNERS VII, L.P. AND BENCHMARK CAPITAL MANAGEMENT CO. VII, LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| RAJ ABHYANKER, an individual, <br><br> Counterclaimant, <br><br> vs. <br><br> NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., | Judge: Honorable Edward M. Chen |

1  a Delaware limited partnership;
   BENCHMARK CAPITAL
2  MANAGEMENT CO. VII LLC,
   a Delaware limited liability company;
3  SANDEEP SOOD, an individual;
   MONSOON COMPANY, an unknown
4  business entity, and DOES 1-50, inclusive,

5                    Counterdefendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

DISCLOSURE STATEMENT
AND CIVIL L.R. 3-16 CERTIFICATION
Case Number: 3:12-cv-05667-EMC

1   Pursuant to Fed. R. Civ. P. 7.1 Benchmark Capital Partners VII, L.P., and Benchmark
2  Capital Management Co. VII, LLC ("the Benchmark entities") hereby make the following
3  disclosures:

4   • The Benchmark entities do not have any parent corporation.

5   • No public corporation own 10% or more of the Benchmark entities' stock.

6   Pursuant to Civil L.R. 3-16, the undersigned certifies that that the following listed
7  persons, association of persons firms, partnerships, corporations (including parent corporations)
8  or other entities (i) have a financial interest in the subject matter in controversy or in a party to
9  the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could
10 be substantially affected by the outcome of this proceeding:

11  • Chartis Specialty Insurance Corporation.

13 Dated: March 15, 2013                    Respectfully submitted,

14                                          LATHAM & WATKINS LLP

16                                          By /s/ Matthew Rawlinson
                                               Matthew Rawlinson
17
                                               Steven M. Bauer
18                                             Matthew Rawlinson
                                               Adam M. Regoli
19                                             Attorneys for Counterdefendants
                                               Benchmark Capital Partners VII, L.P., and
20                                             Benchmark Capital Management Co. VII,
                                               LLC