1  LATHAM & WATKINS LLP
      Steven M. Bauer (Bar No. 135067)
2         steven.bauer@lw.com
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone: +1.415.391.0600
4  Facsimile: +1.415.395.8095

5  LATHAM & WATKINS LLP
      Matthew Rawlinson (Bar No. 231890)
6         matt.rawlinson@lw.com
      Adam M. Regoli (Bar No. 262903)
7         adam.regoli@lw.com
   140 Scott Drive
8  Menlo Park, California  94025
   Telephone: +1.650.328.4600
9  Facsimile: +1.650.463.2600

10 Attorneys for Counterdefendants
   Benchmark Capital Partners VII, L.P. and
11 Benchmark Capital Management Co. VII, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | CASE NO. 3:12-cv-05667-EMC<br><br>**BENCHMARK CAPITAL PARTNERS VII, L.P. AND BENCHMARK CAPITAL MANAGEMENT CO. VII, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL | Judge: Honorable Edward M. Chen |

1  MANAGEMENT CO. VII LLC,
   a Delaware limited liability company;
2  SANDEEP SOOD, an individual;
   MONSOON COMPANY, an unknown
3  business entity, and DOES 1-50, inclusive,

4              Counterdefendants.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Pursuant to Federal Rule of Evidence 201(b)(2), Counterdefendants Benchmark Capital
2   Partners VII, L.P., and Benchmark Capital Management Co. VII, LLC ("Benchmark")
3   respectfully request that the Court take judicial notice of the following documents in support of
4   Benchmark's Motion to Dismiss the Counterclaims. The documents are attached to the
5   Declaration of Adam M. Regoli ("Regoli Declaration") as Exhibits 1 through 5.

- Exhibit 1 is a "First Amended Complaint" filed by Raj Vasant Abhyanker against Benchmark and others on December 6, 2011, in the Superior Court of the State of California – County of Santa Clara.
- Exhibit 2 is Benchmark's "Demurrer To Plaintiff's First Amended Complaint; And Memorandum Of Points And Authorities In Support Thereof," filed by Benchmark on January 10, 2012, in the Superior Court of the State of California – County of Santa Clara.
- Exhibit 3 is a "Request For Dismissal," filed by Raj V. Abhyanker on February 7, 2012, in the Superior Court of the State of California – County of Santa Clara.
- Exhibit 4 is a Certificate of Limited Partnership from the State of Delaware, reflecting that Benchmark Capital Partners VII, L.P. was formed on December 30, 2010.
- Exhibit 5 is a Certificate of Formation from the State of Delaware, reflecting that Benchmark Capital Management Co. VII, LLC was formed on December 29, 2010.

Under Federal Rule of Evidence 201(b)(2), the Court "may judicial notice a fact that is not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably questioned." In such circumstances, the Court "must take judicial notice if a party requests it and the [C]ourt is supplied with the necessary information. Fed. R. Civ. P. 201(c)(2).

Here, Exhibits 1-3 to the Regoli Declaration are documents that were filed in the Superior Court of the State of California – County of Santa Clara. Courts routinely take judicial notice of the contents of such documents because their contents are not subject to reasonable dispute. *See,*

1  *e.g.*, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking

2  judicial notice of court documents and pleadings in related litigation); *Burbank-Glendale-*

3  *Pasadena Airport Authority v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking

4  judicial notice, in federal action, of pleadings filed in California Superior Court).  Accordingly,

5  the Court should take judicial notice of Exhibits 1-3.

6        Exhibit 4 to the Regoli Declaration is a Certificate of Limited Partnership from the State

7  of Delaware.  Exhibit 5 to the Regoli Declaration is a Certificate of Formation from the State of

8  Delaware.  Courts routinely take judicial notice of the contents of such documents because they

9  are official public records and their contents are not subject to reasonable dispute.  *See, e.g.*,

10  *Reiner v. Washington Plate Glass Co., Inc.*, 711 F.2d 414, 416 (D.C. Cir. 1983) (taking judicial

11  notice of appellee's date of incorporation by consulting the records of the District of Columbia

12  Recorder of Deeds Office); *Piazza v. EMPI, Inc.*, No. 1:07-cv-00954, 2008 WL 590494, at *4

13  (E.D. Cal. Feb. 29, 2008) (taking judicial notice of corporation's "registration with the California

14  Secretary of State" because it "is an official public record and its contents are not reasonably in

15  dispute.").  Accordingly, the Court should take judicial notice of Exhibits 4 and 5.

16        For the foregoing reasons, Benchmark respectfully requests that the Court take judicial

17  notice of Exhibits 1-5 to the Regoli Declaration when ruling on Benchmark's Motion to Dismiss.

18

19  Dated:  March 15, 2013

      Respectfully submitted,

20        LATHAM & WATKINS LLP

21

22        By /s/ Matthew Rawlinson
         Matthew Rawlinson

23

24           Steven M. Bauer
         Matthew Rawlinson
         Adam M. Regoli

25           Attorneys for Counterdefendants
         Benchmark Capital Partners VII, L.P., and

26           Benchmark Capital Management Co. VII, LLC

27

28