# EXHIBIT 2

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Assignments on the Web** > **Patent Query**

## Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 1**

| | | |
|---|---|---|
| **Patent #:** NONE | **Issue Dt:** | **Application #:** 11603442   **Filing Dt:** 11/22/2006 |
| **Publication #:** 20070218900 | **Pub Dt:** 09/20/2007 | |
| **Inventor:** Raj Vasant Abhyanker | | |
| **Title:** Map based neighborhood search and community contribution | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 020456/0991 | **Recorded:** 02/01/2008 | **Pages:** 2 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** ABHYANKER, RAJ VASANT | | **Exec Dt:** 01/28/2008 |
| **Assignee:** FATDOOR, INC. | | |
| 4400 BOHANNON DRIVE, SUITE 100 | | |
| MENLO PARK, CALIFORNIA 94025 | | |
| **Correspondent:** PILLSBURY WINTHROP SHAW PITTMAN LLP | | |
| P.O. BOX 10500 | | |
| MCLEAN, VA 22102 | | |

Search Results as of: 02/06/2013 05:55 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| **HOME** | **INDEX** | **SEARCH** | *e***BUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**