# EXHIBIT 4
# Part 4 of 6

# SUMMARY OF EXHIBITS

| EXHIBIT A | Confidential Screenshots of Nextdoor, shared with Defendants at 7am on Friday June 22, 2007 |
|---|---|
| EXHIBIT B | Confidential Disclosure Document of Nextdoor, shared with Defendants at 7am on Friday, June 22, 2007 |
| EXHIBIT C | Confidential Executive Summary of Fatdoor, Inc., shared with Defendants at 7am on Friday, June 22, 2007 |
| EXHIBIT D | Confidential Patent Application of Fatdoor, Inc., shared with Defendants at 7am on Friday, June 22, 2007 titled U.S. Patent Application number 2007/0218900 A1 titled "MAP BASED NEIGHBORHOOD SEARCH AND COMMUNITY CONTRIBUTION" (See Exhibit 4) on which the name "Nextdoor.com" is clearly associated as the domain name intended to be used by Fatdoor, Inc. (page 21, col. 1, paragraph [0236]) |
| EXHIBIT E | VentureBeat article on Nextdoor/Fatdoor, titled "Fatdoor turns neighborhood into online social networks" May 28, 2007 |
| EXHIBIT F | Mashable article on Nextdoor/Fatdoor, titled "Fatdoor launches social network for your neighborhood" May 28, 2007 |
| EXHIBIT G | Wired article on Nextdoor/Fatdoor, titled "Fatdoor CEO talks about balancing security with community" May 31, 2007 |
| EXHIBIT H | Mercury News article on illegal and illicit Nextdoor.com, Inc., titled "ePinions co-founder Nirav Tolia back in saddle with Facebook-like startup" October 28, 2011 |
| EXHIBIT I | Wikipedia article on Bret Taylor, CTO of Facebook, formerly EIR at Benchmark Capital, formerly co-creator of Google Maps |
| EXHIBIT J | New York Times article titled "Instant Company" July 11, 1999 |
| EXHIBIT K | TechCrunch article reproducing an email from Bill Gurley to portfolio companies and advising them to be "opportunistic" October 9, 2008 |
| EXHIBIT L-1 | April 2011 Facebook photo with named Defendants tagged together |
| EXHIBIT L-2 | September 2011 Facebook photo with named Defendants tagged together |
| EXHIBIT L-3 | October 2011 Facebook photo with named Defendants tagged together |
| EXHIBIT L-4 | November 2011 Facebook photo with named Defendants tagged together |

# EXHIBIT A

# Nextdoor

MY ACCOUNT | BLDG | GROUPS | CHAT | REVIEWS | HELP

**Join Now & Own Your Profile!**

Already a Member? Sign In Now

## Find a Friend!

Search by [ Name ]
Search area [ Neighborhood ]



Crandon
Bellila Ave

### Events in Your Area

Babar Rana: Garage Sale 10 am, Sunday 10/22!!! Random stuff starting at 5$. Free lemonade! — Find This Event

Pams: "Save the Squirrels" Rally 2pm, Sunday 10/22, BYOB. — Find This Event

Raj Abhyanker: Selling my house!! 10am - 4pm Monday 10/23. Walk-ins welcome! — Find This Event

### Hot Picks & Promotions in Your Area

Taco Hell: $3 off Burritos before 9am, all week? — Find This Promo

Serena Apts: Vacancies on Suites, 2BR, & 3BR, starting at $600! Call (650) 123-4567 — Find This Promo

## Babar Rana's Profile

### Babar's Wall


**Georgia Pergio**
I'm watching you, buddy.


**Raj Abhyanker**
This kid sucks... big time


**Pams ...**
OMG I can't believe we're neighbours!!! Yay!

**Anonymous**
Babar is a great guy, always helps me fix stuff around the house

View More Photos of Babar (...)
Send Babar a Message
View Babar Rana's Friends
Add Babar as a Friend

## Babar Rana
1995 Taro St, Palo Alto, CA 94301

### Information

**Contact Info**
babar@email.com
1234 Lane 1235
Washington?

**Personal Info**

**Favourites**

### Babar's Notes

⭐ Garage Sale 10 am, Sunday 10/22!!! Random stuff starting at 5$. Free lemonade!

⭐ I found a dead mouse in my burrito at Papa Taco's! That place sucks!!!

# Nextdoor.com

Welcome! Please Sign in to Next... Register Here

Home    Map & Search    How to Use    My Other    My Home

Address OR Street OR Neighborhood    City, State OR ZIP    Search

859 Bette Ave, Cupertino, CA 95014

## Get to know your neighbors!

LoanW...
Find Today's Low
Loan Type: Refinance
Loan Amount

TARGETED ADVERTISEMENT

$150,000
Start Here
Shop For A Loan
Internet

Home Details
Rate
GO   Advanced S...

Bird's Eye View    Map View



### RAJ AND SONAL ABHYANKER

Attorney and Pharmacist.  Doctorate degrees.

INTERESTS
badminton, hiking, traveling

FAMILY DESCRIPTION
has lived in cupertino for about 6 years or so. raj ran for city council last year. very active in community.

OTHER INFO
two kids, Arhi and Sidhu

FEEDBACK
raj sucks!
raj is awesome!

Pictures:


IMG_0189


IMG_0188


IMG_0187







# EXHIBIT B

# NextDoor.com.
## Specification Draft 1
## "Get to know your neighbors"

This idea is too exciting for me to wait till the middle of the night to get this to you! Let me know your feedback/questions, and please feel free to suggest improvements/ideas. Ideally, we need to get a fully functional site up in 30 days with the most basic features/functionalities.



## SUMMARY :

Basically, what we want to create is mixture of a social network, zillow.com, maquest, eopininons, google, and wikipedia.

What we are trying to create is a way to create a way for neighbors to get to know each other and their surrounding businesses more easily through the Internet. The UI of the site will look a bit like Zillow.com, but modified so that there will be a social networking page pop up on the right when one clicks a particular home/location. Unlike Zillow.com however, there will be no information about prices of a home, no information about the number of bedrooms of a home, etc.

People will be the focus, not the real estate. In essence, the most critical input information will be divided as follows

## RESIDENTIAL LOCATION :
    (1) name of the persons/family living in that residence
    (2) Their profession if any
    (3) Their educational background if any
    (4) Their recreational interests
    (5) About their family description box
    (6) Anything else people want to post about that person including their interests, hobbies, etc. See linked.com for an idea of possible fields.
    (7) An ability for users to leave endorsements

## BUSINESS LOCATION or CIVIC LOCATION (park, govt building, church, etc.) :
    (1) name of the business/location
    (2) email of the manager of the business/location
    (3) phone number of the business/location if known
    (4) anything else people want to say about the business (good or bad), contributable through a wiki.

These two will be the primary types of types. The following things will differentiate NextDoor.com from other social networks.

*Copyright, 2006, Nextdoor, Inc. Raj Abhyanker. Patents Pending. Confidential. 1 of 3*

**NEXTDOOR FEATURES LIKE ZILLOW :**
1. interface driven by address like zillow
2. maps can be viewed, zoomed in on, tied to a parcel # like Zillow
3. need to license from source of zillow or similar location.
4. no home price or bedroom etc. info. Rather info about people that live in homes. Also, info about businesses unlike zillow.

**NEXTDOOR FEATURES LIKE WIKIPEDIA :**

1. Anyone can populate anyone's social network page.
2. Anybody can post in one of the boxes above. They can post anonymously or publicly.
3. If someone wants to override information that already has been established, they will need to have an identity (e.g., user name), to override published posting information.
4. If an owner of an entity location wishes to mark their location private, and uneditable by the public without their permission, they will need to pay nextdoor.com $9.95 per month.

**NEXTDOOR FEATURES LIKE SOCIAL NETWORK :**
1. Spreads virally by users inviting their friends like a social network.
2. Every person that registers will have their own profile, but registration is not required to contribute content. Registration is required to "own" content on your own home, and have override permission to delete things that you don't like about yourself listed about you by others. To register, Nextdoor will need to confirm the user's identity and address (e.g., digital signature tool, drivers license verification, etc.), and the user will need to pay a credit card for $9.95 per month to control their identity. They can get a rebate, and not have to pay the monthly fee for a particular month, if they invite at least 15 people that month AND contribute information about at least 10 of their neighbors, friends, civic, or business locations in their neighborhood.
3. Endorsements for neighbors by others will be published automatically.
4. People can post pics of their family, their business, their home, etc. on their profile once they 'own' their home and register.
5. People can search for other people by descriptors (e.g., name, profession, distance away from me, etc.)
6. Social network pages created on the fly, when one clicks on a home

**NEXTDOOR FEATURES LIKE MAPQUEST:**
1. People will be able to visually see directions to their neighborhood businesses, rather than directions through text in the first phase.
2. After time, directions can be offered as well.

**NEXTDOOR FEATURES LIKE EOPINIONS:**
1. People can leave their opinions on businesses like epinions, but in addition, can leave opinions on neighbors.

**NEXTDOOR FEATURES LIKE GOOGLE:**
1. People can search for things they want e.g. nearby pizzas etc. by distance away.
2. Advertisers can 'own' their listing by placing a display ad on nextdoor.com. instead of click through revenues when someone leaves the site, revenues will be when the link is clicked and someone views the preview html on the right of the visual map.
3. Targeted advertisements placed when someone searches a particular street, name, city, etc. (like adwords).

**OTHER FEATURES :**
1. Apartment, building, condo creation wiki – people can create floors, layout, etc. of their building, and add social network pages on the fly when they click on a location that has multiple residents, tenants, or lessees.
2. UI should be clean, simple, and uncluttered. Simple message of "get to know your neighbors". Map shows neighbors. Focus on user experience. Don't have about us, etc. easily accessible on page. Make sure compelling message to invite friends others to join.

*Copyright, 2006, Nextdoor, Inc.   Raj Abhyanker,   Patents Pending.  Confidential. 2 of 3*

# EXHIBIT C

# fatdoor ecosystem
## (findings from Cupertino launch)



-What kind of neighbors
- Market and find homes



**BLOCK WATCH** ®

-Neighbor-Neighbor talk
- Group-access street cameras



-Parent communication
-Babysitting groups

Civic

**Cupertino Chamber of Commerce**
*Your Partner in Silicon Valley*

- Local Business networking
- Community advertising

Commerce




## fatdoor
get to know your neighbors

Government

**CITY OF CUPERTINO**

- Campaigning
-Citizen government'



- Veterans Memorial
- Fundraising

Service



- Member networking
- Volunteer recruitment



-Speaker recruitment
-Member recruitment


fatdoor
get to know your neighbors

Confidential Material

5

# Maturing Networks



**Casual**
- Anonymous Identity
- Transient
- Explorative Community

**Associative**
- Semi-Real Identity
- Semi-Transient
- Association based community

facebook

**Neighborhood**
- Real Identity
- Semi-Permanent
- Location based communities
- Interest based communities
- Commerce based communities

fatdoor
get to know your neighbors

Confidential Material

7

EXHIBIT D



US 20070218900A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2007/0218900 A1**
    Abhyanker                                (43) **Pub. Date:**        **Sep. 20, 2007**

(54) **MAP BASED NEIGHBORHOOD SEARCH AND COMMUNITY CONTRIBUTION**

(76) Inventor: **Raj Vasant Abhyanker**,
               Cupertino, CA (US)

    Correspondence Address:
    **Raj Abhyanker, LLP**
    **c/o Intellevate**
    **P.O. Box 52050**
    **Minneapolis, MN 55402**

(21) Appl. No.:    **11/603,442**

(22) Filed:        **Nov. 22, 2006**

**Related U.S. Application Data**

(60) Provisional application No. 60/783,226, filed on Mar. 17, 2006, provisional application No. 60/817,470, filed on Jun. 28, 2006, provisional application No. 60/853,499, filed on Oct. 19, 2006, provisional application No. 60/854,230, filed on Oct. 25, 2006.

**Publication Classification**

(51) Int. Cl.
     *H04M 11/04*        (2006.01)
(52) U.S. Cl. ................................. 455/435.1; 455/404.2

(57)        **ABSTRACT**

A method, apparatus and system of map based community search and neighborhood contribution are disclosed. In one embodiment, a method includes associating a verified registered user with a user profile, associating the user profile with a specific geographic location, generating a map concurrently displaying the user profile and the specific geographic location and simultaneously generating, in the map, wiki profiles associated with different geographic locations surrounding the specific geographic location associated with the user profile.



# MAP BASED NEIGHBORHOOD SEARCH AND COMMUNITY CONTRIBUTION

## CLAIMS OF PRIORITY

[0001] This patent application claims priority from:

(1) U.S. Provisional patent application No. 60/783,226, titled 'Trade identity licensing in a professional services environment with conflict' filed on Mar. 17, 2006.

(2) U.S. Provisional services application No. 60/817,470 titled 'Segmented services having a global structure of networked independent entities', filed Jun. 28, 2006.

(3) U.S. Provisional patent application No. 60/853,499, titled 'Method and apparatus of neighborhood expression and user contribution system' filed on Oct. 19, 2006.

(4) U.S. Provisional patent application No. 60/854,230 titled 'Method and apparatus of neighborhood expression and user contribution system' filed on Oct. 25, 2006.

## FIELD OF TECHNOLOGY

[0002] This disclosure relates generally to the technical fields of communications and, in one example embodiment, to a method, apparatus, and system of map based community search and neighborhood contribution.

## BACKGROUND

[0003] A neighborhood may be a geographically localized community in a larger city, town, and/or suburb. Residents of the neighborhood may refer to each other as neighbors, although this term may also be used across much larger distances in rural areas. In theory, the neighborhood may be small enough that the neighbors may be able to know each other by walking and/or driving a short distance (e.g., 5 miles) around their place of residence and/or their place of work. However, in practice, the neighbors may not know one another very well (e.g., because of busy schedules, fenced communities, lack of effort, a lack of time, etc.).

[0004] The neighborhood may be given a designated status through a neighborhood association, a neighborhood watch group, a political group, a homeowners association, and/or a tenant association. These groups may help in matters such as lawn care and fence height, and they may provide such services as block parties, neighborhood parks, children activities, special interest groups, and/or community security. However, getting messages out to residents of the neighborhood may require expensive direct mail, and/or time consuming door to door meetings with residents of the neighborhood.

[0005] A neighborhood watch (e.g., a crime watch, a block watch, a neighborhood crime watch, etc.) may be an organization of active residents devoted to crime and/or vandalism prevention in the neighborhood. Members of the neighborhood watch may stay alert of unusual activity, behaviors, and/or crime in the neighborhood. However, most residents may not be active participants of the neighborhood association (e.g., because of a lack of time), and may be unaware of safety, security, and/or prevention issues in their immediate area.

[0006] For example, in many American communities, while a few active residents know a lot of their neighbors, there are far more residents who do not even know what professions, interests, and reputations are of their immediate

next-door neighbors. As a result, friendships among neighbors don't form as often, neighbors have more difficult time asking other neighbors for help, safety in the neighborhood suffers, quality of life is impacted, and a sense of community is diminishing.

## SUMMARY

[0007] A method, apparatus and system of map based neighborhood search and community contribution are disclosed. In one aspect, a method includes associating a verified registered user with a user profile, associating the user profile with a specific geographic location, generating a map concurrently displaying the user profile and the specific geographic location, and simultaneously generating, in the map, wiki profiles associated with different geographic locations surrounding the specific geographic location associated with the user profile.

[0008] The method may also include processing a query of at least one of the user profile and the specific geographic location and converting a particular wiki profile of the wiki profiles to another user profile when a different registered user claims a particular geographic location to the specific geographic location associated with the particular wiki profile, wherein the user profile is tied to a specific property in a neighborhood, and wherein the particular wiki profile is associated with a neighboring property to the specific property in the neighborhood.

[0009] The method may further include delisting a certain wiki profile of the wiki profiles when a private registered user claims a certain geographic location adjacent to at least one of the specific geographic location and the particular geographic location and masking the certain wiki profile in the map when the certain wiki profile is delisted through the request of the private registered user. Moreover, the method may include processing a tag data associated with at least one of the specific geographic location, a particular geographic location, and/or the delisted geographic location, displaying a frequent one of the tag data when the specific geographic location and/or the particular geographic location is made active, but not when a geographic location is delisted, permitting a commercial user to purchase a customizable business profile associated with a commercial geographic location, enabling the verified registered user to communicate a message to the neighborhood based on a selectable distance range away from the specific geographic location and/or processing a payment of the commercial user and the verified registered user.

[0010] Furthermore, the method may also include permitting the verified registered user to edit any information in the wiki profiles including the particular wiki profile and the certain wiki profile until the certain wiki profile is claimed by the different registered user and/or the private registered user, enabling a claimant of any wiki profile to control what information is displayed on their user profile and/or allowing the claimant to segregate certain information on their user profile such that only other registered users directly connected to the claimant are able to view data on their user profile.

[0011] Also, the method may include applying a first user ID with the verified registered user and a second user ID to the different registered user, connecting the verified registered user with the different registered user with each other through at least one of a geo-positioning data associated with the first user ID and the second user ID, setting a

[0231] The social community module (e.g., as described in FIG. 1) may be a search engine (e.g., Google®, Yahoo®, etc.) that uses maps (e.g., satellite map views) instead of text displays to show information, user profiles, reviews, promotions, ads, directions, events, etc. relevant to user searches.

[0232] The example systems and methods illustrated in FIGS. 1-28 may facilitate a social network membership that spreads virally by users inviting their friends. For example, every person that registers has their own profile, but registration may not be required to contribute content. However, registration may be required to "own" content on your own home, and have override permission to delete things that you don't like about yourself listed about you by others. In one embodiment, the social community module may need to confirm the user's identity and address (e.g., using digital signature tools, drivers license verification, etc.), and/or the user may need to pay a monthly fixed fee (e.g., through a credit card) to control their identity.

[0233] For example, they can get a rebate, and not have to pay the monthly fee for a particular month, if they invite at least 15 people that register AND contribute information about at least 10 of their neighbors, friends, civic, or business locations in their neighborhood. People can post pics of their family, their business, their home, etc. on their profile once they 'own' their home and register. In another embodiment, endorsements for neighbors by others will be published automatically. People can search for other people by descriptors (e.g., name, profession, distance away from me, etc.)

[0234] Profiles of users may be created and/or generated on the fly, e.g., when one clicks on a home.

[0235] People may be able to visually see directions to their neighborhood businesses, rather than reading directions through text in a first phase. After time, directions (e.g., routes) can be offered as well. Users can leave their opinions on businesses, but the social community module also enables users to leave opinions on neighbors, occupants or any entity having a profile on the map display. The social community module may not attempt to restrict freedom of speech by the users, but may voluntarily delete slanderous, libelous information on the request of an owner manually at any time.

[0236] In one embodiment, the methods and systems illustrated in FIGS. 1-28 enable people to search for things they want e.g. nearby pizzas etc. (e.g., by distance away). Advertisers can 'own' their listing by placing a display ad on nextdoor.com. Instead of click-through revenues when someone leaves the site, revenues will be realized when the link is clicked and someone views a preview html on the right of the visual map. Targeted advertisements may also be placed when someone searches a particular street, name, city, etc.

[0237] In another example embodiment, the social community module may enable users of the social network to populate profiles for apartments, buildings, condos, etc. People can create floors, layout, etc. of their building, and add social network pages on the fly when they click on a location that has multiple residents, tenants, or lessees.

[0238] A user interface associated with the social community module 100 may be clean, simple, and uncluttered (e.g., Simple message of "get to know your neighbors"). For example, the map interface shows neighbors. Methods and systems associated with the features described may focus on user experience, e.g., ensuring a compelling message to invite friends and/or others to join. A seed phase for implementation of the methods and systems illustrated in FIGS. 1-28 may be identified for building a membership associated with the social community module.

[0239] For example, a user having extensive networks in a certain area (e.g., a city) may seed those communities as well. The social network may encourage user expression, user content creation, ease of use on site to get maximum users/distribution as quickly as possible. In another embodiment, the social community module may ensure that infrastructure associated with operation of the social community module (e.g., servers) are able to handle load (e.g., data traffic) and keep up with expected growth.

[0240] For example, the user interface view illustrated in the various figures shows an example embodiment of the social community module of FIG. 1. The user interface view may include a publicly editable profile wall section allowing public postings that owners of the profile can edit. For example, any user may be able to post on an empty profile wall, but a user must claim the location to own the profile (e.g., may minimize barriers to users posting comments on profile walls).

[0241] Names featured on the profile wall may be links to the user profiles on the map (e.g., giving an immediate sense for the location of admirers (or detractors) relative to user location). In one embodiment, an action (e.g., mouse-over) on a comment would highlight the comment user's house on the map and names linking to user profiles. The user interface view may also utilize the mapping interface to link comments to locations.

[0242] For example, the various embodiments illustrate a comment announcing a garage sale, that is tied to a mappable location on the mapping interface. (e.g., allows people to browse references directly from people's profiles). In the various figures, an example display of the mapping interface is illustrated. In this example display, houses are shown in green, a church is shown in white, the red house shows the selected location and/or the profile user's house, question marks indicate locations without profile owners, blue buildings are commercial locations, and the pink building represents an apartment complex.

[0243] Houses with stars indicate people associated with (e.g., "friends") of the current user. In one embodiment, a user action (e.g., mouse-over) on a commercial property displayed in the mapping interface may pull up a star (e.g., "****) rating based on user reviews, and/or a link to the profile for the property. A mouse-over action on the apartment complex may pull up a building schematic for the complex with floor plans, on which the user can see friends/profiles for various floors or rooms. Question marks indicated in the display may prompt users to own that profile or post comments on the wall for that space. A user action on any house displayed in the mapping interface may pull up a profile link, summary info such as status, profession, interests, etc. associated with the profile owner, a link to add the person as a friend, and/or a link to send a message to the user (e.g., the profile owner).

[0244] In another embodiment, a default profile view shown is that of the current user (e.g., logged in), and if the user clicks on any other profile, it may show their profile in that space instead (with few text changes to indicate different person). The events in your area view of the profile display in may have a default radius for notification of events (e.g.,

# EXHIBIT E

# Venture**Beat**

## Fatdoor turns neighborhoods into online social networks

May 28, 2007 | Dan Kaplan



Ever wanted to get to know your neighbors before interacting with them in real life? If so, fatdoor, which launches its public beta tomorrow, might be for you.

Fatdoor takes phone book data from companies like infoUSAand mashes it up with Microsoft Virtual Earth, mapping people to their own homes and creating pre-populated visualizations of entire neighborhoods. (see screenshot below). It combines standard social networking functionality and a wiki thats lets you (or your neighbors and friends!) fill out your profile. It registers your immediate geography, and so makes it easy to find like-minded people a street or two away.

Fatdoor will start out covering Silicon Valley and spread outward, so if you live in the Valley, chances are you're already on the site. In its current form, fatdoor is an opt-out system: If you are in the phone directory, it creates a basic profile for you, and by default, this profile is a wiki that can be edited by your neighbors whether you are aware of fatdoor or not. (You can change this once you've signed up) Fatdoor lists the names of anyone who edits a profile, which it hopes will deter users from writing terrible things. But if someone pretends to be you and takes your profile before you, you have to submit proof of your identity — like a driver's license and utility bill — to get it back.



Individuals on the maps are represented by "pushpins" that look like toy figures from back in the day. Hover over one, and a window with a photograph (if one's been uploaded) and a link to that person's profile pops up.

Before you've gone to the site and registered, your pushpin stands at your address, which, like the rest of your neighborhood, is crisply rendered in a photographic bird's eye view. Afterwards, you can move the pushpin onto your house.

Your Fatdoor profile is standard for social networks: personal details, interests, jobs, and so on. You can create neighborhood groups and put them on the map, post shout-outs on a community page and check out listings for local events. Fatdoor also aggregates real-estate information, so you can see whose houses are for sale and for how much. For now, at least, fatdoor does not host videos or photographs. We're not certain how this site will make money, but perhaps targeted local advertising and real estate information will work.

## My Neighborhood



The interface is clean and simple. The alpha version that we saw in a demo covered only a small part of Cupertino, CA. It had a neighborhood feel, with a page that highlights groups like the "Parent's Babysitting Exchange," and the "Kiwanis Club of Cupertino." That being said, while it looks great for suburban neighborhoods, fatdoor will have serious challenges when tackling cities like San Francisco and New York. I, for example, live in Manhattan and have around 240 neighbors in my building and thousands right next door. It's hard to imagine how the current interface will deal with this kind of density, but fatdoor's CTO, Chandu Thota, formerly the Lead Developer of Microsoft's Virtual Earth, knows lots about visualization, so we'll have to wait and see.

Because of its different approach, fatdoor doesn't have the same me-too feel that many other networks have. Despite the privacy question, for people inhabiting suburban sprawl it could become a great way to create neighborhood communities where none existed before.

The Palo Alto company has raised $1 million from private investors Bill Harris, former CEO of PayPal and Intuit, and Jeff Drazan of Bertram Capital.



EXHIBIT F

# Mashable

## FatDoor Launches Social Network for Your Neighborhood
May 28, 2007 by Kristen Nicole

 FatDoor has been under wraps for some time now, but has launched its alpha version at the Where 2.0 Conference in San Jose. See our Where 2.0 Conference roundup for information on the other attendees.

FatDoor is a way to get to know your neighbors on a very local level, and displays information over a Microsoft Virtual Earth map that can toggle between 2D and 3D views. It's like a Wikipedia for the White Pages. FatDoor isn't limited to people, though. Information regarding your local businesses, events, shopping deals and organizations are accessible using FatDoor as well. And this information can be modified by the users in the community, adding images, descriptions, addresses (not for residences) and groups. If a neighbor hasn't been to FatDoor to "claim" their location, their icon will be shown on the street as opposed to their house, and you can leave messages for them that they will see once they've signed up to use the site. You can invite users to FatDoor with their email address or their street address.

Local business information will include reviews and additional items gathered from all over the web. Any contributions from other FatDoor users will enable you to see their profile directly. Nearby businesses, organizations, etc. will show as well, so you can see what other things there are to do in the area. The more you contribute to the site, the more points you earn, which increases your validity as a FatDoor user. Hopefully users won't abuse the system, but as we've seen with Wikipedia, communities such as these are self-regulating.

If the access to personal information coupled with the high potential for a lack of control over what's shown on FatDoor scares you, you're not alone. FatDoor ushers in a high level of transparency that many will be uncomfortable with, especially if there are no age restrictions for registrants. While this is only slightly more of a concern with FatDoor than with Wikipedia, it is a concern nonetheless.

My Neighborhood

Explore



At a glance in your neighborhood



Explore Neighborhood

Show Neighbors Near



