1  Harpreet S. Walia, Esq. (SBN 176136)
   Lisa M. Chapman, Esq. (SBN 118113)
2  ROYSE LAW FIRM, PC
   1717 Embarcadero Road
3  Palo Alto, California   94303
   Telephone:   (650) 813-9700
4  Facsimile:   (650) 813-9777
   E-Mail:  hwalia@rroyselaw.com
5            lchapman@rroyselaw.com

6  Attorneys for Counterdefendant SANDEEP SOOD and
7  MONSOON ENTERPRISES, INC., a California corporation

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  NEXTDOOR.COM, INC., a Delaware          Case No.: 3:12-cv-05667-EMC
    corporation,
13                                          **DECLARATION OF HARPREET S.**
             Plaintiff,                     **WALIA IN SUPPORT OF**
14                                          **COUNTERDEFENDANTS SANDEEP**
         v.                                 **SOOD AND MONSOON ENTERPRISES,**
15                                          **INC'S REQUEST FOR JUDICIAL**
    RAJ ABHYANKER, an individual,           **NOTICE**
16
             Defendant.
17

18  RAJ ABHYANKER, an individual,

19           Counterclaimant,              Complaint Filed:        November 5, 2012
                                           Countercomplaint Filed:  January 10, 2013
20       v.
                                           Date:     May 2, 2013
21  NEXTDOOR.COM, INC., a Delaware          Time:     1:30 PM
    corporation; PRAKASH JANAKIRAMAN, an    Judge:    Honorable Edward M. Chen
22  individual; BENCHMARK CAPITAL
    PARTNERS VII, L.P., a Delaware limited
23  partnership; BENCHMARK CAPITAL
    MANAGEMENT CO. VII LLC, a Delaware
24  limited liability company; SANDEEP SOOD,
    an individual; MONSOON COMPANY, an
25  unknown business entity, and DOES 1-50,
    inclusive,
26
             Counterdefendants.
27

28

{00012852;1}

DECLARATION OF HARPREET S. WALIA IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON
ENTERPRISES, INC.'S REQUEST FOR JUDICIAL NOTICE

1    I, HARPREET S. WALIA, do hereby declare as follows:

2        1.    I am an attorney at law and a member of the Royse Law Firm, PC, which represents

3    Counterdefendants Sandeep Sood ("Sood") and Monsoon Enterprises, Inc., a California corporation

4    (erroneously sued herein as Monsoon Company, an unknown business entity) ("Monsoon")

5    (collectively "Counterdefendants") before the Court in this action.  I am licensed to practice law in the

6    State of California and admitted before this Court.  I have personal knowledge of each of the facts set

7    forth herein, and would competently testify to the truth thereof if called as a witness.

8        2.    Attached hereto as **Exhibit 1** is a true and correct copy of Counterclaimant Raj

9    Abhyanker's Complaint for Damages and Equitable Relief for Intentional Interference with Existing

10   and Prospective Economic Advantage, Breach of Confidence, Breach of Contract, Fraud and

11   Conspiracy to Defraud, Constructive Fraud and Aiding and Abetting Constructive Fraud, Unjust

12   Enrichment, Unfair Business Acts and Practices in Violation of Business and Professions Code

13   (Cal.Civ.Code § 17200 et seq.), Violations of the California Corporate Securities Laws, and

14   Misappropriation of Trade Secrets (Cal.Civ.Code § 3426, et seq.), filed on November 10, 2011 in the

15   Superior Court of California, County of Santa Clara, as Civil Case No. 1-10-CV-212924.

16       3.    Attached as **Exhibit 2** is a true and correct copy of  Counterclaimant Raj Abhyanker's

17   First Amended Complaint for and Misappropriation of Trade Secrets (Cal.Civ.Code § 3426, et seq.),

18   Fraud and Conspiracy to Defraud, Constructive Fraud and Aiding and Abetting Constructive Fraud,

19   Negligent Interference with Existing and Prospective Economic Advantage, Breach of Confidence,

20   Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Negligent

21   Misrepresentation, Tortious Interference with Contract, Unjust Enrichment, Unfair Business Acts and

22   Practices in Violation of Business and Professions Code (Cal.Civ.Code § 17200 et seq.), Violations of

23   the California Corporate Securities Laws, and Conversion, filed on December 6, 2011 in the Superior

24   Court of California, County of Santa Clara, as Civil Case No. 1-11-CV-212924.

25       4.    Attached as **Exhibit 3** is a true and correct copy of Counterclaimant Raj Abhyanker's

26   November 22, 2006 patent application no. 11/603,442; Publication Date September 20, 2007 entitled

27   "Map Based Neighborhood Search and Community Contribution."

28

DECLARATION OF HARPREET S. WALIA IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON
ENTERPRISES, INC.'S REQUEST FOR JUDICIAL NOTICE

1        I declare under penalty of perjury under the laws of the State of California that the foregoing is

2   true and correct and that this Declaration is executed this 15th day of March, 2013 at Palo Alto,

3   California.

4

5

6   _____

7   HARPREET S. WALIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HARPREET S. WALIA IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S REQUEST FOR JUDICIAL NOTICE