Harpreet S. Walia, Esq. (SBN 176136)
Lisa M. Chapman, Esq. (SBN 118113)
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 813-9700
Facsimile: (650) 813-9777
E-Mail: hwalia@rroyselaw.com
lchapman@rroyselaw.com

Attorneys for Counterdefendants SANDEEP SOOD and
MONSOON ENTERPRISES, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR MONSOON ENTERPRISES, INC.** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive,<br><br>Counterdefendants. | Complaint Filed: November 5, 2012<br>Countercomplaint Filed: January 10, 2013<br><br>Date: May 2, 2013<br>Time: 1:30 PM<br>Judge: Honorable Edward M. Chen |

{00013044;1}
RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR MONSOON ENTERPRISES, INC.

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterdefendant MONSOON ENTERPRISES, INC. (erroneously sued as Monsoon Company, an unknown business entity) and the undersigned counsel for Monsoon Enterprises, Inc. ("Monsoon") certifies that there are no parent corporations or publicly-held corporations owning 10% or more of Monsoon's common stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 15, 2013

ROYSE LAW FIRM, PC

By: _____
Harpreet S. Walia, Attorneys for Counterdefendants
SANDEEP SOOD and MONSOON ENTERPRISES,
INC. (erroneously sued as MONSOON COMPANY)