1  Harpreet S. Walia, Esq. (SBN 176136)
   Lisa M. Chapman, Esq.  (SBN 118113)
2  ROYSE LAW FIRM, PC
   1717 Embarcadero Road
3  Palo Alto, California   94303
   Telephone:   (650) 813-9700
4  Facsimile:    (650) 813-9777
   E-Mail:  hwalia@rroyselaw.com
5           lchapman@rroyselaw.com

6  Attorneys for Counterdefendant SANDEEP SOOD and
7  MONSOON ENTERPRISES, INC., a California corporation

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  NEXTDOOR.COM, INC., a Delaware              Case No.: 3:12-cv-05667-EMC
    corporation,
13
              Plaintiff,
14
       v.                                       [PROPOSED] ORDER GRANTING
15                                              COUNTERDEFENDANTS SANDEEP SOOD
    RAJ ABHYANKER, an individual,               AND MONSOON ENTERPRISES, INC'S
16                                              MOTION TO DISMISS COUNTERCLAIMS
              Defendant.
17

18  RAJ ABHYANKER, an individual,

19            Counterclaimant,
                                                Complaint Filed:        November 5, 2012
20     v.                                       Countercomplaint Filed: January 10, 2013

21  NEXTDOOR.COM, INC., a Delaware
    corporation; PRAKASH JANAKIRAMAN, an
22  individual; BENCHMARK CAPITAL               Date:     May 2, 2013
    PARTNERS VII, L.P., a Delaware limited      Time:     1:30 PM
23  partnership; BENCHMARK CAPITAL              Judge:    Honorable Edward M. Chen
    MANAGEMENT CO. VII LLC, a Delaware
24  limited liability company; SANDEEP SOOD, an
    individual; MONSOON COMPANY, an
25  unknown business entity, and DOES 1-50,
    inclusive,
26
27            Counterdefendants.

28

{00013085;1}

[PROPOSED] ORDER GRANTING COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S
MOTION TO DISMISS COUNTERCLAIMS

1    On May 2, 2013, the Court heard Counterdefendants Sandeep Sood and Monsoon Enterprises,

2  Inc.'s (erroneously sued as Monsoon Company) Motion to Dismiss Counterclaims and the associated

3  Request for Judicial Notice.

4    The matter having been submitted and after considering the Motion and Request for Judicial

5  Notice, all papers filed in support and opposition thereof, arguments of counsel and all other matters

6  presented to the Court,

7    IT IS HEREBY ORDERED:

8    1.    Counterdefendants' Request for Judicial Notice of Exhibits A-C is hereby GRANTED;

9  and

10    2.    Counterdefendants' Motion to Dismiss is GRANTED, and Counterclaimant's First and

11  Second Counterclaims against Sandeep Sood and Monsoon Enterprises, Inc. (erroneously sued as

12  Monsoon Company) are hereby dismissed with prejudice.

13

14

15

16  Dated: _____    _____
                                      JUDGE OF THE DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

{00013085;1}                                         -2-

[PROPOSED] ORDER GRANTING COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S
MOTION TO DISMISS COUNTERCLAIMS