Harpreet S. Walia, Esq. (SBN 176136)
Lisa M. Chapman, Esq. (SBN 118113)
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 813-9700
Facsimile: (650) 813-9777
E-Mail: hwalia@rroyselaw.com
        lchapman@rroyselaw.com

Attorneys for Counterdefendants SANDEEP SOOD and
MONSOON ENTERPRISES, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>    Defendant. | Case No.: 3:12-cv-05667-EMC<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |
| RAJ ABHYANKER, an individual,<br><br>    Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive,<br><br>    Counterdefendants. | Complaint Filed: November 5, 2012<br>Counter-Complaint Filed: January 10, 2013<br><br><br>Date: May 2, 2013<br>Time: 1:30 PM<br>Judge: Honorable Edward M. Chen |

{00013093;1}
CERTIFICATE OF SERVICE

1  I, the undersigned, certify that I am employed in the city of Palo Alto, County of Santa Clara,
2  California; that I am over the age of eighteen years and not a party to the within action; and that my
3  business address is 1717 Embarcadero Road, Palo Alto, CA 94303. On said date, I served the
4  following document(s):

**NOTICE OF APPEARANCE OF HARPREET S. WALIA ON BEHALF OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.**

**NOTICE OF APPEARANCE OF LISA M. CHAPMAN ON BEHALF OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.**

**COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS**

**COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS**

**DECLARATION OF HARPREET S. WALIA IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S MOTION TO DISMISS COUNTERCLAIMS**

**COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS**

**[PROPOSED] ORDER GRANTING COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S MOTION TO DISMISS COUNTERCLAIMS**

**RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR MONSOON ENTERPRISES, INC.**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

[ X ]   BY MAIL on the following party(ies) in said action, in accordance with CCP §1013a, by placing a true copy thereof enclosed in a sealed envelope addressed as shown below. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in

1 | affidavit.
2 | [ X ] BY ECF on the following registered party(ies) in said action, in accordance
3 | with the Federal Rules of Civil Procedure P. 5 and the General Order on Electronic Case Filing (ECF),
4 | with the Clerk of the United States District Court, Northern District of California, San Francisco
5 | Division, which will send a Notice of Electronic Filing to the following registered CM/ECF users:

**SEE ATTACHED SERVICE LIST**

[ X ] STATE. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2013 at Palo Alto, California.

*Cheryl L. Kelley*
Cheryl L. Kelley

{00013093;1}                    -3-
CERTIFICATE OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Guinevere L. Jobson, Esq.<br>Jennifer L. Kelly, Esq.<br>Laurence F. Pulgram, Esq.<br>FENWICK & WEST, LLP<br>555 California Street, Suite 1200<br>San Francisco, California 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>E-mail: gjobson@fenwick.com<br>jkelly@fenwick.com<br>lpulgram@fenwick.com<br><br>*Attorneys for Plaintiff/Counterdefendant NEXTDOOR.COM, INC.* | Kuscha Hatami Fard, Esq.<br>RAJ ABHYANKER, P.C.<br>1580 West El Camino Real, Suite 14<br>Mountain View, California 94040<br>Telephone: (650) 965-8731<br>Facsimile: (650) 989-2131<br>E-mail: kusch@legalforcelaw.com<br><br>*Attorneys for Defendant/Counterclaimant RAJ ABHYANKER* |
| Bruno W. Tarabichi, Esq.<br>OWENS TARABICHI, LLP<br>111 North Market Street, Suite 730<br>San Jose, California 95113<br>Telephone: (408) 298-8204<br>Facsimile: (408) 521-2203<br>E-mail: btarabichi@ownestarabichi.com<br><br>*Attorneys for Defendant/Counterclaimant RAJ ABHYANKER* | Adam M. Regoli, Esq.<br>Matthew Rawlinson, Esq.<br>LATHAM WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 470-4850<br>Facsimile: (650) 463-2600<br>E-mail: adam.regoli@lw.com<br>matt.rawlinson@lw.com<br><br>*Attorneys for Counterdefendants BENCHMARK CAPITAL PARTNERS VII, LP and BENCHMARK CAPITAL MANAGEMENT CO. VII, LLC* |
| Steven M. Bauer, Esq.<br>LATHAM WATKINS, LLP<br>505 Montgomery Street, 19th Floor<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: steve.bauer@lw.com<br><br>*Attorneys for Counterdefendants BENCHMARK CAPITAL PARTNERS VII, LP and BENCHMARK CAPITAL MANAGEMENT CO. VII, LLC* | |

{00013093;1}

-4-

CERTIFICATE OF SERVICE