1    **BRUNO W. TARABICHI**, CA State Bar No. 215129
     bruno@legalforcelaw.com
2    **KUSCHA HATAMI**, CA State Bar No. 282954
     kuscha@legalforcelaw.com
3    **LEGALFORCE RAJ ABHYANKER, P.C.**
     1580 W. El Camino Real, Suite 13
4    Mountain View, California 94040
     Telephone:  650.965.8731
5    Facsimile:  650.989.2131

6
     Attorneys for Defendant
7    Raj Abhyanker

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11   NEXTDOOR.COM, INC., a Delaware
     corporation,                                Case No. 3:12-cv-05667-EMC
12
                          Plaintiff,             **DEFENDANT RAJ ABHYANKER'S**
13                                               **STATEMENT OF NON-OPPOSITION TO**
                                                 **COUNTERDEFENDANTS' MOTIONS TO**
14         vs.                                   **DISMISS AND STATEMENT OF INTENT**
                                                 **TO FILE FIRST AMENDED ANSWER**
15   RAJ ABHYANKER, an individual,               **AND COUNTERCLAIMS BY APRIL 8,**
                                                 **2013**
16                        Defendant.

17   RAJ ABHYANKER, an individual,               Date:        May 9, 2013
                                                 Time:        1:00 p.m.
18                        Counterclaimant,       Courtroom: 5
                                                 Judge:       Honorable Edward M. Chen
19         vs.

20   NEXTDOOR.COM, INC., a Delaware
     corporation; PRAKASH
21   JANAKIRAMAN, an individual;
     BENCHMARK CAPITAL  PARTNERS
22   VII, L.P., a Delaware limited partnership;
     BENCHMARK CAPITAL
23   MANAGEMENT CO. VII LLC, a
     Delaware limited liability company;
24   SANDEEP SOOD, an individual;
     MONSOON COMPANY, an unknown
25   business entity, and DOES 1–50, inclusive;

26                        Counterdefendants.

27

28

1       On January 10, 2013, Defendant Raj Abhyanker ("Abhyanker") filed his Answer and

2 Counterclaims.  (PACER Document No. 16.)  In response, on March 15, 2013,

3 Counterdefendants Nextdoor.com, Prakesh Janakirman, Benchmark Capital Partners VII, L.P.,

4 Benchmark Capital Management Co. VII LLC, Sandeep Sood, and Monsoon Company each filed

5 motions to dismiss.  (PACER Document Nos. 38, 40, and 46.)  In addition, Nextdoor.com and

6 Prakesh Janakiraman's combined Motion to Dismiss also included a request to strike

7 Abhyanker's affirmative defenses.  (PACER Document No. 38.)

8       Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure ("FRCP"),

9 Abhyanker is entitled to amend his Answer and Counterclaim once as a matter of right within 21

10 days of the motions to dismiss filed by the Counterdefendants.  In this regard, even though

11 Abhyanker's opposition to the motions would be due today (14 days after the motions to dismiss

12 were filed), the law is clear that Abhyanker is entitled to 21 days to amend his pleading.  FRCP

13 15(a)(1)(B); *Diamond State Ins. Co. v. ATB Sales Ltd.*, 2012 U.S. Dist. LEXIS 12048, at *15

14 (N.D. Cal. 2012); *Bernardi v. JPMorgan Chase Bank, N.A.*, 2012 U.S. Dist. LEXIS 12822, at *11

15 (N.D. Cal. 2012).  Therefore, Abhyanker is entitled to file his amended pleading by April 5, 2013,

16 21 days after the Counterdefendants filed their motions to dismiss on March 15, 2013.

17       However, because Counterdefendants served their motions by ECF (and one

18 counterdefendant served by mail in addition to serving by ECF), Abhyanker's time to file his

19 amended pleading is extended by three calendar days.  FRCP 5(b)(2)(E); FRCP 6(d); *Richardson*

20 *v. Air Serv*, 2012 U.S. Dist. LEXIS 48553, AT *9-10 (D. Idaho 2012); *Fox v. City of Sacramento*,

21 2011 U.S. Dist. LEXIS 108797, at *5 n.2 (E.D. Cal. 2011).  Accordingly, Abhyanker's time to

22 amend his pleading is extended by three days from April 5, 2013 to April 8, 2013.  Abhyanker

23 will file his amended pleading on or before April 8, 2013.

24 //

25 //

26

27

28

1

Dated:  March 29, 2013

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.


By ___/s/  Bruno W. Tarabichi_____
    Bruno W. Tarabichi
    Kuscha Hatami
    Attorneys for Defendant
    Raj Abhyanker

STATEMENT OF NON-OPPOSITION
(CASE NO. 3:12-CV-05667-EMC)