| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Steven M. Bauer (Bar No. 135067) |
| 2 |     steven.bauer@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-6538 |
| | Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095 |
| | |
| 5 | LATHAM & WATKINS LLP |
| |    Matthew Rawlinson (Bar No. 231890) |
| 6 |     matt.rawlinson@lw.com |
| |    Adam M. Regoli (Bar No. 262903) |
| 7 |     adam.regoli@lw.com |
| | 140 Scott Drive |
| 8 | Menlo Park, California 94025 |
| | Telephone: +1.650.328.4600 |
| 9 | Facsimile: +1.650.463.2600 |
| | |
| 10 | Attorneys for Benchmark Capital |
| | Partners VII, L.P., and Benchmark Capital |
| 11 | Management Co. VII, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | CASE NO. 3:12-cv-05667-EMC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF BENCHMARK CAPITAL PARTNERS VII, L.P. AND BENCHMARK CAPITAL MANAGEMENT CO. VII, LLC'S MOTION TO DISMISS COUNTERCLAIMS** |
| vs. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| | |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware | |

1 | limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,
2 |
3 |
        Counterdefendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    **PLEASE TAKE NOTICE** that Benchmark Capital Partners VII, L.P., and Benchmark
2    Capital Management Co. VII, LLC hereby respectfully withdraw their Motion to Dismiss
3    Defendant and Counterclaimant Raj Abhyanker's ("Abhyanker") previously asserted
4    counterclaims against them, currently scheduled for oral argument on May 9, 2013. (Doc. No.
5    40.) On April 8, 2013, Abhyanker filed a "First Amended Answer And Counterclaim For Trade
6    Secret Misappropriation" ("Amended Counterclaims") that did not name either Benchmark
7    Capital Partners VII, L.P. or Benchmark Capital Management Co. VII, LLC as
8    counterdefendants. (Doc. No. 55.) Although the Amended Counterclaims asserted counterclaims
9    against Benchmark Capital Partners L.P. and Benchmark Capital Management Co. LLC, those
10   entities are distinct from Benchmark Capital Partners *VII*, L.P. and Benchmark Capital
11   Management Co. *VII*, LLC. Since Benchmark Capital Partners VII, L.P. and Benchmark Capital
12   Management Co. VII, LLC are no longer parties to this action, they respectfully withdraw their
13   Motion to Dismiss.

Dated: April 10, 2013                              Respectfully submitted,

                                                   LATHAM & WATKINS LLP

                                                   By /s/ Matthew Rawlinson
                                                      Matthew Rawlinson

                                                   Steven M. Bauer
                                                   Matthew Rawlinson
                                                   Adam M. Regoli
                                                   Attorneys for Benchmark Capital Partners
                                                   VII, L.P., and Benchmark Capital
                                                   Management Co. VII LLC