LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
CLIFFORD C. WEBB (CSB NO. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>                    Plaintiff,<br>          v.<br><br>RAJ ABHYANKER, an individual,<br><br>                    Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**NOTICE OF WITHDRAWAL OF NEXTDOOR.COM, INC. AND PRAKASH JANAKIRAMAN'S MOTION TO DISMISS COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES** |
| RAJ ABHYANKER, an individual,<br><br>                    Counterclaimant,<br>          v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>                    Counterdefendants. | |

NOTICE OF WITHDRAWAL OF MOTION                                                      Case No.: 3:12-cv-05667-EMC

PLEASE TAKE NOTICE that Plaintiff and Counterdefendant Defendant Nextdoor.com, Inc. and Counterdefendant Prakash Janakiraman (collectively "Counterdefendants") hereby respectfully withdraw their Motion to Dismiss Counterclaims and Strike Affirmative Defenses and corresponding Request for Judicial Notice, currently scheduled for hearing on May 9, 2013. Dkts. 38, 43. On April 8, 2013, Defendant and Counterclaimant Raj Abhyanker ("Abhyanker") filed a "First Amended Answer and Counterclaim for Trade Secret Misappropriation" superseding the original Answer and Counterclaims that Counterclaim Defendants moved to dismiss and strike. Dkt. 55. While Counterdefendants are withdrawing their present motion, based on a preliminary review of the First Amended Answer and Counterclaim for Trade Secret Misappropriation, they anticipate filing a new motion to dismiss and strike and noticing that motion for hearing on June 6, 2013.

Dated: April 11, 2013    FENWICK & WEST LLP

By: */s/ Jennifer L. Kelly*
    Jennifer L. Kelly

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN