Harpreet S. Walia, Esq. (SBN 176136)
Lisa M. Chapman, Esq.  (SBN 118113)
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, California    94303
Telephone:   (650) 813-9700
Facsimile:    (650) 813-9777
E-Mail:  hwalia@rroyselaw.com
             lchapman@rroyselaw.com

Attorneys for Counterdefendants SANDEEP SOOD and
MONSOON ENTERPRISES, INC. a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No.: 3:12-cv-05667-EMC |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S MOTION TO DISMISS COUNTERCLAIMS** |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | |
| v. | Complaint Filed:        November 5, 2012 |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive, | Countercomplaint Filed:   January 10, 2013 |
| Counterdefendants. | |

{00014673;1}

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Counterdefendants SANDEEP SOOD and MONSOON ENTERPRISES, INC. (collectively "Monsoon") hereby respectfully withdraws its Motion to Dismiss Counterclaims and corresponding Request for Judicial Notice, currently scheduled for hearing on May 9, 2013.  (Dkts. 38, 43.)  On April 8, 2013, Defendant and Counterclaimant Raj Abhyanker ("Abhyanker") filed a "First Amended Answer and Counterclaim for Trade Secret Misappropriation" superseding the original Answer and Counterclaims that Counterclaim Defendants moved to dismiss.  (Dkt. 55.)  While Monsoon is withdrawing its present motion, based on a preliminary review of the First Amended Answer and Counterclaim for Trade Secret Misappropriation, it anticipates filing a new motion to dismiss and noticing that motion for hearing on June 6, 2013.


Dated:   April 11, 2013                    ROYSE LAW FIRM, PC



By: _____*/s/ Harpreet S. Walia*_____
                                    Harpreet S. Walia, Attorneys for Counterdefendants
                                    SANDEEP SOOD and MONSOON ENTERPRISES,
                                    INC. (erroneously sued as MONSOON COMPANY)

NOTICE OF WITHDRAWAL OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC'S MOTION TO DISMISS COUNTERCLAIMS