LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
CLIFFORD C. WEBB (CSB NO. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>RAJ ABHYANKER, an individual,<br><br>    Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| RAJ ABHYANKER, an individual,<br><br>    Counterclaimant,<br><br>  v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>    Counterdefendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 19, 2013    FENWICK & WEST LLP

By: /s/ Jennifer L. Kelly
    Jennifer L. Kelly

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

Dated: April 19, 2013    NEXTDOOR.COM, INC.

By: /s/ Wilson Chan
    Wilson Chan

Dated: April 19, 2013    PRAKASH JANAKIRAMAN

By: /s/ Prakash Janakiraman
    Prakash Janakiraman

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L. Kelly, am the ECF User whose identification and password are being used to file this **ADR CERTIFICATION BY PARTIES AND COUNSEL**. In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated: April 19, 2013   */s/ Jennifer L. Kelly*
Jennifer L. Kelly