LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
CLIFFORD C. WEBB (CSB NO. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER, an individual,<br><br>        Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| RAJ ABHYANKER, an individual,<br><br>        Counterclaimant,<br><br>    v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>        Counterdefendants. | |

Counsel report that they have met and conferred regarding ADR and that they:

    X    have not yet reached an agreement to an ADR process

         request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: May 9, 2013.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jennifer L. Kelly | Nextdoor.com, Inc. and Prakash Janakiraman | 415.875.2426 | jkelly@fenwick.com |
| Bruno W. Tarabichi | Raj Abhyanker | 650.965.8731 | bruno@legalforcelaw.com |
| Harpreet S. Walia | Sandeep Sood and Monsoon Enterprises, Inc. | 650.813.9700 | hwalia@rroyselaw.com |

Dated: April 19, 2013          FENWICK & WEST LLP

By: */s/ Jennifer L. Kelly*
      Jennifer L. Kelly

Attorneys for Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN

LEGALFORCE RAJ ABHYANKER, P.C.

By: */s/ Bruno W. Tarabichi*
      Bruno W. Tarabichi

Attorneys for Defendant and Counterclaimant RAJ ABHYANKER

ROYSE LAW FIRM, PC

By: */s/ Harpreet S. Walia*
      Harpreet S. Walia

Attorneys for Counterdefendants SANDEEP SOOD and MONSOON ENTERPRISES, INC.

NOTICE OF NEED FOR ADR PHONE CONFERENCE     1     Case No. 3:12-cv-05667-EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L. Kelly, am the ECF User whose identification and password are being used to file this **ADR CERTIFICATION BY PARTIES AND COUNSEL**. In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated: April 19, 2013          */s/ Jennifer L. Kelly*
                               Jennifer L. Kelly

NOTICE OF NEED FOR ADR PHONE CONFERENCE     2     Case No. 3:12-cv-05667-EMC