# EXHIBIT 8

```
        IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
           BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD
```

**November 6, 2012**

**PROCEEDING NO.  91203462**

**Raj Abhyanker**

    v.

**Nextdoor.com, Inc.**

## MOTION TO SUSPEND GRANTED

**Nextdoor.com, Inc.'s** motion filed, **Nov 06, 2012**, to suspend this proceeding pending the determination of a civil action between the parties, with consent, is granted.

Accordingly, proceedings are suspended pending final disposition of the civil action.

Within twenty days after the final determination of the civil action, the interested party shall notify the Board so that this case may be called up for appropriate action.  During the suspension period the Board should be notified of any address changes for the parties or their attorneys.

*By the Trademark Trial and Appeal Board*