LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
CLIFFORD C. WEBB (CSB NO. 260885)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>                    Plaintiff,<br>         v.<br><br>RAJ ABHYANKER, an individual,<br><br>                    Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**DECLARATION OF JENNIFER L. KELLY IN SUPPORT OF NEXTDOOR.COM, INC. AND PRAKASH JANAKIRAMAN'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:    June 6, 2013<br>Time:    1:30 P.M.<br>Judge:   Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual,<br><br>                    Counterclaimant,<br>         v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>                    Counterdefendants. | |

KELLY DECL. ISO RJN                                                                       Case No.: 3:12-cv-05667-EMC

I, Jennifer L. Kelly, declare:

1. I am an attorney admitted to practice before this Court and am a partner in the law firm of Fenwick & West LLP, which represents Plaintiff and Counterdefendant Nextdoor.com, Inc. ("Nextdoor.com") and Counterdefendant Prakash Janakiraman ("Janakiraman") (collectively "Counterdefendants") in this action. I submit this declaration in support of Counterdefendants' Request for Judicial Notice. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. Attached to Counterdefendants' Request for Judicial Notice as **Exhibit 1** is a true and correct copy of Counterclaimant Raj Abhyanker's ("Abhyanker") November 22, 2006 public patent application number 11/603,442 entitled Map Based Neighborhood Search and Community. The application is publicly available from the United States Patent and Trademark Office's website, located at www.uspto.gov.

3. I was counsel of record for Nextdoor.com in California Superior Court (Santa Clara County), Case No. 1-11-cv-212924, entitled *Abhyanker v. Benchmark Capital Partners VII, L.P.* et al. (the "State Court Action"). Attached as **Exhibit 2** to Counterdefendants' Request for Judicial Notice is a true and correct copy of the Complaint filed by Abhyanker on November 10, 2011 in the State Court Action, which is publicly available from the California Superior Court.

4. Attached as **Exhibit 3** to Counterdefendants' Request for Judicial Notice is a true and correct copy of the First Amended Complaint ("FAC") filed by Abhyanker on December 6, 2011 in the State Court Action, which is publicly available from the California Superior Court.

5. I was counsel of record for Nextdoor.com in United States Trademark Trial and Appeal Board Opposition Nos. 91203462 and 91203762 filed by Abhyanker. Attached as **Exhibit 4** to Counterdefendants' Request for Judicial Notice is a true and correct copy of Abhyanker's Notice of Opposition to Nextdoor.com's application to register the NEXTDOOR mark filed in the United States Trademark Trial and Appeal Board on January 10, 2012, Opposition No. 91203462 ("First Opposition"), which is publicly available from the United States Trademark Trial and Appeal Board.

6. Attached as **Exhibit 5** to Counterdefendants' Request for Judicial Notice is a true and correct copy of Abhyanker's February 7, 2012 Request for Dismissal of the State Court Action, which is publicly available from the California Superior Court.

7. Attached as **Exhibit 6** to Counterdefendants' Request for Judicial Notice is a true and correct copy of Abhyanker's Notice of Opposition to Nextdoor.com's application to register the NEXTDOOR mark filed in the United States Trademark Trial and Appeal Board on February 9, 2012, Opposition No. 91203762 ("Second Opposition"), which is publicly available from the United States Trademark Trial and Appeal Board.

8. Attached as **Exhibit 7** to Counterdefendants' Request for Judicial Notice is a true and correct copy of a print out from Abhyanker's Scribd webpage publicly available at http://www.scribd.com/rabhyanker/documents. Exhibit 7 is an excerpt of the document hosted on that webpage entitled "Evidence, Benchmark Capital & Nextdoor.com, Inc. lawsuit exhibits – CounterClaims" and is an annotated excerpt of the patent application contained in Exhibit 1.

9. On September 10, 2012, the Trademark Trial and Appeal Board issued an order consolidating the First Opposition and Second Opposition into a single proceeding, with Opposition No. 91203462 being designated as the "parent" case. On November 6, 2012, the Trademark Trial and Appeal Board granted Nextdoor.com's unopposed motion to suspend the proceedings pending the determination of this action, which Nextdoor.com instituted in this Court on November 5, 2012. A true and correct copy of this order is attached as **Exhibit 8** to Counterdefendants' Request for Judicial Notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 25, 2013, in San Francisco, California.

*/s/ Jennifer L. Kelly*
Jennifer L. Kelly

KELLY DECL. ISO RJN     3     Case No.: 3:12-cv-05667-EMC