# EXHIBIT 1 TO COUNTERDEFENDANTS' REQUEST FOR JUDICIAL NOTICE

## (Part 2 of 2)

mentioned, Defendants Tolia, Taylor, and Norris were agents of Defendant Benchmark and, in doing the things herein alleged, were acting in the scope of such agency and with the permission and consent of Defendant Benchmark.

144. Beginning on or about June 15, 2007, Defendant Benchmark was privy to Plaintiff's business methods, plans, and concepts as to Nextdoor/Fatdoor and geospatial localization technologies.

145. Defendant Benchmark, on or about July 27, 2007, recommended to the board of Fatdoor, Inc. that the company move away from neighborhood-based technologies and business.

146. On information and belief, on or about August 15, 2007, Plaintiff was terminated from Fatdoor Inc. based on the guidance of a headhunter and recruiter recommended to the board of Fatdoor Inc. by Defendant Benchmark.

147. On information and belief, on or about October 26, 2011 a new neighborhood-based startup website "Nextdoor.com" was launched based substantially on Plaintiff's business methods, plans, and concepts as to Nextdoor/Fatdoor and geospatial localization technologies. On information and belief, Defendant Benchmark is one of the primary financiers of said startup.

148. As a direct, proximate, and foreseeable result of Defendants' wrongful conduct, as alleged above, Plaintiff was subject to loss of employment, loss of his common shares in Fatdoor Inc., and loss of contributory equity interests to the original Fatdoor, Inc. concept. Plaintiff is entitled to relief, including full restitution and/or disgorgement of all revenues, earnings, profits, compensation, and benefits which may have been obtained by Defendant Benchmark as a result of such unfair business acts or practices.

### EIGHTH CAUSE OF ACTION
#### (Against all Defendants for Violations of California Corporate Securities Laws, California Corporations Code §25400 *et seq.*)

149. Plaintiff incorporates by reference paragraphs 1 through 148, inclusive, set forth

- 36 -

above.

150. Defendants, by engaging in the conduct described above, induced the sale of a security in the state of California by means of both written and oral communications which included an untrue statement of material fact and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

151. As a proximate result of the fraudulent conduct of Defendant as herein alleged, Plaintiff has incurred damages in that Plaintiff was induced, in conjunction with other common shareholders of Fatdoor, Inc., to take on alternate investments from Norwest Venture Capital and alter the designation of Plaintiff's vested shares from unrestricted to restricted, all by reason of which Plaintiff has been damaged in at least the sum in excess of the jurisdictional amount of this Court and additional amounts according to proof at time of trial, including interest, attorneys' fees and costs.

152. The aforementioned conduct of Defendants, and each of them, was an intentional misrepresentation, deceit, or concealment of a material fact known to each of the Defendants with the intention on the part of the Defendants of thereby depriving Plaintiff of property or legal rights or otherwise causing injury, and was despicable conduct that subjected Plaintiff to unjust hardship and conscious disregard of Plaintiff's rights, so as to justify an award of exemplary and punitive damages.

## NINTH CAUSE OF ACTION
### (Against Defendant Benchmark for Misappropriation of Trade Secrets, California Civil Code § 3426 et seq.)

153. Plaintiff incorporates by reference paragraphs 1 through 152, inclusive, set forth above.

154. As a result of investment discussions with Fatdoor, Inc., Defendant Benchmark became intimately familiar with Fatdoor Inc.'s operations and was granted access to Nextdoor/Fatdoor trade secrets.

- 37 -

155. Defendant Benchmark knew or had reason to know that the Nextdoor/Fatdoor trade secrets that were acquired as alleged herein constituted or contained protectable trade secrets in that the information had independent economic value, was not generally known to the public or to others who could have obtained economic value from the disclosure or use of the information, and was the subject of reasonable efforts by Fatdoor, Inc. to ensure the secrecy of such information.

156. Plaintiff is informed and believes, and based thereon alleges, that Defendant Benchmark misappropriated and will continue to misappropriate Nextdoor/Fatdoor trade secrets to their own economic benefit by the wrongful disclosure and use of such information, without the consent of Fatdoor, Inc. while knowing or having reason to know that they had acquired the Nextdoor/Fatdoor trade secrets under circumstances giving rise to a duty on their part to maintain their secrecy.

157. Plaintiff believes, and based thereon alleges that Defendant Benchmark's employees and agents disclosed such Nextdoor/Fatdoor trade secrets to Nextdoor, Inc.'s employees and agents.

158. As a proximate result of Defendant Benchmark's acts of misappropriation and use of Nextdoor/Fatdoor trade secrets, Plaintiff has suffered damages to date based on, among other things, loss of employment, loss of his common shares in Fatdoor Inc., loss of contributory equity interests to the original Fatdoor, Inc. concept, and expenses incurred in his efforts to remedy the effects of Defendant Benchmark's unlawful conduct, in an amount not now known, but Plaintiff is informed and believes, and thereon alleges, exceeds the jurisdictional threshold for classification as an unlimited civil case. Unless Defendant Benchmark is enjoined, such damages will increase. Plaintiff will seek leave of Court to amend this Complaint to set forth the exact amount of damages when they have been ascertained.

- 38 -

159. Plaintiff is informed and believes, and based thereon alleges, that Defendant Benchmark has acted with oppression, fraud, and/or malice, and has deliberately caused and has intended to cause great economic harm to Plaintiff with full knowledge of the wrongfulness of its conduct. Plaintiff is further informed and believes, and based thereon alleges, that Defendant Benchmark's conduct as alleged above was despicable, was carried on by Defendant Benchmark with a willful and conscious disregard of Plaintiff's rights, and subjected Plaintiff to unjust hardship. Therefore, Plaintiff should be awarded punitive and exemplary damages sufficient to punish Defendant Benchmark for engaging in this conduct and to deter similar conduct on their part in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment, jointly and severally, against Defendants, as follows:

1. Restitutionary and Compensatory damages in an amount to be proven at trial;

2. Founders equity equivalent to 25% of the company Nextdoor.com, Inc., a Delaware corporation;

3. Punitive and exemplary damages based on Defendants' intentional, malicious, cruel and unjust disregard of Plaintiff's rights and interests;

4. Pre-judgment expenses, costs, attorneys' fees and such other legal and equitable relief as the Court deems appropriate.

Dated: November 10, 2011.

Raj Abhyanker P.C.

By _____
Ashwin K. Anand

*Attorney for Plaintiff,*
*Raj Vasant Abhyanker*

- 39 -

1

2
## JURY TRIAL DEMAND

3
Plaintiff hereby demands a jury trial for all causes of action alleged in his Complaint for

4
which he is entitled to a trial by jury.

5

6
Dated: November10, 2011

7

8
Raj Abhyanker P.C.

9
By _____
Ashwin K. Anand

10

11
*Attorney for Plaintiff,*
*Raj Vasant Abhyanker*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 40 -
COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

Raj Abhyanker, P.C.
Mountain View, CA
rajpatent.com

# TABLE OF CONTENTS

| | |
|---|---|
| **Exhibit A :** | Confidential Screenshots of Nextdoor, shared with Defendants at 7am on Friday June 22, 2007 |
| **Exhibit B :** | Confidential Disclosure Document of Nextdoor, shared with Defendants at 7am on Friday June 22, 2007 |
| **Exhibit C :** | Confidential Executive Summary of Fatdoor, Inc., shared with Defendants at 7am on Friday June 22, 2007 |
| **Exhibit D :** | Confidential Patent Application of Fatdoor, Inc., shared with Defendants at 7am on Friday June 22, 2007 titled U.S. Patent Application number 2007/0218900 A1 titled "MAP BASED NEIGHBORHOOD SEARCH AND COMMUNITY CONTRIBUTION" (See Exhibit 4) on which the name "Nextdoor.com" is clearly associated as the domain name intended to be used by Fatdoor, Inc. (page 21, col. 1, paragraph [0236]) |
| **Exhibit E:** | VentureBeat article on Nextdoor/Fatdoor, titled "Fatdoor turns neighborhoods into online social networks" May 28, 2007 |
| **Exhibit F :** | Mashable article on Nextdoor/Fatdoor, titled "Fatdoor launches social network for your neighborhood" May 28, 2007 |
| **Exhibit G :** | Wired article on Nextdoor/Fatdoor, titled "Fatdoor CEO talks about balancing security with community" May 31, 2007 |
| **Exhibit H:** | Mercury News article on illegal and illicit Nextdoor.com, Inc., titled "ePinions co-founder Nirav Tolia back in the saddle with Facebook-like startup" October 26, 2011 |
| **Exhibit I :** | Wikipedia article on Bret Taylor, CTO of Facebook, formerly EIR at Benchmark Capital, formerly co-creator of Google Maps |

# EXHIBIT A

# Nextdoor

Find a Friend!

[ Search by | Name | ▾ ]
[ Search Areas | zip or address ▾ ]



## Join Now & Own your Profile!

Already a Member? Sign In Now

**Babar Rana**
1605 Tam St, Palo Alto CA 94301

### Information

**Contact Info**

### Personal Info

Babar: BA, BS, Stanford University

### Favourites

Dislikes: Arabic and Persian, Famous, Eissa, Alabama, Ann Dab, Greek Rombelska & Brozouski, Alfa Cuban, Rumba Flamenco, USA-U

Likes: Gondhace, Godfather series, Avant, Mediterranean, Indian, Ethan

### Babar's Notes

 Garage Sale 10 am, Sunday 10/23!!!
Rumfrom stuff starting at $5!
Free lemonade!

 I found a dead mouse in my burrito at
Papa Taco's! That place sucks!!!

View More Photos of Babar (12)
Send Babar a Message
View All of Babar's Friends
Add Babar as a Friend

### Babar's Wall

 Georgie Porgie
I'm watching you, buddy...

Raj Abhyanker
This kid sucks: big time

Fams
OMG I can't believe we're
neighbours!! Yay!

 Anonymous
Babar's a great guy,
always helps me fix stuff
around the house

### Events in your Area

Babar Rana: Garage Sale 10 am, Sunday 10/23!!! Random
stuff starting at $5. Free lemonade!
Find This Event

Fams: "Babar the Squirrels: Rally 2pm, Sunday 10/12, BYOB
Find This Event

Raj Abhyanker: Selling my house!! 10am - 4pm Monday 10/23
Walk-ins welcome!
Find This Event

### For Sale & Giveaways in your Area

Taco Hall: $3 off Burritos before 9am, all week!
Find This Promo

Serena Apts: Vacancies on Suites, 2BR, & 3BR, starting at
$600! Call (650) 123-4567
Find This Promo

 **Nextdoor.com**   Welcome! Please Sign In. Not u    Register here

Home    Map & Search    How to Use                My Zillow

Any Home                Address or Street or Neighborhood   City, State or ZIP
                        See here                Cupertino, Ca          Go   Advanced S

859 Bette Ave, Cupertino, CA 95014          # Get to know your neighbors!          Home Details

 **Map View**



Pictures:

## RAJ AND SONAL ABHYANKER

Attorney and Pharmacist,  Doctorate degrees

INTERESTS
badminton, hiking, traveling

FAMILY DESCRIPTION
has lived in cupertino for about 6 years or so.  raj ran
for city council last year.  very active in community

OTHER INFO
two kids, Arthi and Indira

FEEDBACK
raj sucks!
raj is awesome!


**LoanW**
Find Today's Low

Loan Type:
Refinance

Loan Amount:

TARGETED
ADVERTISEMENT

Rate

$150,000

Start Here

Shop For A Loan

Internet

    

IMG_0187        IMG_0188        IMG_0189

    

# EXHIBIT B

# NextDoor.com.
## Specification Draft 1
### "Get to know your neighbors"

This idea is too exciting for me to wait till the middle of the night to get this to you!   Let me know your feedback/questions, and please feel free to suggest improvements/ideas.   Ideally, we need to get a fully functional site up in 30 days with the most basic features/functionalities.



## SUMMARY :

Basically, what we want to create is mixture of a social network, zillow.com, maquest, eopininons, google, and wikipedia.

What we are trying to create is a way to create a way for neighbors to get to know each other and their surrounding businesses more easily through the Internet.     The UI of the site will look a bit like Zillow.com, but modified so that there will be a social networking page pop up on the right when one clicks a particular home/location.   Unlike Zillow.com however, there will be no information about prices of a home, no information about the number of bedrooms of a home, etc.

People will be the focus, not the real estate.   In essence, the most critical input information will be divided as follows

## RESIDENTIAL LOCATION :
(1) name of the persons/family living in that residence
(2) Their profession if any
(3) Their educational background if any
(4) Their recreational interests
(5) About their family description box
(6) Anything else people want to post about that person including their interests, hobbies, etc.
    See linked.com for an idea of possible fields.
(7) An ability for users to leave endorsements

## BUSINESS LOCATION or CIVIC LOCATION (park, govt building, church, etc.) :
(1) name of the business/location
(2) email of the manager of the business/location
(3) phone number of the business/location if known
(4) anything else people want to say about the business (good or bad), contributable through a
    wiki.

These two will be the primary types of types.   The following things will differentiate NextDoor.com from other social networks.

*Copyright, 2006, Nextdoor, Inc.   Raj Abhyanker.   Patents Pending.   Confidential. 1 of 3*

## NEXTDOOR FEATURES LIKE ZILLOW :

1. interface driven by address like zillow
2. maps can be viewed, zoomed in on, tied to a parcel # like Zillow
3. need to license from source of zillow or similar location.
4. no home price or bedroom etc. info. Rather info about people that live in homes. Also, info about businesses unlike zillow.

## NEXTDOOR FEATURES LIKE WIKIPEDIA :

1. Anyone can populate anyone's social network page.
2. Anybody can post in one of the boxes above. They can post anonymously or publicly.
3. If someone wants to override information that already has been established, they will need to have an identity (e.g., user name), to override published posting information.
4. If an owner of an entity location wishes to mark their location private, and uneditable by the public without their permission, they will need to pay nextdoor.com $9.95 per month.

## NEXTDOOR FEATURES LIKE SOCIAL NETWORK :

1. Spreads virally by users inviting their friends like a social network.
2. Every person that registers will have their own profile, but registration is not required to contribute content. Registration is required to "own" content on your own home, and have override permission to delete things that you don't like about yourself listed about you by others. To register, Nextdoor will need to confirm the user's identity and address (e.g., digital signature tool, drivers license verification, etc.), and the user will need to pay a credit card for $9.95 per month to control their identity. They can get a rebate, and not have to pay the monthly fee for a particular month, if they invite at least 15 people that month AND contribute information about at least 10 of their neighbors, friends, civic, or business locations in their neighborhood.
3. Endorsements for neighbors by others will be published automatically.
4. People can post pics of their family, their business, their home, etc. on their profile once they 'own' their home and register.
5. People can search for other people by descriptors (e.g., name, profession, distance away from me, etc.)
6. Social network pages created on the fly, when one clicks on a home

## NEXTDOOR FEATURES LIKE MAPQUEST:

1. People will be able to visually see directions to their neighborhood businesses, rather than directions through text in the first phase.
2. After time, directions can be offered as well.

## NEXTDOOR FEATURES LIKE EOPINIONS:

1. People can leave their opinions on businesses like epinions, but in addition, can leave opinions on neighbors.

## NEXTDOOR FEATURES LIKE GOOGLE:

1. People can search for things they want e.g. nearby pizzas etc. by distance away.
2. Advertisers can 'own' their listing by placing a display ad on nextdoor.com. instead of click through revenues when someone leaves the site, revenues will be when the link is clicked and someone views the preview html on the right of the visual map.
3. Targeted advertisements placed when someone searches a particular street, name, city, etc. (like adwords).

## OTHER FEATURES :

1. Apartment, building, condo creation wiki – people can create floors, layout, etc. of their building, and add social network pages on the fly when they click on a location that has multiple residents, tenants, or lessees.
2. UI should be clean, simple, and uncluttered. Simple message of "get to know your neighbors". Map shows neighbors. Focus on user experience. Don't have about us, etc. easily accessible on page. Make sure compelling message to invite friends others to join.

*Copyright, 2006, Nextdoor, Inc. Raj Abhyanker. Patents Pending. Confidential. 2 of 3*

# EXHIBIT C

# fatdoor ecosystem
## (findings from Cupertino launch)



-What kind of neighbors
- Market and find homes



Cupertino Chamber of Commerce
Your Partner in Silicon Valley

- Local Business networking
- Community advertising

## Commerce



BLOCK WATCH

-Neighbor-Neighbor talk
- Group-access street cameras


fatdoor
get to know your neighbors



- Member networking
- Volunteer recruitment

## Civic

## Service





-Parent communication
-Babysitting groups

## Government







-Speaker recruitment
-Member recruitment

CITY OF
CUPERTINO

- Campaigning
-Citizen government'



- Veterans Memorial
- Fundraising

Confidential Material


get to know your neighbors

5

# Maturing Networks



**facebook**

**fatdoor**
get to know your neighbors

## Neighborhood

- Real Identity
- Semi-Permanent
- Location based communities
- Interest based communities
- Commerce based communities

## Associative

- Semi-Real Identity
- Semi-Transient
- Association based community

## Casual

- Anonymous Identity
- Transient
- Explorative Community

Confidential Material



7

# EXHIBIT D



US 20070218900A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2007/0218900 A1
Abhyanker (43) Pub. Date: Sep. 20, 2007

---

(54) MAP BASED NEIGHBORHOOD SEARCH
AND COMMUNITY CONTRIBUTION

(76) Inventor: Raj Vasant Abhyanker,
Cupertino, CA (US)

Correspondence Address:
Raj Abhyanker, LLP
c/o Intellevate
P.O. Box 52050
Minneapolis, MN 55402

(21) Appl. No.: 11/603,442

(22) Filed: Nov. 22, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/783,226, filed on Mar. 17, 2006, provisional application No. 60/817,470, filed on Jun. 28, 2006, provisional application No. 60/853,499, filed on Oct. 19, 2006, provisional application No. 60/854,230, filed on Oct. 25, 2006.

**Publication Classification**

(51) Int. Cl.
*H04M 11/04* (2006.01)
(52) U.S. Cl. ..................................... 455/435.1; 455/404.2

(57) **ABSTRACT**

A method, apparatus and system of map based community search and neighborhood contribution are disclosed. In one embodiment, a method includes associating a verified registered user with a user profile, associating the user profile with a specific geographic location, generating a map concurrently displaying the user profile and the specific geographic location and simultaneously generating, in the map, wiki profiles associated with different geographic locations surrounding the specific geographic location associated with the user profile.



1

## MAP BASED NEIGHBORHOOD SEARCH AND COMMUNITY CONTRIBUTION

### CLAIMS OF PRIORITY

[0001] This patent application claims priority from:

(1) U.S. Provisional patent application No. 60/783,226, titled 'Trade identity licensing in a professional services environment with conflict' filed on Mar. 17, 2006.

(2) U.S. Provisional patent application No. 60/817,470 titled 'Segmented services having a global structure of networked independent entities', filed Jun. 28, 2006.

(3) U.S. Provisional patent application No. 60/853,499, titled 'Method and apparatus of neighborhood expression and user contribution system' filed on Oct. 19, 2006.

(4) U.S. Provisional patent application No. 60/854,230 titled 'Method and apparatus of neighborhood expression and user contribution system' filed on Oct. 25, 2006.

### FIELD OF TECHNOLOGY

[0002] This disclosure relates generally to the technical fields of communications and, in one example embodiment, to a method, apparatus, and system of map based community search and neighborhood contribution.

### BACKGROUND

[0003] A neighborhood may be a geographically localized community in a larger city, town, and/or suburb. Residents of the neighborhood may refer to each other as neighbors, although this term may also be used across much larger distances in rural areas. In theory, the neighborhood may be small enough that the neighbors may be able to know each other by walking and/or driving a short distance (e.g., 5 miles) around their place of residence and/or their place of work. However, in practice, the neighbors may not know one another very well (e.g., because of busy schedules, fenced communities, lack of effort, a lack of time, etc.).

[0004] The neighborhood may be given a designated status through a neighborhood association, a neighborhood watch group, a political group, a homeowners association, and/or a tenant association. These groups may help in matters such as lawn care and fence height, and they may provide such services as block parties, neighborhood parks, children activities, special interest groups, and/or community security. However, getting messages out to residents of the neighborhood may require expensive direct mail, and/or time consuming door to door meetings with residents of the neighborhood.

[0005] A neighborhood watch (e.g., a crime watch, a block watch, a neighborhood crime watch, etc.) may be an organization of active residents devoted to crime and/or vandalism prevention in the neighborhood. Members of the neighborhood watch may stay alert of unusual activity, behaviors, and/or crime in the neighborhood. However, most residents may not be active participants of the neighborhood association (e.g., because of a lack of time), and may be unaware of safety, security, and/or prevention issues in their immediate area.

[0006] For example, in many American communities, while a few active residents know a lot of their neighbors, there are far more residents who do not even know what professions, interests, and reputations are of their immediate

next-door neighbors. As a result, friendships among neighbors don't form as often, neighbors have more difficult time asking other neighbors for help, safety in the neighborhood suffers, quality of life is impacted, and a sense of community is diminishing.

### SUMMARY

[0007] A method, apparatus and system of map based neighborhood search and community contribution are disclosed. In one aspect, a method includes associating a verified registered user with a user profile, associating the user profile with a specific geographic location, generating a map concurrently displaying the user profile and the specific geographic location, and simultaneously generating, in the map, wiki profiles associated with different geographic locations surrounding the specific geographic location associated with the user profile.

[0008] The method may also includes processing a query of at least one of the user profile and the specific geographic location and converting a particular wiki profile of the wiki profiles to another user profile when a different registered user claims a particular geographic location to the specific geographic location associated with the particular wiki profile, wherein the user profile is tied to a specific property in a neighborhood, and wherein the particular wiki profile is associated with a neighboring property to the specific property in the neighborhood.

[0009] The method may further include delisting a certain wiki profile of the wiki profiles when a private registered user claims a certain geographic location adjacent to at least one of the specific geographic location and the particular geographic location and masking the certain wiki profile in the map when the certain wiki profile is delisted through the request of the private registered user. Moreover, the method may include processing a tag data associated with at least one of the specific geographic location, a particular geographic location, and/or the delisted geographic location, displaying a frequent one of the tag data when the specific geographic location and/or the particular geographic location is made active, but not when a geographic location is delisted, permitting a commercial user to purchase a customizable business profile associated with a commercial geographic location, enabling the verified registered user to communicate a message to the neighborhood based on a selectable distance range away from the specific geographic location and/or processing a payment of the commercial user and the verified registered user.

[0010] Furthermore, the method may also include permitting the verified registered user to edit any information in the wiki profiles including the particular wiki profile and the certain wiki profile until the certain wiki profile is claimed by the different registered user and/or the private registered user, enabling a claimant of any wiki profile to control what information is displayed on their user profile and/or allowing the claimant to segregate certain information on their user profile such that only other registered users directly connected to the claimant are able to view data on their user profile.

[0011] Also, the method may include applying a first user ID with the verified registered user and a second user ID to the different registered user, connecting the verified registered user with the different registered user with each other through at least one of a geo-positioning data associated with the first user ID and the second user ID, setting a

[0231] The social community module (e.g., as described in FIG. 1) may be a search engine (e.g., Google®, Yahoo®, etc.) that uses maps (e.g., satellite map views) instead of text displays to show information, user profiles, reviews, promotions, ads, directions, events, etc. relevant to user searches.

[0232] The example systems and methods illustrated in FIGS. 1-28 may facilitate a social network membership that spreads virally by users inviting their friends. For example, every person that registers has their own profile, but registration may not be required to contribute content. However, registration may be required to "own" content on your own home, and have override permission to delete things that you don't like about yourself listed about you by others. In one embodiment, the social community module may need to confirm the user's identity and address (e.g., using digital signature tools, drivers license verification, etc.), and/or the user may need to pay a monthly fixed fee (e.g., through a credit card) to control their identity.

[0233] For example, they can get a rebate, and not have to pay the monthly fee for a particular month, if they invite at least 15 people that month AND contribute information about at least 10 of their neighbors, friends, civic, or business locations in their neighborhood. People can post pics of their family, their business, their home, etc. on their profile once they 'own' their home and register. In another embodiment, endorsements for neighbors by others will be published automatically. People can search for other people by descriptors (e.g., name, profession, distance away from me, etc.)

[0234] Profiles of users may be created and/or generated on the fly, e.g., when one clicks on a home.

[0235] People may be able to visually see directions to their neighborhood businesses, rather than reading directions through text in a first phase. After time, directions (e.g., routes) can be offered as well. Users can leave their opinions on businesses, but the social community module also enables users to leave opinions on neighbors, occupants or any entity having a profile on the map display. The social community module may not attempt to restrict freedom of speech by the users, but may voluntarily delete slanderous, libelous information on the request of an owner manually at any time.

[0236] In one embodiment, the methods and systems illustrated in FIGS. 1-28 enable people to search for things they want e.g. nearby pizzas etc. (e.g., by distance away). Advertisers can 'own' their listing by placing a display ad on nextdoor.com. Instead of click-through revenues when someone leaves the site, revenues will be realized when the link is clicked and someone views a preview html on the right of the visual map. Targeted advertisements may also be placed when someone searches a particular street, name, city, etc.

[0237] In another example embodiment, the social community module may enable users of the social network to populate profiles for apartments, buildings, condos, etc. People can create floors, layout, etc. of their building, and add social network pages on the fly when they click on a location that has multiple residents, tenants, or lessees.

[0238] A user interface associated with the social community module 100 may be clean, simple, and uncluttered (e.g., Simple message of "get to know your neighbors"). For example, the map interface shows neighbors. Methods and systems associated with the features described may focus on

user experience, e.g., ensuring a compelling message to invite friends and/or others to join. A seed phase for implementation of the methods and systems illustrated in FIGS. 1-28 may be identified for building a membership associated with the social community module.

[0239] For example, a user having extensive networks in a certain area (e.g., a city) may seed those communities as well. The social network may encourage user expression, user content creation, ease of use on site to get maximum users/distribution as quickly as possible. In another embodiment, the social community module may ensure that infrastructure associated with operation of the social community module (e.g., servers) are able to handle load (e.g., data traffic) and keep up with expected growth.

[0240] For example, the user interface view illustrated in the various figures shows an example embodiment of the social community module of FIG. 1. The user interface view may include a publicly editable profile wall section allowing public postings that owners of the profile can edit. For example, any user may be able to post on an empty profile wall, but a user must claim the location to own the profile (e.g., may minimize barriers to users posting comments on profile walls).

[0241] Names featured on the profile wall may be links to the user profiles on the map (e.g., giving an immediate sense for the location of admirers (or detractors) relative to user location). In one embodiment, an action (e.g., mouse-over) on a comment would highlight the comment user's house on the map and names linking to user profiles. The user interface view may also utilize the mapping interface to link comments to locations.

[0242] For example, the various embodiments illustrate a comment announcing a garage sale, that is tied to a mappable location on the mapping interface. (e.g., allows people to browse references directly from people's profiles). In the various figures, an example display of the mapping interface is illustrated. In this example display, houses are shown in green, a church is shown in white, the red house shows the selected location and/or the profile owner's house, question marks indicate locations without profile owners, blue buildings are commercial locations, and the pink building represents an apartment complex.

[0243] Houses with stars indicate people associated with (e.g., "friends") of the current user. In one embodiment, a user action (e.g., mouse-over) on a commercial property displayed in the mapping interface may pull up a star (e.g., "***") rating based on user reviews, and/or a link to the profile for the property. A mouse-over action on the apartment complex may pull up a building schematic for the complex with floor plans, on which the user can see friends/profiles for various floors or rooms. Question marks indicated in the display may prompt users to own that profile or post comments on the wall for that space. A user action on any house displayed in the mapping interface may pull up a profile link, summary info such as status, profession, interests, etc. associated with the profile owner, a link to add the person as a friend, and/or a link to send a message to the user (e.g., the profile owner).

[0244] In another embodiment, a default profile view shown is that of the current user (e.g., logged in), and if the user clicks on any other profile, it may show their profile in that space instead (with few text changes to indicate different person). The events in your area view of the profile display may have a default radius for notification of events (e.g.,

# EXHIBIT E

# VentureBeat

## Fatdoor turns neighborhoods into online social networks

May 28, 2007 | Dan Kaplan



Ever wanted to get to know your neighbors before interacting with them in real life? If so, fatdoor, which launches its public beta tomorrow, might be for you.

Fatdoor takes phone book data from companies like infoUSAand mashes it up with Microsoft Virtual Earth, mapping people to their own homes and creating pre-populated visualizations of entire neighborhoods. (see screenshot below). It combines standard social networking functionality and a wiki thats lets you (or your neighbors and friends!) fill out your profile. It registers your immediate geography, and so makes it easy to find like-minded people a street or two away.

Fatdoor will start out covering Silicon Valley and spread outward, so if you live in the Valley, chances are you're already on the site. In its current form, fatdoor is an opt-out system: If you are in the phone directory, it creates a basic profile for you, and by default, this profile is a wiki that can be edited by your neighbors whether you are aware of fatdoor or not. (You can change this once you've signed up) Fatdoor lists the names of anyone who edits a profile, which it hopes will deter users from writing terrible things. But if someone pretends to be you and takes your profile before you, you have to submit proof of your identity — like a driver's license and utility bill — to get it back.



Individuals on the maps are represented by "pushpins" that look like toy figures from back in the day. Hover over one, and a window with a photograph (if one's been uploaded) and a link to that person's profile pops up.

Before you've gone to the site and registered, your pushpin stands at your address, which, like the rest of your neighborhood, is crisply rendered in a photographic bird's eye view. Afterwards, you can move the pushpin onto your house.

Your Fatdoor profile is standard for social networks: personal details, interests, jobs, and so on. You can create neighborhood groups and put them on the map, post shout-outs on a community page and check out listings for local events. Fatdoor also aggregates real-estate information, so you can see whose houses are for sale and for how much. For now, at least, fatdoor does not host videos or photographs. We're not certain how this site will make money, but perhaps targeted local advertising and real estate information will work.

My Neighborhood



The interface is clean and simple. The alpha version that we saw in a demo covered only a small part of Cupertino, CA. It had a neighborhood feel, with a page that highlights groups like the "Parent's Babysitting Exchange," and the "Kiwanis Club of Cupertino." That being said, while it looks great for suburban neighborhoods, fatdoor will have serious challenges when tackling cities like San Francisco and New York. I, for example, live in Manhattan and have around 240 neighbors in my building and thousands right next door. It's hard to imagine how the current interface will deal with this kind of density, but fatdoor's CTO, Chandu Thota, formerly the Lead Developer of Microsoft's Virtual Earth, knows lots about visualization, so we'll have to wait and see.

Because of its different approach, fatdoor doesn't have the same me-too feel that many
other networks have. Despite the privacy question, for people inhabiting suburban
sprawl it could become a great way to create neighborhood communities where none
existed before.

The Palo Alto company has raised $1 million from private investors Bill Harris, former
CEO of PayPal and Intuit, and Jeff Drazan of Bertram Capital.



# EXHIBIT F

# Mashable

FatDoor Launches Social Network for Your Neighborhood
May 28, 2007 by Kristen Nicole

FatDoor has been under wraps for some time now, but has launched its alpha version at the Where 2.0 Conference in San Jose. See our Where 2.0 Conference roundup for information on the other attendees.

FatDoor is a way to get to know your neighbors on a very local level, and displays information over a Microsoft Virtual Earth map that can toggle between 2D and 3D views. It's like a Wikipedia for the White Pages. FatDoor isn't limited to people, though. Information regarding your local businesses, events, shopping deals and organizations are accessible using FatDoor as well. And this information can be modified by the users in the community, adding images, descriptions, addresses (not for residences) and groups. If a neighbor hasn't been to FatDoor to "claim" their location, their icon will be shown on the street as opposed to their house, and you can leave messages for them that they will see once they've signed up to use the site. You can invite users to FatDoor with their email address or their street address.

Local business information will include reviews and additional items gathered from all over the web. Any contributions from other FatDoor users will enable you to see their profile directly. Nearby businesses, organizations, etc. will show as well, so you can see what other things there are to do in the area. The more you contribute to the site, the more points you earn, which increases your validity as a FatDoor user. Hopefully users won't abuse the system, but as we've seen with Wikipedia, communities such as these are self-regulating.

If the access to personal information coupled with the high potential for a lack of control over what's shown on FatDoor scares you, you're not alone. FatDoor ushers in a high level of transparency that many will be uncomfortable with, especially if there are no age restrictions for registrants. While this is only slightly more of a concern with FatDoor than with Wikipedia, it is a concern nonetheless.

My Neighborhood









Charity Environment

Enable Neighborhood





# EXHIBIT G

Epicenter
Mind Our Tech Business
Previous post
Next post

# Fatdoor CEO Talks About Balancing Security With Community

By Terrence Russell ✉ May 31, 2007 | 5:28 am | Categories: People, Search



With all the commotion about everything that's visible on Google's StreetView, there seems to be a lot of justifiable paranoia associated with the swiftly evolving map tools on the market. Likewise, there's been a lot of speculation as to how security and privacy are going to be dealt with on the social networking sites that draw information from these web apps.

I saw this at work earlier this week with the announcement of the alpha launch of social networking site Fatdoor at Where 2.0. As if the standard security issues aren't tricky enough when it comes to the average site, Fatdoor's mashup of Live Earth aerial images with wiki versions of users' neighborhoods has a lot of hand wringing going on.

To address these issues I went straight to the source and had a chat with Fatdoor CEO Raj Abhyanker yesterday afternoon about the security protocols that the site has in place. A lot of the potential problems I posed in an earlier post are common concerns according to Abhyanker, but he assured me that he's done his homework.

"The thing that really gets people feeling uneasy is seeing an icon on the map. They instantly think that their icon is going to float over their actual street address, but that's not the case. . .we actually have less information displayed than Google's white pages," said Abhyanker.

It wasn't until Abhyanker let me take his neighborhood for a test drive that I started to understand how this actually plays out. Fatdoor is hardly the stalking tool we all feared. In fact, its simple interface made Abhyanker's own community fit together more like a wiki version of a town hall. Users in the neighborhood can broadcast general messages to the entire block, submit an entry about a local business, or even submit entries for friends and other neighbors. Abhyanker's neighborhood is even set

up to elect moderators to help police this conduct too. Paired with the amount of control the user has over how much or how little information the neighborhood can access about themselves, it actually seemed....pretty safe.

As far as peeking into other neighborhoods? Abhyanker has that covered too. "We've been playing around with the distance, and after some testing we've found that keeping it at a 5 mile radius [from the user's residence] is the most reasonable," he said. "It keeps the focus on the neighborhood and also keeps the feeling of community. Of course, this is something that we're going to have to change depending on the size and layout of a city, but during testing it seemed like the ideal distance."

With that said, it'll be interesting to see how Abhyanker's social experiment comes together. Although social networking sites like Myspace and Facebook are great for connecting people, few have attempted to tackle the relevance of building out the social networks right outside our doorsteps. Still, it's good to know that even though Abhyanker and his crew have decided to bring social networking a little closer to home, you can still draw the blinds every once in a while.

UPDATE: For a detailed look at Fatdoor's security measures, be sure to check out the comments section of my previous post here.

Tags: Web Apps
Post Comment | Permalink

- Like
- 0
- 0
- Share

- Reddit
- Digg
- Stumble Upon
- Delicious
- Email

Like

Comments for this page are closed.

Sort by popular now
**Showing 1 comment**

 **RedRebel**

People are going to regret giving up all of their privacy in little chunks to these Web 2.0 guys. You are better off creating low cost/free private networks, which you do these days without a

# EXHIBIT H

SIGN IN | REGISTER | NEWSLETTERS

Part of the Bay Area News Group

# MercuryNews.com

Like 19k   eEdition / Subscriber Services
Mobile | Mobile Alerts | RSS



**PICK** A **FREE** NEWSLETTER AND **GET PICKED** FOR AN **iPAD!**
Sign up for this FREE newsletter and you might **win** an iPad!



NEWS   BUSINESS   TECH   SPORTS   ENTERTAINMENT   LIVING   OPINION   PUBLICATIONS   MY TOWN   HELP   Weekly Ad       JOBS   CARS   REAL ESTATE   CLASSIFIED   SHOPPING

SEARCH   • Site   Web Search by YAHOO!       San Jose, CA   Now: 54°F   High: 68°F   Low: 50°F   city or zip

today's DEALS  STAPLES  Orchard  Walmart  sears

Advertisement

Recommend   Send   25 people recommend this. Be the first of your friends.   0   Share   8

## Epinions co-founder Nirav Tolia back in the saddle with Facebook-like startup

By Peter Delevett
pdelevett@mercurynews.com
Posted: 10/26/2011 06:22:47 AM PDT
Updated: 10/26/2011 10:22:09 AM PDT

Nirav Tolia was still in his 20s when he co-founded high-flying startup Epinions, which let users ask questions and post opinions about everything from books to baby strollers. It became one of the bright lights of the dot-com era -- raking in millions of venture capital dollars, going public in spectacular fashion and eventually selling to eBay (EBAY) for $600 million.

Along the way, Tolia helped lay the groundwork for Web 2.0 by blazing the "user generated content" trail now followed by companies like Yelp and Quora. Now he's hoping to show the social networking types that an old pro can still play the game: On Wednesday, he'll unveil his latest startup, Nextdoor.

Tolia describes the site as "the intersection between social and local." Part Facebook, part Craigslist, with a smattering of Evite, it lets users create social networks specific to their neighborhoods, then swap safety tips, troll for merchant recommendations or find homes for unwanted second-hand goods.

"It's Facebook for your neighborhood," said Bill Gurley, a partner at Benchmark Capital, which is backing the site and previously bankrolled Epinions.

Lest anyone ask why the world needs another social network, Tolia said that while Facebook's sprawling community is good for catching up with far-flung friends and LinkedIn helps keep track of your business contacts, neither is focused by geography.

"These days, we've lost touch with our neighbors," he said, citing a 2010 study by the Pew Research Center that found 60 percent of Americans didn't know the people who lived nearby.

After a yearlong beta, the site is already up and running in more than 200 neighborhoods around the country, including dozens in the Bay Area.

"I'm not one of the active, active users of it, but I've got to say, it's pretty cool," said Andrew Bales, who lives in San Jose's Palm Haven neighborhood. The president of Symphony Silicon Valley said he's been on the service for a few months and uses it to keep abreast of neighborhood happenings, crime and traffic.

Tolia said the site goes beyond neighborhood email listservs by giving users a simple and visually appealing interface and search tools: The key, he added, is software developed by an early Google (GOOG) Maps employee that makes sure only people who live in a specific neighborhood are able to join its network -- giving users a level of privacy that sites like Facebook don't.

Depending on how much information a given user chooses to put in his or her profile, the mapping feature also lets neighbors see who lives in the homes around them.

Someone in the Stanford Hills neighborhood of Menlo Park was recently offering a free pair of black boots for a Halloween costume. A user in Hamilton, New York had invited neighbors to a "wet-felting workshop."

Tolia said many of those neighborhoods have joined Nextdoor virally. Anyone can invite a friend via email to join the site and set up a network in his or her community. (For neighbors who don't have email, Nextdoor will even drop an invitation

### Click photo to enlarge



On Wednesday, Nirav Tolia, center, will publicly unleash his latest startup,... ( Dai Sugano )

| 1 | 2 | 3 | 4 | 5 | » |

### More social networking

Latest news about Facebook, Twitter and other online social networks.

Advertisement

### Venture Capital

More coverage
Quarterly report: Silicon Valley VC funding

### VC in the SiliconValley.com 20/20

Kleiner Perkins Caufield Byers
John Doerr
Vinod Khosla
Marc Andreessen
Ron Conway

### Most Viewed

(From the last 12 hours)       DIGG

1. Vietnamese-American women place strict rules on men returning to...
2. As early Kindle Fire demand exceeds iPad, Amazon reportedly...
3. Police arrest UC Berkeley students, professor over Occupy camp
4. Traffic death in San Jose is third in five days; two more may die
5. Bay Area delinquency notices on the rise
6. Live Blog: Sproul protesters to police, 'Go home, go home, go home'

### Recommendations

Hundreds line up for Microsoft store opening in San Jose -- most for the free concert tickets - San.
12 people recommend this.

Police move to disband UC Berkeley 'Occupy' camp - San Jose Mercury News
181 people recommend this.

Facebook social plugin

### Press Releases        - Powered by

ReachLocal Opens Sales Office and European Headquarters in Amsterdam

Edmunds.com Analyst Featured in "Revenge of the Electric Car" Documentary Opening This Friday in Seattle

Edmunds.com Analyst Featured in "Revenge of the Electric Car" Documentary Opening This Friday in Minneapolis

Edmunds.com Analyst Featured in "Revenge of the Electric Car" Documentary Opening This Friday in Houston

Edmunds.com Analyst Featured in "Revenge

Gobble Gobble Giveaway

Sign up now (it's free!) to get money-saving deals by email... And enter to win a 40" flatscreen TV and other prizes!

Click here

Capitol Honda
Click here and let us bid for your trade to get you top dollar

AIRPORT Home Appliance
Click here for great savings

postcard in the mail.)

Redwood City officials use the site to broadcast messages to residents in the 22 neighborhoods that have launched Nextdoor networks. And Tolia eventually plans to make money by allowing local merchants — from mom-and-pops to big companies with a presence in a given area — to offer specials to neighbors.

Nextdoor also is busy with plans for a mobile application that will let users check in while on the move. The San Francisco company has fewer than two dozen employees, about half of whom used to work at Epinions, Tolia said.

He's not exactly chummy with all of his former coworkers: The other co-founders of Epinions in 2005 sued Tolia, Gurley, Benchmark and the company's other venture capital backers, claiming they'd been cheated out of millions when Tolia engineered the merger of Epinions into Shopping.com, which eBay later acquired. The auction giant settled the suit for an undisclosed sum.

Tolia, who had worked at Yahoo (YHOO) before becoming an entrepreneur, doesn't shrink from questions about this scandal. "Things happen in companies," he said, "and sometimes people end up on different sides."

Sarah Leary, the former vice president of marketing at Epinions, certainly didn't hold the past against Tolia: She's Nextdoor's co-founder, and she approaches the job with an idealist's fervor.

"Most of these people have never met their neighbors before this," she said of the site's users. "Now when people ask them where to find a good dry cleaner, they love the idea of being the helpful neighbor."

Contact Peter Delevett at 408-271-3638 or pdelevett@mercurynews.com.

Follow him at Twitter.com/mercwiretap.

Reprint · Bookmark · Print · Email · Font Resize · Return to Top

of the Electric Car" Documentary Opening This Friday in Chicago
» More press releases

**Top Classifieds**
Homes for Auction
ABOVE Lake Oroville 10ac, Oa...
OAKLAND
$3 1041 Tully Rd Retail ...
3BR/2BA Fre...
Public Trustee Foreclosure Auction
MERCED Co, ...
RENO 116 spc, CASH FLOW...
ALL LISTINGS

## You Might Be Interested In:

Occupy Oakland members vote to deposit $20,000 with Wells Fargo, one of the nation's biggest banks (MercuryNews.com - Business)

Apple's iPhone 4S runs out of power too soon, users say (MercuryNews.com - Business)

Berkeley teachers ratone mutual aid agreements (MercuryNews.com)

Drake takes low-key approach to high-profile release (MercuryNews.com - Entertainment)

Sad milestone Thursday in slaying of Daly City girl (MercuryNews.com)

## From Around the Web:

Wednesday: Apple Rumors — Apple Fighting Fire With iPad Mini? (InvestorPlace)

Sprint vs. Verizon vs. AT&T Which Carrier is Best? (My Life Scoop)

Office Dress Code Do's and Dont's (All Business)

It's Curtains for the US — the Unapologetic Truth About Our Economy (Moneynews)

Does the new Apple Store App set the bar for mobile payments? (Digital Trends)

[what's this]

· FAQ: Article commenting how-tos and tips

Recommend · 25 people recommend this. Be the first of your friends.

Add a comment...

☑ Post to Facebook · · · Posting as Ashwin Anand (Not you?) [ Comment ]

**Shirley Ng**
cool
Reply · 1 · Like · Follow Post · October 26 at 3:13pm

**WhiteGlossy UndergroundBoard** · Subscribe
Awesome idea!!! We really hope this thing can get off the ground (please don't be a Google+ part 2) and be super successful!!! Here's our thoughts - http://wp.me/p1O6i6-2WS
Reply · Like · Follow Post · October 27 at 11:22am

**Peet Kabhab**
How does this differ from pioneers such as NearbyCircle.com?
Reply · Like · Follow Post · October 27 at 5:37pm

Facebook social plugin

## Business

technology   home prices   venture capital

Cypress Semiconductor backs chip packaging startup

Cisco profits fall, but company beats Wall Street expectations

House Republicans and Democrats skirmish over Solyndra

Bay Area delinquency notices on the rise

U.S. and China on brink of trade war over solar industry

Adobe kills Flash for mobile browsers

Steve Jobs nominated as Time's Person of the Year

Stocks drop more than 3 percent on continuing fears about European economy

# EXHIBIT I



WIKIPEDIA
The Free Encyclopedia

# Bret Taylor

From Wikipedia, the free encyclopedia

Bret Taylor is an American computer programmer and entrepreneur. He was the co-creator of Google Maps and the Google Maps API.[2][3] Taylor left Google in June 2007 to join venture capital firm Benchmark Capital as an entrepreneur-in-residence, where he and Jim Norris, another former Google employee, created the social network web site FriendFeed.[4][5] Taylor was the CEO of FriendFeed until August 2009, when the company was acquired by Facebook for an estimated $50 million.[6] Taylor is currently the CTO of Facebook.[7]

Taylor also co-wrote and maintains Tornado web server. The software was created at FriendFeed and was open-sourced after FriendFeed was acquired by Facebook in 2009.[8]

Taylor attended Stanford University, where he earned his bachelors degree (2002) and masters degree (2003) in computer science.[9][10]



**Bret Taylor**

Taylor in July 2009

| | |
|---|---|
| Born | 1979/1930 (age 31–32)[1] |
| Residence | Mountain View, California |
| Education | Stanford University |
| Occupation | CTO at Facebook |
| Known for | FriendFeed, Google Maps |
| Website | |
| | bret.appspot.com |

## References

1. ^ Lashinsky, Adam (October 14, 2010). "40 under 40". *Fortune*.

2. ^ "Mapping your way". Google. 2005-02-08. Retrieved 2009-09-19.

3. ^ "The world is your JavaScript-enabled oyster". Google. 2005-06-29. Retrieved 2009-09-19.

4. ^ "Two top Google engineers leave — to Benchmark Capital". VentureBeat. 2007-06-20. Retrieved 2009-09-19.

5. ^ Markoff, John (2007-10-01). "Service Helps Friends Share Their Online Discoveries". New York Times. Retrieved 2009-09-19.

6. ^ Vascellaro, Jessica E. (2009-08-11). "Facebook Acquires Start-Up FriendFeed". Wall Street Journal. Retrieved 2009-09-19.

7. ^ McCarthy, Caroline (2010-06-02). "Facebook promotes Bret Taylor to CTO". CNET News. Retrieved 2010-06-02.

8. ^ "Tornado: Facebook's Real-Time Web Framework for Python". Facebook. 2009-09-10. Retrieved 2009-09-19.

9. ^ "Executive Bios". Facebook. Retrieved 2011-02-18.

10. ^ Bret Taylor at CrunchBase. Retrieved 2011-02-18.