Harpreet S. Walia, Esq. (SBN 176136)
Lisa M. Chapman, Esq. (SBN 118113)
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, California   94303
Telephone:   (650) 813-9700
Facsimile:     (650) 813-9777
E-Mail:   hwalia@rroyselaw.com
              lchapman@rroyselaw.com

Attorneys for Counterdefendant SANDEEP SOOD and
MONSOON ENTERPRISES, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>RAJ ABHYANKER, an individual,<br><br>                Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**DECLARATION OF HARPREET S. WALIA IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC'S REQUEST FOR JUDICIAL NOTICE** |
| RAJ ABHYANKER, an individual,<br><br>                Counterclaimant,<br><br>        v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>                Counterdefendants. | Complaint Filed:         November 5, 2012<br>Counterclaim Filed:    January 10, 2013<br>First Amended Counterclaim Filed:  April 8, 2013<br><br>Date:       June 6, 2013<br>Time:      1:30 PM<br>Judge:    Honorable Edward M. Chen<br>Place:     Courtroom 5 - 17th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, California  94102 |

{00015029;1}

DECLARATION OF HARPREET S. WALIA IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S REQUEST FOR JUDICIAL NOTICE

I, HARPREET S. WALIA, do hereby declare as follows:

1. I am an attorney at law and a member of the Royse Law Firm, PC, which represents Counterdefendants Sandeep Sood ("Sood") and Monsoon Enterprises, Inc., a California corporation ("Monsoon") before the Court in this action. I am licensed to practice law in the State of California and admitted before this Court. I have personal knowledge of each of the facts set forth herein, and would competently testify to the truth thereof if called as a witness.

2. Attached to Counterdefendants' Request for Judicial Notice as **Exhibit 1** is a true and correct copy of Counterclaimant Raj Abhyanker's Complaint for Damages and Equitable Relief for Intentional Interference with Existing and Prospective Economic Advantage, Breach of Confidence, Breach of Contract, Fraud and Conspiracy to Defraud, Constructive Fraud and Aiding and Abetting Constructive Fraud, Unjust Enrichment, Unfair Business Acts and Practices in Violation of Business and Professions Code (Cal.Civ.Code § 17200, *et seq.*), Violations of the California Corporate Securities Laws, and Misappropriation of Trade Secrets (Cal.Civ.Code § 3426, *et seq.*), filed on November 10, 2011 in the Superior Court of California, County of Santa Clara, as Civil Case No. 1-10-CV-212924.

3. Attached to Counterdefendants' Request for Judicial Notice as **Exhibit 2** is a true and correct copy of Counterclaimant Raj Abhyanker's First Amended Complaint for and Misappropriation of Trade Secrets (Cal.Civ.Code § 3426, *et seq.*), Fraud and Conspiracy to Defraud, Constructive Fraud and Aiding and Abetting Constructive Fraud, Negligent Interference with Existing and Prospective Economic Advantage, Breach of Confidence, Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Negligent Misrepresentation, Tortious Interference with Contract, Unjust Enrichment, Unfair Business Acts and Practices in Violation of Business and Professions Code (Cal.Civ.Code § 17200, *et seq.*), Violations of the California Corporate Securities Laws, and Conversion, filed on December 6, 2011 in the Superior Court of California, County of Santa Clara, as Civil Case No. 1-11-CV-212924.

4. Attached to Counterdefendants' Request for Judicial Notice as **Exhibit 3** is a true and correct copy of Counterclaimant Raj Abhyanker's November 22, 2006 patent application no. 11/603,442; Publication Date September 20, 2007, entitled "Map Based Neighborhood Search and Community Contribution."

{00015029;1}                                          -2-
DECLARATION OF HARPREET S. WALIA IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S REQUEST FOR JUDICIAL NOTICE

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct and that this Declaration is executed this 25th day of April, 2013 at Palo Alto,
3  California.

                                        */s/ Harpreet S. Walia*

HARPREET S. WALIA