1  **BRUNO W. TARABICHI**, CA State Bar No. 215129
   bruno@legalforcelaw.com
2  **ROY MONTGOMERY**, CA State Bar No. 279531
   kuscha@legalforcelaw.com
3  **LEGALFORCE RAJ ABHYANKER, P.C.**
   1580 W. El Camino Real, Suite 13
4  Mountain View, California 94040
   Telephone:  650.965.8731
5  Facsimile:   650.989.2131

6

7  Attorneys for Defendant
   Raj Abhyanker

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |

Plaintiff,

vs.

RAJ ABHYANKER, an individual,

Defendant.

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISQUALIFY PLAINTIFF NEXTDOOR'S COUNSEL**

Date:     Thursday, June 6, 2013
Time:     1:30 PM
Location: San Francisco Courthouse, Courtroom 5
Judge:    Honorable Edward M. Chen

RAJ ABHYANKER, an individual,

Counterclaimant,

vs.

NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANIKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1–50, inclusive;

Counterdefendants.

1  Defendant Raj Abhyanker has moved, pursuant to Rule 7 of the Federal Rules of Civil
2  Procedure, to disqualify Plaintiffs' counsel in the above-captioned case.
3  Good cause appearing, the Court hereby GRANTS Abhyanker's Motion to Disqualify for
4  the following reason:

6  Fenwick & West's prior representation of Defendant and Defendant's company provided
7  the firm with access to confidential information that is both material to its representation of the
8  Plaintiff in the current action, and adverse to the interests of a former client. Fenwick's
9  representation of Nextdoor.com, Inc. is thus violative of the California Rule of Professional
10 Conduct 3-310 (e); accordingly, the firm is disqualified from representing the Plaintiff in this
11 matter.

13  IT IS SO ORDERED.

16  Dated: _____

EDWARD M. CHEN
United States District Judge