1 **BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
2 **ROY MONTGOMERY**, CA State Bar No. 279531
kuscha@legalforcelaw.com
3 **LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
4 Mountain View, California 94040
Telephone: 650.965.8731
5 Facsimile: 650.989.2131

6
Attorneys for Defendant
7 Raj Abhyanker

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANIKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1–50, inclusive;<br><br>Counterdefendants. | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD**

    PLEASE TAKE NOTICE that Roy Montgomery of LegalForce Raj Abhyanker, P.C. hereby enters his appearance on behalf of Defendant and Counterclaimant Raj Abhyanker.

    Mr. Montgomery's e-mail address for purposes of receipt of notices of electronic filing is Roy@LegalForceLaw.com.

Dated:  April 25, 2013             Respectfully submitted,

                                           LegalForce Raj Abhyanker, P.C.

                                           /s/ Roy Montgomery
                                           ROY MONTGOMERY
                                           Attorney for Defendant & Counterclaimant
                                           Raj Abhyanker