1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  CLIFFORD C. WEBB (CSB NO. 260885)
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Plaintiff and Counterdefendant
   NEXTDOOR.COM, INC. and Counterdefendant
8  PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> RAJ ABHYANKER, an individual, <br><br> Defendant. | Case No.: 3:12-cv-05667-EMC <br><br> **[PROPOSED] ORDER DENYING ABHYANKER'S MOTION TO DISQUALIFY** <br><br> Date:    June 6, 2013 <br> Time:    1:30 p.m. <br> Judge:   Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual, <br><br> Counterclaimant, <br><br> v. <br><br> NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive, <br><br> Counterdefendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DENYING MOTION
TO DISQUALIFY

Case No. 3:12-cv-05667-EMC

On June 6, 2013, the Court heard Defendant and Counterclaimant Raj Abhyanker's Motion to Disqualify Fenwick & West LLP from representing Plaintiff and Counterdefendant Nextdoor.com, Inc. and Counterdefendant Prakash Janakiraman in this case.

The matter having been submitted and after considering the motion, all papers filed in support and opposition thereof, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that the Defendant and Counterclaimaint's Motion to Disqualify Fenwick & West LLP is DENIED.

**IT IS SO ORDERED**.

Dated this ____ day of _____, 2013.

_____
Honorable Edward M. Chen
United States District Court Judge

[PROPOSED] ORDER DENYING MOTION TO DISQUALIFY — 1 — Case No. 3:12-cv-05667-EMC