**EXHIBIT 3 TO COUNTERDEFENDANTS'
REQUEST FOR JUDICIAL NOTICE**

Case3:12-cv-05667-EMC Document1-1 Filed11/06/12 Page1 of 65

US 20070218900A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2007/0218900 A1
Abhyanker (43) **Pub. Date:** **Sep. 20, 2007**

---

(54) **MAP BASED NEIGHBORHOOD SEARCH AND COMMUNITY CONTRIBUTION**

(76) Inventor: **Raj Vasant Abhyanker**,
Cupertino, CA (US)

Correspondence Address:
**Raj Abhyanker, LLP**
**c/o Intellevate**
**P.O. Box 52050**
**Minneapolis, MN 55402**

(21) Appl. No.: **11/603,442**

(22) Filed: **Nov. 22, 2006**

**Related U.S. Application Data**

(60) Provisional application No. 60/783,226, filed on Mar. 17, 2006, provisional application No. 60/817,470, filed on Jun. 28, 2006, provisional application No. 60/853,499, filed on Oct. 19, 2006, provisional application No. 60/854,230, filed on Oct. 25, 2006.

**Publication Classification**

(51) **Int. Cl.**
***H04M 11/04*** (2006.01)
(52) **U.S. Cl.** ................................. **455/435.1**; 455/404.2

(57) **ABSTRACT**

A method, apparatus and system of map based community search and neighborhood contribution are disclosed. In one embodiment, a method includes associating a verified registered user with a user profile, associating the user profile with a specific geographic location, generating a map concurrently displaying the user profile and the specific geographic location and simultaneously generating, in the map, wiki profiles associated with different geographic locations surrounding the specific geographic location associated with the user profile.



Patent Application Publication     Sep. 20, 2007  Sheet 1 of 34     US 2007/0218900 A1



**FIGURE 1**

Case3:12-cv-05667-EMC   Document90-7   Filed05/22/13   Page4 of 65



**FIGURE 2**

Patent Application Publication    Sep. 20, 2007  Sheet 3 of 34    US 2007/0218900 A1



EMBEDDING MODULE 310

NO-MATCH
MODULE 312

PEOPLE SEARCH
WIDGET 300

BUSINESS SEARCH
MODULE 302

RANGE SELECTOR
MODULE 314

CHAT WIDGET 316

GROUP ANNOUNCE
WIDGET 318

CATEGORY SEARCH
WIDGET 304

DIRECTORY ASSISTANCE
MODULE 308

COMMUNICATE
MODULE 306

VOICE OVER IP
WIDGET 320

SEARCH MODULE 108

# FIGURE 3

Patent Application Publication   Sep. 20, 2007   Sheet 4 of 34   US 2007/0218900 A1



**FIGURE 4**

Patent Application Publication    Sep. 20, 2007  Sheet 5 of 34    US 2007/0218900 A1



**FIGURE 5**

Case3:12-cv-05667-EMC Document90-7 Filed05/22/13 Page8 of 65



**FIGURE 6**

Patent Application Publication     Sep. 20, 2007   Sheet 7 of 34     US 2007/0218900 A1

| USER 700 | VERIFIED? 702 | RANGE 704 | PRINCIPAL ADDRESS 706 | LINKS 708 | CONTRIBUTED? 710 | OTHERS 712 |
|---|---|---|---|---|---|---|
| JOE | YES | 5 MILES | 500 CLIFFORD, CUPERTINO CA | 858, BETTE, 854 BETTE | 858, BETTE, 10954 FARALLONE | CITY, STATE, ZIP, OTHER |
| JANE | NO | NOT ENABLED | 500 JOHNSON, CUPERTINO CA | 851 BETTE, 100 STEVEN'S ROAD | 500 HAMILTON, 1905 E. UNIVERSITY | – – – |
| ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | ● |

TABLE 750

# FIGURE 7

Patent Application Publication    Sep. 20, 2007  Sheet 8 of 34    US 2007/0218900 A1



**FIGURE 8**

Patent Application Publication     Sep. 20, 2007   Sheet 9 of 34     US 2007/0218900 A1

PROFILE MODULE 900

MY HOME
500 CUFFORD, CUPERTINO, CA 95014



ABOUT US

HI WE'RE THE JOE DOE
FAMILY

PRIVATE INFO (NEIGHBORS ONLY)

➤ HAVING BLOCK PARTY FOR STREET NEXT TUESDAY
➤ KIDS: JACK AND JILL, AGES 4 AND 5
➤ WIFE IS A RESCUE NURSE. HAPPILY MARRIED.

PUBLIC INFO (ALL)

➤ ATTORNEY
➤ LIVED FOR 6 YEARS IN CUPERTINO
➤ ACTIVE IN LOCAL GOVERNMENT
➤ GARAGE SALE NEXT WEEK

PROFILE VIEW 950

# FIGURE 9

Case3:12-cv-05667-EMC   Document90-7   Filed05/22/13   Page12 of 65



NEIGHBORHOOD NETWORK MODULE 1000

TELL US ABOUT YOUR NEIGHBORS?

DO YOU KNOW YOUR NEIGHBORS?

WHAT I KNOW ABOUT 851 BENSON     CONTRIBUTE VIEW 1050

# FIGURE 10

Case3:12-cv-05667-EMC   Document90-7   Filed05/22/13   Page13 of 65



**FIGURE 11**

Patent Application Publication     Sep. 20, 2007   Sheet 12 of 34     US 2007/0218900 A1



WIKI PROFILE 1206

DELISTED PROFILE 1208

GEOGRAPHIC LOCATION 1204

RANDALL ST

FORRESTER LANE

MAP 1202

514N RANDALL ST, CUPERTINO CA 95014

OCCUPANT      :  JOHN DOE

PROFESSION    :  ATTORNEY

TAGS              :  HIKING, BIKING — 1210

DETAILS          :

INTERESTED IN BIKING, SURFING
HIKING.  HAS 3 KIDS,
GO TO EATON HIGH SCHOOL

PHONE            :  408-554-1164

EDUCATION      :

BA     HARVARD COLLEGE
JD      ARIZONA STATE UNIVERSITY

FOR MEMBERS ONLY

• LOOKING FOR BABY SITTER
   NEXT WEEKEND
• OUT OF TOWN NEXT WEEK

1216

USER PROFILE 1200

# FIGURE 12A

Patent Application Publication     Sep. 20, 2007   Sheet 13 of 34     US 2007/0218900 A1



512N RANDALL ST, CUPERTINO CA 95014

OCCUPANT : ODD OLD FELLOW

PROFESSION : UNKNOWN, DOESN'T
SEEM TO LEAVE FOR WORK

CLAIM THIS PROFILE — CLAIM THIS
PROFILE 1212

DETAILS :

ANONYMOUS POST :
OFTEN SPOTTED EACH MORNING
AROUND 4 AM RUNNING 20-30 CIRCLES
AROUND HOME.  A BIT STRANGE

1214

GROUPS : CONCERNED CITIZENS OF
CUPERTINO, RAJ FOR CITY
COUNCIL

WIKI PROFILE 1206

MAP 1202

RANDALL ST
FORRESTER LANE

# FIGURE 12B

Patent Application Publication     Sep. 20, 2007  Sheet 14 of 34     US 2007/0218900 A1



## FIGURE 13A

Patent Application Publication    Sep. 20, 2007   Sheet 15 of 34    US 2007/0218900 A1



## FIGURE 13B

Case3:12-cv-05667-EMC   Document90-7   Filed05/22/13   Page18 of 65



**FIGURE 14**

Patent Application Publication   Sep. 20, 2007  Sheet 17 of 34   US 2007/0218900 A1



**FIGURE 15**



**FIGURE 16**

Patent Application Publication    Sep. 20, 2007   Sheet 19 of 34    US 2007/0218900 A1



**FIGURE 17**



GUI DISPLAY
1802
GUI DISPLAY
1804
1806
1808
NETWORK 1810
INTERNET
USER INTERFACE
USER INTERFACE
GLOBAL NEIGHBORHOOD ENVIRONMENT 1800
ROUTER 1812
SWITCH 1814
LOAD BALANCER 1818
FIREWALL 1816
MAIL SERVER 1842
1820
1822
1824
APPLICATION SERVER # 1
1826
WEB APPLICATION SERVER
1828
INTER-PROCESS COMMUNICATION
1830
COMPUTER SERVER
IMAGE SERVER
1840
DATABASE SOFTWARE
1838
DATABASE STORAGE
1832
SWITCH 1836
MULTIPLE SERVERS 1834
NETWORK VIEW 1850

FIGURE 18

Case3:12-cv-05667-EMC   Document90-7   Filed05/22/13   Page23 of 65



| USERS | |
|---|---|
| ID | INTEGER |
| FIRSTNAME | TEXT |
| LASTNAME | TEXT |
| EMAIL | TEXT |
| VERIFY | INTEGER |
| PASSWORD | TEXT |
| GENDER | M/F |
| ORIENTATION | INTEGER |
| RELATIONSHIP | Y/N |
| DATING | Y/N |
| FRIENDS | Y/N |
| ACTIVITY | Y/N |
| STATUS | INTEGER |
| DOB | DATE |
| COUNTRY | TEXT |
| ZIP CODE | TEXT |
| POSTALCODE | TEXT |
| STATE | TEXT |
| PROVINCE | TEXT |
| CITY | TEXT |
| OCCUPATION | TEXT |
| LOCATION | TEXT |
| HOMETOWN | TEXT |
| PHOTO | INTEGER |
| MEMBERSINCE | DATE |
| LASTLOGIN | DATE |
| LASTUPDATE | DATE |
| RECRUITER | INTEGER |
| FRIENDCOUNT | INTEGER |
| TESTIMONIALS | INTEGER |
| WEEKLYUPDATES | Y/N |
| NOTIFICATIONS | Y/N |
| PHOTOMODE | INTEGER |
| TYPE | INTEGER |

1902
1908
1914

| LOCATIONS | |
|---|---|
| ZIPCODE | INTEGER |
| CITY | TEXT |
| STATE | TEXT |

1904

| ZIPCODES | |
|---|---|
| ZIPCODE | TEXT |
| LATITUDE | INTEGER |
| LONGITUDE | INTEGER |

1906

| MESSAGES | |
|---|---|
| ID | INTEGER |
| USER | INTEGER |
| SENDER | INTEGER |
| NEW | Y/N |
| FOLDER | TEXT |
| DATE | DATE |
| SUBJECT | TEXT |
| BODY | TEXT |

1924

| PROFILES | |
|---|---|
| ID | INTEGER |
| INTERESTS | TEXT |
| FAVORITEMUSIC | TEXT |
| FAVORITEBOOKS | TEXT |
| FAVORITETV | TEXT |
| FAVORITEMOVIES | TEXT |
| ABOUTME | TEXT |
| WANTTOMEET | TEXT |
| ETHNICITY | INTEGER |
| HAIR | INTEGER |
| EYES | INTEGER |
| HEIGHT | INTEGER |
| BODY | INTEGER |
| EDUCATION | INTEGER |
| INCOME | INTEGER |
| RELIGION | INTEGER |
| POLITICS | INTEGER |
| SMOKING | INTEGER |
| DRINKING | INTEGER |
| KIDS | INTEGER |

1910

| SEARCHPARAM | |
|---|---|
| USER | INTEGER |
| PHOTOSONLY | Y/N |
| JUSTPHOTOS | Y/N |
| MALE | Y/N |
| FEMALE | Y/N |
| MEN | Y/N |
| WOMEN | Y/N |
| HELPTOHELP | Y/N |
| FRIENDS | Y/N |
| DATING | Y/N |
| SERIOUS | Y/N |
| ACTIVITY | Y/N |
| MINAGE | INTEGER |
| MAXAGE | INTEGER |
| DISTANCE | INTEGER |
| SINGLE | Y/N |
| RELATIONSHIP | Y/N |
| MARRIED | Y/N |
| OPENMARRIAGE | Y/N |

| TESTIMONIALS | |
|---|---|
| ID | INTEGER |
| USER | INTEGER |
| SENDER | INTEGER |
| APPROVED | Y/N |
| DATE | DATE |
| BODY | TEXT |

1912

| PHOTOS | |
|---|---|
| ID | INTEGER |
| USER | INTEGER |
| FILEID | INTEGER |
| MODERATION | INTEGER |

1916

| NEIGHBORS | |
|---|---|
| USER1 | INTEGER |
| USER2 | INTEGER |

1918

| FRIENDREQUESTS | |
|---|---|
| ORIGINATOR | INTEGER |
| RESPONDENT | INTEGER |

1920

| INVITES | |
|---|---|
| ID | INTEGER |
| KEY | INTEGER |
| SENDER | INTEGER |
| EMAIL | TEXT |
| DATE | DATE |
| CLICKED | Y/N |
| JOINED | Y/N |
| JOINEDUSER | INTEGER |

1922

| BOOKMARKS | |
|---|---|
| OWNER | INTEGER |
| USER | INTEGER |
| VISIBLE | Y/N |

1926

| BULLETINBOARD | |
|---|---|
| ID | INTEGER |
| SENDER | INTEGER |
| DATE | DATE |
| SUBJECT | TEXT |
| BODY | TEXT |

1928

| WIKIDATA | |
|---|---|
| WIKISINPUTED | TEXT |
| OTHER | TEXT |

DATABASE 1900

# FIGURE 19

| EMAIL ADDRESS: | | ⎯2002 |
|---|---|---|
| REPEAT EMAIL ADDRESS: | | |
| FIRST NAME: | | |
| LAST NAME: | | |
| PASSWORD: | | |
| REPEAT PASSWORD: | | |
| GENDER: | ○ MALE     ○ FEMALE | |

INTERESTED IN MEETING PEOPLE FOR:

☑ HOBBIES                    ○ FAMILIES  ○ SINGLES

☑ NEIGHBORHOOD WATCH ○ STUDENTS

☑ FRIENDS
☑ HELP

☐ JUST HERE FOR HELP

DID A NEIGHBOR REFER YOU TO FATDOOR?

NEIGHBORS EMAIL ADDRESS: [                    ]

(TO AUTOMATICALLY CONNECT TO YOUR NEIGHBOR AND YOUR
NEIGHBOR'S FRIENDS.)

⎯1802

USER INTERFACE

2004

| GROUPS: | ○ RAJ FOR CITY COUNCIL<br>○ GREEN PEACE<br>○ BARRACK OBAMA FOR PRESIDENT<br>○ NEIGHBORHOOD PROTECTORS CLUB |
|---|---|
| DATE OF BIRTH: | [▼] [▼] [▼] |
| COUNTRY: | [                    ▼] |
| ZIP/POSTAL CODE: | [        ] (U.S. & CANADA ONLY) |
| HOME TOWN: | [              ] (WHERE YOU GREW UP) |
| OCCUPATION: | [              ] |
| INTERESTS: | (SEPARATE INTERESTS WITH COMMAS) |

# FIGURE 20

Patent Application Publication   Sep. 20, 2007   Sheet 23 of 34   US 2007/0218900 A1



**FIGURE 21**

Patent Application Publication       Sep. 20, 2007  Sheet 24 of 34       US 2007/0218900 A1



| SUBJECT: | INVITATION TO JOIN FATDOOR FROM JOHN DOE, A NEIGHBOR TO YOU |
|---|---|
| FROM: | USER@DOMAIN.COM |
| TO: | (SEPARATE MULTIPLE ADDRESSES WITH COMMAS)<br><br>[IMPORT FROM YOUR ADDRESS BOOK] |
| OPTIONAL PERSONAL MESSAGE: |  |
| MESSAGE BODY: | JOHN DOE HAS INVITED YOU TO JOIN JOHN'S PERSONAL AND PRIVATE COMMUNITY AT FATDOOR, WHERE YOU AND JOHN CAN NETWORK WITH EACH OTHER'S NEIGHBORS.<br><br>FATDOOR IS AN ONLINE COMMUNITY THAT CONNECTS NEIGHBORS THROUGH NETWORKS OF OTHER NEIGHBORS FOR COMMUNITY SERVICE, SAFETY AND MAKING NEW FRIENDS.<br><br>YOU CAN USE FATDOOR TO:<br><br>* MEET NEW NEIGHBORS TO TALK WITH, THROUGH YOUR NEIGHBORS AND THEIR FRIENDS<br>* MAKE NEW FRIENDS<br>* HELP YOUR NEIGHBORS MEET NEW PEOPLE<br>ONCE YOU JOIN FATDOOR, YOU WILL BE AUTOMATICALLY CONNECTED TO YOUR NEIGHBOR JOHN, AND ALL OF JOHN'S FRIENDS.<br><br>CLICK BELOW TO JOIN FATDOOR<br>HTTP://WWW.FATDOOR.COM/JOIN.JSP?INVITE=140807 |

USER INTERFACE

2202

2200

# FIGURE 22



**FIGURE 23**



**FIGURE 24**

Case3:12-cv-05667-EMC   Document90-7   Filed05/22/13   Page29 of 65



**FIGURE 25**

Case3:12-cv-05667-EMC Document90-7 Filed05/22/13 Page30 of 65



**FIGURE 26**

Patent Application Publication    Sep. 20, 2007    Sheet 29 of 34    US 2007/0218900 A1



VIEW 2700

# FIGURE 27



START
2802
ASSOCIATE A VERIFIED REGISTERED USER WITH A USER PROFILE
2804
ASSOCIATE THE USER PROFILE WITH A SPECIFIC GEOGRAPHIC LOCATION
2806
GENERATE A MAP CONCURRENTLY DISPLAYING THE USER PROFILE AND THE SPECIFIC GEOGRAPHIC LOCATION
2808
GENERATE SIMULTANEOUSLY, IN THE MAP, WIKI PROFILES ASSOCIATED WITH DIFFERENT GEOGRAPHIC LOCATIONS SURROUNDING THE SPECIFIC GEOGRAPHIC LOCATION ASSOCIATED WITH THE USER PROFILE
2810
PROCESS A QUERY OF AT LEAST ONE OF THE USER PROFILE AND THE SPECIFIC GEOGRAPHIC LOCATION
2812
CONVERT A PARTICULAR WIKI PROFILE OF THE WIKI PROFILES TO ANOTHER USER PROFILE WHEN A DIFFERENT REGISTERED USER CLAIMS A PARTICULAR GEOGRAPHIC LOCATION TO THE SPECIFIC GEOGRAPHIC LOCATION ASSOCIATED WITH THE PARTICULAR WIKI PROFILE, WHEREIN THE USER PROFILE IS TIED TO A SPECIFIC PROPERTY IN A NEIGHBORHOOD, AND WHEREIN THE PARTICULAR WIKI PROFILE IS ASSOCIATED WITH A NEIGHBORING PROPERTY TO THE SPECIFIC PROPERTY IN THE NEIGHBORHOOD
2814
DELIST A CERTAIN WIKI PROFILE OF THE WIKI PROFILES WHEN A PRIVATE REGISTERED USER CLAIMS A CERTAIN GEOGRAPHIC LOCATION ADJACENT TO AT LEAST ONE OF THE SPECIFIC GEOGRAPHIC LOCATION AND THE PARTICULAR GEOGRAPHIC LOCATION
2816
MASK THE CERTAIN WIKI PROFILE IN THE MAP WHEN THE CERTAIN WIKI PROFILE IS DELISTED THROUGH THE REQUEST OF THE PRIVATE REGISTERED USER
A

FIGURE 28A

A
2818
PROCESS A TAG DATA ASSOCIATED WITH AT LEAST ONE OF THE SPECIFIC GEOGRAPHIC LOCATION, A PARTICULAR GEOGRAPHIC LOCATION, AND THE DELISTED GEOGRAPHIC LOCATION
2820
DISPLAY A FREQUENT ONE OF THE TAG DATA WHEN AT LEAST ONE OF THE SPECIFIC GEOGRAPHIC LOCATION AND THE PARTICULAR GEOGRAPHIC LOCATION IS MADE ACTIVE, BUT NOT WHEN A GEOGRAPHIC LOCATION IS DELISTED
2822
PERMIT A COMMERCIAL USER TO PURCHASE A CUSTOMIZABLE BUSINESS PROFILE ASSOCIATED WITH A COMMERCIAL GEOGRAPHIC LOCATION
2824
ENABLE THE VERIFIED REGISTERED USER TO COMMUNICATE A MESSAGE TO THE NEIGHBORHOOD BASED ON A SELECTABLE DISTANCE RANGE AWAY FROM THE SPECIFIC GEOGRAPHIC LOCATION
2826
PROCESS A PAYMENT OF THE COMMERCIAL USER AND THE VERIFIED REGISTERED USER
2828
PERMIT THE VERIFIED REGISTERED USER TO EDIT ANY INFORMATION IN THE WIKI PROFILES INCLUDING THE PARTICULAR WIKI PROFILE AND THE CERTAIN WIKI PROFILE UNTIL THE CERTAIN WIKI PROFILE IS CLAIMED BY AT LEAST ONE OF THE DIFFERENT REGISTERED USER AND THE PRIVATE REGISTERED USER
2830
ENABLE A CLAIMANT OF ANY WIKI PROFILE TO CONTROL WHAT INFORMATION IS DISPLAYED ON THEIR USER PROFILE
2832
ALLOW THE CLAIMANT TO SEGREGATE CERTAIN INFORMATION ON THEIR USER PROFILE SUCH THAT ONLY OTHER REGISTERED USERS DIRECTLY CONNECTED TO THE CLAIMANT ARE ABLE TO VIEW DATA ON THEIR USER PROFILE
B

# FIGURE 28B



B
2834
APPLY A FIRST USER ID WITH THE VERIFIED REGISTERED USER AND A SECOND USER ID TO THE DIFFERENT REGISTERED USER
2836
CONNECT THE VERIFIED REGISTERED USER WITH THE DIFFERENT REGISTERED USER WITH EACH OTHER THROUGH AT LEAST ONE OF A GEO-POSITIONING DATA ASSOCIATED WITH THE FIRST USER ID AND THE SECOND USER ID
2838
SET A MAXIMUM DEGREE OF SEPARATION (NMAX) OF AT LEAST TWO THAT IS ALLOWED FOR CONNECTING ANY TWO REGISTERED USERS, WHEREIN TWO REGISTERED USERS WHO ARE DIRECTLY CONNECTED ARE DEEMED TO BE SEPARATED BY ONE DEGREE OF SEPARATION AND TWO REGISTERED USERS WHO ARE CONNECTED THROUGH NO LESS THAN ONE OTHER REGISTERED USER ARE DEEMED TO BE SEPARATED BY TWO DEGREES OF SEPARATION AND TWO REGISTERED USERS WHO ARE CONNECTED THROUGH NO LESS THAN N OTHER REGISTERED USERS ARE DEEMED TO BE SEPARATED BY N+1 DEGREES OF SEPARATION
2840
SEARCH THE USER ID OF THE DIFFERENT REGISTERED USER IN A SET OF USER IDS THAT ARE STORED OF REGISTERED USERS WHO ARE LESS THAN NMAX DEGREES OF SEPARATION AWAY FROM THE VERIFIED REGISTERED USER, AND NOT IN THE SETS OF USER IDS THAT ARE STORED FOR REGISTERED USERS WHO ARE GREATER THAN OR EQUAL TO NMAX DEGREES OF SEPARATION AWAY FROM THE VERIFIED REGISTERED USER, UNTIL THE USER ID OF THE DIFFERENT REGISTERED USER IS FOUND IN ONE OF THE SEARCHED SETS
2842
CONNECT THE VERIFIED REGISTERED USER TO THE DIFFERENT REGISTERED USER IF THE USER ID OF THE DIFFERENT REGISTERED USER IS FOUND IN ONE OF THE SEARCHED SETS, WHEREIN THE METHOD LIMITS THE SEARCHING OF THE DIFFERENT REGISTERED USER IN THE SETS OF USER IDS THAT ARE STORED OF REGISTERED USERS WHO ARE LESS THAN NMAX DEGREES OF SEPARATION AWAY FROM THE VERIFIED REGISTERED USER, SUCH THAT THE VERIFIED REGISTERED USER AND THE DIFFERENT REGISTERED USER WHO ARE SEPARATED BY MORE THAN NMAX DEGREES OF SEPARATION ARE NOT FOUND AND CONNECTED
2844
SEARCH INITIALLY IN THE SETS OF USER IDS THAT ARE STORED OF REGISTERED USERS WHO ARE DIRECTLY CONNECTED TO THE VERIFIED REGISTERED USER
C

FIGURE 28C

C
2846
COMMUNICATE A PROFILE OF THE DIFFERENT REGISTERED USER TO THE VERIFIED REGISTERED USER TO DISPLAY THROUGH A MARKER ASSOCIATING THE VERIFIED REGISTERED USER WITH THE DIFFERENT REGISTERED USER
2848
STORE A CONNECTION PATH BETWEEN THE VERIFIED REGISTERED USER AND THE DIFFERENT REGISTERED USER, THE CONNECTION PATH INDICATING AT LEAST ONE OTHER REGISTERED USER THROUGH WHOM THE CONNECTION PATH BETWEEN THE VERIFIED REGISTERED USER AND THE DIFFERENT REGISTERED USER IS MADE
2850
COMMUNICATE THE CONNECTION PATH BETWEEN THE VERIFIED REGISTERED USER AND THE DIFFERENT REGISTERED USER TO THE VERIFIED REGISTERED USER TO DISPLAY
2852
EMBED A HYPERLINK IN THE CONNECTION PATH OF EACH OF THE AT LEAST ONE REGISTERED USERS THROUGH WHOM THE CONNECTION PATH BETWEEN THE VERIFIED REGISTERED USER AND THE DIFFERENT REGISTERED USER IS MADE
2854
STORE OF EACH REGISTERED USER ASSOCIATED E-MAIL ADDRESSES OF INDIVIDUALS WHO ARE NOT REGISTERED USERS AND IDENTIFIED BY EACH REGISTERED USER AS NEIGHBORS
2856
COMMUNICATE OUT AN INVITATION TO BECOME A NEW USER TO NEIGHBORS OF THE PARTICULAR USER
2858
PROCESS AN ACCEPTANCE OF A NEIGHBOR TO WHOM THE INVITATION WAS SENT
2860
ADD THE NEIGHBOR TO A DATABASE AND STORING OF THE NEIGHBOR, A USER ID AND A SET OF USER IDS OF REGISTERED USERS WHO ARE DIRECTLY CONNECTED TO THE NEIGHBOR, THE SET OF USER IDS STORED OF THE NEIGHBOR INCLUDING AT LEAST THE USER ID OF THE VERIFIED REGISTERED USER
D

FIGURE 28D

Case3:12-cv-05667-EMC   Document90-7   Filed05/22/13   Page36 of 65



Ⓓ

NOTIFY THE VERIFIED REGISTERED USER THAT THE INVITATION TO THE NEIGHBOR HAS BEEN ACCEPTED WHEN AN ACCEPTANCE IS PROCESSED ⌐2862

PROCESS INPUTS FROM THE NEIGHBOR HAVING DESCRIPTIVE DATA ABOUT THE FRIEND AND STORING THE INPUTS IN THE DATABASE ⌐2864

COMMUNICATE BRIEF PROFILES OF REGISTERED USERS, INCLUDING A BRIEF PROFILE OF THE DIFFERENT REGISTERED USER, TO THE VERIFIED REGISTERED USER FOR DISPLAY, EACH OF THE BRIEF PROFILES INCLUDING A HYPERLINK TO A CORRESPONDING FULL PROFILE ⌐2866

PROCESS A HYPERLINK SELECTION FROM THE VERIFIED REGISTERED USER, WHEREIN, UPON PROCESSING THE HYPERLINK SELECTION OF THE FULL PROFILE OF THE DIFFERENT REGISTERED USER, THE FULL PROFILE OF THE DIFFERENT REGISTERED USER IS COMMUNICATED TO THE VERIFIED REGISTERED USER FOR DISPLAY ⌐2868

ENSURE THAT BRIEF PROFILES OF THOSE REGISTERED USERS WHO ARE MORE THAN NMAX DEGREES OF SEPARATION AWAY FROM THE VERIFIED REGISTERED USER ARE NOT COMMUNICATED TO THE VERIFIED REGISTERED USER FOR DISPLAY ⌐2870

END

# FIGURE 28E

US 2007/0218900 A1

Sep. 20, 2007

1

## MAP BASED NEIGHBORHOOD SEARCH AND COMMUNITY CONTRIBUTION

### CLAIMS OF PRIORITY

[0001] This patent application claims priority from:

(1) U.S. Provisional patent application No. 60/783,226, titled 'Trade identity licensing in a professional services environment with conflict' filed on Mar. 17, 2006.

(2) U.S. Provisional patent application No. 60/817,470 titled 'Segmented services having a global structure of networked independent entities', filed Jun. 28, 2006.

(3) U.S. Provisional patent application No. 60/853,499, titled 'Method and apparatus of neighborhood expression and user contribution system' filed on Oct. 19, 2006.

(4) U.S. Provisional patent application No. 60/854,230 titled 'Method and apparatus of neighborhood expression and user contribution system' filed on Oct. 25, 2006.

### FIELD OF TECHNOLOGY

[0002] This disclosure relates generally to the technical fields of communications and, in one example embodiment, to a method, apparatus, and system of map based community search and neighborhood contribution.

### BACKGROUND

[0003] A neighborhood may be a geographically localized community in a larger city, town, and/or suburb. Residents of the neighborhood may refer to each other as neighbors, although this term may also be used across much larger distances in rural areas. In theory, the neighborhood may be small enough that the neighbors may be able to know each other by walking or driving a short distance (e.g., 5 miles) around their place of residence and/or their place of work. However, in practice, the neighbors may not know one another very well (e.g., because of busy schedules, fenced communities, lack of effort, a lack of time, etc.).

[0004] The neighborhood may be given a designated status through a neighborhood association, a neighborhood watch group, a political group, a homeowners association, and/or a tenant association. These groups may help in matters such as lawn care and fence height, and they may provide such services as block parties, neighborhood parks, children activities, special interest groups, and/or community security. However, getting messages out to residents of the neighborhood may require expensive direct mail, and/or time consuming door to door meetings with residents of the neighborhood.

[0005] A neighborhood watch (e.g., a crime watch, a block watch, a neighborhood crime watch, etc.) may be an organization of active residents devoted to crime and/or vandalism prevention in the neighborhood. Members of the neighborhood watch may stay alert of unusual activity, behaviors, and/or crime in the neighborhood. However, most residents may not be active participants of the neighborhood association (e.g., because of a lack of time), and may be unaware of safety, security, and/or prevention issues in their immediate area.

[0006] For example, in many American communities, while a few active residents know a lot of their neighbors, there are far more residents who do not even know what professions, interests, and reputations are of their immediate next-door neighbors. As a result, friendships among neighbors don't form as often, neighbors have more difficult time asking other neighbors for help, safety in the neighborhood suffers, quality of life is impacted, and a sense of community is diminishing.

### SUMMARY

[0007] A method, apparatus and system of map based neighborhood search and community contribution are disclosed. In one aspect, a method includes associating a verified registered user with a user profile, associating the user profile with a specific geographic location, generating a map concurrently displaying the user profile and the specific geographic location, and simultaneously generating, in the map, wiki profiles associated with different geographic locations surrounding the specific geographic location associated with the user profile.

[0008] The method may also includes processing a query of at least one of the user profile and the specific geographic location and converting a particular wiki profile of the wiki profiles to another user profile when a different registered user claims a particular geographic location to the specific geographic location associated with the particular wiki profile, wherein the user profile is tied to a specific property in a neighborhood, and wherein the particular wiki profile is associated with a neighboring property to the specific property in the neighborhood.

[0009] The method may further include delisting a certain wiki profile of the wiki profiles when a private registered user claims a certain geographic location adjacent to at least one of the specific geographic location and the particular geographic location and masking the certain wiki profile in the map when the certain wiki profile is delisted through the request of the private registered user. Moreover, the method may include processing a tag data associated with at least one of the specific geographic location, a particular geographic location, and/or the delisted geographic location, displaying a frequent one of the tag data when the specific geographic location and/or the particular geographic location is made active, but not when a geographic location is delisted, permitting a commercial user to purchase a customizable business profile associated with a commercial geographic location, enabling the verified registered user to communicate a message to the neighborhood based on a selectable distance range away from the specific geographic location and/or processing a payment of the commercial user and the verified registered user.

[0010] Furthermore, the method may also include permitting the verified registered user to edit any information in the wiki profiles including the particular wiki profile and the certain wiki profile until the certain wiki profile is claimed by the different registered user and/or the private registered user, enabling a claimant of any wiki profile to control what information is displayed on their user profile and/or allowing the claimant to segregate certain information on their user profile such that only other registered users directly connected to the claimant are able to view data on their user profile.

[0011] Also, the method may include applying a first user ID with the verified registered user and a second user ID to the different registered user, connecting the verified registered user with the different registered user with each other through at least one of a geo-positioning data associated with the first user ID and the second user ID, setting a

maximum degree of separation (Nmax) of at least two that is allowed for connecting any two registered users, wherein two registered users who are directly connected are deemed to be separated by one degree of separation, two registered users who are connected through no less than one other registered user are deemed to be separated by two degrees of separation and/or two registered users who are connected through no less than N other registered users are deemed to be separated by N+1 degrees of separation, searching the user ID of the different registered user in a set of user IDs that are stored of registered users who are less than Nmax degrees of separation away from the verified registered user, and not in the sets of user IDs that are stored for registered users who are greater than or equal to Nmax degrees of separation away from the verified registered user, until the user ID of the different registered user is found in one of the searched sets and/or connecting the verified registered user to the different registered user if the user ID of the different registered user is found in one of the searched sets, wherein the method limits the searching of the different registered user in the sets of user IDs that are stored of registered users who are less than Nmax degrees of separation away from the verified registered user, such that the verified registered user and/or the different registered user who are separated by more than Nmax degrees of separation are not found and connected.

[0012] The method may include searching initially in the sets of user IDs that are stored of registered users who are directly connected to the verified registered user, communicating a profile of the different registered user to the verified registered user to display through a marker associating the verified registered user with the different registered user, storing a connection path between the verified registered user and the different registered user, the connection path indicating at least one other registered user through whom the connection path between the verified registered user and the different registered user is made, communicating the connection path between the verified registered user and the different registered user to the verified registered user to display and/or embedding a hyperlink in the connection path of each of the registered users through whom the connection path between the verified registered user and the different registered user is made.

[0013] The method may also include storing of each registered user associated e-mail addresses of individuals who are not registered users and/or identified by each registered user as neighbors, communicating out an invitation to become a new user to neighbors of the particular user, processing an acceptance of a neighbor to whom the invitation was sent, adding the neighbor to a database and/or storing of the neighbor, a user ID and/or a set of user IDs of registered users who are directly connected to the neighbor, the set of user IDs stored of the neighbor including at least the user ID of the verified registered user, notifying the verified registered user that the invitation to the neighbor has been accepted when an acceptance is processed and/or processing inputs from the neighbor having descriptive data about the friend and storing the inputs in the database.

[0014] Moreover the method may include communicating brief profiles of registered users, including a brief profile of the different registered user, to the verified registered user for display, each of the brief profiles including a hyperlink to a corresponding full profile, processing a hyperlink selection from the verified registered user, wherein, upon processing the hyperlink selection of the full profile of the different registered user, the full profile of the different registered user may be communicated to the verified registered user for display and ensuring that brief profiles of those registered users who are more than Nmax degrees of separation away from the verified registered user are not communicated to the verified registered user for display.

[0015] In another aspect, a system includes any number of neighborhoods having registered users and/or unregistered users of a global neighborhood environment, a social community module of the global neighborhood environment to generate a building creator in which the registered users may create and/or modify empty wiki profiles, building layouts, social network pages, and/or floor levels structures housing residents and/or businesses in the neighborhood, a wiki module of the global neighborhood environment to enable the registered users to create a social network page of themselves, and/or to edit information associated with the unregistered users identifiable through a viewing of physical properties in which the unregistered users reside when the registered users have knowledge of characteristics associated with the unregistered users.

[0016] In addition, a search module of the global neighborhood environment may enable a people search, a business search, and a category search of any data in the social community module and/or to enable embedding of any content in the global neighborhood environment in other search engines, blogs, social networks, professional networks and static websites, a commerce module of the global neighborhood environment to provide an advertisement system to a business who purchase their location in the global neighborhood environment in which the advertisement may be viewable concurrently with a map indicating a location of the business, and in which revenue may be attributed to the global neighborhood environment when the registered users and/or the unregistered users click-in on a simultaneously displayed data of the advertisement along with the map indicating a location of the business, and/or a map module of the global neighborhood environment to include a map data associated with a satellite data which serves as a basis of rendering the map in the global neighborhood environment and/or which includes a simplified map generator which may transform the map to a fewer color and/or location complex form using a parcel data which identifies some residence, civic, and business locations in the satellite data.

[0017] The system may include a verify module of the social community module to authenticate an email address of a registered user prior to enabling the registered user to edit information associated with the unregistered users through an email response and a digital signature technique, a group generator module of the social community module to enable the registered users to form groups with each other surrounding a common neighborhood political, cultural, educational, professional and/or social interest, a tagging module of the social community module to enable the registered users and/or the unregistered users to leave brief comments on each of the wiki profiles and social network pages in the global neighborhood environment.

[0018] Brief comments may be simultaneously displayed when a pointing device rolls over a pushpin indicating a physical property associated with any of the registered users and/or the unregistered users, a pushpin module of the social community module to generate customized indicators of

different types of users, locations, and/or interests directly in the map, an announce module of the social community module to distribute a message in a specified range of distance away from the registered users when the registered user purchases the message to communicate to certain ones of the registered users surrounding a geographic vicinity adjacent to the particular registered user originating the message, wherein the particular registered user purchases the message through a governmental currency and a number of tokens collected by the particular user through a creation of content in the global neighborhood environment, an nth degree module of the social community module to enable the particular registered user to communicate with an unknown registered user through a common registered user known by the particular registered user and/or the unknown registered user that may be an nth degree of separation away from the particular registered user and the unknown registered user and a profile module of the social community module to create a set of profiles of each one of the registered users and/or to enable each one of the registered users to submit media content of themselves, other registered users, and unregistered users identifiable through the map.

[0019] Moreover, the system may include a claim module of wiki module to enable the unregistered users to claim the physical properties associated with their residence, a dispute resolution module of the wiki module to determine a legitimate user of different unregistered users who claim a same physical property, a defamation prevention module of the wiki module to enable the registered users to modify the information associated with the unregistered users identifiable through the viewing of the physical properties, and/or to enable registered user voting of an accuracy of the information associated with the unregistered users, a reviews module of the wiki module to provide comments, local reviews and/or ratings of various businesses as contributed by the registered users and/or unregistered users of the global network environment, a wiki-social network conversion module of the wiki module to transform the wiki profiles to social network profiles when the registered users claim the wiki profiles.

[0020] Furthermore, the system may include a communication module of the search module to enable voice over internet, live chat, and/or group announcement functionality in the global neighborhood environment among different members of the global neighborhood environment, a directory assistance module of the search module to provide voice response assistance to the users assessable through a web and/or telephony interface of any category, business, community, and/or residence search queries of the users of any search engine embedding content of the global neighborhood environment, an embed module of the search module to automatically extract address and/or contact info from other social networks, search engines, and/or content providers, and/or to enable automatic extraction of group lists from contact databases of instant messaging platforms and a no-match module of the search module to request additional information from the verified registered user about a person, place, and business having no listing in the global neighborhood environment when no matches are found in a search query of the verified registered user, and/or to create a new wiki page based on a response of the verified registered user about the person, place, and business not previously indexed in the global neighborhood environment.

[0021] The system may further include a geo-position advertisement ranking module of the commerce module to determine an order of the advertisement (e.g., the advertisement may be a display advertisement, a text advertisement, and/or an employment recruiting portal associated with the business that is simultaneously displayed with the map indicating the location of the business) in a series of other advertisements provided in the global neighborhood environment by other advertisers, a click-through tracking module of the commerce module to determine a number of click throughs from the advertisement to a primary website of the business, click-in tracking module of the commerce module to determine a number of users who clicked in to the advertisement simultaneously displayed with the map indicating the location of the business, a community marketplace module of the commerce module to provide a forum in which the registered users may trade and/or announce messages of trading events with certain registered users in geographic proximity from each other and a content syndication module of the commerce module to enable any data in the commerce module to be syndicated to other network based trading platforms.

[0022] The system may include a cartoon map converter module in the map module to apply a filter to the satellite data to transform the satellite data into a simplified polygon based representation using a Bezier curve algorithm that converts point data of the satellite data to a simplified form.

[0023] In yet another aspect, a global neighborhood environment includes a first instruction set to enable a social network to reside above a map data, in which the social network may be associated with specific geographical locations identifiable in the map data, a second instruction set integrated with the first instruction set to enable users of the social network to create profiles of other people through a forum which provides a free form of expression of the users sharing information about any entities and/or people residing in any geographical location identifiable in the satellite map data, and/or to provide a technique of each of the users to claim a geographic location to control content in their respective claimed geographic locations and a third instruction set integrated with the first instruction set and the second instruction set to enable searching of people in the global neighborhood environment by indexing each of the data shared by the users of any of the people and/or the entities residing in any geographic location.

[0024] The global neighborhood environment may include a fourth instruction set to provide a moderation of content about each other posted of the users through trusted users of the global neighborhood environment who have an ability to ban specific users and/or delete any offensive and libelous content in the global neighborhood environment. Also, the global neighborhood environment may include a fifth instruction set to enable an insertion of any content generated in the global neighborhood environment in other search engines through a syndication and/or advertising relationship between the global neighborhood environment and/or other internet commerce and search portals.

[0025] Furthermore, the global neighborhood environment may include a sixth instruction set to grow the social network through neighborhood groups, local politicians, block watch communities, issue activism groups, and neighbors who invite other known parties and/or members to share profiles of themselves and learn characteristics and

4

information about other supporters and/or residents in a geographic area of interest through the global neighborhood environment.

[0026] The global neighborhood environment may also include a seventh instruction set to determine quantify an effect on a desirability of a location, a popularity of a location, and/or a market value of a location based on an algorithm that considers a number of demographic and social characteristics of a region surrounding the location through a reviews module.

[0027] The methods, systems, and apparatuses disclosed herein may be implemented in any means for achieving various aspects, and may be executed in a form of a machine-readable medium embodying a set of instructions that, when executed by a machine, cause the machine to perform any of the operations disclosed herein. Other features will be apparent from the accompanying drawings and from the detailed description that follows.

BRIEF DESCRIPTION OF THE DRAWINGS

[0028] Example embodiments are illustrated by way of example and not limitation in the figures of the accompanying drawings, in which like references indicate similar elements and in which:

[0029] FIG. 1 is a system view of a global neighborhood environment communicating with the neighborhood(s) through a network, an advertiser(s), a global map data and an occupant data according to one embodiment.

[0030] FIG. 2 is an exploded view of a social community module of FIG. 1, according to one embodiment.

[0031] FIG. 3 is an exploded view of a search module of FIG. 1, according to one embodiment.

[0032] FIG. 4 is an exploded view of a wiki module of FIG. 1, according to one embodiment.

[0033] FIG. 5 is an exploded view of a commerce module of FIG. 1, according to one embodiment.

[0034] FIG. 6 is an exploded view of a map module of FIG. 1, according to one embodiment.

[0035] FIG. 7 is a table view of user address details, according to one embodiment.

[0036] FIG. 8 is a social community view of a social community module, according to one embodiment.

[0037] FIG. 9 is a profile view of a profile module, according to one embodiment.

[0038] FIG. 10 is a contribute view of a neighborhood network module, according to one embodiment.

[0039] FIG. 11 is a diagrammatic system view of a data processing system in which any of the embodiments disclosed herein may be performed, according to one embodiment.

[0040] FIG. 12A is a user interface view of mapping user profile of the geographical location, according to one embodiment.

[0041] FIG. 12B is a user interface view of mapping of the wiki profile, according to one embodiment.

[0042] FIG. 13A is a user interface view of mapping of a wiki profile of the commercial user, according to one embodiment.

[0043] FIG. 13B is a user interface view of mapping of customizable business profile of the commercial user, according to one embodiment.

[0044] FIG. 14 is a user interface view of a group view associated with particular geographical location, according to one embodiment.

[0045] FIG. 15 is a user interface view of claim view, according to one embodiment.

[0046] FIG. 16 is a user interface view of a building builder, according to one embodiment.

[0047] FIG. 17 is a systematic view of communication of wiki data, according to one embodiment.

[0048] FIG. 18 is a systematic view of a network view, according to one embodiment.

[0049] FIG. 19 is a block diagram of a database, according to one embodiment.

[0050] FIG. 20 is an exemplary graphical user interface view for data collection, according to one embodiment.

[0051] FIG. 21 is an exemplary graphical user interface view of image collection, according to one embodiment.

[0052] FIG. 22 is an exemplary graphical user interface view of an invitation, according to one embodiment.

[0053] FIG. 23 is a flowchart of inviting the invitee(s) by the registered user, notifying the registered user upon the acceptance of the invitation by the invitee(s) and, processing and storing the input data associated with the user in the database, according to one embodiment.

[0054] FIG. 24 is a flowchart of adding the neighbor to the queue, according to one embodiment.

[0055] FIG. 25 is a flowchart of communicating brief profiles of the registered users, processing a hyperlink selection from the verified registered user and calculating and ensuring the Nmax degree of separation of the registered users away from verified registered users, according to one embodiment.

[0056] FIG. 26 is an N degree separation view, according to one embodiment.

[0057] FIG. 27 is a user interface view showing a map, according to one embodiment.

[0058] FIG. 28A is a process flow chart of searching a map based community and neighborhood contribution, according to one embodiment.

[0059] FIG. 28B is a continuation of process flow of FIG. 28A showing additional processes, according to one embodiment.

[0060] FIG. 28C is a continuation of process flow of FIG. 28B showing additional processes, according to one embodiment.

[0061] FIG. 28D is a continuation of process flow of FIG. 28C showing additional processes, according to one embodiment.

[0062] FIG. 28E is a continuation of process flow of FIG. 28D showing additional processes, according to one embodiment.

[0063] Other features of the present embodiments will be apparent from the accompanying drawings and from the detailed description that follows.

DETAILED DESCRIPTION

[0064] A method, apparatus and system of map based neighborhood search and community contribution are disclosed. In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the various embodiments. It will be evident, however to one skilled in the art that the various embodiments may be practiced without these specific details.

[0065] In one embodiment, a method includes associating a verified registered user (e.g., a verified registered user 1310 of FIG. 13A-B, a verified registered user 1310 of FIG.

16) with a user profile, associating the user profile (e.g., the user profile **1200** of FIG. **12**A) with a specific geographic location, generating a map (e.g., a map **1701** of FIG. **17**) concurrently displaying the user profile and/or the specific geographic location and simultaneously generating, in the map (e.g., the map **1701** of FIG. **17**), wiki profiles (e.g., a wiki profile **1206** of FIG. **12**A-12B, a wiki profile **1302** of FIG. **13**A, a wiki profile **1704** of FIG. **17**) associated with different geographic locations surrounding the specific geographic location associated with the user profile (e.g., the user profile **1200** of FIG. **12**A).

[0066] In another embodiment, a system includes a plurality of neighborhoods (e.g., the neighborhood(s) **102**A-N of FIG. **1**) having registered users and/or unregistered users of a global neighborhood environment (e.g., a global neighborhood environment **100** of FIG. **1**), a social community module (e.g., a social community module **106** of FIG. **1**, a social community module **106** of FIG. **2**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to generate a building creator (e.g., through building builder **200** of FIG. **2**) in which the registered users may create and/or modify empty wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-12B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**), building layouts, social network pages, and/or floor levels structures housing residents and businesses in the neighborhood (e.g., the neighborhood **100** of FIG. **1**), a wiki module (e.g., a wiki module **110** of FIG. **1**, a wiki module **110** of FIG. **4**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to enable the registered users to create a social network page of themselves, and/or to edit information associated with the unregistered users identifiable through a viewing of physical properties in which the unregistered users reside when the registered users have knowledge of characteristics associated with the unregistered users.

[0067] In addition, the system may include search module (e.g., a search module **108** of FIG. **1**, a search module **108** of FIG. **3**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to enable a people search (e.g., information stored in people database **216** of FIG. **2**), a business search (e.g., information stored in business database **220** of FIG. **2**), and a category search of any data in the social community module (a social community module **106** of FIG. **1**, a social community module **106** of FIG. **2**) and/or to enable embedding of any content in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) in other search engines, blogs, social networks, professional networks and/or static websites, a commerce module (e.g., a commerce module **112** of FIG. **1**, a commerce module **112** of FIG. **5**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0068] The system may also provide an advertisement system to a business (e.g., through business display advertisement module **502** of FIG. **5**) who purchase their location in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) in which the advertisement is viewable concurrently with a map indicating a location of the business, and in which revenue is attributed to the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) when the registered users and/or the unregistered users click-in on a simultaneously displayed data of the advertisement along

with the map indicating a location of the business, a map module (a map module **114** of FIG. **1**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to include a map data associated with a satellite data which serves as a basis of rendering the map in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) and/or which includes a simplified map generator (e.g., simplified map generator module **602** of FIG. **6**) which can transform the map to a fewer color and location complex form using a parcel data which identifies at least some residence, civic, and/or business locations in the satellite data.

[0069] In yet another embodiment, a global neighborhood environment (e.g., a global neighborhood environment **100** of FIG. **1**) includes a first instruction set to enable a social network to reside above a map data, in which the social network may be associated with specific geographical locations identifiable in the map data, a second instruction set integrated with the first instruction set to enable the users (e.g., the user **116** of FIG. **1**) of the social network to create profiles of other people through a forum which provides a free form of expression of the users sharing information about any entities and/or people residing in any geographical location identifiable in the satellite map data, and/or to provide a technique of each of the users (e.g., the user **116** of FIG. **1**) to claim a geographic location (a geographic location **1204** of FIG. **12**A) to control content in their respective claimed geographic locations and a third instruction set integrated with the first instruction set and/or the second instruction set to enable searching of people in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) by indexing each of the data shared by the users (e.g., the user **116** of FIG. **1**) of any of the people and entities residing in any geographical location (a geographic location **1204** of FIG. **12**A).

[0070] FIG. **1** is a system view of a global neighborhood environment **100** communicating with neighborhood(s) **102**A-N through a network **104**, an advertiser(s) **124**, a global map data **126**, an occupant data **128**, according to one embodiment. Particularly, FIG. **1** illustrates the global neighborhood environment **100**, the neighborhood **102**A-N, the network **104**, advertiser(s) **124**, global map data **126**, and the occupant data **128**, according to one embodiment. The global neighborhood environment **100** may contain a social community module **106**, a search module **108**, a wiki module **110**, a commerce module **112** and a map module **114**. The neighborhood may include a user **116**, a community center **120**, a residence **118**, a neighbor **120** and a business **122**, according to one embodiment.

[0071] The global neighborhood environment **100** may include any number of neighborhoods having registered users and/or unregistered users. The neighborhood(s) **102** may be a geographically localized community in a larger city, town, and/or suburb. The network **104** may be search engines, blogs, social networks, professional networks and static website that may unite individuals, groups and/or community. The social community module **106** may generate a building creator in which the registered users may create and/or modify empty wiki profiles (e.g., a wiki profile **1206** of FIG. **12**A-12B, a wiki profile **1302** of FIG. **13**A, a wiki profile **1704** of FIG. **17**). The search module **108** may include searching of information of an individual, group and/or community.

[0072] The wiki module 110 may enable the registered users to create and/or update their information. A 'wiki' (e.g., may be enabled through the wiki module 110) can be defined as a perpetual collective work of many authors. Similar to a blog in structure and logic, a wiki allows anyone to edit, delete or modify content that has been placed on the Web site using a browser interface, including the work of previous authors. In contrast, a blog (e.g., or a social network page), typically authored by an individual, may not allow visitors to change the original posted material, only add comments to the original content. The term wiki refers to either the web site or the software used to create the site. The term 'wiki' also implies fast creation, ease of creation, and community approval in many software contexts (e.g., wiki means "quick" in Hawaiian).

[0073] The commerce module 112 may provide an advertisement system to a business that may enable the users to purchase location in the neighborhood(s) 102. The map module 114 may be indulged in study, practice, representing and/or generating maps, or globes. The user 116 may be an individuals and/or households that may purchase and/or use goods and services and/or be an active member of any group or community and/or resident and/or a part of any neighborhood(s) 102. The residence 118 may be a house, a place to live and/or like a nursing home in a neighborhood(s) 102.

[0074] The community center 120 may be public locations where members of a community may gather for group activities, social support, public information, and other purposes. The business 122 may be a customer service, finance, sales, production, communications/public relations and/or marketing organization that may be located in the neighborhood(s) 102. The advertiser(s) 124 may be an individual and/or a firm drawing public who may be responsible in encouraging the people attention to goods and/or services by promoting businesses, and/or may perform through a variety of media. The global map data 126 may contain the details/maps of any area, region and/or neighborhood. The social community module 106 of the global neighborhood environment 100 may communicate with the neighborhood(s) 102 through the network 104 and/or the search module 108. The social community module 106 of the global neighborhood environment 100 may communicate with the advertiser(s) 124 through the commerce module, the occupant data 128 and/or global map data 126 through the map module 114.

[0075] For example, the neighborhoods 102A-N may have registered users and/or unregistered users of a global neighborhood environment 100. Also, the social community module 106 of the global neighborhood environment 100 may generate a building creator (e.g., building builder 1602 of FIG. 16) in which the registered users may create and/or modify empty wiki profiles, building layouts, social network pages, and/or floor levels structures housing residents and/or businesses in the neighborhood.

[0076] In addition, the wiki module 110 of the global neighborhood environment 100 may enable the registered users to create a social network page of themselves, and/or may edit information associated with the unregistered users identifiable through a viewing of physical properties in which, the unregistered users reside when the registered users have knowledge of characteristics associated with the unregistered users.

[0077] Furthermore, the search module 108 of the global neighborhood environment 100 may enable a people search

(e.g., the people search widget 300 of FIG. 3), a business search (e.g., the business search module 302 of FIG. 3), and/or a category search (e.g., the category search widget 304 of FIG. 3) of any data in the social community module 106 and/or may enable embedding of any content in the global neighborhood environment 100 in other search engines, blogs, social networks, professional networks and/or static websites.

[0078] The commerce module 112 of the global neighborhood environment 100 may provide an advertisement system to a business who purchase their location in the global neighborhood environment 100 in which the advertisement may be viewable concurrently with a map indicating a location of the business, and/or in which revenue may be attributed to the global neighborhood environment 100 when the registered users and/or the unregistered users click-in on a simultaneously displayed data of the advertisement along with the map indicating a location of the business.

[0079] Moreover, a map module 114 of the global neighborhood environment 100 may include a map data associated with a satellite data (e.g., generated by the satellite data module 600 of FIG. 6) which may serve as a basis of rendering the map in the global neighborhood environment 100 and/or which includes a simplified map generator which may transform the map to a fewer color and/or location complex form using a parcel data which identifies some residence, civic, and/or business locations in the satellite data.

[0080] In addition, a first instruction set may enable a social network to reside above a map data, in which the social network may be associated with specific geographical locations identifiable in the map data. Also, a second instruction set integrated with the first instruction set may enable users of the social network to create profiles of other people through a forum which provides a free form of expression of the users sharing information about any entities and/or people residing in any geographical location identifiable in the satellite map data, and/or to provide a technique of each of the users to claim a geographic location (e.g., a geographic location 1024 of FIG. 12A) to control content in their respective claimed geographic locations (e.g., a geographic location 1024 of FIG. 12A).

[0081] Furthermore, a third instruction set integrated with the first instruction set and the second instruction set may enable searching of people in the global neighborhood environment 100 by indexing each of the data shared by the user 116 of any of the people and/or the entities residing in any geographic location (e.g., a geographic location 1024 of FIG. 12A). A fourth instruction set may provide a moderation of content about each other posted of the users 116 through trusted users of the global neighborhood environment 100 who have an ability to ban specific users and/or delete any offensive and libelous content in the global neighborhood environment 100.

[0082] Also, a fifth instruction set may enable an insertion of any content generated in the global neighborhood environment 100 in other search engines through a syndication and/or advertising relationship between the global neighborhood environment 100 and/or other internet commerce and search portals.

[0083] Moreover, a sixth instruction set may grow the social network through neighborhood groups, local politicians, block watch communities, issue activism groups, and

neighbor(s) **120** who invite other known parties and/or members to share profiles of themselves and/or learn characteristics and information about other supporters and/or residents in a geographic area of interest through the global neighborhood environment **100**.

[0084]   Also, a seventh instruction set may determine quantify an effect on at least one of a desirability of a location, a popularity of a location, and a market value of a location based on an algorithm that considers a number of demographic and social characteristics of a region surrounding the location through a reviews module.

[0085]   FIG. **2** is an exploded view of the social community module **106** of FIG. **1**, according to one embodiment. Particularly FIG. **2** illustrates a building builder module **200**, an N$^{th}$ degree module **202**, a tagging module **204**, a verify module **206**, a groups generator module **208**, a pushpin module **210**, a profile module **212**, an announce module **214**, a people database **216**, a places database **218**, a business database **220**, a friend finder module **222** and a neighbor-neighbor help module **224**, according to one embodiment.

[0086]   The N$^{th}$ degree module **202** may enable the particular registered user to communicate with an unknown registered user through a common registered user who may be a friend and/or a member of a common community. The tagging module **204** may enable the user **116** to leave brief comments on each of the wiki profiles (e.g., the wiki profile **1206** of FIG. **12A-12B**, the wiki profile **1302** of FIG. **13A**, the wiki profile **1704** of FIG. **17**) and social network pages in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0087]   The verify module **206** may validate the data, profiles and/or email addresses received from various registered user(s) before any changes may be included. The groups generator module **208** may enable the registered users to form groups may be depending on common interest, culture, style, hobbies and/or caste. The pushpin module **210** may generate customized indicators of different types of users, locations, and interests directly in the map. The profile module **212** may enable the user to create a set of profiles of the registered users and to submit media content of themselves, identifiable through a map

[0088]   The announce module **214** may distribute a message in a specified range of distance away from the registered users when a registered user purchases a message to communicate to certain ones of the registered users surrounding a geographic vicinity adjacent to the particular registered user originating the message. The people database **216** may keep records of the visitor/users (e.g., a user **116** of FIG. **1**). The places database module **218** may manage the data related to the location of the user (e.g., address of the registered user). The business database **220** may manage an extensive list of leading information related to business. The friend finder module **222** may match the profile of the registered user with common interest and/or help the registered user to get in touch with new friends or acquaintances.

[0089]   For example, the verify module **206** of the social community module **106** of FIG. **1** may authenticate an email address of a registered user prior to enabling the registered user to edit information associated with the unregistered users through an email response and/or a digital signature technique. The groups generator module **208** of the social community module (e.g., the social community module **106** of FIG. **1**) may enable the registered users to form groups with each other surrounding at least one of a common

neighborhood (e.g., a neighborhood **102**A-N of FIG. **1**), political, cultural, educational, professional and/or social interest.

[0090]   In addition, the tagging module **204** of the social community module (e.g., the social community module **106** of FIG. **1**) may enable the registered users and/or the unregistered users to leave brief comments on each of the wiki profiles (e.g., the wiki profile **1206** of FIG. **12A-12B**, the wiki profile **1302** of FIG. **13A**, the wiki profile **1704** of FIG. **17**) and/or social network pages in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**), in which the brief comments may be simultaneously displayed when a pointing device rolls over a pushpin indicating a physical property associated with any of the registered users and/or the unregistered users. Also, the pushpin module **210** of the social community module **106** of FIG. **1** may be generating customized indicators of different types of users, locations, and/or interests directly in the map.

[0091]   Further, the announce module **214** of the social community module **106** of FIG. **1** may distribute a message in a specified range of distance away from the registered users when a registered user purchases a message to communicate to certain ones of the registered users surrounding a geographic vicinity adjacent to the particular registered user originating the message, wherein the particular registered user purchases the message through a governmental currency and/or a number of tokens collected by the particular user (e.g. the user **116** of FIG. **1**) through a creation of content in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0092]   In addition, the N$^{th}$ degree module **202** of the social community module **106** of FIG. **1** may enable the particular registered user to communicate with an unknown registered user through a common registered user known by the particular registered user and/or the unknown registered user that is an N$^{th}$ degree of separation away from the particular registered user and/or the unknown registered user.

[0093]   Moreover, the profile module **212** of the social community module **106** of FIG. **1** may create a set of profiles of each one of the registered users and to enable each one of the registered users to submit media content of themselves, other registered users, and unregistered users identifiable through the map.

[0094]   FIG. **3** is an exploded view of the search module **108** of FIG. **1**, according to one embodiment. Particularly FIG. **3** illustrates a people search widget **300**, a business search module **302**, a category search widget **304**, a communication module **306**, a directory assistance module **308**, an embedding module **310**, a no-match module **312**, a range selector module **314**, a chat widget **316**, a group announcement widget **318**, a Voice Over IP widget **320**, according to one embodiment.

[0095]   The people search widget **300** may help in getting the information like the address, phone number and/or e-mail id of the people of particular interest from a group and/or community. The business search module **302** may help the users (e.g., the user **116** of FIG. **1**) to find the companies, products, services, and/or business related information they need to know about.

[0096]   The category search widget **304** may narrow down searches from a broader scope (e.g., if one is interested in information from a particular center, one can go to the category under the center and enter one's query there and it

8

will return results from that particular category only). The communication module **306** may provide/facilitate multiple by which one can communicate, people to communicate with, and subjects to communicate about among different members of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0097] The directory assistance module **308** may provide voice response assistance to users (e.g., the user **116** of FIG. **1**) assessable through a web and telephony interface of any category, business and search queries of user's of any search engine contents. The embedding module **310** may automatically extract address and/or contact info from other social networks, search engines, and content providers.

[0098] The no-match module **312** may request additional information from a verified registered user (e.g., a verified registered user **1310** of FIG. **13**A-B, a verified registered user **1310** of FIG. **16**) about a person, place, and business having no listing in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) when no matches are found in a search query of the verified registered user (e.g., a verified registered user **1310** of FIG. **13**A-B, a verified registered user **1310** of FIG. **16**).

[0099] The chat widget **316** may provide people to chat online, which is a way of communicating by broadcasting messages to people on the same site in real time. The group announcement widget **318** may communicate with a group and/or community in may be by Usenet, Mailing list, calling and/or E-mail message sent to notify subscribers. The Voice over IP widget **320** may help in routing of voice conversations over the Internet and/or through any other IP-based network. The communication module **306** may communicate directly with the people search widget **300**, the business search module **302**, the category search widget **304**, the directory assistance module **308**, the embedding module **310** may communicate with the no-match module **312** through the range selector module **314**.

[0100] For example, a search module **108** of the global neighborhood environment (e.g., the neighborhood environment **100** of FIG. **1**) may enable the people search, the business search, and the category search of any data in the social community module (e.g., the social community module **106** of FIG. **1**) and/or may enable embedding of any content in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) in other search engines, blogs, social networks, professional networks and/or static websites.

[0101] In addition, the communicate module **306** of the search module **106** may enable voice over internet, live chat, and/or group announcement functionality in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) among different members of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0102] Also, the directory assistance module **308** of the search module **108** may provide voice response assistance to users (e.g., the user **116** of FIG. **1**) assessable through a web and/or telephony interface of any category, business, community, and residence search queries of users (e.g., the user **116** of FIG. **1**) of any search engine embedding content of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0103] The embedding module **310** of the search module **108** may automatically extract address and/or contact info from other social networks, search engines, and content providers, and/or to enable automatic extraction of group lists from contact databases of instant messaging platforms.

[0104] Furthermore, the no-match module **312** of the search module **108** to request additional information from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B) about a person, place, and/or business having no listing in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) when no matches are found in a search query of the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and to create a new wiki page based on a response of the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) about the at least one person, place, and/or business not previously indexed in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0105] FIG. **4** is an exploded view of the wiki module **110** of FIG. **1**, according to one embodiment. Particularly FIG. **4** illustrates a user-place wiki module **400**, a user-user wiki module **402**, a user-neighbor wiki module **404**, a user-business wiki module **406**, a reviews module **408**, a defamation prevention module **410**, a wiki-social network conversion module **412**, a claim module **414**, a data segment module **416**, a dispute resolution module **418** and a media manage module **420**, according to one embodiment.

[0106] The user-place wiki module **400** may manage the information of the user (e.g., the user **116** of FIG. **1**) location in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The user-user wiki module **402** may manage the user (e.g., the user **116** of FIG. **1**) to view a profile of another user and geographical location in the neighborhood. The user-neighbor wiki module **404** may manage the user (e.g., the users **116** of FIG. **1**) to view the profile of the registered neighbor and/or may trace the geographical location of the user in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The user-business wiki module **406** may manage the profile of the user (e.g., the user **116** of FIG. **1**) managing a commercial business in the neighborhood environment. The reviews module **408** may provide remarks, local reviews and/or ratings of various businesses as contributed by the users (e.g., the user **116** of FIG. **1**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The defamation prevention module **410** may enable the registered users to modify the information associated with the unregistered users identifiable through the viewing of the physical properties.

[0107] The wiki-social network conversion module **412** of the wiki module **110** of FIG. **1** may transform the wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-**12**B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) to social network profiles when the registered users claim the wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-**12**B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**).

[0108] The claim module **414** may enable the unregistered users to claim the physical properties associated with their residence (e.g., the residence **118** of FIG. **1**). The dispute resolution module **418** may determine a legitimate user among different unregistered users who claim a same physical property. The media manage module **420** may allows

users (e.g., the user **116** of FIG. **1**) to manage and/or review a list any product from product catalog using a fully integrated, simple to use interface.

[0109] The media manage module **420** may communicate with the user-place wiki module **400**, user-place wiki module **400**, user-user wiki module **402**, the user-neighbor wiki module **404** and the reviews module **408** through user-business wiki module **406**. The user-place wiki module **400** may communicate with the dispute resolution module **418** through the claim module **414**. The user-user wiki module **402** may communicate with the data segment module **416** through the wiki-social network conversion module **412**. The user-neighbor wiki module **404** may communicate with the defamation prevention module **410**. The user-business wiki module **406** may communicate with the reviews module **408**. The wiki-social network conversion module **412** may communicate with the claim module **414**.

[0110] For example, the wiki module **110** of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) may enable the registered users to create the social network page of themselves, and may edit information associated with the unregistered users identifiable through a viewing of physical properties in which the unregistered users reside when the registered users have knowledge of characteristics associated with the unregistered users. Also, the claim module **414** of wiki module **110** may enable the unregistered users to claim the physical properties associated with their residence.

[0111] Furthermore, the dispute resolution module **418** of the wiki module **110** may determine a legitimate user of different unregistered users who claim a same physical property. The defamation prevention module **410** of the wiki module **110** may enable the registered users to modify the information associated with the unregistered users identifiable through the viewing of the physical properties, and/or to enable registered user voting of an accuracy of the information associated with the unregistered users.

[0112] Moreover, the reviews module of the wiki module **110** may provide comments, local reviews and/or ratings of various businesses as contributed by the registered users and/or unregistered users of the global network environment (e.g., the global neighborhood environment **100** of FIG. **1**). The wiki-social network conversion module **412** of the wiki module **110** of FIG. **1** may transform the wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-**12**B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) to social network profiles when the registered users claim the wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-**12**B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**).

[0113] FIG. **5** is an exploded view of the commerce module **112** of FIG. **1**, according to one embodiment. Particularly FIG. **5** illustrates a resident announce payment module **500**, a business display advertisement module **502**, a geo position advertisement ranking module **504**, a content syndication module **506**, a text advertisement module **508**, a community marketplace module **510**, a click-in tracking module **512**, a click-through tracking module **514**, according to one embodiment.

[0114] The community marketplace module **510** may contain garage sales **516**, a free stuff **518**, a block party **520** and a services **522**, according to one embodiment. The geo-position advertisement ranking module **504** may determine an order of the advertisement in a series of other advertise-

ments provided in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) by other advertisers. The click-through tracking module **514** may determine a number of clicks-throughs from the advertisement to a primary website of the business.

[0115] A click-in tracking module **512** may determine a number of user (e.g., the user **116** of FIG. **1**) who clicked in to the advertisement simultaneously. The community marketplace module **510** may provide a forum in which the registered users can trade and/or announce messages of trading events with at least each other. The content syndication module **506** may enable any data in the commerce module (e.g., the commerce module **112** of FIGS. **1**,**5**) to be syndicated to other network based trading platforms.

[0116] The business display advertisement module **502** may impart advertisements related to business (e.g., the business **122** of FIG. **1**), public relations, personal selling, and/or sales promotion to promote commercial goods and services. The text advertisement module **508** may enable visibility of showing advertisements in the form of text in all dynamically created pages in the directory. The resident announce payment module **500** may take part as component in a broader and complex process, like a purchase, a contract, etc.

[0117] The block party **520** may be a large public celebration in which many members of a single neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**) congregate to observe a positive event of some importance. The free stuff **518** may be the free services (e.g., advertisement, links etc) available on the net. The garage sales **516** may be services that may be designed to make the process of advertising and/or may find a garage sale more efficient and effective. The services **522** may be non-material equivalent of a good designed to provide a list of services that may be available for the user (e.g., the user **116** of FIG. **1**).

[0118] The geo position advertisement ranking module **504** may communicate with the resident announce payment module **500**, the business display advertisement module **502**, the content syndication module **506**, the text advertisement module **508**, the community marketplace module **510**, the click-in tracking module **512** and the click-through tracking module **514**.

[0119] For example, the commerce module **108** of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) may provide an advertisement system to a business which may purchase their location in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) in which the advertisement may be viewable concurrently with a map indicating a location of the business, and/or in which revenue may be attributed to the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) when the registered users and/or the unregistered users click-in on a simultaneously displayed data of the advertisement along with the map indicating a location of the business.

[0120] Also, the geo-position advertisement ranking module **504** of the commerce module **112** to determine an order of the advertisement in a series of other advertisements provided in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) by other advertisers, wherein the advertisement may be a display advertisement, a text advertisement, and/or an employment

10

recruiting portal associated with the business that may be simultaneously displayed with the map indicating the location of the business.

[0121] Moreover, the click-through tracking module **514** of the commerce module **112** of FIG. **1** may determine a number of click throughs from the advertisement to a primary website of the business. In addition, the click in tracking module **512** of the commerce module **112** may determine the number of users (e.g., the user **116** of FIG. **1**) who clicked in to the advertisement simultaneously displayed with the map indicating the location of the business.

[0122] The community marketplace module **510** of the commerce module **112** of FIG. **1** may provide a forum in which the registered users may trade and/or announce messages of trading events with certain registered users in geographic proximity from each other.

Also, the content syndication module **506** of the commerce module **112** of the FIG. 1 may enable any data in the commerce module **112** to be syndicated to other network based trading platforms.

[0123] FIG. **6** is an exploded view of a map module **114** of FIG. **1**, according to one embodiment. Particularly FIG. **6** may include a satellite data module **600**, a simplified map generator module **602**, a cartoon map converter module **604**, a profile pointer module **606**, a parcel module **608** and occupant module **610**, according to one embodiment. The satellite data module **600** may help in mass broadcasting (e.g., maps) and/or as telecommunications relays in the map module **114** of FIG. **1**.

[0124] The simplified map generator module **602** may receive the data (e.g., maps) from the satellite data module **600** and/or may convert this complex map into a simplified map with fewer colors. The cartoon map converter module **604** may apply a filter to the satellite data (e.g., data generated by the satellite data module **600** of FIG. **6**) into a simplified polygon based representation.

[0125] The parcel module **608** may identify some residence, civic, and business locations in the satellite data (e.g., the satellite data module **600** of FIG. **6**). The occupant module **610** may detect the geographical location of the registered user in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The profile pointer module **606** may detect the profiles of the registered user via the data received from the satellite. The cartoon map converter module **604** may communicate with, the satellite data module **600**, the simplified map generator module **602**, the profile pointer module **606** and the occupant module **610**. The parcel module **608** may communicate with the satellite data module **600**.

[0126] For example, a map module **114** of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) may include a map data associated with a satellite data (e.g., data generated by the satellite data module **600** of FIG. **6**) which serves as a basis of rendering the map in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) and/or which includes a simplified map generator (e.g., the simplified map generator module **602** of FIG. **6**) which may transform the map to a fewer color and location complex form using a parcel data which identifies residence, civic, and business locations in the satellite data.

[0127] Also, the cartoon map converter module **604** in the map module **114** may apply a filter to the satellite data (e.g.,

data generated by the satellite data module **600** of FIG. **6**) to transform the satellite data into a simplified polygon based representation using a Bezier curve algorithm that converts point data of the satellite data to a simplified form.

[0128] FIG. **7** is a table view of user address details, according to one embodiment. Particularly the table **750** of FIG. **7** illustrates a user field **700**, a verified? **702**, a range field **706**, a links field **708**, a contributed? field **710** and an other field(s) **712**, according to one embodiment. The table **750** may include the information related to the address verification of the user (e.g., the user **116** of FIG. **1**). The user field **700** may include information such as the names of the registered users in a global neighborhood environment (e.g., a global neighborhood environment **100** of FIG. **1**).

[0129] The verified? field **702** may indicate the status whether the data, profiles and/or email address received from various registered user are validated or not. The range field **704** may correspond to the distance of a particular registered user geographical location in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0130] The principal address field **706** may display primary address of the registered user in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The links field **708** may further give more accurate details and/or links of the address of the user (e.g., the user **116** of FIG. **1**). The contributed? field **710** may provide the user with the details of another individual and/or users contribution towards the neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The other(s) field **712** may display the details like the state, city, zip and/or others of the user's location in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0131] The user field **700** displays "Joe" in the first row and "Jane" in the second row of the user field **700** column of the table **750** illustrated in FIG. **7**. The verified? field **702** displays "Yes" in the first row and "No" in the second row of the verified? field **702** column of the table **750** illustrated in FIG. **7**. The range field **704** displays "5 miles" in the first row and "Not enabled" in the second row of the range field **704** column of the table **750** illustrated in FIG. **7**. The principal address field **706** displays "500 Clifford Cupertino, Calif." in the first row and "500 Johnson Cupertino, Calif." in the second row of the principle address field **706** column of the table **750** illustrated in FIG. **7**. The links field **708** displays "859 Bette, 854 Bette" in the first row and "851 Bette 100 Steven's Road" in the second row of the links field **708** column of the table **750** illustrated in FIG. **7**.

[0132] The contributed? field **710** displays "858 Bette Cupertino, Calif., Farallone, Calif." in the first row and "500 Hamilton, Palo Alto, Calif., 1905 E. University" in the second row of the contributed field **710** column of the table **750** illustrated in FIG. **7**. The other(s) field **712** displays "City, State, Zip, other" in the first row of the other(s) field **712** column of the table **750** illustrated in FIG. **7**.

[0133] FIG. **8** is a user interface view of the social community module **106**, according to one embodiment. The user interface view **850** may display the information associated with the social community module (e.g., the social community module **106** of FIG. **1**). The user interface **850** may display map of the specific geographic location associated with the user profile of the social community module (e.g., the social community module **106** of FIG. **1**). The user

interface view **850** may display the map based geographic location associated with the user profile (e.g., the user profile **1200** of FIG. **12**A) only after verifying the address of the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0134]    In addition, the user interface **850** may provide a building creator (e.g., the building builder **1602** of FIG. **16**), in which the registered users of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) may create and/or modify empty wiki profiles (e.g., a wiki profile **1206** of FIG. **12**A-**12**B, a wiki profile **1302** of FIG. **13**A, a wiki profile **1704** of FIG. **17**), building layouts, social network pages, etc. The user interface view **850** of the social community module **106** may enable access to the user (e.g., the user **116** of FIG. **1**) to model a condo on any floor (e.g., basement, ground floor, first floor, etc.) selected through the drop down box by the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The user interface **850** of the social community module (e.g., the social community module **106** of FIG. **1**) may enable the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to contribute information about their neighbors (e.g., the neighbor **120** of FIG. **1**).

[0135]    FIG. **9** is a profile view **950** of a profile module **900**, according to one embodiment. The profile view **950** of profile module **900** may offer the registered user to access the profile about the neighbors (e.g., the neighbor **120** of FIG. **1**). The profile view **950** of profile module **900** may indicate the information associated with the profile of the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The profile view **950** may display the address of the registered user. The profile view **950** may also display events organized by the neighbors (e.g., the neighbor **120** of FIG. **1**), history of the neighbors (e.g., the neighbor **120** of FIG. **1**), and/or may also offer the information (e.g., public, private, etc) associated with the family of the neighbors (e.g., the neighbor **120** of FIG. **1**) located in the locality of the user (e.g., the user(s) **116** of FIG. **1**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0136]    FIG. **10** is a contribute view **1050** of a neighborhood network module **1000**, according to one embodiment. The contribute view **1050** of the neighborhood network module **1000** may enable the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to add information about their neighbors in the neighborhood network. The contribute view **1050** of the neighborhood network module **1000** may offer the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to add valuable notes associated with the family, events, private information, etc.

[0137]    FIG. **11** is a diagrammatic system view, according to one embodiment. FIG. **11** is a diagrammatic system view **1100** of a data processing system in which any of the embodiments disclosed herein may be performed, according to one embodiment. Particularly, the system view **1100** of FIG. **11** illustrates a processor **1102**, a main memory **1104**, a static memory **1106**, a bus **1108**, a video display **1110**, an alpha-numeric input device **1112**, a cursor control device **1114**, a drive unit **616**, a signal generation device **1118**, a

machine readable medium **1122**, instructions **1124**, and a network **1126**, according to one embodiment.

[0138]    The diagrammatic system view **1100** may indicate a personal computer and/or a data processing system in which one or more operations disclosed herein are performed. The processor **1102** may be microprocessor, a state machine, an application specific integrated circuit, a field programmable gate array, etc. (e.g., Intel® Pentium® processor). The main memory **1104** may be a dynamic random access memory and/or a primary memory of a computer system.

[0139]    The static memory **1106** may be a hard drive, a flash drive, and/or other memory information associated with the data processing system. The bus **1108** may be an interconnection between various circuits and/or structures of the data processing system. The video display **1110** may provide graphical representation of information on the data processing system. The alpha-numeric input device **1112** may be a keypad, keyboard and/or any other input device of text (e.g., a special device to aid the physically handicapped). The cursor control device **1114** may be a pointing device such as a mouse.

[0140]    The drive unit **1116** may be a hard drive, a storage system, and/or other longer term storage subsystem. The signal generation device **1118** may be a bios and/or a functional operating system of the data processing system. The machine readable medium **1122** may provide instructions on which any of the methods disclosed herein may be performed. The instructions **1124** may provide source code and/or data code to the processor **1102** to enable any one/or more operations disclosed herein.

[0141]    FIG. **12**A is a user interface view of mapping a user profile **1200** of the geographic location **1204**, according to one embodiment. In the example embodiment illustrated in FIG. **12**A, the user profile **1200** may contain the information associated with the geographic location **1204**. The user profile **1200** may contain the information associated with the registered user. The user profile **1200** may contain information such as address user of the specific geographic location, name of the occupant, profession of the occupant, details, phone number, educational qualification, etc.

[0142]    The map **1202** may indicate the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) of the geographical location **1204**, a wiki profile **1206** (e.g., the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**), and a delisted profile **1208**. The geographical location **1204** may be associated with the user profile **1200**. The wiki profile **1206** may be the wiki profile **1206** associated with the neighboring property surrounding the geographic location **1204**. The delisted profile **1208** illustrated in example embodiment of FIG. **12**A, may be the wiki profile **1206** that may be delisted when the registered user claims the physical property. The block **1210** illustrated in the example embodiment of FIG. **12**A may be associated with hobbies, personal likes, etc. The block **1216** may be associated with events, requirements, etc. that may be displayed by the members of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0143]    For example, a verified registered user (e.g., a verified registered user **1310** of FIG. **13**A-B, a verified registered user **1310** of FIG. **16**) may be associated with a user profile **1200**. The user profile **1200** may be associated with a specific geographic location. A map concurrently

12

displaying the user profile **1200** and the specific geographic location **1204** may be generated. Also, the wiki profiles **1206** associated with different geographic locations surrounding the specific geographic location associated with the user profile **1200** may be simultaneously generated in the map. In addition, a query of the user profile **1200** and/or the specific geographic location may be processed.

[0144]   Similarly, a tag data (e.g., the tags **1210** of FIG. **12**A) associated with the specific geographic locations, a particular geographic location, and the delisted geographic location may be processed. A frequent one of the tag data (e.g., the tags **1210** of FIG. **12**A) may be displayed when the specific geographic location and/or the particular geographic location is made active, but not when a geographic location is delisted.

[0145]   FIG. **12**B is a user interface view of mapping of the wiki profile **1206**, according to one embodiment. In the example embodiment illustrated in FIG. **12**B, the map **1202** may indicate the geographic locations in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) and/or may also indicate the geographic location of the wiki profile **1206**. The wiki profile **1206** may display the information associated with the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The link claim this profile **1212** may enable the registered user to claim the wiki profile **1206** and/or may also allow the verified registered user (e.g., the verified registered user **1310** of FIG. **13**) to edit any information in the wiki profiles **1206**. The block **1214** may display the information posted by any of the verified registered users (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0146]   For example, a particular wiki profile (e.g., the particular wiki profile may be associated with a neighboring property to the specific property in the neighborhood) of the wiki profiles (e.g., the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) may be converted to another user profile (e.g., the user profile may be tied to a specific property in a neighborhood) when a different registered user (e.g., the user **116** of FIG. **1**) claims a particular geographic location to the specific geographic location associated with the particular wiki profile.

[0147]   In addition, a certain wiki profile of the wiki profiles may be delisted when a private registered user claims a certain geographic location (e.g., the geographical location **1204** of FIG. **12**A) adjacent to the specific geographic location and/or the particular geographic location. Also, the certain wiki profile in the map **1202** may be masked when the certain wiki profile is delisted through the request of the private registered user.

[0148]   Furthermore, a tag data (e.g., the tags **1210** of FIG. **12**A) associated with the specific geographic location, the particular geographic location, and the delisted geographic location may be processed. A frequent one of the tag data may be displayed when the specific geographic location and/or the particular geographic location are made active, but not when a geographic location is delisted.

[0149]   Moreover, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be permitted to edit any information in the wiki profiles **1206** including the particular wiki profile **1206** and/or the certain wiki profile

until the certain wiki profile may be claimed by the different registered user and/or the private registered user. In addition, a claimant of any wiki profile **1206** may be enabled to control what information is displayed on their user profile. Also, the claimant may be allowed to segregate certain information on their user profile **1200** such that only other registered users directly connected to the claimant are able to view data on their user profile **1200**.

[0150]   FIG. **13**A is a user interface view of mapping of a wiki profile **1302** of the commercial user **1300**, according to one embodiment. In the example embodiment illustrated in FIG. **13**A, the commercial user **1300** may be associated with the customizable business profile **1304** located in the commercial geographical location. The wiki profile **1302** may contain the information associated with the commercial user **1300**. The wiki profile **1302** may contain the information such as address, name, profession, tag, details (e.g., ratings), and educational qualification etc. of the commercial user **1300**. The verified registered user **1310** may be user associated with the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) and may communicate a message to the neighborhood commercial user **1300**. For example, a payment of the commercial user **1300** and the verified registered user **1310** may be processed.

[0151]   FIG. **13**B is a user interface view of mapping of customizable business profile **1304** of the commercial user **1300**, according to one embodiment. In the example embodiment illustrated in FIG. **13**B, the commercial user **1300** may be associated with the customizable business profile **1304**. The customizable business profile **1304** may be profile of any business firm (e.g., restaurant, hotels, supermarket, etc.) that may contain information such as address, occupant name, profession of the customizable business. The customizable business profile **1304** may also enable the verified registered user **1310** to place online order for the products.

[0152]   For example, the commercial user **1300** may be permitted to purchase a customizable business profile **1304** associated with a commercial geographic location. Also, the verified registered user **1310** may be enabled to communicate a message to the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) based on a selectable distance range away from the specific geographic location. In addition, a payment of the commercial user **1300** and/or the verified registered user **1310** may be processed.

[0153]   A target advertisement **1306** may display the information associated with the offers and/or events of the customizable business. The display advertisement **1308** may display ads of the products of the customizable business that may be displayed to urge the verified registered user **1310** to buy the products of the customizable business. The verified registered user **1310** may be user associated with the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) that may communicate a message to the commercial user **1300** and/or may be interested in buying the products of the customizable business.

[0154]   FIG. **14** is a user interface view of a group view **1402** associated with particular geographical location, according to one embodiment. Particularly FIG. **14** illustrates, a map **1400**, a groups view **1402**, according to one embodiment. In the example embodiment illustrated in FIG. **14**, the map view **1400** may display map view of the geographical location of the specific group of the global

13

neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The groups view **1402** may contain the information (e.g., address, occupant, etc.) associated with the particular group of the specific geographical location (e.g., the geographical location displayed in the map **1400**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The members **1404** may contain the information about the members associated with the group (e.g., the group associated with geographical location displayed in the map) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0155] FIG. **15** is a user interface view of claim view **1550**, according to one embodiment. The claim view **1550** may enable the user to claim the geographical location of the registered user. Also, the claim view **1550** may facilitate the user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to claim the geographical location of property under dispute.

[0156] In the example embodiment illustrated in FIG. **15**, the operation **1502** may allow the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to claim the address of the geographic location claimed by the registered user. The operation **1504** illustrated in example embodiment of FIG. **15**, may enable the user to delist the claim of the geographical location. The operation **1506** may offer information associated with the document to be submitted by the registered users of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to claim the geographical location.

[0157] FIG. **16** is a user interface view of a building builder **1602**, according to one embodiment. Particularly the FIG. **16** illustrates, a map **1600**, a building builder **1602**, according to one embodiment. The map **1600** may display the geographical location in which the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B) may create and/or modify empty wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-**12**B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**), building layouts, social network pages, and floor levels structures housing residents and businesses in the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**). The building builder **1602** may enable the verified registered users (e.g., the verified registered user **1310** of FIG. **13**A-B) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) to draw floor level structures, add neighbor's profiles and/or may also enable to select the floor number, wiki type, etc. as illustrated in example embodiment of FIG. **16**.

[0158] The verified registered user **1310** may be verified registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) interested in creating and/or modifying wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-**12**B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**), building layouts, social network pages, and floor level structure housing residents and businesses in the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**) in the building builder **1602**.

[0159] For example, a social community module (e.g., a social community module **106** of FIG. **1**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) may generate a building creator

(e.g., the building builder **1602** of FIG. **16**) in which the registered users may create and/or modify empty wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-**12**B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**), building layouts, social network pages, and floor levels structures housing residents and/or businesses in the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**).

[0160] FIG. **17** is a systematic view of communication of wiki data, according to one embodiment. Particularly FIG. **17** illustrates a map **1701**, verified user profile **1702**, choices **1708** and a new wiki page **1706**, according to one embodiment. The map **1701** may locate the details of the address of the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The verified user profile **1702** may store the profiles of the verified user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**. The wiki profile **1704** may be the profiles of the registered user who may claim them in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0161] In operation **1700** the search for the user profile (e.g., the user profile **1200** of FIG. **12**A) is been carried whom the registered user was searching. The new wiki page **1706** may solicit for the details of a user whom the registered user is searching for in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The choices **1708** may ask whether the requested search is any among the displayed names. The new wiki page **1706** may request for the details of location such as country, state and/or city. The operation **1700** may communicate with the choices **1708**, and the new wiki page **1706**.

[0162] For example, a no-match module (e.g., a no-match module **312** of FIG. **3**) of the search module (e.g., the search module **108** of FIG. **1**) to request additional information from the verified registered user about a person, place, and business having no listing in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) when no matches are found in a search query of the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B), and to create a new wiki page **1706** based on a response of the verified registered user **1702** about the at least one person, place, and business not previously indexed in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0163] FIG. **18** is a systematic view of a network view **1850**, according to one embodiment. Particularly it may include a GUI display **1802**, a GUI display **1804**, user interface **1806**, a user interface **1808**, a network **1810**, a router **1812**, a switch **1814**, a firewall **1816**, a load balancer **1818**, an application server#1 **1824**, a web application server **1826**, an inter-process communication **1828**, a computer server **1830**, an image server **1832**, a multiple servers **1834**, a switch **1836**, a database storage **1838**, database software **1840** and a mail server **1842**, according to one embodiment.

[0164] The GUI display **1802** and GUI display **1804** may display particular case of user interface for interacting with a device capable of representing data (e.g., computer, cellular telephones, television sets etc) which employs graphical images and widgets in addition to text to represent the information and actions available to the user (e.g., the user **116** of FIG. **1**). The user interface **1806** and user interface **1808** may be any device capable of presenting data (e.g.,

computer, cellular telephones, television sets etc). The network **1810** may be any collection of networks (e.g., internet, private networks, university social system, private network of a company etc) that may transfer any data to the user (e.g., the user **116** of FIG. **1**) and the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0165] The router **1812** may forward packets between networks and/or information packets between the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) and registered user over the network (e.g., internet). The switch **1814** may act as a gatekeeper to and from the network (e.g., internet) and the device. The firewall **1816** may provides protection (e.g., permit, deny or proxy data connections) from unauthorized access to the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**. The load balancer **1818** may balance the traffic load across multiple mirrored servers in the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) and may be used to increase the capacity of a server farm beyond that of a single server and/or may allow the service to continue even in the face of server down time due to server failure and/or server maintenance.

[0166] The application server **1822** may be server computer on a computer network dedicated to running certain software applications of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The web application server **1826** may be server holding all the web pages associated with the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The inter-process communication **1828** may be set of rules for organizing and un-organizing factors and results regarding the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The computer server **1830** may serve as the application layer in the multiple servers of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) and/or may include a central processing unit (CPU), a random access memory (RAM) temporary storage of information, and/or a read only memory (ROM) for permanent storage of information regarding the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0167] The image server **1832** may store and provide digital images of the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The multiple servers **1834** may be multiple computers or devices on a network that may manages network resources connecting the registered user and the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The database storage **1838** may store software, descriptive data, digital images, system data and any other data item that may be related to the user (e.g., the user **116** of FIG. **1**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**). The database software **1840** may be provided a database management system that may support the global neighborhood environment (e.g., the neighborhood environment **100** of FIG. **1**. The mail server **1842** may be provided for sending, receiving and storing mails. The user interface **1806** and **1808** may communicate with the GUI display(s) **1802** and **1804**, the router **1812**

through the network **1810** and the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**).

[0168] FIG. **19** is a block diagram of a database, according to one embodiment. Particularly the block diagram of the database **1900** of FIG. **19** illustrates a user data **1902**, a location data, a zip codes data **1906**, a profiles data **1908**, a photos data **1910**, a testimonials data **1912**, a search parameters data **1914**, a neighbor data **1916**, a friends requests data **1918**, a invites data **1920**, a bookmarks data **1922**, a messages data **1924** and a bulletin board data **1926**, according to one embodiment.

[0169] The database **1900** be may include descriptive data, preference data, relationship data, and/or other data items regarding the registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**.

[0170] The user data **1902** may be a descriptive data referring to information that may describe a user (e.g., the user **116** of FIG. **1**). It may include elements in a certain format for example Id may be formatted as integer, Firstname may be in text, Lastname may be in text, Email may be in text, Verify may be in integer, Password may be in text, Gender may be in m/f, Orientation may be in integer, Relationship may be in y/n, Dating may be in y/n, Friends may be in y/n, Activity may be in y/n, Status may be in integer, Dob may be in date, Country may be in text, Zipcode may be in text, Postalcode may be in text, State may be in text, Province may be in text, City may be in text, Occupation may be in text, Location may be in text, Hometown may be in text, Photo may be in integer, Membersince may be in date, Lastlogin may be in date, Lastupdate may be in date, Recruiter may be in integer, Friendcount may be in integer, Testimonials may be in integer, Weeklypdates may be in y/n, Notifications may be in y/n, Photomode may be in integer and/or Type may be in integer.

[0171] The locations data **1904** may clarify the location details in formatted approach. For example Zip code may be formatted as integer, City may be in text and/or State may be in text. The zip codes data **1906** may provide information of a user location in formatted manner. For example Zip code may be formatted as text, Latitude may be in integer and/or Longitude may be in integer. The profile data **1908** may clutch personnel descriptive data that may be formatted.

[0172] For examples ID may be formatted as integer, Interests may be in text, Favoritemusic may be in text, Favaoritebooks may be in text, Favoritetv may be in text, Favoritemovies may be in text, Aboutme may be in text, Wanttommet may be in text, Ethnicity may be in integer, Hair may be in integer, Eyes may be in integer, Height may be in integer, Body may be in integer, Education may be in integer, Income may be in integer, Religion may be in integer, Politics may be in integer Smoking may be in integer, Drinking may be in integer and/or Kids may be in integer.

[0173] The photos data **1910** may represent a digital image and/or a photograph of the user formatted in certain approach. For example Id may be formatted as integer, User may be in integer, Fileid may be in integer and/or Moderation may be in integer. The testimonials data **1912** may allow users to write "testimonials" **1912**, or comments, about each other and in these testimonials, users may describe their relationship to an individual and their comments about that individual. For example the user might write a testimonial

15

that states "Rohan has been a friend of mine since graduation days. He is smart, intelligent, and a talented person." The elements of testimonials data **1912** may be formatted as Id may be in integer, User may be in integer, Sender may be integer, Approved may be in y/n, Date may be in date and/or Body may be formatted in text.

[0174] The search parameters data **1914** may be preference data referring to the data that may describe preferences one user has with respect to another (For example, the user may indicate that he is looking for a female who is seeking a male for a serious relationship). The elements of the search parameters data **1914** may be formatted as User **1902** may be in integer, Photosonly may be in y/n, Justphotos may be in y/n, Male may be in y/n, Female may be in y/n, Men may be in y/n, Women may be in y/n, Helptohelp may be in y/n, Friends may be in y/n, Dating may be in y/n, Serious may be in y/n, Activity may be in y/n, Minage may be in integer, Maxage may be in integer, Distance may be in integer, Single may be in y/n, Relationship may be in y/n, Married may be in y/n and/or Openmarriage may be in y/n.

[0175] The neighbor's data **1916** may generally refer to relationships among registered users of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) that have been verified and the user has requested another individual to join the system as neighbor **1916**, and the request may be accepted. The elements of the neighbors data **1916** may be formatted as user**1** may be in integer and/or user**2** may be in integer. The friend requests data **1918** may tracks requests by users within the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**) to other individuals, which requests have not yet been accepted and may contain elements originator and/or respondent formatted in integer. The invites data **1920** may describe the status of a request by the user to invite an individual outside the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**) to join the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**) and clarify either the request has been accepted, ignored and/or pending.

[0176] The elements of the invites data **1920** may be formatted as Id may be in integer, Key may be in integer, Sender may be in integer, Email may be in text, Date may be in date format, Clicked may be in y/n, Joined may be in y/n and/or Joineduser may be in integer. The bookmarks data **1922** may be provide the data for a process allowed wherein a registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) may indicate an interest in the profile of another registered user. The bookmark data **1922** elements may be formatted as Owner may be in integer, User may be in integer and/or Visible may be in y/n. The message data **1924** may allow the users to send one another private messages.

[0177] The message data **1924** may be formatted as Id may be in integer, User may be in integer, Sender may be in integer, New may be in y/n, Folder may be in text, Date may be in date format, Subject may be in text and/or Body may be in text format. The bulletin board data **1926** may supports the function of a bulletin board that users may use to conduct online discussions, conversation and/or debate. The wiki data **1928** may share the user profiles (e.g., the user profile **1200** of FIG. **12**A) in the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**) and its elements may be formatted as wikisinputed and/or others may be in text format.

[0178] FIG. **20** is an exemplary graphical user interface view for data collection, according to one embodiment.

Particularly FIG. **20** illustrates exemplary screens **2002**, **2004** that may be provided to the user (e.g., the user **116** of FIG. **1**) through an interface may be through the network (e.g., Internet), to obtain user descriptive data. The screen **2002** may collect data allowing the user (e.g., the user **116** of FIG. **1**) to login securely and be identified by the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**). This screen **2002** may allow the user to identify the reason he/she is joining the neighborhood. For example, a user may be joining the neighborhood for "neighborhood watch". The screen **2004** may show example of how further groups may be joined. For example, the user (e.g., the user **116** of FIG. **1**) may be willing to join a group "Raj for city council". It may also enclose the data concerning Dob, country, zip/postal code, hometown, occupation and/or interest.

[0179] FIG. **21** is an exemplary graphical user interface view of image collection, according to one embodiment. A screen **2100** may be interface provided to the user (e.g., the user **116** of FIG. **1**) over the network (e.g., internet) may be to obtain digital images from system user. The interface **2102** may allow the user (e.g., the user **116** of FIG. **1**) to browse files on his/her computer, select them, and then upload them to the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**). The user (e.g., the user **116** of FIG. **1**) may upload the digital images and/or photo that may be visible to people in the neighbor (e.g., the neighbor **120** of FIG. **1**) network and not the general public. The user may be able to upload a JPG, GIF, PNG and/or BMP file in the screen **2100**.

[0180] FIG. **22** is an exemplary graphical user interface view of an invitation, according to one embodiment. An exemplary screen **2200** may be provided to a user through a user interface **2202** may be over the network (e.g., internet) to allow users to invite neighbor or acquaintances to join the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**). The user interface **2202** may allow the user (e.g., the user **116** of FIG. **1**) to enter one or a plurality of e-mail addresses for friends they may like to invite to the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**). The exemplary screen **2200** may include the "subject", "From", "To", "Optional personnel message", and/or "Message body" sections. In the "Subject" section a standard language text may be included for joining the neighborhood (e.g., Invitation to join Fatdoor from John Doe, a neighborhood).

[0181] The "From" section may include the senders email id (e.g., user@domain.com). The "To" section may be provided to add the email id of the person to whom the sender may want to join the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**). The message that may be sent to the friends and/or acquaintances may include standard language describing the present neighborhood, the benefits of joining and the steps required to join the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**). The user (e.g., the user **116** of FIG. **1**) may choose to include a personal message, along with the standard invitation in the "Optional personal message" section. In the "Message body" section the invited friend or acquaintance may initiate the process to join the system by clicking directly on an HTML link included in the e-mail message (e.g., http://www.fatdoor.com/join.jsp? Invite=140807). In one embodiment, the user (e.g., the user **116** of FIG. **1**) may import e-mail addresses from a standard computerized address book. The system may further notify the inviting user when her invitee accepts

or declines the invitation to join the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**).

[0182]  FIG. **23** is a flowchart of inviting the invitee(s) by the registered user, notifying the registered user upon the acceptance of the invitation by the invitee(s) and, processing and storing the input data associated with the user (e.g., the user **116** of FIG. **1**) in the database, according to one embodiment. In operation **2302**, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) willing to invite the individual enters the email addresses of an individual "invitee". In operation **2304**, the email address and the related data of the invitee may be stored in the database. In operation **2306**, the invitation content for inviting the invitee may be generated from the data stored in the database. In operation **2308**, the registered user sends invitation to the invitee(s).

[0183]  In operation **2310**, response from the user (e.g., the user **116** of FIG. **1**) may be determined. The operation **2312**, if the invitee doesn't respond to invitation sent by the registered user then registered user may resend the invitation for a predefined number of times. In operation **2314**, if the registered user resends the invitation to the same invitee for predefined number of times and if the invitee still doesn't respond to the invitation the process may be terminated automatically.

[0184]  In operation **2316**, if the invitee accepts the invitation sent by the registered user then system may notify the registered user that the invitee has accepted the invitation. In operation **2318**, the input from the present invitee(s) that may contain the descriptive data about the friend (e.g., registered user) may be processed and stored in the database.

[0185]  For example, each registered user associated e-mail addresses of individuals who are not registered users may be stored and identified by each registered user as neighbors. An invitation to become a new user (e.g., the user **116** of FIG. **1**) may be communicated out to neighbor (e.g., the neighbors neighbor of FIG. **1**) of the particular user. An acceptance of the neighbor (e.g., the neighbor **120** of FIG. **1**) to whom the invitation was sent may be processed.

[0186]  The neighbor (e.g., the neighbor **120** of FIG. **1**) may be added to a database and/or storing of the neighbor (e.g., the neighbor **120** of FIG. **1**), a user ID and a set of user IDs of registered users who are directly connected to the neighbor (e.g., the neighbor **120** of FIG. **1**), the set of user IDs stored of the neighbor (e.g., the neighbor **120** of FIG. **1**) including at least the user ID of the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**). Furthermore, the verified registered user may be notified that the invitation to the neighbor (e.g., the neighbor **120** of FIG. **1**) has been accepted when an acceptance is processed. Also, inputs from the neighbor (e.g., the neighbor **120** of FIG. **1**) having descriptive data about the friend may be processed and the inputs in the database may be stored.

[0187]  FIG. **24** is a flowchart of adding the neighbor (e.g., the neighbor **120** of FIG. **1**) to the queue, according to one embodiment. In operation **2402**, the system may start with the empty connection list and empty queue. In operation **2404**, the user may be added to the queue. In operation **2406**, it is determined whether the queue is empty. In operation **2408**, if it is determined that the queue is not empty then the next person P may be taken from the queue. In operation **2410**, it may be determined whether the person P from the queue is user B or not. In operation **2412**, if the person P is not user B then it may be determined whether the depth of the geographical location is less than maximum degrees of separation.

[0188]  If it is determined that depth is more than maximum allowable degrees of separation then it may repeat the operation **2408**. In operation **2414**, if may be determined that the depth of the geographical location (e.g., the geographical location **1204** of FIG. **12**A) is less than maximum degrees of separation then the neighbors (e.g., the neighbor **120** of FIG. **1**) list for person P may be processed. In operation **2416**, it may be determined whether all the neighbors (e.g., the neighbor **120** of FIG. **1**) in the neighborhood (e.g., the neighborhood **102**A-N of FIG. **1**) have been processed or not. If all the friends are processed it may be determined the queue is empty.

[0189]  In operation **2418**, if all the neighbors (e.g., the neighbor **120** of FIG. **1**) for person P are not processed then next neighbor N may be taken from the list. In operation **2420**, it may be determined whether the neighbor (e.g., the neighbor **120** of FIG. **1**) N has encountered before or not. In operation **2422**, if the neighbor (e.g., the neighbor **120** of FIG. **1**) has not been encountered before then the neighbor may be added to the queue. In operation **2424**, if the neighbor N has been encountered before it may be further determined whether the geographical location (e.g., the geographical location **1204** of FIG. **12**A) from where the neighbor (e.g., the neighbor **120** of FIG. **1**) has encountered previously is the same place or closer to that place.

[0190]  If it is determined that the neighbor (e.g., the neighbor **120** of FIG. **1**) has encountered at the same or closer place then the friend may be added to the queue. If it may be determined that friend is not encountered at the same place or closer to that place then it may be again checked that all the friends have processed. In operation **2426**, if it is determined that the person P is user B than the connection may be added to the connection list and after adding the connection to connection list it follows the operation **2412**. In operation **2428**, if it may be determined that queue is empty then the operation may return the connections list.

[0191]  For example, a first user ID with the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and a second user ID may be applied to the different registered user. The verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) with the different registered user may be connected with each other through at least one of a geo-positioning data associated with the first user ID and the second user ID. In addition, a maximum degree of separation (Nmax) of at least two that is allowed for connecting any two registered users, (e.g., the two registered users who may be directly connected may be deemed to be separated by one degree of separation and two registered users who may be connected through no less than one other registered user may be deemed to be separated by two degrees of separation and two registered users who may be connected through not less than N other registered users may be deemed to be separated by N+1 degrees of separation).

[0192]  Furthermore, the user ID of the different registered user may be searched (e.g., the method limits the searching of the different registered user in the sets of user IDs that may be stored as registered users who are less than Nmax degrees of separation away from the verified registered user

17

(e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**), such that the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user who may be separated by more than Nmax degrees of separation are not found and connected.) in a set of user IDs that may be stored of registered users who are less than Nmax degrees of separation away from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**), and not in the sets of user IDs that may be stored for registered users who are greater than or equal to Nmax degrees of separation away from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**), until the user ID of the different registered user may be found in one of the searched sets. Also, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be connected to the different registered user if the user ID of the different registered user may be found in one of the searched sets.

[0193] Moreover, the sets of user IDs that may be stored of registered users may be searched initially who are directly connected to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**). A profile of the different registered user may be communicated to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) to display through a marker associating the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) with the different registered user. A connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user, the connection path indicating at least one other registered user may be stored through whom the connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user is made.

[0194] In addition, the connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user may be communicated to the verified registered user to display. A hyperlink in the connection path of each of the at least one registered users may be embedded through whom the connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user is made.

[0195] FIG. **25** is a flowchart of communicating brief profiles of the registered users, processing a hyperlink selection from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and calculating and ensuring the Nmax degree of separation of the registered users away from verified registered users (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**), according to one embodiment. In operation **2502**, the data of the registered users may be collected from the database. In operation **2504**, the relational path between the first user and the second user may be calculated (e.g., the

Nmax degree of separation between verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the registered user).

[0196] For example, the brief profiles of registered users, including a brief profile of the different registered user, to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) for display, each of the brief profiles including a hyperlink to a corresponding full profile may be communicated.

[0197] Furthermore, the hyperlink selection from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be processed (e.g., upon processing the hyperlink selection of the full profile of the different registered user, the full profile of the different registered user may be communicated to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) for display). In addition, the brief profiles of those registered users may be ensured who are more than Nmax degrees of separation away from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) are not communicated to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) for display.

[0198] FIG. **26** is an N degree separation view, according to one embodiment. ME may be a verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) centered in the neighborhood network. A, B, C, D, E, F, G, H, I, J, K, L, M, N, **0**, P, Q, R, S, T, and/or U may be the other registered user of the neighborhood network. The member of the neighborhood network may be separated from the centered verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) ME of the neighborhood network by certain degree of separation. The registered user A, B and C may be directly connected and are deemed to be separated by one degree of separation from verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) ME. The registered user D, E, F, G, and H may be connected through no less than one other registered user may be deemed to be separated by two degree of separation from verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) ME. The registered user I, J, K, and L may be connected through no less than N−1 other registered user may be deemed to be separated by N degree of separation from verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) ME. The registered user M, N, **0**, P, Q, R S, T and U may be all registered user.

[0199] FIG. **27** is a user interface view showing a map, according to one embodiment. Particularly FIG. **27** illustrates a satellite photo of a physical world. The registered user of the global neighborhood environment (e.g., the global neighborhood environment **100** of FIG. **1**) may use this for exploring the geographical location (e.g., the geographical location **1204** of FIG. **12**A) of the neighbors (e.g., the neighbor **120** of FIG. **1**). The registered user (e.g., the

Case3:12-cv-05667-EMC Document90-7 Filed05/22/13 Page54 of 65

verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may navigate, zoom, explore and quickly find particular desired geographical locations of the desired neighbors (e.g., the neighbor **120** of FIG. **1**). This may help the registered user to read the map an/or plot the route of the neighbors (e.g., the neighbor **120** of FIG. **1**) on the world map.

[0200] FIG. **28**A is a process flow of searching map based community and neighborhood contribution, according to one embodiment. In operation **2802**, a verified registered user (e.g., a verified registered user **1310** of FIG. **13**A-13B, a verified registered user **1310** of FIG. **16**) may be associated with a user profile (e.g., a user profile **1200** of FIG. **12**A). In operation **2804**, the user profile (e.g., the user profile **1200** of FIG. **12**A) may be associated with a specific geographic location (e.g., a geographic location **1204** of FIG. **12**A).

[0201] In operation **2806**, a map (e.g., a map **1202** of FIG. **12**A-12B, a map **1400** of FIG. **14**, a map **1600** of FIG. **16**, a map **1701** of FIG. **17**) may be generated concurrently displaying the user profile (e.g., the user profile **1200** of FIG. **12**A) and the specific geographic location (e.g., the geographic location **1204** of FIG. **12**A). In operation, **2808**, in the map, wiki profiles (e.g., a wiki profile **1206** of FIG. **12**A-B, a wiki profile **1302** of FIG. **13**A, a wiki profile **1704** of FIG. **17**) associated with different geographic locations may be simultaneously generated surrounding the specific geographic location (e.g., the geographic location **1204** of FIG. **12**A) associated with the user profile (e.g., the user profile **1200** of FIG. **12**A).

[0202] In operation **2810**, a query of at least one of the user profile (e.g., the user profile **1200** of FIG. **12**A) and the specific geographic location (e.g., the geographic location **1204** of FIG. **12**A) may be processed. In operation **2812**, a particular wiki profile of the wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) may be converted to another user profile (e.g., the user profile **1200** of FIG. **12**A) when a different registered user claims a particular geographic location to the specific geographic location (e.g., the geographic location **1204** of FIG. **12**A) associated with the particular wiki profile (e.g., the wiki profile **1206** of FIG. **12**A-B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**), wherein the user profile (e.g., the user profile **1200** of FIG. **12**A) may be tied to a specific property in a neighborhood (e.g., a neighborhood **102**A-102N of FIG. **1**), and wherein the particular wiki profile (e.g., the wiki profile **1206** of FIG. **12**A-12B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) may be associated with a neighboring property to the specific property in the neighborhood (e.g., the neighborhood **120**A-120N of FIG. **1**).

[0203] In operation **2814**, a certain wiki profile (e.g., the wiki profile **1206** of FIG. **12**A-12B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) of the wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) may be delisted when a private registered user claims a certain geographic location (e.g., the geographic location **1204** of FIG. **12**A) adjacent to at least one of the specific geographic location and the particular geographic location (e.g., the geographic location **1204** of FIG. **12**A).

[0204] In operation **2816**, the certain wiki profile (e.g., the wiki profile **1206** of FIG. **12**A-B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) in the map (e.g.,

the map **1202** of FIG. **12**A-B, the map **1400** of FIG. **14**, the map **1600** of FIG. **16**, the map **1701** of FIG. **17**) when the certain wiki profile may be delisted and/or be masked through the request of the private registered user.

[0205] FIG. **28**B is a continuation of process flow of FIG. **28**A showing additional processes, according to one embodiment. In operation **2818**, a tag data associated with at least one of the specific geographic location, the particular geographic location (e.g., the geographic location **1204** of FIG. **12**A), and the delisted geographic location may be processed. In operation **2820**, a frequent one of the tag data may be displayed when at least one of the specific geographic location and the particular geographic location (e.g., the geographic location **1204** of FIG. **12**A) may be made active, but not when the geographic location (e.g., the geographic location **1204** of FIG. **12**A) may be delisted.

[0206] In operation **2822**, a commercial user (e.g., a commercial user **1300** of FIG. **13**A-B) may be permitted to purchase a customizable business profile (e.g., a customizable business profile **1304** of FIG. **13**B) associated with a commercial geographic location. In operation **2824**, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) to communicate a message to the neighborhood (e.g., the neighborhood **102**A-102N of FIG. **1**) may be enabled based on a selectable distance range away from the specific geographic location.

[0207] In operation **2826**, a payment of the commercial user (e.g., the commercial user **1300** of FIG. **13**A-B) and the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be processed. In operation **2828**, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be permitted to edit any information in the wiki profiles (e.g., the wiki profile **1206** of FIG. **12**A-B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) including the particular wiki profile and the certain wiki profile until the certain wiki profile may be claimed by at least one of the different registered user and the private registered user.

[0208] In operation **2830**, a claimant of any wiki profile (e.g., the wiki profile **1206** of FIG. **12**A-B, the wiki profile **1302** of FIG. **13**A, the wiki profile **1704** of FIG. **17**) may be enabled to control what information is displayed on their user profile (e.g., the user profile **1200** of FIG. **12**A). In operation **2832**, the claimant to segregate certain information on their user profile (e.g., the user profile **1200** of FIG. **12**A) may be allowed such that only other registered users directly connected to the claimant are able to view data on their user profile (e.g., the user profile **1200** of FIG. **12**A).

[0209] FIG. **28**C is a continuation of process flow of FIG. **28**B showing additional processes, according to one embodiment. In operation **2834**, a first user ID with the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and a second user ID to the different registered user may be applied. In operation **2836**, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) with the different registered user with each other may be connected through at least one of associated with the first user ID and the second user ID.

[0210]   In operation **2838**, a maximum degree of separation (Nmax) of at least two may be set that is allowed for connecting any two registered users, wherein two registered users who are directly connected may be deemed to be separated by one degree of separation and two registered users who are connected through no less than one other registered user may be deemed to be separated by two degrees of separation and two registered users who may be connected through no less than N other registered users are deemed to be separated by N+1 degrees of separation. In operation **2840**, the user ID of the different registered user may be searched in a set of user IDs that are stored of registered users who are less than Nmax degrees of separation away from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**), and not in the sets of user IDs that are stored for registered users who may be greater than or equal to Nmax degrees of separation away from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**), until the user ID of the different registered user may be found in one of the searched sets.

[0211]   In operation **2842**, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be connected to the different registered user if the user ID of the different registered user may be found in one of the searched sets, wherein the method limits the searching of the different registered user in the sets of user IDs that may be stored of registered users who may be less than Nmax degrees of separation away from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**), such that the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user who may be separated by more than Nmax degrees of separation are not found and connected. In operation **2844**, initially in the sets of user IDs that are stored of registered users who may be directly connected to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be initially searched.

[0212]   FIG. **28**D is a continuation of process flow of FIG. **28**C showing additional processes, according to one embodiment. In operation **2846**, a profile of the different registered user to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) to display may be communicated through a marker associating the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) with the different registered user.

[0213]   In operation **2848**, a connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user, the connection path indicating at least one other registered user may be stored through whom the connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user may be made.

[0214]   In operation **2850**, the connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be communicated to display.

[0215]   In operation **2852**, a hyperlink in the connection path of each of the at least one registered users may be embedded through whom the connection path between the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) and the different registered user may be made. In operation **2854**, each registered user associated e-mail addresses of individuals who are not registered users may be stored and identified by each registered user as neighbors (e.g., a neighbor **120** of FIG. **1**).

[0216]   In operation **2856**, an invitation may be communicated to become a new user (e.g., a user **116** of FIG. **1**) to neighbors (e.g., the neighbor **120** of FIG. **1**) of the particular user. In operation **2858**, an acceptance of the neighbor (e.g., the neighbor **120** of FIG. **1**) to whom the invitation was sent may be processed. In operation **2860**, the neighbor (e.g., the neighbor **120** of FIG. **1**) to a database and storing of the neighbor (e.g., the neighbor **120** of FIG. **1**), a user ID and the set of user IDs of registered users may be added who are directly connected to the neighbor (e.g., the neighbor **120** of FIG. **1**), the set of user IDs stored of the neighbor (e.g., the neighbor **120** of FIG. **1**) including at least the user ID of the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**).

[0217]   FIG. **28**E is a continuation of process flow of FIG. **28**D showing additional processes, according to one embodiment. In operation **2862**, the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) that the invitation to the neighbor (e.g., the neighbor **120** of FIG. **1**) has been accepted may be notified when the acceptance is processed.

[0218]   In operation **2864**, inputs from the neighbor (e.g., the neighbor **120** of FIG. **1**) having descriptive data about the friend and storing the inputs in the database may be processed. In operation **2866**, brief profiles of registered users, including a brief profile of the different registered user may be communicated, to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) for display, each of the brief profiles including the hyperlink to a corresponding full profile.

[0219]   In operation **2868**, the hyperlink selection from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be processed, wherein, upon processing the hyperlink selection of the full profile of the different registered user, the full profile of the different registered user is communicated to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) for display.

[0220]   In operation **2870**, brief profiles of those registered users who may be more than Nmax degrees of separation away from the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may not communicated to the verified registered user (e.g., the verified registered user **1310** of FIG. **13**A-B, the verified registered user **1310** of FIG. **16**) may be ensured for display.

[0221] People in suburbia and urban cities now may not even know who their neighbors are. Communities have become more insular. There may be a few active people in each neighborhood who know about their neighborhood and are willing to share what they know with others. They should be able to share this information with others through the Internet. Many people want to know who their neighbors are and express themselves and their families through the internet. People want to also know about recommendations and what kind of civic and cultural things are in the neighborhood. What is contemplated includes: A social network for people who want to get to know their neighbors and/or neighborhoods. Particularly, one in which a set of maps of neighborhoods (e.g., such as those on Zillow.com or provided through Google® or Microsoft®) are used as a basis on which a user can identify themselves with a particular address. This address may be referred through one or more of the modules on FIG. **1**. Particularly, this address may be the current address of the user is living, a previous address where the user used to live, etc.

[0222] The address may be verified through a credit check of the user, or a copy of the user's drivers license. Once the user is approved in a particular home/location, the user can leave their comments about their home. They can mark their home information proprietary, so that no one else can contribute to their info without their permission. They can have separate private and public sections, in which the private section is shared with only verified addresses of neighbors, and the public section is shared with anybody viewing their profile. The user can then create separate social networking pages for homes, churches, locations, etc. surrounding his verified address. As such, the user can express him/herself through their profile, and contribute information about what they're neighborhood is like and who lives there. Only verified individuals or entities might be able to view information in that neighborhood.

[0223] The more information the user contributes, the higher his or her status will be in the neighborhood through a marker (e.g., a number of stars), or through additional services offered to the neighbor, such as the ability to search a profiles of neighbors in a larger distance range from a verified address of the user. For example, initially, the user may only be able to search profiles within 1 mile or their principal, current home after being verified as living in there. When they create a profiles for themselves and/or contribute profiles of other people, they may widen their net of private profiles they may be allowed to search (e.g., because they become a trusted party in the neighborhood by offering civic information). Neighbors can leave feedback for each other, and arrange private block parties, etc. through their private profile. All these features may possible through one or more of the embodiments and/or modules illustrated in FIGS. **1-28**. Through their public profile, neighbors can know if there is a doctor living down the street, or an attorney around the corner. The FIGS. **1-28** illustrate various embodiments that may be realized. While a description is given here, a self-evident description can be derived for the software and various methods, software, and hardware directly from the attached Figures.

[0224] A neighborhood expression and user contribution system is disclosed. In one aspect, the technology allows users to see the value of millions of homes across the United States and/or the world, not just those that the user themselves own or live in, because they can share information about their neighbors. People living in apartments or condos can use the apartment/condo modeler wizard (e.g., as illustrated in FIG. **1**) to create models (e.g. 2 or 3d) of their building and share information about their apartment/home and of their neighbors with others. The technology has an integrated targeted advertising system for enabling advertisers to make money through the social community module **100** by delivering targeted and non-targeted advertisements.

[0225] Aside from giving user generated content of information of homes, the system may also provide value estimates of homes it may also offers several unique features including value changes of each home in a given time frame (e.g. 1, 5, or 10 years) and aerial views of homes as well as the price of the surrounding homes in the area. It may also provides basic data of a given home such as square footage and the number of bedrooms and bathrooms. Users may can also obtain current estimates of homes if there was a significant change made such as recently modeled kitchen.

[0226] In the example systems and methods illustrated in FIGS. **1-28**, neighbors may get to know each other and their surrounding businesses more easily through the Internet. The user interface view of the social community module may include a searchable map interface and/or a social networking page on the right when one clicks a particular home/location. The map interface may/may not include information about prices of a home, or information about the number of bedrooms of a home, etc. In essence, certain critical input information may be divided as follows:

[0227] Residential location: (1) name of the persons/family living in that residence (2) Their profession if any 3) Their educational background if any (4) Their recreational interests (5) About their family description box (6) Anything else people want to post about that person including their interests, hobbies, etc. (7) An ability for users to leave endorsements.

[0228] Business location or civic location (e.g., park, govt. building, church, etc.): (1) name of the business/location (2) email of the manager of the business/location (3) phone number of the business/location if known (4) anything else people want to say about the business (good or bad), for example, contributable through a wiki.

[0229] These two will be the primary types. Various features differentiate example embodiments of the social community module from other social networks. These differentiators include (1) interface driven by address (2) maps that can be viewed, zoomed in on, tied to a parcel #, etc. (3) Anyone can populate anyone's social network page. (4) Anybody can post in one of the boxes. They can post anonymously or publicly (5) If someone wants to override information that already has been established, they will need to have an identity (e.g., user name), to override published posting information.

[0230] However, according to one embodiment, if an owner of an entity location wishes to mark their location private, and uneditable by the public without their permission, they will need to pay (e.g., a monthly fixed fee) through the social community module. Alternatively, the owner of the entity location may not need to pay to mark the location as private and uneditable by the public without the owner's permission. Example embodiments of the social community module may feature info about businesses. They may also feature info about people that live in the homes, and may/may not display information on prices, number of bedrooms, etc.

21

[0231]   The social community module (e.g., as described in FIG. **1**) may be a search engine (e.g., Google®, Yahoo®, etc.) that uses maps (e.g., satellite map views) instead of text displays to show information, user profiles, reviews, promotions, ads, directions, events, etc. relevant to user searches.

[0232]   The example systems and methods illustrated in FIGS. **1-28** may facilitate a social network membership that spreads virally by users inviting their friends. For example, every person that registers has their own profile, but registration may not be required to contribute content. However, registration may be required to "own" content on your own home, and have override permission to delete things that you don't like about yourself listed about you by others. In one embodiment, the social community module may need to confirm the user's identity and address (e.g., using digital signature tools, drivers license verification, etc.), and/or the user may need to pay a monthly fixed fee (e.g., through a credit card) to control their identity.

[0233]   For example, they can get a rebate, and not have to pay the monthly fee for a particular month, if they invite at least 15 people that month AND contribute information about at least 10 of their neighbors, friends, civic, or business locations in their neighborhood. People can post pics of their family, their business, their home, etc. on their profile once they 'own' their home and register. In another embodiment, endorsements for neighbors by others will be published automatically. People can search for other people by descriptors (e.g., name, profession, distance away from me, etc.)

[0234]   Profiles of users may be created and/or generated on the fly, e.g., when one clicks on a home.

[0235]   People may be able to visually see directions to their neighborhood businesses, rather than reading directions through text in a first phase. After time, directions (e.g., routes) can be offered as well. Users can leave their opinions on businesses, but the social community module also enables users to leave opinions on neighbors, occupants or any entity having a profile on the map display. The social community module may not attempt to restrict freedom of speech by the users, but may voluntarily delete slanderous, libelous information on the request of an owner manually at any time.

[0236]   In one embodiment, the methods and systems illustrated in FIGS. **1-28** enable people to search for things they want e.g. nearby pizzas etc. (e.g., by distance away). Advertisers can 'own' their listing by placing a display ad on nextdoor.com. Instead of click-through revenues when someone leaves the site, revenues will be realized when the link is clicked and someone views a preview html on the right of the visual map. Targeted advertisements may also be placed when someone searches a particular street, name, city, etc.

[0237]   In another example embodiment, the social community module may enable users of the social network to populate profiles for apartments, buildings, condos, etc. People can create floors, layout, etc. of their building, and add social network pages on the fly when they click on a location that has multiple residents, tenants, or lessees.

[0238]   A user interface associated with the social community module **100** may be clean, simple, and uncluttered (e.g., Simple message of "get to know your neighbors"). For example, the map interface shows neighbors. Methods and systems associated with the features described may focus on

user experience, e.g., ensuring a compelling message to invite friends and/or others to join. A seed phase for implementation of the methods and systems illustrated in FIGS. **1-28** may be identified for building a membership associated with the social community module.

[0239]   For example, a user having extensive networks in a certain area (e.g., a city) may seed those communities as well. The social network may encourage user expression, user content creation, ease of use on site to get maximum users/distribution as quickly as possible. In another embodiment, the social community module may ensure that infrastructure associated with operation of the social community module (e.g., servers) are able to handle load (e.g., data traffic) and keep up with expected growth.

[0240]   For example, the user interface view illustrated in the various figures shows an example embodiment of the social community module of FIG. **1**. The user interface view may include a publicly editable profile wall section allowing public postings that owners of the profile can edit. For example, any user may be able to post on an empty profile wall, but a user must claim the location to own the profile (e.g., may minimize barriers to users posting comments on profile walls).

[0241]   Names featured on the profile wall may be links to the user profiles on the map (e.g., giving an immediate sense for the location of admirers (or detractors) relative to user location). In one embodiment, an action (e.g., mouse-over) on a comment would highlight the comment user's house on the map and names linking to user profiles. The user interface view may also utilize the mapping interface to link comments to locations.

[0242]   For example, the various embodiments illustrate a comment announcing a garage sale, that is tied to a mappable location on the mapping interface. (e.g., allows people to browse references directly from people's profiles). In the various figures, an example display of the mapping interface is illustrated. In this example display, houses are shown in green, a church is shown in white, the red house shows the selected location and/or the profile owner's house, question marks indicate locations without profile owners, blue buildings are commercial locations, and the pink building represents an apartment complex.

[0243]   Houses with stars indicate people associated with (e.g., "friends") of the current user. In one embodiment, a user action (e.g., mouse-over) on a commercial property displayed in the mapping interface may pull up a star (e.g., "***") rating based on user reviews, and/or a link to the profile for the property. A mouse-over action on the apartment complex may pull up a building schematic for the complex with floor plans, on which the user can see friends/ profiles for various floors or rooms. Question marks indicated in the display may prompt users to own that profile or post comments on the wall for that space. A user action on any house displayed in the mapping interface may pull up a profile link, summary info such as status, profession, interests, etc. associated with the profile owner, a link to add the person as a friend, and/or a link to send a message to the user (e.g., the profile owner).

[0244]   In another embodiment, a default profile view shown is that of the current user (e.g., logged in), and if the user clicks on any other profile, it may show their profile in that space instead (with few text changes to indicate different person). The events in your area view of the profile display in may have a default radius for notification of events (e.g.,

US 2007/0218900 A1
Sep. 20, 2007

22

by street, by block, by neighborhood, county, etc.) Events are associated with user profiles and may link to locations displayed on the mapping interfaces. The hot picks section may be an ad/promotional zone, with default settings for radius of alerts also configurable.

[0245] For example, the "Find a Friend" section may permit users to search by name, address, interests, status, profession, favorite movies/music/food etc. Users are also able to search within a given radius of their location. In one embodiment, the user interface view may include a link for the user to invite other people to join the network (e.g., may encourage users who see a question-mark on a house or a location on the mapping interface that corresponds to a real location associated with someone they know to contact that person and encourage them to join and own that profile through the social community module).

[0246] Some of the reasons we believe these embodiments are unique include:

[0247] Search engine that provides a visual map (e.g., rather than text) display of information relevant to user queries.

[0248] Users can search on the map for other people having certain professional, educational, personal, extracurricular, cultural, political and/or family etc. profiles or interests, within any location range.

[0249] Users can search for information on the map, that is accessible directly through profile displays. For example, the user may search for information about a certain subject and be directed to a profile of another user having information about the subject. Alternatively, the user may view the search subject itself as a visible item (e.g., if applicable to the search query) having a profile on the map display, along with additional information associated with the item (e.g., contributed by other users).

[0250] Allows users to search, browse and view information posted by other users about an entity location such as a home, a business property, a condo, an apartment complex, etc. directly on a map display

[0251] Allows users to browse, form and join groups and communities based on location, preferences, interests, friend requests, etc.

[0252] Users can send messages to other people through their profiles within the map display

[0253] Users can find friends, business associates, vendors, romantic partners, etc. on the map within any location range (e.g., in their neighborhood, street, subdivision, etc.) by browsing the map display or searching for people with certain profile characteristics and/or similar interests.

[0254] Users can view, browse and post comments/information/reviews about entity locations and/or people associated with those locations (e.g., occupants of a house, families, apartment residents, businesses, non-governmental entities, etc.), even for locations that do not have a profile owner. For example, all entity locations visible on the map display may link to a profiles on which any user can post comments. To own the profile and edit the information posted about an entity location or the occupant(s), the occupant(s) would have to join the network associated with the social community module and become the owner of the profile. The profile owner would then become visible in the map display (e.g., entity locations without profile owners may only be visible as questions marks on the map, having blank profiles but public comment sections).

[0255] Users can share their comments and opinions about locations, preferences and/or interests on their profiles that are visible and searchable on the map display

[0256] Automatically notifies users of events and promotions in an area (e.g., scope of area can be selected by the user), and highlights venues and user profiles on the map.

[0257] Users can post reviews about entity locations (e.g., businesses) such that ratings for entity locations are visible on the map. Other users can trace the location of the users that posted the comments on the map.

[0258] Users who post comments on other profiles can be traced directly on the map through their comments. Alternatively, users can choose to submit anonymous postings or comments on other user/entity profiles, and/or may choose not to be traceable on the map through their comments.

[0259] For entity locations having more than one residency unit (e.g., apartment complexes), people can create and post on profiles for any room/floor of the location (e.g., by entering information on a schematic view of the location that is visible on the map).

[0260] Users can visually determine routes/directions/orientation to locations that they can browse within the map display. Additionally, users can generate written driving, walking or public transit directions between points of interest (e.g., from the user's house to a friend's house) within the map display.

[0261] Users can communicate (e.g., through live chat) directly with other users in the area based on an association determined through their profiles

[0262] Business entity locations can generate targeted ads and promotions within locations on the map display (e.g., virtual billboards).

[0263] The social community module can realize revenue based on ad clickthroughs by users, without the users being directed away from the interface. For example, when a user clicks on any targeted ad/promotion displayed on the map, the profile of the entity associated with the ad/promotion may be generated alongside the map display.

[0264] Neighborhood or neighborhood (see spelling differences) is a geographically localized community located within a larger city or suburb. The residents of a given neighborhood are called neighbors (or neighbors), although this term may also be used across much larger distances in rural areas.

[0265] Traditionally, a neighborhood is small enough that the neighbors are all able to know each other. However in practice, neighbors may not know one another very well at all. Villages aren't divided into neighborhoods, because they are already small enough that the villagers can all know each other.

[0266] The system however may work in any country and any geography of the world. In Canada and the United States, neighborhoods are often given official or semi-official status through neighborhood associations, neighborhood watches, or block watches. These may regulate such matters as lawn care and fence height, and they may provide such services as block parties, neighborhood parks, and community security. In some other places the equivalent organization is the parish, though a parish may have several neighborhoods within it depending on the area.

[0267] In localities where neighborhoods do not have an official status, questions can arise as to where one neighborhood begins and another ends, such as in the city of

Philadelphia, Pa. Many cities may use districts and wards as official divisions of the city, rather than traditional neighborhood boundaries.

[0268] In the mainland of the People's Republic of China, the term is generally used for the urban administrative unit usually found immediately below the district level, although an intermediate, sub-district level exists in some cities. They are also called streets (administrative terminology may vary from city to city). Neighborhoods encompass **2,000** to **10,000** families. Within neighborhoods, families are grouped into smaller residential units or quarters of 100 to 600 families and supervised by a residents' committee; these are subdivided into residents' small groups of fifteen to forty families. In most urban areas of China, neighborhood, community, residential community, residential unit, residential quarter have the same meaning: 社区 or 小区 or 居民区 or 居住区,and is the direct sublevel of a subdistrict (街道办事处),which is the direct sublevel of a district (区),which is the direct sublevel of a city (市).(See Political divisions of China.

[0269] The system and methods may be distributed through neighborhood associations. A neighborhood or neighborhood (see spelling differences) is a geographically localized community located within a larger city or suburb. The residents of a given neighborhood are called neighbors (or neighbors), although this term may also be used across much larger distances in rural areas.

[0270] Traditionally, a neighborhood is small enough that the neighbors are all able to know each other. However in practice, neighbors may not know one another very well at all. Villages aren't divided into neighborhoods, because they are already small enough that the villagers can all know each other. Each of the technologies and concepts disclosed herein may be embodied in software and/or hardware through one or more of the modules/embodiments discussed in FIGS. **1**-**28**.

[0271] A block party is a large public celebration in which many members of a single neighborhood congregate to observe a positive event of some importance. Many times, there will be celebration in the form of playing music and dance. Block parties gained popularity in the United States during the 1970s. Block Parties were often held outdoors and power for the DJ's sound system was taken illegally from street lights. This was famously referenced in the song "South Bronx" by KRS-One with the line:

[0272] "Power from a street light made the place dark. But yo, they didn't care, they turned it out." It is also interesting to note that many inner city block parties were actually held illegally, as they might be described as loitering. However, police turned a blind eye to them, reasoning that if everyone from the neighborhood was gathered in one place there was less chance of crime being committed elsewhere.

[0273] In the suburbs, block parties are commonly held on holidays such as Fourth of July or Labor Day. Sometimes the occasion may be a theme such a "Welcome to the Neighborhood" for a new family or a recent popular movie. Often block parties involve barbecuing, lawn games such as Simon Says and group dancing such as the Electric Slide, the Macarena or line dancing.

[0274] In other usage, a block party has come to mean any informal public celebration. For example, a block party can be conducted via television even though there is no real block in the observance. The same is true for the Internet.

The block party is closely related to the beach party. The British equivalent is the street party.

[0275] The systems and methods illustrated in FIGS. **1**-**28** may have software to emulate a block party or a neighborhood watch. A neighborhood watch (also called a crime watch or neighborhood crime watch) is a citizens' organization devoted to crime and vandalism prevention within a neighborhood. It is not a vigilante organization, since members are expected not to directly intervene in possible criminal activity. Instead, neighborhood watch members are to stay alert to unusual activity and contact the authorities. It builds on the concept of a town watch from Colonial America.

[0276] The current American system of neighborhood watches began developing in the late 1960s as a response to the rape and murder of Kitty Genovese in Queens, N.Y. People became outraged that three dozen witnesses did nothing to save Genovese or to apprehend her killer. Some locals formed groups to watch over their neighborhoods and to look out for any suspicious activity in their areas. Shortly thereafter, the National Sheriffs' Association began a concerted effort in 1972 to revitalize the "watch group" effort nationwide.

[0277] A neighborhood watch (also called a crime watch or neighborhood crime watch) is a citizens' organization devoted to crime and vandalism prevention within a neighborhood. It is not a vigilante organization, since members are expected not to directly intervene in possible criminal activity. Instead, neighborhood watch members are to stay alert to unusual activity and contact the authorities. It builds on the concept of a town watch from Colonial America.

[0278] The current American system of neighborhood watches began developing in the late 1960s as a response to the rape and murder of Kitty Genovese in Queens, N.Y. People became outraged that three dozen witnesses did nothing to save Genovese or to apprehend her killer. Some locals formed groups to watch over their neighborhoods and to look out for any suspicious activity in their areas. Shortly thereafter, the National Sheriffs' Association began a concerted effort in 1972 to revitalize the "watch group" effort nationwide.

[0279] The various methods, systems, and apparatuses disclosed herein and illustrated and described using the attached FIGS. **1**-**28** can be applied to creating online community organizations of neighborhoods of any form. During human growth and maturation, people encounter sets of other individuals and experiences. Infants encounter first, their immediate family, then extended family, and then local community (such as school and work). They thus develop individual and group identity through associations that connect them to life-long community experiences.

[0280] As people grow, they learn about and form perceptions of social structures. During this progression, they form personal and cultural values, a world view and attitudes toward the larger society. Gaining an understanding of group dynamics and how to "fit in" is part of socialization. Individuals develop interpersonal relationships and begin to make choices about whom to associate with and under what circumstances.

[0281] During adolescence and adulthood, the individual tends to develop a more sophisticated identity, often taking on a role as a leader or follower in groups. If associated individuals develop the intent to give of themselves, and

24

commit to the collective well-being of the group, they begin to acquire a sense of community.

[0282] Socialization: The process of learning to adopt the behavior patterns of the community is called socialization. The most fertile time of socialization is usually the early stages of life, during which individuals develop the skills and knowledge and learn the roles necessary to function within their culture and social environment. For some psychologists, especially those in the psychodynamic tradition, the most important period of socialization is between the ages of 1 and 10. But socialization also includes adults moving into a significantly different environment, where they must learn a new set of behaviors.

[0283] Socialization is influenced primarily by the family, through which children first learn community norms. Other important influences include school, peer groups, mass media, the workplace and government. The degree to which the norms of a particular society or community are adopted determines one's willingness to engage with others. The norms of tolerance, reciprocity and trust are important "habits of the heart," as de Tocqueville put it, in an individual's involvement in community.

[0284] Continuity of the connections between leaders, between leaders and followers, and among followers is vital to the strength of a community. Members individually hold the collective personality of the whole. With sustained connections and continued conversations, participants in communities develop emotional bonds, intellectual pathways, enhanced linguistic abilities, and even a higher capacity for critical thinking and problem-solving. It could be argued that successive and sustained contact with other people might help to remove some of the tension of isolation, due to alienation, thus opening creative avenues that would have otherwise remained impassable.

[0285] Conversely, sustained involvement in tight communities may tend to increase tension in some people. However, in many cases, it is easy enough to distance oneself from the "hive" temporarily to ease this stress. Psychological maturity and effective communication skills are thought to be a function of this ability. In nearly every context, individual and collective behaviors are required to find a balance between inclusion and exclusion; for the individual, a matter of choice; for the group, a matter of charter. The sum of the creative energy (often referred to as "synergy") and the strength of the mechanisms that maintain this balance is manifest as an observable and resilient sense of community.

[0286] McMillan and Chavis (1986) identify four elements of "sense of community": 1) membership, 2) influence, 3) integration and fulfillment of needs, and 4) shared emotional connection. They give the following example of the interplay between these factors: Someone puts an announcement on the dormitory bulletin board about the formation of an intramural dormitory basketball team. People attend the organizational meeting as strangers out of their individual needs (integration and fulfillment of needs). The team is bound by place of residence (membership boundaries are set) and spends time together in practice (the contact hypothesis). They play a game and win (successful shared valent event). While playing, members exert energy on behalf of the team (personal investment in the group). As the team continues to win, team members become recognized and congratulated (gaining honor and status for being

members). Someone suggests that they all buy matching shirts and shoes (common symbols) and they do so (influence).

[0287] A Sense of Community Index (SCI) has been developed by Chavis and his colleagues (1986). Although originally designed to assess sense of community in neighborhoods, the index has been adapted for use in schools, the workplace and a variety of types of communities.

[0288] Communitarianism as a group of related but distinct philosophies (or ideologies) began in the late 20th century, opposing classical liberalism, capitalism and socialism while advocating phenomena such as civil society. Not necessarily hostile to social liberalism, communitarianism rather has a different emphasis, shifting the focus of interest toward communities and societies and away from the individual. The question of priority, whether for the individual or community, must be determined in dealing with pressing ethical questions about a variety of social issues, such as health care, abortion, multiculturalism, and hate speech.

[0289] Effective communication practices in group and organizational settings are important to the formation and maintenance of communities. How ideas and values are communicated within communities are important to the induction of new members, the formulation of agendas, the selection of leaders and many other aspects. Organizational communication is the study of how people communicate within an organizational context and the influences and interactions within organizational structures. Group members depend on the flow of communication to establish their own identity within these structures and learn to function in the group setting. Although organizational communication, as a field of study, is usually geared toward companies and business groups, these may also be seen as communities. The principles can also be applied to other types of communities.

[0290] If the sense of community exists, both freedom and security exist as well. The community then takes on a life of its own, as people become free enough to share and secure enough to get along. The sense of connectedness and formation of social networks comprise what has become known as social capital.

[0291] Azadi Tower is a town square in modern Iran. Social capital is defined by Robert D. Putnam as "the collective value of all social networks (who people know) and the inclinations that arise from these networks to do things for each other (norms of reciprocity)." Social capital in action can be seen in groups of varying formality, including neighbors keeping an eye on each others' homes. However, as Putnam notes in Bowling Alone: The Collapse and Revival of American Community (2000), social capital has been falling in the United States. Putnam found that over the past 25 years, attendance at club meetings has fallen 58 percent, family dinners are down 33 percent, and having friends visit has fallen 45 percent.

[0292] Western cultures are thus said to be losing the spirit of community that once were found in institutions including churches and community centers. Sociologist Ray Oldenburg states in The Great Good Place that people need three places: 1) the home, 2) the workplace, and, 3) the community hangout or gathering place.

[0293] With this philosophy in mind, many grassroots efforts such as The Project for Public Spaces are being started to create this "Third Place" in communities. They are taking form in independent bookstores, coffeehouses, local

pubs and through many innovative means to create the social capital needed to foster the sense and spirit of community.

[0294] Community development is often formally conducted by universities or government agencies to improve the social well-being of local, regional and, sometimes, national communities. Less formal efforts, called community building or community organizing, seek to empower individuals and groups of people by providing them with the skills they need to effect change in their own communities. These skills often assist in building political power through the formation of large social groups working for a common agenda. Community development practitioners must understand both how to work with individuals and how to affect communities' positions within the context of larger social institutions.

[0295] Formal programs conducted by universities are often used to build a knowledge base to drive curricula in sociology and community studies. The General Social Survey from the National Opinion Research Center at the University of Chicago and the Saguaro Seminar at the John F. Kennedy School of Government at Harvard University are examples of national community development in the United States. In The United Kingdom, Oxford University has led in providing extensive research in the field through its Community Development Journal, used worldwide by sociologists and community development practitioners.

[0296] At the intersection between community development and community building are a number of programs and organizations with community development tools. One example of this is the program of the Asset Based Community Development Institute of Northwestern University. The institute makes available downloadable tools to assess community assets and make connections between non-profit groups and other organizations that can help in community building. The Institute focuses on helping communities develop by "mobilizing neighborhood assets"—building from the inside out rather than the outside in.

[0297] Community building and organizing: M. Scott Peck is of the view that the almost accidental sense of community which exists at times of crisis, for example in New York City after the attacks of Sep. 11, 2001, can be consciously built. Peck believes that the process of "conscious community building" is a process of building a shared story, and consensual decision making, built upon respect for all individuals and inclusivity of difference. He is of the belief that this process goes through four stages:

[0298] Pseudo-community: Where participants are "nice with each other", playing-safe, and presenting what they feel is the most favorable sides of their personalities. Chaos: When people move beyond the inauthenticity of pseudo-community and feel safe enough to present their "shadow" selves. This stage places great demands upon the facilitator for greater leadership and organization, but Peck believes that "organizations are not communities", and this pressure should be resisted.

[0299] Emptying: This stage moves beyond the attempts to fix, heal and convert of the chaos stage, when all people become capable of acknowledging their own woundedness and brokenness, common to us all as human beings. Out of this emptying comes

[0300] Authentic community: the process of deep respect and true listening for the needs of the other people in this community. This stage Peck believes can only be described as "glory" and reflects a deep yearning in every human soul for compassionate understanding from one's fellows.

[0301] More recently Scott Peck has remarked that building a sense of community is easy. It is maintaining this sense of community that is difficult in the modern world. The Ithaca Hour is an example of community-based currency. Community building can use a wide variety of practices, ranging from simple events such as potlucks and small book clubs to larger-scale efforts such as mass festivals and construction projects that involve local participants rather than outside contractors. Some communities have developed their own "Local Exchange Trading Systems" (LETS) and local currencies, such as the Ithaca Hours system, to encourage economic growth and an enhanced sense of community.

[0302] Community building that is geared toward activism is usually termed "community organizing." In these cases, organized community groups seek accountability from elected officials and increased direct representation within decision-making bodies. Where good-faith negotiations fail, these constituency-led organizations seek to pressure the decision-makers through a variety of means, including picketing, boycotting, sit-ins, petitioning, and electoral politics. The ARISE Detroit! coalition and the Toronto Public Space Committee are examples of activist networks committed to shielding local communities from government and corporate domination and inordinate influence.

[0303] Community organizing is sometimes focused on more than just resolving specific issues. Organizing often means building a widely accessible power structure, often with the end goal of distributing power equally throughout the community. Community organizers generally seek to build groups that are open and democratic in governance. Such groups facilitate and encourage consensus decision-making with a focus on the general health of the community rather than a specific interest group.

[0304] The three basic types of community organizing are grassroots organizing, coalition building, and faith-based community organizing (also called "institution-based community organizing," "broad-based community organizing" or "congregation-based community organizing").

[0305] Community service is usually performed in connection with a nonprofit organization, but it may also be undertaken under the auspices of government, one or more businesses, or by individuals. It is typically unpaid and voluntary. However, it can be part of alternative sentencing approaches in a justice system and it can be required by educational institutions.

[0306] The most common usage of the word "community" indicates a large group living in close proximity. Examples of local community include: A municipality is an administrative local area generally composed of a clearly defined territory and commonly referring to a town or village. Although large cities are also municipalities, they are often thought of as a collection of communities, due to their diversity.

[0307] A neighborhood is a geographically localized community, often within a larger city or suburb. A planned community is one that was designed from scratch and grew up more or less following the plan. Several of the world's capital cities are planned cities, notably Washington, D.C., in the United States, Canberra in Australia, and Brasilia in Brazil. It was also common during the European colonization of the Americas to build according to a plan either on fresh ground or on the ruins of earlier Amerindian cities.

Identity: In some contexts, "community" indicates a group of people with a common identity other than location. Members often interact regularly. Common examples in everyday usage include: A "professional community" is a group of people with the same or related occupations. Some of those members may join a professional society, making a more defined and formalized group.

[0308] These are also sometimes known as communities of practice. A virtual community is a group of people primarily or initially communicating or interacting with each other by means of information technologies, typically over the Internet, rather than in person. These may be either communities of interest, practice or communion. (See below.) Research interest is evolving in the motivations for contributing to online communities.

[0309] Some communities share both location and other attributes. Members choose to live near each other because of one or more common interests. A retirement community is designated and at least usually designed for retirees and seniors—often restricted to those over a certain age, such as 55. It differs from a retirement home, which is a single building or small complex, by having a number of autonomous households.

[0310] An intentional community is a deliberate residential community with a much higher degree of social interaction than other communities. The members of an intentional community typically hold a common social, political or spiritual vision and share responsibilities and resources. Intentional communities include Amish villages, ashrams, cohousing, communes, ecovillages, housing cooperatives, kibbutzim, and land trusts.

[0311] Special nature of human community Music in Central Park, a public space. Definitions of community as "organisms inhabiting a common environment and interacting with one another," while scientifically accurate, do not convey the richness, diversity and complexity of human communities. Their classification, likewise is almost never precise. Untidy as it may be, community is vital for humans. M. Scott Peck expresses this in the following way: "There can be no vulnerability without risk; there can be no community without vulnerability; there can be no peace, and ultimately no life, without community." This conveys some of the distinctiveness of human community.

[0312] Although the present embodiments have been described with reference to specific example embodiments, it will be evident that various modifications and changes may be made to these embodiments without departing from the broader spirit and scope of the various embodiments. For example, the various devices, modules, analyzers, generators, etc. described herein may be enabled and operated using hardware circuitry (e.g., CMOS based logic circuitry), firmware, software and/or any combination of hardware, firmware, and/or software (e.g., embodied in a machine readable medium). For example, the various electrical structure and methods may be embodied using transistors, logic gates, and electrical circuits (e.g., application specific integrated ASIC circuitry and/or in Digital Signal; Processor DSP circuitry).

[0313] For example, the social community module 106, the search module 108, the wiki module 110, the commerce module 112, the map module 114, the building builder module 200, the $N^{th}$ degree module, the tagging module 204, the verify module 206, the groups generator module 208, the pushpin module 210, the profile module 212, the announce

module 214, the friend finder module 222, the neighbor-neighbor help module 224, the business search module 302, the communicate module 306, the directory assistance module 308, the embedding module 310, the no-match module 312, the range selector module 314, the user-place wiki module, the user-user wiki module 402, the user-neighbor wiki module 404, the user-business wiki module 406, the reviews module 408, the defamation prevention module 410, the wiki social network conversion module 412, the claim module 414, the data segment module 416, the dispute resolution module 418, the resident announce payment module 500, the business display advertisement module 502, the geo-position advertisement ranking module 504, the content syndication module 506, the text advertisement module 508, the community market place module 510, the click-in tracking module 512, the satellite data module 600, the cartoon map converter module 604, the profile pointer module 606, the parcel module 608 and the occupant module 610 of FIGS. 1-28 may be embodied through the social community circuit, the search circuit, the wiki circuit, the commerce circuit, the map circuit, the building builder circuit, the $N^{th}$ degree circuit, the tagging circuit, the verify circuit, the groups circuit, the pushpin circuit, the profile circuit, the announce circuit, the friends finder circuit, the neighbor-neighbor help circuit, the business search circuit, the communicate circuit, the embedding circuit, the no-match circuit, the range selector circuit, the user-place wiki circuit, the user-user wiki circuit, the user-neighbor wiki circuit, the user-business circuit, the reviews circuit, the defamation prevention circuit, the wiki social network conversion circuit, the claim circuit, the data segment circuit, the dispute resolution circuit, the resident announce payment circuit, the business display advertisement circuit, the geo-position advertisement ranking circuit, the content syndication circuit, the text advertisement circuit, the community market place circuit, the click-in tracking circuit, the satellite data circuit, the cartoon map converter circuit, the profile pointer circuit, the parcel circuit, the occupant circuit using one or more of the technologies described herein.

[0314] In addition, it will be appreciated that the various operations, processes, and methods disclosed herein may be embodied in a machine-readable medium and/or a machine accessible medium compatible with a data processing system (e.g., a computer system), and may be performed in any order. Accordingly, the specification and drawings are to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A method, comprising:
associating a verified registered user with a user profile;
associating the user profile with a specific geographic location;
generating a map concurrently displaying the user profile and the specific geographic location; and
simultaneously generating, in the map, wiki profiles associated with different geographic locations surrounding the specific geographic location associated with the user profile.

2. The method of claim 1 further comprising:
processing a query of at least one of the user profile and the specific geographic location; and
converting a particular wiki profile of the wiki profiles to another user profile when a different registered user claims a particular geographic location to the specific geographic location associated with the particular wiki

profile, wherein the user profile is tied to a specific property in a neighborhood, and wherein the particular wiki profile is associated with a neighboring property to the specific property in the neighborhood.

**3**. The method of claim **2** further comprising:

delisting a certain wiki profile of the wiki profiles when a private registered user claims a certain geographic location adjacent to at least one of the specific geographic location and the particular geographic location; and

masking the certain wiki profile in the map when the certain wiki profile is delisted through the request of the private registered user.

**4**. The method of claim **3** further comprising:

processing a tag data associated with at least one of the specific geographic location, a particular geographic location, and the delisted geographic location;

displaying a frequent one of the tag data when at least one of the specific geographic location and the particular geographic location is made active, but not when a geographic location is delisted;

permitting a commercial user to purchase a customizable business profile associated with a commercial geographic location;

enabling the verified registered user to communicate a message to the neighborhood based on a selectible distance range away from the specific geographic location; and

processing a payment of the commercial user and the verified registered user.

**5**. The method of claim **3** further comprising:

permitting the verified registered user to edit any information in the wiki profiles including the particular wiki profile and the certain wiki profile until the certain wiki profile is claimed by at least one of the different registered user and the private registered user;

enabling a claimant of any wiki profile to control what information is displayed on their user profile; and

allowing the claimant to segregate certain information on their user profile such that only other registered users directly connected to the claimant are able to view data on their user profile.

**6**. The method of claim **3** further comprising:

applying a first user ID with the verified registered user and a second user ID to the different registered user;

connecting the verified registered user with the different registered user with each other through at least one of a geo-positioning data associated with the first user ID and the second user ID;

setting a maximum degree of separation (Nmax) of at least two that is allowed for connecting any two registered users, wherein two registered users who are directly connected are deemed to be separated by one degree of separation and two registered users who are connected through no less than one other registered user are deemed to be separated by two degrees of separation and two registered users who are connected through no less than N other registered users are deemed to be separated by N+1 degrees of separation;

searching the user ID of the different registered user in a set of user IDs that are stored of registered users who are less than Nmax degrees of separation away from the verified registered user, and not in the sets of user IDs that are stored for registered users who are greater than

or equal to Nmax degrees of separation away from the verified registered user, until the user ID of the different registered user is found in one of the searched sets; and

connecting the verified registered user to the different registered user if the user ID of the different registered user is found in one of the searched sets, wherein the method limits the searching of the different registered user in the sets of user IDs that are stored of registered users who are less than Nmax degrees of separation away from the verified registered user, such that the verified registered user and the different registered user who are separated by more than Nmax degrees of separation are not found and connected.

**7**. The method of claim **6** further comprising:

searching initially in the sets of user IDs that are stored of registered users who are directly connected to the verified registered user;

communicating a profile of the different registered user to the verified registered user to display through a marker associating the verified registered user with the different registered user;

storing a connection path between the verified registered user and the different registered user, the connection path indicating at least one other registered user through whom the connection path between the verified registered user and the different registered user is made;

communicating the connection path between the verified registered user and the different registered user to the verified registered user to display; and

embedding a hyperlink in the connection path of each of the at least one registered users through whom the connection path between the verified registered user and the different registered user is made.

**8**. The method of claim **7** further comprising:

storing of each registered user associated e-mail addresses of individuals who are not registered users and identified by each registered user as neighbors.

communicating out an invitation to become a new user to neighbors of the particular user;

processing an acceptance of a neighbor to whom the invitation was sent;

adding the neighbor to a database and storing of the neighbor, a user ID and a set of user IDs of registered users who are directly connected to the neighbor, the set of user IDs stored of the neighbor including at least the user ID of the verified registered user;

notifying the verified registered user that the invitation to the neighbor has been accepted when an acceptance is processed; and

processing inputs from the neighbor having descriptive data about the friend and storing the inputs in the database.

**9**. The method of claim **7** further comprising:

communicating brief profiles of registered users, including a brief profile of the different registered user, to the verified registered user for display, each of the brief profiles including a hyperlink to a corresponding full profile;

processing a hyperlink selection from the verified registered user, wherein, upon processing the hyperlink selection of the full profile of the different registered user, the full profile of the different registered user is communicated to the verified registered user for display; and

ensuring that brief profiles of those registered users who are more than Nmax degrees of separation away from the verified registered user are not communicated to the verified registered user for display.

**10**. The method claim **1** in a form of a machine-readable medium embodying a set of instructions that, when executed by a machine, causes the machine to perform the method of claim **1**.

**11**. A system comprising:

a plurality of neighborhoods having registered users and unregistered users of a global neighborhood environment;

a social community module of the global neighborhood environment to generate a building creator in which the registered users may create and modify empty wiki profiles, building layouts, social network pages, and floor levels structures housing residents and businesses in the neighborhood;

a wiki module of the global neighborhood environment to enable the registered users to create a social network page of themselves, and to edit information associated with the unregistered users identifiable through a viewing of physical properties in which the unregistered users reside when the registered users have knowledge of characteristics associated with the unregistered users;

a search module of the global neighborhood environment to enable a people search, a business search, and a category search of any data in the social community module and to enable embedding of any content in the global neighborhood environment in other search engines, blogs, social networks, professional networks and static websites;

a commerce module of the global neighborhood environment to provide an advertisement system to a business who purchase their location in the global neighborhood environment in which the advertisement is viewable concurrently with a map indicating a location of the business, and in which revenue is attributed to the global neighborhood environment when the registered users and the unregistered users click-in on a simultaneously displayed data of the advertisement along with the map indicating a location of the business; and

a map module of the global neighborhood environment to include a map data associated with a satellite data which serves as a basis of rendering the map in the global neighborhood environment and which includes a simplified map generator which may transform the map to a fewer color and location complex form using a parcel data which identifies at least some residence, civic, and business locations in the satellite data.

**12**. The system of claim **11** further comprising:

a verify module of the social community module to authenticate an email address of a registered user prior to enabling the registered user to edit information associated with the unregistered users through at least one of an email response and a digital signature technique;

a group generator module of the social community module to enable the registered users to form groups with each other surrounding at least one of a common neighborhood political, cultural, educational, professional and social interest;

a tagging module of the social community module to enable the registered users and the unregistered users to leave brief comments on each of the wiki profiles and social network pages in the global neighborhood environment, in which the brief comments are simultaneously displayed when a pointing device rolls over a pushpin indicating a physical property associated with any of the registered users and the unregistered users;

a pushpin module of the social community module to generate customized indicators of different types of users, locations, and interests directly in the map;

an announce module of the social community module to distribute a message in a specified range of distance away from the registered users when a registered user purchases a message to communicate to certain ones of the registered users surrounding a geographic vicinity adjacent to the particular registered user originating the message, wherein the particular registered user purchases the message through a governmental currency and a number of tokens collected by the particular user through a creation of content in the global neighborhood environment;

an nth degree module of the social community module to enable the particular registered user to communicate with an unknown registered user through a common registered user known by the particular registered user and the unknown registered user that is an nth degree of separation away from the particular registered user and the unknown registered user; and

a profile module of the social community module to create a set of profiles of each one of the registered users and to enable each one of the registered users to submit media content of themselves, other registered users, and unregistered users identifiable through the map.

**13**. The system of claim **11** further comprising:

a claim module of wiki module to enable the unregistered users to claim at least one of the physical properties associated with their residence;

a dispute resolution module of the wiki module to determine a legitimate user of different unregistered users who claim a same physical property;

a defamation prevention module of the wiki module to enable the registered users to modify the information associated with the unregistered users identifiable through the viewing of the physical properties, and to enable registered user voting of an accuracy of the information associated with the unregistered users;

a reviews module of the wiki module to provide comments, local reviews and ratings of various businesses as contributed by the registered users and unregistered users of the global network environment; and

a wiki-social network conversion module of the wiki module to transform the wiki profiles to social network profiles when the registered users claim the wiki profiles.

**14**. The system of claim **11** further comprising:

a communication module of the search module to enable voice over internet, live chat, and group announcement functionality in the global neighborhood environment among different members of the global neighborhood environment;

a directory assistance module of the search module to provide voice response assistance to users assessable through a web and telephony interface of any category,

business, community, and residence search queries of users of any search engine embedding content of the global neighborhood environment;

an embed module of the search module to automatically extract address and contact info from other social networks, search engines, and content providers, and to enable automatic extraction of group lists from contact databases of instant messaging platforms; and

a no-match module of the search module to request additional information from the verified registered user about a person, place, and business having no listing in the global neighborhood environment when no matches are found in a search query of the verified registered user, and to create a new wiki page based on a response of the verified registered user about the at least one person, place, and business not previously indexed in the global neighborhood environment.

15. The system of claim 11 further comprising:

a geo-position advertisement ranking module of the commerce module to determine an order of the advertisement in a series of other advertisements provided in the global neighborhood environment by other advertisers, wherein the advertisement is at least one a display advertisement, a text advertisement, and an employment recruiting portal associated with the business that is simultaneously displayed with the map indicating the location of the business;

a click through tracking module of the commerce module to determine a number of click throughs from the advertisement to a primary website of the business;

a click in tracking module of the commerce module to determine a number of users who clicked in to the advertisement simultaneously displayed with the map indicating the location of the business;

a community marketplace module of the commerce module to provide a forum in which the registered users can trade and announce messages of trading events with at least certain registered users in geographic proximity from each other; and

a content syndication module of the commerce module to enable any data in the commerce module to be syndicated to other network based trading platforms.

16. The system of claim 11 further comprising:

a cartoon map converter module in the map module to apply a filter to the satellite data to transform the satellite data into a simplified polygon based representation using a Bezier curve algorithm that converts point data of the satellite data to a simplified form.

17. A global neighborhood environment, comprising:

a first instruction set to enable a social network to reside above a map data, in which the social network is associated with specific geographical locations identifiable in the map data;

a second instruction set integrated with the first instruction set to enable users of the social network to create profiles of other people through a forum which provides a free form of expression of the users sharing information about any entities and people residing in any geographical location identifiable in the satellite map data, and to provide a technique of each of the users to claim a geographic location to control content in their respective claimed geographic locations; and

a third instruction set integrated with the first instruction set and the second instruction set to enable searching of people in the global neighborhood environment by indexing each of the data shared by the users of any of the people and entities residing in any geographic location.

18. The global neighborhood environment of claim 17 further comprising:

a fourth instruction set to provide a moderation of content about each other posted of the users through trusted users of the global neighborhood environment who have an ability to ban specific users and delete any offensive and libelous content in the global neighborhood environment.

19. The global neighborhood environment of claim 18 further comprising:

a fifth instruction set to enable an insertion of any content generated in the global neighborhood environment in other search engines through a syndication and advertising relationship between the global neighborhood environment and other internet commerce and search portals.

20. The global neighborhood environment of claim 19 further comprising:

a sixth instruction set to grow the social network through neighborhood groups, local politicians, block watch communities, issue activism groups, and neighbors who invite other known parties and members to share profiles of themselves and learn characteristics and information about other supporters and residents in a geographic area of interest through the global neighborhood environment.

21. The global neighborhood environment of claim 20 further comprising:

a seventh instruction set to determine quantify an effect on at least one of a desirability of a location, a popularity of a location, and a market value of a location based on an algorithm that considers a number of demographic and social characteristics of a region surrounding the location through a reviews module.

* * * * *