In the United States District Court
for the Northern District of California
District Judge Edward M. Chen

CIVIL MINUTES

**Date:** June 6, 2013  **Time:** 2:05-2:57
**Court Reporter:** Connie Kuhl (415) 431-2020

**Case No. and Name:** C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker

**Attorneys:** Laurence Pulgram and Jennifer Kelly for Plaintiff
Bruno Tarabichi and Roy Montgomery for Defendant
Harpreet Walia for Counter-Defendant Sood

**Deputy Clerk:** Betty Lee

PROCEEDINGS:

- (1) Plaintiff's motion to dismiss first amended counterclaims #63
- (2) Defendant Sood's amended motion to dismiss first amended counterclaim #88
- (3) Defendant's motion to disqualify Plaintiff's counsel #70
- (4) CMC

SUMMARY:

(1) and (2) For the reasons stated on the record, the Court granted the motion to dismiss as to the use of the name nextdoor.com, but otherwise denied both motions to dismiss. Court to issue order.

(3) For the reasons stated on the record, Defendant's motion to disqualify Plaintiff's counsel is denied. Court to issue order.

(4) Defendant shall serve Benchmark with counterclaims. Parties shall meet and confer and to submit a joint report regarding a plan to identify trade secrets and the allegations of misappropriation by 6/27/13. A further CMC is set for 8/22/13 at 10:30 a.m. Parties shall be prepared to discuss ADR option at that time. An updated joint CMC statement shall be filed by 8/15/13.