1  **BRUNO W. TARABICHI**, CA State Bar No. 215129
   bruno@legalforcelaw.com
2  **ROY MONTGOMERY**, CA State Bar No. 279531
   roy@legalforcelaw.com
3  **KUSCHA HATAMI**, CA State Bar No. 282954
   kuscha@legalforcelaw.com
4  **LEGALFORCE RAJ ABHYANKER, P.C.**
   1580 W. El Camino Real, Suite 13
5  Mountain View, California 94040
   Telephone:  650.965.8731
6  Facsimile:   650.989.2131

7  Attorneys for Defendant
   Raj Abhyanker

8
                          UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN FRANCISCO DIVISION
11

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER NOTICE OF CONSENTED EXTENSION TO FILE MOTION FOR LEAVE** |
| vs. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | Judge:     Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual | |
| Counterclaimant, | |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1–50, inclusive; | |
| Counterdefendants. | |

On June 27, 2013, Defendant and Counterclaimant Raj Abhyanker ("Abhyanker") and Counterdefendants filed a Joint Report Regarding Plan for Trade Secret Designation. (Pacer No. 98.) In the Joint Report, Abhyanker proposed a deadline of July 15, 2013 to file a motion for leave to file a motion for reconsideration. *Id*. To date, the Court has not set a specific schedule for the matters addressed in the Joint Report. As such, it is not clear whether Abhyanker's proposed deadline of July 15, 2013 is the operative deadline for filing the motion for leave.

Nevertheless, in an abundance of caution, Abhyanker obtained Nextdoor.com's consent to extend the previously proposed July 15, 2013 deadline to file a motion for leave. Good cause exists for this consented extension because Abhyanker and Nextdoor.com are currently engaged in settlement discussions and because settlement appears reasonably likely. As such, the consented extension avoids unnecessary motion practice and permits the parties to further explore what appears to be an imminent settlement.

Dated: July 15, 2013

Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.

By /s/ Bruno W. Tarabichi
    Bruno W. Tarabichi
    Roy Montgomery
    Kuscha Hatami
    Attorneys for Raj Abhyanker