**BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
**ROY MONTGOMERY**, CA State Bar No. 279531
roy@legalforcelaw.com
**KUSCHA HATAMI**, CA State Bar No. 282954
kuscha@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone:  650.965.8731
Facsimile:   650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>RAJ ABHYANKER, an individual,<br><br>            Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER'S REQUEST TO APPEAR BY PHONE AND [PROPOSED] ORDER**<br><br>Date:       September 5, 2012<br>Time:       10:30 a.m.<br>Judge:      Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual<br><br>            Counterclaimant,<br><br>   vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1–50, inclusive;<br><br>            Counterdefendants. | |

1  Defendant Raj Abhyanker hereby respectfully requests that his counsel, Bruno Tarabichi, be permitted to telephonically appear at the Case Management Conference set for 10:30 a.m. on Thursday, September 5, 2013 due to a scheduling conflict. In this regard, should the Court grant this Request, Bruno Tarabichi will be available on a land line at 408-298-8204 and/or will make himself available to call in to a phone number provided by the Court.

Dated: September 3, 2013

Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.

By _____
Bruno W. Tarabichi
Roy Montgomery
Kuscha Hatami
Attorneys for Defendant
Raj Abhyanker

After full consideration of Defendants and Counterclaimant Raj Abhyanker's Request to Appear by Phone, and good cause appearing therefor, Defendant's Request is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Edward M. Chen

1

REQUEST TO APPEAR BY PHONE
CASE NO. 3:12-cv-05667-EMC