**BRUNO W. TARABICHI,** CA State Bar No. 215129
bruno@legalforcelaw.com
**KUCHA HATAMI**, CA State Bar No. 282954
kuscha@legalforcelaw.com
**ROY MONTGOMERY,** State Bar No. 279531
Roy@legalforcelaw.com
**HEATHER R. NORTON,** CA State Bar No. 257014
heather@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real
Mountain View, CA 94040
Telephone: 650.965.8731
Facsimile:  650.989.2131

Attorneys for Defendant and
Counterclaimant Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF HEATHER R. NORTON ON BEHALF OF DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>Vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL | |

Nextdoor.Com, Inc. vs. Raj Abhyanker, Case No. 3:12-cv-05667-EMC, Notice of Appearance of Heather R. Norton on Behalf of Defendant and Counterclaimant Raj Abhyanker

| | |
|---|---|
| MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation; and DOES 1-50, inclusive; | |
| Counterdefendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Heather R. Norton hereby enters her appearance on behalf of Defendant and Counterclaimant Raj Abhyanker.

Ms. Norton's email address for purposes of receipt of notices of electronic filing is Heather@legalforcelaw.com.

Dated: September 4, 2013

_____
Heather R. Norton
Attorney for Defendant and Counterclaimant
Raj Abhyanker