# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Date:** | September 5, 2013 | **Time:** | 10:38-11:00 |

**Case No. and Name:**   C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker, et al.

**Attorneys:**   Laurence Pulgram and Jennifer Kelly for Plaintiff
Heather Norton for Defendant Abhyanker
Harpreet Walia for Counter-Defendant Sood
Matt Rawlinson for Counter-Defendant Benchmark

**Deputy Clerk:**   Betty Lee

## PROCEEDINGS:

-Further CMC

## SUMMARY:

Parties are reminded to meet and confer and file **joint** CMC statements for all future CMCs. Defendant Abhyanker shall have summons issued and shall effectuate service of the summons upon Mr. Rawlinson on behalf of Benchmark shortly.  That will perfect service on Benchmark.

Parties shall meet and confer and Defendant shall file an amended trade secret disclosure (including Benchmark) within 3 weeks.  Defendant Abhyanker's written discovery request as well as his response to outstanding discovery shall be produced to Plaintiff within 2 weeks. Trade secret discovery shall be deferred to a later time after adequate trade secret disclosures are made.  Defendant Abhyanker's motion for leave to amend counterclaims shall be filed within 3 weeks.

This case is referred to a magistrate judge for settlement conference.  Settlement conference is to be completed within 90 days.   A further CMC is set for 12/12/13 at 10:30 a.m. Discovery, motion and trial dates to be discussed at that time.  An updated **joint** CMC statement shall be filed by 12/5/13.

cc: magref