United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEXTDOOR.COM, INC.,

    Plaintiff,

v.

RAJ ABHYANKER,

    Defendant.

Case No. 12-cv-05667-EMC  (NJV)

**CLERK'S NOTICE**

Re: Dkt. No. 110

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that this matter has been referred to Magistrate Judge Nandor J. Vadas for settlement conference. A scheduling conference is set for September 17, 2013 at 1:00 pm. Parties shall appear by phone by dialing 888-684-8852 and entering access code 1868782.

Dated: September 9, 2013

Richard W. Wieking
Clerk, United States District Court

By: _____

Gloria Masterson, Deputy Clerk to the
Honorable NANDOR J. VADAS
707-445-3612