# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 7/2013)

**1a. CONTACT PERSON FOR THIS ORDER:** Dorothy Walls-Stewart

**1b. ATTORNEY NAME (if different):** Laurence F. Pulgram

**2a. CONTACT PHONE NUMBER:** (415) 875-2342

**2b. ATTORNEY PHONE NUMBER:** (415) 875-2390

**3a. CONTACT EMAIL ADDRESS:** dwalls-stewart@fenwick.com

**3b. ATTORNEY EMAIL ADDRESS:** lpulgram@fenwick.com

**4. MAILING ADDRESS:** Fenwick & West LLP, 555 California St., 12th Floor, San Francisco, CA 94104

**5. CASE NAME:** Nextdoor.com, Inc. v. Abhyanker, et al.

**6. CASE NUMBER:** C12-5667

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX):** ☒ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☒ CIVIL   ■ CJA: Do not use this form; use Form CJA24

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceedings) for which transcript is requested, format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g., CMC) | PORTION if requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 9/5/13 | EMC | CMC | | ● | ● | ○ | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Laurence F. Pulgram

**12. DATE:** 09/11/2013

**DISTRIBUTION:** ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY