# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** September 17, 2013     **Time:** 1:15-1:21          **Judge:** NANDOR J. VADAS
**Case No.**: 12-cv-05667-EMC   **Case Name:** Nextdoor.com, Inc. v. Abhyanker

**Attorney for Plaintiff:** Jennifer Kelly by phone

**Attorney for Defendant:** Bruno Tarabichi and Heather Norton by phone

**Deputy Clerk:** Gloria Knudson          **Court Reporter:** FTR

## PROCEEDINGS

Scheduling Conference held.

**Order to be prepared by:**

[ ]    Plaintiff          [ ]    Defendant          [ ]    Court

A further scheduling conference is set for October 16, 2013 at 1:00.  Parties may appear by phone using the same teleconference number and password.  The parties should talk informally by telephone regarding the issues surrounding the timing of the settlement conference before the October 16th scheduling hearing.