UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:**      **NANDOR J. VADAS**

**Date**:      October 16, 2013

**Case No:**      C 12-5667 EMC

**Case Title**:      Nextdoor.com, Inc. v Abhyanker

**Appearances:**                    **Time:** 1:29-1:35 FTR

    For Plaintiff(s):      Jennifer Kelly by phone

    For Defendant(s):      Bruno Terabichi and Heather Norton by phone

    For Counter-Defendant: Matthew Rawlinson by phone


**Deputy Clerk**:      Gloria Knudson

## *PROCEEDINGS*

1. <u>Name of hearing held</u>

Scheduling Conference

MOTION/MATTER:  ( ) Granted without prejudice
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    ( ) Court

<u>Summary</u>

Settlement Conference will be held November 21, 2013 at 2:00 in Courtroom D or as soon thereafter as parties finish proceedings with Judge Chen in this matter.  Settlement Conference statements due two weeks prior to Settlement Conference date.