**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** | November 21, 2013 | **Time:** 1:40-2:20 |
| | | **Court Reporter**: Lydia Zinn |
| **Case No. and Name:** | C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker, et al. | |
| **Attorneys:** | Laurence Pulgram and Jennifer Kelly for Plaintiff | |
| | Bruno Tarabichi and Heather Norton for Defendant Abhyanker | |
| | Harpreet Walia for Counter-Defendant Monsoon | |
| | Matt Rawlinson for Counter-Defendant Benchmark | |
| **Deputy Clerk:** | Betty Lee | |

### PROCEEDINGS:

-DEFENDANT ABHYANKER'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND COUNTERCLAIMS #115

### SUMMARY:

Defendant Abhyanker to inform the Court within two weeks whether he will further amend his amendment to remove nextdoor from common law trademark claim. Court will then take the matter under submission and to issue order. Parties shall meet and confer to resolve discovery disputes and to submit joint statement on unresolved issues in the joint CMC statement. Further CMC set for 12/12/13 at 10:30 a.m. An updated joint CMC statement shall be filed by 12/5/13.