# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

### CIVIL MINUTES

**Date:** November 21, 2013     **Time:** 2:30 p.m. to 5:30 p.m.     **Judge:** NANDOR J. VADAS

**Case No.**: 12-cv-05667-EMC     **Case Name:** Nextdoor.com, Inc. v. Abhyanker

**Attorneys for Plaintiff:** Jennifer Lloyd Kelly and Laurence F. Pulgram

**Attorneys for Defendant:** Heather Norton, Bruno Terabichi and Peter Jensen-Haxel

**Attorney for Counterdefendant Benchmark Capital:** Matthew Rawlinson

**Attorney for Counerdefendants Sandeep Sood and Monsoon:** Harprett Walia

**Deputy Clerk:** Jean Davis     **Court Reporter:** n/a

### PROCEEDINGS

Settlement Conference held. Matter did not settle.