1 | LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
2 | JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
3 | FENWICK & WEST LLP
555 California Street
4 | San Francisco, CA  94104
Telephone:     415.875.2300
5 | Facsimile:     415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAJ ABHYANKER, an individual,<br><br>　　　　　　　Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF NEXTDOOR.COM, INC.'S MOTION FOR RULE 11 SANCTIONS**<br><br>Date:     January 16, 2014<br>Time:     1:30 p.m.<br>Judge:    Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual,<br><br>　　　　　　　Counterclaimant,<br><br>　　v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>　　　　　　　Counterdefendants. | |

PLEASE TAKE NOTICE that Plaintiff and Counterdefendant Nextdoor.com, Inc. hereby withdraws, without prejudice, its Motion for Rule 11 Sanctions, Docket No. 125. Although Defendant/Counterclaimant Raj Abhyanker and his counsel have not yet corrected the matters raised in that Motion, they have indicated to Nextdoor.com's counsel that they believe that the Motion was prematurely filed. Accordingly, Nextdoor.com, Inc. is withdrawing the Motion at this time to afford Abhyanker and his counsel a final additional opportunity to correct this pleading. If they do not do so, the Motion will be refiled and renoticed for hearing.

Dated: December 03, 2013

FENWICK & WEST LLP

By: /s/ Laurence F. Pulgram
Laurence F. Pulgram

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN