LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIC J. BALL (CSB No. 241327)
eball@fenwick.com

FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:     415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER, an individual,<br><br>    Defendant.<br><br>RAJ ABHYANKER, an individual,<br><br>    Counterclaimant,<br><br>    v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>    Counterdefendants. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF ERIC J. BALL ON BEHALF OF PLAINTIFF AND COUNTERDEFENDANT NEXTDOOR.COM, INC. AND COUNTERDEFENDANT PRAKASH JANAKIRAMAN** |

NOTICE OF APPEARANCE OF
ERIC J. BALL

Case No. 3:12-cv-05667-EMC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Eric J. Ball of Fenwick & West LLP hereby enters his appearance on behalf of Attorneys for Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN.

Mr. Ball's email address, for purposes of receipt of notices of electronic filing is eball@fenwick.com.

Dated:   December 10, 2013          FENWICK & WEST LLP


By:  _____*/s/ Eric J. Ball*_____
         Eric J. Ball

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and
Counterdefendant PRAKASH JANAKIRAMAN

NOTICE OF APPEARANCE OF ERIC J. BALL            1            Case No. 3:12-cv-05667-EMC