LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIC J. BALL (CSB No. 241327)
eball@fenwick.com

FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF WITHDRAWAL OF CLIFFORD C. WEBB AS COUNSEL OF PLAINTIFF AND COUNTERDEFENDANT NEXTDOOR.COM, INC. AND COUNTERDEFENDANT PRAKASH JANAKIRAMAN** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Counterdefendants. | |

NOTICE OF WITHDRAWAL OF
CLIFFORD C. WEBB

Case No. 3:12-cv-05667-EMC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 11-5(a), Clifford C. Webb is no longer counsel of record for Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN as he is no longer associated with the law firm of Fenwick & West LLP.

Fenwick & West and its attorneys Laurence F. Pulgram, Jennifer L. Kelly, Eric J. Ball, and Matthew B. Becker will continue to represent Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN.

Dated:   December 10, 2013          FENWICK & WEST LLP


By:   */s/ Jennifer L. Kelly*
          Jennifer L. Kelly

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and
Counterdefendant PRAKASH JANAKIRAMAN