LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:	415.875.2300
Facsimile:	415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAJ ABHYANKER, an individual,<br><br>　　　　　　Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF MATTHEW B. BECKER ON BEHALF OF PLAINTIFF AND COUNTERDEFENDANT NEXTDOOR.COM, INC. AND COUNTERDEFENDANT PRAKASH JANAKIRAMAN** |
| RAJ ABHYANKER, an individual,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>　　　　　　Counterdefendants. | |

NOTICE OF APPEARANCE OF
MATTHEW B. BECKER

Case No. 3:12-cv-05667-EMC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew B. Becker of Fenwick & West LLP hereby enters his appearance on behalf of Attorneys for Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN.

Mr. Becker's email address, for purposes of receipt of notices of electronic filing is mbecker@fenwick.com.

Dated: December 13, 2013        FENWICK & WEST LLP


By:    */s/ Matthew B. Becker*
          Matthew B. Becker

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and
Counterdefendant PRAKASH JANAKIRAMAN

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
MATTHEW B. BECKER                    1            Case No. 3:12-cv-05667-EMC