1  Harpreet S. Walia, Esq. (SBN 176136)
   Lisa M. Chapman, Esq.  (SBN 118113)
2  ROYSE LAW FIRM, PC
   1717 Embarcadero Road
3  Palo Alto, California   94303
   Telephone:   (650) 813-9700
4  Facsimile:    (650) 813-9777
   E-Mail:  hwalia@rroyselaw.com
5           lchapman@rroyselaw.com

6  Attorneys for Counterdefendants SANDEEP SOOD and
7  MONSOON ENTERPRISES, INC. a California corporation

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  NEXTDOOR.COM, INC., a Delaware           Case No.: 3:12-cv-05667-EMC
    corporation,
13
              Plaintiff,
14                                           **JOINDER OF COUNTERDEFENDANTS
       v.                                    SANDEEP SOOD AND MONSOON
15                                           ENTERPRISES, INC TO NEXTDOOR.COM,
    RAJ ABHYANKER, an individual,            INC. AND PRAKASH JANAKIRAMAN'S
16                                           MOTION SUMMARY JUDGEMNT ON
              Defendant.                     ABHYANKER'S TRADE SECRET
17                                           MISAPPROPRIATION CLAIM**

18  ─────────────────────────────

19  RAJ ABHYANKER, an individual,

              Counterclaimant,              Date:        February 13, 2014
20                                          Time:        1:30 pm
       v.                                   Judge:       Honorable Edward M. Chen
21
    NEXTDOOR.COM, INC., a Delaware
22  corporation; PRAKASH JANAKIRAMAN, an
    individual; BENCHMARK CAPITAL
23  PARTNERS, L.P., a Delaware limited
    partnership; BENCHMARK CAPITAL
24  MANAGEMENT CO. LLC, a Delaware limited
    liability company; SANDEEP SOOD, an
25  individual; MONSOON ENTERPRISES, INC.,
    a California corporation, and DOES 1-50,
26  inclusive,

27            Counterdefendants.

28

                                                              Case No.: 3:12-cv-05667-EMC

JOINDER OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC TO NEXTDOOR.COM, INC.
AND PRAKASH JANAKIRAMAN'S MOTION FOR SUMMARY JUDGEMNT ON ABHYANKER'S TRADE SECRET
MISAPPROPRIATION CLAIM

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Counterdefendants SANDEEP SOOD ("Sood") and

3   MONSOON ENTERPRISES, INC. ("Monsoon") by and through its counsel of record, hereby joins in

4   NEXTDOOR.COM INC. and Prakash Janakiraman's Summary Judgment on Abhyanker's Trade

5   Secret Misappropriation Claim (the "Motion") filed on January 9, 2014.

6   On the grounds set forth in said Motion, Monsoon respectfully submits that

7   Counterclaimant Rah Abhyanker's claim for trade secret misappropriation against Sood and Monsoon

8   be dismissed in its entirety.

9

10   Dated:   January 9, 2014                      ROYSE LAW FIRM, PC

11

12                                                By: */s/ Harpreet S. Walia*

13                                                     Harpreet S. Walia
                                                      Attorney for Counterdefendants

14                                                     SANDEEP SOOD and
                                                      MONSOON ENTERPRISES, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                    Case No.: 3:12-cv-05667-EMC

JOINDER OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC TO NEXTDOOR.COM, INC.
AND PRAKASH JANAKIRAMAN'S MOTION FOR SUMMARY JUDGEMNT ON ABHYANKER'S TRADE SECRET
MISAPPROPRIATION CLAIM