LATHAM & WATKINS LLP
   Steven M. Bauer (Bar No. 135067)
     steven.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Matthew Rawlinson (Bar No. 231890)
     matt.rawlinson@lw.com
   Adam M. Regoli (Bar No. 262903)
     adam.regoli@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Counterdefendants
Benchmark Capital Partners, L.P. and
Benchmark Capital Management Co. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>               vs.<br><br>RAJ ABHYANKER, an individual,<br><br>               Defendant. | CASE NO. 3:12-cv-05667-EMC<br><br>**[PROPOSED] ORDER GRANTING BENCHMARK CAPITAL PARTNERS, L.P.'S AND BENCHMARK CAPITAL MANAGEMENT CO. LLC'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM** |
| RAJ ABHYANKER, an individual,<br><br>               Counterclaimant,<br><br>               vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; | Judge:    Honorable Edward M. Chen |

| | |
|---|---|
| 1 | BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown business entity, and DOES 1-50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterdefendants. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Benchmark Capital Partners, L.P. and Benchmark Capital Management Co. LLC
2  (collectively, "Benchmark") have moved pursuant to Rule 12(b)(6) of the Federal Rules of Civil
3  Procedure to dismiss the counterclaim for misappropriation of trade secrets asserted against them
4  by Defendant and Counterclaimant Raj Abhyanker ("Abhyanker") in the above-captioned case.
5  Good cause appearing therefore, the Court hereby **GRANTS** Benchmark's Motion to Dismiss
6  with prejudice for the following reason:
7  Abhaynker fails to state a claim upon which relief can be granted against Benchmark.
8  Fed. R. Civ. P. 12(b)(6).

10  **IT IS SO ORDERED.**

12  Dated: _____

_____
EDWARD M. CHEN
United States District Judge