IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____<br>Plaintiff,<br>v.<br>_____<br>Defendant. | Case No.: _____ |

**NOTICE REGARDING PROPOSED VIDEO RECORDING**

A request has been made to video record the ____/____/_____ [DATE] _____ [PROCEEDING] in this case pursuant to General Order 65, as part of the Judicial Conference Committee on Court Administration and Case Management Pilot Project on Cameras ("Pilot Project").

☐ All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge the proceeding will video recorded as part of the Pilot Project. See http://www.cand.uscourts.gov/cameras for more information.

☐ At least one party and/or the presiding judge has opposed the request to video record; the proceeding will not be video recorded.

____/____/_____
Date

_____
Zackary M. Lyons, Deputy Clerk