1   **BRUNO W. TARABICHI**, CA State Bar No. 215129
    bruno@legalforcelaw.com
2   **HEATHER R. NORTON**, CA State Bar No. 257014
    heather@legalforcelaw.com
3   **LEGALFORCE RAJ ABHYANKER, P.C.**
    1580 W. El Camino Real, Suite 13
4   Mountain View, California 94040
    Telephone: 650.965.8731
5   Facsimile:  650.989.2131

6   Attorneys for Defendant
    Raj Abhyanker
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11  NEXTDOOR.COM, INC., a Delaware
    corporation,                              Case No. 3:12-cv-05667-EMC
12
                          Plaintiff,          **DEFENDANT AND**
13                                            **COUNTERCLAIMANT RAJ**
                    vs.                       **ABHYANKER'S ERRATA TO**
14                                            **SUPPLEMENTAL STATEMENT**
    RAJ ABHYANKER, an individual,             **REGARDING HIS PRIOR USE AND**
15                                            **COMMON LAW RIGHTS IN THE**
                          Defendant.          **NEXTDOOR TRADEMARK**
16
    RAJ ABHYANKER, an individual              Case Filed:      November 5, 2012
17                                            Judge:           Honorable Edward M. Chen
                          Counterclaimant,
18
                    vs.
19
    NEXTDOOR.COM, INC., a Delaware
20  corporation; PRAKASH
    JANAKIRAMAN, an individual;
21  BENCHMARK CAPITAL PARTNERS,
    L.P., a Delaware limited partnership;
22  BENCHMARK CAPITAL
    MANAGEMENT CO. LLC, a Delaware
23  limited liability company; SANDEEP
    SOOD, an individual; MONSOON
24  ENTERPRISES, INC., a California
    corporation, and DOES 1–50, inclusive;
25
                          Counterdefendants.
26

27

28
                                              ERRATA TO SUPPLEMENTAL
                                              STATEMENT
                                              (CASE NO. 3:12-cv-05667-EMC)

1

**NOTICE OF ERRATA**

2          Defendant and Counterclaimant Raj Abhyanker hereby submits a Notice of Errata for his

3   Supplemental Statement Regarding His Prior Use and Common Law Rights in the NEXTDOOR

4   Trademark ("Supplemental Statement").  The Supplemental Statement inadvertently ommitted a

5   screenshot from Exhibit C.  In addition, as a result of a typographical error, Paragraph 6 of the

6   Supplemental Statement inadvertently stated that "the source code for eDirectree, which has been

7   produced in this action, confirms the use of the Nextdoor name in database structures originating

8   in 2008."  While the source code confirms the use of the Nextdoor name, it is the Fatdoor name

9   that is reflected in database structures originating in 2008.

10          Mr. Abhyanker submits as Exhibit 1 the Corrected Supplemental Statement Regarding His

11  Prior Use and Common Law Rights in the NEXTDOOR Trademark.  Exhibit 1 corrects the

12  original Exhibit C.  Exhibit 1 also changes Paragraph 9 to reflect that some of the networking

13  prototypes in Exhibit C were made public.  In addition, Exhibit 1 corrects the above-referenced

14  error in Paragraph 9.

15

16

17  Dated: January 30, 2014                    Respectfully submitted,

18                                             LEGALFORCE RAJ ABHYANKER, P.C.

19

20                                             By ___/s/  Bruno W. Tarabichi_____
                                                  Bruno W. Tarabichi
21                                                Heather R. Norton
                                                  Attorneys for Defendant
22                                                Raj Abhyanker

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

1

2

3        On September 26, 2013, Defendant and Counterdefendant Raj Abhyanker filed a Motion

4   for Leave to File a Second Amended Answer and Counterclaims.  ECF No. 115.  Among other

5   things, Mr. Abhyanker sought leave to add his Third Counterclaim for Infringement of an

6   Unregistered Trademark.  ECF No. 132, Ex. A.  More specifically, Mr. Abhyanker's Third

7   Counterclaim asserts that Nextdoor.com's unauthorized use of the NEXTDOOR trademark

8   infringes Mr. Abhyanker's common law rights in his NEXTDOOR and FATDOOR trademarks.

9   *Id.*

10       On December 12, 2013, this Court granted Mr. Abhyanker's Motion for Leave and

11  deemed the Second Amended Answer and Counterclaims filed.  ECF No. 136.  Subsequently,

12  during the Case Management Conference held on December 12, 2013, this Court requested that

13  Mr. Abhyanker file a supplemental statement setting forth Mr. Abhyanker's allegations regarding

14  his use of the NEXTDOOR mark, as well as any relevant exhibits.[1]  ECF No. 137.

15       Pursuant to this Court's request, Mr. Abhyanker hereby provides the following

16  supplemental allegations relating to his Third Counterclaim asserting that Nextdoor.com has

17  infringed his common law rights in the NEXTDOOR trademark:

18                      **SUPPLEMENTAL ALLEGATIONS**

19       1.      Mr. Abhyanker conceived of, selected, adopted, and used the NEXTDOOR

20  trademark long before Nextdoor.com's first (and infringing) use of the NEXTDOOR trademark.

21  In this regard, Nextdoor.com's earliest priority date will be February 8, 2011, if its federal

22  trademark application registers, or October 26, 2011 when Nextdoor.com publicly launched its

23  website.  Attached as **Exhibit A** is a true and correct copy of a printout from the U.S. Patent and

24  Trademark Office's database showing February 8, 2011 as the filing date for Nextdoor.com's

25  federal trademark application Serial No. 85/236,918.  Attached as **Exhibit B** is a true and correct

26

27  _____
    [1] Mr. Abhyanker's Third Counterclaim also asserts that Nextdoor.com's unauthorized use of the NEXTDOOR
    trademark infringes his common law rights in his FATDOOR trademark.  However, the Court's request for
28  supplemental allegations pertains only to Mr. Abhyanker's common law NEXTDOOR trademark.

1    copy of an October 26, 2011 press release on Nextdoor.com's website confirming that

2    Nexdoor.com publicly launched its website on October 26, 2011.

3         2.       On or around August 2005—more than five years before Nextdoor.com made its

4    first unauthorized use of the infringing NEXTDOOR mark, Mr. Abhyanker first used the

5    NEXTDOOR trademark in connection with neighborhood walking maps to unite and organize

6    neighbors and communities with regard to community and local political issues and concerns.  As

7    such, Mr. Abhyanker has priority in the NEXTDOOR trademark by virtue of the fact that his first

8    use predates Nextdoor.com's first use by more than five years.

9         3.       There are numerous recipients, consumers, and end users of those walking maps

10   who can substantiate and testify to Mr. Abhyanker's use of the NEXTDOOR trademark in 2005

11   in connection with neighborhood walking maps.  These witnesses include, but are not limited to,

12   the following individuals: Raj Abhyanker, Donna Austin, Ned Britt, Jeff Drazan, Ruby Elbogen,

13   Tomas Hugunin, Suresh Krishnamurthy, Patrick Kwok, Div Harish, Richard Lowenthal, Orrin

14   Mahoney, Mahesh Nihalani, Ram Gopal, Sri Ram, Kris Wang, Virginia Tamblyn, Dennis

15   Whittaker, Babar Rana, Alex Gault, and Gilbert Wong.

16        4.       One or more of the witnesses identified in Paragraph 3 above are likely to have

17   retained possession of one or more copies of Mr. Abhyanker's neighborhood walking maps

18   featuring the NEXTDOOR trademark.

19        5.       In addition, there are numerous recipients, consumers, and end users who can

20   testify to Mr. Abhyanker's use of the NEXTDOOR trademark in 2006-2007 in connection with

21   private neighborhood social networking alpha websites initially built and publicly prototyped in

22   October 2006 by Raj Abhyanker, Ankur Verma, and Sandeep Sood as 'Nextdoor' on interim

23   domains www.nextyard.com and www.nextlawn.com, and on publicly accessible IP addresses on

24   servers hosted by Ankur Verma and Sandeep Sood.  These sites were later rebuilt by Raj

25   Abhyanker and Chandu Thota as Fatdoor.   Witnesses related to this use includes, but is not

26   limited to, the following individuals: Raj Abhyanker, Ankur Verma, Babar Rana, Sandeep Sood,

27   Donna Austin, Mahesh Nihalani, Suresh Krishnamurthy, Richard Lowenthal, Orrin Mahoney,

28   Jeff Drazan, Chandu Thota, Duncan Beatty, Alessandro Biral, Dr. Hector Garcia-Molina, Alex

2

ERRATA TO SUPPLEMENTAL
STATEMENT
CASE NO. 3:12-cv-05667-EMC

Gault, Dan Hansen, Bill Harris, Chi-Hua Chien, Anand Hattiangadi, Michael Johnstone, Jon
Love, Emily McIntire, Sergio Monsalve, Rajeev Patel, Chris Warfield, Jessie Suen, Paul
Zahorsky, Tim Connors, Salil Desphande, Lauren Gelman, Geoff Yang, Peter Krasilovsky, Tara
Lemmey, Michael Madison, Sachin Maheshwari, Matt Marshall, Pankaj Mathur, Seema Mehta,
Andreas Paepcke, Vishal Shah, Andreas Stravropoulos, Mark Santoro, Sri Ram, Ned Britt, Jeff
Drazan, Ruby Elbogen, Tomas Hugunin, Suresh Krishnamurthy, Patrick Kwok, Warren Myer,
Kris Wang, Dennis Whittaker, and Gilbert Wong.

6.      There are numerous recipients, consumers, and end users who can testify to Mr.
Abhyanker's use of the NEXTDOOR trademark from 2008-2013 in connection with eDirectree
and EatBid websites initially built by Raj Abhyanker.  These witnesses include, but are not
limited to, the following individuals: Raj Abhyanker, Chandu Thota, Jennifer Dulski, Andy Mai,
Dongxia Liu, Jeff Drazan, and Kalyan Ayyagari.   Furthermore, the source code for eDirectree,
which has been produced in this action, confirms the use of the Nextdoor name.

7.      On or around September 2008—three years before Nextdoor.com's first use of the
NEXTDOOR trademark, Mr. Abhyanker expanded his use of the NEXTDOOR trademark to the
edirectree website.  The prominently advertised NEXTDOOR neighbors feature on the
edirectree.com offered users a way to enter their addresses and zip codes and to create manual
and automatic groups in relation to users' neighborhoods based on users' interests, locations, and
statuses.  Attached as **Exhibit D** is a true and correct copy of a printout from the edirectree
website, which shows how Mr. Abhyanker used his NEXTDOOR trademark years before
Nextdoor.com made its first unauthorized and infringing use of NEXTDOOR.

8.      In addition, in 2010, Mr. Abhyanker formulated plans to use the Nextdoor mark on
a new Cupertino based gastronomic bidding neighborhood social networking and commerce site.
He attempted to purchase the Nextdoor.com domain for that purpose, and again informed
Sandeep Sood of his intention to acquire that domain.  On or around February 2012, Mr.
Abhyanker began using his NEXTDOOR trademark on the eatbid.com website.  Mr. Abhyanker
used the NEXTDOOR trademark on the eatbid.com website in connection with services that
allowed users to place bids to purchase food at local restaurants in a geographically constrained

3

ERRATA TO SUPPLEMENTAL
STATEMENT
CASE NO. 3:12-cv-05667-EMC

1    neighborhood area based on zip code, and connect with like-minded neighbors.  Revenue from

2    users was collected through this EatBid/Nextdoor website for restaurants in the city of Cupertino

3    through an online payment gateway.  The site included features such as a marketplace for

4    neighbors to sell goods to other neighbors.  Attached as **Exhibit E** is a true and correct copy of a

5    printout from the eatbid.com website showing his use of the NEXTDOOR trademark.  Because

6    he was not able to obtain the domain name because of competitive bidding by the Plaintiff, Mr.

7    Abhyanker purchased the eatbid.com and later nextdoor.cm domain names as placeholders and

8    used the NEXTDOOR trademark on websites hosted on those domains.  Attached as **Exhibit F** is

9    a true and correct copy of a printout from the nextdoor.cm website showing his use of the

10   NEXTDOOR trademark.

11        9.       In summary, in addition to his use of the NEXTDOOR trademark in connection

12   with neighborhood walking maps since at least as early as August 2005, Mr. Abhyanker also

13   began developing plans for a neighborhood social networking site branded under the

14   NEXTDOOR trademark.  Attached as **Exhibit C** are true and correct copies of mockup

15   screenshots and user interfaces of Mr. Abhyanker's NEXTDOOR neighborhood social

16   networking prototype site from 2006, some of which were later made public.  Since at least as

17   early as fall 2006, Mr. Abhyanker began soliciting investors and promoting this concept to third

18   parties, including venture capital firm Benchmark Capital.   It is not surprising that then

19   Abhyanker described the name 'nextdoor.com' as the name of his neighborhood social network in

20   U.S. and foreign patent applications listing Mr. Abhyanker as the sole inventor filed early as

21   October 2006, and a 2007 Wikipedia entry mentioning Abhyanker's association with the

22   Nextdoor name **(Exhibit G)**.

23        10.      In summary, Mr. Abhyanker clearly made commercial trademark use of the

24   NEXTDOOR mark years prior to Nextdoor.com's first unauthorized infringing use of

25   NEXTDOOR on October 26, 2011.

26

27

28

ERRATA TO SUPPLEMENTAL
STATEMENT
CASE NO. 3:12-cv-05667-EMC

1   Dated: January 30, 2014                 Respectfully submitted,

2                                    LEGALFORCE RAJ ABHYANKER, P.C.

3

4                               By    /s/  Bruno W. Tarabichi

5                                   Bruno W. Tarabichi
                                   Heather R. Norton

6                                   Attorneys for Defendant
                                   Raj Abhyanker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERRATA TO SUPPLEMENTAL
STATEMENT
CASE NO. 3:12-cv-05667-EMC

**EXHIBIT A**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Dec 21 03:10:29 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 1 out of 9**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# NEXTDOOR

| Word Mark | NEXTDOOR |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software, namely, computer software for creating private networks and communities; computer software providing a communications platform enabling users to create private networks and online communities based on geographic locations; Software to enable uploading, posting, showing, displaying, tagging, blogging, sharing or otherwise providing electronic media or information over the Internet or other communications network; Computer software development tools for social networking, building social networking applications and for allowing data retrieval, upload, access and management; computer software application programming interface (API) for third-party software and online services for social networking, building social networking applications and for allowing data retrieval, upload, access and management

IC 035. US 100 101 102. G & S: Advertising services; Advertising and information distribution services, namely, providing classified advertising space via the global computer network; promoting the goods and services of others over the Internet; providing on-line computer databases and on-line searchable databases in the field of classifieds; Online service for connecting social network users with retailers for the purpose of facilitating discounted purchases

IC 038. US 100 101 104. G & S: Electronic transmission of instant messages and data; Chat room services for social networking; Providing on-line chat rooms for social networking; Providing online chat rooms and electronic bulletin boards for registered users for transmission of messages concerning local communities, news, and events, topics of general interest, classifieds, virtual community, social networking, photo sharing, and transmission of photographic images; provision of on-line forums for the transmission of photographic images and audio/video content; provision of on-line forums for communications on topics of general interest; providing access to computer databases featuring pre-populated and user-generated information related to topics of general interest

IC 042. US 100 101. G & S: Computer services, namely, online non-downloadable software which allows |

users to create on-line communities related to shared geographic boundaries, common interests, and local events and activities; Computer services, namely, creating an on-line community; computer services, namely, hosting online web facilities for others for organizing and conducting online meetings, gatherings, and interactive discussions; computer services in the nature of customized web pages featuring user-defined information, personal profiles and information; computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking; Providing a website that gives users the ability to review various print, photographic, graphic image, and audio and video content and utilize a custom template to provide input, likes, dislikes, edits, changes, modifications, opinions, suggestions, and comments and engage in social and community networking; Providing temporary use of non-downloadable software applications for classifieds, virtual community, social networking, photo sharing, and transmission of photographic images. Computer services, namely, providing search platforms to allow users to request content from and receive content to a mobile device; Providing customized on-line web pages featuring user-defined information, which includes blog posts, new media content, other on-line content, and on-line web links to other websites

IC 045. US 100 101. G & S: Hosting an online community website featuring shared communications between community members; Internet based introduction and social networking services; providing on-line computer databases and on-line searchable databases in the field of social, community and local networking

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85236918 |
| **Filing Date** | February 8, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 10, 2012 |
| **International Registration Number** | 1151191 |
| **Owner** | (APPLICANT) NEXTDOOR.COM, INC. CORPORATION DELAWARE 101 Spear Street, Suite 230 San Francisco CALIFORNIA 94105 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach, Kiran K. Belur |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**EXHIBIT B**

Read about Nextdoor. (/press/)

Nextdoor (https://nextdoor.com)

About (/about_us/)     Jobs (/jobs/)     Blog (http://blog.nextdoor.com/)     Press (/press/)     Help (/help/)     Sign in (/login/)

# Nextdoor Launches the First Private Social Network for Neighborhoods

*Successful Pilot Program Proves Value of Bringing Back a Sense of Community to the Neighborhood*

**San Francisco, California, October 26, 2011** - Nextdoor (www.nextdoor.com (https://www.nextdoor.com)), the first private social network for neighborhoods, announced today the nationwide availability of its free online platform specifically designed to foster neighbor-to-neighbor communication. Starting now, neighborhoods across the country can take advantage of this new type of social networking service to build happier, safer places to call home.

On Nextdoor, neighbors create private websites for their neighborhoods where they can ask questions, get to know one another and exchange local advice and recommendations. Topics of discussion are as varied as local events, school activities, plumber and babysitter recommendations, recent crime activity, upcoming garage sales or even lost pets. Unlike an email listserv or other online group, neighbor posts are organized and archived for future reference.

"We 'friend' more people than ever and 'follow' strangers we've never met, yet we don't have a good way to communicate with the people who live right next door," said Nirav Tolia, CEO and Co-founder of Nextdoor. "There are many ways our neighbors can help us, but these days people don't know their neighbors, or how to contact them. Nextdoor was created to change that."

Nextdoor was specifically designed to make neighbors feel comfortable sharing information with one another. All members must verify that they live within the neighborhood. Information shared on Nextdoor is password-protected and cannot be accessed by those outside the neighborhood or found on Google or other search engines. And Nextdoor never shares personal information with any third parties.

"Nextdoor is different from other social networking sites because it was built from the ground up to help neighbors come together in a trusted environment," said Bill Gurley, General Partner of Benchmark Capital and board member of Nextdoor. "We have been blown away by the positive response to Nextdoor and believe it is a natural evolution of social networking that will demonstrate the value of building community to neighborhoods everywhere."

Nextdoor recently completed a successful pilot program where neighbors in over 200 neighborhoods across 26 states established Nextdoor websites with the goal of creating more connected and safer places to call home. The pilot program clearly proved how neighbors can use Nextdoor to bring back a sense of community to their neighborhood.

*Anne Clauss, Nextdoor member in Hamilton, New York*
"Our neighborhood dynamics have improved significantly since we launched Nextdoor - the collaboration between neighbors has showered an unprecedented feeling of community upon us. Nextdoor takes the best of social media, adds a spoonful of intimacy, and envelopes it in a blanket of privacy and comfort."

*Brent Bamberger, Nextdoor member in Orinda, California*
"Since Nextdoor, we finally feel like a neighborhood. Our communication has become more frequent, open and helpful. We've seen lost pets get returned in minutes; unwanted ping pong tables finding new homes in a matter of posts; and a heightened sense of security throughout the neighborhood when a recent crime wave hit."

*Nicole Perkins, Nextdoor member in Woodside, California*
"The value of Nextdoor hit close to home when a teenager was diagnosed with meningitis. His parents used Nextdoor to alert everyone in the community to this life-threatening situation and get other kids tested immediately. The ability to broadcast the news through Nextdoor very likely saved other lives."

Those interested in joining their neighborhood's Nextdoor website can visit www.nextdoor.com (https://www.nextdoor.com) and enter their address. If Nextdoor is available in their area, they can immediately sign up. If a Nextdoor website has not yet been established for their area, active and engaged neighbors are invited to apply to bring Nextdoor to their neighborhood.

**About Nextdoor.com, Inc.**
Nextdoor (www.nextdoor.com (//nextdoor.com)) is a private social network for the neighborhood. Using Nextdoor's free online platform, neighbors create private neighborhood websites where members can ask questions, get to know one another and exchange local advice and recommendations. Nextdoor is specifically designed to provide a trusted environment for neighbor-to-neighbor communication. Hundreds of neighborhoods are already using Nextdoor to build happier, safer places to call home.

Based in San Francisco, Calif., Nextdoor was founded in 2010 by Internet veterans who spent their careers creating thriving online communities. The company is funded by Benchmark Capital and Shasta Ventures.

**PR Contact:**
Kelsey Grady
Director of Communications, Nextdoor
kelsey@nextdoor.com (mailto:kelsey@nextdoor.com)

© Nextdoor 2013

About (/about_us/) Blog (http://blog.nextdoor.com) For cities (/city/) Jobs (/jobs/) Guidelines (/neighborhood_guidelines/#guidelines) Neighborhoods by state (/find-neighborhood/) Privacy (/privacy/#privacy) Press (/press/) Safety (/about_safety/#safety) Help (/help/)

# EXHIBIT C

# Nextdoor

MY ACCOUNT | BLOG | GROUPS | CHAT | REVIEWS | HELP

## Find a Friend!

Search by: Name ▼

Search area: Neighborhood ▼



### Events in Your Area

Babar Rana: Garage Sale 10 am, Sunday 10/22!!! Random stuff starting at $5. Free lemonade!    Find This Event

Pams: "Save the Squirrels" Rally 2pm, Sunday 10/22, BYOB    Find This Event

Raj Abhyanker: Selling my house!! 10am - 4pm Monday 10/23. Walk-ins welcome!    Find This Event

### Hot Picks & Promotions in Your Area

Taco Hell: $3 off Burritos before 9am, all week!   Find This Promo

Serena Apts: Vacancies on Suites, 2BR, & 3BR, starting at $600! Call (650) 123-4567    Find This Promo

## Join Now & Own Your Profile!

Already a Member? **Sign In Now**

### Babar Rana's Profile



View More Photos of Babar (12)

Send Babar a Message

View All of Babar's Friends

Add Babar as a Friend

### Babar's Wall


**Georgie Porgie** said:
I'm watching you, buddy...


**Raj Abhyanker** said:
This kid sucks, big time


**Pams** said:
OMG I can't believe we're neighbours!!! Yay!


**Anonymous**:
Babar's a great guy, always helps me fix stuff around the house

### Babar Rana

1985 Tate St, Palo Alto, CA 94301

Profession: Legal Services
Status:      Married
Birthday:    8th August 1981
Politics:    Moderate Independent

#### Information

**Contact Info**

Email:   babar@legalforce.com
Phone:   (650) 906-1275
AIM:     sherkhan8881

**Personal Info**

Education: BA '05, Stanford University
Interests: Outdoors, Art, Sports, Writing, Music

**Favourites:**

Music:   Oldies, Arabic and Persian, Fairouz, Elissa, Alabina, Amr Diab, Greek Rembetika & Bouzouki, Afro Cuban, Rumba Flamenco, UB40
Movies:  Gladiator, Godfather series
Food:    Asian, Mediterranean, Indian, Steak

### Babar's Notes


Garage Sale 10 am, Sunday 10/22!!! Random stuff starting at $5. Free lemonade!


I found a dead mouse in my burrito at Papa Taco's! That place sucks!!!

# Nextdoor.com

**Welcome!** Please **Sign In**. New to ' ' ? Register **here**.

| Home | Map & Search | How to Use | | My Zillow |

**Any Home**

Address OR Street OR Neighborhood | City, State OR ZIP

859 bette | cupertino, ca | **GO** **Advanced S**

859 Bette Ave, Cupertino, CA 95014

## Get to know your neighbors!

**Home Details**

**Bird's Eye View** | **Map View**



## RAJ AND SONAL ABHYANKER

Attorney and Pharmacist, Doctorate degrees

INTERESTS
badmington, hiking, travelling

FAMILY DESCRIPTION
has lived in cupertino for about 6 years or so. raj ran
for city council last year. very active in community.

OTHER INFO
two kids, Arthi and Indira

FEEDBACK
raj sucks!
raj is awesome!



**LoanW**

**Find Today's Low**

Loan Type:
Refinance

Loan Amount:
$150,000

**TARGETED ADVERTISEMENT**



$150,000

**Start Here**

**Shop For A Loan**

**Pictures:**



IMG_0187



IMG_0188



IMG_0189









**EXHIBIT D**

eDirectree

Home    Browse    My Groups    My Admin    Log In

**Create Group** [by photo] [by table] |  Recent Groups  |  Popular Groups  |  By Tags  |  By Categories  |  Search

Alumni , Business , Common Interests , Cultural , **Family** , **Nextdoor™ Neighbors** , Non-profit , Others ,

**Professionals** , Religious , **School** , Service Club , Sport & Recreation , **Work**



**tea time**
Total Members:    10
Viewed Times:    144
Created On:    2/14/2008
Created By:    Arpan
Status:    public

Share this group link: `<a href="http://www.`



**Drinking buddies**
Total Members:    1
Viewed Times:    147
Created On:    6/30/2008
Created By:    anonymous
Status:    public

Share this group link: `<a href="http://www.`



**Raj and Sonal's friends - Bay Area**
Total Members:    9
Viewed Times:    322
Created On:    1/26/2008
Created By:    Raj
Status:    private 🔒

Share this group link: `<a href="http://www.`



**roli's friends**
Total Members:    11
Viewed Times:    141
Created On:    2/13/2008
Created By:    Ruckus
Status:    public

Share this group link: `<a href="http://www.`



**Fans**
Total Members:    10
Viewed Times:    141
Created On:    2/14/2008
Created By:    Arpan
Status:    public

Share this group link: `<a href="http://www.`



**msn group**
Total Members:    10
Viewed Times:    119
Created On:    2/13/2008
Created By:    Ruckus
Status:    public

Share this group link: `<a href="http://www.`



**prize**
Total Members:    10
Viewed Times:    233
Created On:    2/13/2008
Created By:    Arpan
Status:    public

Share this group link: `<a href="http://www.`



**hotmail friends**
Total Members:    10
Viewed Times:    121
Created On:    2/13/2008
Created By:    Ruckus
Status:    public

Share this group link: `<a href="http://www.`



**unbeatable**
Total Members:    10
Viewed Times:    146
Created On:    2/9/2008
Created By:    Arpan
Status:    public

Share this group link: `<a href="http://www.`



**People that like Piyush**
Total Members:    2
Viewed Times:    144
Created On:    2/8/2008
Created By:    Ruckus
Status:    public

Share this group link: `<a href="http://www.`



**rocking**
Total Members:    10
Viewed Times:    131
Created On:    2/9/2008
Created By:    Arpan
Status:    public

Share this group link: `<a href="http://www.`



**High School debate team**
Total Members:    3
Viewed Times:    140
Created On:    2/11/2008
Created By:    anonymous
Status:    public

Share this group link: `<a href="http://www.`

RA000370

eDirectree

Home    Browse    My Groups    My Admin    Log In

# Build Your Wiki Groups





First ▼          Last ▼

Ryan          Lam

Vivian          Le

Lenny          Litvinyuk



**FREE PRIZES!**
Click Now ▶

`<a href="http://www.edirectree.com.`



Build By Photo

Build By Table

**Email:** [ ]
**Password:** [ ]

▶ Not a Member, Click Here
▶ Forgot Password                Log In

## ꙮ Recent Groups    Show All



**tea time**
Total Members: 10
Updated On:    8/13/2012
Created By:    Arpan
Status:    public

Share this group link: `<a href="http://www.`

**US Senators**
Total Members: 9
Updated On:    9/12/2009
Created By:    anonymous
Status:    public

Share this group link: `<a href="http://www.`

**Silicon Valley Singles club**
Total Members: 2
Updated On:    8/25/2009
Created By:    Bo
Status:    public

Share this group link: `<a href="http://www.`

**Babar Fam**
Total Members: 1
Updated On:    8/12/2009
Created By:    Babar
Status:    private 🔒

Share this group link: `<a href="http://www.`

## ꙮ Popular Tags    Show All

techcrunch,
company,
fatdoor, Chicago
, work, support,
College, Seattle,
basketball, IT,
Arizona, bay,
directory, alumni
, Family,
Mountain, 2.0,
Obama, drawing
, Winter, flash,
Blue

## ꙮ Popular Categories    Show All

🏫 School    7

👪 Family    15

✉️ Service Club    3

Nextdoor™ Neighbors    25

Work    5

Professionals    9

Others    75

🎓 Alumni    4

## ꙮ Share Something


Kiss Me

About | Terms of Service | Privacy | Privacy Policy | Safety Tips    **Developers**

RA000371



### Arpan's family group
Total Members:    1
Viewed Times:     165
Created On:       2/8/2008
Created By:       Arpan
Status:           public

Share this group link: `<a href="http://www.`



### Prateek's friends
Total Members:    2
Viewed Times:     129
Created On:       2/8/2008
Created By:       Prateek
Status:           public

Share this group link: `<a href="http://www.`



### Pen pals :)
Total Members:    6
Viewed Times:     125
Created On:       2/7/2008
Created By:       Ruckus
Status:           public

Share this group link: `<a href="http://www.`



### Arpan's friends
Total Members:    5
Viewed Times:     150
Created On:       2/7/2008
Created By:       Arpan
Status:           public

Share this group link: `<a href="http://www.`



### Mygrp
Total Members:    3
Viewed Times:     117
Created On:       2/6/2008
Created By:       Narender
Status:           public

Share this group link: `<a href="http://www.`



### Don 's Groups
Total Members:    4
Viewed Times:     137
Created On:       2/6/2008
Created By:       Arpan
Status:           public

Share this group link: `<a href="http://www.`



### My friends
Total Members:    7
Viewed Times:     157
Created On:       2/5/2008
Created By:       Ruckus
Status:           public

Share this group link: `<a href="http://www.`



### Party
Total Members:    1
Viewed Times:     136
Created On:       2/4/2008
Created By:       Francisco
Status:           public

Share this group link: `<a href="http://www.`



### Cyberfrancis
Total Members:    3
Viewed Times:     113
Created On:       2/4/2008
Created By:       Francisco
Status:           public

Share this group link: `<a href="http://www.`



### Lions?
Total Members:    1
Viewed Times:     124
Created On:       2/1/2008
Created By:       anonymous
Status:           public

Share this group link: `<a href="http://www.`

### Mutimba's Zambia Group
Total Members:    1
Viewed Times:     134
Created On:       2/1/2008

Created By:       Damien
Status:           public



### Anthony's friends
Total Members:    2
Viewed Times:     138
Created On:       1/31/2008
Created By:       anthony
Status:           public



Share this group link: `<a href="http://www.`

Share this group link: `<a href="http://www.`

### Friends from Arizona
Total Members:    3
Viewed Times:     189
Created On:       1/24/2008
Created By:       s
Status:           public

Share this group link: `<a href="http://www.`

RA000372

**Page 1 of 1**                                            1

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   **Developers**

RA000373

**EXHIBIT E**



Search                                                                                                   Login Sign up

## Bonjour Crepes & Sandwiches ▢▢▢▢▢(4 reviews)

French

**Announcement!**

Bonjour Crepes & Sandwiches



**Specials**

**Items**

**Reviews & Info**

**Categories**
All Items
All Day Menu
Breakfast
Dessert
Drinks
Rals
Sandwich
Savory Crepe
Sweet Crepe

## Menu Items - All Items



 **Waffle crepe**
A waffle crepe is a new creation by Bonjour Crepe's new manager, Carol
Russel. Delicate and elegant, the waffle crepe is the perfect treat for
someone looking to get a nice tasty dessert while watching their waistline.
retail price: $9.95

| Valid till June, 12 2012 | Add to cart | Winners **Bid Now**<br>Buy it now for $6.95 |

 **Apple pie**
retail price: $4.00

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $3.00 |

**Apple cider**
retail price: $4.00

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $3.00 |

  **French onion soup**
delicios, warm french onion soup made just for you.
retail price: $6.95

| Valid till January, 31 2012 | Add to cart | Winners **Bid Now**<br>Buy it now for $4.95 |

**Mocha**
Enjoy a cup of hot Mocha coffee with your breakfast, lunch or dinner crepe.
retail price: $3.95



| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $2.00 |

 **Latte**
Enjoy a cup of hot Latte coffee with your breakfast, lunch or dinner crepe.
Sourced from the very popular bay area roastery, Barefoot Coffee Roasters
specially for Bonjour Crepes
retail price: $3.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $2.00 |

**Cappuccino**
Enjoy a cup of hot Cappuccino coffee with your breakfast, lunch or dinner
crepe. Sourced from the very popular bay area roastery, Barefoot Coffee
Roasters specially for Bonjour Crepes
retail price: $3.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $2.00 |

 **Espresso**
Enjoy a cup of hot espresso coffee with your breakfast, lunch or dinner crepe.
Sourced from the very popular bay area roastery, Barefoot Coffee Roasters
specially for Bonjour Crepes
retail price: $2.00

### Restaurant Feed

"Sonali P. just won 'A' Imported Chocolate
Fondue for Four" for $18.00. Friday, January
20, 2012

"Sonali P. just won 'A' Imported Chocolate
Fondue for Four" for $18.00. Friday, January
20, 2012

"Sonali P. just won 'A' Mediterranean Omelette"
for $2.00. Friday, January 20, 2012

"Rai A. just won 'A' Veggie Omelette" for $2.00.
Friday, January 20, 2012

"Sonali P. just won 'A' Salmon and Creme
Fraiche" for $2.00. Friday, January 20, 2012

C-1



| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $1.00 |

**Americano**
Enjoy a cup of hot Americano coffee with your breakfast, lunch or dinner
crepe. Sourced from the very popular bay area roastery, Barefoot Coffee
Roasters specially for Bonjour Crepes
**retail price:** $2.00

| Pick a date | Add to cart | Winners **Bid Now** |



**Coffee**
Enjoy a cup of hot coffee with your breakfast, lunch or dinner crepe. Sourced
from the very popular bay area roastery, Barefoot Coffee Roasters specially
for Bonjour Crepes
**retail price:** $1.95

| Pick a date | Add to cart | Winners **Bid Now** |



**Hot Chocolate**
Delicious hot chocolate topped with home made whipped cream.
**retail price:** $2.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $2.00 |



**Egg Scramble**
Breakfast crepe with organic buckwheat batter or white batter (you pick) filled
with scrambled eggs and choice of three additional ingredients.
**retail price:** $6.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $3.00 |



**Brie Apple**
Savory chicken pesto crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious brie cheese and fresh apples
**retail price:** $6.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $3.00 |



**Margherita**
Savory mediterranean crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious basil pesto, melting mozzarella cheese,
spinach, and fresh tomatos.
**retail price:** $7.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $3.00 |



**Pancakes Banana-Almond**
Three delicious and soft homestyle buttermilk pancakes made just with fresh
bananas and healthy almonds baked inside.
**retail price:** $8.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $3.00 |



**Pancakes Chocolate Chip**
Three delicious and soft homestyle buttermilk pancakes made just with
baked in delicious gourmet chocolate chips.
**retail price:** $8.95

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $3.00 |



**Imported Chocolate Fondue for Four**
Imported chocolate fondue, your choice of milk or dark chocolate served with
fresh fruits, assorted candy dippings, and more.
**retail price:** $40.00

| Pick a date | Add to cart | Winners **Bid Now**<br>Buy it now for $20.00 |



**Imported Chocolate Fondue for Two**

C-2



Imported chocolate fondue, your choice of milk or dark chocolate served with
fresh fruits, assorted candy dippings, and more.
**retail price: $20.00**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $10.00



### Banana Split
Two heaping scoops of chocolate or vanilla ice cream nestled between a
fresh and crisp carved banana topped with chocolate syrup, chopped
peanuts, and delicious house made whipped cream
**retail price: $5.50**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Ice Cream Sundae
Two heaping scoops of chocolate or vanilla ice cream, with fresh peanuts,
chocolate syrup, fresh strawberries topped with delicious home made
whipped cream
**retail price: $5.95**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Denver Omelette
Delicious omelette, with ham, green bell peppers, onions, and cheddar
cheese
**retail price: $9.95**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Ham and Cheese
Crepe made with organic buckwheat batter or sweet batter (you pick) filled
with delicious ham and melted mozzarella or swiss cheese.
**retail price: $6.95**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Spicy Veggie Crepe
Savory crepe organic buckwheat batter or white batter (you pick) filled with
delicious mozzarella cheese, green bell pepper, serrano peppers, onions,
and fresh salsa on the side.
**retail price: $7.95**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Lemon, Strawberry and Banana
Delicious dessert crepe served on fresh sweet batter, made inside the
restaurant daily with homemade lemon curd, fresh strawberries, and bananas
**retail price: $6.95**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Strawberries & Whipped Cream Crepe
Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily with fresh strawberries and delicious homemade whipped
cream
**retail price: $6.95**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Simple
Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily with your choice of sugar or cinnamon
**retail price: $3.95**

Pick a date                    Add to cart              Winners **Bid Now**
                                                        Buy it now for $3.00



### Nutella

C-3


Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily, filled with chocolaty nutella
**retail price: $4.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Nutella, Banana, and Almond Crepe
Delicious sweet crepe made with homemade sweet batter, filled with
decadent chocolate hazelnut nutella, banana, and almonds.
**retail price: $6.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Nutella, Banana, Strawberry
Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily, filled with chocolaty nutella, banana, and strawberries.
**retail price: $6.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Chipotle Chicken Panini
Chipotle Chicken Panini served grilled chicken breast, smoke bacon, cheddar
cheese, and fresh tomatoes.
**retail price: $6.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### French Brie Panini
French Brie Panini sandwich served on fresh bread with delicious ham, brie
cheese, dijon mustard, and apricot preserves.
**retail price: $6.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Tuscan Panini
Tuscan Panini sandwich served on fresh bread with delicous chicken, swiss
cheese, and tomato pesto.
**retail price: $6.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Southwestern Crepe
Savory southwestern crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious cheddar cheese, chicken, salsa, sour
cream, and onion.
**retail price: $8.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Salmon and Creme Fraiche
Savory salmon crepe made with organic buckwheat batter or white batter
(you pick) filled with fresh salmon, homemade creme fraiche, capers, and red
onions.
**retail price: $8.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Chicken Pesto Crepe
Savory chicken pesto crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious mozzarella cheese, creamy avocado,
chicken, and basil pesto.
**retail price: $8.95**

Pick a date                                Add to cart                    Winners **Bid Now**
                                                                          Buy it now for $3.00


### Mediterranean

Savory mediterranean crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious black olives, feta cheese, spinach, and
tomato pesto.
**retail price: $7.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Southwestern Omelette**
Southwestern Omelette with chicken, salsa, sour cream, onion, and cheddar.
**retail price: $9.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Mediterranean Omelette**
Omelette with spinach, olive, feta, and tomato pesto.
**retail price: $9.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

**Veggie Omelette**
Delicious veggie omelette, with mushroom, onion, green bell peper, and
cheddar cheese
**retail price: $9.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Nutella French Toast with Stawberries**
Three slices of delicious and sweet brioche bread dipped in a rich vanilla
cream and cinnamon egg batter, and topped with rich hazelnut chocolate
nutella and fresh strawberries.
**retail price: $8.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

**About**   **How it works**   **Privacy**   **Terms**   **Contact**

C-5



Search

Login Sign up



## Bonjour Crepes & Sandwiches ⬜⬜⬜⬜⬜(4 reviews)
French

**Announcement!**

Bonjour Crepes & Sandwiches

Specials
Items
Reviews & Info

**Categories**
All Items
All Day Menu
Breakfast
Dessert
Drinks
Rals
Sandwich
Savory Crepe
Sweet Crepe

## Menu Items - All Items

 **Waffle crepe**
A waffle crepe is a new creation by Bonjour Crepe's new manager, Carol Russel. Delicate and elegant, the waffle crepe is the perfect treat for someone looking to get a nice tasty dessert while watching their waistline.
retail price: $9.95

Valid till June, 12 2012 | Add to cart | Winners **Bid Now** Buy it now for $6.95

 **Apple pie**
retail price: $4.00

Pick a date | Add to cart | Winners **Bid Now** Buy it now for $3.00

 **Apple cidar**
retail price: $4.00

Pick a date | Add to cart | Winners **Bid Now** Buy it now for $3.00

 **French onion soup**
delicios, warm french onion soup made just for you.
retail price: $6.95

Valid till January, 31 2012 | Add to cart | Winners **Bid Now** Buy it now for $4.95

 **Mocha**
Enjoy a cup of hot Mocha coffee with your breakfast, lunch or dinner crepe.
retail price: $3.95

Pick a date | Add to cart | Winners **Bid Now** Buy it now for $2.00

 **Latte**
Enjoy a cup of hot Latte coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes
retail price: $3.95

Pick a date | Add to cart | Winners **Bid Now** Buy it now for $2.00

**Cappuccino**
Enjoy a cup of hot Cappuccino coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes
retail price: $3.95

Pick a date | Add to cart | Winners **Bid Now** Buy it now for $2.00

**Espresso**
Enjoy a cup of hot espresso coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes
retail price: $2.00

### Restaurant Feed
"Sonali P. just won 'A' Imported Chocolate Fondue for Four" for $18.00. Friday, January 20, 2012

"Sonali P. just won 'A' Imported Chocolate Fondue for Four" for $18.00. Friday, January 20, 2012

"Sonali P. just won 'A' Mediterranean Omelette" for $2.00. Friday, January 20, 2012

"Raj A. just won 'A' Veggie Omelette" for $2.00. Friday, January 20, 2012

"Sonali P. just won 'A' Salmon and Creme Fraiche" for $2.00. Friday, January 20, 2012

C-6

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $1.00



**Americano**
Enjoy a cup of hot Americano coffee with your breakfast, lunch or dinner
crepe. Sourced from the very popular bay area roastery, Barefoot Coffee
Roasters specially for Bonjour Crepes
**retail price:** $2.00

Pick a date                    Add to cart                    Winners **Bid Now**



**Coffee**
Enjoy a cup of hot coffee with your breakfast, lunch or dinner crepe. Sourced
from the very popular bay area roastery, Barefoot Coffee Roasters specially
for Bonjour Crepes
**retail price:** $1.95

Pick a date                    Add to cart                    Winners **Bid Now**



**Hot Chocolate**
Delicious hot chocolate topped with home made whipped cream.
**retail price:** $2.95

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $2.00



**Egg Scramble**
Breakfast crepe with organic buckwheat batter or white batter (you pick) filled
with scrambled eggs and choice of three additional ingredients.
**retail price:** $6.95

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Brie Apple**
Savory chicken pesto crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious brie cheese and fresh apples
**retail price:** $6.95

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Margherita**
Savory mediterranean crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious basil pesto, melting mozzarella cheese,
spinach, and fresh tomatos.
**retail price:** $7.95

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Pancakes Banana-Almond**
Three delicious and soft homestyle buttermilk pancakes made just with fresh
bananas and healthy almonds baked inside.
**retail price:** $8.95

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Pancakes Chocolate Chip**
Three delicious and soft homestyle buttermilk pancakes made just with
baked in delicious gourmet chocolate chips.
**retail price:** $8.95

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00



**Imported Chocolate Fondue for Four**
Imported chocolate fondue, your choice of milk or dark chocolate served with
fresh fruits, assorted candy dippings, and more.
**retail price:** $40.00

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $20.00



**Imported Chocolate Fondue for Two**

C-7

 Imported chocolate fondue, your choice of milk or dark chocolate served with
fresh fruits, assorted candy dippings, and more.
**retail price: $20.00**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $10.00

 **Banana Split**
Two heaping scoops of chocolate or vanilla ice cream nestled between a
fresh and crisp carved banana topped with chocolate syrup, chopped
peanuts, and delicious house made whipped cream
**retail price: $5.50**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Ice Cream Sundae**
Two heaping scoops of chocolate or vanilla ice cream, with fresh peanuts,
chocolate syrup, fresh strawberries topped with delicious home made
whipped cream
**retail price: $5.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Denver Omelette**
Delicious omelette, with ham, green bell peppers, onions, and cheddar
cheese
**retail price: $9.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Ham and Cheese**
Crepe made with organic buckwheat batter or sweet batter (you pick) filled
with delicious ham and melted mozzarella or swiss cheese.
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Spicy Veggie Crepe**
Savory crepe organic buckwheat batter or white batter (you pick) filled with
delicious mozzarella cheese, green bell pepper, serrano peppers, onions,
and fresh salsa on the side.
**retail price: $7.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Lemon, Strawberry and Banana**
Delicious dessert crepe served on fresh sweet batter, made inside the
restaurant daily with homemade lemon curd, fresh strawberries, and bananas
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Strawberries & Whipped Cream Crepe**
Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily with fresh strawberries and delicious homemade whipped
cream
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Simple**
Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily with your choice of sugar or cinnamon
**retail price: $3.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

 **Nutella**

C-8

 Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily, filled with chocolaty nutella
**retail price: $4.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Nutella, Banana, and Almond Crepe
 Delicious sweet crepe made with homemade sweet batter, filled with
decadent chocolate hazelnut nutella, banana, and almonds.
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Nutella, Banana, Strawberry
 Delicious sweet crepe served on fresh flour sweet batter, made inside the
restaurant daily, filled with chocolaty nutella, banana, and strawberries.
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Chipotle Chicken Panini
 Chipotle Chicken Panini served grilled chicken breast, smoke bacon, cheddar
cheese, and fresh tomatoes.
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### French Brie Panini
 French Brie Panini sandwich served on fresh bread with delicious ham, brie
cheese, dijon mustard, and apricot preserves.
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Tuscan Panini
 Tuscan Panini sandwich served on fresh bread with delicous chicken, swiss
cheese, and tomato pesto.
**retail price: $6.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Southwestern Crepe
 Savory southwestern crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious cheddar cheese, chicken, salsa, sour
cream, and onion.
**retail price: $8.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Salmon and Creme Fraiche
 Savory salmon crepe made with organic buckwheat batter or white batter
(you pick) filled with fresh salmon, homemade creme fraiche, capers, and red
onions.
**retail price: $8.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Chicken Pesto Crepe
 Savory chicken pesto crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious mozzarella cheese, creamy avocado,
chicken, and basil pesto.
**retail price: $8.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                              Buy it now for $3.00

### Mediterranean


C-9



Savory mediterranean crepe made with organic buckwheat batter or white
batter (you pick) filled with delicious black olives, feta cheese, spinach, and
tomato pesto.
**retail price: $7.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                               Buy it now for $3.00



**Southwestern Omelette**
Southwestern Omelette with chicken, salsa, sour cream, onion, and cheddar.
**retail price: $9.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                               Buy it now for $3.00



**Mediterranean Omelette**
Omelette with spinach, olive, feta, and tomato pesto.
**retail price: $9.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                               Buy it now for $3.00



**Veggie Omelette**
Delicious veggie omelette, with mushroom, onion, green bell peper, and
cheddar cheese
**retail price: $9.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                               Buy it now for $3.00

**Nutella French Toast with Stawberries**
Three slices of delicious and sweet brioche bread dipped in a rich vanilla
cream and cinnamon egg batter, and topped with rich hazelnut chocolate
nutella and fresh strawberries.
**retail price: $8.95**

Pick a date                    Add to cart                    Winners **Bid Now**
                                                               Buy it now for $3.00

About   How it works   Privacy   Terms   Contact

**EXHIBIT F**

