| | |
|---|---|
| 1 | **BRUNO W. TARABICHI**, CA State Bar No. 215129 |
|   | bruno@legalforcelaw.com |
| 2 | **HEATHER R. NORTON**, CA State Bar No. 257014 |
|   | heather@legalforcelaw.com |
| 3 | **ROY MONTGOMERY**, CA State Bar No. 279531 |
|   | roy@legalforcelaw.com |
| 4 | **LEGALFORCE RAJ ABHYANKER, P.C.** |
|   | 1580 W. El Camino Real, Suite 13 |
| 5 | Mountain View, California 94040 |
|   | Telephone: 650.965.8731 |
| 6 | Facsimile: 650.989.2131 |

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **DECLARATION OF RAJ ABHYANKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |
| vs. | |
| RAJ ABHYANKER, an individual, | Date: February 20, 2014 |
| Defendant. | Time: 1:30 p.m. |
|  | Courtroom: 5 – 17th Floor |
|  | Judge: Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual | |
| Counterclaimant, | |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1–50, inclusive; | |
| Counterdefendants. | |

| | |
|---|---|
|1| I, RAJ ABHYANKER, declare as follows:|
|2| 1. I am the Defendant and Counterclaimant in this lawsuit. I make this Declaration in|
|3|support of Nextdoor.com, Inc. and Prakash Janakiraman's Administrative Motion to Seal Exhibit|
|4|Z to the Kelly Reply Declaration (Doc. 155), filed on January 30, 2014. The matters set forth|
|5|herein are of my own personal knowledge, and if called upon to testify as to such matters, I could|
|6|and would do so.|
|7| 2. Exhibit Z to the Kelly Reply Declaration consist of pages from the Due Diligence|
|8|CD that I provided to Benchmark in 2007. The CD was produced as "attorney's eyes only" in|
|9|this litigation.|
|10| 3. I understand that at the Case Management Conference on December 12, 2013,|
|11|Counsel for Nextdoor.com agreed to treat the CD as "attorney's eyes only," if it were to be|
|12|produced in this action.|
|13| 4. I provided that CD to Benchmark only after Benchmark agreed to maintain its|
|14|confidentiality. The CD was marked "confidential."|
|15| 5. The pages that constitute Exhibt Z include business development plans and|
|16|strategies, including advertising and promotion ideas and plans, and mock-ups of webpages. That|
|17|information has not been made available to the general public. It has only been provided|
|18|confidentially to persons who were subject to non-disclosure agreements.|
|19| 6. I would be harmed if that information were to be made public. I am in the process|
|20|of re-building and re-launching Fatdoor. The confidential information in the CD that I provided|
|21|to Benchmark, is relevant to my Fatdoor re-launch.|
|22| |
|23| I declare under penalty of perjury under the laws of the State of California that the|
|24|foregoing is true and correct.|
|25| |
|26| Executed February 6, 2014 at Mountain View, California.|
|27| |
|28| |

_____
Raj Abhyanker