1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  ERIC J. BALL (CSB No. 241327)
   eball@fenwick.com
4  MATTHEW B. BECKER (CSB No. 291865)
   mbecker@fenwick.com
5  FENWICK & WEST LLP
   555 California Street
6  San Francisco, CA  94104
   Telephone:415.875.2300
7  Facsimile: 415.281.1350

8  Attorneys for Plaintiff and Counterdefendant
   NEXTDOOR.COM, INC. and Counterdefendant
9  PRAKASH JANAKIRAMAN

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12             SAN FRANCISCO DIVISION

13  NEXTDOOR.COM, INC., a Delaware          CASE NO. 3:12-cv-05667-EMC
    corporation,
14                                          [PROPOSED] ORDER GRANTING
                                            NEXTDOOR.COM, INC. AND
15              Plaintiff,                  PRAKASH JANAKIRAMAN'S
                                            ADMINISTRATIVE MOTION
16       v.                                 TO SEAL EXHIBIT Z TO THE KELLY
                                            REPLY DECLARATION
17  RAJ ABHYANKER, an individual,

18              Defendant.

19  RAJ ABHYANKER, an individual,

20              Counterclaimant,

21       v.

22  NEXTDOOR.COM, INC., a Delaware
    corporation; PRAKASH JANAKIRAMAN, an
23  individual; BENCHMARK CAPITAL
    PARTNERS, L.P., a Delaware limited
24  partnership; BENCHMARK CAPITAL
    MANAGEMENT CO. LLC, a Delaware limited
25  liability company; SANDEEP SOOD, an
    individual; MONSOON ENTERPRISES, INC., a
26  California corporation, and DOES 1-50,
    inclusive,
27
                Counterdefendants.
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Having reviewed Plaintiff and Counterdefendant Nextdoor.com, Inc. and

2   Counterdefendant Prakash Janakiraman's (collectively, "Counterdefendants") Motion for

3   Administrative Relief to Seal, the Motion is hereby GRANTED.

4   Counterdefendants shall file the following under seal:

5   (1)   Exhibit Z to the Declaration of Jennifer Kelly In Support of

6   Nextdoor.Com, Inc. and, Prakash Janakiraman's Reply In Support of Their Motion

7   for Summary Judgment On Abhyanker's Trade Secret Misappropriation Claim.

8   The above document is hereby designated and is to be treated as ATTORNEYS' EYES

9   ONLY pursuant to the Stipulated Protective Order (Dkt. 102).

10

11   **IT IS SO ORDERED**.

12

13   Dated: _____ 2/10 , 2014

14



15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO