| | |
|---|---|
| 1 | Harpreet S. Walia, Esq. (SBN 176136) |
| 2 | Lisa M. Chapman, Esq. (SBN 118113) |
|   | ROYSE LAW FIRM, PC |
| 3 | 1717 Embarcadero Road |
|   | Palo Alto, California 94303 |
| 4 | Telephone: (650) 813-9700 |
|   | Facsimile: (650) 813-9777 |
| 5 | E-Mail: hwalia@rroyselaw.com |
|   | lchapman@rroyselaw.com |

Attorneys for Counterdefendants SANDEEP SOOD and
MONSOON ENTERPRISES, INC. a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No.: 3:12-cv-05667-EMC |
| Plaintiff, | **DECLARATION OF SANDEEP SOOD IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON ENTERPRISES, INC.'S MOTION IN OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER'S SUPPLEMENTAL BRIEF ATTACHING SOOD CONFIDENTIALITY AGREEMENT** |
| v. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | Judge: Honorable Edward M. Chen |
| v. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive, | |
| Counterdefendants. | |

{00033725;4}                                                                                    Case No.: 3:12-cv-05667-EMC

DECLARATION OF SANDEEP SOOD IN SUPPORT OF COUNTERDEFENDANTS SANDEEP SOOD AND MONSOON
ENTERPRISES, INC.'S MOTION IN OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER'S
SUPPLEMENTAL BRIEF ATTACHING SOOD CONFIDENTIALITY AGREEMENT

I, Sandeep Sood, declare:

1. I am the President of Monsoon Enterprises, Inc., which along with me has been named as a Counterdefendant in the above-captioned litigation. I have personal knowledge of each of the facts set forth herein, and would testify competently to the truth thereof if called as a witness.

2. I have reviewed Defendant and Counterclaimant Raj Abhyanker's Supplemental Brief Attaching Sood Confidentiality Agreement, Dkt. No. 165-1 (the "Supplemental Brief").

3. I did not execute electronically or by any other means that certain Independent Contractor Agreement or that certain Non-Disclosure Agreement attached as Exhibit A to the Supplemental Brief. At no point have I ever consented to be bound by either document presented in Exhibit A of the Supplemental Brief. I never gave another party authorization to type my name as an electronic signature thereto.

4. With regard to the transcript of an audio recording presented in Supplemental Brief Exhibit C: Without conceding the accuracy of such transcript, I believed the conversation to which such transcript pertains, to the extent such conversation actually occurred, to have been a confidential conversation. I did not understand Abhyanker to disclose that he was recording the conversation. I had no knowledge such conversation was being recorded and I never consented to same.

5. On the last page of the transcript referenced in paragraph 4, above, when I said "[c]orrect," I was referring to the only question Abhyanker had asked me, which was to confirm that I had not disclosed any sensitive information to one Prakash Janakiraman.

I declare under penalty of perjury that the foregoing is true and correct, executed on this 6th day of March, 2014, at Oakland, California.

By: /s/ Sandeep Sood

Sandeep Sood