BRUNO W. TARABICHI, CA State Bar No. 215129
bruno@legalforcelaw.com
HEATHER R. NORTON, CA State Bar No. 257014
heather@legalforcelaw.com
ROY MONTGOMERY, CA State Bar No. 279531
roy@legalforcelaw.com
LEGALFORCE RAJ ABHYANKER, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**DECLARATION OF RAJ ABHYANKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |
| RAJ ABHYANKER, an individual<br><br>Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1–50, inclusive;<br><br>Counterdefendants. | |

ABHYANKER DECLARATION
(CASE NO. 3:12-cv-05667-EMC)

I, RAJ ABHYANKER, declare as follows:

1. I am the Defendant and Counterclaimant in this lawsuit. I make this Declaration in support of Nextdoor.com, Inc. and Prakash Janakiraman's Administrative Motion to Seal Exhibits B, C, D, and E to the Declaration of Jennifer L. Kelly (Doc. 166-1), filed on February 27, 2014. The matters set forth herein are of my own personal knowledge, and if called upon to testify as to such matters, I could and would do so.

2. Exhibits B, C, D, and E to the Kelly Declaration consist of materials from the Due Diligence CD that I provided to Benchmark in 2007. The CD was produced as "attorney's eyes only" in this litigation.

3. I understand that at the Case Management Conference on December 12, 2013, Counsel for Nextdoor.com agreed to treat the CD as "attorney's eyes only," if it were to be produced in this action.

4. I provided that CD to Benchmark only after Benchmark agreed to maintain its confidentiality. The CD was marked "confidential."

5. The materials that constitute Exhibits B, C, D, and E include business development plans and strategies, including advertising and promotion ideas and plans, and mock-ups of webpages. That information has not been made available to the general public. It has only been provided confidentially to persons who were subject to non-disclosure agreements.

6. I would be harmed if that information were to be made public. I am in the process of re-building and re-launching Fatdoor. The confidential information in the CD that I provided to Benchmark, is relevant to my Fatdoor re-launch.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 4, 2014 at Mountain View, California.

Signed

*Raj Abhyanker* 3/4/14

1

ABHYANKER DECLARATION
CASE NO. 3:12-cv-05667-EMC