LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | CASE NO. 3:12-cv-05667-EMC<br><br>**[PROPOSED] ORDER GRANTING NEXTDOOR.COM, INC. AND PRAKASH JANAKIRAMAN'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS B, C, D, AND E TO THE KELLY DECLARATION IN SUPPORT OF SUMMARY JUDGMENT ON THE TRADE SECRET CLAIM** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Counterdefendants. | |

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO SEAL

CASE NO. 3:12-cv-05667-EMC

Having reviewed Plaintiff and Counterdefendant Nextdoor.com, Inc. and Counterdefendant Prakash Janakiraman's (collectively, "Counterdefendants") Motion for Administrative Relief to Seal, the Motion is hereby GRANTED.

Counterdefendants shall file the following under seal:

(1) Exhibits B, C, D and E to the Declaration of Jennifer Kelly In Support of Nextdoor.com, Inc. and Prakash Janakiraman's Supplemental Brief in Support of their Motion for Summary Judgment on Abhyanker's Trade Secret Misappropriation Claim.

The above documents are hereby designated and are to be treated as ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective Order (Dkt. 102).

**IT IS SO ORDERED**.

Dated: __4 / 7__, 2014



_____
Honorable Edward M. Chen
United States District Court Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL    1    CASE NO. 3:12-cv-05667-EMC