1 | **BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
2 | **HEATHER R. NORTON,** CA State Bar No. 257014
heather@legalforcelaw.com
3 | **ROY MONTGOMERY**, CA State Bar No. 279531
roy@legalforcelaw.com
4 | **SCOTT J. ALLEN,** CA State Bar No. 178925
scott@legalforcelaw.com
5 | **LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
6 | Mountain View, California 94040
Telephone:  650.965.8731
7 | Facsimile:  650.989.2131

Attorneys for Defendant and Counterclaimant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL, SCOTT J. ALLEN** |
| RAJ ABHYANKER, an individual, | |
| Defendant. | Case Filed:  November 5, 2012<br>Judge:          Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANIKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California Corporation, and DOES 1–50, inclusive; | |
| Counterdefendants. | |

The following counsel hereby enters notice of appearance on behalf of Defendant and Counterclaimant Raj Abhyanker for all matters in this matter:

>Scott J. Allen, California State Bar No. 178925
>LegalForce Raj Abhyanker, PC
>1580 W. El Camino Real, Suite 13
>Mountain View, California 94040
>Telephone:  650.965.8731
>Facsimile:   650.989.2131
>Email:  scott@legalforcelaw.com

Dated: April 11, 2014                              **LEGALFORCE RAJ ABHYANKER, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Scott J. Allen
　　　　　　　　　　　　　　　　　　　　　　　　Bruno W. Tarabichi
　　　　　　　　　　　　　　　　　　　　　　　　Heather R. Norton
　　　　　　　　　　　　　　　　　　　　　　　　Roy Montgomery
　　　　　　　　　　　　　　　　　　　　　　　　Scott J. Allen
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant and Counterlcaimant,
　　　　　　　　　　　　　　　　　　　　　　　　Raj Abhyanker