**BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
**HEATHER R. NORTON**, CA State Bar No. 257014
heather@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL EXHIBIT 3 TO THE DECLARATION OF HEATHER NORTON IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER'S STATEMENT REGARDING THE ASSIGNMENT AGREEMENT BETWEEN GOOGLE, INC. AND CENTER'D, INC.**<br><br>Date: No hearing requested<br>Judge: Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual<br><br>Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1–50, inclusive;<br><br>Counterdefendants. | |

On April 15, 2014, Defendant and Counterclaimant Raj Abhyanker filed an Administrative Motion to Seal Exhibit 3 to the Declaration of Heather Norton in support of Raj Abhyanker's Statement Regarding the Assignment Agreement between Center'd, Inc. and Google, Inc. Having considered the motion, and good cause being found, the Motion is GRANTED.

IT IS SO ORDERED.

ENTERED this ___18th___ day of April, 2014.

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER
CASE NO. 3:12-cv-05667-EMC