UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., | No. C-12-5667 EMC |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY CUT-OFF DATES** |
| RAJ ABHYANKER, | |
| Defendant. | **(Docket No. 177)** |
| RAJ ABHYANKER, | |
| Counterclaimant, | |
| v. | |
| NEXTDOOR.COM, INC., *et al.*, | |
| Counterdefendants. | |

Having considered Defendant Abhyanker's motion to modify discovery cut-off dates as well as the opposition thereto, the Court adjusts the discovery dates as follows:

| EVENT | CURRENT DATE | MODIFIED DATE |
|---|---|---|
| Non-expert Discovery Cut-off | June 12, 2014 | June 19, 2014 |
| Opening Expert Reports | June 12, 2014 | June 19, 2014 |
| Rebuttal Expert Reports | July 10, 2014 | July 17, 2014 |
| Expert Discovery Cut-off | July 31, 2014 | August 7, 2014 |

| EVENT | CURRENT DATE | MODIFIED DATE |
|---|---|---|
| Last Day for Dispositive Motions to be Heard | September 4, 2014 at 1:30 p.m. | NOT MODIFIED – September 4, 2014 at 1:30 p.m. |
| Last Day to Complete Alternative Dispute Resolution | Not yet scheduled | Not yet scheduled |
| Pretrial Conference | November 18, 2014 at 2:30 p.m. | NOT MODIFIED – November 18, 2014 at 2:30 p.m. |
| Trial | December 1, 2014 at 8:30 a.m. | NOT MODIFIED – December 1, 2014 at 8:30 a.m. |

This order disposes of Docket No. 177.

IT IS SO ORDERED.

Dated: April 24, 2014

_____
EDWARD M. CHEN
United States District Judge