UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., | No. C-12-5667 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER ORDER RE DISCOVERY CUT-OFF DATES** |
| RAJ ABHYANKER, | |
| Defendant. | **(Docket No. 184)** |
| RAJ ABHYANKER, | |
| Counterclaimant, | |
| v. | |
| NEXTDOOR.COM, INC., *et al.*, | |
| Counterdefendants. | |

Defendant's Motion for Leave to Reconsider Order re Discovery Cut-Off Dates is **DENIED**. The parties shall exchange Rule 26(a) disclosures by May 2, 2014. Discovery shall be expedited. All responses to any written discovery request shall be due fifteen (15) days after service. The deadline for taking non-expert depositions shall be extended to June 20, 2014. All other dates shall remain the same. This order disposes of Docket No. 184.

IT IS SO ORDERED.

Dated: April 25, 2014

_____
EDWARD M. CHEN
United States District Judge