| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Steven M. Bauer (Bar No. 135067)<br>*steven.bauer@lw.com* |
| 3 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538 |
| 4 | Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095 |
| 5 | LATHAM & WATKINS LLP |
| 6 | Matthew Rawlinson (Bar No. 231890)<br>*matt.rawlinson@lw.com* |
| 7 | Adam M. Regoli (Bar No. 262903)<br>*adam.regoli@lw.com* |
| 8 | Julian W. Park  (Bar No. 263501)<br>*julian.park@lw.com* |
| 9 | 140 Scott Drive<br>Menlo Park, California 94025 |
| 10 | Telephone: +1.650.328.4600<br>Facsimile: +1.650.463.2600 |
| 11 | Attorneys for Counterdefendants |
| 12 | Benchmark Capital Partners, L.P., and<br>Benchmark Capital Management Co. LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | CASE NO. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF JULIAN W. PARK ON BEHALF OF COUNTERDEFENDANTS BENCHMARK CAPITAL PARTNERS, L.P. AND BENCHMARK CAPITAL MANAGEMENT CO. LLC**<br><br>Case Filed: November 5, 2012<br>Judge: Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; | |

1  BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership;
2
3  BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company;
4  SANDEEP SOOD, an individual; MONSOON COMPANY, an unknown
5  business entity, and DOES 1-50, inclusive,
6        Counterdefendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Julian W. Park of Latham & Watkins LLP hereby enters her appearance on behalf of Counterdefendant Benchmark Capital Partners, L.P. and Benchmark Capital Management Co. LLC (collectively, "Benchmark").

Ms. Park's email address, for the purposes of receipt of notices of electronic filing is julian.park@lw.com.

Dated:  May 2, 2014

Respectfully submitted,

LATHAM & WATKINS LLP
  Julian W. Park

By   */s/*
          Julian W. Park

Attorney for Counterdefendants
Benchmark Capital Partners, L.P., and
Benchmark Capital Management Co. LLC