| | |
|---|---|
| LAURENCE F. PULGRAM (CSB No. 115163)<br>lpulgram@fenwick.com<br>JENNIFER L. KELLY (CSB No. 193416)<br>jkelly@fenwick.com<br>ERIC J. BALL (CSB No. 241327)<br>eball@fenwick.com<br>MATTHEW B. BECKER (CSB No. 291865)<br>mbecker@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br><br>Attorneys for Plaintiff and Counterdefendant<br>NEXTDOOR.COM, INC. and Counterdefendant<br>PRAKASH JANAKIRAMAN | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER, an individual,<br><br>    Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**PARTIAL FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) AND 58(A)** |
| RAJ ABHYANKER, an individual,<br><br>    Counterclaimant,<br><br>    v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>    Counterdefendants. | |

PARTIAL FINAL JUDGMENT
PURSUANT TO FED. R. CIV. P. 54(B)
AND 58(A)

CASE NO. 3:12-cv-05667-EMC

Pursuant to and in accordance with the Stipulation and Order entered by the Court herewith, the Court hereby ORDERS, ADJUDGES, AND DECREES:

1. Plaintiff Nextdoor.com, Inc. owns trademark rights in and has priority of use of the NEXTDOOR mark in the field of online social networking.

2. All of Counterclaimant Raj Abhyanker's claims to priority of use and ownership of the NEXTDOOR mark are hereby dismissed with prejudice.

3. Abhyanker, and each of his agents, servants, and employees, and those persons in active concert or participation with any of them who receive actual notice of this order, shall not use the NEXTDOOR mark, or any colorable imitation thereof or confusingly similar term, in the field of online social networking for so long as Nextdoor.com or its successors has not abandoned or ceased use of the NEXTDOOR mark.

**IT IS SO ORDERED**.

Dated this _____ day of May, 2014.

Honorable Edward M. Chen
United States District Court Judge

PARTIAL FINAL JUDGMENT
PURSUANT TO FED. R. CIV. P. 54(B)
AND 58(A)

CASE NO. 3:12-cv-05667-EMC