LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | CASE NO. 3:12-cv-05667-EMC<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER FOR PARTIAL DISMISSAL AND DECLARATORY JUDGMENT**<br><br>Case Filed: November 5, 2012<br>Judge: Edward M. Chen |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Counterdefendants. | |

AMENDED STIP. & PROPOSED ORDER FOR PARTIAL DISMISSAL AND PARTIAL ENTRY OF JUDGMENT.

CASE NO. 3:12-cv-05667-EMC

Plaintiff/Counterdefendant Nextdoor.com, Inc. and Defendant/Counterclaimant Raj Abhyanker, through their counsel of record, hereby stipulate and agree, and request the Court to enter, the following Order resolving claims relating to the priority of use and ownership of the mark NEXTDOOR, including its use in the website www.nextdoor.com:

1. Abhyanker has asserted as part of his Third and Fourth Counterclaims in his Second Amended Counterclaims (the "SACC") (Dkt. 132), in his Supplemental Statement Regarding His Prior Use And Common Law Rights In The Nextdoor Trademark (Dkt. 141), and his Errata thereto (Dkt. 153), that he owns and has priority of use as a matter of common law in the mark NEXTDOOR for uses including in online social networking. Abhyanker hereby dismisses with prejudice the foregoing claims with respect to the NEXTDOOR mark.

2. Abhyanker's remaining claims in the SACC are unaffected by and survive this stipulation and order. Among other things, nothing in this stipulation and order affects or limits Abhyanker's claims and/or defenses based on Abhyanker's alleged ownership or alleged priority of use of the mark FATDOOR and/or the alleged likelihood of confusion between Abhyanker's use of the FATDOOR mark and Nextdoor.com's use of the NEXTDOOR mark.

3. Nextdoor.com has sought, in Count 1 of its Complaint (Dkt. 1) a declaratory judgment that it has established trademark rights, including priority of use, of the NEXTDOOR mark in the field of online social networking. Judgment shall be entered on this Count 1 as set forth in the attached Order and Declaratory Judgment. Nextdoor.com's remaining claims in the Complaint, Counts II, III, and IV, are unaffected by and survive this stipulation and order, with the exception that Nextdoor.com hereby waives recovery of damages or disgorgement of profits under Count IV of its Complaint, for violation of 15 U.S.C § 1125(a), while retaining all other remedies, including attorney's fees, relating to such claim.

3. Each party preserves the right to move for or oppose an award of attorneys' fees and costs with respect to the matters dismissed and adjudicated by this Order at an appropriate time in this action and to present any and all admissible evidence with respect to such a motion.

4. Nothing in this Stipulation shall be construed as an admission of liability or wrongdoing of any kind by any of the parties hereto.

AMENDED STIP. & PROPOSED ORDER FOR
PARTIAL DISMISSAL AND PARTIAL ENTRY OF     1     CASE NO. 3:12-cv-05667-EMC
JUDGMENT.

STIPULATED AND AGREED TO this 8th day of May, 2014.

Dated: May 13, 2014     FENWICK & WEST LLP

By: */s/ Laurence F. Pulgram*
Laurence F. Pulgram

Attorneys for Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN

Dated: May 13, 2014     LEGALFORCE RAJ ABHYANKER, P.C.

By: */s/ Bruno W. Tarabichi*
Bruno W. Tarabichi

Attorneys for Defendant and Counterclaimant Raj Abhyanker

## ATTORNEY ATTESTATION

By the electronic signature below, counsel for Plaintiff and Counterdefendant, Nextdoor.com, Inc. and Counterdefendant, Prakash Janakiraman, attests that he is the CM/ECF user whose identification and password are being used to file the instant document, and that pursuant to Civil Local Rule 5-1(i)(3), counsel for Respondents, whose electronic signature appears below, provided their authority to file this document.

*/s/ Laurence F. Pulgram*
Laurence F. Pulgram

AMENDED STIP. & PROPOSED ORDER FOR PARTIAL DISMISSAL AND PARTIAL ENTRY OF JUDGMENT.     2     CASE NO. 3:12-cv-05667-EMC

## ORDER AND DECLARATORY JUDGMENT

In accordance with the stipulation of the parties, and for good cause shown, the Court hereby orders, adjudges and decrees that:

1. All of Counterclaimant Raj Abhyanker's claims to priority of use and ownership of the NEXTDOOR mark are hereby dismissed with prejudice.

2. Plaintiff Nextdoor.com, Inc. owns trademark rights in and has priority of use of the NEXTDOOR mark in the field of online social networking.

3. Nothing herein precludes any party from introducing evidence in support of or opposition to any claim or defense not adjudicated in this Order.

4. Abhyanker, and each of his agents, servants, and employees, and those persons in active concert or participation with any of them who receive actual notice of this order, shall not use the NEXTDOOR mark, or any colorable imitation thereof or confusingly similar term, in the field of online social networking for so long as Nextdoor.com or its successors has not abandoned the NEXTDOOR mark or ceased use of the mark.

5. This order and the Partial Judgment to be entered hereon does not adjudicate the issue of whether Nextdoor.com's use of the NEXTDOOR mark creates a likelihood of confusion as to source with Abhyanker's use of the FATDOOR mark. Nothing in this stipulation and order shall affect or limit Abhyanker's alleged right to use the mark FATDOOR in the field of online social networking, as to which all parties reserve all rights.

6. The clerk shall enter the attached Partial Judgment pursuant to Rule 54(b), as there is no just reason for delay. The time for any motion for attorney's fees or costs to be filed thereon is extended, pursuant to Rule 54(d)(2)(B), through the entry of a final judgment disposing of this entire action.

Dated: 5/16/14

Honorable _____
United _____



GRANTED
Judge Edward M. Chen

25592/00401/SF/5475949.7

AMENDED STIP. & PROPOSED ORDER FOR
PARTIAL DISMISSAL AND PARTIAL ENTRY OF
JUDGMENT.

CASE NO. 3:12-cv-05667-EMC