**BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
**HEATHER R. NORTON,** CA State Bar No. 257014
heather@legalforcelaw.com
**ROY MONTGOMERY**, CA State Bar No. 279531
roy@legalforcelaw.com
**SCOTT J. ALLEN,** CA State Bar No. 178925
scott@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Defendant and Counterclaimant
Raj Abhyanker

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL, BRIAN ORION** |
| RAJ ABHYANKER, an individual, | |
| Defendant. | Case Filed: November 5, 2012 |
| | Judge: Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual, | |
| Counterclaimant, | |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANIKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California Corporation, and DOES 1–50, inclusive; | |
| Counterdefendants. | |

1    The following counsel hereby enters notice of appearance on behalf of Defendant and

2   Counterclaimant Raj Abhyanker for all matters in this matter:

3

4           Brian Orion, California State Bar No. 239460
            LegalForce Raj Abhyanker, PC
5           1580 W. El Camino Real, Suite 13
            Mountain View, California 94040
6           Telephone:  650.390.6414
            Facsimile:   650.989.2131
7           Email:  brian@legalforcelaw.com

8

9   Dated: May 19, 2014                **LEGALFORCE RAJ ABHYANKER, P.C.**

10

11

12                                      /s/ Brian Orion
                                        _____
13                                      Bruno W. Tarabichi
                                        Heather R. Norton
                                        Roy Montgomery
14                                      Scott J. Allen
                                        Attorneys for Defendant and Counterlcaimant,
15                                      Raj Abhyanker

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1