**Fenwick & West LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL: 415.875.2300   FAX: 415.281.1350   WWW.FENWICK.COM

May 27, 2014

JENNIFER L. KELLY

EMAIL JKELLY@FENWICK.COM
Direct Dial (415) 875-2426

**E-FILED**

Hon. Edward M. Chen
District Judge
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom 5-17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Case No. 3:12-cv-05667-EMC
            *Nextdoor.com, Inc. v. Raj Abhyanker, et al.* **- Discovery Letter Brief**

Dear Judge Chen:

    This is to advise the Court that one of the issues presented in the Joint Discovery Letter between Nextdoor.com and Daniel Hansen, filed on May 23, 2004 (Dkt. No. 195) has been mooted by subsequent developments.

    Specifically, Issue No. 3, involving Mr. Hansen's refusal to produce Mr. Abhyanker's Proprietary Invention and Assignment Agreement ("PIAA") with Fatdoor, Inc., has been mooted. Although neither Mr. Hansen nor Mr. Abhyanker has produced the PIAA, another third party, the law firm of Goodwin Procter, has produced the PIAA. Goodwin Proctor, which did not assert any privilege, has acted as counsel for the Board of Directors of Center'd, Inc., previously known as Fatdoor, Inc. since 2011.

                Respectfully submitted,

                FENWICK & WEST LLP


                By: /s/ *Jennifer L. Kelly*
                      Jennifer L. Kelly

                Attorneys for Plaintiff and Counterdefendant
                NEXTDOOR.COM, INC.