LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**STIPULATION FOR DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER'S PRODUCTION OF DOCUMENTS** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Counterdefendants. | |

STIPULATION                                              CASE NO. 3:12-cv-05667-EMC

Plaintiff and Counterdefendant Nextdoor.com, Inc. ("Plaintiff") and Defendant and Counterclaimant Raj Abhyanker ("Defendant"), by and through their respective counsel of record, hereby stipulate that Defendant and Counterclaimant Raj Abhyanker shall:

- produce on or by May 30, 2014 a substantial production of documents responsive to Plaintiff's discovery requests from Mr. Abhyanker's @fatdoor.com email address, as well as the non-email documents in Mr. Abhyanker's possession, custody and control, which are both responsive to document requests served by Nextdoor.com and not contained in the Toshiba hard drive of which each party received a mirror copy earlier this month (the "Hard Drive").  Such production will be made via hand delivery before 6pm to Fenwick & West's Mountain View offices;

- agree that in those instances where Mr. Abhyanker's response to Nextdoor.com's written discovery requests reads "To the extent that he locates other responsive documents not previously produced or available to the plaintiffs/Counterclaim Defendants, such documents will be produced," Mr. Abhyanker will be producing all unprivileged, responsive documents in the possession custody or control of Mr. Abhyanker, and that he is not withholding documents on relevancy grounds;

- not withhold from production on the basis of privilege or work product, any correspondence or other responsive documents made to or with third parties (including witnesses) when such correspondence or other responsive documents do not qualify as privileged under the attorney-client privilege or work product doctrine. By way of example, the parties stipulate that emails to third parties, including witnesses, will not be withheld under the attorney-client privilege or as work product, even if attorneys are also copied on such correspondence.

Dated:   May 28, 2014            FENWICK & WEST LLP


                                 By: /s/*Laurence F. Pulgram*
                                     Laurence F. Pulgram

                                 Attorneys for Plaintiff and Counterdefendant
                                 NEXTDOOR.COM, INC.

STIPULATION                          1                    CASE NO. 3:12-cv-05667-EMC

Dated: May 28, 2014	LEGALFORCE RAJ ABHYANKER, P.C.


By: /s/ *Brian Orion*
      Brian Orion

Attorneys for Defendant and Counterclaimant
RAJ ABHYANKER

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Pulgram, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 28, 2014	By: /s/*Laurence F. Pulgram*
      Laurence F. Pulgram

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC.