| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB No. 115163)<br>lpulgram@fenwick.com |
| 2 | JENNIFER L. KELLY (CSB No. 193416)<br>jkelly@fenwick.com |
| 3 | ERIC J. BALL (CSB No. 241327)<br>eball@fenwick.com |
| 4 | MATTHEW B. BECKER (CSB No. 291865)<br>mbecker@fenwick.com |
| 5 | FENWICK & WEST LLP<br>555 California Street |
| 6 | San Francisco, CA 94104<br>Telephone: 415.875.2300 |
| 7 | Facsimile: 415.281.1350 |

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and Counterdefendant
PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAJ ABHYANKER, an individual,<br><br>　　　　　　　Defendant. | CASE NO. 3:12-cv-05667-EMC<br><br>**[PROPOSED]** **ORDER GRANTING NEXTDOOR.COM, INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS A AND B TO THE JOINT DISCOVERY LETTER FILED MAY 27, 2014** |
| RAJ ABHYANKER, an individual,<br><br>　　　　　　　Counterclaimant,<br><br>　　v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>　　　　　　　Counterdefendants. | |

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO SEAL

CASE NO. 3:12-cv-05667-EMC

1  Having reviewed Plaintiff and Counterdefendant Nextdoor.com, Inc.'s Motion for
2  Administrative Relief to Seal, the Motion is hereby GRANTED.
3  Nextdoor.com, Inc. shall file the following under seal:
4      (1)    Exhibit A to the Joint Discovery Letter of May 27, 2014.
5      (2)    Exhibit B to the Joint Discovery Letter of May 27, 2014.
6  The above Exhibit A is hereby designated and is to be treated as ATTORNEYS' EYES
7  ONLY, and the above Exhibit B is hereby designated and is to be treated as CONFIDENTIAL,
8  pursuant to the Stipulated Protective Order (Dkt. 102).

**IT IS SO ORDERED**.

Dated: \_\_\_\_5/29\_\_\_\_, 2014



_____
Honorable
United