1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  ILANA S. RUBEL (CSB No. 221517)
   irubel@fenwick.com
4  ERIC J. BALL (CSB No. 241327)
   eball@fenwick.com
5  MATTHEW B. BECKER (CSB No. 291865)
   mbecker@fenwick.com
6  FENWICK & WEST LLP
   555 California Street
7  San Francisco, CA  94104
   Telephone:     415.875.2300
8  Facsimile:     415.281.1350

9  Attorneys for Plaintiff and Counterdefendant
   NEXTDOOR.COM, INC. and Counterdefendant
10 PRAKASH JANAKIRAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>RAJ ABHYANKER, an individual,<br><br>          Defendant.<br><hr>RAJ ABHYANKER, an individual,<br><br>          Counterclaimant,<br><br>     v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive, | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF ILANA S. RUBEL ON BEHALF OF PLAINTIFF AND COUNTERDEFENDANT NEXTDOOR.COM, INC. AND COUNTERDEFENDANT PRAKASH JANAKIRAMAN** |

1 | Counterdefendants.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
ILANA S. RUBEL   1   Case No. 3:12-cv-05667-EMC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ilana S. Rubel of Fenwick & West LLP hereby enters her appearance on behalf of Plaintiff and Counterdefendant NEXTDOOR.COM, INC. and Counterdefendant PRAKASH JANAKIRAMAN.

Ms. Rubel's email addresses, for purposes of receipt of notices of electronic filing are irubel@fenwick.com; gdunlap@fenwick.com.

Dated: May 30, 2014          FENWICK & WEST LLP


By: _____/s/ Ilana S. Rubel_____
      Ilana S. Rubel

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC. and
Counterdefendant PRAKASH JANAKIRAMAN

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF ILANA S. RUBEL      2      Case No. 3:12-cv-05667-EMC