Harpreet S. Walia, Esq. (SBN 176136)
Lisa M. Chapman, Esq. (SBN 118113)
Michael Wiesner, Esq.  (SBN 281849)
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 813-9700
Facsimile:  (650) 813-9777
E-Mail:  hwalia@rroyselaw.com
         lchapman@rroyselaw.com
         mwiesner@rroyselaw.com

Attorneys for Counterdefendants SANDEEP SOOD and
MONSOON ENTERPRISES, INC. a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL, MICHAEL WIESNER** |
| RAJ ABHYANKER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS VII, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. VII LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., an unknown business entity, and DOES 1-50, inclusive,<br><br>Counterdefendants. | Judge:   Honorable Edward M. Chen<br>Trial:    December 1, 2014 |

The following counsel hereby enters notice of appearance on behalf of Counterdefendants Sandeep Sood and Monsoon Enterprises, Inc. for all matters in this matter.

>Michael Wiesner, California State Bar No. 281849
>Royse Law Firm, PC
>1717 Embarcadero Road
>Palo Alto, CA 94303
>Telephone: (650) 813-9700
>Facsimile:  (650) 813-9777
>Email: mwiesner@rroyselaw.com

Dated: June 4, 2014               ROYSE LAW FIRM, PC

                                  By: /s/ Michael Wiesner
                                      Harpreet S. Walia
                                      Lisa M. Chapman
                                      Michael Wiesner
                                      Attorneys for Counterdefendants
                                      SANDEEP SOOD and
                                      MONSOON ENTERPRISES, INC.