United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., | No. C-12-5667 EMC |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' DISCOVERY LETTER BRIEF OF JUNE 4, 2014; AND REFERRAL ORDER TO MAGISTRATE JUDGE FOR ALL DISCOVERY DISPUTES** |
| RAJ ABHYANKER, | |
| Defendant. | |
| _____/ | **(Docket No. 205)** |
| RAJ ABHYANKER, | |
| Counterclaimant, | |
| v. | |
| NEXTDOOR.COM, INC., *et al.*, | |
| Counterdefendants. | |
| _____/ | |

Abhyanker's depositions shall be conducted on June 6 and 7, 2014 as scheduled. This is without prejudice as to Nextdoor.com's ability to seek an additional deposition of Abhyanker if it can demonstrate good cause; *e.g.*, that it could not reasonably have reviewed the documents produced by Abhyanker in advance of the depositions.

Abhyanker may not be entirely excluded from the depositions of Nextdoor.com or Janakiraman. He may be excluded from the depositions only during the times when Nextdoor.com's competitive business information is discussed.

From this point forward, discovery is referred to a magistrate judge, who will be assigned by the Court. All further discovery disputes, including those that may arise in the deposition, shall be addressed to the magistrate judge.

IT IS SO ORDERED.

Dated: June 5, 2014

_____
EDWARD M. CHEN
United States District Judge

2