UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., | No. C-12-5667 EMC |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' DISCOVERY LETTER BRIEF OF JUNE 4, 2014** |
| RAJ ABHYANKER, | |
| Defendant. | **(Docket No. 206)** |
| RAJ ABHYANKER, | |
| Counterclaimant, | |
| v. | |
| NEXTDOOR.COM, INC., *et al.*, | |
| Counterdefendants. | |

To the extent that Nextdoor.com is refusing to produce AEO (Attorneys' Eyes Only) documents until Abhyanker's counsel certifies that Abhyanker will not review them and that a protocol will be established preventing Abhyanker's access, the Court orders as follows:

    (1)    Nextdoor.com may designate documents as AEO in accordance with the Protective Order (Docket No. 102);

    (2)    Abhyanker's counsel shall make the certification above; and

    (3)    Nextdoor.com shall produce the AEO documents immediately upon such certification.

If Abhyanker believes the documents are overdesignated, he may seek remedies provided for in the Protective Order.

As to the request for production Abhyanker has served on Sood and Monsoon, the parties shall stipulate to which requests for production are relevant to the remaining trade secret claim, and Sood and Monsoon shall accordingly respond to the requests.

Abhyanker's request to extend discovery and production of expert reports by 30 days is denied.

From this point forward, discovery is referred to a magistrate judge, who will be assigned by the Court. All further discovery disputes, including those that arise out of this Order, shall be addressed to the magistrate judge.

IT IS SO ORDERED.

Dated: June 5, 2014

_____
EDWARD M. CHEN
United States District Judge

2