1   LATHAM & WATKINS LLP
        Steven M. Bauer (Bar No. 135067)
2        *steven.bauer@lw.com*
    505 Montgomery Street, Suite 2000
3   San Francisco, California  94111-6538
    Telephone:  +1.415.391.0600
4   Facsimile:  +1.415.395.8095

5   LATHAM & WATKINS LLP
        Matthew Rawlinson (Bar No. 231890)
6        *matt.rawlinson@lw.com*
        Adam M. Regoli (Bar No. 262903)
7        *adam.regoli@lw.com*
        Julian W. Park (Bar No. 263501)
8        *julian.park@lw.com*
    140 Scott Drive
9   Menlo Park, California  94025
    Telephone:  +1.650.328.4600
10  Facsimile:  +1.650.463.2600

11  Attorneys for Counterdefendants Benchmark
    Capital Partners, L.P and Benchmark Capital
12  Management Co. LLC

13  [*additional stipulating parties on signature page*]

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17  NEXTDOOR.COM, INC., a Delaware          CASE NO. 3:12-cv-05667-EMC
    corporation,
18
                                           **STIPULATION AND [PROPOSED] ORDER**
19           Plaintiff,                     **FOR VOLUNTARY DISMISSAL WITH**
                                           **PREJUDICE OF DEFENDANT AND**
20           vs.                            **COUNTERCLAIMANT RAJ ABHYANKER'S**
                                           **COUNTERCLAIM FOR MISAPPROPRIATION**
21  RAJ ABHYANKER, an individual,          **OF TRADE SECRETS AGAINST**
                                           **COUNTERDEFENDANTS BENCHMARK**
22           Defendant.                     **CAPITAL PARTNERS, L.P., BENCHMARK**
                                           **MANAGEMENT CO., LLC, SANDEEP SOOD,**
23                                         **AND MONSOON ENTERPRISES, INC.**

24

25                                         Case Filed: November 5, 2012

26                                         Judge: Honorable Edward M. Chen

27

28                                         (*Caption continues next page*)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC

1   RAJ ABHYANKER, an individual,

2                  Counterclaimant,

3             vs.

4   NEXTDOOR.COM, INC., a Delaware
     corporation;  PRAKASH
5   JANAKIRAMAN, an individual;
     BENCHMARK CAPITAL PARTNERS,
6   L.P., a Delaware limited partnership;
     BENCHMARK CAPITAL
7   MANAGEMENT CO. LLC,
     a Delaware limited liability company;
8   SANDEEP SOOD, an individual;
     MONSOON ENTERPRISES, INC., a
9   California corporation, and DOES 1-50,
     inclusive,

10

11                Counterdefendants.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC

1

**STIPULATION OF DISMISSAL**

2       WHEREAS, on April 12, 2013, Defendant and Counterclaimant Raj Abhyanker

3 ("Abhyanker") filed a First Amended Answer and Counterclaims [Dkt. No. 59] ("FACC"),

4 asserting a counterclaim for trade secret misappropriation against Sandeep Sood and Monsoon

5 Enterprises, Inc. (together, "Monsoon") and Benchmark Capital Partners, L.P. and Benchmark

6 Capital Management Co., LLC (together, "Benchmark");

7       WHEREAS, on August 2, 2013, Monsoon answered the FACC [Dkt. No. 104];

8       WHEREAS, on December 5, 2013, Abhyanker filed a Second Amended Answer and

9 Counterclaims [Dkt. No. 132] ("SACC"), asserting a counterclaim for trade secret

10 misappropriation against Monsoon and Benchmark;

11       WHEREAS, on June 5, 2014, Benchmark answered the SACC [Dkt. No. 209];

12       WHEREAS, Abhyanker wishes to dismiss and release all claims against Monsoon, and

13 each of its present and former partners, members, directors, officers, employees, subsidiaries,

14 affiliates, predecessors, successors, insurers, attorneys, stockholders and agents (the "Monsoon

15 Related Parties"), based on the facts and circumstances alleged in the FACC and SACC;

16       WHEREAS, Abhyanker wishes to dismiss and release all claims against Benchmark, and

17 each of its present and former partners, members, directors, officers, employees, subsidiaries,

18 affiliates, funds, predecessors, successors, insurers, attorneys, stockholders and agents (the

19 "Benchmark Related Parties"), based on the facts and circumstances alleged in the FACC and

20 SACC;

21      Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate and agree as

22 follows:

23     1.   Abhyanker hereby dismisses with prejudice all claims or counterclaims against

24         Benchmark and Monsoon in the above-captioned action;

25     2.   Abhyanker releases all claims against the Benchmark Related Parties and the

26         Monsoon Related Parties, whether known or unknown, based on the facts and

27         circumstances set forth in the FACC and SACC;

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC

3.   Abhyanker shall not take any further discovery of Benchmark or Monsoon in the above-captioned action, and all pending discovery requests to Benchmark and Monsoon, including but not limited to document requests, interrogatories, and deposition notices, are hereby withdrawn;

4.   Abhyanker shall have no further obligation to respond to pending discovery requests promulgated by Benchmark or Monsoon; and

5.   The parties shall bear their own fees and costs.

IT IS SO STIPULATED.

Dated:  June 6, 2014                          Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.

By  /s/ Bruno W. Tarabichi
    Bruno W. Tarabichi
    Heather Norton
    Scott J. Allen
    Alex Rudd
    Brian Orion

    Attorneys for Defendant and
    Counterclaimant Raj Abhyanker

Dated:  June 6, 2014                          Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ Matthew Rawlinson
    Matthew Rawlinson
    Julian W. Park

    Attorneys for Counterdefendants
    Benchmark Capital Partners, L.P., and
    Benchmark Capital Management Co. LLC

Dated:  June 6, 2014                          Respectfully submitted,

ROYSE LAW FIRM, P.C.

By  /s/ Harpeet S. Walia
    Harpreet S. Walia
    Lisa M. Chapman
    Michael Wiesner

    Attorneys for Counterdefendants Sandeep
    Sood and Monsoon Enterprises, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC

1

## ATTESTATION

2          Pursuant to Civil Local Rule 5-1, I certify that I obtained in the filing of this document

3   the concurrence from all parties whose electronic signatures appear above.

4

5   Dated:  June 6, 2014                                  /s/ Matthew Rawlinson
                                                          _____
6                                                         Matthew Rawlinson

7

          **IT IS SO ORDERED**.

8

9

10  Dated:  _____            _____

11                                             Honorable Edward M. Chen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC