1  LATHAM & WATKINS LLP
       Steven M. Bauer (Bar No. 135067)
2        *steven.bauer@lw.com*
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone:  +1.415.391.0600
4  Facsimile:  +1.415.395.8095

5  LATHAM & WATKINS LLP
       Matthew Rawlinson (Bar No. 231890)
6        *matt.rawlinson@lw.com*
       Adam M. Regoli (Bar No. 262903)
7        *adam.regoli@lw.com*
       Julian W. Park (Bar No. 263501)
8        *julian.park@lw.com*
   140 Scott Drive
9  Menlo Park, California  94025
   Telephone:  +1.650.328.4600
10 Facsimile:  +1.650.463.2600

11 Attorneys for Counterdefendants Benchmark
   Capital Partners, L.P and Benchmark Capital
12 Management Co. LLC

13 [*additional stipulating parties on signature page*]

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17 NEXTDOOR.COM, INC., a Delaware            CASE NO. 3:12-cv-05667-EMC
   corporation,
18
                                             **STIPULATION AND [PROPOSED] ORDER
                Plaintiff,                    FOR VOLUNTARY DISMISSAL WITH
19                                            PREJUDICE OF DEFENDANT AND
                                             COUNTERCLAIMANT RAJ ABHYANKER'S
20        vs.                                 COUNTERCLAIM FOR MISAPPROPRIATION
                                             OF TRADE SECRETS AGAINST
21 RAJ ABHYANKER, an individual,             COUNTERDEFENDANTS BENCHMARK
                                             CAPITAL PARTNERS, L.P., BENCHMARK
22             Defendant.                     MANAGEMENT CO., LLC, SANDEEP SOOD,
                                             AND MONSOON ENTERPRISES, INC.**
23

24

25                                           Case Filed: November 5, 2012

26                                           Judge: Honorable Edward M. Chen

27

28                                           (*Caption continues next page*)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC

1   RAJ ABHYANKER, an individual,

2                           Counterclaimant,

3                   vs.

4   NEXTDOOR.COM, INC., a Delaware
    corporation;  PRAKASH
5   JANAKIRAMAN, an individual;
    BENCHMARK CAPITAL PARTNERS,
6   L.P., a Delaware limited partnership;
    BENCHMARK CAPITAL
7   MANAGEMENT CO. LLC,
    a Delaware limited liability company;
8   SANDEEP SOOD, an individual;
    MONSOON ENTERPRISES, INC., a
9   California corporation, and DOES 1-50,
    inclusive,

10
                            Counterdefendants.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**

WHEREAS, on April 12, 2013, Defendant and Counterclaimant Raj Abhyanker ("Abhyanker") filed a First Amended Answer and Counterclaims [Dkt. No. 59] ("FACC"), asserting a counterclaim for trade secret misappropriation against Sandeep Sood and Monsoon Enterprises, Inc. (together, "Monsoon") and Benchmark Capital Partners, L.P. and Benchmark Capital Management Co., LLC (together, "Benchmark");

WHEREAS, on August 2, 2013, Monsoon answered the FACC [Dkt. No. 104];

WHEREAS, on December 5, 2013, Abhyanker filed a Second Amended Answer and Counterclaims [Dkt. No. 132] ("SACC"), asserting a counterclaim for trade secret misappropriation against Monsoon and Benchmark;

WHEREAS, on June 5, 2014, Benchmark answered the SACC [Dkt. No. 209];

WHEREAS, Abhyanker wishes to dismiss and release all claims against Monsoon, and each of its present and former partners, members, directors, officers, employees, subsidiaries, affiliates, predecessors, successors, insurers, attorneys, stockholders and agents (the "Monsoon Related Parties"), based on the facts and circumstances alleged in the FACC and SACC;

WHEREAS, Abhyanker wishes to dismiss and release all claims against Benchmark, and each of its present and former partners, members, directors, officers, employees, subsidiaries, affiliates, funds, predecessors, successors, insurers, attorneys, stockholders and agents (the "Benchmark Related Parties"), based on the facts and circumstances alleged in the FACC and SACC;

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate and agree as follows:

1. Abhyanker hereby dismisses with prejudice all claims or counterclaims against Benchmark and Monsoon in the above-captioned action;

2. Abhyanker releases all claims against the Benchmark Related Parties and the Monsoon Related Parties, whether known or unknown, based on the facts and circumstances set forth in the FACC and SACC;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC

3.   Abhyanker shall not take any further discovery of Benchmark or Monsoon in the above-captioned action, and all pending discovery requests to Benchmark and Monsoon, including but not limited to document requests, interrogatories, and deposition notices, are hereby withdrawn;

4.   Abhyanker shall have no further obligation to respond to pending discovery requests promulgated by Benchmark or Monsoon; and

5.   The parties shall bear their own fees and costs.

IT IS SO STIPULATED.

Dated:  June 6, 2014                    Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.

By  /s/ Bruno W. Tarabichi
    Bruno W. Tarabichi
    Heather Norton
    Scott J. Allen
    Alex Rudd
    Brian Orion

    Attorneys for Defendant and
    Counterclaimant Raj Abhyanker

Dated:  June 6, 2014                    Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ Matthew Rawlinson
    Matthew Rawlinson
    Julian W. Park

    Attorneys for Counterdefendants
    Benchmark Capital Partners, L.P., and
    Benchmark Capital Management Co. LLC

Dated:  June 6, 2014                    Respectfully submitted,

ROYSE LAW FIRM, P.C.

By  /s/ Harpeet S. Walia
    Harpreet S. Walia
    Lisa M. Chapman
    Michael Wiesner

    Attorneys for Counterdefendants Sandeep
    Sood and Monsoon Enterprises, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC

1

**ATTESTATION**

2        Pursuant to Civil Local Rule 5-1, I certify that I obtained in the filing of this document

3 the concurrence from all parties whose electronic signatures appear above.

4

5 Dated:  June 6, 2014                                    /s/ Matthew Rawlinson

6                                                                        Matthew Rawlinson

7

8        **IT IS SO ORDERED**.

9

10 Dated:  _____        6/9/14

11                                                          Honor

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL OF BENCHMARK, SOOD & MONSOON
Case Number: 3:12-cv-05667-EMC