UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJ ABHYANKER, <br><br> Defendant. <br><br> _____/ <br><br> RAJ ABHYANKER, <br><br> Counterclaimant, <br><br> v. <br><br> NEXTDOOR.COM, INC., *et al.*, <br><br> Counterdefendants. <br> _____/ | No. C-12-5667 EMC <br><br> **ORDER RE (1) DISCOVERY LETTER BRIEFS OF JUNE 9 AND JUNE 10, 2014; (2) WITHDRAWAL OF DISCOVERY REFERRAL TO MAGISTRATE JUDGE CORLEY; AND (3) REFERRAL TO MAGISTRATE JUDGE FOR ALL DISCOVERY DISPUTES** <br><br> **(Docket Nos. 213, 214)** |

On June 5, 2014, this Court referred discovery in this case to a magistrate judge, and Magistrate Judge Corley was assigned. On June 9, the parties submitted a joint discovery letter brief regarding a discovery dispute. Docket No. 213. Judge Corley, however, is unavailable until June 16, 2014. Because non-expert discovery is set to close on June 19, 2014 and the parties need to resolve their discovery disputes as quickly as possible, this Court withdraws the referral to Judge Corley. From this point forward, discovery is referred to a different magistrate judge, who will be

///

///

assigned by the Court. All further discovery disputes, including those raised in the Joint Discovery Letter Brief Docket No. 213, shall be addressed to the newly assigned magistrate judge.

    IT IS SO ORDERED.

Dated: June 10, 2014

_____
EDWARD M. CHEN
United States District Judge

2