| | |
|---|---|
| 1 | **BRUNO W. TARABICHI**, CA State Bar No. 215129 |
| | bruno@legalforcelaw.com |
| 2 | **HEATHER R. NORTON**, CA State Bar No. 257014 |
| | heather@legalforcelaw.com |
| 3 | **SCOTT J. ALLEN**, CA State Bar No. 178925 |
| | scott@legalforcelaw.com |
| 4 | **BRIAN ORION**, CA State Bar No. 239460 |
| | brian@legalforcelaw.com |
| 5 | **LEGALFORCE RAJ ABHYANKER, P.C.** |
| | 1580 W. El Camino Real, Suite 13 |
| 6 | Mountain View, California 94040 |
| | Telephone:  650.965.8731 |
| 7 | Facsimile:   650.989.2131 |
| 8 | Attorneys for Defendant |
| | Raj Abhyanker |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **DECLARATION OF SCOTT ALLEN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL BY BRUNO TARABICHI, HEATHER NORTON, SCOTT ALLEN, ROY MONTGOMERY AND BRIAN ORION** |
| vs. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |
| | Date:          July 17, 2014 |
| RAJ ABHYANKER, an individual | Time:          1:30 p.m. |
| | Courtroom:  5 – 17th Floor |
| Counterclaimant, | Judge:         Honorable Edward M. Chen |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1–50, inclusive; | |
| Counterdefendants. | |

I, SCOTT ALLEN, declare as follows:

1. I am an attorney at law, duly admitted into practice before all courts for the State of California. I am counsel for Defendant Raj Abhyanker. I make this Declaration in support of the Motion to Withdraw as Counsel By Bruno Tarabichi, Heather Norton, Scott Allen, Roy Montgomery, and Brian Orion. The matters set forth herein are of my own personal knowledge, and if called upon to testify as to such matters, I could and would do so.

**Request For Hearing To Be Held In Camera Without Opposing Counsel**

2. My legal research regarding the recommended best practices for withdrawing in the instant situation reveals that an attorney should request that the court hear the motion to withdraw *ex parte*, in camera. This is the recommended practice by official publications of the California State Bar, such as the California Bar Journal, as well as relevant judicial decisions. It appears that sometimes the presiding Judge will order another judge to conduct the in camera review to avoid prejudice or bias moving forward. *See*, *e.g.*, Diane Karpman, How to Safely Withdraw From a Case, California Bar Journal (May 2010); *United States v. D'Armond*, 65 F. Supp. 2d 1189, 1193 (D. Kan. 1999) (hearing counsel's proffer in support of motion to withdraw *ex parte,* in camera).

3. In order to avoid any breaches of confidentiality to my client Mr. Abhyanker that may result from briefing and hearing the Motion to Withdraw on the record, I respectfully request permission to proffer my reasons in support of withdrawal during an *ex parte*, in camera hearing.

**The California Rules of Professional Conduct Require Withdrawal**

4. Based on my review and analysis of Rule 3-700 of the California Rules of Professional Conduct, I believe that I am ethically required to seek to withdraw in the instant case. I would request permission to proffer the reasons supporting the request to withdraw confidentially in an *ex parte*, in camera hearing so as to not prejudice my client.

**Notice Has Been Given to Client**

5. I have provided advance notice of my intent to seek withdrawal in this case to my client Raj Abhyanker. Mr. Abhyanker has not provided his consent to the withdrawal.

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct.
3   Executed June 11, 2014 at Pacific Grove, California.

                                            /s/ Scott Allen
                                            Scott Allen