**BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
**HEATHER R. NORTON**, CA State Bar No. 257014
heather@legalforcelaw.com
**SCOTT J. ALLEN**, CA State Bar No. 178925
scott@legalforcelaw.com
**BRIAN ORION**, CA State Bar No. 239460
brian@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone:  650.965.8731
Facsimile:   650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY BRUNO TARABICHI, HEATHER NORTON, SCOTT ALLEN, ROY MONTGOMERY AND BRIAN ORION**<br><br>Date:          July 17, 2014<br>Time:         1:30 p.m.<br>Courtroom:  5 – 17th Floor<br>Judge:        Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual<br><br>Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1–50, inclusive;<br><br>Counterdefendants. | |

The Motion to Withdraw filed by Bruno Tarabichi, Heather Norton, Scott Allen, Roy Montgomery, and Brian Orion was heard ex parte in camera on July 17, 2014 at 1:30 p.m. After full consideration of the moving, opposition, and reply papers and oral argument presented by counsel, and good cause appearing therefore, the Motion is GRANTED as follows.

**IT IS HEREBY ORDERED THAT**

1. Bruno Tarabichi, Heather Norton, Scott Allen, Roy Montgomery and Brian Orion are permitted to withdraw as counsel of record for Defendant Raj Abhyanker and are relieved of any and all further duties and responsibilities for Defendant Raj Abhyanker in this case.

2. Defendant Raj Abhyanker shall have 30 days to advise this Court whether he intends to continue to be represented by remaining counsel of record or retain new litigation counsel.

ENTERED this _____ day of July, 2014.

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE