UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CIVIL MOTION MINUTES

Date:     June 13, 2014

Case No:   3:12-cv-05667 EMC

Case Name:   Nextdoor.com, Inc. v. Raj Abhuanker

Counsel for Plaintiff:    Jennifer Kelly, Matthew Becker, Guinevere Jobson

Counsel for Defendant:  Bruno Tarbichi, Brian Orion, Scott Allen (ph)
                        Raj Abhyanker

Deputy Clerk:   Lili M. Harrell          FTR: 10:38a.m. - 11:56 a.m.
                                         Time: 1 hour, 18 min

**PROCEEDINGS:**                                              **RULINGS:**

**Discovery hearing re Letter Brief [213] [221]**              Held

**ORDER:**
- **By 5:00 p.m. today,** defendant Abhyanker must either file a stipulation or motion for dismissal of his counterclaims, or file a notice on the record that he intends to pursue his counterclaims.
- The Court orders preservation of discoverable materials as proposed by plaintiff in docket entry 221.
- The parties must meet and confer further to discuss search terms and protocol, outside vendor proposals, and potential cost shifting.  The parties must update the Court by June 17, 2014, at 12:00 p.m. as to whether they have reached an agreement as to search protocol or if they continue to require Court intervention.  If the latter, the parties must discuss, in joint letter brief format, the cost versus benefit for the proposed additional discovery.
- The Court denies defendant's request to take the depositions of Janakiraman, Tolia, and Love for failure to show relevance or good cause for not having deposed the witnesses sooner.
- The Court grants plaintiff's request to order AT&T to produce subpoenaed documents as soon as possible, without additional notice to defendant Abhyanker.  The subpoenaed information is to be produced subject to the parties' protective order.
- The Court grants plaintiff's request for additional time, not to exceed four hours, to depose defendant Abhyanker.
- The parties are to jointly file a discovery status report by 12:00 p.m. on June 17, 2014, at 12:00 p.m. setting forth their plan and proposed timing for remaining fact discovery.
- The parties are to appear on Wednesday, June 18, 2014, at 2:30 p.m. in Courtroom A to discuss the discovery status report and whether an extension of discovery deadlines is merited.
- For now, the Court denies without prejudice the parties' request to recommend to Judge Chen that he extend discovery deadlines in this case.