1  **BRUNO W. TARABICHI**, CA State Bar No. 215129
   bruno@legalforcelaw.com
2  **HEATHER R. NORTON**, CA State Bar No. 257014
   heather@legalforcelaw.com
3  **SCOTT J. ALLEN**, CA State Bar No. 178925
   scott@legalforcelaw.com
4  **LEGALFORCE RAJ ABHYANKER, P.C.**
   1580 W. El Camino Real, Suite 13
5  Mountain View, California 94040
   Telephone:  650.965.8731
6  Facsimile:  650.989.2131

7  Attorneys for Defendant and Counterclaimant
   Raj Abhyanker

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>RAJ ABHYANKER, an individual,<br><br>              Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT AND COUNTERCLAIMANT RAJ ABHYANKER'S COUNTERCLAIMS AGAINST COUNTERDEFENDANTS NEXTDOOR.COM, INC. AND PRAKASH JANAKIRAMAN** |
| RAJ ABHYANKER, an individual<br><br>              Counterclaimant,<br><br>      vs.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; and PRAKASH JANAKIRAMAN, an individual;<br><br>              Counterdefendants. | Case Filed:  November 5, 2012<br><br>Judge: Honorable Edward M. Chen |

Plaintiffs/Counterdefendants Nextdoor.com, Inc. ("Nextdoor.com") and Prakash Janakiraman ("Janakiraman") and Defendant/Counterclaimant Raj Abhyanker ("Abhyanker"), through their counsel of record, hereby stipulate and agree, and request the Court to enter, the following Order resolving Abhyanker's counterclaims in this matter.

1. On December 5, 2013, Abhyanker filed a Second Amended Answer and Counterclaims [Dkt. No. 132] ("SACC"), asserting counterclaims for trade secret misappropriation against Nextdoor.com and Janakiraman, and trademark infringement, infringement of an unregistered mark, and California unfair competition against Nextdoor.com.

2. On May 8, 2014, Nextdoor.com and Abhyanker stipulated to a dismissal of Abhyanker's trademark infringement counterclaim, and to entry of judgment on Nextdoor.com's claim for declaratory judgment that it has established trademark rights, including priority of use, of the NEXTDOOR Mark in the field of online social networking [Dkt. 188].

3. Abhyanker, on behalf of himself and any entities he controls, now or in the future, wishes to dismiss with prejudice and forever release all remaining counterclaims against Nextdoor.com and Janakiraman.

4. Each party preserves the right to move for or oppose an award of attorneys' fees and costs with respect to the matters dismissed and adjudicated by this Order at an appropriate time in this action and to present any and all admissible evidence with respect to such a motion.

5. Nothing in this Stipulation shall be construed as an admission of liability or wrongdoing of any kind by any of the parties hereto.

Stipulated and agreed to this 13th day of June 2014.

/s/  Bruno W. Tarabichi
Bruno W. Tarabichi
Heather R. Norton
Scott J. Allen
Attorneys for Defendant
Raj Abhyanker

/s/  Ilana Rubel
FENWICK & WEST LLP
Ilana Rubel
Attorneys for Plaintiffs and
Counterdefendants Nextdoor.com, Inc.
and Prakash Janakiraman

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this filing have provided their consent to this filing.

/s/ Bruno W. Tarabichi
Bruno W. Tarabichi

# [PROPOSED] ORDER

In accordance with the stipulation of the parties, and for good cause shown, the Court hereby orders, adjudges and decrees that:

1. Counterclaimant Raj Abhyanker's claim of trade secret misappropriation is hereby dismissed with prejudice.

2. Counterclaimant Raj Abhyanker's claims of trademark infringement, to the extent not already dismissed pursuant to the Court's Entry of Partial Dismissal, Dkt. 192, are hereby dismissed with prejudice.

3. Counterclaimant Raj Abhyanker's claim of California Unfair Competition is hereby dismissed with prejudice.

IT IS SO ORDERED.

ENTERED this _____ day of June, 2014.

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28