| | |
|---|---|
| 1 | **BRUNO W. TARABICHI**, CA State Bar No. 215129 |
| | bruno@legalforcelaw.com |
| 2 | **HEATHER R. NORTON**, CA State Bar No. 257014 |
| | heather@legalforcelaw.com |
| 3 | **SCOTT J. ALLEN**, CA State Bar No. 178925 |
| | scott@legalforcelaw.com |
| 4 | **LEGALFORCE RAJ ABHYANKER, P.C.** |
| | 1580 W. El Camino Real, Suite 13 |
| 5 | Mountain View, California 94040 |
| | Telephone: 650.965.8731 |
| 6 | Facsimile: 650.989.2131 |

Attorneys for Defendant and Counterclaimant
Raj Abhyanker

FILED JUN 18 P 3:05

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **RESPONSE TO COUNSELS' MOTION TO WITHDRAW** |
| vs. | |
| RAJ ABHYANKER, an individual, | Case Filed: November 5, 2012 |
| Defendant. | Judge: Honorable Edward M. Chen |
| RAJ ABHYANKER, an individual | |
| Counterclaimant, | |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation; and PRAKASH JANAKIRAMAN, an individual; | |
| Counterdefendants. | |

1  I understand that my counsel has claimed that they must mandatorily withdraw on June 11, 2014 (Dkt. 217). However, I believe that my counsels' concerns largely stem from the harassment and fear that they have suffered at the hands of counsel for Nextdoor, and are not genuinely supported in any State Bar requirement requiring them to withdraw.  My counsel is well versed on the facts in this case, and I need their support for the remainder of this case through trial.

Permitting my counsel to withdraw at this late stage of discovery will create irreparable harm to me and my rights in this case.  Particularly, the facts in my case are detailed and complex. It will be extremely difficult for me to find new counsel in my case with the remaining months before trial.  For these reasons, I respectfully request that the Court not permit my counsel to withdraw in this case until and unless I am able to find counsel to represent me with respect to remaining issues in this matter.

Submittedon this 18th day of June 2014.

Raj Abhyanker
Defendant