UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CIVIL MOTION MINUTES

Date:       June 18, 2014

Case No:    3:12-cv-05667 EMC

Case Name:  Nextdoor.com, Inc. v. Raj Abhuanker

Counsel for Plaintiff:   Jennifer Kelly, Matthew Becker, Guinevere Jobson

Counsel for Defendant:  Scott Allen, Brian Orion, Scott Allen
                        Raj Abhyanker

Deputy Clerk:   Lili M. Harrell          FTR: 3:15 p.m. – 3:58 p.m.
                                         Time: 37 min

**PROCEEDINGS:**                         **RULINGS:**

Further discovery hearing                              Held

**ORDER:**
- The Court finds good cause to extend the time period for defendant to take the deposition of Nextdoor's 30(b)(6) witness on the subject of priority use.
- The Court takes the remaining discovery disputes under submission.

cc: