**BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
**HEATHER R. NORTON**, CA State Bar No. 257014
heather@legalforcelaw.com
**SCOTT J. ALLEN**, CA State Bar No. 178925
scott@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Defendant and Counterclaimant
Raj Abhyanker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE HEARING FOR COUNSELS' MOTION TO WITHDRAW**<br><br>Case Filed: November 5, 2012<br>Judge: Honorable Edward M. Chen |

On June 11, 2014, Counsel for Defendant Raj Abhyanker "(Abhyanker") filed a Motion to Withdraw as Counsel and Request for an *Ex Parte* In Camera Hearing (the "Motion"). [Dkt. 217]. The hearing date was initially set for July 17, 2014. On June 13, 2014, the Court issued a notice moving the hearing date to July 24, 2014. [Dkt. 222].

Defendant Abhyanker is unavailable on July 24, 2014, as is Abhyanker's lead counsel Bruno Tarabichi. Accordingly, Plaintiff Nextdoor.com, Inc. ("Nextdoor.com") and Defendant Raj Abhyanker ("Abhyanker"), through their counsel of record, hereby stipulate and agree, and request the Court to enter, the following Order advancing the hearing date on the Motion to July

10, 2014. By so stipulating, Nextdoor.com does not waive, and hereby expressly reserves, its right to oppose the motion or ask for certain conditions to be imposed to ensure Abhyanker's compliance with his discovery and other obligations in this case.

Stipulated and agreed to this 19th day of June 2014.

/s/ Heather R. Norton
Bruno W. Tarabichi
Heather R. Norton
Scott J. Allen
Attorneys for Defendant
Raj Abhyanker


/s/ Jennifer Kelly
FENWICK & WEST LLP
Attorneys for Plaintiff and
Counterdefendant Nextdoor.com, Inc.

1

2

3
**[PR~~O~~OSED] ORDER**

4    In accordance with the stipulation of the parties, and for good cause shown, the Court

5 hereby orders, adjudges and decrees that:

6

7    1. An *ex parte* in camera hearing will be held on the Motion to Withdraw as Counsel on July 10, 2014 at 1:30 PM in Courtroom 5, 17th Floor before Hon. Judge Edward M. Chen.

8

9    2. Responses due by June 27, 2014. Replies due by July 2, 2014.

10

11   3. Nextdoor.com reserves its right to oppose the motion or request conditions be imposed to ensure Abhyanker's compliance with any and all of his discovery obligations in this action.

12

13

14    IT IS SO ORDERED.

15

16    ENTERED this ___23rd___ day of June, 2014.

17

18    _____
HON. E...
UNITED...   ...GE

19

20 

21

22

23

24

25

26

27

28

-3-    STIPULATION TO ADVANCE HEARING DATE
3:12-cv-05667-EMC