UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER,<br><br>    Defendant.<br>_____/<br><br>RAJ ABHYANKER,<br><br>    Counterclaimant,<br><br>    v.<br><br>NEXTDOOR.COM, INC., *et al.*,<br><br>    Counterdefendants.<br>_____/ | No. C-12-5667 EMC<br><br>**ORDER RE MOTION TO WITHDRAW AS COUNSEL**<br><br>**(Docket No. 217)** |

       Defendant Abhyanker's counsel ("Counsel"), Bruno Tarabichi, Heather Norton, Scott Allen, Roy Montgomery, and Brian Orion, have filed a motion to withdraw as attorneys in this matter. Docket No. 217. Each of them has submitted a declaration, identical but for the name of the attorney, stating that he or she is "ethically required to seek to withdraw" pursuant to Rule 3-700 of the California Rules of Professional Conduct. Docket Nos. 217-1 to 217-5. Counsel, however, provide no further detail.

       Hearing for the motion is scheduled for July 10, 2014. Counsel request the hearing be held *ex parte*, in camera, to avoid breaches of confidentiality with their client Abhyanker.

Abhyanker opposes the motion, stating that permitting Counsel to withdraw at this late stage would cause him irreparable harm. Docket No. 230. The discovery deadline has passed and trial is scheduled to begin on December 1, 2014. Abhyanker asserts that Counsel is well versed in the detailed and complex facts of the case, and that it would be extremely difficult for him to find new counsel. Docket No. 230. Abhyanker requests the Court to refuse Counsel permission to withdraw until and unless he is able to find counsel to represent him in this matter. *Id*.

The Court **GRANTS** Counsel's request that the July 10 hearing be held *ex parte*, in camera. Counsel are ordered to file under seal, by Friday June 27, 2014, the grounds they believe ethically require them to withdraw. Counsel shall also provide any grounds they believe warrant another judge to conduct review "to avoid prejudice or bias moving forward." Docket No. 217-1. The papers shall be served on Mr. Abhyanker. Mr. Abhyanker may file a response by July 3, under seal and *ex parte*.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
EDWARD M. CHEN
United States District Judge

2