**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** | June 26, 2014 | **FTR Time:** 10:44-11:23 |
| **Case No. and Name:** | C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker, et al. | |
| **Attorneys:** | Laurence Pulgram and Jennifer Kelly for Plaintiff | |
| | Brian Orion and Heather Norton for Defendant Abhyanker | |
| **Deputy Clerk:** | Betty Lee | |

### PROCEEDINGS:

Status Conference

### SUMMARY:

For the reasons stated on the record, discovery relevant to Abhyanker's alleged bad faith shall be focused on the affirmative claims remaining in the case, including Nextdoor.com's cause of action for cyberpiracy, which may encompass "bad faith intent to profit from [a protected] mark."  15 U.S.C. §1125(d)(1).  At this juncture, discovery directed to showing bad faith/fraud generally in support of Nextdoor.com's future claim for attorney's fees should be deferred until after adjudication on the merits of the substantive claims.   Parties shall continue working with Magistrate Judge Cousins to resolve discovery disputes.

The Court adopts Plaintiff's new discovery deadlines as follows:

| | |
|---|---|
| Fact discovery cut off: | from 6/19/14 to 7/18/14 |
| Opening expert reports: | from 6/19/14 to 7/25/14 |
| Rebuttal expert reports: | from 7/17/14 to 8/8/14 |
| Expert discovery cut off: | from 8/7/14 to 8/22/14 |
| Last day to hear dispositive motions: | from 9/4/14 to 10/9/14 at 1:30 p.m. |

Pretrial conference remains set for 11/18/14 at 2:30 p.m.  Jury trial remains set for 12/1/14 at 8:30 a.m.

Court to issue ruling on Motion to Relate shortly.  Further status conference is scheduled for 7/24/14 at 10:30 a.m.  An updated joint status report shall be filed by 7/17/14.