**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., | No. C-12-5667 EMC |
| Plaintiff, | |
| v. | **ORDER ASSIGNING MOTION TO WITHDRAW AS COUNSEL** |
| RAJ ABHYANKER, | **(Docket No. 217)** |
| Defendant. | |
| _____/ | |
| RAJ ABHYANKER, | |
| Counterclaimant, | |
| v. | |
| NEXTDOOR.COM, INC., *et al.*, | |
| Counterdefendants. | |
| _____/ | |

        The above-referenced motion is hereby assigned to the Honorable William H. Orrick, III, for

resolution.  The hearing on the matter shall be held at 9:00 a.m., July 10, 2014, Courtroom 2, 450

Golden Gate Avenue, 17th Floor, San Francisco, California.


        IT IS SO ORDERED.


Dated:  June 27, 2014

                                        _____
                                        EDWARD M. CHEN
                                        United States District Judge