UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER,<br><br>    Defendant. | Case No. 12-cv-05667-EMC (WHO)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW** |

I have been assigned the Motion to Withdraw as Counsel filed by defendant Raj Abhyanker's counsel in this matter. I will have no other responsibility in this case, and so disclosure to me of the facts that form the basis of the motion to withdraw will not compromise Abhyanker's case. Accordingly, I ORDER Abhyanker's counsel to file under seal, by July 2, 2014, a declaration setting forth the factual basis for their belief that they are ethically required to withdraw. If each lawyer has a different basis for asserting that he or she needs to withdraw, separate declarations are necessary. They may also submit further authority for their position if they wish, but that is not necessary. The declaration(s) and other pleadings, if any, shall be served on Mr. Abhyanker, who may file a response under seal by July 7, 2014. I will hold a hearing *ex parte*, *in camera*, on July 10, 2014 at 9 a.m. in Courtroom 2, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 30, 2014

WILLIAM H. ORRICK
United States District Judge