LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Plaintiff and Counterdefendant
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>RAJ ABHYANKER, an individual,<br><br>                    Defendant. | Case No. 3:12-cv-05667-EMC<br><br>[~~PROPOSED~~] ORDER RELATING THIS CASE WITH CASE NO. 4:14-CV-2335-KAW<br><br>(Denied) |
| RAJ ABHYANKER, an individual,<br><br>                    Counterclaimant,<br><br>       v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>                    Counterdefendants. | |

[PROPOSED] ORDER RELATING CASES                                                                 CASE NO. 3:12-cv-05667-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  A Motion for Administrative Relief to Consider Whether Cases Should be Related pursuant to L.R. 3-12 and 7-11 has been filed. The Court hereby finds that the more recently-filed case below is related to this case assigned to me, and such case shall be reassigned to me.

*Fatdoor, Inc. and Raj Abhyanker v. Nextdoor.com, Inc.*, No. 4:14-cv-2335-KAW (filed May 20, 2014)

This case shall now bear the number 4:14-cv-2335-EMC. All future filings in this case are to bear this number.  Denied. Not related.

IT IS SO ORDERED.

Dated: June 30, 2014  _____



_____
The Honorable E[dward M. Chen]
United States Dis[trict Judge]

[PROPOSED] ORDER RELATING CASES     1     CASE NO. 3:12-cv-05667-EMC