**BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
**HEATHER R. NORTON**, CA State Bar No. 257014
heather@legalforcelaw.com
**SCOTT J. ALLEN**, CA State Bar No. 178925
scott@legalforcelaw.com
**BRIAN ORION**, CA State Bar No. 239460
brian@legalforcelaw.com
**KUSCHA HATAMI,** CA State Bar No. 282959
kuscha@legalforcelaw.com
**ROY MONTGOMERY**, CA State Bar No. 279531
roy@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone:  650.965.8731
Facsimile:   650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>RAJ ABHYANKER,<br><br>            Defendant.<br><br>RAJ ABHYANKER,<br><br>            Counterclaimant,<br><br>    vs.<br><br>NEXTDOOR.COM, INC., et al.<br><br>            Counterdefendants. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Courtroom:    5 – 17th Floor<br>Judge:           Honorable Edward M. Chen |

Pursuant to Civil Local Rule 5-1(c)(2)(C), attorneys Bruno Tarabichi, Heather Norton, Scott Allen, and Brian Orion advise the Court that they withdraw as attorneys of record for Defendant Raj Abhyanker in this action. The remaining counsel of record for Defendant Raj Abhyanker (i.e., Kuscha Hatami) remains the same.[1]

Dated: July 2, 2014

Respectfully submitted,

BRUNO TARABICHI
HEATHER NORTON
SCOTT ALLEN
BRIAN ORION

By  /s/
Bruno W. Tarabichi
Heather R. Norton
Scott J. Allen
Brian Orion
Attorneys for Defendant Raj Abhyanker

---

[1] Attorneys Bruno Tarabichi, Heather Norton, Scott Allen, and Brian Orion previously filed a motion to withdraw pursuant to Local Rule 11-5. However, it has come to their attention that Local Rule 11-5 is inapplicable where a party continues to be represented by other counsel such as in the instant case. In such situations, a Notice of Change in Counsel pursuant to Local Rule 5-1(c)(2)(C) is to be filed.