1 | **KUSCHA HATAMI,** CA State Bar No. 282959
kuscha@legalforcelaw.com
2 | **ROY MONTGOMERY**, CA State Bar No. 279531
roy@legalforcelaw.com
3 | **LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
4 | Mountain View, California 94040
Telephone: 650.965.8731
5 | Facsimile: 650.989.2131

6 | Attorneys for Defendant
Raj Abhyanker
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | NEXTDOOR.COM, INC.,

12 |     Plaintiff, | Case No. 3:12-cv-05667-EMC

13 | vs. | **NOTICE OF ROY MONTGOMERY'S JOINDER IN DECLARATION FILED UNDER SEAL AS ECF NO. 253**

14 | RAJ ABHYANKER,

15 |     Defendant. | Courtroom: 2 – 17th Floor
Judge: Honorable William H. Orrick
16

17 | RAJ ABHYANKER,

18 |     Counterclaimant,

19 | vs.

20 | NEXTDOOR.COM, INC., et al.

21 |     Counterdefendants.

1 | Attorney Roy Montgomery hereby provides notice that he joins in the declaration filed under seal to Judge Orrick, which was filed as ECF No. 253.

Dated: July 3, 2014

Respectfully submitted,

ROY MONTGOMERY

By  /s/ Roy Montgomery
Roy Montgomery
Attorneys for Defendant Raj Abhyanker