1  **KUSCHA HATAMI,** CA State Bar No. 282959
   kuscha@legalforcelaw.com
2  **ROY MONTGOMERY**, CA State Bar No. 279531
   roy@legalforcelaw.com
3  **LEGALFORCE RAJ ABHYANKER, P.C.**
   1580 W. El Camino Real, Suite 13
4  Mountain View, California 94040
   Telephone:  650.965.8731
5  Facsimile:   650.989.2131

6  Attorneys for Defendant
   Raj Abhyanker
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | NEXTDOOR.COM, INC.,               | Case No. 3:12-cv-05667-EMC
12 |                Plaintiff,          |
                                        | **NOTICE OF CHANGE IN COUNSEL**
13 |         vs.                        |
14 | RAJ ABHYANKER,                    | Courtroom:   5 – 17th Floor
                                        | Judge:       Honorable Edward M. Chen
15 |                Defendant.          |
16 |                                    |
17 | RAJ ABHYANKER,
18 |                Counterclaimant,
19 |         vs.
20 | NEXTDOOR.COM, INC., et al.
21 |                Counterdefendants.

Pursuant to Civil Local Rule 5-1(c)(2)(C), attorney Roy Montgomery advises the Court that he withdraws as an attorney of record for Defendant Raj Abhyanker in this action. The remaining counsel of record for Defendant Raj Abhyanker (i.e., Kuscha Hatami) remains the same.[1]

Dated: July 3, 2014            Respectfully submitted,

ROY MONTGOMERY

By  /s/ Roy Montgomery
Roy Montgomery
Attorneys for Defendant Raj Abhyanker

---

[1] Attorney Roy Montgomery previously filed a motion to withdraw pursuant to Local Rule 11-5. However, it has come to his attention that Local Rule 11-5 is inapplicable where a party continues to be represented by other counsel such as in the instant case. In such situations, a Notice of Change in Counsel pursuant to Local Rule 5-1(c)(2)(C) is to be filed.