# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJ ABHYANKER, <br><br> Defendant. | Case No. 12-cv-05667 EMC (NC) <br><br> **ORDER REGARDING DISCOVERY DISPUTE** <br><br> Re: Dkt. No. 256 |

The Court recently ordered defendant Raj Abhyanker to produce additional electronic discovery related to plaintiff's trademark and cyberpiracy claims. Dkt. No. 250. The parties now update the Court on their discovery protocol and request that the Court rule on their remaining disagreements. Dkt. No. 256.

The Court rules as follows: (1) defendant must state in a sworn declaration whether he had access to the password and Google Drive for Fatdoor.com at any time from June 8, 2014 through the present; (2) defendant is ordered to produce his tax returns from 2006 through 2009, subject to the parties' protective order. Defendant may redact information in the tax returns unrelated to whether he took any tax deductions or losses related to LegalForce; (3) the parties must exchange privilege logs by July 18, 2014 at 5:00 p.m. Defendant's privilege log may categorically exclude communications between Mr.

Case No. 12-cv-05667 EMC (NC)
ORDER REGARDING DISCOVERY
DISPUTE

Abhaynker and his counsel of record occurring after the initiation of this lawsuit. The parties should meet and confer regarding what other categorical exclusions or strategies may be acceptable to reduce the burden of creating a privilege log given the tight deadlines.

All other requests in docket entry 256 are denied. The parties must continue to meet and confer regarding the finite details of the process of the production.

Any party may object to this order to Judge Chen within 14 days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: July 8, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge