**BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com
**HEATHER R. NORTON**, CA State Bar No. 257014
heather@legalforcelaw.com
**SCOTT J. ALLEN**, CA State Bar No. 178925
scott@legalforcelaw.com
**BRIAN ORION**, CA State Bar No. 239460
brian@legalforcelaw.com
**KUSCHA HATAMI,** CA State Bar No. 282959
kuscha@legalforcelaw.com
**ROY MONTGOMERY**, CA State Bar No. 279531
roy@legalforcelaw.com
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone:  650.965.8731
Facsimile:   650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER,<br><br>　　　　　　Defendant.<br><br>RAJ ABHYANKER,<br><br>　　　　　　Counterclaimant,<br><br>vs.<br><br>NEXTDOOR.COM, INC., et al.<br><br>　　　　　　Counterdefendants. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE REGARDING PLAN TO TRANSITION DISCOVERY TASKS FROM WITHDRAWING COUNSEL TO REMAINING COUNSEL OF RECORD**<br><br>Courtroom:　　2 – 17th Floor<br>Judge:　　　　Honorable William H. Orrick |

1       On July 10, 2014, Judge Orrick held an *ex parte, in camera* hearing on the Motion to Withdraw filed by Bruno Tarabichi, Scott Allen, Heather Norton, Brian Orion, and Roy Montgomery (hereinafter "Withdrawing Counsel").  The contents of the hearing are confidential and sealed.  At the end of the hearing, Judge Orrick indicated that he would be granting the Motion to Withdraw and requested that Withdrawing Counsel meet and confer with Kuscha Hatami, Mr. Abhyanker's remaining counsel of record, within 24 hours to arrange for the orderly transition of discovery matters in this case from Withdrawing Counsel to Mr. Hatami and submit to the Court a statement regarding the proposed transition, with the exception that Withdrawing Counsel remain involved solely for the purpose of completing the privilege screen and privilege review of documents scheduled to be produced by July 18th.

With regard to Mr. Abhyanker's document production due on July 18th, Mr. Abhyanker has hired an ediscovery vendor called Blackstone Discovery ("Blackstone") to perform the searches agreed to by both parties in a joint search protocol.  On July 10th, Blackstone informed Mr. Abhyanker that the search had resulted in 7,495 documents (not pages).  Today, on July 11th, Mr. Abhyanker has hired another ediscovery vendor called Essential Discovery ("Essential") to assist with the review of the 7,495 documents through contract attorney resources supervised by counsel.  Essential will review documents for privilege before reviewing documents for relevancy.  Withdrawing Counsel will provide Essential with Guidance on the privilege screen, and will work with Essential until the privilege screen is complete.

Essential has indicated that they will be able to complete the review by July 15th or July 16th, which will then provide Blackstone with a day or two to process the responsive to documents for production to Nextdoor by the July 18th deadline.  Withdrawing Counsel has provided the agreed-upon search protocol to Mr. Hatami to enable him to take over responsibilities for the production of responsive documents, has introduced Mr. Hatami to the project managers for Blackstone and Essential, and has agreed to make themselves available to Mr. Hatami by phone to answer any questions that may arise as he assumes responsibility for the production of non-privileged documents.

| | | |
|---|---|---|
| 1 | Dated: July 11, 2013 | Respectfully submitted, |
| 2 | | LEGALFORCE RAJ ABHYANKER, P.C. |

By    /s/ _____
    Bruno W. Tarabichi
    Heather R. Norton
    Scott Allen
    Brian Orion
    Roy Montgomery
    Kuscha Hatami
    Attorneys for Defendant
    Raj Abhyanker