1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   NEXTDOOR.COM, INC.,                    Case No.  12-cv-05667-EMC  (WHO)
                 Plaintiff,
8
         v.                               **ORDER ON MOTION TO WITHDRAW**
9                                         **AS ATTORNEY**
10  RAJ ABHYANKER,                        Re: Dkt. No. 217
                 Defendant.
11
12
13        Defendant Raj Abhyanker's attorneys, Bruno Tarabichi, Heather Norton, Scott Allen, Roy

14  Montgomery, and Brian Orion (collectively, "Counsel") filed a Motion to Withdraw as Attorney

15  (the "Motion") pursuant to both the mandatory withdrawal and permissive withdrawal provisions

16  of the California Rules of Professional Conduct 3-700(B) and (C).  *See* Docket Nos. 217, 242,

17  253.  A hearing for the Motion was held *ex parte* for reasons of confidentiality on July 10, 2014.

18        This matter was referred to me to avoid any potential prejudice stemming from the facts

19  underlying Counsel's Motion, and so I **DENY** Abhyanker's request to have this Motion heard by

20  Judge Chen, as Judge Chen will preside over the trial.  *See* Docket No. 251.  There is no need to

21  determine whether withdrawal is mandatory because it is undisputed that, based on Counsel's

22  declarations and the arguments presented at hearing, there is a clear breakdown in the attorney-

23  client relationship between Abhyanker and Counsel warranting withdrawal under California Rule

24  of Professional Conduct 3-700(C).  Accordingly, I **GRANT** Counsel's Motion to Withdraw.

25        Counsel are in the midst of producing documents for Abhyanker in response to a

26  Discovery Order of Judge Cousins.  *See* Docket No. 250.  I will not require Counsel to make any

27  discretionary determinations regarding the documents but, given their familiarity with the case and

28  the impending discovery cutoff, I ordered that they meet and confer with Kuscha Hatami,

United States District Court
Northern District of California

Abhyanker's sole remaining counsel, on how to transition the privilege review that is required.

Counsel and Hatami have met and conferred, and have reached an agreement with Abhyanker on how to complete the remaining discovery by the July 18 deadline.  *See* Docket No. 262.  As agreed, Counsel shall work with the ediscovery vendor (Essential) until the privilege screen is complete, at which point Hatami shall take over and assume responsibility for producing the responsive, non-privileged documents.  Counsel shall make themselves available by telephone, should Hatami have questions regarding production.

**IT IS SO ORDERED**.

Dated: July 14, 2014



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California

2