1   **KUSCHA HATAMI,** CA State Bar No. 282954
    kuscha@legalforcelaw.com
2   **LEGALFORCE RAJ ABHYANKER, P.C.**
    1580 W. El Camino Real, Suite 13
3   Mountain View, California 94040
    Telephone:  650.965.8731
4   Facsimile:  650.989.2131

5   Attorneys for Defendant
    Raj Abhyanker
6

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11   NEXTDOOR.COM, INC.,

12                   Plaintiff,                   Case No. 3:12-cv-05667-EMC

13          vs.                                   **DECLARATION OF RAJ ABHYANKER**
                                                  **REGARDING CERTAIN DOCUMENTS IN**
14   RAJ ABHYANKER,                               **RESPONSE TO JUDGE COUSINS' JULY**
                                                  **1, 2014 ORDER (ECF NO. 250)**
15                   Defendant.
                                                  Courtroom:       A – 15th Floor
16                                                Discovery Judge:   Hon. Nathanael Cousins

17   RAJ ABHYANKER,

18                   Counterclaimant,

19          vs.

20   NEXTDOOR.COM, INC., et al.

21                   Counterdefendants.

22

23

24

25

26

27

28

                                                  ABHYANKER DECLARATION
                                                  (CASE NO. 3:12-cv-05667-EMC)

1    I, RAJ ABHYANKER, declare as follows:

2    1.    I am the Defendant in this lawsuit.  On July 1, 2014, Judge Cousins issued an

3    order requiring me to submit a declaration explaining my knowledge as to three categories of

4    documents and my efforts to locate these documents.  ECF No. 250, at 3:24 – 4:4.  The three

5    categories of documents are set out in ECF No. 232-1: (1) Item 3.b ("A copy of the 'CD or flash

6    drive' that Mr. Abhyanker claims he received from his assistant containing the Benchmark

7    Diligence CD"); (2) Item 3.d ("The original physical copies of the 2006 LegalForce entity

8    corporate records"); and (3) Item 3.e ("The original physical copy of the Sandeep Sood

9    confidentiality agreements."  ECF No. 232-1, at 2.  In accordance with Judge Cousins' Order,

10   each of these categories of documents is addressed below.

11   **Item 3.b – A Copy of the CD or Flash Drive Containing the Benchmark Diligence CD**

12   1.    My knowledge is that any and all media that I had within my possession, custody,

13   or control responsive to this issue have been timely provided by me to my counsel.  My counsel

14   and I have searched all computers and physical spaces that might contain responsive media.  On

15   July 14, 2014, my counsel told me that responsive media to this issue has already been produced

16   as RA-396 on or about December 23, 2013.

17   **Item 3.d – The Original Physical Copies of the 2006 LegalForce Entity Corporate Records**

18   2.    My knowledge is that any and all documents that I had within my possession,

19   custody, or control responsive to this issue have been timely provided by me to my counsel.  My

20   counsel and I have searched all computers and physical spaces that might contain responsive

21   documents.

22   **Item 3.e – The Original Physical Copy of the Sandeep Sood Confidentiality Agreements**

23   3.    My knowledge is that any and all documents that I had within my possession,

24   custody, or control responsive to this issue have been timely provided by me to my counsel.  My

25   counsel and I have searched all computers and physical spaces that might contain responsive

26   documents.

27

28

ABHYANKER DECLARATION
CASE NO. 3:12-cv-05667-EMC

1     I declare under penalty of perjury under the laws of the State of California that the

2     foregoing is true and correct.

3          Executed July 15, 2014 at Mountain View, California.

4

5     _____   7/15/14

6                    Raj Abhyanker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ABHYANKER DECLARATION
                                                      CASE NO. 3:12-cv-05667-EMC