# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., <br>     Plaintiff, <br> v. <br> RAJ ABHYANKER, <br>     Defendant. | Case No. 12-cv-05667 EMC (NC) <br> **ORDER REGARDING DISCOVERY DISPUTES** <br> Re: Dkt. Nos. 265, 266, 267 |

The parties have presented two discovery letter briefs on the eve of the close of fact discovery. The Court rules as follows:

1. Nextdoor's request to compel production of the original assignment agreement, or for a detailed declaration explaining the whereabouts of the original, is denied. Mr. Abhyanker has already responded to the discovery request by stating the original is not in his possession, custody, or control. Nextdoor will have an opportunity at Abhyanker's deposition to elicit testimony regarding the authenticity of the assignment agreement and whereabouts of the original;
2. Nextdoor has demonstrated the relevance of determining whether the device with MAC address 00-24-8C-F8-70-B2 has been preserved. Because counsel is currently focused on completing production of documents by today's

deadline, counsel for Mr. Abhyanker must inform counsel for Nextdoor whether that device has been preserved by 5:00 p.m. on Monday, July 21;

3. There does not appear to be a live dispute regarding the review of documents for relevance or responsiveness. Both parties seem to agree that all responsive documents must be produced. The third issue therefore appears moot.

Any party may object to this order to Judge Chen within 14 days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: July 18, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge