1 **DAVID S. LAVINE,** CA State Bar No. 166744
dave@legalforcelaw.com
2 **KUSCHA HATAMI,** CA State Bar No. 282954
kuscha@legalforcelaw.com
3

4 **LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
5 Mountain View, California 94040
Telephone: 650.965.8731
6 Facsimile: 650.989.2131

7 Attorneys for Defendant
Raj Abhyanker

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL DAVID S. LAVINE FOR DEFENDANT RAJ ABHYANKER** |
| vs. | |
| RAJ ABHYANKER, an individual | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD**

The following counsel hereby enters notice of appearance on behalf of Defendant Raj Abhyanker for all matters in this matter.

David S. Lavine, CA State Bar No. 166744
LegalForce Raj Abhyanker, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, CA 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131
Email: dave@legalforcelaw.com

-1-

NOTICE OF COUNSEL APPEARANCE
3:12-cv-05667-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

Dated: July 23, 2014    /s/ David S. Lavine
David S. Lavine
Kuscha Hatami

Attorneys for Defendant
Raj Abhyanker

-2-

NOTICE OF COUNSEL APPEARANCE
3:12-cv-05667-EMC