**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** | July 24, 2014 | **FTR Time:** 10:39-10:53 |
| **Case No. and Name:** | C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker, et al. | |
| **Attorneys:** | Laurence Pulgram and Eric Ball for Plaintiff<br>David Levine and Kuscha Hatami for Defendant Abhyanker | |
| **Deputy Clerk:** | Betty Lee | |

**PROCEEDINGS:**

Status Conference

**SUMMARY:**

The Court adopts Plaintiff's new discovery deadlines as follows:

| | |
|---|---|
| Fact discovery cut off: | from 7/18/14 to 8/1/14 (to file motion to compel) |
| Opening expert reports: | from 7/25/14 to 8/8/14 |
| Rebuttal expert reports: | from 8/8/14 to 8/22/14 |
| Expert discovery cut off: | from 8/22/14 to 9/1/14 |
| Last day to hear dispositive motions: | from 10/9/14 to 10/16/14 at 1:30 p.m. |

Pretrial conference remains set for 11/18/14 at 2:30 p.m.  Jury trial remains set for 12/1/14 at 8:30 a.m.

Parties to meet and confer and to file a joint letter by 8/7/14 informing the Court as to their ADR preference.

Further status conference is scheduled for 9/4/14 at 10:30 a.m.  An updated joint status report shall be filed by 8/28/14.