1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  ILANA S. RUBEL (CSB No. 221517)
   irubel@fenwick.com
4  GUINEVERE L. JOBSON (CSB No. 251907)
   gjobson@fenwick.com
5  FENWICK & WEST LLP
   555 California Street
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile: (415) 281-1350

8  ERIC J. BALL (CSB No. 241327)
   eball@fenwick.com
9  MATTHEW B. BECKER (CSB No. 291865)
   mbecker@fenwick.com
10 FENWICK AND WEST LLP
   801 California Street
11 Mountain View, CA 94041
   Telephone: (650) 988-8500
12 Facsimile: (650) 938-5200

13 Attorneys for Plaintiff
   NEXTDOOR.COM, INC.

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18 NEXTDOOR.COM, INC., a Delaware          Case No.: 3:12-cv-05667-EMC-NMC
   corporation, Plaintiff,
19                                         [PROPOSED] ORDER GRANTING
        v.                                 NEXTDOOR.COM, INC. MOTION
20                                         FOR ADMINISTRATIVE RELIEF
   RAJ ABHYANKER, an individual,
21
              Defendant.
22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
MOTION FOR ADMINISTRATIVE RELIEF                CASE NO. 3:12-cv-05667-EMC-NMC

1  Having reviewed Plaintiff Nextdoor.com's Motion for Administrative Relief and good
2  cause appearing, the Court hereby orders that Nextdoor.com submit a copy of Mr. Abhyanker's
3  privilege log into the record for the Court's consideration.

4  **IT IS SO ORDERED.**

6  Dated: _July 31, 2014_____

                                                                    _____
7                                                                    Cousins



[~~PROPOSED~~] ORDER GRANTING
MOTION FOR ADMINISTRATIVE RELIEF        1        CASE NO. 3:12-cv-05667-EMC-NMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO