Hon. Nathanael M. Cousins
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:** *Nextdoor.com, Inc. v. Raj Abhyanker,* **No. 3:12-cv-05667-EMC, Submission of Mr. Abhyanker's Privilege Log**

Dear Judge Cousins:

    Pursuant to the Court's Order [Dkt. 286], Counsel for Nextdoor.com attaches Mr. Abhyanker's privilege log as Exhibit A.


/s/ *Laurence F. Pulgram*
Attorneys for Nextdoor