UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:       August 1, 2014

Case No:    3:12-cv-05667 EMC

Case Name:  Nextdoor.com, Inc. v. Raj Abhuanker

Counsel for Plaintiff:    Lawrence Pulgram, Matthew Becker, Guinevere Jobson, Eric Ball

Counsel for Defendant:  David Lavine, Kuscha Hatami Fard

Deputy Clerk:   Lili M. Harrell                FTR: 10:47am - 11:49am
                                               Time: 1 hour, 2 min

**PROCEEDINGS:**                                                **RULINGS:**

Further discovery hearing re Letter Briefs [272] [277] [281] [283]    Held


**ORDER:**  Court to issue order.

▪


cc: