# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 5, 2014   **Time:** 1:10-1:14f   **Judge:** NANDOR J. VADAS
**Case No.:** 12-cv-05667-EMC   **Case Name:** Nextdoor.com, Inc. v. Abhyanker

**Attorney for Plaintiff:** Eric Ball and Jennifer Kelly both by phone

**Attorney for Defendant:** David Lavine and Kuscha Hatami both by phone

**Deputy Clerk:** Gloria Knudson   **Court Reporter:** FTR

## PROCEEDINGS

Status Conference held.

**Order to be prepared by:**

[ ]   Plaintiff          [ ]   Defendant          [ ]   Court

Further Settlement Conference is set for September 8, 2014 at 11:00 a.m. in Courtroom D, San Francisco.  Parties are instructed to contact Judge Vadas' courtroom deputy if they choose a different form of ADR  Settlement Conference Statements are due by 5 pm  no later than August 25, 2014.