August 7, 2014

Hon. Edward M. Chen
District Judge
U.S. District Court Northern District of California
San Francisco Courthouse, Courtroom 5-17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re:**   *Nextdoor.com, Inc. v. Raj Abhyanker,* **No. 3:12-cv-05667-EMC**
            **Joint Letter Re ADR Preference**

Dear Judge Chen:

    At our last hearing before Magistrate Judge Vadas, the parties agreed to set a further settlement conference with him on September 8 at 11:00 a.m.  Other manner of ADR has not been agreed to, but remains an open topic.


*/s/* Eric Ball                                                 */s/* David Lavine
Attorneys for Nextdoor.com                 Attorneys for Mr. Abhyanker