

1580 W. El Camino Real, Suite 13, Mountain View, CA. 94040

August 8, 2014

RE:  Privilege log – Dkt. No. 289 ¶ 7

     As per the Court's order, defendant Raj Abhyanker was to file a revised privilege log on August 7 at 5:00 p.m.  Counsel for defendant respectfully informs the Court that although a revised privilege log was produced to Counsel for Plaintiff on August 7 at 3:39 p.m., it was inadvertently not filed with the court at the ordered date and time.  With this letter, Mr. Abhyanker is submitting the revised privilege log to the Court.

Sincerely,

/Kuscha Hatami/

Kuscha Hatami

| Doc # | Date | Email From if applicable | Email To if applicable | Email CC if applicable | Privilege or Protection | Description |
|---|---|---|---|---|---|---|
| 1 | 2/5/2014 | Heather Norton <heather@legalforcelaw.com> | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@trademarkia.com>; Dongxia Liu <dongxia@rajpatent.com>; Bruno Tarabichi <bruno@legalforcelaw.com>; Andrew Kramer <andrew@legalforcelaw.com> | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. |
| 2 | 6/12/2014 | Chancellor Tseng <chance@legalforcelaw.com> | Sarah Goll <Sarah@legalforcelaw.com>; Raj Abhyanker <raj@legalforcelaw.com>; Raj Abhyanker <rabhyanker@icloud.com> | | Work Product; Attorney/Client | Email with attachments reflecting legal advice of counsel regarding draft joint discovery letter. |
| 3 | 3/18/2013 | Krithika <krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. |
| 4 | 3/18/2013 | Krithika <krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. |
| 5 | 8/13/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Attorney/Client | Email seeking legal advice of counsel regarding depositions. |
| 6 | 8/27/2013 | Mitesh Patel <mitesh@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | randall morrison <rdmlaw087@gmail.com>; Steven Fichera <steven@legalforcelaw.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding copyright filing. |
| 7 | 8/27/2013 | Mitesh Patel <mitesh@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | randall morrison <rdmlaw087@gmail.com>; Steven Fichera <steven@legalforcelaw.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding copyright filing. |
| 8 | | | | | | Produced August 3, 2014 |
| 9 | 12/21/2013 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product; Attorney/Client | Email with attachment reflecting legal advice of counsel regarding draft initial disclosures. |
| 10 | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 11 | | | | | | Produced August 3, 2014 |
| 12 | 1/23/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Attorney/Client | Email with attachments seeking legal advice of counsel regarding draft declaration. |
| 13 | 3/8/2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product | Email seeking legal advice of counsel regarding discovery requests. |
| 14 | 3/8/2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product | Email seeking legal advice of counsel regarding discovery requests. |
| 15 | 5/4/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product | Email reflecting legal advice of counsel regarding State Bar complaint. |
| 16 | 5/5/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Attorney/Client | Email reflecting legal advice of counsel regarding State Bar complaint. |
| 17 | 5/31/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Sonal Abhyanker <sabhyanker@gmail.com> | | Attorney/Client | Email seeking legal advice of counsel regarding trade secrets. |
| 18 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | clifford@legalforcelaw.com; | | Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. |
| 19 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika <krithika.dn@gmail.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | | Attorney/Client | Email seeking legal advice of counsel regarding trade secrets. |
| 20 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika <krithika.dn@gmail.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | Attorney/Client | Email seeking legal advice of counsel regarding trade secrets. |
| 21 | 3/26/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com>; Ravi Soni <ravi@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding deposition preparation. |
| 22 | | | | | | Produced August 3, 2014 |
| 23 | 4/7/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding draft complaint. |
| 24 | 8/2/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding settlement terms. |
| 25 | 10/7/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding legal standing. |
| 26 | | | | | | Produced August 3, 2014 |

| # | Date | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|
| 27 | 10/28/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product | Email reflecting legal advice of counsel regarding litigation strategy. |
| 28 | | | | | | Produced August 3, 2014 |
| 29 | | | | | | Produced August 3, 2014 |
| 30 | 11/14/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Anthony C. Meredith, Esq. <meredithlaw@yahoo.com>; Thomas H. Kawaii <kawaii@kawaiilaw.com>; Thomas H. Kawaii <kawaii@legalforcelaw.com>; Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 31 | 1/23/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Sonal Abhyanker <sabhyanker@gmail.com> | | Marital Privilege | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 32 | 3/8/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Dongxia Liu <dongxia@rajpatent.com> | | Work Product | Email reflecting legal advice of counsel regarding discovery requests. |
| 33 | 3/8/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Dongxia Liu <dongxia@rajpatent.com> | | Work Product | Email reflecting legal advice of counsel regarding discovery requests. |
| 34 | 11/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 35 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 36 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 37 | | | | | | Produced August 3, 2014 |
| 38 | | | | | | Produced August 3, 2014 |
| 39 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email reflecting legal advice of counsel regarding litigation strategy. |
| 40 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 41 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 42 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 43 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 44 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 45 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 46 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 47 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 48 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 49 | 12/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 50 | 3/21/2014 | Administrator [FatDoor] <raj@fatdoor.com> | Matthew Powers <matthew.powers@tensegritylawgroup.com> | | Work Product; Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |
| 51 | 3/21/2014 | Administrator [FatDoor] <raj@fatdoor.com> | Matthew Powers <matthew.powers@tensegritylawgroup.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 52 | 3/25/2014 | Raj Abhyanker <raj@fatdoor.com> | Venkat Balasubramani <venkat@focallaw.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 53 | 3/28/2014 | Raj Abhyanker <raj@fatdoor.com> | Venkat Balasubramani <venkat@focallaw.com> | | Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |

| # | Date | From | CC | To | Privilege | Description |
|---|------|------|-----|-----|-----------|-------------|
| 54 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | litigators@legalforcelaw.com; Rao Coca <rao@legalforcelaw.com> | angela@legalforce.com; Roy Montgomery <roy@legalforcelaw.com>; Peter Jensen-Haxel <peter@legalforcelaw.com>; Mitesh Patel <mitesh@legalforcelaw.com>; Kuscha Hatami <Kuscha@legalforcelaw.com>; Dongxia Liu <dongxia@rajpatent.com>; Andrew Kramer <andrew@legalforcelaw.com> | Work Product; Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |
| 55 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 56 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 57 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 58 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 59 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 60 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 61 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 62 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 63 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 64 | 4/4/2014 | Administrator [FatDoor] <raj@fatdoor.com> | angela@legalforce.com; Andrew Kramer <andrew@legalforcelaw.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 65 | 4/14/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 66 | | | | | | Produced August 3, 2014 |
| 67 | 4/24/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 68 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 69 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 70 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 71 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 72 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 73 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 74 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 75 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 76 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 77 | 5/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 78 | 5/9/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 79 | 5/13/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |

| # | Date | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|
| 80 | 5/20/2014 | Raj <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 81 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 82 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 83 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 84 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 85 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 86 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy |
| 87 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy |
| 88 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy |
| 89 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. |
| 90 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. |
| 91 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 92 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 93 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 94 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 95 | 6/7/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Work Product | Email seeking legal advice of counsel regarding litigation strategy. |
| 96 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 97 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 98 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 99 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 100 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 101 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 102 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 103 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 104 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 105 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 106 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 107 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |

| # | Date | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|
| 108 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 109 | | | | | | Produced August 3, 2014 |
| 110 | | | | | | Produced August 3, 2014 |
| 111 | | | | | | Produced August 3, 2014 |
| 112 | 3/25/2014 | Venkat Balasubramani <venkat@focallaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. |
| 113 | 6/14/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 114 | 6/14/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Work Product | Email with attachments reflecting legal advice of counsel regarding litigation strategy. |
| 115 | 11/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 116 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 117 | 11/24/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 118 | 12/6/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 119 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 120 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 121 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 122 | 12/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 123 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 124 | 4/14/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 125 | 4/24/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 126 | 4/24/2014 | Raj <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 127 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 128 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 129 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 130 | 5/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 131 | 5/13/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 132 | 5/20/2014 | Raj <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 133 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 134 | 5/30/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 135 | 6/1/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 136 | 6/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |

| # | Date | From | To | CC | Privilege | Description |
|---|------|------|-----|-----|-----------|-------------|
| 137 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 138 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 139 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 140 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 141 | 12/5/2011 | Ashwin Anand <ashwin@rajpatent.com> | Raj Abhyanker <raj@rajpatent.com> | jessica@rajpatent.com | Work Product; Attorney/Client | Email with attachment seeking and reflecting legal advice of counsel regarding draft filing. |
| 142 | 12/5/2011 | Ashwin Anand <ashwin@rajpatent.com> | Raj Abhyanker <raj@rajpatent.com> | | Work Product; Attorney/Client | Email with attachment seeking and reflecting legal advice of counsel regarding draft filing. |
| 143 | | David R. Owens | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 144 | | MP015096 | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 145 | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 146 | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 147 | | MP015096 | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 148 | | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft settlement offer. |
| 149 | | Bruno Tarabichi | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 150 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 151 | | Ahmed | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 152 | | | | | | Produced August 3, 2014 |
| 153 | | | | | | Produced August 3, 2014 |
| 154 | | | | | | Produced August 3, 2014 |
| 155 | | | | | | Produced August 3, 2014 |
| 156 | | | | | | Produced August 3, 2014 |
| 157 | | | | | | Produced August 3, 2014 |
| 158 | | | | | | Produced August 3, 2014 |
| 159 | | | | | | Produced August 3, 2014 |
| 160 | | | | | | Produced August 3, 2014 |
| 161 | | | | | | Produced August 3, 2014 |
| 162 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 163 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 164 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 165 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 166 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 167 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 168 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 169 | | | | | | Produced August 3, 2014 |

| # | Name | | | Type | Description |
|---|---|---|---|---|---|
| 170 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft settlement letter. |
| 171 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft settlement letter. |
| 172 | | | | | Produced August 3, 2014 |
| 173 | | | | | Produced August 3, 2014 |
| 174 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 175 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 176 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 177 | Dad | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 178 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 179 | | | | | Produced August 3, 2014 |
| 180 | | | | | Produced August 3, 2014 |
| 181 | Ahmed | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 182 | H60sere | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 183 | H60sere | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 184 | Raj Abhyanker | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 185 | Raj Abhyanker | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 186 | | | | | Produced August 3, 2014 |
| 187 | | | | | Produced August 3, 2014 |
| 188 | Dad | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 189 | | | | | Produced August 3, 2014 |
| 190 | Tre | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 191 | Tred | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 192 | Dad | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 193 | | | | | Produced August 3, 2014 |
| 194 | H60sere | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 195 | | | | | Produced August 3, 2014 |
| 196 | clientrelations | | | Work Product | Standlalone document reflecting legal advice of counsel regarding draft filing |
| 197 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 198 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 199 | RAPC 14 Raj Office | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 200 | RAPC 14 Raj Office | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 201 | RAPC 14 Raj Office | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |

| # | Date | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|
| 202 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 203 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 204 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 205 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 206 | 12/31/2011 | Customer service <customer.service@trademarkia.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 207 | | | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft summary judgment motion. |
| 208 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft stipulation. |
| 209 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft stipulation. |
| 210 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation draft stipulation. |
| 211 | | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 212 | | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 213 | | | | | | Produced August 3, 2014 |
| 214 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft exhibits. |
| 215 | | | | | | Produced August 3, 2014 |
| 216 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 217 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 218 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 219 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft motion. |
| 220 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft motion. |
| 221 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 222 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 223 | | RAPC 17 | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft trade secret memorandum. |
| 224 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding trademarks. |
| 225 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 226 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 227 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 228 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |

| # | Name | File | | Privilege | Description |
|---|---|---|---|---|---|
| 229 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 230 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 231 | Jacob M. Chapman | | | Work Product | Standalone document reflecting legal advice of counsel regarding trade secrets. |
| 232 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 233 | Ashwin Anand | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding causes of action. |
| 234 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 235 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 236 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 237 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 238 | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 239 | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 240 | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 241 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 242 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 243 | Isra Abid | File; Raj Abhyanker | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 244 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft court submissions. |
| 245 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 246 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 247 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 248 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 249 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 250 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 251 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 252 | | | | | Produced August 3, 2014 |
| 253 | Ashwin Anand | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft motion to strike. |
| 254 | Ashwin Anand | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft motion to vacate. |
| 255 | | | | | Produced August 3, 2014 |
| 256 | | | | | Produced August 3, 2014 |
| 257 | | | | | Produced August 3, 2014 |

| # | Name | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|
| 258 | RAPC 17 | | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft trade secret memorandum. |
| 259 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 260 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 261 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 262 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 263 | FRONT14 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding legal strategy. |
| 264 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 265 | Ashwin Anand | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 266 | Ashwin Anand | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 267 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 268 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 269 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 270 | | | | | | Produced August 3, 2014 |
| 271 | | | | | | Produced August 3, 2014 |
| 272 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 273 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 274 | Owner | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 275 | RAPC13 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 276 | RAPC13 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 277 | RAPC13 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 278 | Dan Carlson | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 279 | RAPC13 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 280 | Roy Montgomery | | | | Work Product | Standalone document reflecting legal advice of counsel regarding depositions. |
| 281 | | | | | | Produced August 3, 2014 |
| 282 | | | | | | Produced August 3, 2014 |
| 283 | | | | | Work Product | Standalone document reflecting legal advice of counsel regarding patent filings. |
| 284 | | | | | Work Product | Standalone document reflecting legal advice of counsel regarding patent filings. |
| 285 | | 11/8/2013 Raj Abhyanker <raj@legalforcelaw.com> | bruno@legalforcelaw.com; heather@legalforcelaw.com; rteich@juno.com | | Attorney/Client | Email with attachment seeking legal advice of counsel regarding litigation strategy. |
| 286 | | 11/8/2013 Raj Abhyanker <raj@legalforcelaw.com> | bruno@legalforcelaw.com; heather@legalforcelaw.com; rteich@juno.com | | Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |

Nextdoor v. Abhyanker Privilege Log
10 of 10