

1580 W. El Camino Real, Suite 13, Mountain View, CA. 94040

August 8, 2014


RE:  Privilege log – Dkt. No. 289 ¶ 7


      As per the Court's order, defendant Raj Abhyanker was to file a revised privilege log on August 7 at 5:00 p.m.  Counsel for defendant respectfully informs the Court that although a revised privilege log was produced to Counsel for Plaintiff on August 7 at 3:39 p.m., it was inadvertently not filed with the court at the ordered date and time.  In addition, some minor edits have been made to this log in order to correct two inadvertent inaccuracies, specifically, Privilege log number 17 has been changed to Marital Privilege, and Privilege log number 162 was missing its input in the description section, and has now been supplemented.

Sincerely,

/Kuscha Hatami/

Kuscha Hatami

**Privilege Log Cover Sheet – August 8, 2014**

Updates made to July 18 Privilege log include the following:

i.       Headings have been changed from "Date sent" to "Date"; "Email From" to "Email From if applicable"; "Email To" to "Email To if applicable"; "Email CC" to "Email CC if applicable"; and "Privilege" to "Privilege or Protection".

ii.      The data in log numbers 8, 11, 22, 26, 28, 29, 37, 38, 66, 109, 110, 111,  152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 169, 172, 173, 179, 180, 186, 187, 189, 193, 195, 213, 215, 252, 255, 256, 257, 270, 271, 281 and 282 has been removed.  These log numbers are now labeled as "Produced August 3, 2014" for reference and clarification under the "Description" tab.

iii.     Data in log numbers 10, 145, and 146 has been removed.  These log numbers are now labeled as "Non-responsive – item removed because it relates to another legal matter" for reference and clarification under the "Description" tab.

iv.      "Email To if applicable" in Log numbers 31 has been updated to reflect the full name of the recipient of the email, namely, Sonal Abhyanker, and the "Privilege or Protection" has been changed to "Marital Privilege".

v.       "Privilege or Protection" in log number 17 has been changed to "Marital Privilege".

vi.      "Privilege or Protection" in log number 13 has been changed to "Work Product".

vii.     "Privilege or Protection" in log number 14 has been changed to "Work Product".
viii.

ix.      "Privilege or Protection" in log number 32 has been changed to "Work Product".

x.       "Privilege or Protection" in log number 33 has been changed to "Work Product".

xi.      "Privilege or Protection" in log number 54 has been changed to "Work Product; Attorney/Client".

xii.     "Privilege or Protection" in log number 95 has been changed to "Work Product".

xiii.    Finally, attached to this cover sheet is Exhibit A reflecting an updated list identifying certain individuals named in the log.

**Exhibit A**

Certain Individuals on privilege log

| Individual or Source | Type | Note |
|---|---|---|
| Krithika | India licensed attorney | |
| Isra Abid | RAPC Attorney | |
| David Owens | Attorney | |
| Venkat Balasubramani | Attorney | |
| Randall Morrison | Attorney | |
| Matt Powers | Attorney | |
| Ashwin Anand | RAPC Attorney | |
| RTeich – Roger Teich | Attorney | |
| Anthony Meredith | Attorney | |
| Thomas Kawaii | Attorney | |
| Client relations | RAPC Worldwide account | |
| RAPC 13 | RAPC Worldwide account | |
| RAPC 14 | RAPC Worldwide account | |
| RAPC 17 | RAPC Worldwide account | |
| Tre – Tre Kendrick | RAPC Patent Agent | |
| Ahmed – Ahmed Alhafidh | RAPC Patent Agent | |
| Jacob Chapman | RAPC Attorney | |
| Daniel Xu | RAPC Patent Attorney | |
| Stephen Fichera | RAPC Employee - Corporations | |
| Colin Thom | RAPC Patent Agent | |
| Andrew Kramer | RAPC Patent Agent | |
| Jessica Farinas | RAPC Legal Assistant | |
| Clifford Si | RAPC Employee | |
| Rao Coca | Attorney | |
| Dan Carlson | Spiral Moon Co-owner | |
| Dongxia Liu | Trademarkia Management | |
| Sarah Goll | Trademarkia Management | |

| Doc # | Date | Email From if applicable | Email To if applicable | Email CC if applicable | Privilege or Protection | Description |
|---|---|---|---|---|---|---|
| 1 | 2/5/2014 | Heather Norton <heather@legalforcelaw.com> | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@trademarkia.com>; Dongxia Liu <dongxia@rajpatent.com>; Bruno Tarabichi <bruno@legalforcelaw.com>; Andrew Kramer <andrew@legalforcelaw.com> | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. |
| 2 | 6/12/2014 | Chancellor Tseng <chance@legalforcelaw.com> | Sarah Goll <Sarah@legalforcelaw.com>; Raj Abhyanker <raj@legalforcelaw.com>; Raj Abhyanker <rabhyanker@icloud.com> | | Work Product; Attorney/Client | Email with attachments reflecting legal advice of counsel regarding draft joint discovery letter. |
| 3 | 3/18/2013 | Krithika <krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding trade secrets. |
| 4 | 3/18/2013 | Krithika <krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding trade secrets. |
| 5 | 8/13/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Attorney/Client | Email seeking legal advice of counsel regarding depositions. |
| 6 | 8/27/2013 | Mitesh Patel <mitesh@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | randall morrison <rdmlaw087@gmail.com>; Steven Fichera <steven@legalforcelaw.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding copyright filing. |
| 7 | 8/27/2013 | Mitesh Patel <mitesh@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | randall morrison <rdmlaw087@gmail.com>; Steven Fichera <steven@legalforcelaw.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding copyright filing. |
| 8 | | | | | | Produced August 3, 2014 |
| 9 | 12/21/2013 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product; Attorney/Client | Email with attachment  reflecting legal advice of counsel regarding draft initial disclosures. |
| 10 | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 11 | | | | | | Produced August 3, 2014 |
| 12 | 1/23/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Attorney/Client | Email with attachments seeking legal advice of counsel regarding draft declaration. |
| 13 | 3/8/2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product | Email seeking legal advice of counsel regarding discovery requests. |
| 14 | 3/8/2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product | Email seeking legal advice of counsel regarding discovery requests. |
| 15 | 5/4/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product | Email reflecting legal advice of counsel regarding State Bar complaint. |
| 16 | 5/5/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Attorney/Client | Email reflecting legal advice of counsel regarding State Bar complaint. |
| 17 | 5/31/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Sonal Abhyanker <sabhyanker@gmail.com> | | Marital Privilege | Email seeking and reflecting legal advice of counsel regarding trade secrets. |
| 18 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | clifford@legalforcelaw.com; | | Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. |
| 19 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika <krithika.dn@gmail.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | | Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. |
| 20 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika <krithika.dn@gmail.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | Attorney/Client | Email seeking legal advice of counsel regarding trade secrets. |
| 21 | 3/26/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com>; Ravi Soni <ravi@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding deposition preparation. |
| 22 | | | | | | Produced August 3, 2014 |
| 23 | 4/7/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding draft complaint. |
| 24 | 8/2/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding settlement terms. |
| 25 | 10/7/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding legal standing. |
| 26 | | | | | | Produced August 3, 2014 |

| No. | Date | From | To | | Privilege | Description |
|---|---|---|---|---|---|---|
| 27 | 10/28/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | Work Product | Email reflecting legal advice of counsel regarding litigation strategy. |
| 28 | | | | | | Produced August 3, 2014 |
| 29 | | | | | | Produced August 3, 2014 |
| 30 | 11/14/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Anthony C. Meredith, Esq. <meredithlaw@yahoo.com>; Thomas H. Kawaii <kawaii@kawaiilaw.com>; Thomas H. Kawaii <kawaii@legalforcelaw.com>; Raj Abhyanker <raj@legalforcelaw.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 31 | 1/23/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Sonal Abhyanker <sabhyanker@gmail.com> | | Marital Privilege | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 32 | 3/8/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Dongxia Liu <dongxia@rajpatent.com> | | Work Product | Email reflecting legal advice of counsel regarding discovery requests. |
| 33 | 3/8/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Dongxia Liu <dongxia@rajpatent.com> | | Work Product | Email reflecting legal advice of counsel regarding discovery requests. |
| 34 | 11/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 35 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 36 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 37 | | | | | | Produced August 3, 2014 |
| 38 | | | | | | Produced August 3, 2014 |
| 39 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email reflecting legal advice of counsel regarding litigation strategy. |
| 40 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 41 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 42 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 43 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 44 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 45 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 46 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 47 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 48 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 49 | 12/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 50 | 3/21/2014 | Administrator [FatDoor] <raj@fatdoor.com> | Matthew Powers <matthew.powers@tensegritylawgroup.com> | | Work Product; Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |
| 51 | 3/21/2014 | Administrator [FatDoor] <raj@fatdoor.com> | Matthew Powers <matthew.powers@tensegritylawgroup.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 52 | 3/25/2014 | Raj Abhyanker <raj@fatdoor.com> | Venkat Balasubramani <venkat@focallaw.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 53 | 3/28/2014 | Raj Abhyanker <raj@fatdoor.com> | Venkat Balasubramani <venkat@focallaw.com> | | Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | litigators@legalforcelaw.com; Rao Coca <rao@legalforcelaw.com> | angela@legalforce.com; Roy Montgomery <roy@legalforcelaw.com>; Peter Jensen-Haxel <peter@legalforcelaw.com>; Mitesh Patel <mitesh@legalforcelaw.com>; Kuscha Hatami <Kuscha@legalforcelaw.com>; Dongxia Liu <dongxia@rajpatent.com>; Andrew Kramer <andrew@legalforcelaw.com> | Work Product; Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |
| 55 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 56 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 57 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 58 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 59 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 60 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 61 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 62 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 63 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 64 | 4/4/2014 | Administrator [FatDoor] <raj@fatdoor.com> | angela@legalforce.com; Andrew Kramer <andrew@legalforcelaw.com> | | Work Product; Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 65 | 4/14/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 66 | | | | | | Produced August 3, 2014 |
| 67 | 4/24/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 68 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 69 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 70 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 71 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 72 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 73 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 74 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 75 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 76 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 77 | 5/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 78 | 5/9/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 79 | 5/13/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |

| 80 | 5/20/2014 | Raj <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
|---|---|---|---|---|---|---|
| 81 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 82 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 83 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 84 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 85 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 86 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy |
| 87 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy |
| 88 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 89 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. |
| 90 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. |
| 91 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 92 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 93 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 94 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 95 | 6/7/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Work Product | Email seeking legal advice of counsel regarding litigation strategy. |
| 96 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 97 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 98 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 99 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 100 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 101 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 102 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 103 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 104 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 105 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 106 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 107 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |

| 108 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
|---|---|---|---|---|---|---|
| 109 | | | | | | Produced August 3, 2014 |
| 110 | | | | | | Produced August 3, 2014 |
| 111 | | | | | | Produced August 3, 2014 |
| 112 | 3/25/2014 | Venkat Balasubramani <venkat@focallaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. |
| 113 | 6/14/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Attorney/Client | Email with attachments seeking legal advice of counsel regarding litigation strategy. |
| 114 | 6/14/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Work Product | Email with attachments reflecting legal advice of counsel regarding litigation strategy. |
| 115 | 11/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 116 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 117 | 11/24/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 118 | 12/6/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 119 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 120 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 121 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 122 | 12/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 123 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 124 | 4/14/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 125 | 4/24/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 126 | 4/24/2014 | Raj <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 127 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 128 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 129 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 130 | 5/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 131 | 5/13/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 132 | 5/20/2014 | Raj <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 133 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 134 | 5/30/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 135 | 6/1/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 136 | 6/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |

| # | Date | From | To | CC | Privilege | Description |
|---|------|------|-----|-----|-----------|-------------|
| 137 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 138 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 139 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 140 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 141 | 12/5/2011 | Ashwin Anand <ashwin@rajpatent.com> | Raj Abhyanker <raj@rajpatent.com> | jessica@rajpatent.com | Work Product; Attorney/Client | Email with attachment seeking and reflecting legal advice of counsel regarding draft filing. |
| 142 | 12/5/2011 | Ashwin Anand <ashwin@rajpatent.com> | Raj Abhyanker <raj@rajpatent.com> | | Work Product; Attorney/Client | Email with attachment seeking and reflecting legal advice of counsel regarding draft filing. |
| 143 | | David R. Owens | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 144 | | MP015096 | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 145 | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 146 | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 147 | | MP015096 | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 148 | | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft settlement offer. |
| 149 | | Bruno Tarabichi | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 150 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 151 | | Ahmed | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 152 | | | | | | Produced August 3, 2014 |
| 153 | | | | | | Produced August 3, 2014 |
| 154 | | | | | | Produced August 3, 2014 |
| 155 | | | | | | Produced August 3, 2014 |
| 156 | | | | | | Produced August 3, 2014 |
| 157 | | | | | | Produced August 3, 2014 |
| 158 | | | | | | Produced August 3, 2014 |
| 159 | | | | | | Produced August 3, 2014 |
| 160 | | | | | | Produced August 3, 2014 |
| 161 | | | | | | Produced August 3, 2014 |
| 162 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 163 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 164 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 165 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 166 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 167 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 168 | | MP015096 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 169 | | | | | | Produced August 3, 2014 |

| | | | | |
|---|---|---|---|---|
| 170 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft settlement letter. |
| 171 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft settlement letter. |
| 172 | | | | | Produced August 3, 2014 |
| 173 | | | | | Produced August 3, 2014 |
| 174 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 175 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 176 | Bruno Tarabichi | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 177 | Dad | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 178 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 179 | | | | | Produced August 3, 2014 |
| 180 | | | | | Produced August 3, 2014 |
| 181 | Ahmed | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 182 | H60sere | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 183 | H60sere | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 184 | Raj Abhyanker | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 185 | Raj Abhyanker | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 186 | | | | | Produced August 3, 2014 |
| 187 | | | | | Produced August 3, 2014 |
| 188 | Dad | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 189 | | | | | Produced August 3, 2014 |
| 190 | Tre | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 191 | Tred | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 192 | Dad | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 193 | | | | | Produced August 3, 2014 |
| 194 | H60sere | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |
| 195 | | | | | Produced August 3, 2014 |
| 196 | clientrelations | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 197 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 198 | | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 199 | RAPC 14 Raj Office | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 200 | RAPC 14 Raj Office | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft filing. |
| 201 | RAPC 14 Raj Office | | | Work Product | Standalone document reflecting legal advice of counsel regarding litigation strategy. |

| 202 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
|-----|-----------|----------|---|---|-----------------|------|
| 203 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 204 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 205 | 11/5/2011 | Customer service <customer.service@trademarkia.com> | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 206 | 12/31/2011 | Customer service <customer.service@trademarkia.com> | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 207 | | | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft summary judgment motion. |
| 208 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft stipulation. |
| 209 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft stipulation. |
| 210 | | Dad | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation draft stipulation. |
| 211 | | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 212 | | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 213 | | | | | | Produced August 3, 2014 |
| 214 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft exhibits. |
| 215 | | | | | | Produced August 3, 2014 |
| 216 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 217 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 218 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 219 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft motion. |
| 220 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft motion. |
| 221 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 222 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 223 | | RAPC 17 | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft trade secret memorandum. |
| 224 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding trademarks. |
| 225 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 226 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 227 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 228 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |

| | | | | | |
|---|---|---|---|---|---|
| 229 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 230 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 231 | Jacob M. Chapman | | | Work Product | Standalone document reflecting legal advice of counsel regarding trade secrets. |
| 232 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 233 | Ashwin Anand | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding causes of action. |
| 234 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 235 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 236 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 237 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 238 | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 239 | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 240 | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 241 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 242 | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 243 | Isra Abid | File; Raj Abhyanker | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding litigation strategy. |
| 244 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft court submissions. |
| 245 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 246 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 247 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 248 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 249 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 250 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 251 | Owner | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft complaint. |
| 252 | | | | | Produced August 3, 2014 |
| 253 | Ashwin Anand | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft motion to strike. |
| 254 | Ashwin Anand | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft motion to vacate. |
| 255 | | | | | Produced August 3, 2014 |
| 256 | | | | | Produced August 3, 2014 |
| 257 | | | | | Produced August 3, 2014 |

| | | | | | |
|---|---|---|---|---|---|
| 258 | | RAPC 17 | | | Work Product | Standalone document seeking and reflecting legal advice of counsel regarding draft trade secret memorandum. |
| 259 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 260 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 261 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 262 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 263 | | FRONT14 | | | Work Product | Standalone document reflecting legal advice of counsel regarding legal strategy. |
| 264 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 265 | | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 266 | | Ashwin Anand | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft trademark opposition. |
| 267 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 268 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 269 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 270 | | | | | | Produced August 3, 2014 |
| 271 | | | | | | Produced August 3, 2014 |
| 272 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 273 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 274 | | Owner | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft complaint. |
| 275 | | RAPC13 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 276 | | RAPC13 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 277 | | RAPC13 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 278 | | Dan Carlson | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 279 | | RAPC13 | | | Work Product | Standalone document reflecting legal advice of counsel regarding draft request for admissions. |
| 280 | | Roy Montgomery | | | Work Product | Standalone document reflecting legal advice of counsel regarding depositions. |
| 281 | | | | | | Produced August 3, 2014 |
| 282 | | | | | | Produced August 3, 2014 |
| 283 | | | | | | Work Product | Standalone document reflecting legal advice of counsel regarding patent filings. |
| 284 | | | | | | Work Product | Standalone document reflecting legal advice of counsel regarding patent filings. |
| 285 | 11/8/2013 | Raj Abhyanker <raj@legalforcelaw.com> | bruno@legalforcelaw.com; heather@legalforcelaw.com; rteich@juno.com | | Attorney/Client | Email with attachment seeking legal advice of counsel regarding litigation strategy. |
| 286 | 11/8/2013 | Raj Abhyanker <raj@legalforcelaw.com> | bruno@legalforcelaw.com; heather@legalforcelaw.com; rteich@juno.com | | Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |