LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
irubel@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK AND WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>RAJ ABHYANKER, an individual,<br><br>    Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**[PROPOSED] ORDER GRANTING NEXTDOOR.COM, INC.'S MOTION TO DISMISS CLAIMS FOR DECLARATORY RELIEF FOR LACK OF JUSTICIABILITY**<br><br>Date:   September 18, 2014<br>Time:   1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |

Fenwick & West LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

On September 18, 2014, the Court heard Plaintiff Nextdoor.com, Inc. Motion to Dismiss its Count II for Lack of Justiciability.

The matter having been submitted and after considering the motion and request for judicial notice, all papers filed in support and opposition thereof, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

Nextdoor.com's Count II, claim for Declaratory Judgment that it is lawfully using the NEXTDOOR Mark and is not committing infringement of any purported trademark rights held by Abhyanker in the terms FATDOOR and FATDOOR GET TO KNOW YOUR NEIGHBORS is dismissed without prejudice because Abhyanker dismissed his corresponding counterclaims with prejudice.

**IT IS SO ORDERED**.

Dated this _____ day of _____, 2014.

_____
Honorable Edward M. Chen
United States District Court Judge