UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CIVIL MOTION MINUTES

Date:     August 12, 2014

Case No:   3:12-cv-05667 EMC

Case Name:   Nextdoor.com, Inc. v. Raj Abhyanker

Counsel for Plaintiff:     Eric Ball, Guinevere Jobson, Jennifer Lloyd-Kelly

Counsel for Defendant:  David Lavine, Kuscha Hatami Fard
                        Raj Abhyanker

Deputy Clerk:   Lili M. Harrell          FTR: 2:08pm - 3:04pm
                                         Time:  56 min

**PROCEEDINGS:**                          **RULINGS:**

Discovery hearing re [294] [304]                          Held


**ORDER TO BE PREPARED BY:**   [ ] **PLAINTIFF**     [ ] **DEFENDANT**    [X] **COURT**


cc: