UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER,<br><br>Defendant. | Case No. 12-cv-05667 EMC (NC)<br><br>**ORDER REGARDING DISCOVERY DISPUTES: GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUESTS TO COMPEL**<br><br>Re: Dkt. Nos. 294, 304 |

The parties have presented four discovery issues which the Court considered at a consolidated hearing on August 12. The Court rules as follows, tracking the issues in the order presented.

1. Duplicate documents: Abhyanker must submit a log by August 15 at 5:00 p.m. logging the documents withheld from the most recent production of duplicate documents. The log must explain the basis for withholding each document, including a description of why the document is privileged or non-responsive.

2. Sufficiency of privilege log: Abhyanker must submit to the Court for in camera review, by August 15 at 5:00 p.m., documents at number 182, 183, and 194 in the privilege log at docket entry 302.

3. Abhyanker declaration regarding access to Google Drive: Abhyanker must serve an

Case No. 12-cv-05667 EMC (NC)
ORDER REGARDING DISCOVERY
DISPUTES

amended declaration by August 15 at 5:00 p.m. accurately setting forth where the declaration was executed.

    4. Abhyanker declaration regarding missing documents: Abhyanker must serve and file with the Court by August 20 at 5:00 p.m. a more detailed declaration setting forth to which attorney or attorneys Abhyanker gave the now missing documents or files. If Abhyanker cannot recall to which individuals he gave the documents, he must provide a list of the attorneys who served him at the time and must attest under penalty of perjury that he cannot recall to which attorney or attorneys he gave the documents or files.

    5. Further depositions: the parties must submit a joint letter brief by August 15 at 5:00 p.m. setting forth any dispute regarding additional depositions to be taken by Abhyanker. The letter must address the relevance of the discovery sought, the diligence of the requesting party in seeking the depositions, and whether there is good cause to extend discovery.

    The Court no longer requires the parties to submit an additional letter brief on August 14 regarding the privilege log.

    Any party may object to this order to District Court Judge Edward M. Chen within 14 days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: August 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05667 EMC (NC)
ORDER REGARDING DISCOVERY DISPUTES
2