LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
irubel@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK AND WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**NOTICE OF APPEARANCE OF MICHAEL J. SACKSTEDER ON BEHALF OF PLAINTIFF NEXTDOOR.COM, INC.** |

NOTICE OF APPEARANCE OF
MICHAEL J. SACKSTEDER

CASE NO. 3:12-cv-05667-EMC-NMC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Michael J. Sacksteder of Fenwick & West LLP hereby enters his appearance on behalf of Plaintiff Nextdoor.com, Inc.

Mr. Sacksteder's email address, for purposes of receipt of notices of electronic filing is, respectively, as follows:  msacksteder@fenwick.com; gdunlap@fenwick.com.

Dated:  August 13, 2014                      FENWICK & WEST LLP


By:      */s/ Michael J. Sacksteder*
                Michael J. Sacksteder

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

NOTICE OF APPEARANCE OF
MICHAEL J. SACKSTEDER                1               CASE NO. 3:12-cv-05667-EMC-NMC