1 **DAVID S. LAVINE**, CA State Bar No. 166744
dave@legalforcelaw.com
2 **KUSCHA HATAMI,** CA State Bar No. 282954
kuscha@legalforcelaw.com
3 **LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
4 Mountain View, California 94040
Telephone: 650.965.8731
5 Facsimile: 650.989.2131

6 Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAJ ABHYANKER, <br><br> Defendant. | Case No. 3:12-cv-05667-EMC <br><br> **DUPLICATE DOCUMENT LOG IN RESPONSE TO JUDGE COUSINS' AUGUST 12, 2014 ORDER (ECF NO. 306).** <br><br> Courtroom: A – 15th Floor <br> Discovery Judge: Hon. Nathanael Cousins |
| RAJ ABHYANKER, <br><br> Counterclaimant, <br><br> vs. <br><br> NEXTDOOR.COM, INC., et al. <br><br> Counterdefendants. | |

Enclosed please find the ordered duplicate log logging the documents withheld from the most recent production of duplicate documents, explaining the basis for withholding each document, including a description of why the document is privileged or non-responsive. It should be noted that new counsel for Mr. Abhyanker has determined that previous counsel marked three documents as privileged, specifically, Duplicate Log Nos. 15, 16, and 78 which are responsive non-privileged documents. Nos. 15, 16, and 78 will be submitted to counsel for Nextdoor.com on August 15, 2014. In addition, Duplicate Log Nos. 35, 59, 60, 61, 91, and 97 were previously marked as un-responsive by previous counsel for Mr. Abhyanker, new counsel has determined that these entries are responsive, but are withheld due to Attorney/Client and/or Work Product privilege.

Dated August 15, 2014

Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.

By /s/David Lavine
David Lavine
Attorneys for Defendant
Raj Abhyanker

| No | File Name | MD5 Hash | Responsive | Date | Email from if applicable | Email to if applicable | Email CC if applicable | Privilege or Protection fi applicable | Privilege Log; if applicable | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20130318-Re_Indisputable trade secrets Sandeep Sood had that are not in any patent application or public document. All items evidenced in sandeep_s admitted email correspondenc(...).eml | DEFFD038AE4C3110452B1E9CBAC24E47 | Responsive | 3.18.2913 | Krithika<krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Work Product; Attorney/Client | Yes | Email chain between Raj and Krithika. Krithika is an India licensed attorney that Raj had considered hiring for the Nextdoor case to directly assist Bruno Tarabichi. The email chain discusses the trade secrets and Sandeep Sood's involvement, proposed finalization of her tasks and how she would assist on the matter, and a note by Krithika that she is in touch with Bruno Tarabichi, then lead counsel on Nextdoor.com v. Raj Abhyanker. |
| 2 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20130318-Re_Indisputable trade secrets Sandeep Sood had that are not in any patent application or public document. All items evidenced in sandeep_s admitted email correspondenc(...).eml | A50C33E52A776D5A8EA1140746D781A8 | Responsive | 3.18.2013 | Krithika<krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | Work Product; Attorney/Client | Yes | Email chain between Raj and Krithika. Krithika is an India licensed attorney that Raj had considered hiring for the Nextdoor case to directly assist Bruno Tarabichi. The email chain discusses the trade secrets and Sandeep Sood's involvement, proposed finalization of her tasks and how she would assist on the matter, and a note by Krithika that she is in touch with Bruno Tarabichi, then lead counsel on Nextdoor.com v. Raj Abhyanker. |
| 3 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20130828-Passwords day 2-562.eml | DC3529FEE52D31F6D707E95ABC7C17D0 | Non-Responsive | 8.28.2013 | Ravi Soni <ravi@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Not Privilged | No | Email from Ravi to Raj regarding temporary passwords for his raj@legalforcelaw and Jobs@legalforcelaw email accounts. |
| 4 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20131028-Re_Nextdoor software technology-728.eml | 06F581B2795A4EB241F5D43AB746DA85 | Non-Responsive | 10.28.22013 | Dongxia Liu <dongxia@rajpatent.com> | Bob Nicholson <bob@trademarkia.com> | Raj Abhyanker <rabhyanker@icloud.com> | Not Privileged | No | Email chain between Dongxia, Raj, and a website programmer in regards to the design of the new Fatdoor website |
| 5 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20131028-Re_Nextdoor software technology-729.eml | 007EF96FAD3669D05C1A708F5E7CE12 | Non-Responsive | 10.28.22013 | Bob Nicholson <bob@trademarkia.com> | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <rabhyanker@icloud.com> | Not Privileged | No | Email chain between Dongxia, Raj, and a website programmer in regards to the design of the new Fatdoor website |
| 6 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20131028-Re_Nextdoor software technology-730.eml | 30CB593D40D9F69DA0060692C4533367 | | 10.28.2013 | Dongxia Liu <dongxia@rajpatent.com> | Bob Nicholson <bob@trademarkia.com> | Raj Abhyanker <rabhyanker@icloud.com> | Not Privileged | No | Email chain between Dongxia, Raj, and a website programmer in regards to the design of the new Fatdoor website |
| 7 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20140303-Re_Temp employees & personal laptops-1793.eml | 0E5FD0A3F9FDF4C74C80605DACD8C982 | Non-Responsive | 3.3.2014 | Sarah Goll <sarah@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | Dongxia Liu <dongxia@rajpatent.com> | Not Privileged | No | Email chain between Raj and Sarah Goll in regards to approval for a new associate to be able to use his personal laptop for the firm's matters. |
| 8 | icloud eml.zip?icloud eml\Inbox_20140705-1529\messages\20140303-Temp employees & personal laptops-1784.eml | 68C7EA69DD45D1304ECD12EA4CB0B405 | Non-Responsive | 3.3.2014 | Sarah Goll <sarah@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Not Privileged | No | Email from Sarah to Raj in regards to approval for a new associate to be able to use his personal laptop for the firms matters. |
| 9 | icloud eml.zip?icloud eml\Sent Messages_20140705-1531\messages\20140531-Re_Mystery solved! Lorelei-1895.eml | 8C37EB75DF0AAD7902EDAFD8BF417833 | Responsive | 5.31.2014 | Raj Abhyanker <rabhyanker@icloud.com> | Sonal Abhyanker<sabhyanker@gmail.com> | | Marital Privilege | Yes | Email chain between Raj and his wife Sonal discussing the trade secrets, Sandeep Sood, and Lorelei. |
| 10 | icloud eml.zip?icloud eml\Sent Messages_20140705-1531\messages\20130318-Fwd_Indisputable trade secrets Sandeep Sood had that are not in any patent application or public document. All items evidenced in sandeep_s admitted email cor(...).eml | 75810D53100CB6A4D8AD465DE3BCE1CF | Responsive | 3.18.2913 | Raj Abhyanker <rabhyanker@icloud.com> | clifford@legalforcelaw.com | | Attorney/Client | Yes | Raj forwards his email chain with Krithika to Clifford S. As controller, he would be involved in the decision based on her expertise to hire her for this case. |
| 11 | icloud eml.zip?icloud eml\Sent Messages_20140705-1531\messages\20130318-Indisputable trade secrets Sandeep Sood had that are not in any patent application or public document. All items evidenced in sandeep_s admitted email corres(...).eml | 49F573DBD47A263630FE958F94F90E93 | Responsive | 3.18.2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika<krithika.dn@gmail.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | | Attorney/Client | Yes | Raj sending an email to Krithika, potential support to Bruno Tarabichi, where he lays out the Tradesecret claims against Sandeep Sood so she can get familiar with them. |
| 12 | icloud eml.zip?icloud eml\Sent Messages_20140705-1531\messages\20130318-Re_Indisputable trade secrets Sandeep Sood had that are not in any patent application or public document. All items evidenced in sandeep_s admitted email corre(...).eml | 31D4E97AA3BC85CBA02CF55DEA80E0A9 | Responsive | 3.18.2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika<krithika.dn@gmail.com>; Bruno Tarabichi | Bruno Tarabichi <bruno@legalforcelaw.com> | Attorney/Client | Yes | Raj sending an email to Krithika, potential support to Bruno Tarabichi, where he lays out the Tradesecret claims against Sandeep Sood so she can get familiar with them. |
| 13 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131118-Don_t say you are not a shareholder of centerd_inc._ you don_t have present authority to speak on its behalf.-106522.eml | 04723CCD3BEF79C14C7D0CA883B6714A | Responsive | 11.18.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he makes notes of advice from his legal team of facts regarding LegalForce Inc. and Centerd Inc. prior to deposition or potential testimony. |
| 14 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131124-Madison_-106639.eml | 979E3B1E8F1CDC57832CC73DB38942AC | Responsive | 11.24.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | No | Draft email by Raj regarding a potential letter to be sent to Madison, co-founder Nextdoor, for his legal team. |
| 15 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131201-Fwd_Lorelei study-106693.eml | D6FBED188B641B9BCC66873FC7490D09 | Responsive | 12.1.2013 | Raj Abhyanker <raj@fatdoor.com> | Bruno Tarabichi <bruno@legalfrocelaw.com>; Heather Norton <heather@legalforcelaw.com> | Brian Oriaon <brian@legalforcelaw.com>; Peter Jensen-Haxel <peter@legalforcelaw.com> | Not Privileged | No | Email chain between Raj and Atanasov forwarded to Bruno, Heather, Brian, and Peter (all attorneys working on this case at some point), in regards to potentially using Atanasov as an expert |
| 16 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131201-Fwd_Lorelei study-106694.eml | FD2C763DFAC77D543965D0122D9823C0 | Responsive | 12.1.2013 | Raj Abhyanker <raj@fatdoor.com> | Ravi Soni <ravi@legalforcelaw.com> | | Not Privileged | No | Email chain between Raj and Atanasov regarding the status of his analysis regarding Lorelei forwarded to Ravi to have him set up a call between Atanasov and Raj. |
| 17 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131212-First 25 or so users when success of Nextdoor in L-106739.eml | 93B3984D7E5369660211EE45D1DBCF6F | Responsive | 12.12.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |

| # | Filename | Hash | Responsive | Date | From | To | CC | Privilege | Produced | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131212-First 25 users of Nextdoor in Lorelei-106737.eml | 4B86A11EEFAF5FF0925A15800347BA82 | Responsive | 12.12.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 19 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131213-First 25 or so users when success of Nextdoor in L-106741.eml | 625AD4ABA6300D5547108ADD09883804 | Responsive | 12.13.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 20 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131213-How did they choose_ select_ and decide the Nextdo-106742.eml | 272849E726F6B31EBAC9A02869558820 | Responsive | 12.13.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 21 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131213-How did they choose_ select_ and decide the Nextdo-106743.eml | 62977E3F4043D80F50DB9477A8746CCC | Responsive | 12.13.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 22 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131213-How did they choose_ select_ and decide the Nextdo-106744.eml | E9890D6388CABC7864541A594E0EB1E3 | Responsive | 12.13.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 23 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131213-How did they choose_ select_ and decide the Nextdo-106745.eml | DE34F16B515F72A532A3F90A6C99FB79 | Responsive | 12.13.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 24 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131218-August of 2007-106785.eml | 1CA709BFBD9FF6E0CE9EAD894CC7E31B | Responsive | 12.18.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he is correcting certain dates in this matter, and draft sentence for a declaration in this matter for his litigation team. |
| 25 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131218-August of 2007-106786.eml | 443A206AEA744D0B8C0DB53DF6436CED | Responsive | 12.18.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he is correcting certain dates in this matter, and draft sentence for a declaration or statement in this matter for his litigation team. |
| 26 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20131218-August of 2007-106787.eml | 62F5C62EF1BE4FE64DB44FA900F16773 | Responsive | 12.18.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he is correcting certain dates in this matter, draft sentence for a declaration or statement in this matter, and list of names and entities involved for his litigation team. |
| 27 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140113-Fatdoor PowerPoint-106944.eml | 418C3E6432F6CC695AE047A93606DCD3 | Non-Responsive | 1.13.2014 | Raj Abhyanker <raj@fatdoor.com> | Ravi Soni <ravi@legalforcelaw.com> | | Non-Privileged | No | Email from Raj to Ravi requesting that he send him a Fatdoor PowerPoint. It was sent January 2014, and is in regards to the new Fatdoor. |
| 28 | Executive_Summary-Fatdoor-02-01-2014.ppt | 2303D3EA8D06C519AABBBEB99E2C9749 | Non-Responsive | 2.1.2014 | | | | Non-Privileged | No | Stand Alone document - February 1, 2014 Powerpoint for the new Fatdoor. |
| 29 | Executive_Summary-Fatdoor-02-01-2014.ppt | 2303D3EA8D06C519AABBBEB99E2C9749 | Non-Responsive | 2.1.2014 | | | | Non-Privileged | No | Stand Alond document - February 1, 2014 Powerpoint for the new Fatdoor. |
| 30 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140301-Re_Spoke with Mathur.-110873.eml | 9703ECA7530E20BBE4AD337013C90F6B | Non-Responsive | 3.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Hairong Lei <hairong@fatdoor.com> | Casey Schulz <casey@fatdoor.com> | Non-Privileged | No | Email chain between Raj and Hairong Lei regarding the salary for someone for the new Fatdoor. |
| 31 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140301-Re_Spoke with Mathur.-110877.eml | CA2B49446C87FFB4BC60E0A1F20079C9 | Non-Responsive | 3.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Hairong Lei <hairong@fatdoor.com> | Casey Schulz <casey@fatdoor.com> | Non-Privileged | No | Email chain between Raj and Hairong Lei regarding the salary for someone for the new Fatdoor. |
| 32 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140302-Re_Spoke with Mathur.-110948.eml | 3759E0520CBC4A6F29B982501F8E40BB | Non-Responsive | 3.2.2014 | Raj Abhyanker <raj@fatdoor.com> | Casey Schulz <casey@fatdoor.com> | Hairong Lei <hairong@fatdoor.com> | Non-Privileged | No | Email chain between Raj and Hairong Lei regarding the salary for someone for the new Fatdoor and another potential candidate. |
| 33 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140403-Fatdoor is not affiliated with Nextdoor.com_ Inc.-112395.eml | 21F4E3F2C3D5BE1CB80ED027073E6F13 | Non-Responsive | 4.3.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Non-Privileged | No | Email draft by Raj regarding to the new Fatdoor and who it Is not affiliated with. |
| 34 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140415-Fatdoor_ Proprietary Inventions Assignment Agreement-113653.eml | 03286FF4B580A4BE857E607DA6010FE4 | Non-Responsive | 4.15.2014 | Raj Abhyanker <raj@fatdoor.com> | Casey Schulz <casey@fatdoor.com>; Manuel Lopez <mlopez14@stanford.edu>; Ravi Apte <ravi.apte@leftrightmind.com>; Bob Nicholson <bob@fatdoor.com>; Chancellor Tseng <chance@legalforcelaw.com>; Jose Luis Ismael Amodio Leon <jlismael@stanford.edu>; Dongxia Liu <dongxia@rajpatent.com>; Hairong Lei <harong@fatdoor.com> | | Non-Privileged | No | Email from Raj to several people in regards to the new Fatdoor and having them sign an agreement. |
| 35 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140424-Breaking news_ _Trade Secret Saga between Fatdoor founder & Benchmark Capital and Nextdoor moves to Trial by Jury_-114446.eml | 166B2DD7ABA6244E9995D28FE58547A0 | Responsive | 4.24.2014 | Raj Abhyanker <raj@fatdoor.com> | Kuscha Hatami <Kuscha@legalforcelaw.com>; Mitesh Patel <mitesh@legalforcelaw.com> | | Work Product; Attorney/Client | No | Email from Raj to his attorneys Kuscha Hatami and Mitesh Patel forwarding a press release by Tony Keller regarding the Nextdoor case. |

| # | File Path | Hash | Responsive | Date | From | To | CC | Privilege | Privileged | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the LegalForce inventor social net-118289.eml | E1F8691C08BB282D3E0E4DDC8CEA7F36 | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 37 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the Nextdoor walking maps that Raj-118290.eml | 2AE9235A0B2E7CC1A8B733489F76C4B4 | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 38 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the Nextdoor walking maps that Raj-118291.eml | F6944E2EDD8E15371EBE2BF8A5DD196B | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 39 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the Nextdoor walking maps that Raj-118292.eml | 666F5CC5E0048045A58F74864D06564D | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 40 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the Nextdoor walking maps that Raj-118293.eml | EECBCDE3F67A61ACD6EBA38100F093EE | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 41 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the Nextdoor walking maps that Raj-118295.eml | DE13C2E3871034915E1FB17ADE04A8D8 | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 42 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the Nextdoor walking maps that Raj-118297.eml | A651202249B2D5C2E1E0F336C42A2078 | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 43 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140528-Do you remember the Nextdoor walking maps that Raj-118298.eml | CF8E463141244ECBCD323DCAE6CEC789 | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Email draft by Raj for his litigation team with potential deposition questions. |
| 44 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140531-feedback_ lorelei boundaries-118635.eml | F9507064882B89EE325DC9EC9A36F386 | Non-Responsive | 5.31.2014 | Raj Abhyanker <raj@fatdoor.com> | Dongxia Liu <dongxia@rajpatent.com> | | Not Privileged | No | Email from Raj to Dongxia in regards to the new Fatdoor and marketing efforts. |
| 45 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140531-Fwd_ Lorelei handout today-118692.eml | D81BF2821636D063DCE16B4B210AF541 | Non-Responsive | 5.31.2014 | Raj Abhyanker <raj@fatdoor.com> | Scott Allen <scott@legalforcelaw.com>; Heather Norton <heather@legalforcelaw.com>; Brian Orion <brian@legalforcelaw.com>; Roy Montgomery <roy@legalforcelaw.com>; Bruno | | Attorney/Client | No | Email from Raj to his attorneys Scott, Heather, Brian, Roy, Bruno, and Alex in regards to his marketing efforts in Lorelei for the new Fatdoor, and people he met there. |
| 46 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140531-Re_Neighborhood flyer_ Lorelei-118684.eml | 2E22EF6E8EF2C7BB0C7828458CE41DCF | Non-Responsive | 5.31.2014 | Raj Abhyanker <raj@fatdoor.com> | Bob Nicholson <bob@trademarkia.com> | newteam@fatdoor.com; Dongxia Liu <dongxia@rajpatent.com> | Not Privileged | No | Email from Raj to his new Fatdoor team, including his website designer and Dongxia in regards to new to do list for the company. |
| 47 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140531-_Salim__prakash_s _friend_ used to work for Nextdoor-118654.eml | 649172766219A89DA03C5CC5CC53184B | Non-Responsive | 5.31.2014 | Raj Abhyanker <raj@fatdoor.com> | litigators <litigators@legalforcelaw.com> | | Attorney/Client | No | Email from Raj to his litigation team that he is canvassing Lorelei for the new Fatdoor concept and someone he met there knew a friend of one of the nextdoor co-founders. |
| 48 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140601-Heather_-118790.eml | 4EA022AEDB9F47EA476D8361D1955249 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |

| File Path | Hash | Responsiveness | Date | From | Privilege | Redacted | Description |
|---|---|---|---|---|---|---|---|
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-49 1617\messages\20140601-Heather_-118791.eml | 0C02BB429BF50C4 DA28A675595320 4C0 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-50 1617\messages\20140601-Heather_-118792.eml | 95E6F966F4E9ED4 6F44312B6C19E23 27 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-51 1617\messages\20140601-Heather_-118794.eml | CA34846A8037194 33495B1F2A16D9 D5D | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-52 1617\messages\20140601-Heather_-118797.eml | 11587C5AAB3BC1 AB8DE35C4E435B 58C7 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-53 1617\messages\20140601-Heather_-118798.eml | 247CFD95D66C85 0ADC81A7DA5E81 3E86 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-54 1617\messages\20140601-Heather_-118799.eml | 3D678D666B0C0D B2EA20EF8D15A4 D971 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-55 1617\messages\20140601-Heather_-118800.eml | 878ADF79FA5EC 11BD415C7178D1 092D | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| fatdoor eml.zip?fatdoor eml\All Mail_20140705-56 1617\messages\20140601-Heather_-118801.eml | D01593AA2AA66C 49D4E00496C6675 8FC | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |

| # | Filename | Hash | Responsive | Date | From | To | CC | Privilege | Redacted | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140601-Heather_-118802.eml | 92C0FF2C258DCB A5385842873DF6C AC1 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| 58 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140601-Heather_-118803.eml | 39856300E31365A 5F0CF79D7ADB53 547 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | | | Not Privileged | No | Email draft from Raj to a person by the name of Heather, who seems to be someone who sits on the Lorelei HOA board, requesting a presentation of the new Fatdoor to the board. He mentions the Nextdoor matter and how it was taken from him, but the email is clearly an effort to be able to make a presentation for the new Fatdoor. |
| 59 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140601-Salim Sheikh_ spoke with him over the phone-118783.eml | D3CCF129A51A12 A8050BF45EDFF6E 969 | Responsive | 6.1.2014 | Raj Abhyanker <raj@fatdoor.com> | litigators <litigators@legalforcelaw.com> | | Work Product; Attorney/Client | No | Email from Raj to his litigation team in regards to a Salim Sheikh and wanting to Depose him. |
| 60 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140603-Re_Sandeep Sood survey-119044.eml | 1DD9017ADBC24E E34C72FF1ADB7FC A58 | Responsive | 6.3.2014 | Raj Abhyanker <raj@fatdoor.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | Heather Norton <heather@legalforcelaw.com>; Scott Allen <scott@legalforcelaw.com> | Work Product; Attorney/Client | No | Email chain between Raj and his attorneys regarding Nextdoor's production. |
| 61 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140603-Sandeep Sood survey-119042.eml | E6423F966383168 30FDA35E514D66 ABF | Responsive | 6.3.2014 | Raj Abhyanker <raj@fatdoor.com> | Bruno Tarabichi <bruno@legalforcelaw.com>; Heather Norton <heather@legalforcelaw.com>; Scott Allen <scott@legalforcelaw.com> | | Work Product; Attorney/Client | No | Email chain between Raj and his attorneys regarding Sood. |
| 62 | Executive_Summary-Fatdoor-06-16-2014.ppt | BA0FF4B385334A9 595B68A04E7FEF0 07 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 63 | Executive_Summary-Fatdoor-06-16-2014.pdf | 982BDAD007C5D0 6FF86809FAAD0D B549 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 64 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140616-Executive Summary-119762.eml | D1B54D2D7D3F50 10DA9EB35125E5 2BE7 | Non-Responsive | 6.16.2014 | Raj Abhyanker <raj@fatdoor.com> | Victoria Q. Smith <vsmith@perkinscoie.com> | | Attorney/Client | No | Email from Raj to an attorney at Perkins Coie regarding the new Fatdoor robotics power point and to see if she has received it. |
| 65 | Executive_Summary-Fatdoor-06-16-2014.pdf | 982BDAD007C5D0 6FF86809FAAD0D B549 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 66 | attachment.htm | BD930D10A2B81B EB1B23EAA0AFB5 F4C8 | Non-Responsive | N/A | | | | Not Privileged | No | Blank document |
| 67 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140616-Fwd_ Fatdoor Monday exec summary-119740.eml | 3208F9DDBD193A 47FB44BD65A198 A472 | Non-Responsive | 6.16.2014 | Raj Abhyanker <raj@fatdoor.com> | Jolly Matthew <jolly@legalforcelaw.com>; Justin Choy <justin@legalforcelaw.com> | | Not Privileged | No | Email from Raj to his business team regarding the new Fatdoor power point and potential presentation to VCs. |
| 68 | Audio3.wav | FADBC29E9AA618 C22083B92BCE51F 67F | Non-Responsive | N/A | | | | Not Privileged | No | A recording of a presentation for the new Fatdoor.com robotics division. |
| 69 | Executive_Summary-Fatdoor-06-16-2014.ppt | BA0FF4B385334A9 595B68A04E7FEF0 07 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 70 | Executive_Summary-Fatdoor-06-16-2014.pdf | 982BDAD007C5D0 6FF86809FAAD0D B549 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 71 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140616-Fwd_ Fatdoor Monday exec summary-119744.eml | 63787F12C673FA7 46709A6C1A1CEE1 E3 | Non-Responsive | 6.16.2014 | Raj Abhyanker <raj@fatdoor.com> | Michi Rodriguez <michi@legalforcelaw.com> | | Not Privileged | No | Email by Raj requesting that his assistant print the new Fatdoor robotics power point. |
| 72 | Executive_Summary-Fatdoor-06-16-2014.ppt | BA0FF4B385334A9 595B68A04E7FEF0 07 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |

| # | File | Hash | Responsive | Date | From | To | CC | Privilege | Redacted | Description |
|---|------|------|------------|------|------|----|----|-----------|----------|-------------|
| 73 | Executive_Summary-Fatdoor-06-16-2014.pdf | 982BDAD007C5D06FF86809FAAD0DB549 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 74 | Executive_Summary-Fatdoor-06-16-2014.pdf | 982BDAD007C5D06FF86809FAAD0DB549 | Non-Responsive | 6.16.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 75 | fatdoor eml.zip?fatdoor eml\All Mail_20140705-1617\messages\20140619-Re_Fatdoor Updated Terms of Use and Privacy Policy-119905.eml | 43C609CE995093056C851849CCEECFF7 | Non-Responsive | 6.19.2014 | Raj Abhyanker <raj@fatdoor.com> | Christopher Civil <christopher@legalforcelaw.com>; litigators <litigators@legalforcelaw.com> | | Attorney/Client | No | Email chain between Raj, his litigation team, and Chris Civil (an attorney at LF) in regards to the new Fatdoor.com terms of service |
| 76 | Focus-Fatdoor.pptx | C27D22D61C728D08BDB6993C9FACDC26 | Non-Responsive | N/A | | | | Not Privileged | No | Stand alone document - Power point regarding the function of the new Fatdoor robots. |
| 77 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20131102-Re_Reinstatement request_Fatdoor_CenterD site Re_Created Rackspace Ticket #080607-02136_June | 717036DFF058C6813EA5C1D7A68DD72F | Non-Responsive | 11.2.2013 | Raj Abhyanker <raj@fatdoor.com> | Support@rackspace.com | | Not Privileged | No | Email from Raj to Rackspace Hosting in regards to the new Fatdoor.com domain name. |
| 78 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20131202-Re_Lorelei study-26698.eml | 89B53D42F8579F436D4D7375DB5BFA8D | Responsive | 12.2.2013 | Ravi Soni <ravi@legalforcelaw.com> | Atanasov Vladimir <vladimir.atanasov@mason.wm.edu>; Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Email from Ravi to Raj informing him of a phone appointment with Atanasov. Email chain includes brief conversation between Raj and Atanasov regarding the Nextzdoor cofounders. |
| 79 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140113-Re_Fatdoor PowerPoint-26824.eml | 6EE87DD0047201E56BD78845EEDF7EDF2 | Non-Responsive | 1.13.2014 | Ravi Soni <ravi@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Email from Raj to Ravi regarding the new Fatdoor powerpoint. |
| 80 | Executive_Summary-Fatdoor-01-09-14 copy.ppt | 79A8D40E98299964036DF8219BF6DDFE | Non-Responsive | 1.13.2014 | | | | Not Privileged | No | Stand Alone Document - Power point for the new Fatdoor. |
| 81 | Executive_Summary-Fatdoor-02-01-2014.pdf | 8E0A8DDC1B88C8A7362C694999EFCB15 | Non-Responsive | 2.3.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 82 | Executive_Summary-Fatdoor-02-01-2014.pdf | 8E0A8DDC1B88C8A7362C694999EFCB15 | Non-Responsive | 2.3.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 83 | Executive_Summary-Fatdoor-02-01-2014 (1).ppt | 400857825C14C628BC602BC304FB2257 | Non-Responsive | 2.1.2014 | | | | Not Privileged | No | Stand Alone Document - Power point regarding the new Fatdoor robotics features. |
| 84 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140301-Re_Spoke with Mathur.-27666.eml | 0CBF80BDAFC5FD336606BC8733EAF07B | Non-Responsive | 3.1.2014 | Hairong Lei <hairong@fatdoor.com> | Raj Abhyanker <raj@fatdoor.com>; Casey Schulz <casey@fatdoor.com> | | Not Privileged | No | Email chain between Raj and Fatdoor employees in regards to hiring people for the new Fatdoor. |
| 85 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140302-Re_Spoke with Mathur.-27701.eml | 237DFB39B83B44988CCA8B381A76A36D | Non-Responsive | 3.2.2014 | Casey Schulz <casey@fatdoor.com> | Raj Abhyanker <raj@fatdoor.com> | Hairong Lei <hairong@fatdoor.com> | Not Privileged | No | Email chain between Raj and Fatdoor employees in regards to hiring people for the new Fatdoor. |
| 86 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140415-Re_Fatdoor_Proprietary Inventions Assignment Agreement-28520.eml | BD500A304A0353936F6134591E247837 | Non-Responsive | 4.15.2014 | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | Casey Schulz <casey@fatdoor.com>; Manuel López <mlopez14@stanford.edu>; Ravi Apte <ravi.apte@leftrightmind.com>; Bob Nicholson <bob@fatdoor.com>; Jose Luis Ismael Amodio Leon <jlismael@stanford.edu>; Dongxia Liu <dongxia@rajpatent.com>; Hairong Lei <hairong@fatdoor.com> | Not Privileged | No | Chance sending an email to the new Fatdoor employees in regards to signing a PIIA. |
| 87 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140421-Re_Fatdoor_Proprietary Inventions Assignment Agreement-28632.eml | 246D21FDDE3D02FFDAC7B0986CD163BC | Non-Responsive | 4.21.2014 | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | Same as No. 86 | Not Privileged | No | Chance sending an email to the new Fatdoor employees in regards to signing a Pripriatory Inventions Assignment Agreement. |
| 88 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140422-Fwd_Fatdoor_Proprietary Inventions Assignment Agreement-28655.eml | C655AF76591EC41327429F999855B536 | Non-Responsive | 4.22.2014 | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Employee of the new Fatdoor sending PIAA agreement to Chance. |
| 89 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140422-Re_Fatdoor_Proprietary Inventions Assignment Agreement-28659 | 9ADFA6F29A1A8EAB33EF6FD85FE0FC96 | Non-Responsive | 4.22.2014 | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Chance sending PIIA agreement for the new Fatdoor to Raj. |
| 90 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140423-Fwd_Fatdoor_Proprietary Inventions Assignment Agreement- | E1CF51020DB5B24533F866E40646FD75 | Non-Responsive | 4.23.2014 | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Email in regards to the new Fatdoor PIAA agreements. |

| # | File | Hash | Responsive | Date | From | To | CC | Privilege | Attach | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 91 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140424-Re_Breaking news_ _Trade Secret Saga between Fatdoor founder & Benchmark Capital and Nextdoor moves to Trial by Jury_-28706.eml | 5D59213360D5038197C5DD763E0765A5 | Responsive | 4.24.2014 | Bruno Tarabichi <bruno@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | Scott Allen <scott@legalforcelaw.com>; Heather Norton <heather@legalforcelaw.com>; Brian Orion <brian@legalforcelaw.com> | Work Product; Attorney/Client | No | Email from Bruno to Raj in regards to an article about Nextdoor v. Raj that Raj had forwarded to him and the litigation team. |
| 92 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140531-Re_feedback_ lorelei boundaries-30248.eml | CE9E3AA6E1A6AA4662FEA96BFB8AF0BA | Non-Responsive | 5.31.2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Dongxia to Raj regarding neighborhood boundaries for the new Fatdoor. |
| 93 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140531-Re_feedback_ lorelei boundaries-30249.eml | 2719D7A965792776A395724638DAFAED | Non-Responsive | 5.31.2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Dongxia to Raj regarding neighborhood boundaries for the new Fatdoor and marketing efforts by Raj. |
| 94 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140531-Re_Lorelei handout today-30250.eml | ABB5D13B84F3921A811BC5BA6C8799C5 | Non-Responsive | 5.31.2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Dongxia to Raj regarding her opinion of his neighborhood canvassing efforts for the new Fatdoor. |
| 95 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140601-Re_Neighborhood flyer_ Lorelei-30276.eml | F361E743309E695F1C574C44196B63D1 | Non-Responsive | 6.1.2014 | Bob Nicholson <bob@trademarkia.com> | Raj Abhyanker <raj@fatdoor.com> | | Not Privileged | No | Email chain between Raj and Fatdoor employee regarding the robotic and skyteboard features. |
| 96 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140601-Re_Raj Abhyanker has invited you to check your profile on Fatdoor-30284.eml | 312F008AB4A1D069D933A6A619359E14 | Non-Responsive | 6.1.2014 | Raj Abhyanker <raj@legalforcelaw.com> | Questions Help <questions@fatdoor.com> | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email chain between Dongxia and Raj in regards to direct email marketing. |
| 97 | fatdoor eml.zip?fatdoor eml\Inbox_20140705-1615\messages\20140603-Re_Sandeep Sood survey-30445.eml | 8752C95DA6CE5F94A916C3F248C26A86 | Responsive | 6.3.2014 | Bruno Tarabichi <bruno@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | Heather Norton <heather@legalforcelaw.com>; Scott Allen <scott@legalforcelaw.com> | Work Product; Attorney/Client | No | Email between Raj and Bruno/litigation team regarding Nextdoor production. |
| 98 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131118-Don_t say you are not a shareholder of centerd_ inc._ you don_t have present authority to speak on its behalf.-21.eml | 6B0C416F15EE68407C680CBB0A3AD496 | Responsive | 11.18.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out certain facts for his legal team regarding LegalForce Inc. and Centerd Inc. prior to deposition or potential testimony. |
| 99 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131120-I want to be part of something I started. This being said I understand that there is likely too much mutual bad blood for that to be possible. I am willing to be(...).eml | 7D1AE3A8C46F5C3592B918851227F45F | Responsive | 11.20.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he is laying out potential settlement terms for his litigation team. |
| 100 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131122-Vladimir expert on | CD55CCF874A32131D8375AB5D777 | Non-Responsive | 11.22.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | No | An email draft by Raj where he is laying out steps for discovery for his litigation team. |
| 101 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131124-Madison_-59.eml | BA538E6D8066D9EE5BA35BC944FD92B2 | Responsive | 11.24.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | Draft email by Raj regarding a potential letter to be sent to Madison, co-founder Nextdoor, for his legal team. |
| 102 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131206-Number if months-67.eml | 83B6D854DA3EF1D17538AE1D95D14B84 | Responsive | 12.6.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he is laying out questions for his legal team to consider regarding how Nextdoor.com came to know the Lorelie neighbor, and which neighborhoods Nextdoor launched in. |
| 103 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131212-First 25 users of Nextdoor in Lorelei-72.eml | C72A2C2526F43759D84B339A5B0CFA14 | Responsive | 12.12.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 104 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131213-How did they choose_ select_ and decide the Nextdo-80.eml | CEC21C756F57126BDE434BCCB72809D8 | Responsive | 12.13.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he lays out a plan for his litigation team regarding things that are needed for his Trade Secrets claim regarding Lorelei. |
| 105 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131218-August of 2007-98.eml | 7697AF9F67460E3AE9DA886B3B042D45 | Responsive | 12.18.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he is correcting certain dates in this matter, draft sentence for a declaration or statement in this matter, and list of names and entities involved for his litigation team. |
| 106 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131220-Where Nextdoor used in commerce_-100.eml | ECAF40DF81BC24C7567FEE2B0B752381 | Responsive | 12.20.2013 | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Yes | An email draft by Raj where he is noting down facts about the case, events from 2005, 2007, 2008, 2009 and 2013, plus several questions for his litigation team. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 107 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20131222-Happy Holidays_ Cupertino_ Nextdoor_Fatdoor-107.eml | 0F0D308E0E9AACE91A82D9245DFACAE7 | Non-Responsive | 12.22.2013 | | Not Privileged | No | Draft email by Raj wishing cupertino a happy holidays and discussing how he wants to get involved in Cupertino neighborhoods with his Fatdoor website. He does mention how Nextdoor is a direct competitor. |
| 108 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20140425-Centerd.com domain transfer request.-416.eml | 603FFD53CB0E0C19CC61977386A96E84 | Non-Responsive | 4.25.2014 | Raj Abhyanker <raj@fatdoor.com> | Not Privileged | No | Email draft from Raj to Chandu in regards to the Centered domain name, and that he is going to contact Whois to updated the owner name of the domain name. Also includes a draft to whois.com regarding udpating their database. |
| 109 | fatdoor eml.zip?fatdoor eml\Notes_20140705-1621\messages\20140528-Do you remember the Nextdoor walking maps that Raj-561.eml | 6A074D610217B14CEC8D8B8C2A903E18 | Responsive | 5.28.2014 | Raj Abhyanker <raj@fatdoor.com> | Work Product | Yes | An email draft by Raj where he has written down potential deposition questions for his litigation team to consider for depositions. |