1  **DAVID S. LAVINE**, CA State Bar No. 166744
   dave@legalforcelaw.com
2  **KUSCHA HATAMI FARD,** CA State Bar No. 282954
3  kuscha@legalforcelaw.com
   **LEGALFORCE RAJ ABHYANKER, P.C.**
4  1580 W. El Camino Real, Suite 13
   Mountain View, California 94040
5  Telephone:  650.965.8731
   Facsimile:   650.989.2131
6
   Attorneys for Defendant
7  Raj Abhyanker

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 | NEXTDOOR.COM, INC.,              |
13 |                  Plaintiff,       | Case No. 3:12-cv-05667-EMC
14 |         vs.                       | **NOTICE OF CHANGE IN COUNSEL**
15 | RAJ ABHYANKER,                    | Courtroom:  A – 17th Floor
16 |                  Defendant.       | JUDGE:     HON. EDWARD M. CHEN
17 |                                   |
18 | RAJ ABHYANKER,                    |
19 |                  Counterclaimant, |
20 |         vs.                       |
21 | NEXTDOOR.COM, INC., et al.        |
22 |                  Counterdefendants.|

23
24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 5-1(c)(2)(C), attorney Kuscha Hatami Fard advises the Court that he withdraws as attorney of record for Defendant Raj Abhyanker in this action.  LegalForce Raj Abhyanker P.C. and attorney David S. Lavine will continue to represent Defendant Raj Abhyanker.

Dated: August 19, 2014          LegalForce Raj Abhyanker P.C.

By: /s/ Kuscha Hatami Fard
KUSCHA HATAMI FARD
Attorneys for Defendant Raj Abhyanker