UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:     August 20, 2014

Case No:   3:12-cv-05667 EMC

Case Name:   Nextdoor.com, Inc. v. Raj Abhyanker

Counsel for Plaintiff:    Eric Ball, Guinevere Jobson

Counsel for Defendant:  David Lavine

Deputy Clerk:   Lili M. Harrell          FTR:  10:46am - 11:09am
                                         Time:  23 min

**PROCEEDINGS:**                                      **RULINGS:**

Discovery hearing re [311]                                Held


**ORDER TO BE PREPARED BY:**   [ ] **PLAINTIFF**    [ ] **DEFENDANT**   [X] **COURT**


cc: