**DAVID S. LAVINE,** CA State Bar No. 166744
dave@legalforcelaw.com
**NICHOLAS M. GEROVAC,** CA State Bar No. 289910
nick@legalforcelaw.com

**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Defendant
Raj Abhyanker

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>RAJ ABHYANKER, an individual<br><br>Defendant. | Case No. 3:12-cv-05667-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL NICHOLAS M. GEROVAC FOR DEFENDANT RAJ ABHYANKER** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD**

The following counsel hereby enters notice of appearance on behalf of Defendant Raj Abhyanker for all matters in this matter.

Nicholas M. Gerovac, CA State Bar No. 289910
LegalForce Raj Abhyanker, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, CA 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131
Email: nick@legalforcelaw.com

1

2                                               Respectfully submitted,

3   Dated:  August 25, 2014                     /s/ Nicholas Gerovac_____
                                                David S. Lavine
4                                               Nicholas M. Gerovac

5
                                                Attorneys for Defendant
6                                               Raj Abhyanker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28