1  **DAVID S. LAVINE**, CA State Bar No. 166744
   dave@legalforcelaw.com
2  **NICHOLAS M. GEROVAC,** CA State Bar No. 289910
3  nick@legalforcelaw.com

4  **LEGALFORCE RAJ ABHYANKER, P.C.**
   1580 W. El Camino Real, Suite 13
5  Mountain View, California 94040
   Telephone: 650.965.8731
6  Facsimile: 650.989.2131

7  Attorneys for Defendant
   Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAJ ABHYANKER, <br><br> Defendant. | Case No. 3:12-cv-05667-EMC <br><br> **UPDATED PRIVILEGE LOG IN RESPONSE TO JUDGE COUSINS' AUGUST 18, 2014 ORDER (ECF NO. 313).** <br><br> Courtroom: A – 15th Floor <br> Discovery Judge: Hon. Nathanael Cousins |

| | |
|---|---|
| 1 | Enclosed please find the ordered updated privilege log in response to the Honorable Judge |
| 2 | Cousins' August 18, 2014 Order (ECF No. 313). |
| 3 | |
| 4 | Dated August 25, 2014      Respectfully submitted, |
| 5 |                         LEGALFORCE RAJ ABHYANKER, P.C. |

Enclosed please find the ordered updated privilege log in response to the Honorable Judge Cousins' August 18, 2014 Order (ECF No. 313).

Dated August 25, 2014

Respectfully submitted,

LEGALFORCE RAJ ABHYANKER, P.C.

By /s/David Lavine
   David Lavine
   Attorneys for Defendant
   Raj Abhyanker

| Doc # | Date | Email From if applicable | Email To if applicable | Email CC if applicable | Other's sent or received and/or furnished/informed of substantce, or in an email forwarded in the chain; if applicable | Privilege or Protection | Description |
|---|---|---|---|---|---|---|---|
| 1 | 2/5/2014 | Heather Norton <heather@legalforcelaw.com> | Chancellor Tseng <chance@legalforcelaw.com> | Raj Abhyanker <raj@trademarkia.com>; Dongxia Liu <dongxia@rajpatent.com>; Bruno Tarabichi <bruno@legalforcelaw.com>; Andrew Kramer <andrew@legalforcelaw.com> | T R Coca <rcoca@sbcglobal.net> | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, Mr. Abhyanker's Attorney Heather Norton is inquiring as to certain dates for a particular court hearing. |
| 2 | 6/12/2014 | Chancellor Tseng <chance@legalforcelaw.com> | Sarah Goll <Sarah@legalforcelaw.com>; Raj Abhyanker <raj@legalforcelaw.com>; Raj Abhyanker <rabhyanker@icloud.com> | | Scott Allen <scott@legalforcelaw.com>; Heather Norton <heather@legalforcelaw.com>; Bruno Tarabichi <bruno@legalforcelaw.com>; Brian Orion <brian@legalforcelaw.com>; Roy Montgomery <roy@legalforcelaw.com>; Ilana Rubel <lrubel@fenwick.com>; Laurence Pulgram <lpulgram@fenwick.com>; Guinevere Jobson <gjobson@fenwick.com>; Jennifer Kelly <JKelly@fenwick.com> | Work Product; Attorney/Client | Email with attachments reflecting legal advice of counsel regarding draft of joint discovery letter. Speficially, Mr. Allen had forwarded a draft version from Ms. Ilana Rubel (nextdoor.com counsel) to others on Mr. Abhyanker's legal team without sending it to Mr. Abhyanker, the email was then forwarded to Mr. Abhyanker via Ms Goll and Mr. Tseng. |
| 3 | 3/18/2013 | Krithika <krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. Specifically, an email chain between Mr. Abhyanker and potential advisor and consultant on the Nextdoor case regarding the trade secret designation and strategy. |
| 4 | 3/18/2013 | Krithika <krithika.dn@gmail.com> | Raj Abhyanker <rabhyanker@icloud.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. Specifically, an email chain between Mr. Abhyanker and potential advisor and consultatnt on the Nextdoor case regarding the trade secret designation and strategy. |
| 5 | 8/13/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <rabhyanker@icloud.com> | | | Work Product; Attorney/Client | Proposed deposition questions order by and intended for Abhyanker litigation team. |
| 6 | 8/27/2013 | Mitesh Patel <mitesh@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | randall morrison <rdmlaw087@gmail.com>; Steven Fichera <steven@legalforcelaw.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding copyright filing. Specifically, Mr. Abhyanker is requesting that Mr. Fichera file a copyright on his behalf for his Fatdoor marketing video, and asking advice regarding whether this video is similar enough to the Nextdoor marketing video for a claim by Mr. Abhyanker against Nextdoor for copyright infringement. |
| 7 | 8/27/2013 | Mitesh Patel <mitesh@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | randall morrison <rdmlaw087@gmail.com>; Steven Fichera <steven@legalforcelaw.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding copyright filing. Specifically,Mr. Abhyanker is requesting that Mr. Fichera file a copyright on his behalf for his Fatdoor marketing video, and asking advice regarding whether this video is similar enough to the Nextdoor marketing video for a claim by Mr. Abhyanker against Nextdoor for copyright infringement. |
| 8 | | | | | | | Produced August 3, 2014 |
| 9 | 12/21/2013 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Bruno Tarabichi; Heather Norton <heather@legalforcelaw.com>; Chancelor Tseng (Abhyanker Personal Assistant) | Work Product; Attorney/Client | Email with attachment reflecting legal advice of counsel regarding draft of initial disclosures. Specifically, Mr. Abhyanker forwarded an email by Mr. Tarabichi to himself in regards to draft initial disclosures for his review. |
| 10 | | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 11 | | | | | | | Produced August 3, 2014 |
| 12 | 1/23/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <rabhyanker@icloud.com> | | Bruno Tarabichi <bruno@legalforcelaw.com>; Heather Norton <heather@legalforcelaw.com>; Chancelor Tseng (Abhyanker Personal Assistant) | Attorney/Client; Work Product | Email with attachment seeking and reflecting legal advice of counsel regarding draft declaration. Specifically, an email intended for Abhyanker counsel Bruno Tarabichi inquring as to whether changes need to be made to a declaration. |
| 13 | 3/8/2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <rabhyanker@icloud.com> | | | Work Product | Email with attachment seeking and reflecting legal advice of counsel regarding draft declaration. Specifically, an email intended for Abhyanker counsel Bruno Tarabichi inquring as to whether changes need to be made to a declaration. |
| 14 | 3/8/2014 | Dongxia Liu <dongxia@rajpatent.com> | Raj Abhyanker <rabhyanker@icloud.com> | | | Work Product | Email with attachment seeking and reflecting legal advice of counsel regarding draft declaration. Specifically, an email intended for Abhyanker counsel Bruno Tarabichi inquring as to whether changes need to be made to a declaration. |
| 15 | 5/4/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | | Work Product | Email reflecting legal advice of counsel regarding State Bar complaint. Specifically, an email intended for Abhyanker counsel regarding points to add to a proposed state bar complaint. |
| 16 | 5/5/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | | Attorney/Client | Email reflecting legal advice of counsel regarding State Bar complaint. Specifically, an email to Abhyanker counsel, forwarded by Abhyanker to himself regarding points to add to a proposed state bar complaint. |
| 17 | 5/31/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Sonal Abhyanker <sabhyanker@gmail.com> | | | Marital Privilege | Email regarding trade secrets. Specifically an email from Abhyanker to his spouse. |
| 18 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | clifford@legalforcelaw.com; | | | Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. Specifically, an email chain between Mr. Abhyanker and potential advisor and consultant on the Nextdoor case regarding the trade secret designation and strategy. Email was forwarded to Abhyanker firm's controller since he would have to make the decision regarding hiring this individual. |
| 19 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika <krithika.dn@gmail.com>; Bruno Tarabichi <bruno@legalforcelaw.com> | | | Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. Specifically, an email chain between Mr. Abhyanker and potential advisor and consultant on the Nextdoor case regarding the trade secret designation and strategy. Email was forwarded to Abhyanker counsel Bruno Tarabichi. |
| 20 | 3/18/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Krithika <krithika.dn@gmail.com> | Bruno Tarabichi <bruno@legalforcelaw.com> | | Attorney/Client | Email seeking and reflecting legal advice of counsel regarding trade secrets. Specifically, an email chain between Mr. Abhyanker and potential advisor and consultant on the Nextdoor case regarding the trade secret designation and strategy. |
| 21 | 3/26/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com>; Ravi Soni <ravi@legalforcelaw.com> | | | Work Product; Attorney/Client | Email seeking legal advice of counsel regarding deposition preparation. Specifically, in an email intended for Abhyanker counsel, Mr. Abhyanker is proposing potential deposition questions for Nextdoor.com |
| 22 | | | | | | | Produced August 3, 2014 |
| 23 | 4/7/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding draft complaint. Specifically, an email intended for Abhyanker counsel in regards to facts and claims. |

| # | Date | From | To | CC | Other | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 24 | 8/2/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding proposed settlement terms. Speficially, an email intended for Abhyanker counsel in regards to potential acceptable terms. |
| 25 | 10/7/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | | Work Product; Attorney/Client | Email seeking and reflecting legal advice of counsel regarding standing. Specifically, an email intended for Abhyanker litigation team regarding standing. |
| 26 | | | | | | | Produced August 3, 2014 |
| 27 | 10/28/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Raj Abhyanker <raj@legalforcelaw.com> | | | Work Product | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, an email intended for Abhyanker counsel regarding potential Interrogatories. |
| 28 | | | | | | | Produced August 3, 2014 |
| 29 | | | | | | | Produced August 3, 2014 |
| 30 | 11/14/2013 | Raj Abhyanker <rabhyanker@icloud.com> | Anthony C. Meredith, Esq. <meredithlaw@yahoo.com>; Thomas H. Kawaii <kawaii@kawaiilaw.com>; Thomas H. Kawaii <kawaii@legalforcelaw.com>; Raj Abhyanker <raj@legalforcelaw.com> | | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically a Cease and Desist letter intended for Nextdoor.com. |
| 31 | 1/23/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Sonal Abhyanker <sabhyanker@gmail.com> | | Chancelor Tseng (Abhyanker Personal Assistant) | Marital Privilege | Email regarding litigation strategy. Sent by Abhyanker to his Spouse. |
| 32 | 3/8/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Dongxia Liu <dongxia@rajpatent.com> | | Chancelor Tseng (Abhyanker Personal Assistant) | Work Product | Email with attachment seeking and reflecting legal advice of counsel regarding draft declaration. Specifically, an email intended for Abhyanker counsel Bruno Tarabichi inquring as to whether changes need to be made to a declaration. |
| 33 | 3/8/2014 | Raj Abhyanker <rabhyanker@icloud.com> | Dongxia Liu <dongxia@rajpatent.com> | | Chancelor Tseng (Abhyanker Personal Assistant) | Work Product | Email with attachment seeking and reflecting legal advice of counsel regarding draft declaration. Specifically, an email intended for Abhyanker counsel Bruno Tarabichi inquring as to whether changes need to be made to a declaration. |
| 34 | 11/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. |
| 35 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically regarding potential settlement. |
| 36 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, a statement addressing settlement. |
| 37 | | | | | | | Produced August 3, 2014 |
| 38 | | | | | | | Produced August 3, 2014 |
| 39 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 40 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 41 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 42 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 43 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 44 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 45 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 46 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 47 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 48 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 49 | 12/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, a timeline of events. |
| 50 | 3/21/2014 | Administrator [FatDoor] <raj@fatdoor.com> | Matthew Powers <matthew.powers@tensegritylawgroup.com> | | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, Abhyanker discussing with potential counsel in this case the history and procedural background of the different court actions. |
| 51 | 3/21/2014 | Administrator [FatDoor] <raj@fatdoor.com> | Matthew Powers <matthew.powers@tensegritylawgroup.com> | | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, Abhyanker discussing with potential counsel strategy regarding the case. |
| 52 | 3/25/2014 | Raj Abhyanker <raj@fatdoor.com> | Venkat Balasubramani <venkat@focallaw.com> | | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, Abhyanker discussing with potential counsel in this case the history and procedural background of the different court actions. |
| 53 | 3/28/2014 | Raj Abhyanker <raj@fatdoor.com> | Venkat Balasubramani <venkat@focallaw.com> | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, Abhyanker discussing with potential counsel in this case the history and procedural background of the different court actions. |
| 54 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | litigators@legalforcelaw.com; Rao Coca <rao@legalforcelaw.com> | angela@legalforce.com; Roy Montgomery <roy@legalforcelaw.com>; Peter Jensen-Haxel <peter@legalforcelaw.com>; Mitesh Patel <mitesh@legalforcelaw.com>; Kuscha Hatami <Kuscha@legalforcelaw.com>; Dongxia Liu <dongxia@rajpatent.com>; Andrew Kramer <andrew@legalforcelaw.com> | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton in regards to Nextdoor's use of a certain curve algorithm. |
| 55 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 56 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 57 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 58 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |

| # | Date | From | To | | | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 59 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 60 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 61 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 62 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 63 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Heather Norton and Scott Allen in regards to Nextdoor's use of a certain curve algorithm. |
| 64 | 4/4/2014 | Administrator [FatDoor] <raj@fatdoor.com> | angela@legalforce.com; Andrew Kramer <andrew@legalforcelaw.com> | | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for legal team and patent agent regarding claim charts for map based patent application. |
| 65 | 4/14/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically , email intended for Abhyanker legal team in regards to the timeline of events leading up to litigation. |
| 66 | | | | | | | Produced August 3, 2014 |
| 67 | 4/24/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically email intended for Abhyanker counsel regarding cybersquatting . |
| 68 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically email intended for Abhyanker counsel regarding cybersquatting . |
| 69 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically email intended for Abhyanker counsel regarding cybersquatting . |
| 70 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically email intended for Abhyanker counsel regarding cybersquatting . |
| 71 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically email intended for Abhyanker counsel regarding cybersquatting . |
| 72 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically email intended for Abhyanker counsel regarding cybersquatting . |
| 73 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets. |
| 74 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets. |
| 75 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets. |
| 76 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets. |
| 77 | 5/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets and potential witnesses. |
| 78 | 5/9/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets. |
| 79 | 5/13/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email for Abhyanker counsel regarding an updated Cease and Desist notice. |
| 80 | 5/20/2014 | Raj <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation and discovery. Specifically, email inteded for Heather Norton in regards to her Interrogatory responses. |
| 81 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 82 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 83 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 84 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 85 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 86 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 87 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 88 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically, email intended for Abhyanker counsel with proposed deposition questions. |
| 89 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 90 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |

| # | Date | From | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 91 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 92 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 93 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 94 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 95 | 6/7/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 96 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 97 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 98 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 99 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 100 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 101 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 102 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 103 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 104 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 105 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 106 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 107 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 108 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 109 | | | | | | | Produced August 3, 2014 |
| 110 | | | | | | | Produced August 3, 2014 |
| 111 | | | | | | | Produced August 3, 2014 |
| 112 | 3/25/2014 | Venkat Balasubramani <venkat@focallaw.com> | Raj Abhyanker <raj@fatdoor.com> | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, Abhyanker discussing with potential counsel in this case the history and procedural background of the different court actions. |
| 113 | 6/14/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | Chancelor Tseng (Abhyanker Personal Assistant) | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Abhyanker legal team in regards to draft declarations. |
| 114 | 6/14/2014 | Raj Abhyanker <raj@legalforcelaw.com> | Raj Abhyanker <raj@fatdoor.com> | | | Work Product | Email reflecting legal advice of counsel regarding litigation strategy. Specifically an email intended for Abhyanker legal team in regards to draft declarations. |
| 115 | 11/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding Center'd. |
| 116 | 11/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding settlement. |
| 117 | 11/24/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding potential deposition questions. |
| 118 | 12/6/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 119 | 12/12/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 120 | 12/13/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 121 | 12/18/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 122 | 12/20/2013 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Draft email intended for Abhyanker counsel regarding litigation strategy. Specifically issues realted to Abhyanker use of the mark prior to Nextdoor.com |
| 123 | 3/29/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 124 | 4/14/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically , email intended for Abhyanker legal team in regards to the timeline of events leading up to litigation. |

| # | Date | From | To | CC | BCC | Privilege | Description |
|---|------|------|-----|-----|-----|-----------|-------------|
| 125 | 4/24/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker legal team in regards to cyberpiracy. |
| 126 | 4/24/2014 | Raj <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker legal team in regards to the timeline of events leading up to litigation. |
| 127 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker legal team in regards to cyberpiracy. |
| 128 | 5/2/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to trade secrets. |
| 129 | 5/3/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker counsel regarding discovery and litigation strategy. Specifically issues realted to state bar complaint. |
| 130 | 5/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets and potential witnesses. |
| 131 | 5/13/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, an email intended for Abhyanker counsel regarding cease and desist notice. |
| 132 | 5/20/2014 | Raj <raj@fatdoor.com> | | | | Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, an email intended for Abhyanker counsel regarding correcting interrogatory responses. |
| 133 | 5/28/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Work Product; Attorney/Client | Email reflecting legal advice of counsel regarding litigation strategy. Specifically, an email intended for Abhyanker counsel regarding correcting interrogatory responses. |
| 134 | 5/30/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft email intended for Abhyanker previous counsel, requesting files. |
| 135 | 6/1/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 136 | 6/5/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Email seeking legal advice of counsel regarding deposition preparation. Specifically, in an email intended for Abhyanker counsel, Mr. Abhyanker is proposing potential RFP requests. |
| 137 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email reflecting legal advice of counsel regarding current litigation strategy. Specifically an email intended for Abhyanker counsel regarding standing and counter claims. |
| 138 | 6/7/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding trade secrets. |
| 139 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding Bad Faith. |
| 140 | 6/8/2014 | Raj Abhyanker <raj@fatdoor.com> | | | | Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. Specifically, email intended for Abhyanker Counsel regarding Bad Faith. |
| 141 | 12/5/2011 | Ashwin Anand <ashwin@rajpatent.com> | Raj Abhyanker <raj@rajpatent.com> | jessica@rajpatent.com | | Work Product; Attorney/Client | Draft of Nextdoor state court complaint. |
| 142 | 12/5/2011 | Ashwin Anand <ashwin@rajpatent.com> | Raj Abhyanker <raj@rajpatent.com> | | | Work Product; Attorney/Client | Draft of Nextdoor state court complaint. |
| 143 | 2013/2014 | David R. Owens | | | | Work Product | Nextdoor Proof chart |
| 144 | 2013/2014 | MP015096/Document drafted by Brian Orion | | | | Work Product | A proof chart labeled Attorney Work Product on each page regarding Nextdoor's claims. |
| 145 | | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 146 | | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 147 | 2013/2014 | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 148 | 7/31/2014 | Bruno Tarabichi | | | | Work Product | Document drafted by Bruno Tarabichi reflecting a response to a letter in this matter. |
| 149 | 2013/2014 | Bruno Tarabichi | | | | Work Product | Document drafted by Bruno Tarabichi reflecting legal advice of counsel regarding draft filing. |
| 150 | 2013/2014 | Dad/Drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, draft RFPs. |
| 151 | 2013/2014 | Drafted by Abhyanker Counsel | | | | Work Product | Document in a file on an RAPC computer of witness proof chart. |
| 152 | | | | | | | Produced August 3, 2014 |
| 153 | | | | | | | Produced August 3, 2014 |
| 154 | | | | | | | Produced August 3, 2014 |
| 155 | | | | | | | Produced August 3, 2014 |
| 156 | | | | | | | Produced August 3, 2014 |
| 157 | | | | | | | Produced August 3, 2014 |
| 158 | | | | | | | Produced August 3, 2014 |
| 159 | | | | | | | Produced August 3, 2014 |
| 160 | | | | | | | Produced August 3, 2014 |
| 161 | | | | | | | Produced August 3, 2014 |
| 162 | 2013/2014 ? | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 163 | 2013/2014 ? | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 164 | 2013/2014 ? | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 165 | 2013/2014 ? | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 166 | 2013/2014 ? | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 167 | 7/5/1905 | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 168 | 2013/2014 ? | MP015096/Document drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer called Brian's Documents. Specifically, a Proof chart of the respective claims in this case. |
| 169 | | | | | | | Produced August 3, 2014 |
| 170 | 7/31/2014 | Bruno Tarabichi | | | | Work Product | Document drafted by Bruno Tarabichi reflecting respoding to a letter in this matter. |
| 171 | 7/31/2014 | Bruno Tarabichi | | | | Work Product | Document drafted by Bruno Tarabichi reflecting respoding to a letter in this matter. |

| # | Date | Author/Drafter | | | | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 172 | | | | | | | Produced August 3, 2014 |
| 173 | | | | | | | Produced August 3, 2014 |
| 174 | 2013/2014 ? | Bruno Tarabichi | | | | Work Product | Document drafted by Bruno Tarabichi reflecting legal advice of counsel regarding draft filing. |
| 175 | 2013/2014 ? | Bruno Tarabichi | | | | Work Product | Document drafted by Bruno Tarabichi reflecting legal advice of counsel regarding draft filing. |
| 176 | 2013/2014 ? | Bruno Tarabichi | | | | Work Product | Document drafted by Bruno Tarabichi reflecting legal advice of counsel regarding draft filing. |
| 177 | 2013/2014 ? | Dad/Drafted by Brian Orion | | | | Work Product | Document is in a file on Brian Orion's Computer. Specifically, a Proof chart of the respective claims in this case. |
| 178 | 2013/2014 ? | Abhyanker Legal Counsel | | | | Work Product | Exhibit prepared by Abhyanker's legal team reflecting legal advice of counsel regarding draft filing. |
| 179 | | | | | | | Produced August 3, 2014 |
| 180 | | | | | | | Produced August 3, 2014 |
| 181 | 2013/2014 ? | Ahmed Alhafidh/Drafted by Abhyanker counsel | | | | Work Product | Document is a draft by Abhyanker counsel regarding a proof chart of claims in this case. |
| 182 | 2013/2014 ? | H60sere/Drafted by Abhyanker legal team | | | | Work Product | Document is in a file on Brian Orion's Computer. Specifically, proposed deposition questions in this matter. |
| 183 | 2013/2014 ? | H60sere/Drafted by Abyanker legal team | | | | Work Product | Document is in a file on Brian Orion's Computer. Specifically, proposed deposition questions in this matter. |
| 184 | 2013/2014 ? | Raj Abhyanker | | | | Work Product | Document intended for Abhyanker's counsel regarding proposed deposition questions. |
| 185 | 2013/2014 ? | Raj Abhyanker | | | | Work Product | Document intended for Abhyanker's counsel regarding proposed declaration. |
| 186 | | | | | | | Produced August 3, 2014 |
| 187 | | | | | | | Produced August 3, 2014 |
| 188 | 2013/2014 ? | Dad/Drafted by Abhyanker | | | | Work Product | Document in a file on Raj Abhyanker's Computer of draft Interrogatory responses intended for his attorneys' review. |
| 189 | | | | | | | Produced August 3, 2014 |
| 190 | 1/10/2014 | Tre Kendrick/Prepared by Chance Tseng | | | | Work Product | Document intended for Abhyanker counsel regarding a phone conversation of Raj Abhyanker counsel, Raj and an expert. |
| 191 | 1/10/2014 | Tre Kendrick/Prepared by Chance Tseng | | | | Work Product | Document intended for Abhyanker counsel regarding a phone conversation of Raj Abhyanker counsel, Raj and an expert. |
| 192 | 2013/2014 | Dad/Drafted by Abhyanker | | | | Work Product | Document in a file on Raj Abhyanker's Computer of draft Interrogatory responses intended for his attorneys' review. |
| 193 | | | | | | | Produced August 3, 2014 |
| 194 | 2013/2014 | H60sere/Drafted by Raj Abhyanker | | | | Work Product | Document in a file on an RAPC computer, intended for Abhyanker counsel of a spread sheet for potential witnesses or parties relevant to the proceeding. |
| 195 | | | | | | | Produced August 3, 2014 |
| 196 | 2013/2014 ? | clientrelations/Drafted by Abhyanker | | | | Work Product | File on RAPC computer intended for Abhyanker counsel regarding draft declaration. |
| 197 | 10/17/2013 | Bruno Tarabichi; Heather Norton; Roy Montgomery | | | | Work Product | Draft pleading inteded for this proceeding. |
| 198 | 12/26/2013 | Bruno Tarabichi; Heather Norton; Roy Montgomery | | | | Work Product | Draft pleading inteded for this proceeding. |
| 199 | 2013/2014 ? | Raj Abhyanker | | | | Work Product | Statement intended for Abhyanker counsel regarding eDirectree |
| 200 | 2013/2014 ? | RAPC 14 Raj Office/Drafted by Abhyanker | | | | Work Product | Statement intended for Abhyanker counsel regarding proposed fact statement for pleading. |
| 201 | 5/2/2014 | RAPC 14 Raj Office/Drafted by Chance Tseng | | | | Work Product | Document intended for Abhyanker counsel regarding a phone conversation of Raj Abhyanker and his counsel directed at the trade secret claims. |
| 202 | 11/5/2011 | Customer service <customer.service@trademarkia.com>/Drafted by Raj Abhyanker | | | | Attorney/Client | Draft email intended for Abhaynker counsel regarding Fatdoor v. Nextdoor. |
| 203 | 11/5/2011 | Customer service <customer.service@trademarkia.com>/Drafted by Raj Abhyanker | | | | Attorney/Client | Draft email intended for Abhaynker counsel regarding Fatdoor v. Nextdoor. |
| 204 | 11/5/2011 | Customer service <customer.service@trademarkia.com>/Drafted by Raj Abhyanker | | | | Attorney/Client | Draft email intended for Abhaynker counsel regarding Fatdoor v. Nextdoor. |
| 205 | 11/5/2011 | Customer service <customer.service@trademarkia.com>/Drafted by Raj Abhyanker | | | | Attorney/Client | Draft email intended for Abhaynker counsel regarding Fatdoor v. Nextdoor. Draft email intended for Abhaynker counsel regarding Fatdoor v. Nextdoor. |
| 206 | 12/31/2011 | Customer service <customer.service@trademarkia.com>/Drafted by Raj Abhyanker | | | | Work Product; Attorney/Client | Draft Email seeking legal advice of counsel regarding litigation strategy. |
| 207 | 1/23/2014 | Bruno Tarabichi Heather Norton, Roy Montgomery | | | | Work Product | Draft pleading inteded for this proceeding. |
| 208 | 2013/2014 ? | Dad/Drafted by Abhyanker | | | | Work Product | Document in a file on a RAPC computer of draft stipulation intended for his attorneys' review. |
| 209 | 2013/2014 ? | Dad/Drafted by Abhyanker | | | | Work Product | Document in a file on RAPC Computer of draft stipulation intended for his attorneys' review. |
| 210 | 2013/2014 ? | Dad/Drafted by Abhyanker | | | | Work Product | Document in a file on RAPC Computer of draft stipulation intended for his attorneys' review. |
| 211 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 212 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 213 | | | | | | | Produced August 3, 2014 |
| 214 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 215 | | | | | | | Produced August 3, 2014 |
| 216 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |

| # | Date | Author/Drafter | | | | Type | Description |
|---|------|----------------|---|---|---|------|-------------|
| 217 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 218 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 219 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 220 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 221 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 222 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 223 | 1/6/2011 | Isra Abid | | | | Work Product | Memorandum to Abhyanker regarding Abhyanker v. Benchmark potential claims. |
| 224 | 11/1/2012 | Raj Abhyanker | | | | Work Product | Intended for Abhyanker counsel regarding pleadings. |
| 225 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 226 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 227 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 228 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 229 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 230 | 11/1/2011 | Owner/Drafted by Raj Abhyanker and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 231 | ? | Jacob M. Chapman | | | | Work Product | Timeline of Nextdoor events. |
| 232 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 233 | 2/20/2012 | Ashwin Anand, Jacob Chapman, Stephen Kane (also attorney on this case at one point) | | | | Work Product | Memorandum regarding case law relevant this case. |
| 234 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 235 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 236 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 237 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 238 | 1/17/2012 | Ashwin Anand and Chris Ditico both attorneys on the TTAB opposition | | | | Work Product | Draft pleading for Nextdoor TTAB Opposition |
| 239 | 1/17/2012 | Ashwin Anand and Chris Ditico both attorneys on the TTAB opposition | | | | Work Product | Draft pleading for Nextdoor TTAB Opposition |
| 240 | 1/17/2012 | Ashwin Anand and Chris Ditico both attorneys on the TTAB opposition | | | | Work Product | Draft pleading for Nextdoor TTAB Opposition |
| 241 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 242 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 243 | 1/6/2011 | Isra Abid | | | | Work Product | Memorandum to Abhyanker regarding Abhyanker v. Benchmark potential claims. |
| 244 | ? | Owner/Raj Abhaynker | | | | Work Product | Draft pleading intended for Abhyanker Counsel regarding TTAB complaint. |
| 245 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 246 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 247 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 248 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 249 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 250 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 251 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 252 | | | | | | | Produced August 3, 2014 |
| 253 | 3/27/2012 | Ashwin Anand and Chris Ditico | | | | Work Product | Draft pleading for Nextdoor TTAB Opposition |
| 254 | 3/27/2012 | Ashwin Anand and Chris Ditico | | | | Work Product | Draft pleading for Nextdoor TTAB Opposition |
| 255 | | | | | | | Produced August 3, 2014 |
| 256 | | | | | | | Produced August 3, 2014 |
| 257 | | | | | | | Produced August 3, 2014 |
| 258 | 12/23/2011 | RAPC 17 /Isra Abid | | | | Work Product | Memorandum to Abhyanker regarding Abhyanker v. Benchmark potential claims. |
| 259 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 260 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |

| # | Date | Owner/Drafter | To | | | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 261 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 262 | 12/6/2011 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 263 | | FRONT14/Raj Abhaynker Counsel | | | | Work Product | Document intended for Abhyanker counsel regarding Facts and evidence in the matter |
| 264 | 2011 ? | Owner/Christian Martinez, Ashwin Anand, Benjamin Ashurov | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 265 | 2/9/2012 | Ashwin Anand and Chris Ditico | | | | Work Product | Draft pleading for Nextdoor TTAB Opposition |
| 266 | 2/8/2012 | Ashwin Anand and Chris Ditico | | | | Work Product | Draft pleading for Nextdoor TTAB Opposition |
| 267 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 268 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 269 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 270 | | | | | | | Produced August 3, 2014 |
| 271 | | | | | | | Produced August 3, 2014 |
| 272 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 273 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 274 | 1/1/2012 | Owner/Drafted by Lynn Terrebonne and Ashwin Anand | | | | Work Product | Draft pleading for Nextdoor state complaint |
| 275 | 3/29/2013 | RAPC13/Raj Abhaynker | | | | Work Product | Document of proposed admissions inteded for Abhyanker counsel review. |
| 276 | 3/29/2013 | RAPC13/Raj Abhaynker | | | | Work Product | Document of proposed admissions inteded for Abhyanker counsel review. |
| 277 | 3/29/2013 | RAPC13/Raj Abhaynker | | | | Work Product | Document of proposed admissions inteded for Abhyanker counsel review. |
| 278 | 3/29/2013 | Dan Carlson/ Drafted by Abhyanker | | | | Work Product | Document of proposed admissions inteded for Abhyanker counsel review. |
| 279 | 3/29/2013 | RAPC13 | | | | Work Product | Document of proposed admissions inteded for Abhyanker counsel review. |
| 280 | 2013/2014 | Roy Montgomery | | | | Work Product | Proposed deposition questions |
| 281 | | | | | | | Produced August 3, 2014 |
| 282 | | | | | | | Produced August 3, 2014 |
| 283 | | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 284 | | | | | | | Non-responsive - Item removed because it relates to another legal matter. |
| 285 | 11/8/2013 | Raj Abhyanker <raj@legalforcelaw.com> | bruno@legalforcelaw.com; heather@legalforcelaw.com; rteich@juno.com | | | Attorney/Client | Email with attachment seeking legal advice of counsel regarding litigation strategy. |
| 286 | 11/8/2013 | Raj Abhyanker <raj@legalforcelaw.com> | bruno@legalforcelaw.com; heather@legalforcelaw.com; rteich@juno.com | | | Attorney/Client | Email seeking legal advice of counsel regarding litigation strategy. |