LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
irubel@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK AND WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC-NMC<br><br>**STIPULATION AND PROPOSED ORDER RESETTING STATUS CONFERENCE AND MOTION HEARING FOR NEXTDOOR.COM, INC.'S MOTION TO DISMISS CLAIMS FOR DECLARATORY RELIEF FOR LACK OF JUSTICIABILITY**<br><br>Date: September 18, 2014<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

The PARTIES HEREBY STIPULATE and AGREE as follows:

A further status conference is presently set for this action on September 18, 2014, at 10:30 a.m., and a hearing on Nextdoor.com's Motion to Dismiss Claims for Declaratory Relief for Lack of Justiciability (Dkt. 303, the "Motion") is set for September 18, 2014 at 1:30 p.m.

The Motion is due to be fully briefed, including reply filed, by August 29, 2014, 20 days before the presently set hearing date.

On the current hearing date, lead counsel for Nextdoor.com, Laurence Pulgram, is scheduled to be attending a meeting of the Leadership of the ABA Section of Litigation, of which he is Vice Chair, in Nashville, Tennessee, and his partner, Jennifer Kelly, is scheduled to be in deposition in Hong Kong on that date.

Mr. Pulgram has requested, and counsel for Mr. Abhyanker has courteously agreed, to reset the Motion hearing and further status conference statement at the same hour, and on an earlier date, if convenient to the Court.

The Court's Deputy Clerk has suggested that it may be possible to schedule those events for one day earlier (still 19 days after filing of reply papers on the Motion), at 10:30 a.m. on September 17, subject to the Court's consideration of this stipulation.

The parties therefore stipulate and request that these events be rescheduled to September 17, as set forth above.

Dated: September 2, 2014
FENWICK & WEST LLP

By: /s/ *Laurence F. Pulgram*
    Laurence F. Pulgram

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

Dated: September 2, 2014
LEGALFORCE RAPC WORLDWIDE

By: /s/ David Lavine
    David Lavine

Attorneys for Defendant
RAJ ABHYANKER

STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE AND MOTION HEARING
2
CASE NO. 3:12-cv-05667-EMC-NMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Pulgram, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE AND MOTION HEARING FOR NEXTDOOR.COM, INC.'S MOTION TO DISMISS CLAIMS FOR DECLARATORY RELIEF FOR LACK OF JUSTICIABILITY.** In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated: September 2, 2014

FENWICK & WEST LLP

By: /s/ *Laurence F. Pulgram*
Laurence F. Pulgram

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

**PR~~OPO~~SED ORDER**

In accordance with the foregoing stipulation, the further status conference presently set for 10:30 a.m. on September 18, 2014, and the Motion hearing on Docket No. 303 presently set for 1:30 p.m. on September 18, 2014, are hereby reset. Both shall occur on September 17, 2014 at 9:30 a.m. ~~10:30 a.m.~~ The parties shall submit an updated joint status report no less than seven days before the conference.

**IT IS SO ORDERED.**

Dated: 9/2, 2014



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
Edward M. Chen
ourt Judge