# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJ ABHYANKER, <br><br> Defendant. | Case No. 12-cv-05667 EMC (NC) <br><br> **ORDER REGARDING DEFENDANT'S UPDATED PRIVILEGE LOG** <br><br> Re: Dkt. No. 319 |

The Court has reviewed defendant's updated privilege log, docket entry 319. If plaintiff has any motion to compel challenging the updated privilege log, it must file the motion and a proposed order by September 11, 2014. Defendant must respond to such a motion within seven days.

IT IS SO ORDERED.

Date: September 5, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge