# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

### CIVIL MINUTES

**Date:** September 8, 2014     **Time:** 3.5 hours     **Judge:** NANDOR J. VADAS
**Case No.**: 12-cv-05667-EMC     **Case Name:** Nextdoor.com, Inc. v. Abhyanker

**Attorney for Plaintiff:** Laurence Pulgram

**Attorney for Defendant:** David Lavine and Dan Mount

**Deputy Clerk:** Gloria Knudson     **Court Reporter:** NA

### PROCEEDINGS

Settlement Conference held.

**Order to be prepared by:**

[ ]    Plaintiff     [ ]    Defendant     [ ]    Court

The parties did not reach an agreement.  Parties to appear by phone for status/further settlement conference on September 23, 2014.

After Court:  Parties should dial 888-684-8852 and enter access code 1868782 to make their appearances.