# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

NEXTDOOR.COM, INC.,

    Plaintiff,

v.

RAJ ABHYANKER,

    Defendant.

Case No. 12-cv-05667 EMC (NC)

**ORDER REQUESTING ADDITIONAL INFORMATION FROM DEFENDANT**

Re: Dkt. No. 328

Upon review of the discovery letter brief filed September 9, 2014, concerning expert discovery, the Court requests the following supplemental information from defendant:

1. Has the defendant produced to plaintiff all the tax returns ordered produced on August 2, 2014, in docket entry 289? If so, when. If there is any dispute about compliance, describe the disputed issues.
2. Identify the controlling or most persuasive authorities standing for the proposition that when an expert testifying witness considers a party's tax returns in formulating the expert's report, the party or expert do not have to disclose the tax returns under Federal Rule of Civil Procedure 26(a)(2)(B)(ii).

Defendant's response, limited to two pages, is due September 12 at 4:00 p.m.

Date: September 10, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05667 EMC (NC)
ORDER REQUESTING MORE INFORMATION