| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB No. 115163) |
|  | lpulgram@fenwick.com |
| 2 | JENNIFER L. KELLY (CSB No. 193416) |
|  | jkelly@fenwick.com |
| 3 | ILANA S. RUBEL (CSB No. 221517) |
|  | irubel@fenwick.com |
| 4 | GUINEVERE L. JOBSON (CSB No. 251907) |
|  | gjobson@fenwick.com |
| 5 | FENWICK & WEST LLP |
|  | 555 California Street |
| 6 | San Francisco, CA 94104 |
|  | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |
| 8 | ERIC J. BALL (CSB No. 241327) |
|  | eball@fenwick.com |
| 9 | MATTHEW B. BECKER (CSB No. 291865) |
|  | mbecker@fenwick.com |
| 10 | FENWICK AND WEST LLP |
|  | 801 California Street |
| 11 | Mountain View, CA 94041 |
|  | Telephone: (650) 988-8500 |
| 12 | Facsimile:  (650) 938-5200 |
| 13 | Attorneys for Plaintiff |
|  | NEXTDOOR.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No.: 3:12-cv-05667-EMC-NMC |
| Plaintiff, | **DECLARATION OF JENNIFER KELLY IN SUPPORT OF NEXTDOOR.COM, INC.'S MOTION FOR SUMMARY JUDGMENT ON NEXTDOOR.COM'S COUNTS II AND IV** |
| v. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | Date:        October 16, 2014 |
|  | Time:        1:30 p.m. |
|  | Courtroom: 5, 17th Floor |
|  | Judge:       Hon. Edward M. Chen |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF KELLY ISO MOTION
FOR SUMMARY JUDGMENT ON
NEXTDOOR.COM'S COUNTS II AND IV

CASE NO. 3:12-cv-05667-EMC-NMC

I, Jennifer L. Kelly, declare:

1. I am an attorney admitted to practice before this Court and am a partner in the law firm of Fenwick & West LLP, which represents Plaintiff Nextdoor.com, Inc. ("Nextdoor.com") in this action. I submit this declaration in support of Nextdoor.com, Inc.'s Motion for Summary Judgment on Nextdoor.com's Counts II and IV. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. Attached hereto as **Exhibit A** are true and correct copies of excerpts of the transcript of Raj Abhyanker's ("Abhyanker") deposition taken in this action on June 6, 7, and 11, 2014, and August 4, 2014.

3. On April 16, 2014, Nextdoor.com served a Rule 11 motion on Abhyanker, targeted at Abhyanker's allegations in his Supplemental Statement Regarding His Prior Use and Common Law Rights in the Nextdoor Trademark and Errata to his Supplemental Statement (Dkt. Nos. 141 and 153). Specifically, our motion argued that Abhyanker's allegation that he used the NEXTDOOR mark on his www.edirectree.com website ("eDirectree site") "years before" Nextdoor.com launched its site in October 2011 was false and based off of fabricated and misrepresented documents, and that Abhyanker had engaged in pervasive spoliation of essential evidence related to the authenticity of his claims.

4. On May 5, 2014, Bruno Tarabichi, at the time, counsel for Abhyanker, sent a letter to me expressing Abhyanker's intent to withdraw his trademark infringement claim based on his asserted common law rights in the NEXTDOOR trademark, with prejudice, which he did via the Stipulation and Proposed Order for Partial Dismissal and Declaratory Judgment and the Proposed Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b) and 58(a) filed on May 8, 2014 (Dkt. Nos. 188 and 189) and the Amended Stipulation and Proposed Order for Partial Dismissal and Declaratory Judgment and the Proposed Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b) and 58(a) filed on May 14, 2014 (Dkt. Nos. 190 and 191). The Amended Stipulation and Proposed Order and Partial Final Judgment were signed by the Court on May 16, 2014. *See* Dkt.

DECLARATION OF KELLY ISO MOTION
FOR SUMMARY JUDGMENT ON
NEXTDOOR.COM'S COUNTS II AND IV

1

CASE NO. 3:12-cv-05667-EMC-NMC

Nos. 192 & 193.

5. Attached hereto as **Exhibit B** is a true and correct copy of a January 14, 2011 e-mail sent by Nextdoor.com's CEO Nirav Tolia to "everyone@hedgehoglabs.net, Bill Gurley, and Jason Pressman, together with its attachment, produced by Nextdoor.com with the Bates range NEXTDOOR00002121 through NEXTDOOR00002122, as well as a high-resolution copy of the jpeg displayed in Bates number NEXTDOOR00002122.

6. Attached hereto as **Exhibit C** is a true and correct copy of Deposition Exhibit 134 from the Abhyanker deposition, which is a printout of the www.nextdoor.cm webpage taken on February 9, 2012, and was authenticated by Abhyanker during his deposition, as reflected in Abhyanker Depo. Tx. at 530:2-531:4 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

7. Attached hereto as **Exhibit D** are true and correct copies of screenshots, taken at my direction on November 1, 2012, of the "About," "Privacy," "Terms," and "Contact" pages from the www.nextdoor.cm domain. These screenshots depict these pages of the site as of that date.

8. Attached hereto as **Exhibit E** is a true and correct copy of Deposition Exhibit 135 from the Abhyanker deposition, which is a printout from the Internet Archive webpage showing that on February 16, 2012, the www.nextlawn.com URL redirected to the same location as www.nextdoor.cm URL (http://114.143.101.211:8302/). When asked about this exhibit during his deposition, Abhyanker testified that this redirection did in fact occur, as reflected in Abhyanker Depo. Tx. at 533:13-534:13 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

9. Attached hereto as **Exhibit F** is a true and correct copy of Deposition Exhibit 177 from the Abhyanker deposition, which is a printout from the www.nextdoor.cm webpage taken on March 5, 2012, and was authenticated by Abhyanker during his deposition, as reflected in Abhyanker Depo. Tx. at 776:14-779:6 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

10. On September 19, 2013, Abhyanker served supplemental objections and responses to Nextdoor.com's First Set of Interrogatories, and separately provided his verification thereto on October 8, 2013. Attached hereto as **Exhibit G** is a true and correct copy of Abhyanker's First Supplemental Objections and Responses to Nextdoor.com's First Set of Interrogatories, together with the separately served verification.

11. In response to Nextdoor.com's Interrogatory No. 7 (**Exhibit G**), requesting Abhyanker to "Identify all products or services that you have marketed or offered in connection with the www.nextdoor.cm domain, including documents identifying those products or services," Abhyanker stated that he "used the nextdoor.cm domain name for a local neighborhood commerce website to allow users to find restaurant deals in their neighborhood," and referred Nextdoor.com to documents Bates numbered RA000114-124. Attached hereto as **Exhibit H** is a true and correct copy of documents produced by Abhyanker at Bates range RA000114 through RA000124.

12. In response to Nextdoor.com's Interrogatory No. 9 (**Exhibit G**), requesting Abhyanker to "Identify all uses of the term 'nextdoor,' or any variation thereof (including as a mark), in connection with the www.nextdoor.cm domain, including documents showing this use," Abhyanker stated that "Nextdoor appeared on the nextdoor.cm website," and referred Nextdoor.com to documents Bates numbered RA000114-124 (**Exhibit H**).

13. In response to Nextdoor.com's Interrogatory No. 13 (**Exhibit G**), requesting Abhyanker to "Identify all products or services that you have marketed or offered in connection with the www.eatbid.com website, including documents identifying these products and services," Abhyanker stated that "the eatbid.com website was a neighborhood commerce website and social network to connect neighbors to restaurants and eating establishments around them," and referred Nextdoor.com to documents Bates numbered RA000125-128. Attached hereto as **Exhibit I** is a true and correct copy of documents produced by Abhyanker at Bates range RA000125 through RA000128.

14. On May 15 2014, Abhyanker served his objections and responses to

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF KELLY ISO MOTION
FOR SUMMARY JUDGMENT ON
NEXTDOOR.COM'S COUNTS II AND IV

3

CASE NO. 3:12-cv-05667-EMC-NMC

Nextdoor.com's Second Set of Interrogatories, along with his verification thereof.  In response to Nextdoor.com's Interrogatory No. 20, requesting Abhyanker to "Describe in detail all uses made of the www.fatdoor.us domain during each year from 2007 to the present, including without limitation any goods and services offered, the trademarks (if any) used, and any users of the goods and services," Abhyanker responded, in relevant part, that he repurchased the www.fatdoor.us domain "on or about February 8, 2012, and the website has been accessible ever since." Attached hereto as **Exhibit J** is a true and correct copy of Abhyanker's Objections and Responses to Nextdoor.com's Second Set of Interrogatories.

15. As noted above, Nextdoor.com filed an Amended Stipulation for Partial Dismissal and Declaratory Judgment (Dkt. 190) on May 14, 2014, which resolved any dispute over the priority of use and ownership of the NEXTDOOR mark.  Specifically, the parties stipulated that Abhyanker dismissed with prejudice his Third and Fourth Counterclaims in his Second Amended Counterclaims with respect to the NEXTDOOR mark. The parties also stipulated that judgment should be entered on Count 1 of Nextdoor.com's Complaint (which sought a declaratory judgment that it has established trademark rights, including priority of use, of the NEXTDOOR mark in the field of online social networking).  In response, the Court entered an Order for Partial Dismissal and Declaratory Judgment (Dkt. 192), dismissing Abhyanker's claims to priority of use and ownership of the NEXTDOOR mark with prejudice; declaring that Nextdoor.com, Inc. owns trademark rights in and has priority of use of the NEXTDOOR mark in the field of online social networking; and enjoining Abhyanker and those in concert with him from using the NEXTDOOR mark. *See also* Dkt. 193 (Partial Final Judgment entered on May 16, 2014 ordering, adjudging and decreeing same).

16. After the Court entered its Partial Final Judgment (Dkt. 193) enjoining Abhyanker and those in concert with him from using the NEXTDOOR mark, he continued to incorporate the NEXTDOOR mark into various websites he controlled.  Thus, on May 21, 2014, my colleague Guinevere Jobson, also counsel of record for Nextdoor.com in this litigation, sent Abhyanker's counsel a letter requesting compliance with the Court's order.  Attached hereto as **Exhibit K** is a

true and correct copy of that letter. Counsel for Abhyanker did not respond.

17. Thus, on May 23, 2014, Ms. Jobson followed up with Abhyanker's counsel by email, again requesting compliance with the Court's order. Attached hereto as **Exhibit L** is a true and correct copy of that email.

18. By May 24, 2014, Abhyanker still had not removed all references to the NEXTDOOR mark from the various websites he controlled. Accordingly, Ms. Jobson sent a further e-mail, together with screenshots taken from websites Abhyanker controlled, demonstrating continued incorporation of the NEXTDOOR mark onto those sites. Attached hereto as **Exhibit M** is a true and correct copy of that e-mail, together with its attachments. Abhyanker finally took action within a few days after Ms. Jobson's follow up email of May 24, 2014, removing references to the NEXTDOOR mark from his various websites.

19. Attached hereto as **Exhibit N** is a true and correct copy of Deposition Exhibit 74 from the Abhyanker deposition, which was the February 1, 2007 Assignment Agreement between Abhyanker and Fatdoor, Inc. that was produced in this action by third party Goodwin Procter in response to subpoena with the Bates range GP000657 through GP000661. This Assignment Agreement was authenticated by Abhyanker at his deposition, as reflected in Abhyanker Depo. Tx. at 139:18-139:25 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

20. Attached hereto as **Exhibit O** is a true and correct copy of Abhyanker's Fatdoor, Inc. termination agreement dated November 15, 2007, produced by Abhyanker at Bates range RA000018 through RA000021.

21. On February 27, 2014 Abhyanker served his objections and responses to Nextdoor.com's First Set of Requests for Admission. Attached hereto as **Exhibit P** is a true and correct excerpted copy of Abhyanker's Responses and Objections to Nextdoor.com's First Set of Requests for Admission, which includes his responses to RFA No. 5.

22. Attached hereto as **Exhibit Q** is a true and correct copy of the October 15, 2007 Whois registration record for the www.fatdoor.us domain name, which was printed out at my direction from the www.domaintools.com webpage on April 22, 2014.

23. Attached hereto as **Exhibit R** is a true and correct copy of the February 8, 2012 Whois registration record for the www.fatdoor.us domain name acquisition, which was printed out at my direction from the www.domaintools.com webpage on March 6, 2012.

24. On February 14, 2014, I directed a member of Fenwick & West's staff to search the United States Patent and Trademark Office's ("USPTO") online database for the mark FATDOOR. According to the USPTO's records, the FATDOOR mark was abandoned on November 10, 2008. The USPTO search results displaying this November 10, 2008 abandonment date were produced by Nextdoor.com at Bates number NEXTDOOR00003241, and a true and correct copy of them are attached hereto as **Exhibit S**.

25. Attached hereto as **Exhibit T** is a true and correct copy of the affidavit of Christopher Butler on behalf of the Internet Archive, which on the fourth page reflects the eDirectree website home page as it existed on October 10, 2008, with a cluster of various words, including the words "2", "fatdoor", "Democrat", "basketball", "team", "Music", "Silicon", "work", "Obama", "Mountain", "Family", "of" and others.

26. Attached hereto as **Exhibit U** is a true and correct print-out of the eDirectree website and its content that I caused to be captured on February 16, 2012, with a cluster of various words, including the words "work", "friends", "alumni", "President", "team", "drawing", "Kenya", "sister" and others.

27. Attached hereto as **Exhibit V** is a true and correct copy of Deposition Exhibit 137 from the Abhyanker deposition, which is a printout from the Internet Archive on June 4, 2014, showing what the www.edirectree.com "Groups by Tag" page looked like on February 7, 2008. The contents of that page were authenticated by Abhyanker during his deposition, as reflected in Abhyanker Depo. Tx. at 543:24-544:8 (included in the Abhyanker deposition transcript excerpts, Exhibit A). In this exhibit, the word "fatdoor" appears in red text, which indicates that the link was previously clicked on and/or viewed.

28. Attached hereto as **Exhibit W** is a true and correct copy of Deposition Exhibit 85 from the Abhyanker deposition, which is an email from Abhyanker to Sergio Monsalve,

DECLARATION OF KELLY ISO MOTION
FOR SUMMARY JUDGMENT ON                    6                    CASE NO. 3:12-cv-05667-EMC-NMC
NEXTDOOR.COM'S COUNTS II AND IV

Alessandro Biral, Bill Harris, Daniel Hansen, and others. This email was sent on November 13, 2012, and produced by third party Daniel Hansen in response to subpoena as Bates range DH00122-123. This email was authenticated by Abhyanker during his deposition, as reflected in Abhyanker Depo. Tx. at 216:5-216:16 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

29. Attached hereto as **Exhibit X** are true and correct copies of excerpts of the transcript of the deposition of Daniel Hansen taken in this action on May 27, 2014.

30. Attached hereto as **Exhibit Y** is a true and correct copy of Deposition Exhibit 84 from the Abhyanker deposition, which is an email from Daniel Hansen to Raj Abhyanker, Jeff Drazan, and Bill Harris. This email was sent on November 11, 2012, and produced by Daniel Hansen as Bates range DH00114-115. This email was authenticated by Abhyanker during his deposition, as reflected in Abhyanker Depo. Tx. at 213:12-213:19 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

31. Attached hereto as **Exhibit Z** is a true and correct copy of Deposition Exhibit 82 from the Abhyanker deposition, which is an email from Jeff Drazan to Raj Abhyanker, Daniel Hansen, and Bill Harris. This email was sent on November 11, 2012, and produced by Daniel Hansen as Bates no. DH00112. This email was authenticated by Abhyanker during his deposition, as reflected at Abhyanker Depo. Tx. at 206:7-206:16 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

32. Attached hereto as **Exhibit AA** is a true and correct copy of Deposition Exhibit 86 from the Abhyanker Deposition, which is an email from Raj Abhyanker to Sergio Monsalve, Daniel Hansen, and Bill Harris, sent on November 9, 2013. This email was produced by Daniel Hansen as Bates range DH01795-1796. This email was authenticated by Abhyanker at his deposition, as reflected in Abhyanker Depo. Tx. at 222:7-222:17 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

33. Attached hereto as **Exhibit BB** is a true and correct copy of Deposition Exhibit 87 from the Abhyanker deposition, which is an email from Raj Abhyanker to Babar Rana sent on

1  November 9, 2013.  This email was produced by third party Babar Rana in response to subpoena as Bates range RANA-NXT0375-378.  This email was authenticated by Abhyanker during his deposition, as reflected in Abhyanker Depo. Tx. at 224:7-224:25 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

34. Attached hereto as **Exhibit CC** is a true and correct copy of Deposition Exhibit 140 from the Abhyanker deposition, which is the Fatdoor.com Privacy Policy page, printed from the "new" Fatdoor.com website on June 7, 2014, and authenticated by Abhyanker during his deposition as reflected in Abhyanker Depo. Tx. at 550:21-551:18 (included in the Abhyanker deposition transcript excerpts, Exhibit A).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 11, 2014, in San Francisco, California.

By: */s/ Jennifer Kelly*
Jennifer Kelly