# EXHIBIT E

Loading...

http://nextlawn.com/ | 19:11:40 Feb 16, 201
2

Got an HTTP 302 response at crawl time

Redirecting to...

http://114.143.101.211:8302/

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



Δ π EXHIBIT 135
Deponent Abhyanker
Date 6/11/14 Rptr. CM
WWW.DEPOBOOK.COM

1 of 1