# EXHIBIT I



Search

Login Sign up



## Bonjour Crepes & Sandwiches ☆☆☆☆☆(4 reviews)

French

**Announcement!**

Bonjour Crepes & Sandwiches

Specials

Items

## Menu Items - All Items

Reviews & Info

### Waffle crepe

Categories

A waffle crepe is a new creation by Bonjour Crepe's new manager, Carol Russel. Delicate and elegant, the waffle crepe is the perfect treat for someone looking to get a nice tasty dessert while watching their waistline.

All Items

All Day Menu

Breakfast

retail price: $9.95

Dessert

Drinks

Valid till June, 12 2012       Add to cart       Winners Bid Now

Rals

Buy it now for $6.95

Sandwich

Savory Crepe

### Apple pie

Sweet Crepe

retail price: $4.00

Pick a date       Add to cart       Winners Bid Now

Buy it now for $3.00

### Apple cidar

retail price: $4.00

Pick a date       Add to cart       Winners Bid Now

Buy it now for $3.00



### French onion soup

delicios, warm french onion soup made just for you.

retail price: $6.95

Valid till January, 31 2012       Add to cart       Winners Bid Now

Buy it now for $4.95

### Mocha



Enjoy a cup of hot Mocha coffee with your breakfast, lunch or dinner crepe.

retail price: $3.95

Pick a date       Add to cart       Winners Bid Now

Buy it now for $2.00



### Latte

Enjoy a cup of hot Latte coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes

retail price: $3.95

Pick a date       Add to cart       Winners Bid Now

Buy it now for $2.00



### Cappuccino

Enjoy a cup of hot Cappuccino coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes

retail price: $3.95

Pick a date       Add to cart       Winners Bid Now

Buy it now for $2.00

### Espresso

Enjoy a cup of hot espresso coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes

retail price: $2.00

### Restaurant Feed

"Sonali P. just won 'A' Imported Chocolate Fondue for Four" for $18.00, Friday, January 20, 2012

"Sonali P. just won 'A' Imported Chocolate Fondue for Four" for $18.00, Friday, January 20, 2012

"Sonali P. just won 'A' Mediterranean Omelette" for $2.00, Friday, January 20, 2012

"Raj A. just won 'A' Veggie Omelette" for $2.00, Friday, January 20, 2012

"Sonali P. just won 'A' Salmon and Creme Fraiche" for $2.00, Friday, January 20, 2012

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $1.00 |


**Americano**
Enjoy a cup of hot Americano coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes
retail price: $2.00

| Pick a date | Add to cart | Winners Bid Now |


**Coffee**
Enjoy a cup of hot coffee with your breakfast, lunch or dinner crepe. Sourced from the very popular bay area roastery, Barefoot Coffee Roasters specially for Bonjour Crepes
retail price: $1.95

| Pick a date | Add to cart | Winners Bid Now |


**Hot Chocolate**
Delicious hot chocolate topped with home made whipped cream.
retail price: $2.95

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $2.00 |


**Egg Scramble**
Breakfast crepe with organic buckwheat batter or white batter (you pick) filled with scrambled eggs and choice of three additional ingredients.
retail price: $6.95

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $3.00 |


**Brie Apple**
Savory chicken pesto crepe made with organic buckwheat batter or white batter (you pick) filled with delicious brie cheese and fresh apples
retail price: $6.95

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $3.00 |


**Margherita**
Savory mediterranean crepe made with organic buckwheat batter or white batter (you pick) filled with delicious basil pesto, melting mozzarella cheese, spinach, and fresh tomatos.
retail price: $7.95

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $3.00 |


**Pancakes Banana-Almond**
Three delicious and soft homestyle buttermilk pancakes made just with fresh bananas and healthy almonds baked inside.
retail price: $8.95

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $3.00 |


**Pancakes Chocolate Chip**
Three delicious and soft homestyle buttermilk pancakes made just with baked in delicious gourmet chocolate chips.
retail price: $8.95

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $3.00 |


**Imported Chocolate Fondue for Four**
Imported chocolate fondue, your choice of milk or dark chocolate served with fresh fruits, assorted candy dippings, and more.
retail price: $40.00

| Pick a date | Add to cart | Winners Bid Now<br>Buy it now for $20.00 |


**Imported Chocolate Fondue for Two**


Imported chocolate fondue, your choice of milk or dark chocolate served with fresh fruits, assorted candy dippings, and more.
retail price: $20.00

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $10.00


**Banana Split**
Two heaping scoops of chocolate or vanilla ice cream nestled between a fresh and crisp carved banana topped with chocolate syrup, chopped peanuts, and delicious house made whipped cream
retail price: $5.50

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Ice Cream Sundae**
Two heaping scoops of chocolate or vanilla ice cream, with fresh peanuts, chocolate syrup, fresh strawberries topped with delicious home made whipped cream
retail price: $5.95

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Denver Omelette**
Delicious omelette, with ham, green bell peppers, onions, and cheddar cheese
retail price: $9.95

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Ham and Cheese**
Crepe made with organic buckwheat batter or sweet batter (you pick) filled with delicious ham and melted mozzarella or swiss cheese.
retail price: $6.95

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Spicy Veggie Crepe**
Savory crepe organic buckwheat batter or white batter (you pick) filled with delicious mozzarella cheese, green bell pepper, serrano peppers, onions, and fresh salsa on the side.
retail price: $7.95

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Lemon, Strawberry and Banana**
Delicious dessert crepe served on fresh sweet batter, made inside the restaurant daily with homemade lemon curd, fresh strawberries, and bananas
retail price: $6.95

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Strawberries & Whipped Cream Crepe**
Delicious sweet crepe served on fresh flour sweet batter, made inside the restaurant daily with fresh strawberries and delicious homemade whipped cream
retail price: $6.95

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Simple**
Delicious sweet crepe served on fresh flour sweet batter, made inside the restaurant daily with your choice of sugar or cinnamon
retail price: $3.95

Pick a date                Add to cart           Winners  Bid Now
                                                 Buy it now for $3.00


**Nutella**

C-3

CrunchBase is hiring! Check out our open positions →



LEARN MORE — Learn how you can efficiently elevate your career trajectory: www.usfca.edu/emba — UNIVERSITY OF SAN FRANCISCO | School of Management

Home > Companies > EatBid



## EatBid

EatBid is a stealth mode Silicon Valley startup which hopes to launch at TechCrunch Disrupt 2011.

The company is started by Andy Mai (CEO) and Raj Abhyanker (Chairman). Andy is a Computer Science undergrad student at Stanford University. Raj is the CEO of Trademarkia.com (a TechCrunch50 2009 Demo Pit Company), which has grown to become one of the largest legal websites on the Internet.

Other co-founders are Dongxia Liu (CafePress/Imagekind) and Sonal Abhyanker (Bonjour Crepe Company)

### Offices

### People

Dongxia Liu
Co-Founder
Sonal Abhyanker
Co-Founder
Andy Mai
CEO, Co-Founder
Kev Burns

### Former People

Raj Abhyanker
Chairman, Co-Founder

### Tags

### Screenshots

### Recent Milestones

- ✓ EatBid added Andy Mai as CEO, Co-Founder. (7/11/11)
  Posted 7/11/11 at 11:05am
- ✓ EatBid added Raj Abhyanker as Chairman, Co-Founder. (7/11/11)
  Posted 7/11/11 at 10:15am
- ✓ EatBid added Dongxia Liu as Co-Founder. (5/1/11)
  Posted 7/11/11 at 11:04am
- ✓ EatBid added Sonal Abhyanker as Co-Founder. (5/1/11)
  Posted 7/11/11 at 11:04am

### Videos

RA000128