# EXHIBIT K

**From:**          Guinevere Jobson
**Sent:**          Wednesday, May 21, 2014 2:22 PM
**To:**            'Bruno Tarabichi'
**Cc:**            'Scott Allen'; 'Heather Norton'; Jennifer Kelly; Laurence Pulgram
**Subject:**       Nextdoor.com v. Raj Abhyanker
**Attachments:**   2014-05-21 GJobson ltr to BTarabichi.pdf


Bruno,

Please see the attached correspondence.

Regards,
Guinevere



**GUINEVERE JOBSON**
Fenwick & West LLP
Associate, Litigation Group

☎ (415) 875-2388
🖨 (415) 281-1350
✉ gjobson@fenwick.com

# Fenwick
### FENWICK & WEST LLP

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL: 415.875.2300   FAX: 415.281.1350   WWW.FENWICK.COM

GUINEVERE L. JOBSON

May 21, 2014

EMAIL GJOBSON@FENWICK.COM
Direct Dial (415) 875-2388

**VIA E-MAIL BRUNO@LEGALFORCELAW.COM AND U.S. MAIL**

Bruno W. Tarabichi
LegalForce RAPC Worldwide
323 University Avenue, First Floor
Palo Alto, CA 94301

        **Re:**    ***Nextdoor.com, Inc. v. Raj Abhyanker***
                **USDC, Northern District of California, Case No. 3:12-cv-05667-EMC**

Dear Bruno:

       In light of the Court's entry of the Partial Final Judgment in this matter (Dkt. 193), enjoining Mr. Abhyanker and those in concert with him not to "use the NEXTDOOR mark, or any colorable imitation thereof or confusing similar term," your client's conduct is in contempt. Please immediately remove all references to NEXTDOOR in all of the websites operated by Mr. Abhyanker, including www.eatbid.com, www.eDirectree.com, www.fatdoor.us, and any Terms of Service, Terms of Use, privacy policies or other pages associated with those or any of his sites.

       Please provide written assurances by the close of business on Thursday May 22, 2014 that your client has complied with Nextdoor.com's request in all requests.

       All rights reserved.

                    Sincerely,

                    FENWICK & WEST LLP

                    Guinevere L. Jobson

GLJ:gmd

cc:    Heather Norton (*via email* heather@legalforcelaw.com)
      Scott Allen (*via email* scott@legalforcelaw.com)