# EXHIBIT Q

You are logged in as itlicensing_1824    LOG OUT



**WHOIS LOOKUP**

fatdoor.us

PRODUCTS    SOLUTIONS    PRICING    SUPPORT    ABOUT

Home » Whois History » Fatdoor.us

# Whois History for Fatdoor.us

How does this work?

**Lookup Domain Ownership History**

fatdoor.us                                        LOOKUP

**ONE-CLICK MONITORING**

Create a Domain Monitor to monitor future changes to **"fatdoor.us"**.

Monitor Fatdoor.us

Enter a term to filter on

**Whois Record for 2007-10-15**

Previous                                                   Next (2008-04-17) »

## Unique Records      collapse all

 private

**Domain:**

fatdoor.us

30 historical records found

| **2014** | **4 total** |

| 2014-04-13 | more \| changes \| screenshot |
| 2014-03-05 | more \| changes \| screenshot |
| 2014-02-27 | more \| changes \| screenshot |
| 2014-02-04 | more \| changes \| screenshot |

| **2013** | **11 total** |

| 2013-12-29 | more \| changes \| screenshot |
| 2013-10-23 | more \| changes \| screenshot |
| 2013-10-21 | more \| changes \| screenshot |
| 2013-10-17 | more \| changes \| screenshot |
| 2013-08-15 | more \| changes \| screenshot |
| 2013-07-28 | more \| changes \| screenshot |
| 2013-05-28 | more \| changes \| screenshot |
| 2013-05-24 | more \| changes \| screenshot |
| 2013-04-18 | more \| changes \| screenshot |
| 2013-02-04 | more \| changes \| screenshot |
| 2013-01-04 | more \| changes \| screenshot |

| **2012** | **7 total** |

| 2012-10-19 | more \| changes \| screenshot |

**Record Date:**  2007-10-15
**Registrar:**
**Server:**       whois.nic.us
**Created:**      2007-04-19
**Updated:**
**Expires:**      2009-04-18

**Reverse Whois:**

support@rajpatent.com

| Date | Links | | Whois Record |
|---|---|---|---|
| 2012-09-25 | *more* \| changes \| *screenshot* | | Domain Name: FATDOOR.US |
| 2012-07-09 | *more* \| changes \| *screenshot* | | Domain ID: D12394141-US |
| 2012-04-27 | *more* \| changes \| *screenshot* | | Sponsoring Registrar: DOTSTER |
| 2012-02-10 | *more* \| changes \| *screenshot* | | Domain Status: ok |
| 2012-02-09 | *more* \| changes \| *screenshot* | | Registrant ID: DOT-B814KL8PHL0F |
| 2012-02-08 | *more* \| changes \| *screenshot* | | Registrant Name: Raj Abhyanker |

```
Domain Name:                              FATDOOR.US
Domain ID:                                D12394141-US
Sponsoring Registrar:                     DOTSTER
Domain Status:                            ok
Registrant ID:                            DOT-B814KL8PHL0F
Registrant Name:                          Raj Abhyanker
Registrant Organization:                  Raj Patent
Registrant Address1:                      100 Hamilton Ave Ste 160
Registrant City:                          Palo Alto
Registrant State/Province:                ca
Registrant Postal Code:                   94301
Registrant Country:                       United States
Registrant Country Code:                  US
Registrant Phone Number:                  +1.6503261313
Registrant Email:                         support@rajpatent.com
Registrant Application Purpose:           P1
Registrant Nexus Category:                C11
Administrative Contact ID:                DOT-09YU4BXPYME9
Administrative Contact Name:              Raj Abhyanker
Administrative Contact Organization:      Raj Patent
Administrative Contact Address1:          100 Hamilton Ave Ste 160
Administrative Contact City:              Palo Alto
Administrative Contact State/Province:    ca
Administrative Contact Postal Code:       94301
Administrative Contact Country:           United States
Administrative Contact Country Code:      US
Administrative Contact Phone Number:      +1.6503261313
Administrative Contact Email:             support@rajpatent.com
Billing Contact ID:                       DOT-GV0XFR5RZH5P
Billing Contact Name:                     Raj Abhyanker
Billing Contact Organization:             Raj Patent
Billing Contact Address1:                 100 Hamilton Ave Ste 160
Billing Contact City:                     Palo Alto
Billing Contact State/Province:           ca
Billing Contact Postal Code:              94301
Billing Contact Country:                  United States
Billing Contact Country Code:             US
Billing Contact Phone Number:             +1.6503261313
Billing Contact Email:                    support@rajpatent.com
Technical Contact ID:                     DOT-2C5F25RZL6G6
Technical Contact Name:                   Raj Abhyanker
Technical Contact Organization:           Raj Patent
Technical Contact Address1:               100 Hamilton Ave Ste 160
Technical Contact City:                   Palo Alto
Technical Contact State/Province:         ca
Technical Contact Postal Code:            94301
Technical Contact Country:                United States
Technical Contact Country Code:           US
Technical Contact Phone Number:           +1.6503261313
Technical Contact Email:                  support@rajpatent.com
Name Server:                              NS.RACKSPACE.COM
Name Server:                              NS2.RACKSPACE.COM
Created by Registrar:                     DOTSTER
Last Updated by Registrar:                DOTSTER
Domain Registration Date:                 Thu Apr 19 01:25:30 GMT 2007
Domain Expiration Date:                   Sat Apr 18 23:59:59 GMT 2009
Domain Last Updated Date:                 Wed May 16 17:22:47 GMT 2007
```

**2009**    4 total

- 2009-04-21    *more* \| changes \| *screenshot*
- 2009-04-18    *more* \| changes \| *screenshot*
- 2009-04-08    *more* \| changes \| *screenshot*
- 2009-01-31    *more* \| changes \| *screenshot*

**2008**    3 total

- 2008-11-17    *more* \| changes \| *screenshot*
- 2008-09-07    *more* \| changes \| *screenshot*
- 2008-04-17    *more* \| changes \| *screenshot*

**2007**    1 total

- **2007-10-15**    *more* \| changes \| *screenshot*

---

| Home | Contact Us | Blog | Terms of Service | Privacy Policy | Domain News |

**DOMAIN RESEARCH**
Whois Lookup
Domain Search
Reverse Whois
Whois History
Screenshots
Domain Marketplace
Domain Report

**NETWORK RESEARCH**

**MONITORING**
Brand Monitor
Registrant Monitor
Name Server Monitor
IP Monitor
Domain Monitor

**ENTERPRISE-SCALE DATA**
Reverse Whois IRM
APIs

**MORE PRODUCTS**

**SOLUTIONS FOR:**
Cybercrime Investigation
Brand Protection
Domain Professionals
Enterprise Solutions

**PRODUCT PRICING**
Pricing

Case3:12-cv-05667-EMC   Document332-18   Filed09/12/14   Page4 of 4

IP Whois Lookup
Reverse IP Lookup
Reverse NS Lookup
Reverse IP Whois
Reverse MX
Hosting History

Custom Data Feeds
DomainTools Labs
Internet Statistics
TLDpedia

Domain Sales History
Domain Suggestions
Domain Typo Finder
Bulk Check
Dropping Names
My IP Address
IP Explorer
DNS Tools
Desktop Tools

© 2014 DomainTools, LLC All rights reserved.