# EXHIBIT R

Case3:12-cv-05667-EMC   Document332-19   Filed09/12/14   Page2 of 3



You are logged in as DomainHistorian   |   Log out   |   Help

Whois Search   [Search]



| Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools |

## Whois History for Fatdoor.us on 2012-02-08

+1  Tweet  Like Confirm

**Enter a domain name to get its history**

[Get History]

« Previous                                                                                                                    Next »

**Domain:** fatdoor.us - Whois History
**Cache Date:** 2012-02-08
**Registrar:**
**Server:** whois.nic.us
**Created:**
**Updated:**
**Expires:**
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
raj@rajpatent.com

```
Domain Name:                                     FATDOOR.US
Domain ID:                                       D35269785-US
Sponsoring Registrar:                            ENOM, INC.
Registrar URL (registration services):           whois.enom.com
Domain Status:                                   clientTransferProhibited
Registrant ID:                                   0855A72A48C8AA88
Registrant Name:                                 Raj Abhyanker
Registrant Organization:                         self
Registrant Address1:                             1580 W. El Camino Real Suite 8
Registrant City:                                 Mountain View
Registrant State/Province:                       CA
Registrant Postal Code:                          94040
Registrant Country:                              United States
Registrant Country Code:                         US
Registrant Phone Number:                         +1.6509658731
Registrant Email:                                raj@rajpatent.com
Registrant Application Purpose:                  P1
Registrant Nexus Category:                       C21
Administrative Contact ID:                       204A7E1C256A6FE2
Administrative Contact Name:                     Raj Abhyanker
Administrative Contact Organization:             self
Administrative Contact Address1:                 1580 W. El Camino Real Suite 8
Administrative Contact City:                     Mountain View
Administrative Contact State/Province:           CA
Administrative Contact Postal Code:              94040
Administrative Contact Country:                  United States
Administrative Contact Country Code:             US
Administrative Contact Phone Number:             +1.6509658731
Administrative Contact Email:                    raj@rajpatent.com
Administrative Application Purpose:              P1
Administrative Nexus Category:                   C11
Billing Contact ID:                              0855A72A48C8AA88
Billing Contact Name:                            Raj Abhyanker
Billing Contact Organization:                    self
Billing Contact Address1:                        1580 W. El Camino Real Suite 8
Billing Contact City:                            Mountain View
Billing Contact State/Province:                  CA
```

Case3:12-cv-05667-EMC   Document332-19   Filed09/12/14   Page3 of 3

```
Billing Contact Postal Code:          94040
Billing Contact Country:              United States
Billing Contact Country Code:         US
Billing Contact Phone Number:         +1.6509658731
Billing Contact Email:                raj@rajpatent.com
Billing Application Purpose:          P1
Billing Nexus Category:               C21
Technical Contact ID:                 204A7E1C256A6FE2
Technical Contact Name:               Raj   Abhyanker
Technical Contact Organization:       self
Technical Contact Address1:           1580 W. El Camino Real Suite 8
Technical Contact City:               Mountain View
Technical Contact State/Province:     CA
Technical Contact Postal Code:        94040
Technical Contact Country:            United States
Technical Contact Country Code:       US
Technical Contact Phone Number:       +1.6509658731
Technical Contact Email:              raj@rajpatent.com
Technical Application Purpose:        P1
Technical Nexus Category:             C11
Name Server:                          NS1.SOFTLAYER.COM
Name Server:                          NS2.SOFTLAYER.COM
Created by Registrar:                 ENOM, INC.
Last Updated by Registrar:            ENOM, INC.
Domain Registration Date:             Tue Feb 07 01:55:46 GMT 2012
Domain Expiration Date:               Wed Feb 06 23:59:59 GMT 2013
Domain Last Updated Date:             Tue Feb 07 04:07:10 GMT 2012
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

