# EXHIBIT S

Generated on: This page was generated by TSDR on 2014-02-11 14:49:17 EST
Mark: FATDOOR

# FATDOOR

US Serial Number: 77049286
Register: Principal
Mark Type: Service Mark
Status: Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.
Status Date: Nov. 10, 2008
Publication Date: Jan. 15, 2008
Date Abandoned: Nov. 10, 2008

Application Filing Date: Nov. 21, 2006

Notice of Allowance Date: Apr. 08, 2008

## Mark Information

Mark Literal Elements: FATDOOR
Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
* Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely, providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network
International Class(es): 042 - Primary Class
Class Status: ACTIVE
Basis: 1(b)

U.S Class(es): 100, 101

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Fatdoor, Inc.
Owner Address: 100 Hamilton Avenue, Suite 160
Palo Alto, CALIFORNIA 94301
UNITED STATES
Legal Entity Type: CORPORATION

State or Country Where DELAWARE
Organized:

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Raj Abhyanker
Attorney Primary Email raj@rajpatent.com
Address:

Attorney Email Yes
Authorized:

### Correspondent

Correspondent Raj Abhyanker
Name/Address: PILLSBURY WINTHROP SHAW PITTMAN LLP

NEXTDOOR00003241

P.O. BOX 10500
David Jaffer/Intellectual Property Group
McLean, VIRGINIA 22102
UNITED STATES

Phone: 650.233.4510                                          Fax: 703.770.7901

Correspondent e-mail: david.jaffer@pillsburylaw.com      Correspondent e-mail Yes
                                                         Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 10, 2008 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Nov. 10, 2008 | ABANDONMENT - NO USE STATEMENT FILED | 99999 |
| Apr. 08, 2008 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 18, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 18, 2008 | FAX RECEIVED | |
| Jan. 15, 2008 | PUBLISHED FOR OPPOSITION | |
| Dec. 26, 2007 | NOTICE OF PUBLICATION | |
| Dec. 08, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76529 |
| Dec. 08, 2007 | ASSIGNED TO LIE | 76529 |
| Nov. 02, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 17, 2007 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Oct. 17, 2007 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 17, 2007 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 17, 2007 | EXAMINERS AMENDMENT -WRITTEN | 83223 |
| Sep. 26, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Sep. 26, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 26, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 25, 2007 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 07, 2007 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 27, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 27, 2007 | NON-FINAL ACTION WRITTEN | 83223 |
| Mar. 22, 2007 | ASSIGNED TO EXAMINER | 83223 |
| Nov. 29, 2006 | NOTICE OF PSEUDO MARK MAILED | |
| Nov. 28, 2006 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

TM Attorney: SIDDULPH, HEATHER ANN          Law Office Assigned: LAW OFFICE 104

**File Location**

Current Location: INTENT TO USE SECTION          Date in Location: Apr. 08, 2008

NEXTDOOR00003242

## Trademark Snap Shot ITU Unit Action
### (Table presents the data on ITU Unit Action)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77049286 | FILING DATE | 11/21/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BIDDULPH, HEATHER ANN | L.O. ASSIGNED | 104 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 11/11/2008 |
| PUB DATE | 01/15/2008 |
| STATUS | 606-ABANDONED - NO STATEMENT OF USE FILED |
| STATUS DATE | 11/10/2008 |
| LITERAL MARK ELEMENT | FATDOOR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | 11/10/2008 | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | FATDOOR |

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
|---|---|
| NAME | Fatdoor, Inc. |
| ADDRESS | 100 Hamilton Avenue, Suite 160<br>Palo Alto, CA 94301 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely, providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | FAT DOOR |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/10/2008 | MAB6 | O | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | 024 |
| 11/10/2008 | ABN6 | S | ABANDONMENT - NO USE STATEMENT FILED | 023 |
| 04/08/2008 | NOAM | O | NOTICE OF ALLOWANCE-MAILED | 022 |
| 01/18/2008 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 021 |
| 01/18/2008 | FAXX | I | FAX RECEIVED | 020 |
| 01/15/2008 | PUBO | A | PUBLISHED FOR OPPOSITION | 019 |

NEXTDOOR00003244

| 12/26/2007 | NPUB | O | NOTICE OF PUBLICATION | 018 |
| 12/08/2007 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 017 |
| 12/08/2007 | ALIE | A | ASSIGNED TO LIE | 016 |
| 11/02/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 10/17/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 014 |
| 10/17/2007 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 013 |
| 10/17/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 012 |
| 10/17/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 011 |
| 09/26/2007 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 09/26/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 09/26/2007 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 09/25/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 06/07/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 006 |
| 03/27/2007 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 03/27/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 03/22/2007 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/29/2006 | MPMK | O | NOTICE OF PSEUDO MARK MAILED | 002 |
| 11/28/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Raj Abhyanker |
| CORRESPONDENCE ADDRESS | Raj Abhyanker<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>David Jaffer/Intellectual Property Group<br>P.O. BOX 10500<br>McLean VA 22102 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Fatdoor, Inc. |
| ADDRESS | 100 Hamilton Avenue, Suite 160<br>Palo Alto, CA 94301 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

NEXTDOOR00003245

# FATDOOR

NEXTDOOR00003246

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Nov 10, 2008**

The trademark application identified below was abandoned because the applicant failed to file for a statement of use or an extension of time.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**    77049286
**MARK:**    FATDOOR
**OWNER:**    Fatdoor, Inc.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Raj Abhyanker
PILLSBURY WINTHROP SHAW PITTMAN LLP
P.O. BOX 10500
David Jaffer/Intellectual Property Group
McLean , VA   22102

NEXTDOOR00003247

NEXTDOOR00003248

**U.S. Patent and Trademark Office (USPTO)**

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:**  Apr 8, 2008

Raj Abhyanker
PILLSBURY WINTHROP SHAW PITTMAN LLP
David Jaffer/Intellectual Property Group
P.O. BOX 10500
McLean VA 22102

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").   If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:           77/049286
MARK:                             FATDOOR (STANDARD CHARACTER MARK)
OWNER:                          Fatdoor, Inc.
                                         100 Hamilton Avenue, Suite 160
                                         Palo Alto , CALIFORNIA  94301

Section 1(a): NO                    Section 1(b): YES                Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

042 -    Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely, providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

NEXTDOOR00003249

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

NEXTDOOR00003250

# Change Of Correspondence Address

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77049286 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 104 |
| **MARK SECTION** | |
| MARK | FATDOOR |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Second Floor<br>530 Lytton Ave.,<br>Palo Alto California 94301<br>United States<br>650-989-2131<br>650-326-1313<br>abhishek@rajpatent.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Raj Abhyanker<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>David Jaffer/Intellectual Property Group<br>P.O. BOX 10500<br>McLean<br>Virginia<br>United States<br>22102<br>650.233.4510<br>703.770.7901<br>david.jaffer@pillsburylaw.com |
| **SIGNATURE SECTION** | |
| SIGNATURE | /David H. Jaffer/ |
| SIGNATORY NAME | DAVID H. JAFFER/REG. NO. 32,243 |
| SIGNATORY DATE | 01/18/2008 |
| SIGNATORY POSITION | ATTORNEY FOR APPLICANT |
| **FILING INFORMATION SECTION** | |

| **SUBMIT DATE** | Fri Jan 18 15:49:40 EST 2008 |
|---|---|
| **TEAS STAMP** | USPTO/CCA-67.119.19.18-20<br>080118154940763191-770492<br>86-4007364446994623e7425e<br>ecb5cd2cd41a-N/A-N/A-2008<br>0118154601819516 |

NEXTDOOR00003252

01-18-08    12:36pm    From-                            6502334545         T-444    P.001/002    F-802

⟳

**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** LLP

2475 Hanover Street
Palo Alto, CA 94304-1114
Tel 650.233.4500
Fax 650.233.4545
www.pillsburylaw.com

**FACSIMILE**                                    Total Pages (Including cover):   2

| | | | |
|---|---|---|---|
| HOUSTON | Date: | January 18, 2008 | Must Be Sent By: |
| LONDON | | | |
| LOS ANGELES | To: | Commissioner for Trademarks | Fax No: 571-273-9104 |
| NEW YORK | | | |
| NORTHERN VIRGINIA | Company: | United States Patent & | Phone No: 571-272-9104 |
| ORANGE COUNTY | | Trademark Office | |
| SACRAMENTO | From: | David H. Jaffer | Phone No: 650.233.4510 |
| SAN DIEGO | | | |
| SAN DIEGO-NORTH COUNTY | User No: | 14156 | C/M No: 027733-0366922 |

SAN FRANCISCO      Comments:
SHANGHAI
SILICON VALLEY     Attention:   Biddulph Heather Ann, Law Office 104
TOKYO
WASHINGTON DC      Serial No.:   77/049,286
                   Mark:        **FATDOOR**
                   Applicant:   Fatdoor, Inc.

The following document is enclosed for filing in this application:

- Power of Attorney

Confidentiality Note:
The documents accompanying
this facsimile transmission may
contain confidential information
which is legally privileged. The
information is intended only for
the use of the individual or entity
named above. If you are not the
intended recipient, or the person
responsible for delivering it to
the intended recipient, you are
hereby notified that any
disclosure, copying, distribution
or use of any of the information
contained in this transmission is
strictly PROHIBITED. If you have
received this transmission in
error, please immediately notify
us by telephone and mail the
original transmission to us.
Thank you.

I hereby certify that this correspondence is being sent by facsimile transmission to
the U.S. Patent and Trademark Office, Attention: Biddulph Heather Ann, Law
Office 104, on January 18, 2008.

By: _____
    Judy Keeley

If you have not properly received this fax, please call (650) 233-4500. Thank you.

Operator: _____ Time Sent: _____ Batch ID: _____

PAGE 1/2 ' RCVD AT 1/18/2008 3:36:29 PM [Eastern Standard Time] ' SVR:USPTO-EFXRF-4/18 ' DNIS:2739104 ' CSID:6502334545 ' DURATION (mm-ss):01-00

NEXTDOOR00003253

01-18-08   12:36pm   From-                                  6502334545              T-444   P.002/002   F-802

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No.: 027733-0366919

Applicant:        Fatdoor, Inc.

Serial No.:       77/049,286

Mark:             **FATDOOR**

Commissioner for Trademarks
P.O. Box 1451
Alexandria , VA 22313-1451

### POWER OF ATTORNEY

Sir:

Fatdoor, Inc., having an address at 4400 Bohannon Drive, Suite 100, Menlo Park, California 94025, hereby appoints David H. Jaffer, Patricia A. Cotton, members of the Bar of the State of California, and the firm of Pillsbury Winthrop Shaw Pittman LLP, Intellectual Property Group, P.O. Box 10500, McLean, Virginia 22102, its attorneys, either individually or collectively, to prosecute this application for registration, with full powers of substitution and revocation, to transact all business in the Patent and Trademark Office connected therewith, and to receive the Certificate of Registration.   Please address all correspondence and telephone inquiries to:

David H. Jaffer
PILLSBURY WINTHROP SHAW PITTMAN LLP
Intellectual Property Group
P.O. Box 10500
McLean, VA 22102
Telephone Number: (650) 233-4510
Facsimile: (703) 770-7901
Email: david.jaffer@pillsburylaw.com

Date:   1/17/08                    By:  _____

                                       FATDOOR, INC.

                                       Chandu Thota
                                       Founder & CTO

FATDOOR-POA for FATDOOR.doc

PAGE 2/2 ' RCVD AT 1/18/2008 3:36:29 PM [Eastern Standard Time] ' SVR:USPTO-EFXRF-4/18 ' DNIS:2739104 ' CSID:6502334545 ' DURATION (mm-ss):01-00

NEXTDOOR00003254

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Dec 26, 2007

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   77/049,286

2. Mark:
   FATDOOR
   Standard Character Mark

3. International Class(es):
   42

4. Publication Date:
   Jan 15, 2008

5. Applicant:
   Fatdoor, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

Raj Abhyanker                                    TMP&I
Raj Abhyanker LLP
Second Floor
530 Lytton Ave.,

NEXTDOOR00003255

Palo Alto CA 94301

NEXTDOOR00003256

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| SERIAL NUMBER | 77049286 | FILING DATE | 11/21/2006 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BIDDULPH, HEATHER ANN | L.O. ASSIGNED | 104 |

### PUB INFORMATION

| RUN DATE | 12/11/2007 |
|---|---|
| PUB DATE | 01/15/2008 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 12/08/2007 |
| LITERAL MARK ELEMENT | FATDOOR |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | FATDOOR |

NEXTDOOR00003257

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Fatdoor, Inc. |
| ADDRESS | 100 Hamilton Avenue, Suite 160<br>Palo Alto, CA 94301 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely, providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | FAT DOOR |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/08/2007 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 017 |
| 12/08/2007 | ALIE | A | ASSIGNED TO LIE | 016 |
| 11/02/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 10/17/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 014 |
| 10/17/2007 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 013 |
| 10/17/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 012 |
| 10/17/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 011 |

NEXTDOOR00003258

| 09/26/2007 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 09/26/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 09/26/2007 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 09/25/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 06/07/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 006 |
| 03/27/2007 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 03/27/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 03/22/2007 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/29/2006 | MPMK | O | NOTICE OF PSEUDO MARK MAILED | 002 |
| 11/28/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Raj Abhyanker |
|---|---|
| CORRESPONDENCE ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Second Floor<br>530 Lytton Ave.,<br>Palo Alto CA 94301 |
| DOMESTIC REPRESENTATIVE | NONE |

NEXTDOOR00003259

# FATDOOR

NEXTDOOR00003260

## Trademark Snap Shot Publication Stylesheet
### (Table presents the data on Publication Approval)

### OVERVIEW

| SERIAL NUMBER | 77049286 | FILING DATE | 11/21/2006 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BIDDULPH, HEATHER ANN | L.O. ASSIGNED | 104 |

### PUB INFORMATION

| RUN DATE | 11/03/2007 |
|---|---|
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 11/02/2007 |
| LITERAL MARK ELEMENT | FATDOOR |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | FATDOOR |

NEXTDOOR00003261

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Fatdoor, Inc. |
| ADDRESS | 100 Hamilton Avenue, Suite 160<br>Palo Alto, CA 94301 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | FAT DOOR |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/02/2007 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 10/17/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 014 |
| 10/17/2007 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 013 |
| 10/17/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 012 |
| 10/17/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 011 |
| 09/26/2007 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 09/26/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |

NEXTDOOR00003262

| 09/26/2007 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 09/25/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 06/07/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 006 |
| 03/27/2007 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 03/27/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 03/22/2007 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/29/2006 | MPMK | O | NOTICE OF PSEUDO MARK MAILED | 002 |
| 11/28/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Raj Abhyanker |
| CORRESPONDENCE ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Second Floor<br>530 Lytton Ave.,<br>Palo Alto CA 94301 |
| DOMESTIC REPRESENTATIVE | NONE |

NEXTDOOR00003263

# FATDOOR

NEXTDOOR00003264

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77049286 | FILING DATE | 11/21/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BIDDULPH, HEATHER ANN | L.O. ASSIGNED | 104 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/18/2007 |
| PUB DATE | N/A |
| STATUS | 647-EXAMINERS AMENDMENT - MAILED |
| STATUS DATE | 10/17/2007 |
| LITERAL MARK ELEMENT | FATDOOR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | FATDOOR |

NEXTDOOR00003265

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Fatdoor, Inc. |
| ADDRESS | 100 Hamilton Avenue, Suite 160<br>Palo Alto, CA 94301 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | FAT DOOR |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 10/17/2007 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 014 |
| 10/17/2007 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 013 |
| 10/17/2007 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 012 |
| 10/17/2007 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 011 |
| 09/26/2007 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 09/26/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 09/26/2007 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |

NEXTDOOR00003266

| 09/25/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 06/07/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 006 |
| 03/27/2007 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 03/27/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 03/22/2007 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/29/2006 | MPMK | O | NOTICE OF PSEUDO MARK MAILED | 002 |
| 11/28/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Raj Abhyanker |
|---|---|
| CORRESPONDENCE ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Second Floor<br>530 Lytton Ave.,<br>Palo Alto CA 94301 |
| DOMESTIC REPRESENTATIVE | NONE |

NEXTDOOR00003267

# FATDOOR

NEXTDOOR00003268

| To: | Fatdoor, Inc. (abhishek@rajpatent.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77049286 - FATDOOR - N/A |
| Sent: | 10/17/2007 3:40:31 PM |
| Sent As: | ECOM104@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:     77/049286

**MARK**: FATDOOR

# *77049286*

**CORRESPONDENT ADDRESS**:
Raj Abhyanker
Raj Abhyanker LLP
Second Floor
530 Lytton Ave.,
Palo Alto CA 94301

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:         Fatdoor, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
N/A
**CORRESPONDENT E-MAIL ADDRESS**:
abhishek@rajpatent.com

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE**: 10/17/2007

-

**AMENDMENT**: In accordance with the authorization granted by Raj Abhyanker on October 16, 2007, the application has been AMENDED as indicated below.  Please advise the undersigned immediately if there is an objection to the amendment.    Otherwise, no response is necessary. TMEP §707.

If the identification of goods or services has been amended, please note that any future amendments must be in accordance with 37 C.F.R. 2.71(a); TMEP section 1402.07(e).

Applicant clarifies the inconsistency in entity type by stating that the owner of the mark is a Delaware corporation.


/Heather Biddulph/
Heather Biddulph

NEXTDOOR00003269

Law Office 104
Phone No. (571) 272-8190
Fax No.    (571) 273-8190

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

| To: | Fatdoor, Inc. (abhishek@rajpatent.com) |
|---|---|
| **Subject:** | TRADEMARK APPLICATION NO. 77049286 - FATDOOR - N/A |
| **Sent:** | 10/17/2007 3:40:33 PM |
| **Sent As:** | ECOM104@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 10/17/2007 FOR APPLICATION SERIAL NO. 77049286

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link http://portal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77049286&doc_type=EXA&ma (or copy and paste this URL into the address field of your browser), or visit **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE:** The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from 10/17/2007.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING
## 1. The USPTO will NOT send a separate e-mail with the Office action attached.

## 2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.

NEXTDOOR00003271

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
### (Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77049286 | FILING DATE | 11/21/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BIDDULPH, HEATHER ANN | L.O. ASSIGNED | 104 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/27/2007 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 09/26/2007 |
| LITERAL MARK ELEMENT | FATDOOR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | FATDOOR |

NEXTDOOR00003272

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Fatdoor, Inc. |
| ADDRESS | 100 Hamilton Avenue, Suite 160<br>Palo Alto, CA 94301 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | FAT DOOR |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/26/2007 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 09/26/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 09/26/2007 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 09/25/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 06/07/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 006 |
| 03/27/2007 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 03/27/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |

NEXTDOOR00003273

| 03/22/2007 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/29/2006 | MPMK | O | NOTICE OF PSEUDO MARK MAILED | 002 |
| 11/28/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Raj Abhyanker |
| CORRESPONDENCE ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Second Floor<br>530 Lytton Ave.,<br>Palo Alto CA 94301 |
| DOMESTIC REPRESENTATIVE | NONE |

NEXTDOOR00003274

# FATDOOR

NEXTDOOR00003275

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77049286 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 104 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION** (class deleted) | |
| **INTERNATIONAL CLASS** | 045 |
| **DESCRIPTION** | |
| Geographic search and contribution services, namely, creation of location tagged profiles using spatial and geo-coded information through the Internet; providing satellite and rendered images of geographic locations through the Internet; providing information and profiles about people and businesses located in neighboring areas to a user; computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global level | |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION** (class added)  **Original Class (045)** | |
| **INTERNATIONAL CLASS** | 042 |
| **DESCRIPTION** | |
| Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network. | |
| **FILING BASIS** | Section 1(b) |
| **CORRESPONDENCE SECTION** | |
| **NAME** | Raj Abhyanker |
| **FIRM NAME** | Raj Abhyanker LLP |
| **INTERNAL ADDRESS** | Second Floor |
| **STREET** | 530 Lytton Ave., |
| **CITY** | Palo Alto |
| **STATE** | California |

NEXTDOOR00003276

| | |
|---|---|
| ZIP/POSTAL CODE | 94301 |
| COUNTRY | United States |
| PHONE | 650-326-1313 |
| FAX | 650-989-2131 |
| EMAIL | abhishek@rajpatent.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. |
| RESPONSE SIGNATURE | /Raj Abhyanker/ |
| SIGNATORY'S NAME | Raj Abhyanker |
| SIGNATORY'S POSITION | Attorney of record |
| DATE SIGNED | 09/25/2007 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Sep 26 02:39:29 EDT 2007 |
| TEAS STAMP | USPTO/ROA-198.69.35.6-200 70926023929113421-7704928 6-4003f327e75d9eb8af3e965 aac310a8bbb5-N/A-N/A-2007 0925134154547408 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action
## To the Commissioner for Trademarks:

Application serial no. **77049286** has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant hereby deletes the following class of goods/services from the application.**
Class 045 for Geographic search and contribution services, namely, creation of location tagged profiles using spatial and geo-coded information through the Internet; providing satellite and rendered images of geographic locations through the Internet, providing information and profiles about people and businesses

NEXTDOOR00003277

located in neighboring areas to a user; computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global level

**Applicant hereby adds the following class of goods/services to the application:**
**New:** Class 042 (Original Class: 045 ) for Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global network.
**Filing Basis: Section 1(b), Intent to Use:** The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. (15 U.S.C. Section 1051(b)).

**CORRESPONDENCE ADDRESS CHANGE**
Applicant proposes to amend the following:
**Current:** Raj Abhyanker Raj Abhyanker LLP Suite 225-40 100 Hamilton Avenue Palo Alto CA 94301
**Proposed:** Raj Abhyanker of Raj Abhyanker LLP, having an address of Second Floor 530 Lytton Ave., Palo Alto, California United States 94301, whose e-mail address is abhishek@rajpatent.com, whose phone number is 650-326-1313 and whose fax number is 650-989-2131.

**SIGNATURE(S)**
**Declaration Signature**
I hereby elect to bypass the submission of a signed declaration, because I believe a declaration is not required by the rules of practice. I understand that the examining attorney could still, upon later review, require a signed declaration.
**Response Signature**
Signature: /Raj Abhyanker/   Date: 09/25/2007
Signatory's Name: Raj Abhyanker
Signatory's Position: Attorney of record

The signatory has confirmed that he/she is either (1) an attorney who is a member in good standing of the bar of the highest court of a U.S. state; or (2) a Canadian attorney/agent who has been granted reciprocal recognition under 37 C.F.R. §10.14(c) by the USPTO's Office of Enrollment and Discipline. He/she further confirms that (1) the applicant has not previously been represented in this matter by an authorized attorney; and (2) he/she is the applicant's attorney or an associate of that attorney.

Mailing Address:   Raj Abhyanker
    Raj Abhyanker LLP
    Second Floor
    530 Lytton Ave.,
    Palo Alto, California 94301

Serial Number: 77049286
Internet Transmission Date: Wed Sep 26 02:39:29 EDT 2007
TEAS Stamp: USPTO/ROA-198.69.35.6-200709260239291134
21-77049286-4003f327e75d9eb8af3e965aae31
0a8bbb5-N/A-N/A-20070925134154547408

NEXTDOOR00003278

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77049286 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 104 |
| **MARK SECTION** | |
| MARK | FATDOOR |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Suite 225-40<br>100 Hamilton Avenue<br>Palo Alto CA 94301 |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Second Floor<br>530 Lytton Ave.,<br>Palo Alto<br>California<br>United States<br>94301<br>650-326-1313<br>650-989-2131<br>abhishek@rajpatent.com |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Raj Abhyanker/ |
| SIGNATORY NAME | Raj Abhyanker |
| SIGNATORY DATE | 09/25/2007 |
| SIGNATORY POSITION | Attorney of record |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Sep 26 02:39:29 EDT 2007 |

NEXTDOOR00003279

| | |
|---|---|
| **TEAS STAMP** | USPTO/ROA-198.69.35.6-200<br>70926023929113421-7704928<br>6-4003f327e75d9eb8af3e965<br>aae310a8bbb5-N/A-N/A-2007<br>0925134154547408 |

NEXTDOOR00003280

# Change Of Correspondence Address

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77049286 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 104 |
| **MARK SECTION** | |
| MARK | FATDOOR |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | RAJ ABHYANKER<br>RAJ ABHYANKER LLP<br>100 HAMILTON AVE STE 160<br>PALO ALTO California 94301-1655<br>United States<br>raj@rajpatent.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Raj Abhyanker<br>Raj Abhyanker LLP<br>Suite 225-40<br>100 Hamilton Avenue<br>Palo Alto<br>California<br>United States<br>94301<br>650-326-1313<br>650-989-2131<br>abhishek@rajpatent.com |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Raj Abhyanker/ |
| SIGNATORY NAME | Raj Abhyanker |
| SIGNATORY DATE | 06/07/2007 |
| SIGNATORY POSITION | Attorney of record |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Jun 07 16:36:52 EDT 2007 |
| | USPTO/CCA-71.132.209.60-2 |

NEXTDOOR00003281

| TEAS STAMP | 0070607163652485576-78817<br>792-360dab7fc4781926ef14a<br>7a58911c2279f3-N/A-N/A-20<br>070607135935150898 |
| --- | --- |

NEXTDOOR00003282

| To: | Fatdoor, Inc. (raj@rajpatent.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77049286 - FATDOOR - N/A |
| Sent: | 3/27/2007 10:38:35 AM |
| Sent As: | ECOM104@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 77/049286

**APPLICANT:** Fatdoor, Inc.

**CORRESPONDENT ADDRESS:**
RAJ ABHYANKER
RAJ ABHYANKER LLP
100 HAMILTON AVE STE 160
PALO ALTO, CA 94301-1655

# *77049286*

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:** FATDOOR

**CORRESPONDENT'S REFERENCE/DOCKET NO :** N/A

**CORRESPONDENT EMAIL ADDRESS:**
raj@rajpatent.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number 77/049286

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

**Search Results**

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

**Recitation of Services**

The wording "providing demographic information and profiles about people and businesses located in neighboring areas to a user" in the identification of services is indefinite and must be clarified because it is too broad for the Office to classify.  TMEP §1402.01.  Applicant may substitute the following wording, if accurate:

Class 35: **Business information services, namely** providing demographic information and profiles about people and businesses located in neighboring areas to a user.

Class 39: Providing a website and website links to geographic information and  map images, namely providing satellite and rendered images of geographic locations through the Internet.

Class 42: Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information, namely providing location tagged profiles using spatial and geo-coded information through the Internet; Computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global.

Please note that, while the identification of services may be amended to clarify or limit the services, adding to the services or broadening the scope of the services is not permitted.  37 C.F.R. §2.71(a); TMEP §1402.06.  Therefore, applicant may not amend the identification to include services that are not within the scope of the services set forth in the present identification.

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html.

**Classification and Fees**

The services are classified incorrectly.  Applicant must amend the application to classify the services in International Class 39, and 42.  37 C.F.R. §§2.32(a)(7) and 2.85; TMEP §§1401.02(a) and 1401.03(b).  If applicant adopts the suggested amendment of the goods and/or services, then applicant must amend the classification to International Class 35.  37 C.F.R. §§2.32(a)(7) and 2.85; TMEP §§1401 *et seq.*

The application identifies services that are classified in at least three classes; however, the fees submitted are sufficient for only one class.  In a multiple-class application, a fee for each class is required.  37 C.F.R. §2.86(a)(2); TMEP §§810-810.01 and 1403.01.

Therefore, applicant must either:  (1) restrict the application to the number of classes covered by the fee already paid, or (2) submit the fees for the additional classes.

If applicant prosecutes this application as a combined, or multiple-class application, applicant must comply with each of the following for those goods and/or services based on an intent to use the mark in

NEXTDOOR00003284

commerce under Trademark Act Section 1(b):

> (1) Applicant must list the goods and/or services by international class with the classes listed in ascending numerical order; and

> (2) Applicant must submit a filing fee for each international class of goods and/or services not covered by the fee already paid (current fee information should be confirmed at http://www.uspto.gov).

37 C.F.R. §2.86(a)(2); TMEP §§810 and 1403.01.

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

/Heather Biddulph/
Heather Biddulph
Law Office 104
Phone No. (571) 272-8190
Fax No. (571) 273-8190

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**
- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE: The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing. 37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

*** User:hbiddulph ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 23863 | N/A | 0 | 0 | 0:02 | *{"hf"}at*[bi,ti] |
| 02 | 5352 | N/A | 0 | 0 | 0:01 | *door*[bi,ti] |
| 03 | 49 | 23 | 4 | 2 | 0:01 | 1 and 2 |
| 04 | 26 | 0 | 26 | 17 | 0:02 | 3 not dead[ld] |
| 05 | 498 | N/A | 0 | 0 | 0:03 | 070701[dc] not dead[ld] |
| 06 | 3 | 0 | 3 | 3 | 0:01 | 1 and 5 |
| 07 | 4520 | N/A | 0 | 0 | 0:02 | (*phat*[bi,ti] *fat*[bi,ti]) |
| 08 | 1250 | N/A | 0 | 0 | 0:03 | 7 and "042"[cc] |
| 09 | 2491 | N/A | 0 | 0 | 0:01 | (phat[bi,ti] fat[bi,ti]) |
| 10 | 690 | N/A | 0 | 0 | 0:03 | 9 and "042"[cc] |
| 11 | 1072 | N/A | 0 | 0 | 0:04 | door[bi,ti] not dead[ld] |
| 12 | 495 | N/A | 0 | 0 | 0:03 | 11 and "042"[cc] |

Session started 3/22/2007 2:26:47 PM
Session finished 3/22/2007 2:30:57 PM
Total search duration 0 minutes 26 seconds
Session duration 4 minutes 10 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 77049286

NEXTDOOR00003286

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Wednesday, November 29, 2006 00:08 AM |
| **To:** | raj@rajpatent.com |
| **Subject:** | Notice of Pseudo Mark for Serial Number: 77049286 |

**ATTORNEY REFERENCE NUMBER:**

---

The USPTO may assign pseudo marks, as appropriate, to new applications to assist in searching the USPTO database for conflicting marks. They have no legal significance and will not appear on the registration certificate.

A PSEUDO MARK may be assigned to marks that include words, numbers, compound words, symbols, or acronyms that can have alternative spellings or meanings. For example, if the mark comprises the words 'YOU ARE' surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as 'YOU ARE SQUARE'. A mark filed as 'URGR8' would receive a pseudo mark of 'YOU ARE GREAT'.

You are not required to respond to this notice. However, if you would like to suggest additions or changes to the pseudo mark assigned to your mark, please send an email to TMDesignCodeComments@USPTO.GOV or call 1-800-786-9199 to speak to a Customer Service representative. No fee is necessary. (Please include the serial number of your application on ALL correspondence with the USPTO.) The USPTO will review your request and update the record if appropriate.

The USPTO will not send any further response to your e-mail. Check TESS in approximately two weeks to see if the requested changes have been entered. Requests deemed unnecessary or inappropriate will not be entered.

**Pseudo marks assigned to the referenced serial number are listed below.**

NEXTDOOR00003287

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 08/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77049286
### Filing Date: 11/21/2006

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77049286 |
| **MARK INFORMATION** | |
| *MARK | FATDOOR |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | FATDOOR |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Fatdoor, Inc. |
| *STREET | 100 Hamilton Avenue, Suite 160 |
| *CITY | Palo Alto |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94301 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| *STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 045 |
| | Geographic search and contribution services, namely, creation of location tagged profiles |

NEXTDOOR00003288

| DESCRIPTION | using spatial and geo-coded information through the Internet; providing satellite and rendered images of geographic locations through the Internet; providing information and profiles about people and businesses located in neighboring areas to a user; computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global level. |
|---|---|
| FILING BASIS | SECTION 1(b) |

### ATTORNEY INFORMATION

| NAME | Raj Abhyanker |
|---|---|
| FIRM NAME | Raj Abhyanker LLP |
| STREET | 100 Hamilton Avenue, Suite 160 |
| CITY | Palo Alto |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94301 |
| EMAIL ADDRESS | raj@rajpatent.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

### CORRESPONDENCE INFORMATION

| NAME | Raj Abhyanker |
|---|---|
| FIRM NAME | Raj Abhyanker LLP |
| STREET | 100 Hamilton Avenue, Suite 160 |
| CITY | Palo Alto |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94301 |
| EMAIL ADDRESS | raj@rajpatent.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

### FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |

NEXTDOOR00003289

| TOTAL FEE DUE | 325 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Raj Abhyanker/ |
| SIGNATORY'S NAME | Raj Abhyanker |
| SIGNATORY'S POSITION | Partner |
| DATE SIGNED | 11/21/2006 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Nov 21 20:19:18 EST 2006 |
| TEAS STAMP | USPTO/BAS-71.132.218.217-<br>20061121201918106406-7704<br>9286-35046449c46bf1016d37<br>1f8f26d69e1839-CC-939-200<br>61121195340681270 |

NEXTDOOR00003290

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 77049286
### Filing Date: 11/21/2006

## To the Commissioner for Trademarks:

**MARK:** FATDOOR (Standard Characters, see mark)
The literal element of the mark consists of FATDOOR. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Fatdoor, Inc., a limited liability company legally organized under the laws of Delaware, having an address of 100 Hamilton Avenue, Suite 160, Palo Alto, California, United States, 94301, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

     International Class 045:  Geographic search and contribution services, namely, creation of location tagged profiles using spatial and geo-coded information through the Internet; providing satellite and rendered images of geographic locations through the Internet, providing information and profiles about people and businesses located in neighboring areas to a user; computer services, namely, providing a specialized search engine for finding personal, geographical and business data on a global level.
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Raj Abhyanker of Raj Abhyanker LLP, 100 Hamilton Avenue, Suite 160, Palo Alto, California, United States, 94301 to submit this application on behalf of the applicant.

 Correspondence Information: Raj Abhyanker
                             100 Hamilton Avenue, Suite 160
                             Palo Alto, California 94301
                             raj@rajpatent.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed

NEXTDOOR00003291

under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Raj Abhyanker/   Date Signed: 11/21/2006
Signatory's Name: Raj Abhyanker
Signatory's Position: Partner

RAM Sale Number: 939
RAM Accounting Date: 11/22/2006

Serial Number: 77049286
Internet Transmission Date: Tue Nov 21 20:19:18 EST 2006
TEAS Stamp: USPTO/BAS-71.132.218.217-200611212019181
06406-77049286-35046449c46bf1016d371f8f2
6d69e1839-CC-939-20061121195340681270

NEXTDOOR00003292

# FATDOOR

NEXTDOOR00003293

# FATDOOR

NEXTDOOR00003294