# EXHIBIT T



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA  94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 240 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a list of available dates. The visitor may select one of those dates, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4. The archived data made viewable and browseable by the Wayback Machine is compiled using software programs known as crawlers, which surf the Web and automatically store copies of web files, preserving these files as they exist at the point of time of capture.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on a page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files for the URLs and the dates specified in the footer of the printout.

7. Attached hereto Exhibit B are printouts of calendar pages for archived URLs, which list by date archived records available for those URLs (specified in the printout's footer) in the Wayback Machine.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 4/1/14

Christopher Butler

## CALIFORNIA JURAT

See Attached Document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this

____1____ day of ____APRIL____, 2014, by

Christopher Butler,

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



# Exhibit A

Log In
My Admin
My Groups
Browse
Home

Build Your Wiki Groups
Tag by photo

`<a href="http://www.edire`

Build by photo

Build by table

Email:

Password:

Not a Member, Click Here    Submit Query
Forgot Password

Your Email:

    Send

password

**Popular Tags**
Show All

edirectree , 2.0 ,
fatdoor , Democrat ,
basketball , team ,
Music , Silicon ,
work , Obama ,
Mountain , Family ,
of , Seattle ,
techcrunch , Rana ,
flash , stanford ,
company , Chicago ,
Friend , adobe

**Popular Categories**
Show All

| Category | |
|---|---|
| School | 7 |
| Family | 15 |
| Service Club | 3 |
| Friends | 25 |
| Work | 5 |
| Professionals | 8 |
| Others | 71 |
| Alumni | 4 |

**Recent Groups**
Show All

Real Estate Referral
Network

| | |
|---|---|
| Total Members: | 1 |
| Updated On: | 9/6/2008 |
| Created By: | Randy |
| Status: | public |

Share this group link:

`<a href="http://www.edire`

TechCrunch

| | |
|---|---|
| Total Members: | 19 |
| Updated On: | 7/9/2008 |
| Created By: | Mark |
| Status: | public |

Share this group link:

`<a href="http://www.edire`

| | |
|---|---|
| Total Members: | 2 |
| Updated On: | 6/4/2008 |
| Created By: | anonymous |
| Status: | public |

Share this group link:

`<a href="http://www.edire`

Friend list

| | |
|---|---|
| Total Members: | 10 |
| Updated On: | 5/14/2008 |
| Created By: | Arpan |
| Status: | public |

Share this group link:

<a href="http://www.edired

Share Something

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

Log In
My Admin
My Groups
Browse
Home

Create Group [by photo] [by table] | Recent Groups | Popular Groups | By Tags | By Categories | Search

Alumni , Business , Common Interests , Cultural , **Family** , Friends , Non-profit , Others , **Professionals** , Religious ,
**School** , Service Club , Sport & Recreation , Work

### Raj and Sonal's friends - Bay Area

| | |
|---|---|
| Total Members: | 9 |
| Viewed Times: | 129 |
| Created On: | 1/26/2008 |
| Created By: | Raj |
| Status: | private |

Share this group link:  `<a href="http://www.edirec`

### roli's friends

| | |
|---|---|
| Total Members: | 11 |
| Viewed Times: | 37 |
| Created On: | 2/13/2008 |
| Created By: | Ruckus |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### Fans

| | |
|---|---|
| Total Members: | 10 |
| Viewed Times: | 35 |
| Created On: | 2/14/2008 |
| Created By: | Arpan |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### prize

| | |
|---|---|
| Total Members: | 10 |
| Viewed Times: | 72 |
| Created On: | 2/13/2008 |
| Created By: | Arpan |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### msn group

| | |
|---|---|
| Total Members: | 10 |
| Viewed Times: | 29 |
| Created On: | 2/13/2008 |
| Created By: | Ruckus |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### hotmail friends

| | |
|---|---|
| Total Members: | 10 |
| Viewed Times: | 29 |
| Created On: | 2/13/2008 |
| Created By: | Ruckus |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### tea time

| | |
|---|---|
| Total Members: | 10 |
| Viewed Times: | 32 |
| Created On: | 2/14/2008 |
| Created By: | Arpan |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### unbeatable

| | |
|---|---|
| Total Members: | 10 |
| Viewed Times: | 57 |
| Created On: | 2/9/2008 |
| Created By: | Arpan |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

People that like Piyush
Total Members: 2
Viewed Times: 51
Created On: 2/8/2008
Created By: Ruckus
Status: public

Share this group link: `<a href="http://www.edirec`

rocking
Total Members: 10
Viewed Times: 37
Created On: 2/9/2008
Created By: Arpan
Status: public

Share this group link: `<a href="http://www.edirec`

High School debate team
Total Members: 3
Viewed Times: 37
Created On: 2/11/2008
Created By: anonymous
Status: public

Share this group link: `<a href="http://www.edirec`

Arpan's family group
Total Members: 1
Viewed Times: 42
Created On: 2/8/2008
Created By: Arpan
Status: public

Share this group link: `<a href="http://www.edirec`

Prateek's friends
Total Members: 2
Viewed Times: 40
Created On: 2/8/2008
Created By: Prateek
Status: public

Share this group link: `<a href="http://www.edirec`

Pen pals :)
Total Members: 6
Viewed Times: 34
Created On: 2/7/2008
Created By: Ruckus
Status: public

Share this group link: `<a href="http://www.edirec`

Arpan's friends
Total Members: 5
Viewed Times: 30
Created On: 2/7/2008
Created By: Arpan
Status: public

Share this group link: `<a href="http://www.edirec`

Mygrp
Total Members: 3
Viewed Times: 31
Created On: 2/6/2008
Created By: Narender
Status: public

Share this group link: `<a href="http://www.edirec`

Don 's Groups
Total Members: 4
Viewed Times: 43
Created On: 2/6/2008
Created By: Arpan
Status: public

Share this group link: `<a href="http://www.edirec`

My friends
Total Members: 7
Viewed Times: 71
Created On: 2/5/2008
Created By: Ruckus
Status: public

Share this group link: `<a href="http://www.edirec`

Party
Total Members: 1

Cyberfrancis
Total Members: 3

Viewed Times: 43
Created On: 2/4/2008
Created By: Francisco
Status: public

Share this group link: `<a href="http://www.edirec`

Viewed Times: 36
Created On: 2/4/2008
Created By: Francisco
Status: public

Share this group link: `<a href="http://www.edirec`

Lions?
Total Members: 1
Viewed Times: 37
Created On: 2/1/2008
Created By: anonymous
Status: public

Share this group link: `<a href="http://www.edirec`

Mutimba's Zambia Group
Total Members: 1
Viewed Times: 46
Created On: 2/1/2008
Created By: Mutimba
Status: public

Share this group link: `<a href="http://www.edirec`

Anthony's friends
Total Members: 2
Viewed Times: 49
Created On: 1/31/2008
Created By: anthony
Status: public

Share this group link: `<a href="http://www.edirec`

Friends from Arizona
Total Members: 3
Viewed Times: 72
Created On: 1/24/2008
Created By: s
Status: public

Share this group link: `<a href="http://www.edirec`

Drinking buddies
Total Members: 1
Viewed Times: 41
Created On: 1/30/2008
Created By: anonymous
Status: public

Share this group link: `<a href="http://www.edirec`

**Page 1 of 1** 1

About | Terms of Service | Privacy | Privacy Policy | Safety Tips | Developers

Log In
My Admin
My Groups
Browse
Home

Create Group [by photo] [by table] | Recent Groups | Popular Groups | By Tags | By Categories | Search

Alumni , Business , Common Interests , Cultural , **Family** , Friends , Non-profit , Others , Professionals , Religious , School , Service Club , Sport & Recreation , Work

| Babar Fam | |
|---|---|
| Total Members: | 1 |
| Viewed Times: | 224 |
| Created On: | 1/28/2008 |
| Created By: | Babar |
| Status: | private |

Share this group link: `<a href="http://www.edirec`

| SchnackPack | |
|---|---|
| Total Members: | 1 |
| Viewed Times: | 128 |
| Created On: | 2/22/2008 |
| Created By: | Lisa |
| Status: | public |

Share this group link: `<a href="http://www.edirec`

| relatives | |
|---|---|
| Total Members: | 5 |
| Viewed Times: | 78 |
| Created On: | 2/7/2008 |
| Created By: | Arpan |
| Status: | public |

Share this group link: `<a href="http://www.edirec`

| Family | |
|---|---|
| Total Members: | 2 |
| Viewed Times: | 93 |
| Created On: | 2/6/2008 |
| Created By: | bo young |
| Status: | public |

Share this group link: `<a href="http://www.edirec`

| Brother | |
|---|---|
| Total Members: | 5 |
| Viewed Times: | 138 |
| Created On: | 2/5/2008 |
| Created By: | Ruckus |
| Status: | public |

Share this group link: `<a href="http://www.edirec`

| AKLRPS | |
|---|---|
| Total Members: | 2 |
| Viewed Times: | 94 |
| Created On: | 2/4/2008 |
| Created By: | Srini |
| Status: | public |

Share this group link: `<a href="http://www.edirec`

| okuda | |
|---|---|
| Total Members: | 1 |
| Viewed Times: | 96 |
| Created On: | 2/3/2008 |
| Created By: | mitsuhiro |
| Status: | public |

Share this group link: `<a href="http://www.edirec`

| Happy Family | |
|---|---|
| Total Members: | 1 |
| Viewed Times: | 91 |
| Created On: | 2/1/2008 |
| Created By: | Toshiya |
| Status: | public |

Share this group link: `<a href="http://www.edirec`

2 of 2

The Hollands
Total Members: 3
Viewed Times: 98
Created On: 2/2/2008
Created By: Patrick
Status: public

Share this group link: `<a href="http://www.edirec`

My Fam
Total Members: 1
Viewed Times: 87
Created On: 2/1/2008
Created By: craig
Status: public

Share this group link: `<a href="http://www.edirec`

Chou family group
Total Members: 3
Viewed Times: 124
Created On: 1/29/2008
Created By: anonymous
Status: public

Share this group link: `<a href="http://www.edirec`

Arizona 2007
Total Members: 5
Viewed Times: 257
Created On: 1/23/2008
Created By: Dong xia
Status: private

Share this group link: `<a href="http://www.edirec`

Frank Family Tree
Total Members: 1
Viewed Times: 100
Created On: 1/25/2008
Created By: Bo
Status: public

Share this group link: `<a href="http://www.edirec`

Family Game
Total Members: 4
Viewed Times: 139
Created On: 1/24/2008
Created By: anonymous
Status: public

Share this group link: `<a href="http://www.edirec`

Family Directree
Total Members: 23
Viewed Times: 369
Created On: 1/24/2008
Created By: Raj
Status: private

Share this group link: `<a href="http://www.edirec`

**Page 1 of 1** 1

About | Terms of Service | Privacy | Privacy Policy | Safety Tips | Developers

Log In
My Admin
My Groups
Browse
Home

# About eDirectree

**eDirectree - almost certainly the best online group management and sharing application in the world - has _two main_ goals:**

**1**. We want to **help people make their groups available to the people who matter to them.**

Maybe they want to reconnect past friends from old sports teams, clubs, and groups they belonged to in high school, or maybe they want to share something interesting with their friends. Or, maybe they want to securely and privately share groups of their relatives with their family across the country.

eDirectree makes all these things possible and more! To do this, we want to get groups into and out of the system in as many ways as we can: from yearbook photos, from booklets, from spreadsheet files, from the web, from mobile devices, from the users' home computers and from whatever software they are using to manage their groups.

And we want to be able to push them out in as many ways as possible: on the eDirectree website, in RSS feeds, by email, by posting to outside blogs or ways we haven't thought of yet. What else are we going to use those smart refrigerators for? eDirectree is the Magic Marker that makes it easy to get groups from one person to another in whatever way they want.

**2**. We want to **enable new ways of organizing groups.**

Once you make the switch to digital, it is all too easy to get overwhelmed with the sheer number of groups you join with that itchy trigger finger. Folders, the principal way people go about organizing groups today, are great -- until you get to 20 or 30 or 50 of them. They worked in the days when you just had one computer and space in your garage, but the "folder" metaphor is in desperate need of a Phoenix condo and full retirement.

Part of the solution is to make the process of organizing groups collaborative. In eDirectree, you can give your friends, family, and other contacts permission to organize your groups - not just to add comments, but also notes and tags. People like to ooh and ahh, laugh and cry, make wisecracks when sharing groups. Why not give them the ability to do this when they look at them over the internet? And as all this info accretes around the groups as metadata, you can find them so much easier later on, since all this info is also searchable.

eDirectree continues to evolve in myriad ways, all of which are designed to make it easier and better. Check out the **eDirectree Blog** to stay apprised of the latest developments. The fact that you've read to the end of this entire

document and are hanging out at the bottom of this page with nothing but this silly text to keep you company is proof of a deep and abiding interest on your part. What are you waiting for? **Sign up now**!

## The Team

**Raj Abhyanker** is co-founder of eDirectree.

He is a patent attorney in Mountain View, California and an entrepreneur. His last venture was a consumer Internet company raised more than $5 million dollars in venture funding in 2007.

**Dong xia Liu** is a co-founder of eDirectree.

She is a senior software developer and entrepreneur. She previously served as a VP of engineering and lead developer for a venture backed consumer Internet company in Seattle.

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

Log In
My Admin
My Groups
Browse
Home

# Terms of Service

## PLEASE CAREFULLY REVIEW THESE TERMS AND CONDITIONS OF USE BEFORE USING THIS SITE. ANY USE OF THIS WEBSITE CREATES A BINDING AGREEMENT TO COMPLY WITH THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO THESE TERMS, YOU SHOULD EXIT THIS SITE IMMEDIATELY.

### USER AGREEMENT

The following are terms of a legal agreement (the "Agreement") between you and eDirectree, Inc. ("eDirectree", "we", or "us") that sets forth the terms and conditions for your use of this web site (the "Site"). The Site is owned and operated by eDirectree, Inc., a Delaware corporation. This Site is being provided to you expressly subject to this Agreement. By accessing, browsing and/or using this site ("Site"), you acknowledge that you have read, understood, and agree to be bound by the terms of this Agreement and to comply with all applicable laws and regulations. The terms and conditions of this Agreement form an essential basis of our bargain.

We reserve the right to amend this Agreement at any time and will notify you of any such changes by posting the revised Agreement on the Site. You should check this Agreement periodically for changes. All changes shall be effective upon posting. Your continued use of the Site after any change to this Agreement constitutes your agreement to be bound by any such changes. We may terminate, suspend, change, or restrict access to all or any part of this Site without notice or liability.

### LIMITATIONS OF USE

The copyright in all material on this Site, including without limitation the text, data, articles, design, source code, software, photos, images and other information (collectively the "Content"), is held by eDirectree, Inc. or by the original creator of the material and is protected by U.S. and International copyright laws and treaties. You agree that the Content may not be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means, including, but not limited to, electronic, mechanical, photocopying, recording, or otherwise, without the express prior written consent of eDirectree, Inc. You acknowledge that the content is and shall remain the property of eDirectree, Inc. You may not modify, participate in the sale or transfer of, or create derivative works based on any Content, in whole or in part. The use of the Content on any other Site, including by linking or framing, or in any networked computer environment for any purpose, is prohibited without eDirectree, Inc.'s prior written approval. You also may not, without eDirectree, Inc's express written permission, "mirror" any material contained on this Site on any other server. Any unauthorized use of any content on this Site may violate copyright laws, trademark laws, the laws of privacy and publicity, and communications statutes and regulations.

You agree to use the content and site only for lawful purposes. You are prohibited from any use of the content or site that would constitute a violation of any applicable law, regulation, rule or ordinance of any nationality, state or locality or of any international law or treaty or that could give rise to any civil or criminal liability. Any unauthorized use of the site, including but not limited to unauthorized entry into eDirectree, Inc.'s systems, misuse of passwords or misuse of any information posted on the site is strictly prohibited. eDirectree, Inc. makes no claims concerning whether the content may be downloaded or is appropriate for use outside of the United States. If you access this Site from outside of the United States, you are solely responsible for ensuring compliance with the laws of your specific jurisdiction. Your eligibility for particular products or services is subject to final determination by eDirectree, Inc.

### PATENT INFORMATION

Technologies and processes embodied in and used by this site are covered by more than 3 eDirectree U.S., PCT and foreign patents and/or by other patents pending. Any inventive embodiments employed in this site, including, but not limited to a group and group creation by tagging an image is strictly protected by eDirectree patents including patents assigned, issued and pending. Any suspected and actual infringement of eDirectree, Inc.'s intellectual property rights shall be aggressively pursued and acted upon through pre-litigation licensing negotiations, and through litigation in federal and state courts by retained legal counsel for eDirectree, Inc.

## TRADEMARKS

eDirectree (including the eDirectree logo), eDirectree.com all related logos (collectively the "eDirectree Trademarks") are trademarks or service marks of eDirectree, Inc. Other company, product, and service names and logos used and displayed on this site may be trademarks or service marks owned by eDirectree, Inc. or others. Nothing on this Site should be construed as granting, by implication, estoppel or otherwise, any license or right to use any of the eDirectree trademarks displayed on this site, without our prior written permission in each instance. You may not use, copy, display, distribute, modify or reproduce any of the trademarks found on the site unless in accordance with written authorization by us. We prohibit use of any of the eDirectree trademarks as part of a link to or from any site unless establishment of such a link is approved in writing by us in advance. A ny questions concerning any eDirectree Trademarks or whether any mark or logo is a eDirectree Trademark, should be referred to eDirectree, Inc.

## LINKS TO THIRD-PARTY SITES

This site may contain links to web sites controlled, owned and operated by third parties (the "third-party sites"). eDirectree, Inc. cannot control and has no responsibility for the accuracy or availability of information provided on the third-party sites. You acknowledge that use of any third-party sites is governed by the terms of use for those websites and not by this Agreement. Links to third-party sites do not constitute an endorsement or recommendation by eDirectree, Inc. of such sites or the content, products, advertising or other materials presented on such sites, but are only for your convenience and you access them at your own risk. Such third-party sites may have a privacy policy different from that of eDirectree, Inc. and the third-party site may provide less security than this site. We are not responsible for the content of any third-party web sites, nor do we make any warranties or representations, express or implied, regarding the content (or the accuracy of such content) on any third-party web sites, and eDirectree, Inc. shall have no liability of any nature whatsoever for any failure of products or services offered or advertised at such sites or otherwise.

## DISCLAIMER OF WARRANTIES

NONE OF EDIRECTREE, ANY OF ITS AFFILIATES, PROVIDERS OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, INDEPENDENT CONTRACTORS OR LICENSORS (COLLECTIVELY THE "EDIRECTREE PARTIES") GUARANTEES THE ACCURACY, ADEQUACY, TIMELINESS, RELIABILITY, COMPLETENESS, OR USEFULNESS OF ANY OF THE CONTENT AND EDIRECTREE, INC. DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THE CONTENT.

THIS SITE AND ALL OF THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE," WITHOUT ANY WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT OR TITLE. ADDITIONALLY, THERE ARE NO WARRANTIES AS TO THE RESULTS OF YOUR USE OF THE CONTENT. EDIRECTREE PARTIES DO NOT WARRANT THAT THE SITE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THIS DOES NOT AFFECT THOSE WARRANTIES WHICH ARE INCAPABLE OF EXCLUSION, RESTRICTION OR MODIFICATION UNDER THE LAWS APPLICABLE TO THIS AGREEMENT.

EDIRECTREE, INC. MAY DISCONTINUE OR MAKE CHANGES IN THE CONTENT AND SITE AT ANY TIME WITHOUT PRIOR NOTICE TO YOU AND WITHOUT ANY LIABILITY TO YOU. ANY DATED INFORMATION IS PUBLISHED AS OF ITS DATE ONLY, AND EDIRECTREE PARTIES DO NOT UNDERTAKE ANY OBLIGATION OR RESPONSIBILITY TO UPDATE OR AMEND ANY SUCH INFORMATION. EDIRECTREE, INC. RESERVES THE RIGHT TO TERMINATE ANY OR ALL SITE OFFERINGS OR TRANSMISSIONS WITHOUT PRIOR NOTICE TO YOU. THIS SITE COULD CONTAIN TECHNICAL INACCURACIES OR TYOPOGRAPHICAL ERRORS. USE OF THIS SITE IS AT YOUR OWN RISK. LIMITATION OF LIABILITY UNDER NO CIRCUMSTANCES WILL EDIRECTREE PARTIES BE LIABLE FOR ANY DAMAGES INCLUDING GENERAL, SPECIAL, DIRECT, INDIRECT, INCIDENTAL,

CONSEQUENTIAL, PUNITIVE OR ANY OTHER DAMAGES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS OR BUSINESS INTERRUPTION) OF ANY KIND WHETHER IN AN ACTION IN CONTRACT OR NEGLIGENCE ARISING OR RELATING IN ANY WAY TO THE USE OR INABILITY TO USE BY ANY PARTY OF THE CONTENT, THE SITE OR ANY THIRD-PARTY SITE TO WHICH THIS SITE IS LINKED, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF EDIRECTREE PARTIES, OR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES OR EXPENSES. EDIRECTREE, INC. IS NOT LIABLE FOR ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF ANY USER. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THIS SITE IS TO STOP USING THE SITE. IF YOUR USE OF MATERIALS FROM THIS SITE RESULTS IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR DATA, YOU ASSUME ANY COSTS THEREOF. IF THE FOREGOING LIMITATION IS FOUND TO BE INVALID, YOU AGREE THAT EDIRECTREE PARTIES' TOTAL LIABILITY FOR ALL DAMAGES, LOSSES, OR CAUSES OF ACTION OF ANY KIND OR NATURE SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY APPLICABLE LAW.

## INDEMNIFICATION

You agree to indemnify and hold harmless eDirectree Parties from and against any and all claims, losses, expenses, demands or liabilities, including attorneys' fees and costs, incurred by the eDirectree Parties in connection with any claim by a third party (including any intellectual property claim) arising out of (i) materials and content you submit to, post to or transmit through the Site, or (ii) your use of the Site in violation of this Agreement or in violation of any applicable law. You further agree that you will cooperate fully in the defense of any such claims. eDirectree Parties reserve the right, at their own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you shall not in any event settle any such claim or matter without the written consent of eDirectree. You further agree to indemnify and hold harmless eDirectree Parties from any claim arising from a third party's use of information or materials of any kind that you post to the Site.

## MONITORING OF THE SITE

eDirectree has no obligation to monitor the Site; however, you acknowledge and agree that eDirectree has the right to monitor the site electronically from time to time and to disclose any information as necessary or appropriate to satisfy any law, regulation or other governmental request, to operate the site, or to protect itself or other users of the site.

## SUBMISSIONS TO THE SITE

All remarks, discussions, ideas, concepts, know-how, techniques, graphics or other submissions communicated to eDirectree through this Site (collectively, "Submissions") will be deemed and remain the property of eDirectree, Inc. and eDirectree, Inc. is entitled to use any submission for any purpose, without restriction or compensation to the individual who has provided the submission. eDirectree, Inc. shall not be subject to any obligations of confidentiality regarding submissions except as expressly agreed by eDirectree, Inc. or as otherwise required by applicable law. Nothing herein contained shall be construed as limiting eDirectree's responsibilities and obligations under its Privacy Policy.

## USE OF PERSONALLY IDENTIFIABLE INFORMATION

eDirectree's practices and policies with respect to the collection and use of personally identifiable information are governed by eDirectree's Privacy Policy.

## AVAILABILITY

This site is not intended for distribution to or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to applicable law or regulation. By offering this site and content no distribution or solicitation is made by eDirectree, Inc. to any person to use the site or content in jurisdictions where the provision of the site and/or content is prohibited by law.

## TERMINATION

This Agreement is effective until terminated by eDirectree, Inc. eDirectree, Inc. may terminate this Agreement at any time without notice or suspend or terminate your access and use of the site at any time, with or without cause, in eDirectree's absolute discretion and without notice. The following provisions of this Agreement shall survive termination of your use or access to the site: the sections concerning Indemnification, Disclaimer of Warranties, Limitation of Liability, Waiver, Applicable Law and Dispute Resolution, and General Provisions and any other provision that by its terms survives termination of your use or access to the site.

## WAIVER

Failure by eDirectree, Inc. to enforce any of its rights under this Agreement shall not be construed as a waiver of those rights or any other rights in any way whatsoever.

## APPLICABLE LAW AND DISPUTE RESOLUTION

This Agreement and all other aspects of your use of the site shall be governed by and construed in accordance with the laws of the United States and, to the extent applicable, to the laws of the State of California, without regard to its conflict of laws rules. You agree that you will notify eDirectree, Inc. in writing of any claim or dispute concerning or relating to the site and the information or services provided through it, and give eDirectree, Inc. a reasonable period of time to address it BEFORE bringing any legal action, either individually, as a class member or representative, or as a private attorney general, against eDirectree, Inc.

## OTHER AGREEMENTS

This Agreement shall be subject to any other agreements you have entered into with eDirectree, Inc.

## ADDITIONAL TERMS

Certain sections or pages on the site may contain separate terms and conditions of use, which are in addition to the terms and conditions of this Agreement. In the event of a conflict, the additional terms and conditions will govern for those sections or pages.

## SEVERABILITY

If any provision of this Agreement is found to be invalid or unenforceable, the remaining provisions shall be enforced to the fullest extent possible, and the remaining provisions of the Agreement shall remain in full force and effect.

## GENERAL PROVISIONS

This Agreement supersedes any previous Terms of Use Agreement to which you and eDirectree, Inc. may have been bound. This Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns. Neither the course of conduct between parties nor trade practice shall act to modify any provision of the Agreement. All rights not expressly granted herein are hereby reserved. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

## COPYRIGHT COMPLAINTS

If you believe, in good faith, that any materials on the site infringe your copyrights, notifications of claimed copyright infringement should be sent to eDirectree's designated agent. Notification should include:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

- a description of the copyrighted work that you claim has been infringed;

- a description of where the material you claim is infringing is located on the Site;

- a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and

- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or duly authorized to act on the copyright owner's behalf.

eDirectree's agent for notification of claimed copyright infringement is: customer-service@edirectree.com.

## CONTACTING US

If you have questions regarding the Agreement or the practices of eDirectree, please contact us by e-mail at customer-service@edirectree.com or if you are logged in at our messaging center or by regular mail at :

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

# Bad Request (Invalid Hostname)

# Bad Request (Invalid Hostname)

# Bad Request (Invalid Hostname)

# Bad Request (Invalid Hostname)

# Bad Request (Invalid Hostname)

Log In
My Admin
My Groups
Browse
Home

Create Group [by photo] [by table] | Recent Groups | Popular Groups | By Tags | By Categories | Search

### TechCrunch

| | |
|---|---|
| Total Members: | 19 |
| Viewed Times: | 3240 |
| Created On: | 2/1/2008 |
| Created By: | Mark |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### 越獄

| | |
|---|---|
| Total Members: | 3 |
| Viewed Times: | 460 |
| Created On: | 2/1/2008 |
| Created By: | sawyer |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### Family Directree

| | |
|---|---|
| Total Members: | 23 |
| Viewed Times: | 386 |
| Created On: | 1/24/2008 |
| Created By: | Raj |
| Status: | private |

Share this group link:  `<a href="http://www.edirec`

### California for Barack Obama for President

| | |
|---|---|
| Total Members: | 12 |
| Viewed Times: | 311 |
| Created On: | 1/27/2008 |
| Created By: | anonymous |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### Arizona 2007

| | |
|---|---|
| Total Members: | 5 |
| Viewed Times: | 270 |
| Created On: | 1/23/2008 |
| Created By: | Dong xia |
| Status: | private |

Share this group link:  `<a href="http://www.edirec`

### Raj and Sonal's friends - Bay Area

| | |
|---|---|
| Total Members: | 9 |
| Viewed Times: | 258 |
| Created On: | 1/26/2008 |
| Created By: | Raj |
| Status: | private |

Share this group link:  `<a href="http://www.edirec`

### Varsity Basketball team, 1991 PCDS

| | |
|---|---|
| Total Members: | 18 |
| Viewed Times: | 252 |
| Created On: | 1/26/2008 |
| Created By: | Raj |
| Status: | public |

Share this group link:  `<a href="http://www.edirec`

### Fatdoor early team

| | |
|---|---|
| Total Members: | 14 |
| Viewed Times: | 248 |
| Created On: | 1/28/2008 |
| Created By: | Raj |
| Status: | private |

Share this group link:  `<a href="http://www.edirec`

### Babar Fam

| | |
|---|---|
| Total Members: | 1 |

### Hillary Clinton for President group

Viewed Times: 238
Created On: 1/28/2008
Created By: Babar
Status: private

Share this group link: `<a href="http://www.edirec`

Total Members: 10
Viewed Times: 233
Created On: 1/31/2008
Created By: Raj
Status: public

Share this group link: `<a href="http://www.edirec`

Friend list
Total Members: 10
Viewed Times: 210
Created On: 2/13/2008
Created By: Arpan
Status: public

Share this group link: `<a href="http://www.edirec`

Stanford Alumni group
Total Members: 9
Viewed Times: 182
Created On: 1/29/2008
Created By: Raj
Status: public

Share this group link: `<a href="http://www.edirec`

Seattle Talk - local seattle issues
Total Members: 12
Viewed Times: 182
Created On: 1/30/2008
Created By: Raj
Status: public

Share this group link: `<a href="http://www.edirec`

prize
Total Members: 10
Viewed Times: 177
Created On: 2/13/2008
Created By: Arpan
Status: public

Share this group link: `<a href="http://www.edirec`

Cupertino High School - Class of 2007
Total Members: 19
Viewed Times: 176
Created On: 2/1/2008
Created By: Ryan
Status: public

Share this group link: `<a href="http://www.edirec`

Warm Summer 2006 friends
Total Members: 4
Viewed Times: 175
Created On: 1/25/2008
Created By: Bo
Status: public

Share this group link: `<a href="http://www.edirec`

eDirectree team
Total Members: 4
Viewed Times: 167
Created On: 1/25/2008
Created By: Raj
Status: private

Share this group link: `<a href="http://www.edirec`

Total Members: 2
Viewed Times: 164
Created On: 6/4/2008
Created By: anonymous
Status: public

Share this group link: `<a href="http://www.edirec`

College Friends

Total Members: 6

Viewed Times: 162

Created On: 2/1/2008

Created By: anonymous

Status: private

Share this group link:  `<a href="http://www.edirec`

Johnson Medical Group

Total Members: 4

Viewed Times: 159

Created On: 3/5/2008

Created By: anonymous

Status: public

Share this group link:  `<a href="http://www.edirec`

Top Developers of Silicon Valley

Total Members: 3

Viewed Times: 153

Created On: 1/28/2008

Created By: Raj

Status: public

Share this group link:  `<a href="http://www.edirec`

Jeremy's Friends

Total Members: 4

Viewed Times: 148

Created On: 1/25/2008

Created By: Bo

Status: public

Share this group link:  `<a href="http://www.edirec`

Family Game

Total Members: 4

Viewed Times: 147

Created On: 1/24/2008

Created By: anonymous

Status: public

Share this group link:  `<a href="http://www.edirec`

Venture Capitalists of Silicon Valley

Total Members: 9

Viewed Times: 159

Created On: 1/30/2008

Created By: Raj

Status: public

Share this group link:  `<a href="http://www.edirec`

Top Technology Bloggers

Total Members: 9

Viewed Times: 155

Created On: 1/30/2008

Created By: anonymous

Status: public

Share this group link:  `<a href="http://www.edirec`

Mightyfist TKD - Black Belt Test in Reno, NV

Total Members: 9

Viewed Times: 149

Created On: 1/25/2008

Created By: Ryan

Status: public

Share this group link:  `<a href="http://www.edirec`

Brother

Total Members: 5

Viewed Times: 148

Created On: 2/5/2008

Created By: Ruckus

Status: public

Share this group link:  `<a href="http://www.edirec`

Flash Developer Superstars group

Total Members: 1

Viewed Times: 146

Created On: 1/25/2008

Created By: Bo

Status: public

Share this group link:  `<a href="http://www.edirec`

Phoenix, Arizona - local
issues
| | |
|---|---|
| Total Members: | 13 |
| Viewed Times: | 145 |
| Created On: | 1/31/2008 |
| Created By: | Raj |
| Status: | public |

Share this group link:  `<a href="http://www.edireo`

Bangalore Accountants
Club
| | |
|---|---|
| Total Members: | 5 |
| Viewed Times: | 144 |
| Created On: | 1/28/2008 |
| Created By: | George |
| Status: | public |

Share this group link:  `<a href="http://www.edireo`

**Page 1 of 7** 1 234567

About | Terms of Service | Privacy | Privacy Policy | Safety Tips  Developers

Log In
My Admin
My Groups
Browse
Home

Create Group [by photo] [by table] | Recent Groups | Popular Groups | By Tags | By Categories | Search

# Group Search

**Category**   All   ⬍

**Group Name**

**Tags or Description**

Separated by commas

**First Name**

**Last Name**

Submit Query

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

Log In
My Admin
My Groups
Browse
Home

Create Group [by photo] [by table] | Recent Groups | Popular Groups | By Tags | By Categories | Search

## Fatdoor early team

**Description:** Fatdoor early team edirectree
**Created By:** Raj Abhyanker
**Created On:** 1/28/2008
**Status:** PRIVATE
**Viewed:** 165 times

"Fatdoor early team" is a private group. It is only available to its members.
If you are the member, please login to view it.

# Group List

# Group Photos

| First | Last | Phone |
|-------|------|-------|
| Jennifer | Dulski | |
| Kiran | Bhogadi | |
| Marvin | Huang | |
| Dan | Visnick | |
| Shirley | Harrison | |
| Chris | Millican | |
| Jennifer | Dulski | |
| Babar | Rana | |
| Kalyan | Ayyagari | |
| Raj | Abhyanker | 408-398-3126 |

**Upload images:** Browse... No file selected. Go

View of 11 photos. Click here to see all photos of the group.

# Send something to your group members:

Submit Query Submit Query Submit Query Submit Query Submit Query Submit Query Submit Query Submit Query

Submit Query Submit Query Submit Query Submit Query

# Message Board

group wall **By** Raj Abhyanker Sent a *Drink* to Chandu Thota
*on 1/28/2008 4:40:28 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Paul Zahorsky
*on 1/28/2008 4:40:26 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Jan Jannink
*on 1/28/2008 4:40:23 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Emily Mcintire
*on 1/28/2008 4:40:21 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Kalyan Ayyagari
*on 1/28/2008 4:40:19 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Chandu Thota
*on 1/28/2008 4:40:16 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Paul Zahorsky
*on 1/28/2008 4:40:14 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Jan Jannink
*on 1/28/2008 4:40:10 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Emily Mcintire
*on 1/28/2008 4:40:07 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Kalyan Ayyagari
*on 1/28/2008 4:40:05 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Chandu Thota
*on 1/28/2008 4:40:02 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Paul Zahorsky
*on 1/28/2008 4:40:00 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Jan Jannink
*on 1/28/2008 4:39:58 PM*

*(Drink)*

group wall **By** Raj Abhyanker Sent a *Drink* to Emily Mcintire
*on 1/28/2008 4:39:56 PM*

**(Drink)**

group wall **By** Raj Abhyanker Sent a *Drink* to Kalyan Ayyagari
*on 1/28/2008 4:39:53 PM*

**(Drink)**

group wall **By** Raj Abhyanker *on 1/28/2008 3:44:45 PM*

California for Barack Obama for President

group wall **By** Raj Abhyanker *on 1/28/2008 3:41:09 PM*

hi guys!  long time no talk!  Laughing

**Want to leave comment? Please Login first.**

About | Terms of Service | Privacy | Privacy Policy | Safety Tips | Developers

**fatdoor**
get to know your neighbors

Welcome to fatdoor | Sign In

invite    community    my fatdoor

## Terms of Use

**Your privacy is important to us**
At fatdoor we value your privacy. Please read our privacy policy to learn more.

**Write to fatdoor**
We would love to hear from you. Log in and Write to us! or send us an e-mail at feedback@fatdoor.com

PLEASE CAREFULLY REVIEW THESE TERMS AND CONDITIONS OF USE BEFORE USING THIS SITE. ANY USE OF THIS WEBSITE CREATES A BINDING AGREEMENT TO COMPLY WITH THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO THESE TERMS, YOU SHOULD EXIT THIS SITE IMMEDIATELY.

### USER AGREEMENT

The following are terms of a legal agreement (the "Agreement") between you and fatdoor, Inc. ("fatdoor", "we", or "us") that sets forth the terms and conditions for your use of this web site (the "Site"). The Site is owned and operated by fatdoor, Inc., a Delaware corporation. This Site is being provided to you expressly subject to this Agreement. By accessing, browsing and/or using this site ("Site"), you acknowledge that you have read, understood, and agree to be bound by the terms of this Agreement and to comply with all applicable laws and regulations. The terms and conditions of this Agreement form an essential basis of our bargain.

We reserve the right to amend this Agreement at any time and will notify you of any such changes by posting the revised Agreement on the Site. You should check this Agreement periodically for changes. All changes shall be effective upon posting. Your continued use of the Site after any change to this Agreement constitutes your agreement to be bound by any such changes. We may terminate, suspend, change, or restrict access to all or any part of this Site without notice or liability.

### LIMITATIONS OF USE

The copyright in all material on this Site, including without limitation the text, data, articles, design, source code, software, photos, images and other information (collectively the "Content"), is held by fatdoor, Inc. or by the original creator of the material and is protected by U.S. and International copyright laws and treaties. You agree that the Content may not be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means, including, but not limited to, electronic, mechanical, photocopying, recording, or otherwise, without the express prior written consent of fatdoor, Inc. You acknowledge that the content is and shall remain the property of fatdoor, Inc. You may not modify, participate in the sale or transfer of, or create derivative works based on any Content, in whole or in part. The use of the Content on any other Site, including by linking or framing, or in any networked computer environment for any purpose, is prohibited without fatdoor, Inc.'s prior written approval. You also may not, without fatdoor, Inc's express written permission, "mirror" any material contained on this Site on any other server. Any unauthorized use of any content on this Site may violate copyright laws, trademark laws, the laws of privacy and publicity, and communications statutes and regulations.

You agree to use the content and site only for lawful purposes. You are prohibited from any use of the content or site that would constitute a violation of any applicable law, regulation, rule or ordinance of any nationality, state or locality or of any international law or treaty or that could give rise to any civil or criminal liability. Any unauthorized use of the site, including but not limited to unauthorized entry into fatdoor, Inc.'s systems, misuse of passwords or misuse of any information posted on the site is strictly prohibited. fatdoor, Inc. makes no claims concerning whether the content may be downloaded or is appropriate for use outside of the United States. If you access this Site from outside of the United States, you are solely responsible for ensuring compliance with the laws of your specific jurisdiction. Your eligibility for particular products or services is subject to final determination by fatdoor, Inc.

### PATENT INFORMATION

Technologies and processes embodied in and used by this site are covered by more than 50 fatdoor U.S., PCT and foreign patents and/or by other patents pending. Any inventive embodiments employed in this site, including, but not limited to a social network wiki created above a mapping infrastructure is strictly protected by fatdoor patents including patents assigned, issued and pending. Any suspected and actual infringement of fatdoor, Inc.'s intellectual property rights shall be aggressively pursued and acted upon through pre-litigation licensing negotiations, and through litigation in federal and state courts by retained legal counsel for fatdoor, Inc.

## TRADEMARKS

fatdoor (including the fatdoor logo), fatdoor.com, Fatpak, Fatmail, Phatdoor, Shout out, "Get to know your neighbors" and all related logos (collectively the "fatdoor Trademarks") are trademarks or service marks of fatdoor, Inc. Other company, product, and service names and logos used and displayed on this site may be trademarks or service marks owned by fatdoor, Inc. or others. Nothing on this Site should be construed as granting, by implication, estoppel or otherwise, any license or right to use any of the fatdoor trademarks displayed on this site, without our prior written permission in each instance. You may not use, copy, display, distribute, modify or reproduce any of the trademarks found on the site unless in accordance with written authorization by us. We prohibit use of any of the fatdoor trademarks as part of a link to or from any site unless establishment of such a link is approved in writing by us in advance. A ny questions concerning any fatdoor Trademarks or whether any mark or logo is a fatdoor Trademark, should be referred to fatdoor, Inc.

## LINKS TO THIRD-PARTY SITES

This site may contain links to web sites controlled, owned and operated by third parties (the "third-party sites"). fatdoor, Inc. cannot control and has no responsibility for the accuracy or availability of information provided on the third-party sites. You acknowledge that use of any third-party sites is governed by the terms of use for those websites and not by this Agreement. Links to third-party sites do not constitute an endorsement or recommendation by fatdoor, Inc. of such sites or the content, products, advertising or other materials presented on such sites, but are only for your convenience and you access them at your own risk. Such third-party sites may have a privacy policy different from that of fatdoor, Inc. and the third-party site may provide less security than this site. We are not responsible for the content of any third-party web sites, nor do we make any warranties or representations, express or implied, regarding the content (or the accuracy of such content) on any third-party web sites, and fatdoor, Inc. shall have no liability of any nature whatsoever for any failure of products or services offered or advertised at such sites or otherwise.

## DISCLAIMER OF WARRANTIES

NONE OF FATDOOR, ANY OF ITS AFFILIATES, PROVIDERS OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, INDEPENDENT CONTRACTORS OR LICENSORS (COLLECTIVELY THE "FATDOOR PARTIES") GUARANTEES THE ACCURACY, ADEQUACY, TIMELINESS, RELIABILITY, COMPLETENESS, OR USEFULNESS OF ANY OF THE CONTENT AND FATDOOR, INC. DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THE CONTENT.

THIS SITE AND ALL OF THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE," WITHOUT ANY WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT OR TITLE. ADDITIONALLY, THERE ARE NO WARRANTIES AS TO THE RESULTS OF YOUR USE OF THE CONTENT. FATDOOR PARTIES DO NOT WARRANT THAT THE SITE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THIS DOES NOT AFFECT THOSE WARRANTIES WHICH ARE INCAPABLE OF EXCLUSION, RESTRICTION OR MODIFICATION UNDER THE LAWS APPLICABLE TO THIS AGREEMENT.

FATDOOR, INC. MAY DISCONTINUE OR MAKE CHANGES IN THE CONTENT AND SITE AT ANY TIME WITHOUT PRIOR NOTICE TO YOU AND WITHOUT ANY LIABILITY TO YOU. ANY DATED INFORMATION IS PUBLISHED AS OF ITS DATE ONLY, AND FATDOOR PARTIES DO NOT UNDERTAKE ANY OBLIGATION OR RESPONSIBILITY TO UPDATE OR AMEND ANY SUCH INFORMATION. FATDOOR, INC. RESERVES THE RIGHT TO TERMINATE ANY OR ALL SITE OFFERINGS OR TRANSMISSIONS WITHOUT PRIOR NOTICE TO YOU. THIS SITE COULD CONTAIN TECHNICAL INACCURACIES OR TYOPOGRAPHICAL ERRORS. USE OF THIS SITE IS AT YOUR OWN RISK. LIMITATION OF LIABILITY UNDER NO CIRCUMSTANCES WILL FATDOOR PARTIES BE LIABLE FOR ANY DAMAGES INCLUDING GENERAL, SPECIAL, DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR ANY OTHER DAMAGES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS OR BUSINESS INTERRUPTION) OF ANY KIND WHETHER IN AN ACTION IN CONTRACT OR NEGLIGENCE ARISING OR RELATING IN ANY WAY TO THE USE OR INABILITY TO USE BY ANY PARTY OF THE CONTENT, THE SITE OR ANY THIRD-PARTY SITE TO WHICH THIS SITE IS LINKED, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF FATDOOR PARTIES, OR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES OR EXPENSES. FATDOOR, INC. IS NOT LIABLE FOR ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF ANY USER. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THIS SITE IS TO STOP USING THE SITE. IF YOUR USE OF MATERIALS FROM THIS SITE RESULTS IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR DATA, YOU ASSUME ANY COSTS THEREOF. IF THE FOREGOING LIMITATION IS FOUND TO BE INVALID, YOU AGREE THAT FATDOOR PARTIES' TOTAL LIABILITY FOR ALL DAMAGES, LOSSES, OR CAUSES OF ACTION OF ANY KIND OR NATURE SHALL BE LIMITED TO THE

GREATEST EXTENT PERMITTED BY APPLICABLE LAW.

## INDEMNIFICATION

You agree to indemnify and hold harmless fatdoor Parties from and against any and all claims, losses, expenses, demands or liabilities, including attorneys' fees and costs, incurred by the fatdoor Parties in connection with any claim by a third party (including any intellectual property claim) arising out of (i) materials and content you submit to, post to or transmit through the Site, or (ii) your use of the Site in violation of this Agreement or in violation of any applicable law. You further agree that you will cooperate fully in the defense of any such claims. fatdoor Parties reserve the right, at their own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you shall not in any event settle any such claim or matter without the written consent of fatdoor. You further agree to indemnify and hold harmless fatdoor Parties from any claim arising from a third party's use of information or materials of any kind that you post to the Site.

## MONITORING OF THE SITE

fatdoor has no obligation to monitor the Site; however, you acknowledge and agree that fatdoor has the right to monitor the site electronically from time to time and to disclose any information as necessary or appropriate to satisfy any law, regulation or other governmental request, to operate the site, or to protect itself or other users of the site.

## SUBMISSIONS TO THE SITE

All remarks, discussions, ideas, concepts, know-how, techniques, graphics or other submissions communicated to fatdoor through this Site (collectively, "Submissions") will be deemed and remain the property of fatdoor, Inc. and fatdoor, Inc. is entitled to use any submission for any purpose, without restriction or compensation to the individual who has provided the submission. fatdoor, Inc. shall not be subject to any obligations of confidentiality regarding submissions except as expressly agreed by fatdoor, Inc. or as otherwise required by applicable law. Nothing herein contained shall be construed as limiting fatdoor's responsibilities and obligations under its Privacy Policy.

## USE OF PERSONALLY IDENTIFIABLE INFORMATION

fatdoor's practices and policies with respect to the collection and use of personally identifiable information are governed by fatdoor's Privacy Policy.

## AVAILABILITY

This site is not intended for distribution to or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to applicable law or regulation. By offering this site and content no distribution or solicitation is made by fatdoor, Inc. to any person to use the site or content in jurisdictions where the provision of the site and/or content is prohibited by law.

## TERMINATION

This Agreement is effective until terminated by fatdoor, Inc. fatdoor, Inc. may terminate this Agreement at any time without notice or suspend or terminate your access and use of the site at any time, with or without cause, in fatdoor's absolute discretion and without notice. The following provisions of this Agreement shall survive termination of your use or access to the site: the sections concerning Indemnification, Disclaimer of Warranties, Limitation of Liability, Waiver, Applicable Law and Dispute Resolution, and General Provisions and any other provision that by its terms survives termination of your use or access to the site.

## WAIVER

Failure by fatdoor, Inc. to enforce any of its rights under this Agreement shall not be construed as a waiver of those rights or any other rights in any way whatsoever.

## APPLICABLE LAW AND DISPUTE RESOLUTION

This Agreement and all other aspects of your use of the site shall be governed by and construed in accordance with the laws of the United States and, to the extent applicable, to the laws of the State of California, without regard to its conflict of laws rules. You agree that you will notify fatdoor, Inc. in writing of any claim or dispute concerning or relating to the site and the information or services provided through it, and give fatdoor, Inc. a reasonable period of time to address it BEFORE bringing any legal action, either individually, as a class member or representative, or as a private attorney general, against fatdoor, Inc.

## OTHER AGREEMENTS

This Agreement shall be subject to any other agreements you have entered into with fatdoor, Inc.

## ADDITIONAL TERMS

Certain sections or pages on the site may contain separate terms and conditions of use, which are in addition to the terms and conditions of this Agreement. In the event of a conflict, the additional terms and

conditions will govern for those sections or pages.

## SEVERABILITY

If any provision of this Agreement is found to be invalid or unenforceable, the remaining provisions shall be enforced to the fullest extent possible, and the remaining provisions of the Agreement shall remain in full force and effect.

## GENERAL PROVISIONS

This Agreement supersedes any previous Terms of Use Agreement to which you and fatdoor, Inc. may have been bound. This Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns. Neither the course of conduct between parties nor trade practice shall act to modify any provision of the Agreement. All rights not expressly granted herein are hereby reserved. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

## COPYRIGHT COMPLAINTS

If you believe, in good faith, that any materials on the site infringe your copyrights, notifications of claimed copyright infringement should be sent to fatdoor's designated agent. Notification should include:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

" a description of the copyrighted work that you claim has been infringed;

- a description of where the material you claim is infringing is located on the Site;

- a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and

- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or duly authorized to act on the copyright owner's behalf.

fatdoor's agent for notification of claimed copyright infringement is: admin@fatdoor.com

## CONTACTING US

If you have questions regarding the Agreement or the practices of fatdoor, please contact us by e-mail at feedback@fatdoor.com or if you are logged in at our messaging center or by regular mail at :

fatdoor, inc.
PO Box 1590
Palo Alto, CA 94302-1590

· About · Terms · Privacy · Developers · Jobs · FAQ · Contact · Help · Store

Copyright © 2007 fatdoor, inc.

DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">

Sebastien Provencher's take on Local 2.0 : where local meets social

# The Praized Blog

- Home
- About
- Advertise with us
- Contact Us
- Subscribe by email

## FatDoor: Whitepages 2.0?

May 31st, 2007 by Sebastien Provencher

Just received a message in the last few days from Raj Abhyanker, co-founder of **FatDoor**. He informs me that they just launched their alpha site at the **Ignite session** at the **Where 2.0** conference in San Jose, California. FatDoor is a new hyperlocal web site focused on discovering who and what's in your neighborhood.

Highlights:

- Comes pre-loaded with residential and business data (based on zip code), mashed-up with Microsoft Virtual Earth
- You can claim your name and position your avatar on your house
- You can see your various neighbors and their interest via tags but it does not show their address or their phone number for privacy reasons
- You can contact your neighbors
- You can modify people's profile (images, text) a la wiki
- You can create and join interest groups
- You can see deals and merchant reviews in your neighborhood (crawled content)
- You can see events in your neighborhood
- There is also a point system linked to the contributions you do

**What it means:** I like the effort as it is visually very beautiful but I'm not sure I completely get it. Although I'm a big fan of hyperlocal, I'm not sure tackling it from the residential side first will allow for more traction. Many people might be frightened to open up to their neighbors about their likes, association, and where they live. In any case, anyone running a residential search site should take a look at it. There are some interesting concepts in there.

Posted in Directories, Fatdoor, Hyperlocal, Local Search, Raj Abhyanker, Social Media, Tags | No Comments »

The Praized Blog : where local meets social
CC - Some Rights Reserved - Praized Media Inc.

# Welcome to edirectree.com

Related Searches



- Free Manga Comic
- E Tool Direct
- Hunter X Hunter Manga
- Basilisk Manga
- Direct Electronics
- Best Manga
- Read Manga
- Beck Manga
- Body Manga
- Claymore Manga
- Gantz Manga

Related Searches:

- Gintama Manga
- Gokusen Manga
- Goong Manga
- Japan Manga

**This domain may be for sale. <u>Backorder this Domain</u>**

# Welcome to edirectree.com

## Sponsored listings for Body Manga:

- Anime Kid Movie
  Blockbuster Online Movie Rentals. Over 85,000 Titles. Learn More
  www.Blockbuster.com
- Fear No Man
  Discover What Krav Maga Instructors & The Army Don't Want You To Know
  www.CloseCombatTraining.com
- World of Warcraft
  A New World Awaits Try a Free 10 Day Trial
  WorldofWarcraft.com
- Manga Studio 4
  New Version! Download the #1 Comic Software Worldwide.
  my.smithmicro.com/manga
- Psychic Academy Manga
  Psychic Academy Manga. Psychics, Spells, and Horoscopes!
  PsychicTarotSpells.com
- Manga gastrica en colombia
  Guarantee of Latest Technology, Experience & Recognition.
  www.PlacidWay.com
- Manga & Anime Books
  Popular Manga & Anime book Sale 30-70% off retail prices!
  www.bookcloseouts.com
- Read Skip Beat Manga
  Hundreds of high-quality free manga with a list being updated daily.
  www.MangaFox.com
- Manga Gastrica Monterrey
  Toma el control de tu peso. Cirugia Manga Gastrica la mejor opción
  www.obesitycentermd.com
- Manga Fight Club
  D-Flux Duo designs Manga Outfits: Discover'em on Babelgum: it's Free!
  www.Babelgum.com

Related Searches:

- Free Manga Comic
- Anime
- Initial D Manga
- Hunter X Hunter Manga
- Gantz Manga
- Basilisk Manga
- Prince Of Tennis Manga
- To Love Manga
- Beck Manga
- Claymore Manga
- Gintama Manga
- Gokusen Manga
- Goong Manga
- Japan Manga
- Kekkaishi Manga

**This domain may be for sale. Backorder this Domain**



 **LegalForce**

The online marketplace for intellectual property

Welcome, guest
Register Now  |  Sign In

| Home | IP Services | Buy/Sell | Community |
|---|---|---|---|

Welcome | How It Works | Videos | Security | History & Tradition | Learn | About Us

Patents | Trademarks | Written Works | Music | Movies | Art | Publicity Rights | Collectibles

**Express yourself**

Share videos of your ideas. Meet and learn from other inventors, attorneys, licensing professionals, and investors.

**Join now »**
About our community »

**Buy, Sell & License**

Looking to buy or sell intellectual property? Trade safely and securely with other IP professionals.

**Trade now »**
About trading patents »

**IP Services**

Get quality intellectual property services from US attorneys supervising support teams in India.

**Get services now »**
About IP services »

| Title | Patent Number | Base Price | Status | Quality/Value |
|---|---|---|---|---|
| **MULTI-SENSOR ANIMAL TRAP HAVING A PLURALITY OF CONNECTABLE TRAP MEMBERS** **Kelly; James L (Atlanta, GA)** An intelligent animal trap | US 7051472 | $5000 | Sale / License | |
| **DENTAL STRIP** **Czapor; Henry (Parma, OH)** A Flavored dental strip | US 5293886 | $5000 | Sale / License | |
| **MAN-MADE ISLAND RESORT COMPLEX WITH SURFACE AND UNDERWATER ENTERTAINMENT,EDUCATIONAL AND LODGING FACILITIES** **Sutter; Kimberly Michelle (Irvine, CA)** A man-made island resort with entertainment, educational and lodging facilities | US 7036449 | $6000 | Sale / License | |
| **BICYCLE HAVING FRONT AND REAR ROTATIVE WHEEL FRAMES WITH ACTUATABLE MEANSFOR ENGAGING AND DISENGAGING THE REAR WHEEL FRAME ROTATION** **Gaea; Albert J (Honolulu, HI)** A bicycle having a frame with pivotal front and rear wheels | US 7121567 | $15000 | Sale / License | |
| **DECORATIVE TRASH RECEPTACLE SYSTEM** **Sadallah; Marilyn (Flushing, NY)** An indoor-outdoor decorative trash receptacle system | US 7121027 | $5000 | Sale / License | |
| **AQUA-TERRA PLANETARY TRANSPORT SYSTEM** | US 7114882 | $25000 | Sale / License | |

**Wanted**
List IP you want to buy

**Sell or License**
List your patent in the Marketplace

**Search Patents**
Keywords:

Search

**Sign In**
Email address:

Password:

Forgot your password?
Sign In

**Join LegalForce**
Registration is free, and there is no obligation to participate.

**Register Now >**

**Need Help?**
Got questions?
We've got answers:
Read frequently asked questions about LegalForce
Contact support

AND DEVELOPMENT
PNEUMATIC
ANDELECTRO-
MAGNETIC
UNDERWATER
TUBE-LINK
TRANSPORTATION
SYSTEM
**Friedmann; Jan (Los
Angeles, CA)**
A systme to move
passengers and cargo
rapidly between a network
of interconnected land

| IMMUNE SYSTEM RECONSTRUCTOR COMPOSITION | | | |
|---|---|---|---|
| **Shoemake; Robbie (McMinnville, TN)** A natural composition comprising herbs for the use of restoring the immune system | US 7112343 | **$25000** | Sale / License |

| MICROWAVE HOT WATER SYSTEM | | | |
|---|---|---|---|
| **Nadolski; Keith A (Trumbell, CT)** A microwave heating system | US 7109453 | **$12000** | Sale / License |

| HYDROGEN-FUELED SPACECRAFT | | | |
|---|---|---|---|
| **Marshall; Manfred (111-6151 Santa Ana 2000, CR)** A spacecraft having facilities for carrying astronauts and payloads into the earth satellite orbit | US 7108228 | **$5000** | Sale / License |

| DESIGNER COVER FOR LUGGAGE | | | |
|---|---|---|---|
| **Gaither; Richard L (Southeast, Washington, DC)** A designer cover for a suitcase | US 7077251 | **$5000** | Sale / License |

Page 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21



What can I list here?

Home | About | Contact | Help | Privacy Policy | User Agreement
Copyright © 2006 - LegalForce IP Marketplace, All Rights Reserved.

Have comments or suggestions?
**Send Feedback**



 **LegalForce**
The online marketplace for intellectual property



| Home | IP Services | Buy/Sell | Community |

About Us

» About Us          » Advisors          » Media          » Jobs
» Management     » Investors        Room          » Contact Us
                                              » Academics

**About Us**

LegalForce is a marketplace for common interests in intellectual property. Our
Members include creative people of all types - inventors, entrepreneurs, artists,
musicians, producers, directors, athletes, attorneys, licensing professionals and
investors.

Post and share videos of your ideas. Share ideas and collaborate with like minded
people. Create and participate in discussions. Present your ideas to investors and get
funded. Take your ideas to market.

Buy, sell and license intellectual property through the LegalForce IP marketplace.
List patents, trademarks, written works, art, movies, music, publicity rights, and
collectibles and reach a community of thousands of potential buyers and licensees.
Browse through our listings for free.

Get quality intellectual property services through our network of intellectual
property attorneys supported by LegalForce support teams in India.



**Sign In**
**Email address:**

**Password:**

Forgot your password?

[ Sign In ]

**Join LegalForce**
Registration is free, and
there is no obligation to
participate.

[ Register Now > ]

**Need Help?**
Got questions?
We've got answers:
Read frequently asked
questions about
LegalForce
Contact support

Home  |  About  |  Contact  |  Help  |  Privacy Policy  |  User
Agreement
Copyright © 2006 - LegalForce IP Marketplace, All Rights Reserved.   **Send Feedback**

Have comments
or suggestions?



 Nextdoor

Sign in
Already have an account?

# The private social network for your neighborhood

### See if Nextdoor is available in your area:

Email address                    Street address
City
State            :

[ Check availability ]

**Learn about Nextdoor in 90 seconds. Watch a video.**

FEATURED IN

The New York Times    ●USA TODAY    Los Angeles Times    Forbes    WALL STREET JOURNAL    ■ REU

Loading...
⚹

### Here's what neighbors across the country are saying about Nextdoor:

"Since Nextdoor, we finally feel like a neighborhood. Our communication has become more frequent, open and helpful. We'v

Brent Bamberger
Nextdoor Sleepy Hollow
Orinda, CA

"Our neighborhood dynamics have improved significantly since we launched Nextdoor—the collaboration betweer

| User photo | Anne Clauss |
| Nextdoor Hamilton |
| Hamilton, NY |

"The value of Nextdoor hit close to home when a teenager was diagnosed with meningitis. His parents used Nextdo

| User photo | Nicole Perkins |
| Nextdoor Woodside |
| Woodside, CA |

"Already, interactions through Nextdoor have led to many new friends and drop-by visits. It is amazing how the sin

| User photo | Tuscan Knox |
| Nextdoor Agave |
| Austin, TX |

"Recently, a fast food restaurant put a neon sign that shines into part of our neighborhood. Through Nextdoor, we w

| User photo | Ben Fuller |
| Nextdoor Greater East San Carlos |
| San Carlos, CA |

"It's the virtual back-yard fence or front porch conversations of years ago."

| User photo | Verlinda Henning |
| Nextdoor East Buntyn |
| Memphis, TN |

"After years of using a Yahoo Group for our neighborhood, we made the switch to Nextdoor earlier this year. The n

| User photo | Lisa Trail |
| Nextdoor Stanford Hills |
| Menlo Park, CA |

|  | "We have an elderly woman living alone in the neighborhood who has cancer, and is undergoing treatments, and is |
|---|---|
| User photo | Bob Thornburg |
|  | Nextdoor Sol y Lomas |
|  | Santa Fe, NM |
|  | "Nextdoor brings true 'neighbor-to-neighbor' community building to Redwood City. It is an important tool for Red |
| User photo | Malcolm Smith |
|  | Public Communications Manager |
|  | City of Redwood City, CA |
|  | "We're even making new neighborhood traditions through Nextdoor, like the first-ever Sand Point pumpkin carving |
| User photo | Adam Tratt |
|  | Nextdoor Sand Point |
|  | Seattle, WA |
|  | « Back · Next » |

## Sign in to Nextdoor

Email address

☑ Remember me
Password

Forgot your password?

SIGN IN

© 2011 Nextdoor · About · FAQ · Safety · Privacy · Blog · Press · Jobs · Neighborhood Guidelines
Need help? Email support@nextdoor.com

×

Exhibit B



http://www.edirectree.com/                          BROWSE HISTORY

[http://www.edirectree.com/](http://www.edirectree.com/)
Saved **12 times** between February 2, 2008 and January 9, 2014.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



Note

This calendar view maps the number of times http://www.edirectree.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

 The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



INTERNET ARCHIVE

http://www.edirectree.com/directory/directoriesbycat    BROWSE HISTORY

**http://www.edirectree.com/directory/directoriesbycategory.aspx**

Saved **5 times** between February 7, 2008 and November 23, 2008.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | **2008** | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |

**JAN**

|    |    |    |    |    |
|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5 |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |

**FEB**

|    |    |    |    |    |    | 1 | 2 |
| 3  | 4  | 5  | 6  | **7** | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 |

**MAR**

|    |    |    |    |    |    |    | 1 |
| 2  | 3  | 4  | 5  | 6  | 7  | 8 |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |

**APR**

|    |    | 1  | 2  | 3  | 4  | **5** |
| 6  | **7** | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |

**MAY**

|    |    |    | 1  | 2  | 3 |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**JUN**

| 1  | 2  | 3  | 4  | 5  | 6  | 7 |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |

**JUL**

|    | 1  | 2  | 3  | 4  | 5 |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |

**AUG**

|    |    |    |    |    |    | 1 | 2 |
| 3  | 4  | 5  | 6  | 7  | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |

**SEP**

| 1  | 2  | 3  | 4  | 5  | 6 |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |

**OCT**

|    |    |    | 1  | 2  | 3  | 4 |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |

**NOV**

|    |    |    |    |    |    | 1 |
| 2  | 3  | 4  | 5  | 6  | 7  | 8 |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| **23** | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |

**DEC**

|    | 1  | 2  | 3  | 4  | 5  | 6 |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |

**Note**

This calendar view maps the number of times http://www.edirectree.com/directory /directoriesbycategory.aspx was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



http://www.edirectree.com/                              BROWSE HISTORY

**http://www.edirectree.com/**

Saved **12 times** between February 2, 2008 and January 9, 2014.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



## Note



This calendar view maps the number of times http://www.edirectree.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.