# EXHIBIT U

**eDirectree™**    Home   Browse   My Groups   My Admin   Log In

# Build Your Wiki Groups





| First ▾ | Last ▾ |
|---|---|
| Ryan | Lam |
| Vivian | Le |
| Lenny | Litvinyuk |



**FREE PRIZES!**

Click Now ▶

**Build By Photo**

**Build By Table**



## Login

Email: 

Password: 

▸ Not a Member, Click Here

▸ Forgot Password

**Log In**

## ◌ Recent Groups   Show All



**Real Estate Referral Network**
Total Members: 1
Updated On: 9/6/2008
Created By: Randy
Status: public

Share this group link: 

**TechCrunch**
Total Members: 19
Updated On: 7/9/2008
Created By: Mark
Status: public

Share this group link: 

Total Members: 2
Updated On: 6/4/2008
Created By: anonymous
Status: public

Share this group link: 

**Friend list**
Total Members: 10
Updated On: 5/14/2008
Created By: Arpan
Status: public

Share this group link: 

## ◌ Popular Tags   Show All

Seattle, alumni, Rana, Democrat, drawing, fatdoor, Silicon, Arizona, stanford, flash, directory, techcrunch, Abhyankers, web, bay, Friend, Mountain, of, Barrak, Music, President, support

## ◌ Popular Categories   Show All

| | | |
|---|---|---|
| 🏠 School | | 7 |
| 👤 Family | | 15 |
| ✉ Service Club | | 3 |
| Nextdoor™ Neighbors | | 25 |
| Work | | 5 |
| Professionals | | 9 |
| Others | | 74 |
| 🎓 Alumni | | 4 |

## ◌ Share Something



Kiss Me

About | Terms of Service | Privacy | Privacy Policy | Safety Tips    Developers

**eDirectree™**     Home    Browse    My Groups    My Admin    Log In

# Build Your Wiki Groups

*Fun way to create groups*





| First ▾ | Last ▾ |
|---------|--------|
| Ryan | Lam |
| Vivian | Le |
| Lenny | Litvinyuk |



**FREE PRIZES!**

Click Now ▶



Build By Photo

Build By Table



**Login**

Email: _____

Password: _____

▸ Not a Member, Click Here

▸ Forgot Password

**Log In**

**↺ Recent Groups**   Show All



**Real Estate Referral Network**
Total Members: 1
Updated On: 9/6/2008
Created By: Randy
Status: public

Share this group link: [_____]



**TechCrunch**
Total Members: 19
Updated On: 7/9/2008
Created By: Mark
Status: public

Share this group link: [_____]



Total Members: 2
Updated On: 6/4/2008
Created By: anonymous
Status: public

Share this group link: [_____]

**Friend list**
Total Members: 10
Updated On: 5/14/2008
Created By: Arpan
Status: public

Share this group link: [_____]

**↺ Popular Tags**   Show All

work, Blue, friends, alumni, flash, President, Barrak, Arizona, team, techcrunch, drawing, 2.0, College, Kenya, of, Silicon, basketball, bay, adobe, directory, sister, Music

**↺ Popular Categories**   Show All

| 🏠 School | 7 |
| 👪 Family | 15 |
| ✉ Service Club | 3 |
| Nextdoor™ Neighbors | 25 |
| Work | 5 |
| 📅 Professionals | 9 |
| Others | 74 |
| 🎓 Alumni | 4 |

**↺ Share Something**



Kiss Me

About | Terms of Service | Privacy | Privacy Policy | Safety Tips    Developers

## About eDirectree

**eDirectree - almost certainly the best online group management and sharing application in the world - has *two main* goals:**

1. We want to **help people make their groups available to the people who matter to them.**

   Maybe they want to reconnect past friends from old sports teams, clubs, and groups they belonged to in high school, or maybe they want to share something interesting with their friends. Or, maybe they want to securely and privately share groups of their relatives with their family across the country.

   eDirectree makes all these things possible and more! To do this, we want to get groups into and out of the system in as many ways as we can: from yearbook photos, from booklets, from spreadsheet files, from the web, from mobile devices, from the users' home computers and from whatever software they are using to manage their groups.

   And we want to be able to push them out in as many ways as possible: on the eDirectree website, in RSS feeds, by email, by posting to outside blogs or ways we haven't thought of yet. What else are we going to use those smart refrigerators for? eDirectree is the Magic Marker that makes it easy to get groups from one person to another in whatever way they want.

2. We want to **enable new ways of organizing groups.**

   Once you make the switch to digital, it is all too easy to get overwhelmed with the sheer number of groups you join with that itchy trigger finger. Folders, the principal way people go about organizing groups today, are great -- until you get to 20 or 30 or 50 of them. They worked in the days when you just had one computer and space in your garage, but the "folder" metaphor is in desperate need of a Phoenix condo and full retirement.

   Part of the solution is to make the process of organizing groups collaborative. In eDirectree, you can give your friends, family, and other contacts permission to organize your groups - not just to add comments, but also notes and tags. People like to ooh and ahh, laugh and cry, make wisecracks when sharing groups. Why not give them the ability to do this when they look at them over the internet? And as all this info accretes around the groups as metadata, you can find them so much easier later on, since all this info is also searchable.

   You can even organize groups with your neighbors through eDirectree's NextdoorTM feature. Groups and Nextdoor



neighbor edirectories are automatically formed based on location and neighborhood. eDirectree incorporates patent pending **Fatdoor** neighborhood technology in helping you to automatically meet, communicate with and connect with your neighbors based on your address, neighborhood, or city.

eDirectree continues to evolve in myriad ways, all of which are designed to make it easier and better. Check out the **eDirectree Blog** to stay apprised of the latest developments. The fact that you've read to the end of this entire document and are hanging out at the bottom of this page with nothing but this silly text to keep you company is proof of a deep and abiding interest on your part. What are you waiting for? **Sign up now**!

## The Team



**Raj Abhyanker** is co-founder of eDirectree.

He is a patent attorney in Mountain View, California and an entrepreneur. His last venture was a consumer Internet company raised more than $5 million dollars in venture funding in 2007.



**Dongxia Liu** is a co-founder of eDirectree.

She is a senior software developer and entrepreneur. She previously served as a VP of engineering and lead developer for a venture backed consumer Internet company in Seattle.

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

eDirectree™      Home    Browse    My Groups    My Admin    Log in

# Terms of Service

**PLEASE CAREFULLY REVIEW THESE TERMS AND CONDITIONS OF USE BEFORE USING THIS SITE. ANY USE OF THIS WEBSITE CREATES A BINDING AGREEMENT TO COMPLY WITH THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO THESE TERMS, YOU SHOULD EXIT THIS SITE IMMEDIATELY.**

## USER AGREEMENT

The following are terms of a legal agreement (the "Agreement") between you and eDirectree, Inc. ("eDirectree", "we", or "us") that sets forth the terms and conditions for your use of this web site (the "Site"). The Site is owned and operated by eDirectree, Inc., a Delaware corporation. This Site is being provided to you expressly subject to this Agreement. By accessing, browsing and/or using this site ("Site"), you acknowledge that you have read, understood, and agree to be bound by the terms of this Agreement and to comply with all applicable laws and regulations. The terms and conditions of this Agreement form an essential basis of our bargain.

We reserve the right to amend this Agreement at any time and will notify you of any such changes by posting the revised Agreement on the Site. You should check this Agreement periodically for changes. All changes shall be effective upon posting. Your continued use of the Site after any change to this Agreement constitutes your agreement to be bound by any such changes. We may terminate, suspend, change, or restrict access to all or any part of this Site without notice or liability.

## LIMITATIONS OF USE

The copyright in all material on this Site, including without limitation the text, data, articles, design, source code, software, photos, images and other information (collectively the "Content"), is held by eDirectree, Inc. or by the original creator of the material and is protected by U.S. and International copyright laws and treaties. You agree that the Content may not be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means, including, but not limited to, electronic, mechanical, photocopying, recording, or otherwise, without the express prior written consent of eDirectree, Inc. You acknowledge that the content is and shall remain the property of eDirectree, Inc. You may not modify, participate in the sale or transfer of, or create derivative works based on any Content, in whole or in part. The use of the Content on any other Site, including by linking or framing, or in any networked computer environment for any purpose, is prohibited without eDirectree, Inc.'s prior written approval. You also may not, without eDirectree, Inc's express written permission, "mirror" any material contained on this Site on any other server. Any unauthorized use of any content on this Site may violate copyright laws, trademark laws, the laws of privacy and publicity, and communications statutes and regulations.

You agree to use the content and site only for lawful purposes. You are prohibited from any use of the content or site that would constitute a violation of any applicable law, regulation, rule or ordinance of any nationality, state or locality or of any international law or treaty or that could give rise to any civil or criminal liability. Any unauthorized use of the

site, including but not limited to unauthorized entry into eDirectree, Inc.'s systems, misuse of passwords or misuse of any information posted on the site is strictly prohibited. eDirectree, Inc. makes no claims concerning whether the content may be downloaded or is appropriate for use outside of the United States. If you access this Site from outside of the United States, you are solely responsible for ensuring compliance with the laws of your specific jurisdiction. Your eligibility for particular products or services is subject to final determination by eDirectree, Inc.

**PATENT INFORMATION**

Technologies and processes embodied in and used by this site are covered by more than 3 eDirectree U.S., PCT and foreign patents and/or by other patents pending. Any inventive embodiments employed in this site, including, but not limited to a group and group creation by tagging an image is strictly protected by eDirectree patents including patents assigned, issued and pending. Any suspected and actual infringement of eDirectree, Inc.'s intellectual property rights shall be aggressively pursued and acted upon through pre-litigation licensing negotiations, and through litigation in federal and state courts by retained legal counsel for eDirectree, Inc.

**TRADEMARKS**

eDirectree (including the eDirectree logo), eDirectree.com all related logos (collectively the "eDirectree Trademarks") are trademarks or service marks of eDirectree, Inc. Other company, product, and service names and logos used and displayed on this site may be trademarks or service marks owned by eDirectree, Inc. or others. Nothing on this Site should be construed as granting, by implication, estoppel or otherwise, any license or right to use any of the eDirectree trademarks displayed on this site, without our prior written permission in each instance. You may not use, copy, display, distribute, modify or reproduce any of the trademarks found on the site unless in accordance with written authorization by us. We prohibit use of any of the eDirectree trademarks as part of a link to or from any site unless establishment of such a link is approved in writing by us in advance. A ny questions concerning any eDirectree Trademarks or whether any mark or logo is a eDirectree Trademark, should be referred to eDirectree, Inc.

**LINKS TO THIRD-PARTY SITES**

This site may contain links to web sites controlled, owned and operated by third parties (the "third-party sites"). eDirectree, Inc. cannot control and has no responsibility for the accuracy or availability of information provided on the third-party sites. You acknowledge that use of any third-party sites is governed by the terms of use for those websites and not by this Agreement. Links to third-party sites do not constitute an endorsement or recommendation by eDirectree, Inc. of such sites or the content, products, advertising or other materials presented on such sites, but are only for your convenience and you access them at your own risk. Such third-party sites may have a privacy policy different from that of eDirectree, Inc. and the third-party site may provide less security than this site. We are not responsible for the content of any third-party web sites, nor do we make any warranties or representations, express or implied, regarding the content (or the accuracy of such content) on any third-party web sites, and eDirectree, Inc. shall have no liability of any nature whatsoever for any failure of products or services offered or advertised at such sites or otherwise.

**DISCLAIMER OF WARRANTIES**

NONE OF EDIRECTREE, ANY OF ITS AFFILIATES, PROVIDERS OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, INDEPENDENT CONTRACTORS OR LICENSORS (COLLECTIVELY THE "EDIRECTREE PARTIES") GUARANTEES THE ACCURACY, ADEQUACY, TIMELINESS, RELIABILITY, COMPLETENESS, OR USEFULNESS OF ANY OF THE CONTENT AND EDIRECTREE, INC. DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THE CONTENT.

THIS SITE AND ALL OF THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE," WITHOUT ANY WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT OR TITLE. ADDITIONALLY, THERE ARE NO WARRANTIES AS TO THE RESULTS OF YOUR USE OF THE CONTENT. EDIRECTREE PARTIES DO NOT WARRANT THAT THE SITE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THIS DOES NOT AFFECT THOSE WARRANTIES WHICH ARE INCAPABLE OF EXCLUSION, RESTRICTION OR MODIFICATION UNDER THE LAWS APPLICABLE TO THIS AGREEMENT.

EDIRECTREE, INC. MAY DISCONTINUE OR MAKE CHANGES IN THE CONTENT AND SITE AT ANY TIME WITHOUT PRIOR NOTICE TO YOU AND WITHOUT ANY LIABILITY TO YOU. ANY DATED INFORMATION IS PUBLISHED AS OF ITS DATE ONLY, AND EDIRECTREE PARTIES DO NOT UNDERTAKE ANY OBLIGATION OR RESPONSIBILITY TO UPDATE OR AMEND ANY SUCH INFORMATION. EDIRECTREE, INC. RESERVES THE RIGHT TO TERMINATE ANY OR ALL SITE OFFERINGS OR TRANSMISSIONS WITHOUT PRIOR NOTICE TO YOU. THIS SITE COULD CONTAIN TECHNICAL INACCURACIES OR TYOPOGRAPHICAL ERRORS. USE OF THIS SITE IS AT YOUR OWN RISK. LIMITATION OF LIABILITY UNDER NO CIRCUMSTANCES WILL EDIRECTREE PARTIES BE LIABLE FOR ANY DAMAGES INCLUDING GENERAL, SPECIAL, DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR ANY OTHER DAMAGES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS OR BUSINESS INTERRUPTION) OF ANY KIND WHETHER IN AN ACTION IN CONTRACT OR NEGLIGENCE ARISING OR RELATING IN ANY WAY TO THE USE OR INABILITY TO USE BY ANY PARTY OF THE CONTENT, THE SITE OR ANY THIRD-PARTY SITE TO WHICH THIS SITE IS LINKED, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF EDIRECTREE PARTIES, OR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES OR EXPENSES. EDIRECTREE, INC. IS NOT LIABLE FOR ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF ANY USER. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THIS SITE IS TO STOP USING THE SITE. IF YOUR USE OF MATERIALS FROM THIS SITE RESULTS IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR DATA, YOU ASSUME ANY COSTS THEREOF. IF THE FOREGOING LIMITATION IS FOUND TO BE INVALID, YOU AGREE THAT EDIRECTREE PARTIES' TOTAL LIABILITY FOR ALL DAMAGES, LOSSES, OR CAUSES OF ACTION OF ANY KIND OR NATURE SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY APPLICABLE LAW.

**INDEMNIFICATION**

You agree to indemnify and hold harmless eDirectree Parties from and against any and all claims, losses, expenses, demands or liabilities, including attorneys' fees and costs, incurred by the eDirectree Parties in connection with any

claim by a third party (including any intellectual property claim) arising out of (i) materials and content you submit to, post to or transmit through the Site, or (ii) your use of the Site in violation of this Agreement or in violation of any applicable law. You further agree that you will cooperate fully in the defense of any such claims. eDirectree Parties reserve the right, at their own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you shall not in any event settle any such claim or matter without the written consent of eDirectree. You further agree to indemnify and hold harmless eDirectree Parties from any claim arising from a third party's use of information or materials of any kind that you post to the Site.

## MONITORING OF THE SITE

eDirectree has no obligation to monitor the Site; however, you acknowledge and agree that eDirectree has the right to monitor the site electronically from time to time and to disclose any information as necessary or appropriate to satisfy any law, regulation or other governmental request, to operate the site, or to protect itself or other users of the site.

## SUBMISSIONS TO THE SITE

All remarks, discussions, ideas, concepts, know-how, techniques, graphics or other submissions communicated to eDirectree through this Site (collectively, "Submissions") will be deemed and remain the property of eDirectree, Inc. and eDirectree, Inc. is entitled to use any submission for any purpose, without restriction or compensation to the individual who has provided the submission. eDirectree, Inc. shall not be subject to any obligations of confidentiality regarding submissions except as expressly agreed by eDirectree, Inc. or as otherwise required by applicable law. Nothing herein contained shall be construed as limiting eDirectree's responsibilities and obligations under its Privacy Policy.

## USE OF PERSONALLY IDENTIFIABLE INFORMATION

eDirectree's practices and policies with respect to the collection and use of personally identifiable information are governed by eDirectree's Privacy Policy.

## AVAILABILITY

This site is not intended for distribution to or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to applicable law or regulation. By offering this site and content no distribution or solicitation is made by eDirectree, Inc. to any person to use the site or content in jurisdictions where the provision of the site and/or content is prohibited by law.

## TERMINATION

This Agreement is effective until terminated by eDirectree, Inc. eDirectree, Inc. may terminate this Agreement at any time without notice or suspend or terminate your access and use of the site at any time, with or without cause, in eDirectree's absolute discretion and without notice. The following provisions of this Agreement shall survive termination of your use or access to the site: the sections concerning Indemnification, Disclaimer of Warranties, Limitation of Liability, Waiver, Applicable Law and Dispute Resolution, and General Provisions and any other provision that by its terms survives termination of your use or access to the site.

## WAIVER

Failure by eDirectree, Inc. to enforce any of its rights under this Agreement shall not be construed as a waiver of those rights or any other rights in any way whatsoever.

## APPLICABLE LAW AND DISPUTE RESOLUTION

This Agreement and all other aspects of your use of the site shall be governed by and construed in accordance with the laws of the United States and, to the extent applicable, to the laws of the State of California, without regard to its conflict of laws rules. You agree that you will notify eDirectree, Inc. in writing of any claim or dispute concerning or relating to the site and the information or services provided through it, and give eDirectree, Inc. a reasonable period of time to address it BEFORE bringing any legal action, either individually, as a class member or representative, or as a private attorney general, against eDirectree, Inc.

## OTHER AGREEMENTS

This Agreement shall be subject to any other agreements you have entered into with eDirectree, Inc.

## ADDITIONAL TERMS

Certain sections or pages on the site may contain separate terms and conditions of use, which are in addition to the terms and conditions of this Agreement. In the event of a conflict, the additional terms and conditions will govern for those sections or pages.

## SEVERABILITY

If any provision of this Agreement is found to be invalid or unenforceable, the remaining provisions shall be enforced to the fullest extent possible, and the remaining provisions of the Agreement shall remain in full force and effect.

## GENERAL PROVISIONS

This Agreement supersedes any previous Terms of Use Agreement to which you and eDirectree, Inc. may have been bound. This Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns. Neither the course of conduct between parties nor trade practice shall act to modify any provision of the Agreement. All rights not expressly granted herein are hereby reserved. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

## COPYRIGHT COMPLAINTS

If you believe, in good faith, that any materials on the site infringe your copyrights, notifications of claimed copyright infringement should be sent to eDirectree's designated agent. Notification should include:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

- a description of the copyrighted work that you claim has been infringed;

- a description of where the material you claim is infringing is located on the Site;

- a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent or the law; and

- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or duly authorized to act on the copyright owner's behalf.

eDirectree's agent for notification of claimed copyright infringement is: customer-service@edirectree.com.

## CONTACTING US

If you have questions regarding the Agreement or the practices of eDirectree, please contact us by e-mail at customer-service@edirectree.com or if you are logged in at our messaging center or by regular mail at :

eDirectree, Inc.
1580 W. El Camino Real Suite 8
Mountain View, CA 94040

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

**eDIrectree™**     Home   Browse   My Groups   My Admin   Log In

## Your Privacy on eDirectree

eDirectree is an online group sharing community which provides you with an easy way to post and share groups online, and add meaningful metadata and comments to members of groups that you know. You do not need to be registered to search or view public photos on eDirectree, however you must be a registered member of eDirectree to post.

**Information Collection and Use Practices**

- You can choose to make your groups public for anyone to access, or restrict access to only a select number of people.
- Advertisements shown to you may be related to textual information, such as metadata and notes, associated with the group you are seeing, or the search term you entered.

**Information Sharing and Disclosure Practices**

- You can specify whether or not you want your groups to be accessible to the public or private.

**Practices Regarding Your Ability to Update or Delete Information**

- You can remove yourself from individual groups that you have on eDirectree or are a member of by selecting the group that you wish to delete, then clicking the delete button.
- Visit your MyProfile area to edit your profile, default privacy settings for groups, and more.
- Visit your eDirectree account information area to edit your email notification settings.

**Other**

- When you use eDirectree, you are subject to the eDirectree Terms of Service. For more information on our detailed privacy policy, please click here.

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

eDirectree™      Home   Browse   My Groups   My Admin   Log in

# Privacy Policy

The following terms and conditions are integrated into each user experience on eDirectree and shall govern all privacy policies on this site. We are committed to protecting the privacy rights of our users, while creating a safe and open forum for community members to share contact information and express themselves in a positive, constructive manner.

The general rule of eDirectree is that "if you don't have something nice to say, don't say it at all." Each of our users should flag and remove offensive or negative comments from unclaimed profiles in their groups. You are entrusted with a powerful tool, one that you should use to reconnect with past friends and share meaningful content with others.

### Defamation prevention

eDirectree is committed to protecting users and people having profiles on eDirectree against defamatory statements that adversely affect reputation. Each member should correct and report to us any negative comments posted on this site about you or anyone else. Such behavior is a strict violation of the eDirectree privacy policy. Furthermore, the user community of eDirectree is encouraged to remove any defamatory or offensive content posted on this site themselves by correcting profiles, by 'flagging' defamatory or offensive content, or by 'reporting' it to eDirectree directly from the site. Once flagged, such content will be blocked until the eDirectree community has a chance to review and take an appropriate remedial action.

### Offensive speech

eDirectree shall remove, and requests each user of eDirectree to flag for removal, any offensive speech in the form of text, pictures, audio, and/or video posted on eDirectree, including that which is pornographic, spiteful, inciteful, libelous, slanderous, and inflammatory.

### Identity Theft prevention

If you believe that your profile on eDirectree has been wrongly claimed by another, you should report this information to eDirectree. eDirectree will provide a means for you to submit secondary information to eDirectree to get access to your profile and reclaim it. Alternatively, eDirectree will send a pin to an address location identified in the profile. The pin can be used to unlock a blocked profile. This secondary information may include any combination of a driver's license, a utility bill mailed to the primary address, and/or another form of verification. Email addresses associated with profile sabotagers on eDirectree shall be permanently banned from using and re-registering on eDirectree.

### Children and Minors

- We ask that users avoid submitting information which can specifically identify on a map physical place of residence or play of a minor under the age of 18 in any public group.

**Freedom of Speech**

eDirectree is committed to protecting and upholding the civil liberties of its users, including the U.S. Constitutional Bill of Rights protection of First Amendment Freedom of Speech. However, eDirectree shall not permit any speech that falls into one of the categories described here, and which is offensive, defamatory or illegal.

**Cookies & Log Files**

Like most web sites, eDirectree uses cookies and web log files to track site usage. A cookie is a tiny data file which resides on your computer which allows eDirectree to recognize you as a user when you return to our site using the same computer and web browser. Unfortunately, if your browser settings do not allow cookies, you will not be able to use our website fully. Like the information you enter at registration or in your profile, cookie and log file data is used to customize your experience on the web site. In addition, eDirectree tracks edits, history and changes to any profile by users of our site.

**Information**

eDirectree is an online service dedicated to creating meaningful groups of friends. Our mission is to help people from all walks of life more effectively connect with one anothers they share a mutual group with in a positive way. You should be sure that anything you post on eDirectree is acceptable for public display to the person who you are writing about. Information collected by eDirectree from the site (such as, for example, patterns of utilization) is exclusively owned by eDirectree. This information can be utilized by eDirectree in such manner as eDirectree, Inc, at its sole discretion, deems appropriate. We are mindful of not spamming you, and of protecting your Constitutional first amendment rights.

**Communications**

eDirectree will communicate with you through email and notices posted on this website. These include a series of up to three welcome emails per month which help inform new users about various features of the service. Please be aware that you will always receive certain emails from eDirectree related to the proper functioning of your account, such as email notices when another user in your network sends you an opportunity. eDirectree may send you promotional information unless you have opted out of receiving such information. If you wish to opt-out of receiving promotional emails, please send a request to customer-service@edirectree.com.

**Customized Content**

Information you provide at registration or in your profile section is also used to customize your experience on the web site. For example, when you login to your account we will display the screen names of new users who have recently joined your network.

**Information Sharing**

eDirectree takes the privacy of our users very seriously. Users of eDirectree can adjust their privacy levels directly on the site based on their privacy preferences from their 'MyProfile' page. eDirectree does not warrant how third-party

search engines will update their cache. We may provide data about the usage of our services to third-parties for such purposes as we deem, in our sole discretion, to be appropriate. We may segment our users by role ( i.e. product managers, vice presidents), industry, geographic location, and organization. If you would like to be excluded from the aggregated research or products based upon integrated data about our users' activities on the site, please email customer service.

### Partnering with Other Organizations to Offer Combined Services

eDirectree partners with other online services to give you the combined results of both services. Whenever we offer such combined services it will be your choice to make use of the combined services or not. In these cases, your personally identifiable information will only be passed from eDirectree to the partner, if you choose to use the combined service.

### Communications Between Users

In emails you initiate through eDirectree, an invitation sent to a non-user for instance, will list your email address and name in the header of the message. Emails you initiate may also provide aggregate information about your network (for instance, how many people are in your network), but will never list the people to whom you're directly connected. Other communications that you initiate through the eDirectree website, like a request for contact, will list your name as the initiator but will not include your personal contact information. Your contact information will only be shared with another user if both of you have indicated that you would like to establish contact with each other.

### Information about your Contacts

In order to create a group, you will enter their names and email addresses. This information will be used by eDirectree to send your invitation including a message that you write. The names and email addresses of people that you invite will be used only to send your invitation and reminders. All information that you enter or upload about your contacts will be covered by the same terms of this privacy policy as cover your own personally identifiable information.

### Legal Disclaimer

It is possible that we may need to disclose personal information when required to do so by law. We will disclose such information when we have a good-faith belief that it is necessary to comply with a court order, ongoing judicial proceeding, or other legal process served on our company, to exercise our legal rights or defend against legal claims.

### Accessing and Changing Your Account Information

You can review the personal information you provided us and make any desired changes to the information or to the settings for your eDirectree account at any time, by logging in to your account on the eDirectree website and editing the information on your Profile page. You can also send a request to close your account on the eDirectree website. We may retain certain data contributed by you if it may be necessary to prevent fraud or future abuse, or for legitimate business purposes, such as analysis of aggregated, non-personally-identifiable data, account recovery, or if

required by law. All retained data will continue to be subject to the terms of the eDirectree Privacy Policy that you have previously agreed to.

## Security

In order to secure your personal information, access to your data on eDirectree is password-protected, and sensitive data is protected by SSL encryption when it is exchanged between your web browser and our web site. To protect any data you store on our servers we may audit our system for possible vulnerabilities and attacks.

## Changes to this privacy policy

eDirectree may update this privacy policy. In the event there are significant changes in the way we treat your personally identifiable information, we will display a notice on this site. Unless stated otherwise, our current Privacy Policy applies to all information that we have about you and your account.

## Violation of this privacy policy

eDirectree shall disable, remove, and permanently ban any user who violates any one or more of the policies above. In addition, for those users who repeatedly violate eDirectree's privacy policy, eDirectree reserves the right to report defamatory, offensive and/or illegal use of this site to state and federal authorities.

## Contact information

If you seek additional clarification about eDirectree's privacy policy, or feel that you have a right that has been violated, please write to us at

eDirectree, inc.
1580 W. El Camino Real Suite 8
Mountain View, CA 94040

Alternatively send us an email at customer-service@edirectree.com. We will attempt to respond to any inquiry within 72 hours or sooner upon receipt..

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

 **eDirectree**™     Home    Browse    My Groups    My Admin    Log In

## Safety Tips

1. **Share only the information you want.** Please note that anything you put in public groups is public information and can be viewed by anyone. Adjust your privacy settings to hide things such as phone number and address through MyAdmin->My Profile->Privacy tab. Email addresses are always private by default.

2. **Do not place people in groups unless you know them.** Only add members to a group when you know that they would be fine with having their profiles listed in the group you are creating. When in doubt, confirm with the person you are adding first.

3. **Mark your group 'private' when you don't want public access.** By marking your group private, public visitors will not be able to access the membership information in your group. You can quickly change the settings of your group from public to private by editing the descriptive information for the group. You can do this by clicking 'Edit' from a group you are member of, and then clicking 'Group Details' and then selecting the second tab in that window.

4. **Report abuse.** If you feel someone is abusing the service and your privacy, please report them immediately to us at customer.service@edirectree.com. We will take steps to correct the problem as soon as possible.

Have fun and be safe!



About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

**eDirectree**™      Home    Browse    My Groups    My Admin    Log In

## We are looking for developers to enhance eDirectree with online group games.

eDirectree is by far the fastest way to form groups online. We are looking for developers to enhance this functionality with online group games. Imagine your fellow High School students battling against your arch rival High School in pictionary, basketball, or connect-the-dots online? See who is the smartest, toughest, best looking, etc.

Are you a flash or Shockwave game developer? If so, do you want to leverage an exciting platform that allows real time online group games? We are building such a platform that will enable this, while allowing you to make money from your games.

Send us a note if you are interested! Feedback form :

Or... Email us: developers@edirectree.com

Submit Your Information

* First Name : [                    ]

* Last Name: [                    ]

* Email: [                    ]

Phone Number: [                    ]

[ Submit ]

About | Terms of Service | Privacy | Privacy Policy | Safety Tips   Developers

**eDirectree™**          Home    Browse    My Groups    My Admin    Log In

Create Group  [by photo] [by table] |  Recent Groups  |  Popular Groups  |  By Tags  |  By Categories  |  Search

Alumni , Business , Common Interests , Cultural , **Family** , Nextdoor™ Neighbors , Non-profit , Others ,

**Professionals** , Religious , **School** , Service Club , Sport & Recreation , **Work**



**Babar Fam**
Total Members:     1
Viewed Times:      252
Created On:        1/28/2008
Created By:        Babar
Status:            private

Share this group link:  



**relatives**
Total Members:     5
Viewed Times:      94
Created On:        2/7/2008
Created By:        Arpan
Status:            public

Share this group link: 



**Brother**
Total Members:     5
Viewed Times:      159
Created On:        2/5/2008
Created By:        Ruckus
Status:            public

Share this group link: 



**okuda**
Total Members:     1
Viewed Times:      117
Created On:        2/3/2008
Created By:        mitsuhiro
Status:            public

Share this group link: 



**The Hollands**
Total Members:     3
Viewed Times:      123
Created On:        2/2/2008
Created By:        Patrick
Status:            public

Share this group link: 



**Chou family group**
Total Members:     3
Viewed Times:      149
Created On:        1/29/2008
Created By:        anonymous
Status:            public



**SchnackPack**
Total Members:     1
Viewed Times:      155
Created On:        2/22/2008
Created By:        Lisa
Status:            public

Share this group link: 



**Family**
Total Members:     2
Viewed Times:      110
Created On:        2/6/2008
Created By:        bo young
Status:            public

Share this group link: 



**AKLRPS**
Total Members:     2
Viewed Times:      112
Created On:        2/4/2008
Created By:        Srini
Status:            public

Share this group link:



**Happy Family**
Total Members:     1
Viewed Times:      112
Created On:        2/1/2008
Created By:        Toshiya
Status:            public

Share this group link: 



**My Fam**
Total Members:     1
Viewed Times:      112
Created On:        2/1/2008
Created By:        craig
Status:            public

Share this group link: 



**Arizona 2007**
Total Members:     5
Viewed Times:      285
Created On:        1/23/2008
Created By:        Dong xia
Status:            private