# EXHIBIT V



## Groups By Tag

http://www.edirectree.com/directory/directoriesbytag.aspx?tagid=43

2 captures — 7 Feb 08 - 19 Apr 08

JAN FEB APR
7
2007 2008 2009

Log In
My Admin
My Groups
Browse
Home

Create Group[by photo] [by table] | Recent Groups | Popular Groups | By Tags | By Categories | Search

**Family**, Arizona, Winter, Blue, Sky, Mountain, sister, Chicago, California, Cupertino, **Abhyankers**, sports, friends, bay, area, edirectree, team, company, directory, Summer, Seattle, Frank, flash, actionscript, adobe, **basketball**, Friend, IT, art, drawing, Barrak, **Obama**, President, Democrat, Election, work, **fatdoor**, startups, early, Menlo, Park, venture, backed, Babar, Rana, **Kenya**, stanford, university, alumni, Patent, Attorney, best, lawyers, Silicon, Valley, capital, investment, startup, board, of, directors, US, Senates, bloggers, technology, web, 2.0, popular, personalities, De, Anza, College, Student, Community, Washington, Cornell, singles, dating, bike, to, environment, air, recreation, Hillary, Clinton, support, group, Phoenix, Local, Issues, talk, **techcrunch**, Music, AR, Rehman, Songs, India, Indians, Joke, Jokes, Cricket, Humor, KIET, Travel, China, 越狱, prisonbreak, Zambia, Lusaka, News, and, Political, updates, Hollands, Holland, Grace, Plumb, 3, orang, ini, adalah, grup, malaga, Working, together, :)

| | Fatdoor board of directors | | Fatdoor early team | |
|---|---|---|---|---|
| | Total Members: | 6 | Total Members: | 13 |
| | Viewed Times: | 25 | Viewed Times: | 117 |
| | Created On: | 1/30/2008 | Created On: | 1/28/2008 |
| | Created By: | anonymous | Created By: | Raj |
| | Status: | private | Status: | private |
| | Share this group link: | &lt;a href="http://www.edire | Share this group link: | &lt;a href="http://www.edire |

Page 1 of 1  1

About | Terms of Service | Privacy | Privacy Policy | Safety Tips | **Developers**



Δ π EXHIBIT 137
Deponent Abhyanker
Date 6/11/14 Rptr cm
WWW.DEPOBOOK.COM