# EXHIBIT CC




# Privacy Policy

**INTRODUCTION**

We are committed to protecting the privacy rights of our users, while creating a safe and open forum for community members to get to know their neighbors and express themselves in a positive, constructive manner. Fatdoor is a neighborhood community board, and you should only share things on it that you are comfortable sharing with people living, working, or visiting your neighborhood. For example, think about Fatdoor as a site similar to your neighborhood 'post it board' at your favorite neighborhood coffee shop, neighborhood laundromat, or at the neighborhood library.

Don't share things on Fatdoor that you do not want people coming to your neighborhood to see. Share things that you want to sell or rent, such as a couch, furniture, car or offering a room to rent to people wanting to live in your neighborhood. Fatdoor is more than a tool to primarily share information about crime that is intended just solely for your neighbors. Make sure you mark such positings private for verified neighbors only if you don't want people living outside your neighborhood to see such posts.

The following terms and conditions shall govern and control the use of all information collected by Fatdoor from you, and shall apply to your usage of the Fatdoor service through all mobile devices, mobile applications, and Internet web browsers.

The general rule of Fatdoor is that "if you don't have something nice to say, don't say it at all." Each of our users should flag and remove offensive or negative comments from unclaimed profiles in their neighborhood. You are entrusted with a powerful tool, one that you should use to form friendships and positive links in your neighborhood.

The effective date of this Privacy Policy is June 1, 2014.



**INFORMATION WE COLLECT**

We primarily collect two kinds of information about you: information that you supply directly to use, and information that we obtain through your use of the Fatdoor service on your computer or mobile device.

When you create an account with us, we will collect the following Personally Identifiable Information about you: your first and last name, your email address, your phone number, your user name, your password, your date of birth, and your home address.

We may also obtain this information about you from a third-party identification service, including but not limited to Facebook Connect. This information will be provided to us by you, the user of the service. If you register for Fatdoor using your Facebook account, we automatically attempt to obtain your account ID, your name, email address and gender as well as information about your Facebook friends.

While using the Fatdoor service, you may also submit additional information to us that we will collect. This will include any written, audio, or visual content that you upload via the service.

When you use Fatdoor on your mobile device by downloading our application, you will be asked within the app to approve access to your location. Once approved, your geographic location will then be collected and stored by us.

Through your use of the Fatdoor service, we may also collect information about the characteristics of your use of the service. This may include your IP address, your mobile device ID, your location information, the name of your web browser, the name and version of your computer or mobile operating system, the URLs of pages you have visited prior to visiting Fatdoor.com, any ads you click on while using the service, mobile application usage data, and the length of time you are on the service.

Like most websites, Fatdoor uses "cookies," small data files stored on your computer which include a unique identifier. These include cookies from us and from our business partners. Most web browsers automatically accept cookies. You can configure your browser to reject cookies, but doing so will prevent you from logging into our website. Our systems are not configured to accept browsers' Do Not Track signals.

Fatdoor's website and emails may contain "web beacons" that help us measure and track member activity. Some of these web beacons come from us; others come from our service providers.

Existing Fatdoor members may invite you to join the service via postal mail, email, SMS/text message or other ways. To help Fatdoor members extend those invitations, we gather information about neighbors in a neighborhood, including non-members. If you aren't a member, you can opt-out of future email invitations, or ask us to delete any non-public information about you that we use to facilitate member invitations, by contacting us (https://nextdoor.com/contact_us/).

If we haven't built your neighborhood service yet, you can ask us to notify you when we create a neighborhood where you live. We retain your request information indefinitely and use it to provide the requested notification and assist with your verification. If you change your mind about wanting to be notified, contact us (https://nextdoor.com/contact_us/).

**HOW WE USE PERSONALLY IDENTIFIABLE INFORMATION WE COLLECT**

Customizing Your Experience

Information we collect may be used to customize your experience on the service. For example, information that we collect about your location may be used to show you content that is relevant to your current location, including information from near-by users of the service. Fatdoor may track edits, history and changes to any profile by users of our service.

If you sign into Fatdoor via Facebook Connect, we will use the information provided to us to automatically create a Fatdoor account and profile for you (and ask you for a password) so you can log into Fatdoor in the future without connecting through Facebook if you wish. Or, if you revisit Fatdoor while logged into Facebook, we'll automatically log you into Fatdoor when you visit our website again. If you don't register for Fatdoor using Facebook but later attempt to log into Fatdoor using your Facebook credentials, we'll connect your Facebook and Fatdoor accounts and attempt to obtain the information from Facebook as if you were newly registering. Facebook may be able to collect personally identifiable information about your online activities over time and across different Web sites.

If you register or log in via Facebook, we may give you the option to invite your Facebook friends to Fatdoor. Those friends will see some information about you along with your invitation.

Communicating With You

Information Fatdoor collects may be used to communicate with you, including by email, telephone, facsimile, mail, mobile alerts and SMS text messaging, in connection with providing you with our service, assistance, and our marketing efforts. If, at any time, you decide you would rather not receive these types of communications from Fatdoor, you can opt-out by clicking the unsubscribe link at the bottom of any Fatdoor email or update the Contact Preferences for your account.

Facilitating Your Use of the Service

We may disclose your Personally Identifiable Information in order to perform services you request or functions you initiate, such as when you post information and materials onto the service. Information that you post will be shared according to the settings you have specified on your account information page.

Sharing With Third Parties

Fatdoor takes the privacy of our users very seriously. Fatdoor does not share your exact location with others, including other users of the service and third parties. Fatdoor shares only information about your relative location, which may include that you are currently in a certain neighborhood. You may adjust the settings of how your content is shared with others, and how visible your content is to other users and to the general public, on your account settings page. Information that you post to the Fatdoor service that is made public may be viewable by third parties.

We know that you do not want marketing from third parties just because you join a neighborhood website, so we do not turn over your personally identifiable information to third party marketers without your express consent. However, Some of Fatdoor's functionality may be operated by third party service providers, and in the course of providing such functionality, these providers may have access to some of your personal data to facilitate your usage of this service. We may also allow third parties to place or recognize a cookie and, using the cookie or otherwise, collect and use data from your use of the service

In the future, we may create a feature that presents offers for goods and services we think you'd like. If you decide to participate with an offer, you may be presented with an opportunity to share information with the merchant. If you accept the offer, then we'll send the information you requested to share with the merchant. We won't transmit that information to the merchant until you explicitly ask us to do so. At that point, the data we deliver to the merchant will be governed by the merchant's privacy policy, not ours.

Fatdoor may disclose data about you to the government if we are required to do so or as we think is prudent for safety or security reasons. You hereby authorize us to make these disclosures. We may also disclose data about you in connection with actual or potential legal proceedings (a) in response to judicial or other government subpoenas, warrants or orders, (b) if we are required to do so in other ways, (c) if such disclosures might mitigate our liability, or (d) to enforce our rights.

**HOW WE USE OTHER INFORMATION WE COLLECT**
We may use other information we collect about you that is not personally identifiable for any purpose not prohibited by law. In particular, we may collect, compile, store, publish, promote, report, sell, or otherwise disclose or use any and all other information, provided that such information does not personally identify you.  The other information that we collect generally will not personally identify you or be correlated to you individually for external purposes.

We use this information to diagnose and resolve server problems, analyze trends, help target offers and other ads, track user movement in the aggregate, and gather broad demographic information.

Where we combine other information with Personally Identifiable Information in a way that can identify you or be used to identify you personally, we will treat that information as Personal Information, subject to the provisions of this Privacy Policy.

**YOUR PRIVACY WHILE SIGNING UP FOR FATDOOR**

<u>Verification</u>

You can verify your neighbor status by:

(1) having a neighbor (who already has an account in the neighborhood) invite you to the neighborhood and then confirming your address, or

(2) providing us your name and street address (and email address, if we don't already have it) and then providing us (or a third party vendor directly) with additional authenticating information that we request, such as a credit card number, the last four digits of your social security number, a unique code we mail to you, or your home or mobile phone number (you'll need to provide a unique code we communicate to you when we call).

In addition, neighborhood Leads can see unverified neighbors and their addresses and manually verify them. To further help with neighbor verification, Leads also may be able to see all neighbors' addresses, regardless of their display settings. We may inform Leads who has joined the neighborhood.

We may offer other verification methods as well. If we ask you to confirm your email address and you don't, we may choose to restrict or terminate your account.

We may share your verification information with third party vendors to help with our verification. In addition to the information described above, we obtain non-public information from third party vendors to facilitate verification. We may choose to retain all verification-related information indefinitely to assist with future verifications, even if you do not complete the verification. If you decide not to verify the account and would like us to delete your non-public verification information, contact us (https://nextdoor.com/contact_us/).

To start a neighborhood, we obtain public information about residences in the neighborhood, such as street addresses and property lot maps. Your neighbors may provide us with, and share with your other neighbors, information about you (even if you are not a member), such as your name, email address, street address, phone numbers and other information typically found in neighborhood directories. If you aren't a member but would like us to delete non-public information about you, contact us (https://nextdoor.com/contact_us/).

**YOUR PRIVACY WHILE USING FATDOOR**

Profile Information

We allow you to create a personal profile and submit information such as your phone number, photo, occupation, family members, biography and personal interests. We may give you ways to hide some of this profile information, but your name and street address may be visible to your neighbors so long as you maintain your account. Irrespective of your subscriptions to nearby neighborhoods, neighbors outside your neighborhood cannot see your personal profile unless you configure your settings otherwise. If you are the subject of an unauthorized profile, please contact us (https://nextdoor.com/contact_us/).

Communications with Other Members

We give you a variety of ways to communicate with your neighbors and share Content (as defined in the member agreement (https://nextdoor.com/member_agreement/)). Some of these communications are visible to the entire neighborhood and (if you choose) nearby neighborhoods, although we may give your neighbors ways to block your communications. Other communications (such as messages between you and another individual member) may be visible only to a subset of your neighbors. In some cases, we may limit your ability to edit or remove Content from Fatdoor. You can manage your email preferences on your settings page. Certain member-related administrative emails cannot be turned off; the only way to end those is to deactivate your account.

Apps

Our mobile apps obtain and use your geolocation information. On iPhones and other iOS Products, you will be prompted to approve access by the Fatdoor iPhone app to your location within the app itself. On Android phones, you will be prompted to approve all permissions, including access by the Fatdoor Android app to your location before you download the app. Currently, we use your location information to display your location to you on your neighborhood map. We also use your location information to allow you to tag your posts, photos and events, and display activities and content that may be relevant to your current location.

Through your app, you may also choose to post photos and invite the friends in your address book to Fatdoor.

Moving Neighborhoods

If you move your account from one neighborhood to another, you will need to verify your address in the new neighborhood, and some of your personal profile (such as name, photo, interests, responses to your invitations, phone and email contact) will migrate to the new neighborhood. You will no longer be a member of the old neighborhood. You won't appear on that

neighborhood's directory or map, receive notifications from the old neighborhood, or be able to access the content in the old neighborhood (although, if you move to a nearby neighborhood, you may be able to access posts from the old neighborhood accessible to nearby neighbors). Your previously posted Content will remain in the old neighborhood, attributed to you, unless you delete individual Content items before moving; and remaining Content items will link to a limited user profile that includes your name. We may notify the neighborhood Leads of your move and give you an opportunity to explain your move to the Leads.

Account Deactivation and Reactivation

You can deactivate your account through your account settings. Deactivation will end your email notifications, and you will no longer appear in your neighborhood directory or map. Your previously posted Content will remain in your neighborhood, attributed to you, unless you delete individual Content items before you deactivate; and remaining Content items will link to a limited user profile that includes your name. You can undo an account deactivation by reactivating your account (though we may set a time limit for reactivation). We may notify the neighborhood Leads of your departure from the neighborhood and give you an opportunity to explain it to the Leads.

**OTHER TERMS AND INFORMATION**

Third party contractors may have access to our databases. These contractors sign a standard confidentiality agreement. Some of Fatdoor's functionality may be operated by third party service providers, and in the course of providing this functionality, these service providers may have access to some of your personal data to facilitate your usage of this service.

We may share your data with any parent company, subsidiaries, other entities under a common control or third party acquirers. We expect these other entities will honor this policy. Also, we may allow a potential acquirer or merger partner to review our data, although we would restrict their use and disclosure of this data during the diligence phase. Posts by government entity accounts, and your replies to them, may be subject to laws mandating public access to government records (such as the Freedom of Information Act/FOIA or state "sunshine" laws).

**SOCIAL NETWORKING AND THIRD PARTY SITES**
When you link to or access the Fatdoor service through any social networking or third party sites, applications or services, please remember that you are bound by the privacy policy of the social network or third-party site, application or service, and we do not control and are not responsible for the privacy practices of such sites. You should consult the privacy policy of such sites to determine the information practices of those sites.

Some of Fatdoor's functionality may be operated by third party service providers, and in the course of providing this

Case3:12-cv-05667-EMC Document332-30 Filed09/12/14 Page9 of 10

functionality, these service providers may have access to some of your personal data to facilitate your usage of this service.

We may allow third parties to place or recognize a cookie and, using the cookie or otherwise, collect and use data (including, possibly, personally identifiable information) from your visits to this and other websites to provide us with analytics services and to serve ads to you.

### CHILDREN'S ONLINE PRIVACY

Fatdoor is not intended to be used by children under the age of 18, and Fatdoor does not knowingly collect any personally identifiable information from children under the age of 18.

### HOW LONG WE MAINTAIN THIS INFORMATION

Subject to any legal obligations to delete data, we may choose to retain information in our server logs, our databases and our records indefinitely.

### HOW THIS INFORMATION IS SECURED

In order to secure your personal information, access to your data on Fatdoor is password-protected, and sensitive data is protected by SSL encryption when it is exchanged between your web browser and our web site. To protect any data you store on our servers we may audit our system for possible vulnerabilities and attacks. Although Fatdoor uses industry standard security measures, we cannot guarantee that your personal data won't be intercepted or improperly accessed.

### HOW YOU CAN ACCESS, CORRECT, AND DELETE THIS INFORMATION

You can review the personal information you provided us and make any desired changes to the information or to the settings for your Fatdoor account at any time, by logging in to your account on the Fatdoor website and editing the information on your Profile page. You can also send a request to close your account on the Fatdoor website. We may retain certain data contributed by you if it may be necessary to prevent fraud or future abuse, or for legitimate business purposes, such as analysis of aggregated, non-personally-identifiable data, account recovery, or if required by law. All retained data will continue to be subject to the terms of the Fatdoor Privacy Policy that you have previously agreed to.

### LIMITS ON OUR ABILITIES

While we work hard to respect your privacy, like any other complex online service, we might inadvertently use or disclose your data in ways inconsistent with this policy. For example, a temporary software glitch could lead to public display of your personal data despite your contrary preferences. We might also make ad hoc uses of your data in ways not mentioned here. In these

anomalous situations, we will try to rectify the anomaly as soon as we can.

## CHANGES TO THIS PRIVACY POLICY

Fatdoor may update this privacy policy. In the event there are significant changes in the way we treat your Personally Identifiable Information, we will display a notice on the front page of our website, Fatdoor.com. Unless stated otherwise, our current Privacy Policy applies to all information that we have about you and your account.

## CONTACT INFORMATION

If you seek additional clarification about Fatdoor's privacy policy, or feel that you have a right that has been violated, please write to us at:

Fatdoor, Inc.

323 University Ave

Palo Alto, CA 94301

Alternatively send us an email at privacy@Fatdoor.com (mailto:privacy@fatdoor.com). We will attempt to respond to any inquiry within 48 hours or sooner upon receipt.

© Fatdoor Copyright 2014.  About Us (/fatdoor-about-us) | Developers (/fatdoor-developers) | Patents (/fatdoor-patents) | Help (http://fatdoor.quora.com/) | Privacy (/fatdoor-privacy) | Term Of Use (/fatdoor-terms) | Contact Us (/fatdoor-contact-us)