| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB No. 115163) |
|   | lpulgram@fenwick.com |
| 2 | JENNIFER L. KELLY (CSB No. 193416) |
|   | jkelly@fenwick.com |
| 3 | ILANA S. RUBEL (CSB No. 221517) |
|   | irubel@fenwick.com |
| 4 | GUINEVERE L. JOBSON (CSB No. 251907) |
|   | gjobson@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street |
| 6 | San Francisco, CA  94104 |
|   | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |

ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK AND WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No.: 3:12-cv-05667-EMC-NMC |
| Plaintiff, | **DECLARATION OF PRAKASH JANAKIRAMAN IN SUPPORT OF NEXTDOOR.COM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS COUNTS II AND IV** |
| v. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | |

| | |
|---|---|
| **DECLARATION OF PRAKASH JANAKIRAMAN IN SUPPORT OF NEXTDOOR.COM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS COUNTS II AND IV** | Case No. 3:12-cv-05667-EMC |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Prakash Janakiraman, declare:

1. I know the facts stated here of my personal knowledge and if called upon could testify competently to them.

2. I am co-founder and Chief Architect at Nextdoor.com, Inc.

3. According to Nextdoor.com's records, at the time of the nationwide launch of the neighborhood social networking site at www.nextdoor.com, the service was available in 176 neighborhoods across the country.

4. Approximately one year later, the service was active in nearly 6,000 neighborhoods.

5. Since then, the service has continued to expand, such that as of the spring of 2014, it was available in 35,000 neighborhoods in all 50 states.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 10, 2014 in San Francisco, California.

By: 

DECLARATION OF PRAKASH JANAKIRAMAN IN SUPPORT OF NEXTDOOR.COM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS COUNTS II AND IV

1

Case No. 3:12-cv-05667-EMC