**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | September 17, 2014 | **Time:** | 9:37-10:29 |
| | | **Reporter:** | Candace Yount |

**Case No. and Name:**  C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker, et al.

**Attorneys:**  Laurence Pulgram and Jennifer Kelly for Plaintiff
David Levine for Defendant Abhyanker

**Deputy Clerk:**  Betty Lee

**PROCEEDINGS:**

- PLAINTIFF'S MOTION TO DISMISS CLAIM FOR DECLARATORY RELIEF #303
- STATUS

**SUMMARY:**

For the reasons stated on the record, Plaintiff's Motion to Dismiss Claim for Declaratory Relief is granted. Count II is dismissed without prejudice. Court to issue order.

Jury trial is rescheduled from 12/1/14 to 12/8/14 at 8:30 a.m. The Court will reserve 8 days for this trial. Pretrial Conference is reset from 11/18/14 to 11/25/14 at 2:30 p.m. All other deadlines are extended by 1 week. Court to issue amended case management and pretrial order.

Plaintiff's motion for summary judgment is scheduled for 10/16/14 at 1:30 p.m.