# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** September 24, 2014          **Time:** 1:18-1:27          **Judge:** NANDOR J. VADAS
**Case No.:** 12-cv-05667-EMC     **Case Name:**  Nextdoor.com, Inc. v. Abhyanker

**Attorney for Plaintiff:** Laurence Pulgram by phone

**Attorney for Defendant:** David Lavine by phone

**Deputy Clerk:** Gloria Knudson                    **Court Reporter:** FTR

## PROCEEDINGS

Settlement/Status Conference held.

**Order to be prepared by:**

[ ]     Plaintiff          [ ]     Defendant          [ ]     Court

Further phone discussions are scheduled individually with Plaintiff's counsel and Defendant's counsel.