# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

### CIVIL MINUTES

**Date:** September 24, 2014  **Time:** 35 minutes  **Judge:** NANDOR J. VADAS
**Case No.**: 12-cv-05667-EMC  **Case Name:** Nextdoor.com, Inc. v. Abhyanker

**Attorney for Plaintiff:** Laurence Pulgram

**Attorney for Defendant:**

**Deputy Clerk:** Gloria Knudson        **Court Reporter:** Not Recorded

### PROCEEDINGS

Settlement Conference held.

**Order to be prepared by:**

[ ]    Plaintiff            [ ]    Defendant            [ ]    Court

Further settlement discussion.