# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 29, 2014     **Time:** 30 minutes     **Judge:** NANDOR J. VADAS
**Case No.**: 12-cv-05667-EMC     **Case Name:** Nextdoor.com, Inc. v. Abhyanker

**Attorney for Plaintiff:**

**Attorney for Defendant:** David Lavine by phone

**Deputy Clerk:** Gloria Knudson     **Court Reporter:** NA

## PROCEEDINGS

Settlement Conference held.

**Order to be prepared by:**

[ ]   Plaintiff     [ ]   Defendant     [ ]   Court