LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
irubel@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK AND WEST LLP
801 California Street, 12th Floor
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**[PR~~OPO~~QSED] ORDER GRANTING NEXTDOOR.COM, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT ON NEXTDOOR.COM'S COUNTS II AND IV AND CERTAIN DECLARATIONS AND EXHIBITS THERETO**<br><br>Date: October 16, 2014<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

1    Having reviewed Plaintiff Nextdoor.com, Inc.'s Motion for Administrative Relief to Seal,
2    the Motion is hereby GRANTED.
3    Plaintiff Nextdoor.com, Inc. shall file the following under seal:
4        (1)    Exhibits B, N, O, W, Y, Z, AA, and BB to the Declaration of Jennifer L.
5    Kelly In Support of Nextdoor.com's Motion for Summary Judgment on Nextdoor.com's
6    Counts II and IV;
7        (2)    Declaration of Jennifer Dulski and Exhibits Thereto;
8        (3)    Declaration of William H. Harris, Jr. and Exhibits Thereto; and
9        (4)    Portions of Nextdoor.com's Motion for Summary Judgment on
10   Nextdoor.com's Counts II and IV.
11   The above Exhibit B and the Dulski Declaration and Exhibits Thereto and the Harris
12   Declaration and Exhibits Thereto are hereby designated and are to be treated as HIGHLY
13   CONFIDENTIAL—ATTORNEYS' EYES ONLY, pursuant to the terms of the Stipulated
14   Protective Order (Dkt. 102).
15   The above Exhibits N, O, W, Y, Z, AA, and BB are hereby designated and are to be
16   treated as CONFIDENTIAL, pursuant to the Stipulated Protective Order (Dkt. 102).
17   **IT IS SO ORDERED**.

19   Dated: _____10/2_____, 2014



Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL     2     CASE NO. 3:12-cv-05667-EMC