| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB No. 115163)<br>lpulgram@fenwick.com |
| 2 | JENNIFER L. KELLY (CSB No. 193416)<br>jkelly@fenwick.com |
| 3 | ILANA S. RUBEL (CSB No. 221517)<br>irubel@fenwick.com |
| 4 | GUINEVERE L. JOBSON (CSB No. 251907)<br>gjobson@fenwick.com |
| 5 | FENWICK & WEST LLP<br>555 California Street |
| 6 | San Francisco, CA 94104<br>Telephone: (415) 875-2300 |
| 7 | Facsimile: (415) 281-1350 |
| 8 | ERIC J. BALL (CSB No. 241327)<br>eball@fenwick.com |
| 9 | MATTHEW B. BECKER (CSB No. 291865)<br>mbecker@fenwick.com |
| 10 | FENWICK AND WEST LLP<br>801 California Street |
| 11 | Mountain View, CA 94041<br>Telephone: (650) 988-8500 |
| 12 | Facsimile: (650) 938-5200 |
| 13 | Attorneys for Plaintiff<br>NEXTDOOR.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Santa Clara, in the State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

**NEXTDOOR.COM, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND IV OF ITS COMPLAINT**;

**DECLARATION OF JENNIFER KELLY IN SUPPORT OF NEXTDOOR.COM, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND IV OF ITS COMPLAINT AND EXHIBITS THERETO;**

**DECLARATION OF DAVID MCCAIN IN SUPPORT OF NEXTDOOR.COM, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND IV OF ITS COMPLAINT AND EXHIBITS THERETO;**

**DECLARATION OF JENNIFER KELLY IN SUPPORT OF NEXTDOOR.COM, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND IV OF ITS COMPLAINT AND CERTAIN EXHIBITS THERETO**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

**David Lavine**
**Nicholas M. Gerovac**
**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, CA  94040
Telephone: 650.965.8731
Facsimile:  650.989.2131
Email:  dave@legalforcelaw.com
Email:  nick@legalforcelaw.com

**Counsel for Defendant**
**Raj Abhyanker**

CERTIFICATE OF SERVICE        1        CASE NO. 3:12-cv-05667-EMC-NMC

1    ☑    **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

2

3      I declare under penalty of perjury under the laws of the State of California and the

4 United States that the above is true and correct.

5    Dated: October 2, 2014            By:       */s/ Hailey C Teton*
                                                                Hailey C. Teton

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW