| | |
|---|---|
| 1 | **DAVID LAVINE**, CA State Bar No. 166744 |
| | dave@legalforcelaw.com |
| 2 | **NICHOLAS GEROVAC**, CA State Bar No. 289910 |
| | nick@legalforcelaw.com |
| 3 | **LEGALFORCE RAJ ABHYANKER, P.C.** |
| | 1580 W. El Camino Real, Suite 13 |
| 4 | Mountain View, California 94040 |
| | Telephone: 650.965.8731 |
| 5 | Facsimile: 650.989.2131 |
| 6 | Attorneys for Defendant |
| 7 | Raj Abhyanker |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | Case No. 3:12-cv-05667-EMC |
| Plaintiff, | **DECLARATION OF RAJ ABHYANKER IN SUPPORT OF SEALABILITY PURSUANT TO L.CIV.R. 79-5** |
| vs. | Date: October 16, 2014 |
| RAJ ABHYANKER, an individual, | Time: 1:30 p.m. |
| | Courtroom: 5 – 17th Floor |
| Defendant. | Judge: Honorable Edward M. Chen |

I, Raj Abhyanker, declare as follows:

1. I am the Defendant in this lawsuit. I make this Declaration in support of the currently-pending Administrative Motion to Seal certain confidential records filed by plaintiff Nextdoor.com, Inc. in support of its reply to my opposition to its partial summary judgment motion. The matters set forth herein are of my own personal knowledge, and if called upon to testify as to such matters, I could and would do so. I file this declaration in the public record, as I avoid discussing any more than the general nature of the confidential documents herein and do not refer specifically to their content.

2. I have designated certain disclosed documents as confidential in this case to limit their circulation, pursuant to the protective order on file in this case (Dkt. 102). The protective order permits confidentiality designation to documents constituting, *inter alia*, sensitive "commercial information" pursuant to Fed.R.Civ.P. 26(e).

3. I wish to maintain the confidential nature of these documents because they are closely-held documents of non-party Fatdoor I, which were generated or shared on a limited basis in conjunction with financing transactions for that business. To my knowledge, I nor anyone affiliated with Fatdoor I, has authorized these documents' public filing or general release, and they should continue to be treated as private and confidential, as they have through discovery and summary judgment filing.

4. The following provides support for continued sealing pursuant to the pending Administrative Motion to Seal for enumerated exhibits to the Jennifer Kelly and David McCain declarations filed in support of the reply of Nextdoor.com, Inc.

    a. Kelly Exhibit F: I believe that expert O'Leary's report is hearsay and I understand that this means that it does not meet admission rules. It is my understanding that expert O'Leary did not attach his report to his own declaration supporting my opposition to partial summary judgment for just this reason. To the extent this expert report is deemed admissible for present purposes, the confidentiality designation – and thus the need to seal the expert report and exhibits to it – should be maintained because, as I

understand it, the report relies on expert O'Leary's review of certain records of Fatdoor I provided to aid him in formulating his opinions. I and, to my knowledge, all those affiliated with Fatdoor I have always regarded the content of these records of Fatdoor I as closely-held and not for general circulation. I understand that, at trial, expert O'Leary can be examined or cross-examined as to any of those documents, to the extent not inadmissible or otherwise excluded based on objection.

b. McCain Exhibits B-F: I understand that each of these documents relate to diligence documents provided to potential venture capital investor Benchmark Capital in Fatdoor I. These documents contain sensitive business, structural, financial or human resources content from Fatdoor 1 that was and is not intended for general circulation.

c. McCain Exhibits G and H: I understand that each of these screenshots relates to diligence documents provided to potential venture capital investor Benchmark Capital in Fatdoor I. These screenshots contain sensitive prototyping information that was and is not intended for public filing or general circulation.

d. McCain Exhibit I-L: I understand that each of these exhibits is, or contains, information located on or reflecting the confidential contents of recovered content related to diligence material provided to Benchmark Capital by Fatdoor I. This information was and is not intended for public filing or general circulation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th of October, 2014 at Mountain View, California.

_____
Raj Abhyanker

2

ABHYANKER DECLARATION
CASE NO. 3:12-cv-05667-EMC