**United States District Court**
For the Northern District of California

1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    NEXTDOOR.COM, INC.,                    No. C-12-5667 EMC

9              Plaintiff,

10       v.                                 **ORDER RE SUPPLEMENTAL
                                            BRIEFING**
11   RAJ ABHYANKER,

12             Defendant.
                                       /
13

14

15       Parties shall submit briefing on why the Stipulation (Docket No. 192) and Partial Final

16   Judgment (Docket No. 193) do not constitute a judicial admission, by Defendant, that the

17   NEXTDOOR mark is valid and enforceable by Plaintiff.  Briefs will be limited to seven (7) pages

18   and shall be filed by 3:00 p.m., October 15, 2014.  Hearing for the motion (Docket No. 332) remains

19   on calendar for October 16, 2014 at 1:30 p.m.

20

21       IT IS SO ORDERED.

22

23   Dated:  October 14, 2014

24                                         _____

25                                         EDWARD M. CHEN
                                           United States District Judge
26

27

28