1 **DAVID LAVINE**, CA State Bar No. 166744
dave@legalforcelaw.com
2 **NICHOLAS GEROVAC**, CA State Bar No. 289910
nick@legalforcelaw.com
3 **LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
4 Mountain View, California 94040
Telephone: 650.965.8731
5 Facsimile: 650.989.2131

6 Attorneys for Defendant
Raj Abhyanker
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11 NEXTDOOR.COM, INC., a Delaware corporation,

Case No. 3:12-cv-05667-EMC

12 Plaintiff,

**DECLARATION OF RAJ ABHYANKER IN RESPONSE TO DISCOVERY ORDER (DKT. 353)**

14 vs.

15 RAJ ABHYANKER, an individual,

16 Defendant.

I, Raj Abhyanker, declare as follows:

1. I am the defendant in this lawsuit. The matters set forth herein are of my own personal knowledge, or rely upon assurances, as is my custom when completing taxes, provided by my tax preparer. If called upon to testify as to such matters, I could and would do so. I file this declaration publicly, though any tax content generally referred to herein should be maintained as highly confidential in keeping with the protective order on file in this case.

2. As explained to me by my tax preparer, the amended joint 2008 tax return filed with the Internal Revenue Service made no changes as to losses or deductions taken for LegalForce.

3. As explained to me by my tax preparer, the 2007 and 2009 joint tax return copies provided for discovery in this case contained the same tax content as those given to me and/or to my wife by our tax preparer from the office of Jerry Moorman to mail to the Internal Revenue Service.

4. My 2007 and 2009 joint tax returns were signed by my tax preparer, my wife and myself prior to being mailed to the Internal Revenue Service.

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15 of October, 2014 at Mountain View, California.

Raj Abhyanker