# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Date:** | October 16, 2014 | **Time:** | 2:56-4:29 |
| | | **Court Reporter:** | Belle Ball |
| **Case No. and Name:** | C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker, et al. | | |
| **Attorneys:** | Laurence Pulgram and Jennifer Kelly for Plaintiff | | |
| | David Levine for Defendant Abhyanker | | |
| **Deputy Clerk:** | Betty Lee | | |

## PROCEEDINGS:

- Plaintiff's Motion for Summary Judgment #332

## SUMMARY:

For the reasons stated on the record, Plaintiff's MSJ is granted. Court to issue order. This Court will refer the remaining claim (Count 3) to another magistrate judge for emergency settlement conference.

The Court ordered parties to exchange witness and exhibit lists by 10/27/14. Objection shall be exchanged by 10/29/14. Meet and confer shall be held on 10/31/14. Pretrial filings remains due 11/4/14. Defendant shall renotice his motion for protective order (Docket #355) before Discovery Magistrate Judge Cousins for hearing.

Plaintiff offered in Court to dismiss statutory damages on remaining count if defendant waive jury demand. Defendant shall respond to offer by 10/21/14. Otherwise absent stipulation, Plaintiff's motion to dismiss statutory damages and strike jury trial shall be filed by 10/22/14. Reply due 10/27/14. Court will take the motion under submission and to issue order without a hearing.

Pretrial conference remains set for 11/25/14 at 2:30 p.m. Jury trial remains set for 12/8/14 at 8:30 a.m.