UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEXTDOOR.COM, INC.,

        Plaintiff,

    v.

RAJ ABHYANKER,

        Defendant.
_____/

No. C-12-5667 EMC

**ORDER REFERRING CASE TO MAGISTRATE JUDGE LAPORTE FOR EMERGENCY SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred to Magistrate Judge Elizabeth D. Laporte for emergency settlement conference. Settlement conference is to be held as soon as possible.

    IT IS SO ORDERED.

Dated: October 20, 2014

_____
EDWARD M. CHEN
United States District Judge