DAVID S. LAVINE, SBN 166744
dave@legalforcelaw.com
NICHOLAS M. GEROVAC, SBN 289910
nick@legalforcelaw.com
LEGALFORCE RAJ ABHYANKER, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Defendant
Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No. 3:12-cv-05667-EMC-NMC<br><br>**DEFENDANT RAJ ABHYANKER'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUESTED JURY WAIVER CONDITIONED ON STRIKING DAMAGES FROM THIRD CAUSE OF ACTION**<br><br>Date:      October 16, 2014<br>Time:      1:30 P.M.<br>Courtroom: 5, 17th Floor<br>Judge:     Hon. Edward M. Chen |

In light of the settlement conference held earlier today, and in a show of good faith, Mr. Abhyanker no longer seeks a jury trial of the third cause of action, conditioned only on plaintiff Nextdoor.com, Inc.'s striking of its claim for damages, and the Court's approval thereof.

Respectfully Submitted,

Dated: October 27, 2014

**LEGALFORCE RAJ ABHYANKER, P.C.**
/s/   David Lavine
David Lavine
Attorney for Defendant Raj Abhyanker

-1-