**In the United States District Court
for the Northern District of California
Chief Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: October 27, 2014        Time: 1:30 p.m. - 5:30 p.m.

Case No:  **C-** 12-05667 **EMC (EDL)**

Case Name:  NEXTDOOR.COM INC **v.** RAJ ABHY ANKER

   Deputy Clerk: Stephen Ybarra

   Attorneys:  Pltf: Laurence Pulgram
               Deft: David Lavine

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE          []   FURTHER SETTLEMENT CONFERENCE

   []   Case settled

   [X]   Did not settle

   []   Partial settlement

[X]   OTHER: Defendant's counsel to email Plaintiff's counsel with information related to points last discussed during the settlement conference by October 28, 2014.  Counsel shall list Chief Magistrate Judge Elizabeth D. Laporte in the carbon copy field of the email communication.

NOTES: Christa Quarles and Wilson Chan, client representatives for plaintiff, were present. Defendant Raj Abhyanker was present.