UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation, | No. C-12-5667 EMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS STATUTORY DAMAGES CLAIM AND STRIKE JURY TRIAL DEMAND** |
| v. | |
| RAJ ABHYANKER, an individual, | |
| Defendant. | **(Docket No. 370)** |

On October 22, 2014, Plaintiff filed a motion requesting the Court (1) dismiss its claim for statutory damages under 15 U.S.C. § 1125(a); and (2) strike Defendant's demand for a jury trial. Docket No. 370. On October 27, 2014, Defendant filed a statement of non-opposition to that motion, withdrawing its demand for a jury trial on the condition that this Court grant Plaintiff's request to dismiss the statutory damages claim. Docket No. 373.

The Court reads those two filings as representing an accord between the parties. Thus, the Court **GRANTS** Plaintiff's motion to strike Defendant's jury trial demand, and dismiss Plaintiff's statutory damages claim.

This order disposes of Docket No. 370.

IT IS SO ORDERED.

Dated: November 5, 2014

_____
EDWARD M. CHEN
United States District Judge