UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER, an individual,<br><br>        Defendant.<br>_____/ | No. C-12-5667 EMC<br><br>**ORDER RE PRE-TRIAL FILINGS** |

      As of September 18, 2014, only three of Plaintiff's claims against the Defendant remained: (1) its request for declaratory relief; (2) its infringement claim; and (3) its cyberpiracy claim. On September 19, 2014, the Court granted Plaintiff's motion to dismiss its own request for declaratory relief. Docket No. 340. On October 16, 2014, the Court granted Plaintiff's motion for summary judgment on its infringement claim. Docket No. 364 at 44. On November 5, 2014, the Court granted Plaintiff's motion to dismiss its claim for statutory damages, and struck Defendant's jury demand. Docket No. 396. Thus, the only remaining issue is Plaintiff's claim for cyberpiracy. The Court expects that issue will be disposed of in a two-day bench trial.

      In light of these circumstances, the Court hereby provides pre-trial instructions:

(1)     Parties shall file a trial statement that presents their argument on the remaining issue. Trial statements will be limited to five (5) pages, and shall be filed by 11:00 am, November 7, 2014.

(2)     Parties shall file a list of witnesses, with a short description of the testimony they intend to elicit from each witness. Witness lists shall be filed by 11:00 am, November 7, 2014.

(3) Each party will file a list of the twenty (20) documents that it believes are most important to the argument it presents in its trial statement. That list will be filed by 11:00 am, November 7, 2014.

(4) Parties will not file *anything* not requested by the Court.

IT IS SO ORDERED.

Dated: November 5, 2014

_____
EDWARD M. CHEN
United States District Judge

2