UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER, an individual,<br><br>        Defendant.<br>_____/ | No. C-12-5667 EMC<br><br>**[AMENDED] ORDER RE PRE-TRIAL FILINGS** |

The only remaining claim for trial is Plaintiff's claim for cyberpiracy. The Court believes that issue can and will be tried in a two-day bench trial. The pretrial filings thus far indicate the parties' expectation as to the trial are unrealistic.

Accordingly, the Court provides the following pre-trial instructions:

(1) Each party shall file a statement summarizing the evidence and arguments it intends to present at trial on the cyberpiracy claim. Each statement will be limited to seven (7) pages, and shall be filed by 3:00 pm, November 10, 2014.

(2) Parties shall file a list of witnesses, with a detailed description of the testimony they intend to elicit from each witness and the length of time anticipated for direct examination. Witness lists shall be filed by 3:00 pm, November 10, 2014. The list shall realistic reflect that projected length of the bench trail set forth above.

(3) Each party shall file a list of the twenty (20) of the most important documents it intends to introduce at trial. That list shall contain a description of each document, its relevance and purpose for trial and shall be filed by 11:00 am, November 10, 2014.

(4) Parties shall not file **any further motions or papers unless and until permitted by the Court**.

IT IS SO ORDERED.

Dated: November 6, 2014

_____
EDWARD M. CHEN
United States District Judge

2