```
 1  DAVID S. LAVINE, SBN 166744
    dave@legalforcelaw.com
 2  NICHOLAS M. GEROVAC, SBN 289910
    nick@legalforcelaw.com
 3  LEGALFORCE RAJ ABHYANKER, P.C.
    1580 W. El Camino Real, Suite 13
 4  Mountain View, California  94940
    Telephone:  650.965.8731
 5  Facsimile:  650.989.2131

 6  Attorneys for Defendant
    RAJ ABHYANKER
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**RAJ ABHYANKER'S EXHIBIT LIST PURSUANT TO DKT 398**<br><br>Pretrial Conference: November 25, 2014<br>Time: 2:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br>Trial Date: December 8, 2014 |

**Defendant Raj Abhyanker's Exhibit List**

    Defendant Raj Abhyanker ("Abhyanker") respectfully submits his list of top twenty exhibits pursuant to the Court's Order at Dkt. 398.  Abhyanker reserved the right to amend and supplement this exhibit list until, and during, trial.

Respectfully submitted,

Dated:  November 10, 2014        LEGALFORCE RAJ ABHYANKER, P.C.

*/s/ David Lavine*
David Lavine
Attorney for Defendant RAJ ABHYANKER

ABHYANKER TOP 20 DOCUMENT LIST PURSUANT TO DKT 398

| EXHIBIT | DESCRIPTION | DOCUMENT START: | DOCUMENT END: | PURPOSE |
|---|---|---|---|---|
| 1001 | List of Patent and Trademark Applications filed as of 6/25/2007 | DH01241 | DH01242 | Supports good faith |
| 1011 | Abhyanker's plans | Supp 07.pdf 00001 | Supp 07.pdf 00002 | Supports good faith |
| 1016 | Discussion re possible site names, and domain inquiries. | Supp 14.pdf 00001 | Supp 14.pdf 00002 | Supports good faith |
| 1018 | Confirming "for nexdoor, we will be looking at...." | Supp 16.pdf 00001 | Supp 16.pdf 00002 | Supports good faith |
| 1021 | Discussion re plan for owning shares. | Supp 21.pdf 00001 | Supp 21.pdf 00005 | Supports good faith |
| 1022 | Additional web site names. | Supp 22.pdf 00001 | Supp 22.pdf 00001 | Supports good faith |
| 1023 | Noting that provisional patient application for Nextdoor was filed hours after conception; only 3 days ago. | Supp 24.pdf 00001 | Supp 24.pdf 00001 | Supports good faith |
| 1032 | Inquiry to buy Nextdoor.com name | Supp 42.pdf 00001 | Supp 42.pdf 00003 | Supports good faith |
| 1036 | Neighborly Naming Options, Nextdoor is not on list | NEXTDOOR00001228 | NEXTDOOR00001229 | Supports good faith |
| 1049 | Documents showing that Abhyanker continued to try to save the Nextdoor.com patents on which he was the sole inventor from abandonment even after leaving Fatdoor I. | RA000030 | RA000034 | Supports good faith |

ABHYANKER TOP 20 DOCUMENT LIST PURSUANT TO DKT 398

| EXHIBIT | DESCRIPTION | DOCUMENT START: | DOCUMENT END: | PURPOSE |
|---|---|---|---|---|
| 1050 | Communications between Harris and Abhyanker showing that Abhyanker did not have intent to abandon his Nextdoor.com patent rights and continued to try and bid for licensing or purchasing them. | RA000037 | RA000037 | Supports good faith |
| 1061 | Nextdoor mockup site showing Rana's profile | RA000164 | RA000164 | Supports good faith |
| 1062 | Nextdoor.com mockup site showing Abhyanker's profile | RA000165 | RA000165 | Supports good faith |
| 1066 | Oct 23, 2006 receipt for purchasing domains--nextlawn.com, nextyard.com, and walkdoor.com | RA000131 | RA000131 | Supports good faith |
| 1068 | Nov 29, 2011 Abhyanker to Watson regarding purchase of nextdoor.com domain | RA000173 | RA000176 | Supports good faith |
| 1070 | Google Ventures, Follow up, Investment in Fatdoor | RA001544 | | Supports good faith |
| 1095 | U.S. Patent,Geo-Spatially Constrained Private Neighborhood Social Network, Patent No. 8,775,328, Granted July 8, 2014 | Supp 64.pdf 00001 | Supp 64.pdf 00082 | Supports good faith |
| 1096 | U.S. Patent, Nextdoor Neighborhood Social Network Method, Apparatus, And System, Patent No. 8,863,245, Granted October 14, 2014 | Supp 65.pdf 00001 | Supp 65.pdf 00088 | Supports good faith |
| 1133 | U.S. Patent Application, Map Based Neighborhood Search and Community Contribution | RA001349 | | Supports good faith |
| 1134 | PCT Patent Application, Map Based Neighborhood Search and Community Contribution | RA001539 | | Supports good faith |

2