DAVID S. LAVINE, SBN 166744
dave@legalforcelaw.com
NICHOLAS M. GEROVAC, SBN 289910
nick@legalforcelaw.com
LEGALFORCE RAJ ABHYANKER, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, California 94940
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Defendant
RAJ ABHYANKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**RAJ ABHYANKER'S WITNESS LIST PURSUANT TO DKT 398**<br><br>Pretrial<br>Conference: November 25, 2014<br>Time: 2:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br>Trial Date: December 8, 2014 |

**Defendant Raj Abhyanker's Witness List and Brief Descriptions of Anticipated Testimony**

Defendant Raj Abhyanker ("Mr. Abhyanker") respectfully submits his scaled-down witness list and anticipated time for direct examination of each witness, including the review by each witness and introduction into evidence of his pre-marked exhibits. Mr. Abhyanker reserves the right to amend this witness list and summaries of anticipated testimony until, and during, trial.

1. **Alex Gault**

Alex Gault was a former vice-president of marketing at LegalForce, Inc. in 2006. He is anticipated to testify that Mr. Abhyanker first used the Nextdoor name in commerce in conjunction with a neighborhood social network in testing in the neighborhoods of Menlo Park based on original Nextdoor walking maps created by Mr. Abhyanker in 2005. Mr. Gault will attest that Mr. Abhyanker is the inventor of the Nextdoor neighborhood-based social networking concept, and provide a summary of his efforts in support of developing that concept. (.5 hour)

2. **Warren Myer**

Warren Myer was the largest investor in LegalForce, Inc. in 2006. He is anticipated to testify that he invested just at the time when pilot testing of Mr. Abhyanker's Nextdoor neighborhood-based social network was taking place in 2006, and that he became a "neighborhood lead" – a select customer, as it were - for the very similar version of Nextdoor.com managed by the plaintiff. Mr. Myer will also be prepared to testify that he was privy to Mr. Abhyanker's prototyping and public use of the Nextdoor neighborhood social network in 2006, and its subsequent transition to a wider iteration. Mr. Myer will attest that Mr. Abhyanker is the inventor of the Nextdoor neighborhood-based social networking concept. (.5 hour)

3. **Babar Rana**

Babar Rana is a Business Manager at Google, and a former assistant to Mr. Abhyanker and former Chief Executive of LegalForce, Inc. between 2005 and 2008. Mr. Rana is anticipated

to testify that he created mockups and user interfaces of Mr. Abhyanker's version of the Nextdoor neighborhood social network in 2006, and worked with Mr. Abhyanker to file patent applications related to the Nextdoor neighborhood social network in 2006-2008. Mr. Rana will further attest that Raj is the inventor of the Nextdoor neighborhood-based social networking concept. (1 hour)

### 4. Chandu Thota

Chandu Thota, now an engineer at Google, and a co-founder of Mr. Abhyanker's version of Nextdoor in 2006, is anticipated to testify that he rebuilt the Nextdoor source code built by Sandeep Sood for Raj Abhyanker LLP in 2006 for the next iteration of the Nextdoor concept. Mr. Thota will also recall Mr. Abhyanker's long history with the Nextdoor name and efforts to develop it. Mr. Thota will further attest that Mr. Abhyanker is the inventor of the Nextdoor neighborhood social networking concept. (1 hour)

### 5. Jeff Drazan

Jeff Drazan, a Silicon Valley venture capitalist, is anticipated to testify as to a meeting during which he saw Mr. Abhyanker's version of Nextdoor in 2006, based on the neighborhood walking maps Mr. Abhyanker had created in 2005. Mr. Drazan will further testify as to the transition of Nextdoor into a wider, more inclusive, concept, which led to his investment of $500,000. Mr. Drazan will also testify that Mr. Abhyanker is the inventor of the Nextdoor neighborhood social network. Mr. Drazan will also testify to Mr. Abhyanker's efforts through 2011 to try to secure the Nextdoor.com domain, as well as to Mr. Abhyanker's efforts to build new, and protect existing, concepts in the neighborhood-based social networking space. (1 hour)

### 6. Bill Harris

Bill Harris, a former Chief Executive Officer of Paypal, is anticipated to testify that in a 2006 meeting he saw Mr. Abhyanker's version of Nextdoor based on Mr. Abhyanker's neighborhood walking maps created in 2005-06. Mr. Harris will further testify as to the development of the Nextdoor concept into a wider, more inclusive, iteration, and his investing of $500,000 into the effort. Mr. Harris will attest that Mr. Abhyanker is the inventor of the

Nextdoor neighborhood social networking concept. (1 hour)

### 7. Sandeep Sood

Sandeep Sood will recall developing code for Mr. Abhyanker's version of Nextdoor in 2006 while an independent contractor to Raj Abhyanker LLP. Mr. Sood will further recall filling out a survey for plaintiff's CTO Prakash Janikiraman, his friend from college, prior to plaintiff's adoption of Nextdoor.com, prior to plaintiff having taken any steps to secure that domain name, and during pilot testing after having pivoted from a failed concept months earlier. (1 hour)

### 8. Jon Berryhill

In the event of questions as to document authenticity, with respect to documents which are currently the subject of Mr. Abhyanker's motion to exclude, Jon Berryhill, a computer forensics technician for many years, will testify as an expert as to the forensic preservation of documents related to Mr. Abhyanker's version of Nextdoor in and around 2006. (.5 hour - not necessary if motion *in limine* granted)

### 9. Dongxia Liu

Dongxia Liu, a long-time business associate and co-officer of Mr. Abhyanker, is anticipated to testify as to his use of the Nextdoor name and concept on the eDirectree website in and around 2009, and that he constantly strove to use and develop, and not to abandon, the Nextdoor neighborhood-based social networking concept from the moment she started working with him in late 2007. Among other things, Ms. Liu will recall Mr. Abhyanker's repeated efforts to secure the Nextdoor domain, and to raise funds for a company based on the Nextdoor concept to restart operations between 2008 and 2011. (.5 hour)

### 10. Jeffrey Sheldon

Jeffrey Sheldon, a patent and trademark expert and author of wide renown as detailed in his expert report, is anticipated to testify as an expert as to Mr. Abhyanker's ownership rights in the Nextdoor name, and, by connection, in the domain Nextdoor.com, by way of the granting of

patent claims claiming Nextdoor.com in a granted U.S. Patents issued in 2014, with priority dating back to October 2006. Mr. Sheldon will opine that the patents are presumed valid in the absence of clear and convincing evidence to the contrary. Mr. Sheldon will support his opinion by reference to Mr. Abhyanker's U.S. and international disclosure of the Nextdoor name in a published patent in September 2007. Mr. Sheldon is further expected to opine that, consequently, Mr. Abhyanker has intellectual property rights in the Nextdoor name within the field of neighborhood social networking. (1.5 hours)

### 11. Emily McIntire

Emily McIntire will testify to the fact that she walked with Mr. Abhyanker in a targeted Menlo Park neighborhood to hand out flyers to local businesses and post signs about the onset of Nextdoor as a neighborhood-based social network in 2006. (.5 hour)

### 12. Prakash Janikiraman

As a hostile witness, it is anticipated that Prakash Janikiraman will testify that he chose the Nextdoor name for plaintiff after testing plaintiff's then un-named concept in a Menlo Park neighborhood, and only after Sandeep Sood filled out a survey for plaintiff – all of which enabled plaintiff to pivot from a desperately-failing venture into Mr. Abhyanker's neighborhood-based social networking realm. (1 hour)

### 13. Nirav Tolia

As a hostile witness, it is anticipated that Nirav Tolia will testify as to his signing of the Nextdoor trademark application in 2011, in which he represented that he was unaware of anyone else who might claim rights to the Nextdoor name, even though he had advance knowledge of Mr. Abhyanker's rights in the Nextdoor name through the form filled out by Sandeep Sood prior to the naming of his business Nextdoor.com, and after testing in the same Menlo Park neighborhood as had Mr. Abhyanker. Mr Tolia is further expected to testify as to the extent of his discussions when interviewing and being considered for the CEO position of Mr. Abhyanker's former company Fatdoor I. (1 hour)

### 14. Raj Abhyanker

Raj Abhyanker will testify to his history of developing the Nextdoor concept of neighborhood-based social networking from 2005. He will testify to his use of the Nextdoor mark in commerce through his company Raj Abhyanker LLP, starting with its use on walking maps for the city of Cupertino. He bid vigorously for the Nextdoor.com mark in 2006 and after, but its owner (not plaintiff) would not sell it. Also in 2006, he bid, and purchased, Nextdoor.com variants Nextyard.com and Nextlawn.com. He also used the Nextdoor name in or around 2009 in sites eatbid.com and Edirectree.com, both of which were designed to take neighborhood-based social networking in different directions to bring together geospatially-local, likeminded people in common cause. Mr. Abhyanker will further testify as to his use in commerce of Nextdoor in granted U.S. patents, and in claims claiming rights to the Nextdoor name and features in those applications. He will further testify that, at all times until this Court told him otherwise, he believed he had senior rights to and in the Nextdoor mark, and that he never stopped attempting to use the mark in commerce and otherwise to protect the mark. He will explain why he registered the Nextdoor.cm trademark in 2011, following the entry of Nextdoor.com into the neighborhood-based social networking field – and that, even if the registration was perceived as provocative, he did so with honest intentions after consultations to protect his intellectual property rights in the Nextdoor name with other knowledgeable professionals, without misrepresenting or hiding his identity or contact information, without serially creating dozens of other domains, by using his own logo on the nextdoor.cm website, and without any intent to divert profit from, or to detract from the goodwill of, Nextdoor.com – that is, how he does not at all fit the typical cybersquatting profile which the ACPA was designed to combat. (4-5 hours)

Respectfully submitted,

Dated: November 10, 2014         LEGALFORCE RAJ ABHYANKER, P.C.

/s/ David Lavine
David Lavine
Attorney for Defendant RAJ ABHYANKER