UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RAJ ABHYANKER, an individual,<br><br>        Defendant.<br>_____/ | No. C-12-5667 EMC<br><br>**ORDER RE PRETRIAL EXHIBITS** |

On November 6, 2014 the Court ordered each of the parties to file a list of the twenty (20) most important documents that it intends to introduce at trial. On November 10, 2014, pursuant to the Cour's order, the parties each filed a list of their twenty (20) most important documents. Docket Nos. 399, 400.

The parties are hereby ordered to file a joint exhibit list with the forty (40) exhibits listed in their respective filings. That list will conform with the Court's instructions regarding *joint exhibit lists* (*See* Docket No. 339 at p. 5, sec. 7 (entitled "**Exhibits**")) including objections, if any, and responses thereto. Parties shall file that list by 11:00 am, November 20, 2014.

IT IS SO ORDERED.

Dated: November 14, 2014

                                                                              _____<br>
                                                                              EDWARD M. CHEN<br>
                                                                              United States District Judge