**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** | November 25, 2014 | **Time:** 2:35-4:01 |
| | | **Court Reporter**: JoAnn Bryce |
| **Case No. and Name:** | C12-5667 EMC Nextdoor.com, Inc. v. Abhyanker, et al. | |
| **Attorneys:** | Laurence Pulgram, Jennifer Kelly, Eric Ball, Matthew Becker and Guinevere Jobson for Plaintiff | |
| | David Levine and Christopher Civil for Defendant Abhyanker | |
| **Deputy Clerk:** | Betty Lee | |

**PROCEEDINGS:**

- PRETRIAL CONFERENCE

**SUMMARY:**

Bench trial is scheduled on 12/8/14 at 8:30 a.m. Each side is allowed 7-1/2 hours each to present evidence. The Court discussed trial procedures, witnesses, and exhibits with parties. The Court also heard arguments regarding motions in limine. For the reasons stated on the record, the Court ruled from the bench on certain motions in limine and will issue detailed pretrial order. Parties to inform the Court if further settlement conference is desired.