LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
irubel@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK AND WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAJ ABHYANKER, an individual,<br><br>　　　　　Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**SITPULATION AND [PROPOSED] ORDER FOR FINAL JUDGMENT AND DISMISSAL**<br><br>Case Filed: November 5, 2012<br>Judge:　　Hon. Edward M. Chen |

　　　　Plaintiff Nextdoor.com, Inc. ("Nextdoor.com") and Defendant Raj Abhyanker ("Abhyanker"), through their counsel of record, hereby stipulate and agree, and request the Court to enter the following Stipulated Final Judgment and Dismissal, resolving all matters in dispute in

this action between them:

    1. In accordance with the Court's Orders of June 17, 2014 and September 19, 2014 (Dkt. Nos. 226, and 340), all of Abhyanker's Counterclaims have been dismissed with prejudice, which operates as a final adjudication on the merits of such Counterclaims, including Abhyankers' Second Cause of Action alleging infringement of the FATDOOR trademark.

    2. In accordance with the Court's oral ruling on October 16, 2014 and its Minute Order at Dkt. 361, Nextdoor.com's motion for summary judgment on its Count IV (Dkt. 332) has been granted. Abhyanker and his agents, servants, assigns, employees, and those in active concert or participation with any of them who receive actual notice of this order shall not utilize the trademark NEXTDOOR or any derivative thereof or confusingly similar term.

    3. The remaining claim of Nextdoor.com not heretofore adjudicated or dismissed in this action (Count III) is hereby dismissed with prejudice.

    4. This Court shall retain jurisdiction to enforce its judgments in this action and any agreement of the parties with respect thereto.

STIPULATED AND AGREED TO this 2nd day of December, 2014.

Dated: December 2, 2014    FENWICK & WEST LLP

By: /s/ *Laurence F. Pulgram*
    Laurence F. Pulgram

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

Dated: December 2, 2014    LEGALFORCE RAJ ABHYANKER, PC

By: /s/ *David Lavine*
    David Lavine

Attorneys for Defendant
RAJ ABHYANKER

FORM OF ORDER FOR FINAL JUDGMENT AND DISMISSAL      2      CASE NO. 3:12-cv-05667-EMC-NMC

**ATTORNEY ATTESTATION**

By the electronic signature below, counsel for Plaintiff, Nextdoor.com, Inc., attests that he is the CM/ECF user whose identification and password are being used to file the instant document, and that pursuant to Civil Local Rule 5-1(i)(3), counsel for Respondents, whose electronic signature appears below, provided their authority to file this document.

By: /s/ *Laurence F. Pulgram*
      Laurence F. Pulgram

**ORDER**

IT IS HEREBY ORDERED, adjudged and decreed, in accordance with the stipulation of the parties.

Dated: _____, 2014

_____
Honorable Edward M. Chen
United States District Court Judge

FORM OF ORDER FOR FINAL JUDGMENT AND DISMISSAL     3     CASE NO. 3:12-cv-05667-EMC-NMC