LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
irubel@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC J. BALL (CSB No. 241327)
eball@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK AND WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC-NMC<br><br>**SITPULATION AND [PROPOSED] FINAL JUDGMENT AND DISMISSAL**<br><br>Case Filed: November 5, 2012<br>Judge: Hon. Edward M. Chen |

Pursuant to and in accordance with the Stipulation and Order entered by the Court herewith, the Court hereby ORDERS, ADJUDGES, AND DECREES:

1. By virtue of Abhyanker's dismissal with prejudice of all counterclaims, the Court adjudges that Nextdoor.com has not infringed any FATDOOR or GET TO KNOW YOUR

FINAL JUDGMENT AND DISMISSAL  1  CASE NO. 3:12-cv-05667-EMC-NMC

NEIGHBOR trademark.

2. Nextdoor.com's motion for summary judgment on its Count IV has been granted. Abhyanker and his agents, servants, assigns, employees, and those in active concert or participation with any of them who receive actual notice of this order shall not utilize the term NEXTDOOR or any derivative thereof or confusingly similar term or domain, including without limitation the domain www.nextdoor.cm in connection, with any online social network. Nothing in the foregoing sentence affects Abhyanker's use of the term 'FATDOOR' in the field of online social networking if separate and unconnected to any use of the term NEXTDOOR, nor alters any ruling in the Court's orders at Dkt. Nos. 226 or 303 in this action.

3. Nextdoor.com's Count III is hereby dismissed with prejudice.

4. This Court shall retain jurisdiction to enforce its judgments in this action and any agreement of the parties with respect thereto.

IT IS SO ORDERED.

Dated this ___ day of December, 2014.

_____
Honorable Edward M. Chen
United States District Court Judge