RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:   (650) 965-8731
Facsimile:   (650) 989-2131

Defendant Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual<br><br>Defendant. | Case No.:3:12-cv-05667-EMC-NMC<br><br>**NOTICE OF MOTION UNDER THE COURT'S RETAINED JURISDICTION**<br><br>Date:       January 14, 2021<br>Time:      1:30 p.m.<br>Dept.:     Courtroom 5, 17th Floor<br>Judge:    Hon. Edward M.Chen |

TO PLAINTIFF NEXTDOOR.COM, INC. ("NEXTDOOR") AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 14, 2021, at 1:30 p.m., in Courtroom 5 of the above-entitled Court, located at 450 Golden Gate Avenue in San Francisco, California, defendant Raj Abhyanker ("Abhyanker" or "Defendant") will and hereby moves this Court under the retained jurisdiction (Dkt. 417) "to enforce its judgements in this action and any agreement of the parties with respect thereto."

In support of this motion, Defendant submits the accompanying Defendant's Motion Under The Court's Retained Jurisdiction, Memorandum of Points and Authorities, Declaration of Raj Abhyanker, Exhibits to the Declaration, and the Proposed Order.

Dated: December 8, 2020                    LEGALFORCE RAPC WORLDWIDE P.C.

                                                                   ___/s/ Raj Abhyanker_____
                                                                   Raj V. Abhyanker
                                                                   Defendant