1  RAJ V. ABHYANKER, California SBN 233284
2  Email: raj@legalforcelaw.com

3  LEGALFORCE RAPC WORLDWIDE, P.C.
   1580 W. El Camino Real, Suite 10
4  Mountain View, CA 94040
   Telephone      (650) 965 8731
5  Facsimile:     (650) 989-2131

6
   Defendant Raj Abhyanker
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  NEXTDOOR.COM, INC., a Delaware          Case No.:3:12-cv-05667-EMC-NMC
    corporation,
14                                          **MEMORANDUM OF POINTS AND**
                Plaintiff,                  **AUTHORITIES IN SUPPORT OF**
15                                          **DEFENDANT'S MOTION UNDER THE**
                                            **COURT'S RETAINED JURISDICTION**
16        v.

17  RAJ ABHYANKER, an individual            Date:      January 14, 2021
18                                          Time:      1:30 p.m.
                Defendant.                  Dept.:     Courtroom 5, 17th Floor
19                                          Judge      Hon  Edward M Chen

20

21

22

23

24

25

26

27

28

1

## <u>TABLE OF CONTENTS</u>

2

3

TABLE OF AUTHORITIES                                                        3

4

I. INTRODUCTION                                                             4

5

6

II. █████████    FACTUAL ADMISSIONS                            5-9

7

8

III. LEGAL ARGUMENT                                                    9-25

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

                                                                             23

24

25

████████████████████                          25-27

26

27

V. CONCLUSION                                                              27

28

1

## **TABLE OF AUTHORITIES**

2

**CASES**                                                                **Page(s)**

3
4
5
6
7
8
9
10
11
12
13
14
15
16



17

**STATUTES**

18
19
20

**RULES**

21
22
23
24

**OTHER AUTHORITIES**

25
26
27
28

1

## I.   INTRODUCTION

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## II.  FACTUAL ADMISSIONS

MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

III.    **LEGAL ARGUMENT**



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC





MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC





MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

MPA ISO Defendant's Motion Under The Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**V. CONCLUSION**

For the aforementioned reasons, Defendant seeks relief in the form explained in the second paragraph of the accompanying Motion.

Dated: December 8, 2020                    LEGALFORCE RAPC WORLDWIDE P.C.

                                           /s/ Raj Abhyanker
                                           Raj V. Abhyanker
                                           Attorney for Plaintiff:
                                           LegalForce RAPC Worldwide, P.C.