# EXHIBIT D



January \_\_\_\_\_, 2021

*Via Overnight Mail*

███████████████
███████████████
███████████████
███████████████

███████████████
███████████████
███████████████
███████████████

Re: ████████████████████████████████████

Dear ████████████████:

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████

1

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Please contact me as soon as possible if there are any questions.


Sincerely,


Raj V. Abhyanker

