RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone     (650) 965 8731
Facsimile:     (650) 989-2131

Defendant Raj Abhyanker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual<br><br>Defendant. | Case No.:3:12-cv-05667-EMC-NMC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S SECOND MOTION UNDER THE COURT'S RETAINED JURISDICTION**<br><br>Date:       January 21, 2021<br>Time:       1:30 p.m.<br>Dept        Courtroom 5, 17th Floor<br>Judge:      Hon. Edward M.Chen |

1

## <u>TABLE OF CONTENTS</u>

**I. INTRODUCTION**                                                                                                    **3**

                                                                                                **3**

                                                                                                                            **4**

                                                                                                                            **5**

**V. CONCLUSION**                                                                                                  **6**

  
# I.    INTRODUCTION



MPA ISO Defendant's Second Motion under the Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Second Motion under the Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC



MPA ISO Defendant's Second Motion under the Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC

1

2

3

4

5

6

7

8 **V. CONCLUSION**

9    For the aforementioned reasons, Defendant seeks relief in the form explained herein and

10 in the second paragraph of the accompanying Motion.

11 Dated: December 16, 2020                           LEGALFORCE RAPC WORLDWIDE P.C.

12

13                                                   ____/s/ Raj Abhyanker_____

14                                                   Raj V. Abhyanker
                                                     Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MPA ISO Defendant's Second Motion under the Court's Retained Jurisdiction
Case No. 3:12-cv-05667-EMC-NMC