UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAJ ABHYANKER,<br><br>　　　　　Defendant. | Case No. 12-cv-05667-EMC<br><br>**PUBLIC/REDACTED VERSION**<br><br>**ORDER DENYING DEFENDANT'S SECOND MOTION FOR RELIEF**<br><br>Docket No. 443 |

　　　　Defendant Raj Abhyanker has filed two motions for relief with the Court that are currently set for hearing on February 18, 2021.  The Court hereby finds the second motion for relief, *see* Docket No. 443 (sealed version available at Docket No. 445-11), suitable for disposition without oral argument.  The second motion for relief is **DENIED**.  Plaintiff Nextdoor.com, Inc. did not violate the terms of the parties' Settlement Agreement.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

///

///

///

1  ███████████████████████████████████████████████████

2  ████████████████████████████████████

3       This order disposes of Docket No. 443.

5  **IT IS SO ORDERED**.

7  Dated: January 25, 2021

                                                                        _____
                                                                         EDWARD M. CHEN
                                                                         United States District Judge

United States District Court
Northern District of California