LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

KEVIN X. MCGANN *(Pro Hac Vice)*
kmcgann@fenwick.com
CATHERINE McCORD *(Pro Hac Vice)*
cmccord@fenwick.com
DANIEL LEDESMA *(Pro Hac Vice)*
dledesma@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY  10010
Telephone:     (212) 430-2690

Attorneys for Plaintiff
NEXTDOOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>[~~PROPOSED~~] **ORDER AS MODIFIED GRANTING NEXTDOOR, INC,'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND SEAL THE HEARING**<br>Dept:       5<br>Judge:     Honorable Edward M. Chen<br>Date Action Filed:  November 5, 2012 |

Having reviewed Plaintiff Nextdoor, Inc., Motion for Administrative Relief to File Under Seal and Seal the Hearing, for good cause and compelling reasons the Motion is hereby GRANTED.

Plaintiff Nextdoor, Inc. shall file the following under seal:

1. (Unredacted) Plaintiff's Opposition to Defendant's Motion Under the Court's Retained Jurisdiction;

2. (Unredacted) The Declaration of Laurence F. Pulgram in Support of Plaintiff's Opposition to Defendant's Motion Under the Court's Retained Jurisdiction; and

3. (Unredacted) Exhibits A through W, including A-a and A-b, to Plaintiff's Opposition to Defendant's Motion Under the Court's Retained Jurisdiction.

The above is hereby designated and is to be treated as CONFIDENTIAL pursuant to the Stipulated Protective Order (Dkt. No. 102).

~~The hearing scheduled for February 18, 2021 at 1:30 p.m. PST in this matter, including both Abhyanker's Motion Under the Court's Retained Jurisdiction (Dkt. 420) and his Second Motion Under the Court's Retained Jurisdiction (Dkt. 443) will be a non-public, closed proceeding.~~ At the hearing, Nextdoor can request that the hearing be held under seal.

**IT IS SO ORDERED.**

Dated:   February 2   ,2021

_____
Honorable Edward M. Chen
United States District Court Judge