1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  MATTHEW B. BECKER (CSB No. 291865)
   mbecker@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  KEVIN X. MCGANN *(Pro Hac Vice)*
   kmcgann@fenwick.com
7  CATHERINE McCORD *(Pro Hac Vice)*
   cmccord@fenwick.com
8  DANIEL LEDESMA *(Pro Hac Vice)*
   dledesma@fenwick.com
9  FENWICK & WEST LLP
   902 Broadway, Suite 14
10 New York, NY  10010
   Telephone:     (212) 430-2690

11
   Attorneys for Plaintiff
12 NEXTDOOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJ ABHYANKER, an individual,<br><br>Defendant. | Case No.: 3:12-cv-05667-EMC<br><br>**[PROPOSED] ORDER GRANTING NEXTDOOR, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONFIRM OR SET BRIEFING SCHEDULE**<br><br>Dept:   5<br>Judge:  Honorable Edward M. Chen<br>Date Action Filed: November 5, 2012 |

Having reviewed Plaintiff Nextdoor, Inc.'s Motion for Administrative Relief to Confirm or Set Briefing Schedule, for good cause and compelling reasons the Motion is hereby GRANTED.

Any motion for attorneys' fees by Nextdoor, Inc. shall be filed within 35 days after issuance of the public version of the Order Denying Defendant's "Motion Under the Court's Retained Jurisdiction."

**IT IS SO ORDERED.**

Dated: March 8, 2021

_____
Honorable Edward M. Chen
United States District Court Judge

[PROPOSED] ORDER GRANTING NEXTDOOR, INC.'S MOT. FOR ADMIN. RELIEF TO CONFIRM OR SET BRIEFING SCHEDULE     2     Case No.: 3:12-cv-05667-EMC