UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ ABHYANKER,<br><br>        Plaintiff,<br><br>   v.<br><br>NEXTDOOR, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-01534-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is referred to the Honorable Edward M. Chen to determine whether it is related to *Nextdoor.com, Inc. v. Abhyanker*, Case No. 12-cv-05667-EMC.

**IT IS SO ORDERED.**

Dated: March 8, 2021

JAMES DONATO
United States District Judge