UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTDOOR, INC., | Case No. 12-cv-05667-EMC |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS** |
| RAJ ABHYANKER, | Docket No. 507 |
| Defendant. | |

Defendant's motion for sanctions is **DENIED**. The Court's prior order of April 6, 2021, *see* Docket No. 561 (order), establishes that Defendant's motion lacks merit. The hearing on Defendant's motion for sanctions is **VACATED**.

**IT IS SO ORDERED**.

Dated: July 16, 2021

_____
EDWARD M. CHEN
United States District Judge